ORIGINAL

1

STATE OF NEW YORK
COUNTY OF BROOME
-------------------------------------------

In the Matter of a hearing

held pursuant to

Education Law Section 3214 (3)(c)

for V▬ "S"

a student of the

Vestal Central School District
-------------------------------------------

A hearing held at 201 Main Street, Vestal, New York, Vestal Central School District Administrative offices, on the 25th day of January 2017 commencing at 1:10 p.m.

BEFORE:          MICHAEL SHERWOOD
                 Hearing Officer

REPORTED BY:     CARLEEN J. TAYLOR
                 Court Reporter

A P P E A R A N C E S:

Counsel for the       HOGAN, SARZYNSKI, LYNCH,
School District:          DEWIND & GREGORY
                      520 Columbia Drive
                      Johnson City, NY 13790
                      BY: WENDY K. DEWIND, ESQ.
                          CAMERON DANIELS, ESQ.

For the Student:      ROBERT "S" — Father
                      BRITTANY "S — Sister


                      CARLEEN J. TAYLOR
                      3408 Brentwood Place
                      Vestal, New York 13850
                      (607) 729-6660

RECEIVED
FEB 1 2017
Hogan, Sarzynski,
Lynch, DeWind & Gregory, LLP

-COLLOQUY-

4

required. The only circumstances I can see going forward where we would consent to an adjournment -- especially since we have another two hearing dates scheduled -- would be if the family were to agree that Vincent would be suspended and the district provide home tutoring in the interim.

HEARING OFFICER: Is that something you folks want to discuss in private?

MR. SPERO: This is the proposal from them, sir and our response to them is --

MS. DEWIND: All righty. That is a settlement proposal from Mr. Miller's office.

HEARING OFFICER: I am not sure I want that part --

MS. DEWIND: I don't think that would be appropriate.

MR. SPERO: I guess he was going to be a standup comedian.

HEARING OFFICER: Okay. So, Ms. DeWind, your position in a nutshell is