# EXHIBIT A

Academic Status l.a.

## Vestal High School – Graduation Status Letter
Date 8/22/16

Student Name: Last: S███   First: V███   Middle: ███
School Counselor: Rebecca Martino

| Requirements | | Completed | Pending | Courses |
|---|---|---|---|---|
| English (4 credits) | 9,10,11 | ☐ | ☒ | Eng 12 |
| Social Studies (4 credits) | GL,G2,US | ☐ | ☒ | P16/Econ |
| Science (3 credits) | E,B,a | ☒ | ☐ | |
| Math (3 credits) | Alg, Gemc | ☐ | ☒ | Found math |
| (Art)/Music (1 credit) | Studio | ☒ | ☐ | |
| Health (1/2 credit) | 10th | ☒ | ☐ | |
| Physical Education (2 credits) | 9,10,11 | ☐ | ☒ | PE 12 |
| World Languages (1 or 3 credits) | Spanish 3 | ☒ | ☐ | |
| OR | | | | |
| Alternate Sequence (5 credits) | | ☐ | ☐ | |

**Required Courses & Exams for Graduation**
- Physical Education .5
- Senior English 12  1.0
- P16  .5 (P)
- Econ  .5
- Found of math 1.0
- Elec 2.0 (Chem 1.0, F1/F2 1.0) (P)

**Credits:** 22 credits required for graduation

Credits earned in:
- Grade 8  ___
- Grade 9  5.5
- Grade 10  6.5
- Grade 11  6.5
- Total Credits Grades 8-11  16.5
- Credits Grade 12: Required  5.5
- Elective  ___
- Anticipated Total Credits  22.0

**Testing History**
- Algebra: 73
- Geometry: ___
- Algebra 2: ___
- English: 94
- Traditional: ___
- Earth Science: 57
- Biology: 79
- Chemistry: ___
- Physics: ___
- Other: ___
- Global History: 82
- U.S. History: 76
- World Languages: ___

**Endorsement**
- Local: ☐ Completed  ☐ Pending — ☐ Science M  ☐ Math M
- Regents: ☒ Completed  ☐ Pending  ☐ with honors — ☐ Scholars  ☐ IB
- Regents with Advanced Designation: ☐ Completed  ☐ Pending  ☐ with honors

**Tentative Post High School Plans:**
Suny Broome — Nursing

Notes: