# EXHIBIT

# B

Student IPR Summary

Academic Status 1.b.



**ID:** 1004737        **Name:** S V :        **Building:** Vestal Senior High School        **Grade:** 12

**Counselor:** 204 - Martino, Rebecca

◉ Existing IPR Run Dates        ○ New Individual IPR

10/6/2016 ✓

**Individual IPR:** ☐

Courses for building 51 - Vestal Senior High School

| Description | Course-Section | GRD | C1 | C2 | C3 | A | T | History |
|---|---|---|---|---|---|---|---|---|
| CHEMISTRY | 0212-1 | 91 | | | | 3 | | 🗒 |
| PART IN GOV 12 | 0121-1 | 74 | | | | 2 | 1 | 🗒 |
| FOUNDATIONS FOR COLLEGE MATHEM | 0309-1 | 77 | | | | 2 | | 🗒 |
| ENGLISH 12 | 0030-4 | 79 | | | | 3 | 2 | 🗒 |
| FORENSIC SCI 1 | 0231-3 | 73 | | | | 4 | 2 | 🗒 |
| PHYS ED(11-12) | 0802-20 | 60 | 039 | 052 | | 2 | | 🗒 |