# EXHIBIT

# C

Student Report Card Summary

Academic Status i.e. 11/10/16

**ID:** 1004737 **Name:** S[redacted] V[redacted] : **Building:** Vestal Senior High School **Grade:** 12

**Counselor:** 204 - Martino, Rebecca

**Report Card Run:** 1

## Courses for Building 51 - Vestal Senior High School

| Description | Course-Section | Status | Earned Credit | MP1 | REG1 | RCT1 | PROF1 | FIN | C1 | C2 | C3 | ABS | TDY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENGLISH 12 | 0030 - 4 | A - Active | 0 | 77 | | | | | 017 | 007 | | 7 | 4 |
| PART IN GOV 12 | 0121 - 1 | A - Active | 0 | 84 | | | | | | | | 7 | 1 |
| ECONOMICS 12 | 0132 - 1 | A - Active | 0 | | | | | | | | | | |
| CHEMISTRY | 0212 - 1 | A - Active | 0 | 82 | | | | | | | | 8 | 2 |
| FORENSIC SCI 1 | 0231 - 3 | A - Active | 0 | 80 | | | | | 055 | | | 9 | 3 |
| FORENSIC SCI 2 | 0232 - 3 | A - Active | 0 | | | | | | | | | | |
| FOUNDATIONS FOR COLLEGE MATHEM | 0309 - 1 | A - Active | 0 | 75 | | | | | 007 | 023 | | 6 | 2 |
| PHYS ED(11-12) | 0802 - 20 | A - Active | 0 | 57 | | | | | 052 | 039 | | 7 | 0 |

## Display Settings

- Show Active Courses ☑
- Show Dropped/Teacher Graded Courses ☐
- Show Trailed Courses ☐
- Show Non-Scheduled Courses ☑
- Show Dropped/Office Graded Courses ☐