# EXHIBIT D

*Academic Status 1.d.*

November, 2016

Dear Parent/Guardian of a Graduating Senior:

I met with your son or daughter recently to discuss graduation requirements and to review his or her status for graduation. There are three categories of requirements for graduation: required courses, credits, and testing requirements. The attached form outlines your child's progress towards fulfilling requirements in each of the three categories. Please carefully review this form and contact the Counseling and Guidance Office at 757-2214 if you have any questions.

Please bear in mind that a New York State *Regents* Diploma requires a total of 22 credits, including 4 credits of English, 4 credits of social studies, 3 credits of science, 3 credits of mathematics, ½ credit of health, 1 credit of art or music, 1 credit of foreign language and 2 credits of physical education, along with the New York State Regents Exams or their equivalent. The *Regents Diploma with Advanced Designation* requires all of the above, plus 2 additional years of a foreign language with its companion Regents exam or an alternate 5-unit sequence. The *Regents with Advanced Designation* also requires a passing grade on one additional Regents exam in science (including Living Environment) and passing grades on both the Integrated Geometry and Algebra 2/Trigonometry Regents.

One final note: your son or daughter's name will be imprinted on the diploma exactly as it appears at the top of the attached form (First, Middle, Last). If there is a mistake, please notify us immediately. Thank you for your careful consideration of the enclosed form.

Sincerely,

*Rebecca Martino*

School Counselor