# EXHIBIT E

Student IPR Summary

Academic Shield i.e., Page 1 of 1






**ID:** 1004737  **Name:** S█████ V█████  **Building:** Vestal Senior High School  **Grade:** 12

**Counselor:** 204 - Martino, Rebecca

● Existing IPR Run Dates   ○ New Individual IPR
12/16/2016 ∨

### Courses for building 54 - Vestal Senior High School

Individual IPR:

| Description | Course-Section | GRD | C1 | C2 | C3 | A | T | History |
|---|---|---|---|---|---|---|---|---|
| CHEMISTRY | 0212-1 | IN | | | | 10 | | 🔲 |
| PART IN GOV 12 | 0121-1 | 46 | 032 | | | 10 | | 🔲 |
| FOUNDATIONS FOR COLLEGE MATHEM | 0309-1 | 41 | 032 | | | 12 | | 🔲 |
| ENGLISH 12 | 0030-4 | 57 | | | | 9 | 2 | 🔲 |
| FORENSIC SCI 1 | 0231-3 | 42 | | | | 11 | | 🔲 |
| PHYS ED(11-12) | 0802-2C | 60 | 059 | 032 | | 6 | | 🔲 |

