# EXHIBIT F

Academic Studies 1.9. 1/27/17

# eSchoolPLUS
a PLUS 360 Application

Show >>

ID: 1004737   Name: S█████ V█████   Building: Vestal Senior High School   Grade: 12   S█████ 37

2016/17

Counselor: 204 - Martino, Rebecca

Report Card Run: 2

## Courses for Building 51 - Vestal Senior High School

| Description | Course-Section | Status | Earned Credit | MP1 | MP2 | CL4 | LOC | REG1 | REG2 | RCT1 | RCT2 | PROF2 | FIN | C1 | C2 | C3 | ABS | TDY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENGLISH 12 | 0030 - 4 | A - Active | 0 | 77 | 89 | | | | | | | | | | | | | |
| PART IN GOV 12 | 0121 - 1 | A - Active | 0.5 | 84 | 82 | 76 | | | | | | | 74 | | | | | |
| ECONOMICS 12 | 0132 - 1 | A - Active | 0 | | | | | | | | | | | | | | | |
| CHEMISTRY | 0212 - 1 | A - Active | 0 | 82 | 70 | | | | | | | | | | | | | |
| FORENSIC SCI 1 | 0231 - 3 | A - Active | 0.5 | 80 | 75 | 50 | | | | | | | | | | | | |
| FORENSIC SCI 2 | 0232 - 3 | A - Active | 0 | | | | | | | | | | | | | | | |
| FOUNDATIONS FOR COLLEGE MATHEM | 0309 - 1 | A - Active | 0 | 75 | IN | | | | | | | | 68 | | | | | |
| PHYS ED (11-12) | 0502 - 20 | A - Active | 0 | 57 | 89 | | | | | | | | | | | | | |

## Display Settings

| | | | |
|---|---|---|---|
| Show Active Courses | ☑ | Show Non-Scheduled Courses | ☑ |
| Show Dropped/Teacher Graded Courses | ☐ | Show Dropped/Office Graded Courses | ☐ |
| Show Trailed Courses | ☐ | | |