# EXHIBIT

# H

## VESTAL CENTRAL SCHOOL DISTRICT
## INCIDENT REPORTING FORM

**Directions:** The Vestal Central School District is committed to providing a safe environment to all members of our community. Despite our best intentions, incidents between students do occur at times. If you wish to report an incident between two or more students, complete this form and return it to the Principal at the student's school. Contact the school for additional information or assistance at any time. This form can be completed anonymously by omitting signature and name.

**Employee Reporting:** School employees who witness or receive a report of harassment, bullying or discrimination must notify the principal, superintendent or designee within one (1) school day after witnessing the incident or receiving the report and must file a written report within two (2) school days thereafter.

| Date of Report: 12/1/2016 | Date(s) of Investigation: From: 12/1/16 To: 12/12/16 | | |
|---|---|---|---|
| Name of student target: V▓▓ S▓▓ | Age: ▓▓ | Grade: 12 | School: VHS |
| Name(s) of alleged aggressor(s) (If known): Katharine Dyer  ☐ Student  ☒ Staff | Age: | Grade: | School: VHS |

Name(s) of witness(es) (If known): See attached class list

What did the alleged aggressor(s) say or do? (Include dates. Attach a separate sheet if necessary.)
On 12/1/16 V▓▓ reported that Ms. Dyer seperated students in the classroom by race. V▓▓ said this occurred earlier in the school year.

Did a physical injury result from this incident?
☒ No   ☐ Yes, but it did not require medical attention   ☐ Yes, and it required medical attention

Is there any additional information you would like to provide? (Attach a separate sheet if necessary.)
Initial interview of 5 students on 12/2/2016. Additional interview of 24 students on 12/9/16 and 12/12/16.

Name of Person Reporting Incident (Optional): 

Telephone (optional): _____  Email (optional): _____

☐ Student  ☐ Parent/Guardian  ☐ Staff  ☐ Other: _____

Signature: _____  Date: _____

Administrative Action Taken:   Date: 12/2/16 and 12/12/16
☐ Investigation conducted to determine possible harassment
☐ Incident documented and follow-up will occur if a 2nd offense occurs
☒ Other  unfounded.

Administrator: D. Caddick, C. Kesson

(Form modeled after Wayland Public Schools)

## VESTAL CENTRAL SCHOOL DISTRICT
## HARASSMENT INVESTIGATION FORM

| Incident Being Investigated: Claim Ms. Dyer Separated Students by race. | Investigation Start Date: 12/1/2016 | | |
|---|---|---|---|
| Name of student target: V█████ S█████ | Age: ██ | Grade: 12 | School: VHS |
| Name(s) of alleged aggressor(s) (if known): Katherine Dyer – STAFF MEMBER | Age: | Grade: | School: VHS |

**Investigation**

- [x] Review & Attach *Incident Reporting Form*
- [ ] Review student's discipline and school records (include: IEP, 504)
    The student is disabled: ☐ yes  [x] no
- [ ] Consult as needed with additional staff (e.g. counselor, nurse); Conor Talbut (School Resource officer)
    Include names here: Albert Penna, (Principal);
- [ ] Determine which additional staff, if any, needs to be present during student interviews and/or decision process.
    Include names here:
- [x] Conduct student(s) interviews and include names here: Interviewed 5 students from the class on 12/2/2016. Interviewed 24 students from the class on 12/9 + 12/12/16.
- [ ] Read back to each student a summary of his or her account to ensure accuracy of your notes or attach the student statement(s).
- [ ] If physical injuries occurred, ask nurse to examine target.
- [ ] The following checked items are attached to this report:
    - [x] *Incident Reporting Form (if available)*
    - [x] Print-outs of blog posts, social networking pages, emails, etc.
    - ☐ Copies of other evidence
    - [x] Copies of investigator's notes (e.g. transcripts of interviews, etc.)
    - ☐ Nurse report(s)
    - [x] Police report(s)
    - [x] Written statements from interviewees, reporters, etc.

**Determination**

Check all that apply:
- ☐ **repeated use** by one or more students of a written, verbal or electronic expression or a physical act or gesture or any combination thereof, directed at a target that: (must include at least one of the following)
    - ☐ causes **physical or emotional harm** to the target or damage to the target's property;
    - ☐ places the target in reasonable **fear of harm** to himself or herself or damage to his or her property;
    - ☐ creates a **hostile environment** at school for the target;
    - ☐ **infringes on the rights** of the target at school;
    - ☐ materially and substantially **disrupts the education process** or the orderly operation of a school;
    - ☐ **retaliation** from reporting of previous incident
- ☐ Provide brief description of the nature of the harassment (if any):


- ☐ Provide final determination:
    - [x] Incidents **did not** meet the standard of harassment
    - ☐ Harassment has occurred and will be addressed according to the Code of Conduct
    - ☐ Criminal harassment may have occurred and police should be notified of possible criminal charges

(Form modeled after Wayland Public Schools)

Response Plan (If any)
Disciplinary Actions:




Remediation Actions:
☐ *Behavioral Remediation Agreement* attached
☐ *Individual Behavior Plan* attached (repeat offenders only)




Notification & Documentation:

☒ Parent(s)/Guardian(s) of the target - Date 12/2/16 5 day suspension,   12/9/16 5 day suspension
☐ Parent(s)/Guardian(s) of the aggressor - Date _____
☐ School information system (e.g., eSchool or student files)   12/14/16
☐ School alert system (if necessary)   notice of hearing
☒ Counselor of target - Date 12/2/16   (SRO)
☐ Counselor of aggressor - Date _____
☐ Special Education (for repeat offender) - Date _____
☐ Police (if criminal charges may be pursued) - Date _____
☐ Other schools, coaches, and staff members (as appropriate) for implementing the disciplinary, remediation, and/or behavior plans.

Please Describe: An investigation was conducted, claim unfounded.


_____    12/12/2016
Administrator/Investigator Signature:    Date:

(Form modeled after Wayland Public Schools)