# EXHIBIT K

*Attendance 2.*

  ID: 1004737   Name: V███   Building: Vestal Senior High School   Grade: 12 

## Student Attendance Report

| Date | Period | Code | Arrive Time | Dismiss Time | Comment |
|---|---|---|---|---|---|
| 9/9/2016 | 1 | A1 - Absent First Period Only | | | |
| | 2 | U - Unexcused Absence | | | |
| | 3 | TU - Tardy Unexcused | 9:35 AM | | |
| | 9 | U - Unexcused Absence | | | |
| 9/12/2016 | 9 | U - Unexcused Absence | | | |
| 9/16/2016 | 8 | U - Unexcused Absence | | | |
| 9/19/2016 | 6 | SE - Special Excused | | 12:00 PM | |
| | 7 | E - Excused Absence | | | |
| | 8 | E - Excused Absence | | | |
| | 9 | E - Excused Absence | | | |
| 9/20/2016 | 6 | DN - Dismissed for the day from Nurse's Office | | 11:45 AM | |
| | 7 | DN - Dismissed for the day from Nurse's Office | | | |
| | 8 | DN - Dismissed for the day from Nurse's Office | | | |
| | 9 | DN - Dismissed for the day from Nurse's Office | | | |
| 9/21/2016 | 6 | TC - Tardy to Class | | | |
| | 9 | SE - Special Excused | | 2:00 PM | |
| 9/22/2016 | 1 | E - Excused Absence | | | |
| | 2 | E - Excused Absence | | | |
| | 3 | E - Excused Absence | | | |
| | 4 | E - Excused Absence | | | |
| | 5 | E - Excused Absence | | | |
| | 6 | E - Excused Absence | | | |
| | 7 | E - Excused Absence | | | |
| | 8 | E - Excused Absence | | | |
| | 9 | E - Excused Absence | | | |
| 9/23/2016 | 9 | SE - Special Excused | | 2:00 PM | |
| 9/26/2016 | 1 | E - Excused Absence | | | Ill, f |
| | 2 | E - Excused Absence | | | |
| | 3 | E - Excused Absence | | | |
| | 4 | E - Excused Absence | | | |
| | 5 | E - Excused Absence | | | |
| | 6 | E - Excused Absence | | | |
| | 7 | E - Excused Absence | | | |
| | 8 | E - Excused Absence | | | |
| | 9 | E - Excused Absence | | | |
| 9/27/2016 | 9 | DN - Dismissed for the day from Nurse's Office | | 1:57 PM | |
| 9/29/2016 | 8 | TC - Tardy to Class | 1:30 PM | | |
| 9/30/2016 | 6 | U - Unexcused Absence | | | |
| 10/4/2016 | 8 | TC - Tardy to Class | 1:20 PM | | |
| | 9 | U - Unexcused Absence | | | |
| 10/6/2016 | 6 | TC - Tardy to Class | | | |
| 10/11/2016 | 8 | TC - Tardy to Class | 1:20 PM | | |
| 10/13/2016 | 8 | U - Unexcused Absence | | | |

