# EXHIBIT L

**Student Discipline Report**
1004737  S████, V████ M████
Incident Dates: Between Sep 2, 2009 and Jan 27, 2017

Birthdate: ████ 99

| Incident Id | Incident Date | Building - Incident | E/W Grade | Incident Category | Comments - Incident | Offense Code | Offense Code Description | Offense Comment | Action | Actual Duration - Offender Action | First Action Date | Last Action Date | Total Occurrences - Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22678 | 01/16/2014 | 51 | 09 | | ████ participated in throwing balls of paper at another student. He and another student discussed taking a video snapchat of this. V████ admits they have been throwing things at the end of class. c/w V████ t apologized to the student they threw the paper balls at. He wrote an apology and understands the behavior was disruptive. He "Wouldn't ever try to hurt anyone." V████ will "Never let this happen again, I promise." | G1 | Inappropriate Behavior | | Verbal Warning | | | | 1 |
| 23938 | 10/21/2014 | 51 | 10 | Non VADIR Incidents | Not on absentee sheet, not seen Nurse's office, spoke with guidance secretary who checked sign-in as well as Ms. Martino's calendar. c/w Student remembered being in guidance and not sure about the other day 10/23. Student is directed to report in to teacher for SH before guidance. | G4 | Cut / Skipped Scheduled Class | | Verbal Warning | | | | 1 |
| 23983 | 11/10/2014 | 51 | 10 | Non VADIR Incidents | Truant. Father said student should be here. Young mail voice called saying that he was the father and that V████ would be out. c/w Student said he didn't feel well and walked to mail then home. Student directed to go to nurse when not feeling well. | G26 | Truant Level 1 | | Suspension from Class or Activity, ALA - VADIR (SUSCLASS) | 1 | Nov 19, 2014 | Nov 19, 2014 | 1 |
| 24119 | 12/09/2014 | 51 | 10 | Non VADIR Incidents | Truant from PE class period 8, said he went to guidance and did not. c/w V████ indicated he was late, he tried the door and it was locked, shortened periods, directed to come to office in the future. | G4 | Cut / Skipped Scheduled Class | | Incident Documented | | | | 1 |
| 24172 | 12/23/2014 | 51 | 10 | Non VADIR Incidents | V████ c/w skipped per 6 Spanish | G27 | Truant Level 2 | | Campusing | 2 | Jan 7, 2015 | Jan 8, 2015 | 2 |

# Student Discipline Report

1004737 S___ V___ M___
Incident Dates: Between Sep 2, 2009 and Jan 27, 2017

Birthdate: ___ 99

| Incident Id | Incident Date | Building - Incident | E/W Grade | Incident Category | Comments - Incident | Offense Code | Offense Code Description | Offense Comment | Action | Actual Duration - Offender Action | First Action Date | Last Action Date | Total Occurrences - Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24354 | 02/27/2015 | 51 | 10 | Non VADIR Incidents | Told me his English teacher let them go early, Mrs. Staccone-Rogers did not, this was during announcements. I told all the boys to stop. He kept going finally stopped after 2nd time. This is not the first time he has been seen in the hall before the bell rings. He was rude when speaking to me, as well as he lied. c/w | G31 | Left Class without Permission | | | | | | |
| 24841 | 05/07/2015 | 51 | 10 | Non VADIR Incidents | V___ pushed another student into a stall door while in the boys restroom. In PE class V___ was playing aggressively during the floor hockey unit. c/w | G1 | Inappropriate Behavior | | Campusing | 1 | May 13, 2015 | May 13, 2015 | 1 |
| 25545 | 11/19/2015 | 51 | 11 | Non VADIR Incidents | Teacher reported possible conflict between 2 students. Student reported having items taken from his truck in Little League Lot. (Offender captured on camera). A K___ c/w 11/20/15 | G1 | Inappropriate Behavior | When spoken to by administrators on 11/19, V___ denied any animosity. Then during conference on 11/20, V___ stated he knew an altercation was pending on 11/19. V___ was directed to stay out of Little League Lot (reserved for Senior parking). Evidence that V___ was in the truck at the time/date items were missing was presented to V___ (after he denied being near the truck). | Incident Documented | | | | |
| 25592 | 12/03/2015 | 51 | 11 | Non VADIR Incidents | multiple write ups - see offense details A K___ c/w 12/4/15 | G27 | Truant Level 2 | Unexcused absence; 12/3/15 period 6,7,8. 3D Design, English, US History | Suspension from Class or Activity, ALA - VADIR (SUSCLASS) | 1 | Dec 7, 2015 | Dec 7, 2015 | 1 |
| | | | | | | G31 | Left Class without Permission | V___ has left class 3-4 minutes early on 3 occasions w/o permission. Vinnie has been told not to leave early (by the teacher) more than once; continues to do so. A K___ gave directive: Remain in class for entire class period. No leaving early! | | | | | |

