# EXHIBIT G

5/11/2017

# Student Transcript

Page 1 of 2

Parent or Guardian: Robert S▆▆▆
25 Knight Rd
Vestal, NY 13850

From: Vestal Senior High School
205 Woodlawn Drive
Vestal, NY 13850

Principal:
Clifford R. Kasson
(607) 757-2281
CEEB #: 335730

Student: S▆▆▆▆ ▆▆▆▆▆▆ M   Gender: M   Birth Date: ▆▆▆▆9   Phone: (607) 242-3298
Grade: 12   Diploma:   Graduation Date:

Symbols: A=Academic/Regents   AP=Adv Placement   H=Honors   IB=International Baccalaureate
NR=Non-Regents   SP=Accelerated   SS=Summer   S3=Individualized Educ Plan
Heading: LOC=Local Exam   REG=Regents Exam   FIN=Final Average

Year: 2014                                                   Grade: 09
Building: Vestal Senior High School

| Course | LOC | REG | FIN | Credit |
|---|---|---|---|---|
| PHYS ED (9-10) | 83 |  | 87 | 0.5 |
| STUDIO IN ART | 70 |  | 87 | 1 |
| ENGLISH 9A | 60 |  | 72 | 1 |
| GLOB HIST GEO 1A | 83 |  | 77 | 1 |
| INTGRT ALGEBRA |  |  | 54 | 0 |
| MANDARIN CHINESE 1 | 30 |  | 50 | 0 |
| Regents Integrated Algebra AUG |  | 57 |  | 0 |
| SS Integrated Algebra w/Regent |  | 72 |  | 1 |
| MATH WORKSHOP (ALG) |  |  | 70 | 0 |
| MATH WORKSHOP (ALG) |  |  | 65 | 0 |
| EARTH SCI 9A |  | 57 | 69 | 1 |
| Regents Integrated Algebra JUN |  | 60 |  | 0 |
| Regents Common Core Integrated Algebra JUN |  | 63 |  | 0 |

Credit: 5.500

Year: 2015                                                   Grade: 10
Building: Vestal Senior High School

| Course | LOC | REG | FIN | Credit |
|---|---|---|---|---|
| SPANISH 1A | 74 |  | 68 | 1 |
| GLOB HIST GEO 2A |  | 82 | 71 | 1 |
| LIVING ENVIRONMENT |  | 79 | 74 | 1 |
| PERSONL FIN SEM2 |  |  | 72 | 0.5 |
| HEALTH | 88 |  | 85 | 0.5 |
| PHYS ED (9-10) | 70 |  | 73 | 0.5 |
| ELEM GEOM & TRIG | 56 |  | 57 | 0 |
| Regents Integrated Algebra JAN |  | 64 |  | 0 |
| Regents Integrated Algebra JUN |  | 73 |  | 0 |
| MATH WORKSHOP (ALG) |  |  | 73 | 0 |
| ENGLISH 10A | 85 |  | 71 | 1 |

Credit: 5.500

Year: 2016                                                   Grade: 11
Building: Vestal Senior High School

| Course | LOC | REG | FIN | Credit |
|---|---|---|---|---|
| PHYS ED (11-12) | 63 |  | 65 | 0.5 |
| ENGLISH 11 |  | 94 | 74 | 1 |
| US HIST GOV 11 |  | 76 | 74 | 1 |
| ELEM GEOM & TRIG | 66 |  | 74 | 1 |
| CARTOONING | 87 |  | 85 | 0.5 |
| APPLIED PHYS SCI |  |  | 86 | 1 |
| THREE DIMEN DESIGN 1 | 94 |  | 96 | 0.5 |

Credit: 5.500

Year: 2017                                                   Grade: 12
Building: Vestal Senior High School

| Course | LOC | REG | FIN | Credit |
|---|---|---|---|---|
| CHEMISTRY | 50 |  |  | 0 |
| PART IN GOV 12 | 76 |  | 74 | 0.5 |
| FORENSIC SCI 1 |  |  | 68 | 0.5 |

Credit: 1.000

Academic Status 1.i-2

| | | |
|---|---|---|
| 5/11/2017 | **Student Transcript** | Page 2 of 2 |
| Parent or Robert S▓▓▓▓ | From: Vestal Senior High School | Principal: |
| Guardian: 25 Knight Rd | 205 Woodlawn Drive | Clifford R. Kasson |
| Vestal, NY 13850 | Vestal, NY 13850 | (607) 757-2281 |
| | | CEEB #: 335730 |

Student: S▓▓▓ V▓▓▓ M▓▓▓   Gender: M   Birth Date: ▓▓▓▓99   Phone: (607) 242-3298
Grade: 12   Diploma:                                                 Graduation Date:

Symbols: A=Academic/Regents  AP=Adv Placement  H=Honors   IB=International Baccalaureate
         NR=Non-Regents      SP=Accelerated    SS=Summer  S3=Individualized Educ Plan
Heading: LOC=Local Exam  REG=Regents Exam  FIN=Final Average

| Type | GPA | Rank |
|---|---|---|
| Weighted GPA | 75.628 | 244 / 265 |

Total Credit: 17.500

Grade 9-12 Enrollment: 1100
Percent Enrolled in 4-year Colleges: 48%
Percent Enrolled in 2-year Colleges: 39%
Percent Enrolled in Vocational/Technical Programs: 0.4%
Percent in Military: 0.7%
Percent in Employment: 8.1%
Percent Other: 3.5%

-------- Grading System: Minimum passing grade is 65. One unit represents 180 minutes/week for 40 weeks --------

_____, Counselor       Date: _____
Phone: (607)757-2214  Fax: (607)757-2306