Student Report Card Summary

Academic Strength i.e. Page 1 of 1
11/16/16



**ID:** 1004737  **Name:** S[redacted] V[redacted]  **Building:** Vestal Senior High School  **Grade:** 12

**Counselor:** 204 - Martino, Rebecca

**Report Card Run:** 1

### Courses for Building 51 - Vestal Senior High School

| Description | Course-Section | Status | Earned Credit | MP1 | REG1 | RCT1 | PROF1 | FIN | Q1 | Q2 | Q3 | ABS | TDY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENGLISH 12 | 0050 - 4 | A - Active | 0 | 77 | | | | | 017 | 007 | | 7 | 4 |
| PART IN GOV 12 | 0121 - 1 | A - Active | 0 | 84 | | | | | | | | 7 | 1 |
| ECONOMICS 12 | 0132 - 1 | A - Active | 0 | | | | | | | | | | |
| CHEMISTRY | 0212 - 1 | A - Active | 0 | 82 | | | | | | | | 8 | 2 |
| FORENSIC SCI 1 | 0231 - 3 | A - Active | 0 | 80 | | | | | 055 | | | 9 | 3 |
| FORENSIC SCI 2 | 0232 - 3 | A - Active | 0 | | | | | | | | | | |
| FOUNDATIONS FOR COLLEGE MATHEM | 0309 - 1 | A - Active | 0 | 75 | | | | | 007 | 023 | | 6 | 2 |
| PHYS ED(11-12) | 0802 - 20 | A - Active | 0 | 57 | | | | | 052 | 039 | | 7 | 0 |

### Display Settings

| Show Active Courses | ☑ | Show Non-Scheduled Courses | ☑ |
| Show Dropped/Teacher Graded Courses | ☐ | Show Dropped/Office Graded Courses | ☐ |
| Show Trailed Courses | ☐ | | |

Case 3:17-cv-00007-GTS-DEP   Document 36-19   Filed 05/15/17   Page 2 of 2</a

Student IPR Summary

Page 1 of 1

Academic Studies 1.b.



**ID:** 100437   **Name:** S█ V█████

**Counselor:** 204 - Martino, Rebecca   **Building:** Vestal Senior High School   **Grade:** 12



● Existing IPR Run Dates   ○ New Individual IPR
10/6/2016 ▼

**Individual IPR:** ☐

Courses for building 51 - Vestal Senior High School

| Description | Course-Section | GRD | C1 | C2 | C3 | A | T | History |
|---|---|---|---|---|---|---|---|---|
| CHEMISTRY | 0212-1 | 91 | | | | 3 | | ☐ |
| PART IN GOV 12 | 0121-1 | 74 | | | | 2 | 1 | ☐ |
| FOUNDATIONS FOR COLLEGE MATHEM | 0309-1 | 77 | | | | 2 | | ☐ |
| ENGLISH 12 | 0030-4 | 79 | | | | 3 | 2 | ☐ |
| FORENSIC SCI 1 | 0231-3 | 75 | | | | 4 | 2 | ☐ |
| PHYS ED(11-12) | 0602-20 | 60 | 039 | 052 | | 2 | | ☐ |



https://cschools.sonic.org/eSchoolPLUS/Content/StudentIPR/IPRSummary.asp

1/5/2017</a