```
                                                                    1

                                            ORIGINAL
STATE OF NEW YORK
COUNTY OF BROOME
---------------------------------------------
            In the Matter of a hearing

              held pursuant to

       Education Law Section 3214 (3)(c)

              for V██████ "S"

              a student of the

          Vestal Central School District
---------------------------------------------

        A hearing held at 201 Main Street, Vestal,

New York, Vestal Central School District

Administrative offices, on the 25th day of January

2017 commencing at 1:10 p.m.

BEFORE:            MICHAEL SHERWOOD
                   Hearing Officer

REPORTED BY:       CARLEEN J. TAYLOR
                   Court Reporter

A P P E A R A N C E S:

Counsel for the      HOGAN, SARZYNSKI, LYNCH,
School District:         DEWIND & GREGORY
                     520 Columbia Drive
                     Johnson City, NY 13790
                     BY: WENDY K. DEWIND, ESQ.
                         CAMERON DANIELS, ESQ.

For the Student:     ROBERT "S"  -- Father
                     BRITTANY "S -- Sister




                   CARLEEN J. TAYLOR
                   3408 Brentwood Place
                   Vestal, New York 13850
                      (607)729-6660
```

RECEIVED FEB 1 2017
Hogan, Sarzynski, Lynch, DeWind & Gregory, LLP

-COLLOQUY-

required. The only circumstances I can see going forward where we would consent to an adjournment -- especially since we have another two hearing dates scheduled -- would be if the family were to agree that Vincent would be suspended and the district provide home tutoring in the interim.

HEARING OFFICER: Is that something you folks want to discuss in private?

MR. SPERO: This is the proposal from them, sir and our response to them is --

MS. DEWIND: All righty. That is a settlement proposal from Mr. Miller's office.

HEARING OFFICER: I am not sure I want that part --

MS. DEWIND: I don't think that would be appropriate.

MR. SPERO: I guess he was going to be a standup comedian.

HEARING OFFICER: Okay. So, Ms. DeWind, your position in a nutshell is