# EXHIBIT 2

# Willa Payne

**From:** Willa Payne
**Sent:** Thursday, October 26, 2017 3:50 PM
**To:** 'cspagnoli@fwmillerlawfirm.com'; 'fmiller@fwmillerlawfirm.com'
**Cc:** Josh Cotter; Susan Young
**Subject:** Good Faith-Outstanding Discovery

Charles-

Please consider this our good faith attempt to resolve the outstanding discovery that is due. From our calculation, your responses to our demands were due yesterday prior to your filing of the pending motion, or your oral request today to stay discovery. Please advise when we can expect the response so we can move forward accordingly. Thank you.

Willa

\*\*\*Please Note My Change of Address and Phone Number\*\*\*
Willa S. Payne, Esq.
Staff Attorney, *The Advocacy Group*
Legal Services of Central New York, Inc.
189 Main Street, Suite 301
Oneonta, NY 13820
Phone: 607-766-8118
Fax: 607-386-4176

**NOTICE:** The information contained in this e-mail message and any attachments hereto is confidential and may be legally privileged. This message is intended only for the individual(s) named herein. If you are not the intended recipient, please notify the sender and delete the message immediately. Please do not read, store, copy or otherwise disseminate or distribute this e-mail or any part of it.