UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEBRA SPERO, as Natural Mother of
V.S., an infant,
                    Plaintiffs,

v.

VESTAL CENTRAL SCHOOL DISTRICT
BOARD OF EDUCATION, VESTAL CENTRAL
SCHOOL DISTRICT, JEFFREY AHEARN,
Superintendent of Schools, ALBERT A. PENNA,
Interim Principal of Vestal High School,
DEBORAH CADDICK and CLIFFORD KASSON,
in their Individual and Official Capacities,

                    Defendants,

**REPLY AFFIDAVIT OF KATHARINE DYER**

Civil Action No. 3:17-cv-00007 (GTS/DEP)

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF BROOME   )

      KATHARINE DYER, being duly sworn, deposes and says:

      1.    I am a teacher employed by the Vestal Central School District ("District"). I make this affidavit of my own personal knowledge and am fully competent to testify as to all matters herein.

2.  On November 22, 2016, I was teaching a class when I had to send a student, I.D., to the assistant principal's office for disciplinary reasons. I sent him without an escort. Approximately ten to fifteen minutes later, I sent V.S. to the assistant principal's office with an escort because of V.S.'s misconduct and misbehavior.

*Katharine Dyer*
KATHARINE DYER

Sworn to before me this 11
day of December, 2017.

*Donna J. Harrington*
Notary public

DONNA J. HARRINGTON
Notary Public, State of New York
No. 01HA6018733
Qualified in Broome County
Commission Expires January 19, 20 19