

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEBRA SPERO, as Natural Mother of
V.S., an infant,
                       Plaintiffs,

v.

VESTAL CENTRAL SCHOOL DISTRICT
BOARD OF EDUCATION, VESTAL CENTRAL
SCHOOL DISTRICT, JEFFREY AHEARN,
Superintendent of Schools, ALBERT A. PENNA,
Interim Principal of Vestal High School,
DEBORAH CADDICK and CLIFFORD KASSON,
in their Individual and Official Capacities,

                       Defendants,

**REPLY AFFIDAVIT OF DR. ALBERT PENNA**

Civil Action No. 3:17-cv-00007 (GTS/DEP)

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF BROOME    )

      DR. ALBERT PENNA, being duly sworn, deposes and says:

      1.    I was formerly employed as the interim high school principal for Vestal Central School District ("District"). I make this affidavit of my own personal knowledge and am fully competent to testify as to all matters herein.

2.    On December 8, 2017, I personally handled at least two calls from parents expressing concern over a video posted by V.S. on Snapchat depicting an unidentified female with a handgun, and my secretary received at least four more such calls. These calls are in addition to any calls received from parents by School Resource Officer Conor Talbut and the call received by the District from V.S.'s father that day.

　　　　　　　　　　　　　　　　　　　_____ Ed. D.
　　　　　　　　　　　　　　　　　　　DR. ALBERT PENNA

Sworn to before me this 11
day of December, 2017.

_____
Notary public

DONNA J. HARRINGTON
Notary Public, State of New York
No. 01HA6018753
Qualified in Broome County
Commission Expires January 19, 20 19