**THE LAW FIRM OF FRANK W. MILLER**

*Attorneys and Counselors at Law*

6575 Kirkville Road
East Syracuse, New York 13057
Telephone:  (315) 234-9900
Fax:  (315) 234-9908
cspagnoli@fwmillerlawfirm.com

Frank W. Miller
_____

Charles C. Spagnoli
John Patrick Powers
Ronnie White

November 8, 2018

*Via electronic filing*

Hon. David E. Peebles
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261

      Re:    Spero v. Vestal Central School District et al.
               Civil Action No.:  3:17-cv-00007

Dear Judge Peebles:

      As you know, we are counsel for the Defendants in the referenced matter.  Filed herewith is a proposed stipulated protective order which has been executed by counsel for all parties in order to expedite and facilitate production of FERPA-protected records.  We respectfully request you enter same as an order of the Court.

      Thank you very much for your attention to this matter.

Respectfully submitted,

**THE LAW FIRM OF FRANK W. MILLER**

s/Charles C. Spagnoli
Bar Roll No. 507694

Cc:    Willa Payne, Esq. (via electronic filing) (w/enc.)
         Jeffrey Ahearn, Superintendent of Schools (w/enc.)