

# LEGAL SERVICES OF CENTRAL NEW YORK

Defending Dignity
Strengthening Communities
Securing Justice

February 21, 2019

Wendy Dewind, Esq.
520 Columbia Dr., Suite 204
Johnson City, NY 13709

Re:   Spero v. VSCD et al.
      Civil Action No.: 3:17-cv-00007

Dear Wendy:

Enclosed please find enclosed a subpoena for you to testify at a deposition related to the above referenced matter. The scope of the deposition will include, but not be limited to, your involvement in the Superintendent's Hearing process, as outlined in your declaration filed by the defendants in this action. *See* ECF No. 38-28. Although the subpoena specifies March 19, 2019 as the time and date of the deposition, we are willing to work with you and defense counsel to come to a mutually agreeable date and time. If you have any questions please do not hesitate to contact me.

Sincerely,

Susan M. Young
Staff Attorney

enc.