UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

---

DEBRA SPERO, as Natural Mother of V.S., an infant,

                Petitioners,        Civil Action No.: 3:17:CV-7 (GTS-DEP)

-against-

BOARD OF EDUCATION OF THE VESTAL CENTRAL

SCHOOL DISTRICT,

                Respondent.

---

STATE OF NEW YORK:

                :ss

COUNTY OF BROOME:

Wendy K. DeWind, being duly sworn, hereby affirms the following:

1. I am a member of the law firm of Hogan, Sarzynski, Lynch, DeWind & Gregory, LLP and I am fully informed as to the facts and circumstances of this action.

2. Our office represents the Vestal Central School District, a central school district organized under the New York State Education Law, hereinafter Defendant, with respect to the above matter and as general counsel.

3. I was the prosecuting attorney in the disciplinary action against V.S. pursuant to Education Law 3214(3)(c) and subsequent appeals to the Board of Education and Commissioner of Education.

4. This affidavit is submitted in opposition to the Plaintiff's request for a preliminary injunction.

5. On December 14, 2016, the Superintendent filed charges pursuant to Education Law 3214(3)(c) against V.S. regarding harassing and intimidating conduct.

6. The Superintendent's hearing was scheduled for December 20, 2016 before hearing Officer Michael Sherwood.

7. Prior to the start of the hearing, on or about December 18, 2016, the District became aware of additional social media postings regarding "The Vestal Central School District Administration is about to try to destroy the career of a young man by the name of V.S., a senior, who called his math teacher, Katherine Dyer, a fucking racist, in response to a statement she made…" See Exhibit 1 attached hereto.

8. This social media post provided contact information for one of Attorney Ronald Benjamin's assistants, Diane Walter and asked the public to contact Ms. Walter if they wanted additional information.

9. Free Spero post it notes were found around the school.

10. Posters regarding "Free V.S." were posted in the local area. See Exhibit 2, attached hereto.

11. Citizen's Action of New York, Southern Tier Chapter picked up the story and began to post about it.

12. Many of the local news outlets began to post stories about V.S. and his allegations.

13. As a result of the social media posts and of the new articles, Ms. Dyer's good name was ruined before the allegations could be disproved.

14. As a result of the social media postings, the District's good reputation was also ruined and the District, including the high school, remained in turmoil for the duration of the hearing.

15. The initial date for the hearing was December 20, 2016. There were approximately 50 to 100 people present in support of V.S. who were looking to observe the evidence.

16. The District was forced to obtain police coverage for crowd control and at least three Vestal Police Department officers were present to assist myself and the District in crowd control.

17. Attorney Ronald Benjamin was present and representing V.S. and his family. Extensive arguments were made on the record regarding whether the hearing should be open to the public and whether the speech which was the subject of the charges was protected by first amendment rights of V.S.

18. At the hearing on December 20, 2016, V.S., through his attorney, made a motion to dismiss based on first amendment protections. It was agreed to brief the issue.

19. Further, at this time, many student subpoenas were requested by Mr. Benjamin on behalf of V.S. including approximately 11 student subpoenas. The hearing office signed the subpoenas.

20. Mr. Benjamin began to use every technique he could to delay the hearing. At one point, during a phone conference trying to schedule hearing dates, he refused to move his lunch so a hearing could commence before late afternoon.

21. Further, during the same phone conference, Mr. Benjamin stated that if I did not accept services as he requested, he would use every trick he could think of to delay the hearing.

22. Mr. Benjamin and V.S. used the delay to meet with students from the Math class who were subpoenaed and who are minors, and some of whom have disabilities, without parental consent or knowledge to take statements for testimony.

23. V.S. was directed not to serve subpoenas on school property. Despite this, V.S. directed his girlfriend to serve student subpoenas on school property.

24. The hearing officer ruled that the hearing was to be closed and ultimately it was decided that the first amendment issues should be briefed due to the complexity of the law. After taking Ms. Dyer's testimony, the hearing adjourned.

25. The Vestal Police felt that Ms. Dyer should have a police escort home even though her husband had taken the day off and could accompany her home. The Vestal Police also indicated they would be doing drive by's of her house and discussed basic security measures she could take. They were concerned about the level of animosity of the crowd and V.S.

26. Initially, the student was out on suspension pending the hearing. After the hearing was continued past December 20, 2016, the student was returned to school on January 4, 2017 with the directive that V.S. not discuss the pending Superintendent's hearing and not engage in any disruptive behavior.

