UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**In the Matter of the Complaint of**

**DEBRA SPERO,** as Natural Mother of
**V.S.,** an infant**,**

                              Plaintiffs,

     v.                                     **WITNESS LIST**
                                                Civil Action No: 3:17-CV-7
**VESTAL CENTRAL SCHOOL DISTRICT**                 (GTS/DEP)
**BOARD OF EDUCATION, VESTAL CENTRAL
SCHOOL DISTRICT, JEFFREY AHEARN,**
Superintendent of Schools, **ALBERT A. PENNA,**
Interim Principal of Vestal High School,
**DEBORAH CADDICK and CLIFFORD KASSON,**
in their Individual and Official Capacities,

                              Defendants,
_____

      Defendants **VESTAL CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, VESTAL CENTRAL SCHOOL DISTRICT, JEFFREY AHEARN**, **ALBERT A. PENNA**, **DEBORAH CADDICK, CLIFFORD KASSON,** as and for a list of witnesses they anticipate calling at the hearing on Plaintiffs' motion for a Preliminary Injunction, to be held before the Court on May 19, 2017:

1. Jeffrey Ahearn, Superintendent of Schools
2. Deborah Caddick, Assistant Principal
3. Katharine Dyer, Teacher
4. Wendy K. Dewind, Esq.

Dated: May 17, 2017                              **s/ Christopher M. Militello, Esq.**
      East Syracuse, New York                  Bar Roll No.: 515016