-COLLOQUY-
65

1  had a -- if you were not planning to
2  present anymore information relative to
3  the second phase of the hearing -- if
4  you had a recommendation on the issue
5  of discipline.
6      MS. DEWIND:  I do have a
7  recommendation.  Considering that this
8  is a situation where Vincent has not
9  only refused to accept consequences but
10 really up the ante by going out into
11 social media and, you know, harassing
12 and defaming the teacher and the school
13 district with intent to harm because he
14 was unhappy at being held accountable
15 in math class, you know, I have a
16 significant recommendation.  When you
17 couple that with the seven-page
18 disciplinary history and the pattern of
19 insubordination and retaliation that
20 discipline history shows for Vincent,
21 my recommendation becomes a suspension
22 upon instruction through not only the
23 rest of this year but next year as
24 well.
25     HEARING OFFICER:  How would