D. CADDICK

31

1 indicate that he would be coming for the scheduled
2 reentry meeting -- it was suppose to reenter on the
3 sixteenth with Vincent and we interviewed those
4 students and we did talk to the Superintendent because
5 there had been some discussion ongoing whether, you
6 know, the -- the principal can suspend up to five days
7 -- and there was some discussion whether this
8 disruption would warrant going more than five days
9 out.  So we did talk to Superintendent Ahearn and
10 Assistant Superintendent Lorraine Posture about that.
11     Q.   Do you have any idea why Vincent was
12 persisting on the racism against Mrs. Dyer?
13     A.   Well, I know Mrs. Dyer did share that in the
14 beginning of the year she had all the students do a
15 survey and tell me a little bit about you and one of
16 the things Vincent put on his was, you know, if we get
17 along, everything is okay but, you know, if I don't,
18 then I can be cold.  I do know I met with Vincent -- I
19 mean he's been a student since ninth grade and he
20 doesn't like being told -- he doesn't want to hear
21 that there might be some sort of a consequence.
22 That's always been any time I have met with him he
23 sort of -- he doesn't like that and he'll make
24 arguments that -- and a lot of times he said the
25 things it's because they're -- I'm being racist or