```
 1    UNITED STATES DISTRICT COURT
 2    NORTHERN DISTRICT OF NEW YORK
 3    - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4    DEBRA SPERO, as Natural Mother of V.S., an infant,
 5                            Plaintiffs,
 6         - vs -
 7    VESTAL CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION; VESTAL
      CENTRAL SCHOOL DISTRICT; JEFFREY AHEARN, Superintendent
 8    of Schools; ALBERT A. PENNA, Interim Principal of Vestal
      High School; DEBORAH CADDICK and CLIFFORD KASSON, in
 9    their Individual and Official Capacities,
10                            Defendants.
11    - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12
13
                      Examination Before Trial of DEBRA
14
              SPERO, held at The Law Firm of Frank W.
15
              Miller, 6575 Kirkville Road, East Syracuse,
16
              New York on March 6, 2019 before Catherine M.
17
              Darche, Court Reporter and Notary Public in
18
              and for the State of New York.
19
20
21
22
      Job No. CS3236399
23
24
25
```

1       Q.      How long did you live there?

2       A.      I lived there for two years.

3       Q.      Where did you live before that?

4       A.      In Binghamton.

5       Q.      Do you remember the address?

6       A.      Yes.

7       Q.      What was it?

8       A.      20 Grand Boulevard.

9       Q.      How long did you live there?

10      A.      I lived there for almost ten years.

11      Q.      You have three children?

12      A.      I do.

13      Q.      All of them over the age of eighteen?

14      A.      Yes.

15      Q.      And those are Vincent, Brittany and Daniel?

16      A.      Daniel.

17      Q.      Your son, Vincent, attended Binghamton School

18  District prior to Vestal School District, correct?

19      A.      Yes.

20      Q.      How long did he attend school there at

21  Binghamton?

22      A.      He attended up to the eighth grade.

23      Q.      What grade did he start, kindergarten?

24      A.      Yeah.  Yes.

25      Q.      Was Vincent ever suspended while he was

Page 19

1    sending a kid out, she thought a kid was smoking

2    cigarettes or something in the class.  She sent, she

3    sent the kid to the office.  And as she was coming back

4    in, she dropped the F bomb and Vincent heard her.  So

5    when he called her an F'ing racist, she sent him down to

6    the office.

7        Q.    And it was on the way to the office that you,

8    he was on the way down to the office when you reached

9    him on the phone?

10       A.    Right.

11       Q.    Okay.  Did you ever call Miss Dyer back?

12       A.    I did.

13       Q.    When did you call Miss Dyer back?

14       A.    I don't remember the time, but after I spoke

15   to Vincent, I tried reaching her.  I don't think I had

16   gotten through to her.  But then she called me sometime

17   after that and I --

18       Q.    Was it the same day?

19       A.    It was the same day, like towards, I want to

20   say towards the ending of the school.

21       Q.    Tell me about your conversation with Miss

22   Dyer.

23       A.    I -- You know -- I told her who I was.  And

24   I said, I got your message.  And I also spoke to Vincent

25   and Vincent told me you said you were F'ing sick of the

1     niggers.  And he asked you what you said, and you didn't

2     answer him.  You, he said she kind of bent her head.

3     And that's when he called you an F'ing racist, so.

4          Q.    How did she respond?

5          A.    She was like, "Oh, my God, I would never say

6     that."  And I said, "Well, for Vincent to call you an

7     F'ing racist, you had to make a comment to make him use

8     those words to you.  He wouldn't just stand up and say,

9     "Oh, you're a fucking racist."  I said, "What happened

10    before that?"  And she never answered me.

11         Q.    Did she tell you that she had told Vincent to

12    go down to the office because he wouldn't turn off his

13    phone?

14         A.    She said he was playing music in the

15    classroom or game.  She said he was playing a game.  And

16    when I asked Vincent, he said, mom, I had one earplug in

17    and I had the other one out.  And I was playing music.

18    I wasn't playing no video.  Which a lot of the kids does

19    that.  Doesn't make it right, but.

20         Q.    You do understand it was against the rules

21    for him to be doing that?

22         A.    Yes.

23                    MR. SPAGNOLI:  All right.  I think

24              we need to take a break and get the Judge on

25              the phone here.

Page 33

1    him, why didn't you come and tell me.  He said, well,

2    you always say to be respectful to the teacher.  He

3    said, when she put us in the pen, I stayed in my seat.

4    Two of the other kids or three of them left and went to

5    different areas in the classroom.  And I said, well, why

6    didn't you come and tell us, because I'm not sending you

7    to school to be treated like an animal.  I'm sending you

8    to school to get an education.

