1

DISTRICT COURT OF THE UNITED STATES

NORTHERN DISTRICT OF NEW YORK
_____
DEBRA SPERO, as Natural Mother of
V.S., an infant,

                          Plaintiff,

     -against-

VESTAL CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION,
VESTAL CENTRAL SCHOOL DISTRICT, JEFFREY AHEARN,
Superintendent of Schools, ALBERT A. PENNA, Interim
Principal Vestal High School, DEBORAH CADDICK and
CLIFFORD KASSON, in their Individual and Official
capacities,

                          Defendants.


_____



     A deposition held on Friday, the 25th day of

January, 2019, commencing at 10:02 a.m.





              BEFORE:    Ruth I. Lynch
                     Registered Professional Reporter
                     Registered Merit Reporter
                     NY/PA Notary Public
                     28874 State Route 171
                     Susquehanna, PA  18847
                     (570) 396-1459




WITNESS:  KATHARINE DYER

9

```
 1              MS. YOUNG:  Well, could you repeat it?
 2              (The stenographer read back.)
 3      A       We live in Vestal and my children were
 4  starting school, and I wanted to become part of that
 5  community and that school district and to be more
 6  available to be on the same schedule as my own kids.
 7  BY MS. YOUNG:
 8      Q       Were you ever disciplined when you were
 9  at Johnson City School District?
10      A       No.
11      Q       So you know who Vinny Spero is,
12  correct?
13      A       Correct.
14      Q       And you first met him in September of
15  2016?
16      A       Correct.
17      Q       Okay.  And he was in your fourth period
18  Foundations of Math class.
19      A       Foundations of College Math, yes.
20      Q       Can you describe the class in terms of
21  size?
22      A       It -- it varied, you know, as people
23  moved around in the beginning of the school year, but
24  around 25.
25      Q       Can you tell us approximately how that
```

                                                        12

1              MS. YOUNG:  Correct.

2              MR. SPAGNOLI:  Thank you.

3    BY MS. YOUNG:

4         Q    I'm going to hand you what's been

5    marked as Exhibit A and ask you if you recognize that

6    document?

7         A    Yes.

8         Q    And can you describe to us what it is?

9              MR. SPAGNOLI:  The entire document or

10        just the first page?

11   BY MS. YOUNG:

12        Q    Well, start with the first page.

13             MR. SPAGNOLI:  Thank you.

14        A    The first page is a copy of the seating

15   chart from approximately the third week of September.

16   BY MS. YOUNG:

17        Q    Okay.  Until when?  When did you change

18   it to the next seating chart?

19        A    I am -- I don't remember for sure.  A

20   few weeks later.

21        Q    Is this the seating chart that was

22   being used when Vinny made a comment that you felt was

23   inappropriate?

24        A    What comment?

25        Q    Well, let me ask you this:  Did Vinny,

13

1   while that seating chart was in effect, say something

2   in class about the grouping of students, and if so

3   what?

4          A       After they came and sat down, he was

5   sitting here next -- in the second row, first seat.

6          Q       Him being Vinny.

7          A       Vinny, yes.

8          Q       Okay.

9          A       And he said to Isaac Dillard, who was

10  in the front middle of the room, you belong with us.

11             MR. SPAGNOLI:  Let the record reflect

12          that when the witness indicated here in

13          connection with where Vincent was sitting, she

14          pointed to the desk that has the name Vincent

15          crossed out over it.

16  BY MS. YOUNG:

17         Q       Okay.  How many days into that seating

18  plan did Vinny make that comment?

19         A       The very first day.

20         Q       Did you ask Vinny what he meant by

21  that?

22         A       No.

23         Q       Did you make any comment?

24         A       At the end of class I talked to him

25  about it.

14

1         Q         And what happened during that
2    conversation?
3         A         I said I hope you know I would never be
4    thinking about that when I was making a seating chart.
5         Q         And what did you mean about that?
6         A         About race.
7         Q         Okay.  How did you know that's what
8    Vinny meant?
9         A         Because he alluded to that in his
10   comment.
11                   And the other students laughed at it,
12   and.
13        Q         Looking at the chart, was, is it Isaac?
14        A         Isaac.
15        Q         Was Isaac the only student of color
16   sitting in the front row?  If you recall.
17        A         Again, depending on how people identify
18   themselves, you know, many students in Vestal are --
19   have a variety of backgrounds.
20        Q         Uh-huh.  But as far as if you could --
21   you can tell.  Would you have said that Isaac was the
22   only student of color in the front row?
23        A         Yes.
24        Q         How about the -- not counting the desks
25   that appear kind of on an angle, behind that, the six

15

1    desks in the middle of the second row, were there any

2    students of color in that row?

