# Student Discipline Report
## 1004737 Spero, Vincent Michael
Incident Dates: Between Jul 1, 2007 and Jun 30, 2017

Birthdate: /1999

| Incident ID | Incident Date | Building Incident | E/V Grade | Incident Name | Incident Category | Reported By | Reported To | Action | Actual Duration - Offender Action | First Action Date | Last Action Date | Total Occurrences of Action | Total Occurrences Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22678 | 01/16/2014 | 51 | 09 | Inappropriate Behavior | | Caddick, Deborah S | APC | Verbal Warning | | | | 1 | 0 |

Comments: Vincent participated in throwing balls of paper at another student. He and another student discussed taking a video snapchat of this. Vincent admits they have been throwing things at the end of class.
c/w Vincent apologized to the student they threw the paper balls at. He wrote an apology and understands the behavior was disruptive. He "Wouldn't ever try to hurt anyone." Vincent will "Never let this happen again, I promise."

| 23938 | 10/21/2014 | 51 | 10 | Cut / Skipped Scheduled Class | Non VADIR Incidents | Brown, Cheryl | APJ | Verbal Warning | | | | 1 | 0 |

Comments: Not on absentee sheet, not seen Nurse's office, spoke with guidance secretary who checked sign-in as well as Ms. Martino's calendar.
c/w Student remembered being in guidance and not sure about the other day 10/23. Student is directed to report in to teacher for SH before guidance.

| 23983 | 11/10/2014 | 51 | 10 | Truant Level 1 | Non VADIR Incidents | | APJ | Suspension from Class or Activity, ALA - VADIR (SUSCLASS) | 1 | Nov 19, 2014 | Nov 19, 2014 | 1 | 1 |

Comments: Truant. Father said student should be here. Young mail voice called saying that he was the father and that Vincent would be out.
c/w Student said he didn't feel well and walked to mall then home. Student directed to go to nurse when not feeling well.

| 24119 | 12/09/2014 | 51 | 10 | Cut / Skipped Scheduled Class | Non VADIR Incidents | Siegrist, Valery | APJ | Incident Documented | | | | 1 | 0 |

Comments: Truant from PE class period 8, said he went to guidance and did not.
c/w Vincent indicated he was late, he tried the door and it was locked, shortened periods, directed to come to office in the future.

| 24172 | 12/23/2014 | 51 | 10 | Truant Level 2 | Non VADIR Incidents | Ewing, Nicole P | APJ | Campusing | 2 | Jan 7, 2015 | Jan 8, 2015 | 2 | 2 |

Comments: Vinny skipped per 6 Spanish
c/w

| 24354 | 02/27/2015 | 51 | 10 | Left Class without Permission | Non VADIR Incidents | Sullivan, Bea | APK | Campusing | 5 | Mar 4, 2015 | Mar 10, 2015 | 5 | 5 |
| | | | | | | | | | | | | 5 | 5 |
| | | | | | | | | | | | | 5 | 5 |

Oct 3, 2018

Page 1 of 7

12:19:21 PM

VS001086

EXHIBIT 15 1/18/19

## Student Discipline Report
### 1004737 Spero, Vincent Michael
Incident Dates: Between Jul 1, 2007 and Jun 30, 2017

Birthdate: ██████1999

| Incident Id | Incident Date | Building Incident | E/W Grade | Incident Name | Incident Category | Reported By | Reported To | Action | Actual Duration - Offender Action | First Action Date | Last Action Date | Total Occurrences of Action | Total Occurrences - Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24354 | 02/27/2015 | 51 | 10 | Left Class without Permission | Non VADIR Incidents | Sullivan, Bea | APK | Campusing | 5 | Mar 4, 2015 | Mar 10, 2015 | 5 | 5 |

Comments: Told me his English teacher let them go early. Mrs. Staccone-Rogers did not. this was during announcements. I told all the boys to stop. He kept going finally stopped after 2nd time. This is not the first time he has been seen in the hall before the bell rings. He was rude when speaking to me, as well as he lied.
c/w

| 24841 | 05/07/2015 | 51 | 10 | Inappropriate Behavior | Non VADIR Incidents | Kasson, Clifford R | APK | Campusing | 1 | May 13, 2015 | May 13, 2015 | 1 | 1 |

Comments: Vincent pushed another student into a stall door while in the boys restroom. In PE class Vincent was playing aggressively during the floor hockey unit.
c/w

| 25545 | 11/19/2015 | 51 | 11 | Inappropriate Behavior | Non VADIR Incidents | Durham, Peter C | AP | Incident Documented | | | | 1 | |