| Date | Period | Code | Time | Note |
|---|---|---|---|---|
| 10/17/2016 | 1 | TU - Tardy Unexcused | 8:15 AM | |
| 10/18/2016 | 4 | TC - Tardy to Class | 10:22 AM | |
| | 6 | TC - Tardy to Class | | |
| 10/19/2016 | 1 | A1 - Absent First Period Only | | overslept, f |
| | 2 | UP - Unexcused w/Parent Permission | | |
| | 3 | UP - Unexcused w/Parent Permission | | |
| | 4 | TUP - Tardy Unexcused w/Parent Permission | 10:55 AM | |
| | 5 | FT - Field Trip | | |
| | 6 | FT - Field Trip | | |
| | 7 | FT - Field Trip | | |
| | 8 | FT - Field Trip | | |
| | 9 | U - Unexcused Absence | | |
| 10/20/2016 | 1 | TU - Tardy Unexcused | 8:02 AM | |
| 10/24/2016 | 6 | DN - Dismissed for the day from Nurse's Office | 11:45 AM | |
| | 7 | DN - Dismissed for the day from Nurse's Office | | |
| | 8 | DN - Dismissed for the day from Nurse's Office | | |
| | 9 | DN - Dismissed for the day from Nurse's Office | | |
| 10/27/2016 | 1 | E - Excused Absence | | ill,f |
| | 2 | E - Excused Absence | | |
| | 3 | E - Excused Absence | | |
| | 4 | E - Excused Absence | | |
| | 5 | E - Excused Absence | | |
| | 6 | E - Excused Absence | | |
| | 7 | E - Excused Absence | | |
| | 8 | E - Excused Absence | | |
| | 9 | E - Excused Absence | | |
| 10/28/2016 | 1 | E - Excused Absence | | ill,f |
| | 2 | E - Excused Absence | | |
| | 3 | E - Excused Absence | | |
| | 4 | E - Excused Absence | | |
| | 5 | E - Excused Absence | | |
| | 6 | E - Excused Absence | | |
| | 7 | E - Excused Absence | | |
| | 8 | E - Excused Absence | | |
| | 9 | E - Excused Absence | | |
| 10/31/2016 | 1 | E - Excused Absence | | ill,f |
| | 2 | E - Excused Absence | | |
| | 3 | E - Excused Absence | | |
| | 4 | E - Excused Absence | | |
| | 5 | E - Excused Absence | | |
| | 6 | E - Excused Absence | | |
| | 7 | E - Excused Absence | | |
| | 8 | E - Excused Absence | | |
| | 9 | E - Excused Absence | | |
| 11/1/2016 | 1 | E - Excused Absence | | ill,f |
| | 2 | E - Excused Absence | | |
| | 3 | E - Excused Absence | | |
| | 4 | E - Excused Absence | | |
| | 5 | E - Excused Absence | | |
| | 6 | E - Excused Absence | | |
| | 7 | E - Excused Absence | | |

| Date | Period | Code | Time | Note |
|---|---|---|---|---|
|  | 8 | E - Excused Absence |  |  |
|  | 9 | E - Excused Absence |  |  |
| 11/3/2016 | 6 | TC - Tardy to Class |  |  |
| 11/8/2016 | 9 | U - Unexcused Absence |  |  |
| 11/10/2016 | 9 | U - Unexcused Absence |  |  |
| 11/14/2016 | 6 | TC - Tardy to Class | 11:46 AM |  |
| 11/15/2016 | 4 | U - Unexcused Absence |  |  |
| 11/18/2016 | 8 | U - Unexcused Absence |  |  |
| 11/22/2016 | 9 | U - Unexcused Absence |  |  |
| 11/30/2016 | 6 | TC - Tardy to Class |  |  |
| 12/2/2016 | 4 | U - Unexcused Absence |  |  |
|  | 6 | MO - In the Main Office |  |  |
|  | 7 | S - Suspended - OSS |  | home with parents |
|  | 8 | S - Suspended - OSS |  |  |
| 12/5/2016 | 1 | S - Suspended - OSS |  |  |
|  | 2 | S - Suspended - OSS |  |  |
|  | 3 | S - Suspended - OSS |  |  |
|  | 4 | S - Suspended - OSS |  |  |
|  | 5 | S - Suspended - OSS |  |  |
|  | 6 | S - Suspended - OSS |  |  |
|  | 7 | S - Suspended - OSS |  |  |
|  | 8 | S - Suspended - OSS |  |  |
|  | 9 | S - Suspended - OSS |  |  |
| 12/6/2016 | 1 | S - Suspended - OSS |  |  |
|  | 2 | S - Suspended - OSS |  |  |
|  | 3 | S - Suspended - OSS |  |  |
|  | 4 | S - Suspended - OSS |  |  |
|  | 5 | S - Suspended - OSS |  |  |
|  | 6 | S - Suspended - OSS |  |  |
|  | 7 | S - Suspended - OSS |  |  |
|  | 8 | S - Suspended - OSS |  |  |
|  | 9 | S - Suspended - OSS |  |  |
| 12/7/2016 | 1 | S - Suspended - OSS |  |  |
|  | 2 | S - Suspended - OSS |  |  |
|  | 3 | S - Suspended - OSS |  |  |
|  | 4 | S - Suspended - OSS |  |  |
|  | 5 | S - Suspended - OSS |  |  |
|  | 6 | S - Suspended - OSS |  |  |
|  | 7 | S - Suspended - OSS |  |  |
|  | 8 | S - Suspended - OSS |  |  |
|  | 9 | S - Suspended - OSS |  |  |
| 12/8/2016 | 1 | S - Suspended - OSS |  |  |
|  | 2 | S - Suspended - OSS |  |  |
|  | 3 | S - Suspended - OSS |  |  |
|  | 4 | S - Suspended - OSS |  |  |
|  | 5 | S - Suspended - OSS |  |  |
|  | 6 | S - Suspended - OSS |  |  |
|  | 7 | S - Suspended - OSS |  |  |
|  | 8 | S - Suspended - OSS |  |  |
|  | 9 | S - Suspended - OSS |  |  |
| 12/9/2016 | 1 | S - Suspended - OSS |  |  |