**Student Discipline Report**
1004737 S▓▓, V▓▓ t M▓▓
Incident Dates: Between Sep 2, 2009 and Jan 27, 2017

Birthdate: ▓▓ 99

| Incident Id | Incident Date | Building - Incident | E/W Grade | Incident Category | Comments - Incident | Offense Code | Offense Code Description | Offense Comment | Action | Actual Duration - Offender Action | First Action Date | Last Action Date | Total Occurrences - Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25770 | 01/06/2016 | 51 | 11 | | 2 write-ups, see offense details, Mr. Kasson c/w 1/12/16 | G1 | Inappropriate Behavior | 1/11/16: V▓▓ texted a threatening message to a student referring to the student's friend. Text: "I'm, catching a body b, ur bro is gonna die." V▓▓ has had issues with the student previously. c/w V▓▓ t indicated the text is in reference to a song. | Suspension from Class or Activity, ALA - VADIR (SUSCLASS) | 1 | Jan 14, 2016 | Jan 14, 2016 | 1 |
| | | | | | | G16 | Safety Violation | 1/6/16, Mr. Durham: Entering Pool Doors, let in by 2 other students. | | | | | |
| | | | | | | G5 | Disrespect / Insubordination | 1/6/16, Mr. Durham: I told V▓▓ (and the 3 other students) that they were not allowed to enter the pool doors. The other students listened and exited the building, whereas Vinnie continued to walk upstairs and disregarded my repeated instructions to leave through the doors he had entered. He was mumbling under his breath as walked away. | | | | | |
| 25947 | 01/22/2016 | 51 | 11 | | | G28 | Truant Level 3 | | Suspension from Class or Activity, ALA - VADIR (SUSCLASS) | 2 | Feb 19, 2016 | Feb 22, 2016 | 1 |
| | | | | | | G1 | Inappropriate Behavior | | Suspension from Class or Activity, ALA - VADIR (SUSCLASS) | 2 | Feb 19, 2016 | Feb 22, 2016 | 2 |

Offender Notes: Conference with Vinnie's school counselor.
Incident Notes: On 1/11/16 V▓▓ Sr▓▓ and JD Burford engaged in inappropriate phone conversation at approximately 6pm.

V▓▓ failed to come to class on Friday 1/22. I spoke with him in the hallway between 6th & 7th period. He told me he had been meeting with "Someone" in regards to "Something a teacher had said about me." I followed up by checking with the Principal's office and Asst. Principal's office. Neither had seen V▓▓ that period. I spoke with Vinnie again on 1/25 during class. I told him I would need a note from the person he claimed to have met with (to verify he was there). He told me it was "None of you concern." He then asked to leave to see Dr. Penna with another student. I signed their pass. As he was leaving the room he picked up a large roll of paper towels and threw it in the garbage can forcefully.