27. The only way the student could be returned to class was by reassigning Ms. Dyer to a different building and different responsibilities. Ms. Dyer was subject to very public statements naming her as a racist. Her reputation was permanently damaged by these unfounded allegations of racism.

28. Throughout the hearing process, Mr. Benjamin frequently raised issues and requested telephone conferences with the hearing officer. For example:

    a. Correspondence from Mr. Benjamin, on behalf of V.S. was received on January 5, 2017 regarding issuance of subpoenas and regarding District allegations of sensationalism by Mr. Benjamin and V.S.

    b. A conference call was held on January 6, 2017 between the hearing officers and the attorneys regarding subpoenas and production of district records.

    c. On January 6, 2017, Mr. Benjamin submitted a fax to the hearing officer regarding meetings between myself and the District administration and the students Mr. Benjamin subpoenaed.

    d. On January 10, 2017, Mr. Benjamin again requested a phone conference via correspondence to address procedural issues.

    e. On January 13, 2017, both parties submitted their memoranda regarding the motion to dismiss based on first amendment protections.

29. On January 17, 2017, the parties returned for a second day of hearing. Again, there were many spectators present which required the presence of police for crowd control. News media was also present. Mr. Benjamin was present on behalf of V.S.

30. Here, the District provided the student with opportunities for representation, there was extensive motion practice, subpoenas were requested and provided, witnesses testified including witnesses for the student, and extreme allowances made in procedure for the family once they no longer had counsel. The family was not denied the right to counsel or any other due process right.

31. On the morning of January 25, 2017, in an off the record discussion with the family, Mr. Spero informed the District that Mr. Benjamin would not be attending the hearing because he wanted more money from the Spero family. The family was not going to pay it. The family asked to have time to find another attorney which the District felt was another delay tactic by the family. The District pushed to move forward and the hearing officer agreed.

32. When the hearing resumed on the morning of January 30, 2017, Mrs. Spero began shouting "racist" during the hearing on the next day and refused to be respectful or quiet to the extent I had to warn her that I would have her removed by the police if she did not settle down.

33. V.S. had a full and fair opportunity to litigate during the superintendent's hearing with the assistance of counsel. Further, they were given every consideration and took ample opportunity of it to make statements on the record and to call witnesses.

34. Once the hearing closed, the hearing officer issues a decision suspending V.S. through June 30, 2018 as a result of his misconduct and past anecdotal record.

35. Upon receipt of the hearing officer's decision, the parent appealed to the Board of Education who heard the appeal at the earliest date possible, April 11. Prior to making a determination, the Board reviewed the entire record and heard oral argument by the new attorneys for V.S. The Board upheld the Superintendent's decision.

36. Once V.S. received the Board's determination, the appealed to the New York State Commissioner of Education and requested a stay of the suspension. The Commissioner has denied the stay and the remainder of the appeal is pending.

37. V.S. has also sought to attend school in the Binghamton City School District both as a resident of Binghamton and as a homeless student. Upon information and belief, he has continued to live his parents' residence in Vestal. Binghamton declined admission.

Dated: May 15,, 2017

_____
Wendy K. DeWind, Esq.

Sworn to before me this ____

Day of May 15, 2017.

_____
Notary Public

GAIL BRENNAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01BR4873870
QUALIFIED IN BROOME COUNTY
MY COMMISSION EXPIRES 10/20/2018

## !!! ATTENTION !!!

THE VESTAL CENTRAL SCHOOL DISTRICT ADMINISTRATION IS ABOUT TO TRY TO DESTROY THE CAREER OF A YOUNG MAN BY THE NAME OF V[REDACTED] S[REDACTED] A SENIOR WHO CALLED HIS MATH TEACHER KATHERINE DYER A FUCKING RACIST IN RESPONSE TO A STATEMENT SHE MADE AFTER DISCIPLINING A BLACK STUDENT IN MATH CLASS NAMELY "I AM TIRED OF DEALING WITH YOU FUCKING NIGGERS". INSTEAD OF TERMINATING THE TEACHER, THE ADMINISTRATION DECIDED TO SUSPEND VINCENT FROM SCHOOL AND THE DISTRICT IS NOW TAKING STEPS TO EXPEL V[REDACTED]. A SUPERINTENDENT'S PROCEEDING WILL BE HELD DECEMBER 20, 2016 AT 9:00 AM AT THE VESTAL CENTRAL SCHOOL DISTRICT LOCATED AT 201 MAIN STREET, VESTAL NY 13850.