9              So then we got into the her mumbling under

10   her breath about these F'ing niggers.  And he said he

11   got up, he had the one thing in his ear.  And he said to

12   her, "What did you say?  What did you say?"  And she

13   bent her head.  She didn't say anything.  And he said

14   and I called her an F'ing racist.

15        Q.   Are you describing a discussion after you

16   left the school?

17        A.   That's what you asked me.

18        Q.   I want to make sure.

19        A.   Yes.  In my home.

20        Q.   This is a discussion you had after you left

21   the school with Vincent?

22        A.   Yes.  With my husband and Vincent and

23   myself.

24        Q.   And that discussion was the first time

25   Vincent brought up the whole thing about the seating?

```
                                            Page 50
 1    kid's name.

 2          Q.    Do you remember any of their names?

 3          A.    No.

 4          Q.    Do you remember whether they were boys or

 5    girls?

 6          A.    I think they were one girl and two or three

 7    boys.

 8                MS. PAYNE:  Did you say this is 19?

 9                MR. SPAGNOLI:  Yes.  Continuing in

10                sequence from the previously marked

11                documents.

12                ( Exhibit 20 marked for Identification )

13          Q.    Mrs. Spero, I'm showing you what's been

14    marked as Exhibit 20.

15          A.    Um-hmm.

16          Q.    Do you recognize that document?  I'm sorry?

17          A.    This is the first time I'm seeing this.

18          Q.    Would you please turn to the second page of

19    the document.  Down near the bottom, there is a line

20    that's labeled signature of parent slash guardian,

21    correct?

22          A.    Yes.

23          Q.    Is that your signature on the line?

24          A.    No.

25          Q.    Is that your husband's, your late husband's
```

Page 51

1   signature?

2        A.    Yes.

3        Q.    Do you recognize the other -- well, below

4   that, there is a signature that appears to read Michelle

5   Lewis or something to that effect, correct?

6        A.    Yes.

7        Q.    Other than those signatures and the dates, do

8   you recognize the handwriting on the rest of the

9   document?

10       A.    Yes.

11       Q.    Is that your late husband's handwriting?

12       A.    Yes.

13       Q.    And directing your attention to the first

14  page.  There is a box that has at the top of it, "Is the

15  student Hispanic, Latino or of Spanish origin," correct?

16       A.    Yes.

17       Q.    And did your husband check that your son was

18  white?

19       A.    Yes.

20       Q.    Did you disagree with your husband about

21  that?

22       A.    No.

23       Q.    After the day that the police came to your

24  house about the gun video, how did you observe Vincent

25  to act?

Page 68

```
 1        Q.    Mrs. Spero, I'm showing you what's been
 2    marked as Exhibit 21.  Let me just ask you, do you
 3    recognize this as a settlement proposal that was made
 4    with respect to the Superintendent's Hearing and the
 5    related issues?
 6        A.    I.  I do remember --
 7        Q.    Okay.
 8        A.    -- somewhat of this here document.
 9        Q.    I stand corrected on my description.  In
10    paragraph three, it says that Vincent would agree to
11    receive home tutoring for the remainder of the school
12    year in order to complete his graduation requirements,
13    that's what it says, correct?
14        A.    Um-hmm.  Yes.
15        Q.    And it's your understanding that that was
16    with an eye toward having him graduate at the same time
17    as his class, correct?
18        A.    Yes.
19        Q.    Did you try to have Vincent enrolled at
20    Binghamton City School District while the
21    Superintendant's Hearing was going on?
22        A.    Several schools.
23        Q.    Was one of them Binghamton?
24        A.    Yes.
25        Q.    Did that include an attempt to have him
```

Page 69

```
 1      register at Binghamton City School District as homeless?

 2           A.    No.

 3           Q.    When you attempted to have Vincent enrolled

 4      at Binghamton City School District, where was he living?

 5           A.    Vincent and I were going to move to

 6      Binghamton.  I had found an apartment.  One --

 7           Q.    Well, let me ask you:  At the time that you

 8      tried to register him with Binghamton City School

 9      District, where was he actually living at that time?

10           A.    In Vestal.

11           Q.    At the family home?

12           A.    Yes.

13           Q.    Were there any nights that he didn't sleep at

14      the house?

15           A.    Well, he used to go to his friend's in

16      Binghamton.

17           Q.    How often?

18           A.    A couple nights a week.

19           Q.    Who was his friend?

20           A.    O███ T██████.

21           Q.    He would spend the night there?

22           A.    Yes.

23           Q.    Except for the nights that he spent at O███

24      T████'s house, did he eat meals at the family home?

25           A.    Yes.
```