3                    MR. SPAGNOLI:  You mean in the six

4         desks in the middle of the front row?

5                    MS. YOUNG:  Middle, yes.

6         A        Again, I -- I've seen their sheets

7    since and how they would register, and I can tell you

8    that none of them registered as African-American.

9    BY MS. YOUNG:

10        Q        Okay.  How about the -- right behind

11   that, the middle six seats?  Were any of those

12   students students of color?

13        A        None of them have registered as

14   African-American either.

15        Q        Okay.  How about the student next to

16   Vinny?

17        A        Shafiqa?

18        Q        Yes.

19        A        She is registered as an

20   African-American.

21        Q        Okay.  And how about the two seats in

22   back of that student and Vinny?

23        A        They are not registered as

24   African-American.

25        Q        Okay.  And did you perceive them as

16

1    students of color at the time?

2          A       I never thought about it at the time.

3          Q       Okay.  Even after Vinny made that

4    comment to you, you didn't think about that?

5          A       No.

6          Q       Okay.  How about the students on the

7    angled, the six angled desks, on the other side of the

8    room from where Vinny was?

9          A       They are not registered as

10   African-American.

11         Q       And, but did you perceive them as

12   students of color?

13         A       I never made a judgment or remember

14   thinking of that.

15         Q       Okay.  But when Vinny made the comment

16   he did to Isaac, you automatically thought -- or

17   take -- strike that.

18               When Vinny made the comment to you --

19   to Isaac, you took that to mean he was commenting that

20   students of color were in the back.

21         A       Someone else then said back of the bus.

22         Q       So was it that comment that made you

23   think that Vinny was alleging that the black students

24   were grouped together or was it Vinny's comment?

25         A       The two comments together.

17

```
 1        Q        Did you speak to the other student who
 2   said back of the bus?
 3        A        I am not sure who made that comment.
 4   It was in response to his comment where they laughed a
 5   little, and then.  You know.  Someone said something
 6   more.
 7        Q        And what did Vinny say -- strike that.
 8                 When Vinny made the comment, did you
 9   say to him that's inappropriate?
10        A        I do not recall.  I did after class.
11        Q        Okay.  And when you told Vinny that you
12   thought it was inappropriate and that you would never
13   do that, what was his response to you?
14        A        I know, but you're new here.
15        Q        Anything else?
16        A        I said I am not new at teaching.
17                 And he said but you're new here.
18        Q        Did you ask him what he meant by that?
19        A        No.
20        Q        Did you change the seating chart after
21   talking to Vinny?
22        A        The student that was sitting here
23   switched to a different class, so there was an open
24   seat there.
25        Q        And by -- could you just tell us the
```

18

1   name of the student so we?

2          A       Well, he's not on there.  I erased his

3   name.

4          Q       Oh.

5          A       His name was Kyle.  And he was in the

6   front row next to Isaac.

7          Q       Okay.

8                  MR. SPAGNOLI:  Let the record reflect

9          that when the witness said here, she was

10         pointing to the square that currently bears the

11         name Jordan.

12  BY MS. YOUNG:

13         Q       Oh, okay.  I didn't think that was the

14  one you pointed to.

15         A       Jordan.

16         Q       That's because I'm looking at the wrong

17  one.

18                 MS. YOUNG:  Thank you.

19                 MS. PAYNE:  That's because you're on B.

20         A       I think those are in a different order.

21  BY MS. YOUNG:

22         Q       Okay, so when did Jordan -- when did

23  the other student next to Isaac leave the class?

24         A       Within a few days.

25         Q       Okay.  And what happened then with that

19

1    seat?

2         A      I had Jordan move there.

3         Q      And so you -- you were the one that

4    chose that Jordan would move there.

5         A      Yes.

6         Q      Okay.  And why did you move Jordan to

7    the front?