Comments: Teacher reported possible conflict between 2 students. Student reported having items taken from his truck in Little League Lot. (Offender captured on camera) A Kurkoski c/w 11/20/15

| 25592 | 12/03/2015 | 51 | 11 | Truant Level 2 | Non VADIR Incidents | Durham, Peter C | AP | Suspension from Class or Activity, ALA - VADIR (SUSCLASS) | 1 | Dec 7, 2015 | Dec 7, 2015 | 1 | 1 |

Comments: multiple write ups - see offense details
A Kurkoski c/w 12/4/15

| 25770 | 01/06/2016 | 51 | 11 | Safety Violation | | Durham, Peter C | APK | Suspension from Class or Activity, ALA - VADIR (SUSCLASS) | 1 | Jan 14, 2016 | Jan 14, 2016 | 1 | 1 |

Comments: 2 write-ups, see offense details. Mr. Kasson c/w 1/12/16
Offender Notes: Conference with Vinnie's school counselor
Incident Notes: On 1/11/16 Vinny Spero and JD Burford engaged in inappropriate phone conversation at approximately 6pm.

VS001087

## Student Discipline Report
### 1004737  Spero, Vincent Michael
Incident Dates: Between Jul 1, 2007 and Jun 30, 2017

Birthdate: [redacted]/1999

| Incident Id | Incident Date | Building Incident | E/W Grade | Incident Name | Incident Category | Reported By | Reported To | Action | Actual Duration: Offender Action | First Action Date | Last Action Date | Total Occurrences of Action | Total Occurrences Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25947 | 01/22/2016 | 51 | 11 | Inappropriate Behavior | | Durham, Peter C | APK | Suspension from Class or Activity, ALA - VADIR (SUSCLASS) | 2 | Feb 19, 2016 | Feb 22, 2016 | 2 | 2 |
| | | | | | | | | Suspension from Class or Activity, ALA - VADIR (SUSCLASS) | 2 | Feb 19, 2016 | Feb 22, 2016 | 2 | |
| | | | | | | | | | | | | 1 | 1 |

Comments: Vinnie failed to come to class on Friday 1/22. I spoke with him in the hallway between 6th & 7th period. He told me he had been meeting with "Someone" in regards to "Something a teacher had said about me." I followed up by checking with the Principal's office and Asst. Principal's office. Neither had seen Vinnie that period. I spoke with Vinnie again on 1/25 during class. I told him I would need a note from the person he claimed to have met with (to verify he was there). He told me it was "None of you concern." He then asked to leave to see Dr. Penna with another student. I signed their pass. As he was leaving the room he picked up a large roll of paper towels and threw it in the garbage can forcefully.

| 26063 | 03/09/2016 | 51 | 11 | Inappropriate Behavior | Non VADIR Incidents | Kasson, Clifford R | APK | Verbal Warning | | Mar 9, 2016 | Mar 9, 2016 | 1 | 0 |

Comments: 2 students engaged in verbal altercation in the commons, at the end of 4th period. Both students indicate the other pushed him. Both students indicate they did not push the other. Ms. Waples intervened and separated the students. C Kasson c/w 3/9/16; both students given directive not to engage with the other student in the future.

| 26169 | 03/15/2016 | 51 | 11 | Cut / Skipped Scheduled Class | | Panella, Amy | APK | Suspension from Class or Activity, ALA - VADIR (SUSCLASS) | 3 | April 11, 2016 | Apr 13, 2016 | 3 | 3 |
| | | | | | | | | | | | | 3 | |
| | | | | | | | | | | | | 3 | |

Comments: Truancy dates: 3/15, 3/28, 3/30, 3/31. c/w

| 26487 | 05/26/2016 | 51 | 11 | Truant Level 4 | | Drexler-Smith, Jennie M | APK | After School Detention | 1 | Jun 9, 2016 | Jun 9, 2016 | 1 | 1 |

Comments: Vinny said he has been stressed out, so he left school early on these dates 5/26, 5/31, 6/1. c/w AMK

| 26528 | 06/09/2016 | 51 | 11 | Cut/Skip After School Detention | | Chantry, Denelle | APK | After School Detention | 1 | Sep 20, 2016 | Sep 20, 2016 | 1 | 1 |

## Student Discipline Report
### 1004737  Spero, Vincent Michael
Incident Dates: Between Jul 1, 2007 and Jun 30, 2017

Birthdate: [redacted]/1999

| Incident Id | Incident Date | Building Incident | E/M Grade | Incident Name | Incident Category | Reported By | Reported To | Action | Actual Duration - Offender Action | First Action Date | Last Action Date | Total Occurrences of Action | Total Occurrences - Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Comments: Truant from AFD
Student will serve AFD in new school year 2016-2017 per Clifford Kasson.

| 27008 | 10/13/2015 | 51 | 12 | Inappropriate Behavior | Non VADIR Incidents | Crunden, James F | APC | Incident Documented | | Oct 13, 2015 | Oct 13, 2015 | 1 | 1 |