| Date | Period | Status |
|---|---|---|
| | 2 | S - Suspended - OSS |
| | 3 | S - Suspended - OSS |
| | 4 | S - Suspended - OSS |
| | 5 | S - Suspended - OSS |
| | 6 | S - Suspended - OSS |
| | 7 | S - Suspended - OSS |
| | 8 | S - Suspended - OSS |
| | 9 | S - Suspended - OSS |
| 12/12/2016 | 1 | S - Suspended - OSS |
| | 2 | S - Suspended - OSS |
| | 3 | S - Suspended - OSS |
| | 4 | S - Suspended - OSS |
| | 5 | S - Suspended - OSS |
| | 6 | S - Suspended - OSS |
| | 7 | S - Suspended - OSS |
| | 8 | S - Suspended - OSS |
| | 9 | S - Suspended - OSS |
| 12/13/2016 | 1 | S - Suspended - OSS |
| | 2 | S - Suspended - OSS |
| | 3 | S - Suspended - OSS |
| | 4 | S - Suspended - OSS |
| | 5 | S - Suspended - OSS |
| | 6 | S - Suspended - OSS |
| | 7 | S - Suspended - OSS |
| | 8 | S - Suspended - OSS |
| | 9 | S - Suspended - OSS |
| 12/14/2016 | 1 | S - Suspended - OSS |
| | 2 | S - Suspended - OSS |
| | 3 | S - Suspended - OSS |
| | 4 | S - Suspended - OSS |
| | 5 | S - Suspended - OSS |
| | 6 | S - Suspended - OSS |
| | 7 | S - Suspended - OSS |
| | 8 | S - Suspended - OSS |
| | 9 | S - Suspended - OSS |
| 12/15/2016 | 1 | S - Suspended - OSS |
| | 2 | S - Suspended - OSS |
| | 3 | S - Suspended - OSS |
| | 4 | S - Suspended - OSS |
| | 5 | S - Suspended - OSS |
| | 6 | S - Suspended - OSS |
| | 7 | S - Suspended - OSS |
| | 8 | S - Suspended - OSS |
| | 9 | S - Suspended - OSS |
| 12/16/2016 | 1 | S - Suspended - OSS |
| | 2 | S - Suspended - OSS |
| | 3 | S - Suspended - OSS |
| | 4 | S - Suspended - OSS |
| | 5 | S - Suspended - OSS |
| 12/19/2016 | 1 | S - Suspended - OSS |
| | 2 | S - Suspended - OSS |