# Student Discipline Report

1004737 S[redacted], V[redacted] M[redacted]

Incident Dates: Between Sep 2, 2009 and Jan 27, 2017

Birthdate: [redacted] 99

| Incident Id | Incident Date | Building - Incident | F/W Grade | Incident Category | Comments - Incident | Offense Code | Offense Code Description | Offense Comment | Action | Actual Duration - Offender Action | First Action Date | Last Action Date | Total Occurrences - Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26063 | 03/09/2016 | 51 | 11 | Non VADIR Incidents | 2 students engaged in verbal altercation in the commons, at the end of 4th period. Both students indicate the other pushed him. Both students indicate they did not push the other. Ms. Waples intervened and separated the students. C Kasson c/w 3/9/16; both students given directive not to engage with the other student in the future. | G1 | Inappropriate Behavior | | Verbal Warning | | Mar 9, 2016 | Mar 9, 2016 | 1 |
| 26169 | 03/15/2016 | 51 | 11 | | Truancy dates: 3/15, 3/28, 3/30, 3/31. c/w | G4 | Cut / Skipped Scheduled Class | | Suspension from Class or Activity, ALA - VADIR (SUSCLASS) | 3 | Apr 11, 2016 | Apr 13, 2016 | 3 |
| 26487 | 05/26/2016 | 51 | 11 | | V[redacted] said he has been stressed out, so he left school early on these dates 5/26, 5/31, 6/1. c/w AMK | G29 | Truant Level 4 | | After School Detention | 1 | Jun 9, 2016 | Jun 9, 2016 | 1 |
| 26528 | 06/09/2016 | 51 | 11 | | Truant from AFD Student will serve AFD in new school year 2016-2017 per Clifford Kasson. | G24 | Cut/Skip After School Detention | | After School Detention | 1 | Sep 20, 2016 | Sep 20, 2016 | 1 |
| 27008 | 10/13/2015 | 51 | 12 | Non VADIR Incidents | PE teacher brought to APs' attention: claimed a witness refused to report an incident in the locker room. Student reported to PE teacher that V[redacted] was going through another student's bag. V[redacted] was upset, "this is racist", "only because of my color", "bothers me that I was accused, feel it was race." V[redacted] claims the student and his group make racist comments, say N word, make fun of student and his turban. D Caddick conf; investigation was inconclusive. V[redacted] only had $7 on him, not close to the amount reported taken ($20, $40). Students were warned to lock up their belongings in the locker rooms. | G1 | Inappropriate Behavior | | Incident Documented | | Oct 13, 2015 | Oct 13, 2015 | 1 |

# Student Discipline Report
## 1004737 S[redacted], V[redacted] M[redacted]
### Incident Dates: Between Sep 2, 2009 and Jan 27, 2017

99

| Incident Id | Incident Date | Building - Incident | F/W Grade | Incident Category | Comments - Incident | Offense Code | Offense Code Description | Offense Comment | Action | Actual Duration - Offender Action | First Action Date | Last Action Date | Total Occurrences - Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27009 | 10/21/2015 | 51 | 12 | Non VADIR Incidents | Parent reported her car, driven to school by daughter, was damaged. Several students report it was V[redacted] who threw apples. V[redacted] texted for another student to come to AP office to report "cops are at my house blaming me." The student spoke with Mrs. Caddick. Police went to investigate. DC interviewed several students. Inconclusive to claims. | G1 | Inappropriate Behavior | | Incident Documented | | Oct 21, 2015 | Oct 21, 2015 | 1 |
| 26561 | 09/09/2016 | 51 | 12 | Non VADIR Incidents | V[redacted] t was seen, by a teacher, outside during 2nd period. He was assigned to be in Commons. D Caddick c/w 9/14/16; V[redacted] claims he went to his car to get his wallet and chemistry paper. Administrator explained that in the future, he must come to the AP office to get an off-grounds pass and follow the procedure to sign in and out of the school. | G11 | Left School Without Permission | | Incident Documented | | Sep 14, 2016 | Sep 14, 2016 | 1 |
| 26653 | 09/12/2016 | 51 | 12 | Non VADIR Incidents | Unexcused absences, Per 9, PE D Caddick c/w 10.3.16 and 10.5.16 V[redacted] will make up the work from the classes he missed. Hopefully he is on a plan to be in class regularly, and gain the needed credits for graduation. Ms. Caddick had been holding V[redacted]s Early Dismissal Pass until now. He will get this pass, and have a good year. | G26 | Truant Level 1 | | Verbal Warning | | Oct 5, 2016 | Oct 5, 2016 | 1 |
| 26727 | 10/13/2016 | 51 | 12 | Non VADIR Incidents | 10/13/16, 8th period, Forensic Sci Teacher contacted home and assigned After School Detention. | G27 | Truant Level 2 | | After School Detention | 1 | Oct 25, 2016 | Oct 25, 2016 | 1 |
| 26711 | 10/18/2016 | 51 | 12 | Non VADIR Incidents | Parking violations. See offense details for each student. D Caddick c/w 10.20.16. | P | Illegal Parking | 10/5 - parked in staff lot 10/13 - parked in bus driver parking area 10/14 - parked in staff lot D Caddick explained to Vinnie he must only park between the yellow lines in the front lot.  Next offense will result in 4 days of after school detention. | Campusing | 5 | Oct 20, 2016 | Oct 26, 2016 | 5 |