THIS IS A TEACHER WHO BEGAN THE SEMESTER BY ISOLATING ALL MINORITY STUDENTS IN THE BACK OF HER CLASS UNDER THE PRETEXT OF DEVELOPING STUDENT SEATING. COMPLAINTS MADE TO ASSISTANT PRINCIPALS DEBORAH CADDICK AND CLIFFORD KASSON CONCERNING THE RACIST BEHAVIOR FELL ON DEAF EARS. VINCENT HAD THE TEMERITY TO APPEAL FOR HELP THROUGH SOCIAL MEDIA AND ALSO ASKED TO BRING AN END TO RACISM WITHIN OUR SCHOOLS. HIS APPEAL THROUGH SOCIAL MEDIA RESULTED IN A SECOND SUSPENSION.

WE ARE ASKING FOR YOU TO SUPPORT V[REDACTED] BY ATTENDING THE HEARING THAT IS GOING TO BE HELD AT 9:00 AM AND TO HELP STAMP OUT RACISM WITHIN THE VESTAL SCHOOL DISTRICT AND TO ENSURE THE RACIST TEACHER WHO TRIGGERED THIS SITUATION IS NO LONGER ABLE TO PERPETUATE HER RACISM IN AN ENVIRONMENT WHERE THE MISSION OF THE SCHOOL IS TEACHING OUR YOUNGSTERS TO PROMOTE GOOD CITIZENSHIP ANY EQUALITY AMONG ALL.

IF YOU WOULD LIKE ADDITIONAL INFORMATION CONCERNING THE ABOVE PLEASE CONTACT DIANE WALTER AT (607) 222-8869

Plz read....share and support and repost
#freev[REDACTED]

EXHIBIT 1



**Sharon Vail Russo**
14 hrs

I was asked and am sharing this for some friends. Please, if you can or able to, please support this young man. (I apologise for the language)

**ATTENTION!!**

THE VESTAL CENTRAL SCHOOL DISTRICT ADMINISTRATION IS ABOUT TO TRY TO DESTROY THE CAREER OF A YOUNG MAN BY THE NAME OF V█████ S█████ A SENIOR WHO CALLED HIS MATH TEACHER KATHERINE DYER A FUCKING RACIST IN RESPONSE TO A STATEMENT SHE MADE AFTER DISCIPLINING A BLACK STUDENT IN MATH CLASS NAMELY "I AM TIRED OF DEALING WITH YOU FUCKING NIGGERS". INSTEAD OF TERMINATING THE TEACHER, THE ADMINISTRATION DECIDED TO SUSPEND VINCENT FROM SCHOOL AND THE DISTRICT IS NOW TAKING STEPS TO EXPEL V█████. A SUPERINTENDENT'S PROCEEDING WILL BE HELD DECEMBER 20 2016 AT 9:00 AM AT THE VESTAL CENTRAL SCHOOL DISTRICT LOCATED AT 201 MAIN STREET, VESTAL NY 13850.

THIS IS A TEACHER WHO BEGAN THE SEMESTER BY ISOLATING ALL MINORITY STUDENTS IN THE BACK OF HER CLASS UNDER THE PRETEXT OF DEVELOPING STUDENT SEATING. COMPLAINTS MADE TO ASSISTANT PRINCIPALS DEBORAH BADGLEY AND CLIFFORD KASSON CONCERNING THE RACIST BEHAVIOR FELL ON DEAF EARS. V█████ HAD THE TEMERITY TO APPEAL FOR HELP THROUGH SOCIAL MEDIA AND ALSO ASKED TO BRING AN END TO RACISM WITHIN OUR SCHOOLS. HIS APPEAL THROUGH SOCIAL MEDIA RESULTED IN A SECOND SUSPENSION.

WE ARE ASKING FOR YOU TO SUPPORT V█████ BY ATTENDING THE HEARING THAT IS GOING TO BE HELD AT 9:00 AM AND TO HELP STAMP OUT RACISM WITHIN THE VESTAL SCHOOL DISTRICT AND TO ENSURE THE RACIST TEACHER WHO TRIGGERED THIS SITUATION IS NO LONGER ABLE TO USE HER ENTIRE CLASSROOM AS AN ENVIRONMENT WHERE THE MESSAGE THE SCHOOL IS TEACHING ITS YOUNGSTERS TO PROMOTE GOOD CITIZENSHIP. ANY EQUALITY AMONG ALL.