8         A      So he would have a partner.

9         Q      Okay.  And was Jordan a person of

10   color?

11        A      He's not registered, no.

12        Q      Does he have dark skin?

13        A      Not -- he appears biracial.

14        Q      Okay.  So however it came about, would

15   you say that before Jordan was moved that students of

16   color were grouped together?

17        A      No.

18        Q      And how do you define students of

19   color?

20        A      Students who consider themselves

21   African-American.

22        Q      Okay.  Then let me rephrase my

23   question.  Would you say, however it came about, that

24   in the first seating chart, what's marked as

25   Exhibit 1, and it has the 7A designation, were people

20

1    with darker skin than most caucasians grouped

2    together?

3              MR. SPAGNOLI:  Objection to form.

4        A      No.

5    BY MS. YOUNG:

6        Q      Okay.  Can you -- because I think we

7    had some miscommunication between what I was thinking

8    of when I said person of color and what -- apparently

9    what you were thinking, and that's my bad, I should

10   have defined it.  But for the four seats around Vinny

11   that are an angle, that are angled, and I guess that

12   would be Shafiqa, Vinny, Brynn, were those three

13   students students with skin that was darker than

14   caucasian?

15             MR. SPAGNOLI:  Objection to form.

16       A      No.  Brynn does not have darker skin.

17             Also there is other students, Isaac

18   Dillard, who was up front, and other students who may

19   have slightly noncaucasian skin that were in other

20   spots too.

21   BY MS. YOUNG:

22       Q      Okay.  Can you tell us who those were?

23       A      Chureen, Anthony.

24       Q      Anyone else?

25       A      Not that I recall.

22

1          Go ahead.

2          A          Vincent made a comment about it.  That

3     is the only thing.

4     BY MS. YOUNG:

5          Q          And another student said back of the

6     bus, correct?

7          A          That doesn't mean he was of color, I do

8     not know who said that.

9          Q          Would it make a difference if the

10    student was white?

11         A          Well, you just said two students of

12    color perceived it, and that is not a true statement.

13         Q          Okay.  Let me rephrase it, then.  It's

14    two students in that class indicated to you that they

15    perceived that the students of color were grouped

16    together in the back, correct?

17         A          One student made a comment, another

18    student went along with the joke.

19         Q          And who told you it was a joke?

20         A          They were laughing.

21         Q          So that the change to the -- this

22    seating chart that you made was occasioned by -- the

23    immediate change was occasioned by the student sitting

24    next to Isaac leaving the class.

25         A          Yes.

```
                                                        24

1              This room is -- is --
2              MR. SPAGNOLI:  There's no question
3         before you.
4              THE WITNESS:  Okay.
5    BY MS. YOUNG:
6         Q       Looking at 7B, which is the second page
7    of Exhibit A, when did this seating chart get
8    implemented, about?
9         A       A few weeks later.
10        Q       And how did you determine this seating
11   chart?
12        A       Again students' needs, who would work
13   well together, what would be best from a teaching
14   standpoint in terms of personalities, in terms of
15   students who needed more assistance, students who were
16   doing well.
17        Q       And the page marked 7B, Jordan is no
18   longer sitting next to Isaac.  Do you recall why that
19   was?
20              The 7B?
21        A       Yes.
22              Almost everyone has a new partner.
23   BY MS. YOUNG:
24        Q       Okay.  Were the seating charts random?
25        A       Yes.
```

```
                                                    25

 1                 Aside from student needs.

 2        Q        Okay, I'm now going to have this marked

 3   for identification.

 4                 (Exhibit B was marked.)

 5   BY MS. YOUNG:

 6        Q        Can you identify -- first of all, are

 7   you familiar with this document?

 8        A        I'd like to read it over.

 9        Q        Sure.

10        A        (Reviews document).

11                 MR. SPAGNOLI:  Let her know when you're

12        ready.

13        A        Oh, I'm ready.

14   BY MS. YOUNG:

15        Q        Oh, sorry.

16                 Do you recognize this document?

17        A        Yes.

18        Q        Okay.  And were you the author of this

19   document?

20        A        Yes.

21        Q        Okay.  And at the very bottom it says

22   attached are four of the seating charts that we have

23   utilized thus far this -- for this year.

24                 Were the four pages that are marked as

25   Exhibit A the -- what was attached to this memo?
```

29

1        A        I don't recall.

2        Q        Did you take notes from your meeting

3   with Miss Caddick?