Comments: PE teacher brought to APs' attention: claimed a witness refused to report an incident in the locker room. Student reported to PE teacher that Vinnie was going through another student's bag. Vinnie was upset, "this is racist", "only because of my color", "bothers me that I was accused, feel it was race." Vinny claims the student and his group make racist comments, say N word, make fun of student and his turban. D Caddick conf, investigation was inconclusive. Vinnie only had $7 on him, not close to the amount reported taken ($20, $40). Students were warned to lock up their belongings in the locker rooms.

| 27009 | 10/21/2015 | 51 | 12 | Inappropriate Behavior | Non VADIR Incidents | Caddick, Deborah S | APC | Incident Documented | | Oct 21, 2015 | Oct 21, 2015 | 1 | 0 |

Comments: Parent reported her car, driven to school by daughter, was damaged. Several students report it was Vinny who threw apples. Vinny texted for another student to come to AP office to report "cops are at my house blaming me." The student spoke with Mrs. Caddick. Police went to investigate. DC interviewed several students. Inconclusive to claims.

| 26561 | 09/09/2016 | 51 | 12 | Left School Without Permission | Non VADIR Incidents | Caddick, Deborah S | APC | Incident Documented | | Sep 14, 2016 | Sep 14, 2016 | 1 | 0 |

Comments: Vincent was seen, by a teacher, outside during 2nd period. He was assigned to be in Commons.
D Caddick c/w 9/14/16; Vinny claims he went to his car to get his wallet and chemistry paper. Administrator explained that in the future, he must come to the AP office to get an off-grounds pass and follow the procedure to sign in and out of the school.

| 26653 | 09/12/2016 | 51 | 12 | Truant Level 1 | Non VADIR Incidents | Crunden, James F | APC | Verbal Warning | | Oct 5, 2016 | Oct 5, 2016 | 1 | 0 |

Comments: Unexcused absences, Per 9, PE
D Caddick c/w 10.3.16 and 10.5.16

| 25727 | 10/13/2016 | 51 | 12 | Truant Level 2 | Non VADIR Incidents | O'Donnell, Colette M | AP | After School Detention | 1 | Oct 25, 2016 | Oct 25, 2016 | 1 | 1 |

Comments: Vinnie will make up the work from the classes he missed. Hopefully he is on a plan to be in class regularly, and gain the needed credits for graduation. Ms. Caddick had been holding Vinnie's Early Dismissal Pass until now. He will get this pass, and have a good year.

Oct 3, 2018

## Student Discipline Report
### 1004737 Spero, Vincent Michael
Incident Dates: Between Jul 1, 2007 and Jun 30, 2017

Birthdate: ███/1999

| Incident Id | Incident Date | Building - Incident | E/W Grade | Incident Name | Incident Category | Reported By | Reported To | Action | Actual Duration - Offender Action | First Action Date | Last Action Date | Total Occurrences of Action | Total Occurrences - Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26711 | 10/18/2016 | 51 | 12 | Illegal Parking | Non VADIR Incidents | Estelle, Michele | APC | Campusing | 5 | Oct 20, 2016 | Oct 26, 2016 | 5 5 5 5 5 | 5 |

Comments: 10/13/16; 8th period, Forensic Sci
Teacher contacted home and assigned After School Detention.

Comments: Parking violations.
See offense details for each student.
D Caddick c/w 10.20.16.

| 26937 | 11/22/2016 | 51 | 12 | Disrespect / Insubordination | Non VADIR Incidents | Dyer, Katharine R | APC | Probation for Senior Activities | | Dec 1, 2016 | Dec 1, 2016 | 1 | 0 |

Comments: 3 write-ups
D Caddick c/w 12.01.16: "Vincent is not to disrupt class like this. His actions are inappropriate and disrespectful; violating the student code of conduct. I am concerned about Vincent's pattern of insubordination towards staff members. This needs to stop!"
Consulted w/ school counselor, SRO, and Superintendent.
Probation for senior activities.
Vincent asked for Superintendent's phone number.

| 27003 | 12/01/2016 | 51 | 12 | Verbal threat but no physical contact without a weapon (VADIR 10, DASA) | VADIR | Caddick, Deborah S | APC | Out-of-School Suspension - VADIR (OUTSCHOOL) | 5 | Dec 5, 2016 | Dec 9, 2016 | 5 5 5 5 5 | 5 |