| Date | Period | Status |
|---|---|---|
| | 3 | S - Suspended - OSS |
| | 4 | S - Suspended - OSS |
| | 5 | S - Suspended - OSS |
| | 6 | S - Suspended - OSS |
| | 7 | S - Suspended - OSS |
| | 8 | S - Suspended - OSS |
| | 9 | S - Suspended - OSS |
| 12/20/2016 | 1 | S - Suspended - OSS |
| | 2 | S - Suspended - OSS |
| | 3 | S - Suspended - OSS |
| | 4 | S - Suspended - OSS |
| | 5 | S - Suspended - OSS |
| | 6 | S - Suspended - OSS |
| | 7 | S - Suspended - OSS |
| | 8 | S - Suspended - OSS |
| | 9 | S - Suspended - OSS |
| 12/21/2016 | 1 | S - Suspended - OSS |
| | 2 | S - Suspended - OSS |
| | 3 | S - Suspended - OSS |
| | 4 | S - Suspended - OSS |
| | 5 | S - Suspended - OSS |
| | 6 | S - Suspended - OSS |
| | 7 | S - Suspended - OSS |
| | 8 | S - Suspended - OSS |
| | 9 | S - Suspended - OSS |
| 12/22/2016 | 1 | H - Home Teaching |
| | 2 | H - Home Teaching |
| | 3 | H - Home Teaching |
| | 4 | H - Home Teaching |
| | 5 | H - Home Teaching |
| | 6 | H - Home Teaching |
| | 7 | H - Home Teaching |
| | 8 | H - Home Teaching |
| | 9 | H - Home Teaching |
| 1/3/2017 | 1 | H - Home Teaching |
| | 2 | H - Home Teaching |
| | 3 | H - Home Teaching |
| | 4 | H - Home Teaching |
| | 5 | H - Home Teaching |
| | 6 | H - Home Teaching |
| | 7 | H - Home Teaching |
| | 8 | H - Home Teaching |
| | 9 | H - Home Teaching |
| 1/4/2017 | 1 | H - Home Teaching |
| | 2 | H - Home Teaching |
| | 3 | H - Home Teaching |
| | 4 | H - Home Teaching |
| | 5 | H - Home Teaching |
| | 6 | H - Home Teaching |
| | 7 | H - Home Teaching |
| | 8 | H - Home Teaching |

| Date | Period | Code | Time |
|---|---|---|---|
| | 9 | H - Home Teaching | |
| 1/5/2017 | 1 | A1 - Absent First Period Only | |
| 1/6/2017 | 6 | TC - Tardy to Class | |
| 1/17/2017 | 2 | DN - Dismissed for the day from Nurse's Office | 9:28 AM |
| | 3 | DN - Dismissed for the day from Nurse's Office | 9:33 AM |
| | 4 | DN - Dismissed for the day from Nurse's Office | 10:17 AM |
| | 5 | DN - Dismissed for the day from Nurse's Office | 11:01 AM |
| | 6 | DN - Dismissed for the day from Nurse's Office | 11:45 AM |
| | 7 | DN - Dismissed for the day from Nurse's Office | 12:29 PM |
| | 8 | DN - Dismissed for the day from Nurse's Office | 1:13 PM |
| | 9 | DN - Dismissed for the day from Nurse's Office | 1:57 PM |
| 1/30/2017 | 1 | E - Excused Absence | |
| | 2 | E - Excused Absence | |
| | 3 | E - Excused Absence | |
| | 4 | E - Excused Absence | |
| | 5 | E - Excused Absence | |
| | 6 | E - Excused Absence | |
| | 7 | E - Excused Absence | |
| | 8 | E - Excused Absence | |
| | 9 | E - Excused Absence | |
| 1/31/2017 | 1 | E - Excused Absence | |
| | 2 | E - Excused Absence | |
| | 3 | E - Excused Absence | |
| | 4 | E - Excused Absence | |
| | 5 | E - Excused Absence | |
| | 6 | E - Excused Absence | |
| | 7 | E - Excused Absence | |
| | 8 | E - Excused Absence | |
| 2/3/2017 | 1 | E - Excused Absence | Ill,f |
| | 2 | E - Excused Absence | |
| | 3 | E - Excused Absence | |
| | 4 | E - Excused Absence | |
| | 5 | E - Excused Absence | |
| | 6 | E - Excused Absence | |
| | 7 | E - Excused Absence | |
| | 8 | E - Excused Absence | |
| | 9 | E - Excused Absence | |
| 2/6/2017 | 8 | U - Unexcused Absence | |
| 2/7/2017 | 1 | U - Unexcused Absence | |
| | 3 | U - Unexcused Absence | |
| | 6 | U - Unexcused Absence | |
| | 8 | U - Unexcused Absence | |
| 2/8/2017 | 1 | U - Unexcused Absence | |
| | 2 | U - Unexcused Absence | |
| | 3 | U - Unexcused Absence | |
| | 6 | U - Unexcused Absence | |
| | 8 | U - Unexcused Absence | |
| 2/10/2017 | 1 | U - Unexcused Absence | |
| | 3 | U - Unexcused Absence | |
| | 6 | U - Unexcused Absence | |
| | 8 | U - Unexcused Absence | |

9   U - Unexcused Absence

Total Days with Attendance: 60   Total Attendance Records: 299