# Student Discipline Report

1004737  S████, V████ M████

Incident Dates: Between Sep 2, 2009 and Jan 27, 2017

Birthdate: 07/08/1999

| Incident Id | Incident Date | Building - Incident | E/W Grade | Incident Category | Comments - Incident | Offense Code | Offense Code Description | Offense Comment | Action | Actual Duration - Offender Action | First Action Date | Last Action Date | Total Occurrences - Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26937 | 11/22/2016 | 51 | 12 | Non VADIR Incidents | 3 write-ups D Caddick c/w 12.01.16: "Vincent is not to disrupt class like this. His actions are inappropriate and disrespectful; violating the student code of conduct. I am concerned about V████ pattern of insubordination towards staff members. This needs to stop!" Consulted w/ school counselor, SRO, and Superintendent. Probation for senior activities. Vincent asked for Superintendent's phone number. | G5 | Disrespect / Insubordination | Dyer, 11/22/16, 4th Per Math: V████ had his phone out and was playing a video loudly during group work. I asked him 2X to put it away; he refused and started mocking me. I then asked him if he needed to leave the room, and he called me a "fucking racist". D Chantry: after being asked to leave math class, Ms. Estelle told V████ he was not to have his cell phone out in the AP Office. As soon as Ms. Estelle left the room, V████ got his phone back out and I had to tell him again to put it away. | Probation for Senior Activities | | Dec 1, 2016 | Dec 1, 2016 | 1 |
| | | | | | | P | Illegal Parking | 11/16/16 - Parked in bus driver parking area; Next offense will result in loss of parking tag for 10 weeks. | | | | | |

**Student Discipline Report**
1004737 S████, V████ M████
Incident Dates: Between Sep 2, 2009 and Jan 27, 2017

Birthdate: ████ 99

| Incident Id | Incident Date | Building - Incident | E/W Grade | Incident Category | Comments - Incident | Offense Code | Offense Code Description | Offense Comment | Action | Actual Duration - Offender Action | First Action Date | Last Action Date | Total Occurrences - Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27003 | 12/01/2016 | 51 | 12 | VADIR | 12/1/16: •During 1st period, V████ t met with the Assistant Principal regarding inappropriate behavior in his period 4 math class on November 22, 2016. During that math class, V████ had his phone out and started playing a video loudly during group work. He was asked 2 times to put his phone away. He refused and began mocking the teacher. When the teacher asked him if he needed to leave he called her a "fucking racist." V████ was upset that he received consequences and he contacted Superintendent Ahearn. •During period 4 math class, as the teacher was passing out the worksheet, V████ said, "Drexel" while looking at the teacher. Drexel is the name of the street the teacher lives on. •Later in period 4 math class, while working with his group V████ said the first and middle name of the teacher's husband. •Towards the end of period 4 math class, V████ and another student were talking about how funny something would be and one of them said, "4205" which is the teacher's house number. | PHYS | Verbal threat but no physical contact without a weapon (VADIR 10, DASA) | | Out-of-School Suspension - VADIR (OUTSCHOOL) | 5 | Dec 5, 2016 | Dec 9, 2016 | 5 |