IF YOU WOULD LIKE ADDITIONAL INFORMATION CONCERNING THE ABOVE PLEASE CONTACT DAVE WALTER AT (607) 222-████

 11                                    9 Comments  19 Shares

 Like     Comment     Share

 **Dennell Jay** That sounds too outrageous to be true!
Like  Reply · 13 hrs

 **Sharon Vail Russo** Dennell- I wish it were untrue. (Deleted last reply) But my good friend who contacted me, would never ask me to put myself in a position of posting lies. They have solid facts. The "too outrageous to be true" is the same thing that ignorant and plain... See More

 K████ M████ lease share, it's really important to me and many of my fellow students at Vestal High School that we get justice.
Like   Reply   👍 2   11 hrs

 Sharon Vail Russo Trying to get it out there.. Unfortunately you are David against Goliath. I'm sure not many folks want to stand with the little guy..puts them in the line of fire.
Like   Reply   👍 2   11 hrs

 Write a reply..  

 Terri Scott Payne The most outrageous is too often true.
Like   Reply   👍 3   11 hrs

 Julie Foshizzle HOLY SHIT! Gia has her and can not stand her 😊
Like   Reply   👍 1   10 hrs

 Sharon Vail Russo Gia has a serious reason not to like her!
Like   Reply   10 hrs

 Julie Foshizzle I told her to get more info for me so I can attend this meeting. I am pissed
Like   Reply   👍 1   10 hrs

↳ View more replies

 Write a reply..  

 Leslie Heywood Oh, my. Yep, Vestal has this problem in spades! What can anyone do, exactly?
Like   Reply   10 hrs

 K████ M████ The best thing is to spread awareness of the situation.
Like   Reply   10 hrs

 Write a reply..  

 Sharon Vail Russo So many have their head in the sand. They HONESTLY believe that this would never happen in Vestal. Folks have to want to know. It is so much more comfortable to be ignorant of the "awful truth" than to face it. It's not easy to change people. I can't even begin to tell you how many people

Sharon Vail Russo So many have their head in the sand. They HONE
believe that this would never happen in Vestal. Folks have to want to
is so much more comfortable to be ignorant of the "awful truth" than to
It's not easy to change people. I can't even begin to tell you how many
who contacted me after our situation that had things happen to them.
Unbelievable

Like · Reply · 3 · 10 hrs


Julie Foshizzle Oh I believe it would happen there. 100%
Like · Reply · 1 · 10 hrs


Leslie Heywood Sharon I could tell you my own version, going c
right now ...
Like · Reply · 9 hrs

↳ View more replies


Write a reply... 

Joe Scott Why do you suppose the meetings are always timed so as
people as possible can attend?
Like · Reply · 2 · 2 hrs

Holly Reed Boerner I don't even have to know the people involved to
ascertain how slanted and crooked that school system was and is. I w
through hell during my time there and almost no one tried to stop it —
always about the haves and have nots. Kids have com... See More
Like · Reply · 2 · 1 hr · Edited


Sharon Vail Russo Well said Holly. It is horrible when adults ref
take action and worse yet even believe the victim.



**Benjamin Dillon Reynolds**
13 hrs · Johnson City

This has to be untrue. Mrs. Dyer would never say those things!

[Image of text post - largely illegible due to dark background. Partially readable text includes references to "VESTAL CENTRAL SCHOOL DISTRICT ADMINISTRATION", a senior who called his math teacher "KATHERINE DYER" a derogatory name, a statement she allegedly made after disciplining a black student in math class, a superintendent's hearing to be held December 20, 2016 at 9:00 AM at the Vestal Central School District, and a request for support.]

👍 Like          ↪ Share

👍 7

2 shares


**Tabatha Marsh-Reed** I don't believe it!
Like · 12 hrs


**Molly Burdick** That's what I'm saying why would she say that at vestal but not at JC and she never segregated anyone at Jc
Like  👍 6  12 hrs



**Benjamin Dillon Reynolds**
1 hr · Johnson City · 🌐

If you're a minority student and you had Mrs. Dyer please message me.

 Like               Share



**Benjamin Dillon Reynolds**
2 hrs · Johnson City · 🌐

This has to be untrue. Mrs. Dyer would never say those things!