4        A        No.

5        Q        And how are you so sure of that?

6        A        I'm not in the habit of taking notes

7   during meetings with administrators.

8        Q        Okay.  Have you ever?

9        A        No.

10       Q        Okay.  So on November 22nd, 2016, an

11  incident happened with a student named Isaac, correct?

12       A        Yes.

13       Q        Can you tell us what happened?

14       A        I saw a puff of smoke come out of his

15  mouth.

16       Q        And what did you -- what, if anything,

17  did you do in reaction to that?

18       A        I called him into the hall to talk to

19  him.

20       Q        Uh-huh.  And what happened -- what was

21  said during your conversation?

22       A        I told him that that was not allowed in

23  school, and I wasn't aware of the consequences for

24  that, and I asked him to go to the assistant

25  principals' office.

31

```
1        A        Or you can write it on a piece of
2   paper.
3        Q        Okay, just a regular piece of paper and
4   you would --
5        A        Yep, any paper.
6        Q        Okay.
7                 MR. SPAGNOLI:  Make sure she finishes
8        her question --
9                 THE WITNESS:  Okay.
10                MR. SPAGNOLI:  -- before you start your
11       answer.  You're doing good.
12  BY MS. YOUNG:
13       Q        In order to -- is it true that in order
14  to write a pass for him while you were in the hallway
15  he would have either had to have his agenda book with
16  him or you would have had to bring a piece of paper
17  and a pen out?
18       A        I -- he had his stuff when he left.
19       Q        Okay, but you don't remember whether
20  you signed his agenda book.
21       A        I do not recall.
22       Q        Okay.  So I'm pre -- did you return to
23  class as -- when Isaac walked away?
24       A        Yes.
25       Q        Okay.  And then what happened?
```

32

1      A      I was helping different groups around

2  the room, and I heard a loud noise coming from the

3  group in the center of the room.  And I went over, and

4  Vincent's phone was on.  And making noise.

5      Q      Do you recall what noise it was making?

6      A      No.  Video or music.

7      Q      Would students ever listen to music in

8  the class before this?

9      A      At times.

10      Q      Okay.  What kind of times?

11      A      Occasionally if they were working

12  independently with head phones.

13      Q      Okay.  Prior to this point had any

14  student listened to music during your class not in

15  head phones?

16      A      Not that I recall.

17      Q      Going back to Exhibit A, can you tell

18  us if one of those charts depicts where students were

19  sitting on November 22nd?

20      A      The chart labeled 7B.

21      Q      Okay, so Vincent is in the second row,

22  second from the left, correct?

23      A      This was the seating chart at that time

24  but they were -- they moved around to be with their

25  group.

34

1  middle row?

2         A       (Nods head).  Yes.

3         Q       When you heard the music or the video,

4  did you say anything to Vinny?

5         A       I walked over to his group, and I asked

6  him to turn it off.

7         Q       And he said what?

8         A       No.

9         Q       Did that surprise you?

10        A       I don't recall.

11        Q       Did you then repeat your request?

12        A       Yes.

13        Q       Okay.  And did he answer no once again?

14        A       Correct.

15        Q       And then what did you say?

16        A       I said if you're not going to turn it

17 off, I'm going to have to ask you to leave.

18        Q       And did he reply?

19        A       He repeated that back in a mocking

20 voice.

21        Q       Repeated back what you said.

22        A       Correct.

23        Q       Did that surprise you?

24        A       Yes.

25        Q       Why?

35

1       A       Just that he was saying it in such a

2  tone.

3       Q       Had you ever heard that tone from Vinny

4  before?

5       A       No.

6       Q       Did you have any clue as to why he was

7  speaking to you like that?

8       A       No.

9       Q       What happened next?

10       A       He packed up his stuff, and as he was

11  packing up he looked at me and called me a fucking

12  racist.

13       Q       And then what happened?

14       A       I went in the hall and saw the

15  paraprofessional and asked her to escort him to the

16  office.

17       Q       And when you say the office, what

18  office did you mean?

19       A       Assistant principal.

20       Q       And that was Miss Caddick?

21       A       And Mr. Kasson.

22       Q       Okay.  Are they both assistant

23  principals for the senior class?