## Student Discipline Report

**1004737 Spero, Vincent Michael**   Birthdate: ▓▓▓/1999
Incident Dates: Between Jul 1, 2007 and Jun 30, 2017

| Incident ID | Incident Date | Building Incident | E/W Grade | Incident Name | Incident Category | Reported By | Reported To | Action | Actual Duration - Offender Action | First Action Date | Last Action Date | Total Occurrences of Action | Total Occurrences - Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27206 | 12/08/2016 | 51 | 12 | Intentional, Repeated Intimidation-VADIR-DASA (INTIMIDATE) | VADIR | Caddick, Deborah S | AP | Out-of-School Suspension - VADIR (OUTSCHOOL) | 5 | Dec 9, 2016 | Dec 15, 2017 | 5<br>5<br>5<br>5<br>5 | 5 |

Comments: 12/1/16: •During 1st period, Vincent met with the Assistant Principal regarding inappropriate behavior in his period 4 math class on November 22, 2016. During that math class, Vincent had his phone out and started playing a video loudly during group work. He was asked 2 times to put his phone away. He refused and began mocking the teacher. When the teacher asked him if he needed to leave he called her a "fucking racist." Vincent was upset that he received consequences and he contacted Superintendent Ahearn.
•During period 4 math class, as the teacher was passing out the worksheet, Vincent said, "Drexel" while looking at the teacher. Drexel is the name of the street the teacher lives on.
•Later in period 4 math class, while working with his group Vincent said the first and middle name of the teacher's husband.
•Towards the end of period 4 math class, Vincent and another student were talking about how funny something would be and one of them said, "4205" which is the teacher's house number.
Offender Notes: Conf held in Principal's conference room on 12/2 with Vincent's parents, Mrs. Caddick, Mr. Kasson, Mr. Penna; determined that suspension would start that day, and Vincent would return to school on 12/9.

Comments: On December 8, 2016, Vincent's posts on social media over the past few days substantially disrupted the school day at Vestal High School.
•The School Resource Officer (SRO) received several reports that Vincent had posted a video of a girl in a bedroom loading and unloading a gun on his snapchat story. •The School Resource Officer (SRO) received several reports that Vincent ($avage Spero3 @vmspero) had posted tweets/ retweets on social media. o"@WBNG12News to be acknowledged because I have no say. Vestal high school is corrupt and unfair to its colored students. And we need help" o"@WBNG12News then she reported me after a day for feeling threatened by me after I attempted to report her, and I was told I wasn't going" o"@ WBNG12News suspended from school for calling my teacher a racist after being separated with 4 other students because of our color." o"End racism within our schools, how are you supposed to teach the young minds while yours is stuck in such an evil way #vestalhighschool" (cont in offense)
Offender Notes: (cont) o"We are equal, because of the pigmentation of my skin means I'm, a danger to the school? You are racist, face it you are a horrible being!" o "Deforamtion of character is a crime, because of my skin color you are gonna say I'm going to kill people that's outrageous, you are a racist"
•The School Resource Officer (SRO) received calls from the State Police with concerns over the tweets and snapchat video Vincent posted on social media.
•The VHS Administration, School Resource Officer (SRO), and the Counseling and Guidance Office spent most of the day taking calls from concerned parents.
•In light of the current climate of concern the school administration cancelled a state required emergency response lockdown drill scheduled for December 9, 2016. **Due to the serious nature of these offenses, this matter was referred to Superintendent.

# Student Discipline Report

**1004737 Spero, Vincent Michael**
Incident Dates: Between Jul 1, 2007 and Jun 30, 2017

Birthdate: [REDACTED] 1999

| Incident Id | Incident Date | Building Incident | E/V Grade | Incident Name | Incident Category | Reported By | Reported To | Action | Actual Duration, Offender Action | First Action Date | Last Action Date | Total Occurrences or Action | Total Occurrences Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27299 | 12/08/2016 | 51 | 12 | Cyber Abuse (involving intimidation or abuse but no threat) - DASA (CYABS) | VADIR | Caddick, Deborah S | APC | Superintendent's Hearing -VADIR (XFERALTED) | | Dec 20, 2016 | Dec 20, 2016 | 1 | 0 |

Comments: *See charges for 12/9 - 12/15 suspension
*On December 2, 2016, Vincent was involved in an incident in math class. At the time, he was instructed not to discuss the incident. Several students came to speak with administrators regarding the incident because he had shared with those students that he was being suspended for "no reason" and "it was unfair". Based on Superintendent's hearing that took place over multiple days (12/20/16, 1/25/17, 1/30/17, 1/31/17): Vincent is suspended from instruction effective immediately, February 8, 2017, for the balance of this 2016-2017 academic year, and for the entire 2017-2018 academic year.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27207 | 01/06/2017 | 51 | 12 | Illegal Parking | Non VADIR Incidents | Estelle, Michele | AP | Incident Documented | | Jan 6, 2017 | Jan 6, 2017 | 1 | 0 |

Comments: Parked in staff parking area 1/6/17


VS001092