Offender Notes: Conf held in Principal's conference room on 12/2 with V████ s parents, Mrs. Caddick, Mr. Kasson, Mr. Penna; determined that suspension would start that day, and Vincent would return to school on 12/9.

# Student Discipline Report

1004737   V███   M███   Birthdate: ███ 99

Incident Dates: Between Sep 2, 2009 and Jan 27, 2017

| Incident Id | Incident Date | Building Incident | E/W Grade | Incident Category | Comments - Incident | Offense Code | Offense Code Description | Offense Comment | Action | Actual Duration - Offender Action | First Action Date | Last Action Date | Total Occurrences - Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27206 | 12/08/2016 | 51 | 12 | VADIR | On December 8, 2016, V███ received several reports that V███ had posted a video of a girl in a bedroom loading and unloading a gun on his snapchat story. •The School Resource Officer (SRO) received several reports that V███t ($avage @vmspero) had posted tweets/retweets on social media. o"@WBNG12News to be acknowledged because I have no say. Vestal high school is corrupt and unfair to its colored students. And we need help" o"@WBNG12News then she reported me after a day for feeling threatened by me after I attempted to report her, and I was told I wasn't going" o"@ WBNG12News suspended from school for calling my teacher a racist after being separated with 4 other students because of our color." o"End racism within our schools, how are you supposed to teach the young minds while yours is stuck in such an evil way #vestalhighschool" (cont in offense) | IHMB4 | Intentional, Repeated Intimidation-VADIR-DASA (INTIMIDATE) | (cont) o"How can you allow racism to brew within your staff and discipline the one trying to shine attention to the racism going on #truth will prevail" o"I love being discriminated and prejudiced in the vestal high school system. Crazy how racism will never fade away, we are stuck" o"Me trying to spread awareness to the racism I had to face is nothing wrong, I would never hurt a soul, I just wanted help. I love everyone" (continued in offender notes) | Out-of-School Suspension - VADIR (OUTSCHOOL) | 5 | Dec 9, 2016 | Dec 15, 2017 | 5 |
| | | | | | | IHMB4 | Intentional, Repeated Intimidation-VADIR-DASA (INTIMIDATE) | (cont) o"How can you allow racism to brew within your staff and discipline the one trying to shine attention to the racism going on #truth will prevail" o"I love being discriminated and prejudiced in the vestal high school system. Crazy how racism will never fade away, we are stuck" o"Me trying to spread awareness to the racism I had to face is nothing wrong, I would never hurt a soul, I just wanted help. I love everyone" (continued in offender notes) | Superintendent's Hearing -VADIR (XFERALTED) | | Dec 20, 2016 | Dec 20, 2016 | 1 |

Offender Notes: (cont) o"We are equal, because of the pigmentation of my skin means I'm, a danger to the school? You are racist, face it you are a horrible being!" o "Deforamtion of character is a crime, because of my skin color you are gonna say I'm going to kill people that's outrageous, you are a racist"
• The School Resource Officer (SRO) received calls from the State Police with concerns over the tweets and snapchat video V███ posted on social media.
• The VHS Administration, School Resource Officer (SRO), and the Counseling and Guidance Office spent most of the day meeting with concerned students and taking calls from concerned parents.
• In light of the current climate of concern the school administration cancelled a state required emergency response lockdown drill scheduled for December 9, 2016.

| 27207 | 01/06/2017 | 51 | 12 | Non VADIR Incidents | Parked in staff parking area 1/6/17 | P | Illegal Parking | | Incident Documented | | Jan 6, 2017 | Jan 6, 2017 | 1 |