THE VESTAL CENTRAL SCHOOL DISTRICT ADMINISTRATION IS ABOUT TO TRY TO DESTROY THE CAREER OF A YOUNG MAN BY THE NAME OF V—— S——, A SENIOR WHO CALLED HIS MATH TEACHER KATHERINE DYER A FUCKING RACIST IN RESPONSE TO A STATEMENT SHE MADE AFTER DISCIPLINING A BLACK STUDENT IN MATH CLASS NAMELY 'I AM TIRED OF DEALING WITH YOU FUCKING NIGGERS' INSTEAD OF TERMINATING THE TEACHER THE ADMINISTRATION DECIDED TO SUSPEND V—— FROM SCHOOL AND THE DISTRICT IS NOW TAKING STEPS TO EXPEL VINCENT A SUPERINTENDENT'S PROCEEDING WILL BE HELD DECEMBER 20, 2016 AT 9:00

# A teacher in Vestal High School insulted and singled out students based on their skin color. When a young man named Vincent Michael Spero spoke out against her, he was suspended. The school is attempting to expel him for pointing out injustice.

## SUPPORT EQUALITY. FREE SPERO.

# #FREESPERO

THE VESTAL CENTRAL SCHOOL DISTRICT ADMINISTRATION IS ABOUT TO TRY TO DESTROY THE CAREER OF A YOUNG MAN BY THE NAME OF ▮▮▮▮, A SENIOR WHO CALLED HIS MATH TEACHER KATHERINE DYER A FUCKING RACIST IN RESPONSE TO A STATEMENT SHE MADE AFTER DISCIPLINING A BLACK STUDENT IN MATH CLASS, NAMELY, "I AM TIRED OF DEALING WITH YOU FUCKING NIGGERS." INSTEAD OF TERMINATING THE TEACHER, THE ADMINISTRATION DECIDED TO SUSPEND VINCENT FROM SCHOOL, AND THE DISTRICT IS NOW TAKING STEPS TO EXPEL ▮▮▮▮. A SUPERINTENDENT'S PROCEEDING WILL BE HELD DECEMBER 20, 2016 AT 9:00 AM AT THE VESTAL CENTRAL SCHOOL DISTRICT LOCATED AT 201 MAIN STREET, VESTAL, NY 13850.

THIS IS A TEACHER WHO BEGAN THE SEMESTER BY ISOLATING ALL MINORITY STUDENTS IN THE BACK OF HER CLASS UNDER THE PRETEXT OF DEVELOPING STUDENT SEATING. COMPLAINTS MADE TO ASSISTANT PRINCIPALS DEBORAH GADDICK AND CLIFFORD KASSON CONCERNING THE RACIST BEHAVIOR FELL ON DEAF EARS. ▮▮▮▮ HAD THE TEMERITY TO APPEAL FOR HELP THROUGH SOCIAL MEDIA AND ALSO ASKED TO BRING AN END TO RACISM WITHIN OUR SCHOOLS. HIS APPEAL THROUGH SOCIAL MEDIA RESULTED IN A SECOND SUSPENSION.

WE ARE ASKING FOR YOU TO SUPPORT ▮▮▮▮ BY ATTENDING THE HEARING THAT IS GOING TO BE HELD AT 9:00 AM, AND TO HELP STAMP OUT RACISM WITHIN THE VESTAL SCHOOL DISTRICT AND TO EXPOSE THE RACIST TEACHER WHO TRIGGERED THIS SITUATION. IT IS NO LONGER ABLE TO PERPETUATE HER RACISM IN A ENVIRONMENT WHERE THE MISSION OF THE SCHOOL IS TEACHING OUR YOUNGSTERS TO PROMOTE GOOD CITIZENSHIP AND EQUALITY AMONG ALL.

IF YOU WOULD LIKE ADDITIONAL INFORMATION CONCERNING THE ABOVE, PLEASE CONTACT DIANE WALTER AT (607) 222-3533.



# Vestal High School Student Suspended for Calling Teacher A Racist

www.wicz.com

10 Shares

 Like     Comment     Share

 11



**Citizen Action of New York - South...**
Show up at 201 Main St, Vestal @ 9 am.

40 minutes ago · Like · Reply



**Carol A Ferraro**
I don't live in Vestal, what can I do?

56 minutes ago · Like · Reply



## Citizen Action of New York - Southern Tier Chapter

5 hrs · 🌐

This is real and happening in our community. We CANNOT allow this blatant racism to be normalized in our schools. We need organization on this immediately. Public hearing is Dec. 20th at 9 a.m. Short notice and bad timing, intentionally to keep people away. #WeStandWithS̶█████



**Vestal High School Student Suspended for Calling Teacher A Racist**
www.wicz.com

EXHIBIT 2