24               MR. SPAGNOLI:  Object to form.  Can you

25       specify the time period you're talking about?

37

1          for the record Mr. Kasson of course is now

2          principal.

3               MS. YOUNG:  Right, correct.

4    BY MS. YOUNG:

5          Q      So when you instructed Isaac to go to

6    the office, you meant the office that had -- that

7    contains both Mr. Kasson and Miss Caddick's --

8          A      Yes.

9          Q      -- offices, okay.

10               And the same with Vincent?

11         A      Yes.

12         Q      How long was it between you speaking to

13   Isaac and sending him to the office and the point

14   where you heard Vinny's music?

15         A      10 to 15 minutes.

16               (Exhibit C was marked.)

17   BY MS. YOUNG:

18         Q      I'm handing you a two-page document

19   marked as Exhibit C.  I ask you to look at it.  The

20   title at the top is assistant principals' office

21   student sign-in sheet.

22               Have you -- on the second page appears

23   to be a student summary or schedule, which I don't

24   know why, I think it -- we probably got this attached

25   together.

41

1              (Ms. Young conferred with Mr. Cotter.)

2              MR. SPAGNOLI:  Finish your answer.

3        A       When I am not teaching I am often in

4    the halls, and I have not witnessed students being

5    asked where they're going.

6    BY MS. YOUNG:

7        Q       Did you send Isaac to the office with

8    an aide?

9        A       No.

10       Q       Why not?

11       A       I did not see her there at the time.

12       Q       If you had not seen an aide in the

13   hallway with Vinny, what would you have done?

14       A       I don't know, because she was there.

15       Q       Well, you didn't send Isaac with an

16   aide because there was no aide in the hallway,

17   correct?

18       A       Correct.

19       Q       So if there was no aide in the hallway

20   when you were speaking to Vinny, why wouldn't you have

21   done the same thing you did with Isaac?

22              MR. SPAGNOLI:  Objection.  Asked and

23          answered.

24              Go ahead and answer it again.

25       A       There wasn't one there so I didn't

42

1    think about what I would do.

2    BY MS. YOUNG:

3         Q       Did you think about what you would do

4    with Isaac when there was no aide in the hall?

5         A       I would go to the office and check

6    after class to make sure he made it there.

7         Q       And did you?

8         A       Yes.

9         Q       Did you notice what time he signed in

10   when you went and checked?

11        A       No.

12        Q       You called Mrs. Spero on November 22nd

13   to discuss what happened in class, correct?

14        A       Yes.

15        Q       Can you tell us about that

16   conversation?

17        A       It was a very poor connection.

18                I told her what had happened in class.

19   And she listened.  It was fine conversation with a

20   parent, and at the end she mentioned something about

21   me saying the N word.  I assured her I would never say

22   that and that did not happen.

23                And that was the end of the

24   conversation.

25        Q       And actually you testified at the

43

1    superintendent's hearing that Miss Spero told you that

2    Vinny claimed you said fucking nigger, correct?

3         A      Yes.

4         Q      Niggers.

5                What was your reaction when you heard

6    that Vinny had claimed that you said that?

7         A      Very taken aback.

8                I would never say that.

9         Q      Okay.  Did you talk to anyone at the

10   district about the fact that Vinny had told this to

11   his mother and his mother communicated it to you?

12        A      Yes.

13               MR. SPAGNOLI:  Objection, at what point

14        in time?

15   BY MS. YOUNG:

16        Q      Okay, at any point in time did you talk

17   to someone at the district, anyone at the district,

18   about the claim that you had used that racial term?

19        A      Yes.

20        Q      Okay.  When?

21        A      I don't recall.

22        Q      You don't recall if -- how -- how close

23   in time to actually being told that Vinny was alleging

24   this did you speak to someone?

25        A      By the end of the day.

49

1          November 22 for Miss Caddick, they don't exist

2          as far as I know.

3                    MS. YOUNG:  Well, I would still ask

4          that the court reporter index that request.

5     BY MS. YOUNG:

6          Q        What did Mrs. Caddick say to you in the

7     first meeting you had with her on November 22nd?

8          A        To call their parents.

9          Q        Did she say anything else?

10         A        I don't recall.

11         Q        Okay.  When you went back to speak to

12    Miss Caddick for the second time that day, subsequent

13    to your phone call with Miss Spero, what did she say?

14         A        I don't recall.

15         Q        Do you recall about how long you spoke

16    to her?

17         A        I don't recall.

18         Q        Okay.  Did you tell anyone else about

19    what Miss Spero had told you that Vinny was claiming

20    you said?

21         A        I told my husband.

22         Q        Anyone else at the school district?

23         A        No.

24         Q        Did you tell anyone from the union?

25         A        No.

52

1     November 22nd with Miss -- with Miss Caddick again on

2     November 28th?

3          A       I do not recall.

4              MS. YOUNG:  Let me just have this

5          document marked for identification.

6              (Exhibit D was marked.)

7     BY MS. YOUNG:

8          Q       I'm showing you what's been marked as

9     Exhibit D, and I'll give you a moment to look at it.

10         A       (Reviews document).

11             Can I go back to something for a

12    moment?  'Cause I think that I have my dates wrong.

13             I stopped in and talked to her after

14    school on December 1st.  I am not sure at what point I

15    told her about the comment that his mother made on the

16    phone.  I'm thinking about stopping in after school

17    now, and the 1st was when the threats happened within

18    the classroom, and that's when I stopped back in to

19    see her.  And she told me to write up the thing, and I

20    emailed it to her.  I'm not positive of the time when

21    I told her about the -- what his mom said on the

22    phone.

23    BY MS. YOUNG:

24         Q       Okay.  But it could have been on

25    November 22nd?

53

1      A      I don't know.  I don't know.  I'm

2  thinking of our after-school -- quick after-school

3  meeting but that was on the 1st.

4      Q      Okay.  You had a meeting with Miss

5  Caddick on November 28th.

6      A      This is what I'm looking at now?

7      Q      Well, I'm asking you, before you look

8  at that, do you recall?

9      A      I don't recall.  I don't have notes of

10  what days we met.

11      Q      Okay.  I'll ask you to look at

12  Exhibit D.

13      A      Can I ask you to clarify what it might

14  say?

15      Q      I don't know if I'll be able to answer

16  you, but.

17      A      After this line?

18             MR. SPAGNOLI:  I'm going to object to

19         counsel effectively testifying as to what the

20         document says.

21             THE WITNESS:  Okay.

22             MR. SPAGNOLI:  If you can't read it,

23         you can't read it.

24             THE WITNESS:  If I can't read it I

25         can't read it, okay.

64

1    was placed on probation for senior activities

2    subsequent to November 22nd?

3         A       Yes.

4         Q       Do you recall who told you?

5         A       No.

6         Q       Do you recall when they told you?

7         A       No.

8         Q       So on December 1st, 2016, you've

9    alleged that Vinny made some statements in class.  Can

10   you tell us what was happening in the classroom at the

11   time that you allege Vinny made certain statements?

12        A       I was passing out papers at the front

13   of the row, and he said my street name.

14        Q       What words were the exact things he

15   said?

16        A       Drexel.

17        Q       And were other students speaking?

18        A       Yes.

19        Q       So it was group work time, is that?

20        A       Not at that point; I was passing out

21   the papers.

22        Q       Did you ask Vinny what he meant?

23        A       No.

24        Q       Why?

25        A       I was trying to run the class.

65

1        Q        Okay.  What else did he say?

2        A        The first and middle name of my

3   husband, Maxwell Lawrence.

4        Q        There are two students in the class

5   named Maxwell, correct?

6        A        I don't think both of them their legal

7   name is Maxwell.  There's -- they both went by Max.

8        Q        Okay.  And do you know what both of

9   their middle names are?

10       A        No.

11       Q        How soon after the Drexel comment did

12  Vinny say Maxwell Lawrence?

13       A        I don't recall.

14       Q        And was there another comment?

15       A        Towards the end of class two students

16  who were working together, Vincent and another

17  student, were laughing about how funny something would

18  be, and then they said my house number, four two o

19  five.

20       Q        And did you ask Vinny about the -- your

21  husband's name comment?

22       A        No.

23       Q        And did you ask him about the four two

24  o five?

25       A        No.

67

1      Q     So is there any other way that a

2  student would know your husband's first and middle

3  name?

4              MR. SPAGNOLI:  Objection.

5      A     I wouldn't be aware of that.

6  BY MS. YOUNG:

7      Q     Do you know if on the deed to your

8  house his full name is written out?

9      A     I don't know.

10     Q     Vinny wasn't yelling when he allegedly

11  made these comments, was he?

12     A     Talking loud enough for me to hear.

13     Q     Would you say it was in a normal voice?

14     A     Little louder.

15     Q     Did you testify at the superintendent's

16  hearing that Vinny said it in a normal voice?

17     A     I don't recall.

18     Q     Did you ask Vinny about these comments?

19     A     Not specifically about the comments,

20  no.

21     Q     Why not?

22     A     I felt that they should be run by

23  administration first.

24     Q     Did you speak to Vinny after class that

25  day?

68

1      A      As students were packing up, yes.

2      Q      And what did you say to him?

3      A      Is something bothering you.

4      Q      And what was his response, if any?

5      A      The way the school handles stuff.

6      Q      Did you ask him what he meant by that?

7      A      No.

8      Q      Why?

9      A      I'm not in charge of what the school

10  does, so it's not my place.

11      Q      Did you offer Vinny any suggestions on

12  how to deal with what he was upset about?

13      A      He wasn't asking for any.

14      Q      That wasn't my question.  I said did

15  you offer any suggestions to Vinny about how to handle

16  what he was upset about?

17      A      No.

18      Q      At some point did you report what

19  happened on December 1st to anyone in administration?

20      A      Yes.

21      Q      And who was that?

22      A      Deb Caddick.

23      Q      And did you discuss it with her that

24  day, December 1st?

25      A      Yes.

69

1    Q      Okay.  And what did you speak about?

2    A      That he had made these comments in

3 class and I was uncomfortable.

4    Q      And what did she say?

5    A      She told me that she had met with him

6 that morning concerning the write-up from

7 November 22nd.

8    Q      What else did she say?

9    A      I don't recall.

10    Q      Do you recall if you and Miss Caddick

11 talked about whether Vinny needs the Foundations in

12 College Math class?

13    A      I don't recall discussing that.

14    Q      Did you discuss other students in the

15 class who might have overheard these comments?

16    A      She asked me to write up what happened

17 and to include any names of nearby students.

18    Q      At this point had you written up a

19 student conduct form?

20    A      No.

21    Q      Why not?

22    A      It wasn't until she told me that she

23 had met with him that morning that I -- I had felt

24 uncomfortable but then it turned into feeling more

25 threatened by his comments in retaliation.

70

1       Q      During the class are the Drexel,

2  Matthew Lawrence, and your street number the sum total

3  of the remarks you considered threatening?

4       A      Maxwell Lawrence.

5       Q      Oh, sorry, Maxwell.

6       A      But yes.

7       Q      Did you later have a conversation with

8  Officer Talbut about this issue?

9       A      Yes.

10      Q      Okay.  When was that?

11      A      That evening he called me.

12      Q      Okay.  And did you describe what had

13  happened in class?

14      A      Yes.

15      Q      And what did he say to you?

16      A      I don't recall.

17      Q      You don't recall anything of what he

18  said to you in that conversation?

19      A      No.

20            (Exhibit F was marked.)

21  BY MS. YOUNG:

22      Q      Give Exhibit F to you and ask you to

23  look it over.

24      A      (Reviews document).

25      Q      Okay.  Can you identify both pages of

71

1    this document?

2         A        The front, the first page is an email I

3    sent on the evening of December 1st; and the second

4    page is the written description of what happened in

5    class that day.

6         Q        Okay.  And it's your testimony that

7    Miss Caddick asked you to write this.

8         A        Yes.

9         Q        Did she tell you why she wanted you to

10   write this up?

11        A        No.

12        Q        Did Miss Caddick either on December 1st

13   or subsequent to that tell you that Vinny would not be

14   in your class anymore?

15        A        On the morning of December 2nd I

16   received an email that said they were going to look

17   into it and he would not be in my class that day.

18        Q        Okay.  Subsequent to that did you hear

19   anything from anyone in administration as to whether

20   Vinny would be in your class?

21        A        I received an email on the 2nd from

22   guidance asking for work.

23        Q        Did it have any other information in

24   it?

25        A        The dates that they wanted work for.