## Student Discipline Report
1004737  Spero, Vincent Michael                                   Birthdate: ███999
Incident Dates: Between Sep 1, 2012 and Dec 15, 2016

| Incident ID | Incident Date | Building Incident | E/W Grade | Incident Category | Comments / Incident | Offense Code | Offense Code Description | Offense Comment | Action | Actual Duration Offender Action | First Action Date | Last Action Date | Total Offender Occurrences Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22678 | 01/16/2014 | 51 | 09 | | Vincent participated in throwing balls of paper at another student. He and another student discussed taking a video snapchat of this. Vincent admits they have been throwing things at the end of class. c/w Vincent apologized to the student they threw the paper balls at. He wrote an apology and understands the behavior was disruptive. He "Wouldn't ever try to hurt anyone." Vincent will "Never let this happen again, I promise." | G1 | Inappropriate Behavior | | Verbal Warning | | | | 1 |
| 23938 | 10/21/2014 | 51 | 10 | Non VADIR Incidents | Not on absentee sheet, not seen Nurse's office, spoke with guidance secretary who checked sign-in as well as Ms. Martino's calendar. c/w Student remembered being in guidance and not sure about the other day 10/23. Student is directed to report in to teacher for SH before guidance. | G4 | Cut / Skipped Scheduled Class | | Verbal Warning | | | | 1 |
| 23983 | 11/10/2014 | 51 | 10 | Non VADIR Incidents | Truant. Father said student should be here. Young mail voice called saying that he was the father and that Vincent would be out. c/w Student said he didn't feel well and walked to mail then home. Student directed to go to nurse when not feeling well. | G26 | Truant Level 1 | | Suspension from Class or Activity, ALA - VADIR (SUSCLASS) | 1 | Nov 19, 2014 | Nov 19, 2014 | 1 |
| 24119 | 12/09/2014 | 51 | 10 | Non VADIR Incidents | Truant from PE class period 8, said he went to guidance and did not. c/w Vincent indicated he was late, he tried the door and it was locked, shortened periods, directed to come to office in the future. | G4 | Cut / Skipped Scheduled Class | | Incident Documented | | | | 1 |
| 24172 | 12/23/2014 | 51 | 10 | Non VADIR Incidents | Vinny skipped per 6 Spanish c/w | G27 | Truant Level 2 | | Campusing | 2 | Jan 7, 2015 | Jan 8, 2015 | 2 |

EXHIBIT ␣ 1/8/19  PENGAD 800-631-6989

Dec 15, 2016                                                                                        Page 1 of 7                                                                                     10:52:04 AM

VS000407

# Student Discipline Report

1004737 Spero, Vincent Michael

Birthdate: /1999

Incident Dates: Between Sep 1, 2012 and Dec 15, 2016

| Incident ID | Incident Date | Building Incident | E/M Grade | Incidents Category | Comments/Incident | Offense Code | Offense Code Description | Offense Comment | Action | Actual Duration Offender Action | First Action Date | Last Action Date | Total Occurrences Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24354 | 02/27/2015 | 51 | 10 | Non VADIR Incidents | Told me his English teacher let them go early. Mrs. Staccone-Rogers did not. this was during announcements. I told all the boys to stop. He kept going finally stopped after 2nd time. This is not the first time he has been seen in the hall before the bell rings. He was rude when speaking to me, as well as he lied. c/w | G31 | Left Class without Permission | | Campusing | 5 | Mar 4, 2015 | Mar 10, 2015 | 5 |
| 24841 | 05/07/2015 | 51 | 10 | Non VADIR Incidents | Vincent pushed another student into a stall door while in the boys restroom. In PE class Vincent was playing aggressively during the floor hockey unit. c/w | G1 | Inappropriate Behavior | | Campusing | 1 | May 13, 2015 | May 13, 2015 | 1 |
| 25545 | 11/19/2015 | 51 | 11 | Non VADIR Incidents | Teacher reported possible conflict between 2 students. Student reported having items taken from his truck in Little League Lot. (Offender captured on camera). A Kurkoski c/w 11/20/15 | G1 | Inappropriate Behavior | When spoken to by administrators on 11/19, Vinnie denied any animosity. Then during conference on 11/20, Vinnie stated he knew an altercation was pending on 11/19. Vinnie was directed to stay out of Little League Lot (reserved for Senior parking). Evidence that Vinnie was in the truck at the time/date items were missing was presented to Vinnie (after he denied being near the truck. | Incident Documented | | | | |
| 25592 | 12/03/2015 | 51 | 11 | Non VADIR Incidents | multiple write ups - see offense details A Kurkoski c/w 12/4/15 | G27 | Truant Level 2 | Unexcused absence; 12/3/15 period 6,7,8. 3D Design, English, US History | Suspension from Class or Activity, ALA - VADIR (SUSCLASS) | 1 | Dec 7, 2015 | Dec 7, 2015 | 1 |
| | | | | | | G31 | Left Class without Permission | Vinnie has left class 3-4 minutes early on 3 occasions w/o permission. Vinnie has been told not to leave early (by the teacher) more than once; continues to do so. A Kurkoski gave directive: Remain in class for entire class period. No leaving early! | | | | | |

VS000408

# Student Discipline Report

1004737 Spero, Vincent Michael
Incident Dates: Between Sep 1, 2012 and Dec 15, 2016

Birthdate: [redacted] 1999

| Incident ID | Incident Date | Building Incident | EA/W Grade Incident | Incident Category | Comments Incident | Offense Code | Offense Code Description | Offense Comment | Action | Actual Duration Offender Action | First Action Date | Last Action Date | Total Occurrences Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25770 | 01/06/2016 | 51 | 11 | | 2 write-ups, see offense details. Mr. Kasson c/w 1/12/16 | G1 | Inappropriate Behavior | 1/11/16:Vincent texted a threatening message to a student referring to the student's friend. Text: "I'm, catching a body b, ur bro is gonna die." Vincent has had issues with the student previously. c/w Vincent indicated the text is in reference to a song. | Suspension from Class or Activity, ALA - VADJR (SUSCLASS) | 1 | Jan 14, 2016 | Jan 14, 2016 | 1 |
| | | | | | | G16 | Safety Violation | 1/6/16, Mr. Durham: Entering Pool Doors, let in by 2 other students. | | | | | |
| | | | | | | G5 | Disrespect / Insubordination | 1/6/16, Mr. Durham: I told Vinnie (and the 3 other students) that they were not allowed to enter the pool doors. The other students listened and exited the building, whereas Vinnie continued to walk upstairs and disregarded my repeated instructions to leave through the doors he had entered. He was mumbling under his breath as he walked away. | | | | | |
| Offender Notes: Conference with Vinnie's school counselor. Incident Notes: On 1/11/16, Vinny Spero and JD Burford engaged in inappropriate phone conversation at approximately 6pm. | | | | | | | | | | | | | |
| 25947 | 01/22/2016 | 51 | 11 | | Vinnie failed to come to class on Friday 1/22. I spoke with him in the hallway between 6th & 7th period. He told me he had been meeting with "Someone" in regards to "Something a teacher had said about me." I followed up by checking with the Principal's office and Asst. Principal's office. Neither had seen Vinnie that period. I spoke with Vinnie again on 1/25 during class. I told him I would need a note from the person he claimed to have met with (to verify he was there). He told me it was "None of you concern." He then asked to leave to see Dr. Penna with another student. I signed their pass. As he was leaving the room he picked up a large roll of paper towels and threw it in the garbage can forcefully. | G28 | Truant Level 3 | | Suspension from Class or Activity, ALA - VADJR (SUSCLASS) | 2 | Feb 19, 2016 | Feb 22, 2016 | 2 |
| | | | | | | G1 | Inappropriate Behavior | | Suspension from Class or Activity, ALA - VADJR (SUSCLASS) | 2 | Feb 19, 2016 | Feb 22, 2016 | 1 |

VS000409

**Student Discipline Report**
1004737  Spero, Vincent Michael
Incident Dates: Between Sep 1, 2012 and Dec 15, 2016

Birthdate: [redacted] 1999

| Incident ID | Incident Date | Building Incident | F.W. Grade | Incident Category | Comments - Incident | Offense Code | Offense Code Description | Offense Comment | Action | Actual Duration Offender Action | First Action Date | Last Action Date | Total Occurrences Offense Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26063 | 03/09/2016 | 51 | 11 | Non VADIR Incidents | 2 students engaged in verbal altercation in the commons, at the end of 4th period. Both students indicate the other pushed him. Both students indicate they did not push the other. Ms. Waples intervened and separated the students. C Kasson c/w 3/9/16; both students given directive not to engage with the other student in the future. | G1 | Inappropriate Behavior | | Verbal Warning | | Mar 9, 2016 | Mar 9, 2016 | 1 |
| 26169 | 03/15/2016 | 51 | 11 | | Truancy dates: 3/15, 3/28, 3/30, 3/31. c/w | G4 | Cut / Skipped Scheduled Class | | Suspension from Class or Activity, ALA - VADIR (SUSCLASS) | 3 | Apr 11, 2016 | Apr 13, 2016 | 3 |
| 26487 | 05/26/2016 | 51 | 11 | | Vinny said he has been stressed out, so he left school early on these dates 5/26, 5/31, 6/1. c/w AMK | G29 | Truant Level 4 | | After School Detention | 1 | Jun 9, 2016 | Jun 9, 2016 | 1 |
| 26528 | 06/09/2016 | 51 | 11 | | Truant from AFD Student will serve AFD in new school year 2016-2017 per Clifford Kasson. | G24 | Cut/Skip After School Detention | | After School Detention | 1 | Sep 20, 2016 | Sep 20, 2016 | 1 |
| 27008 | 10/13/2015 | 51 | 12 | Non VADIR Incidents | PE teacher brought to APs' attention: claimed a witness refused to report an incident in the locker room. Student reported to PE teacher that Vinnie was going through another student's bag. Vinnie was upset, "this is racist", "only because of my color", "bothers me that I was accused, feel it was race." Vinny claims the student and his group make racist comments, say N word, make fun of student and his turban. D Caddick conf, Investigation was inconclusive. Vinnie only had $7 on him, not close to the amount reported taken ($20, $40). Students were warned to lock up their belongings in the locker rooms. | G1 | Inappropriate Behavior | | Incident Documented | | Oct 13, 2015 | Oct 13, 2015 | 1 |

## Student Discipline Report
### 1004737  Spero, Vincent Michael
Incident Dates: Between Sep 1, 2012 and Dec 15, 2016

Birthdate:  1999

| Incident ID | Incident Date | Building Incident | E/W Grade | Incident Category | Comments/Incident | Offense Code | Offense Code Description | Offense Comments | Action | Actual Duration Offender Action | First Action Date | Last Action Date | Total Occurrences Offender Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27009 | 10/21/2015 | 51 | 12 | Non VADIR Incidents | Parent reported her car, driven to school by daughter, was damaged. Several students report it was Vinny who threw apples. Vinny texted for another student to come to AP office to report "cops are at my house blaming me." The student spoke with Mrs. Caddick. Police went to investigate. DC interviewed several students. Inconclusive to claims. | G1 | Inappropriate Behavior | | Incident Documented | | Oct 21, 2015 | Oct 21, 2015 | 1 |
| 26561 | 09/09/2016 | 51 | 12 | Non VADIR Incidents | Vincent was seen, by a teacher, outside during 2nd period. He was assigned to be in Commons. D Caddick c/w 9/14/16; Vinny claims he went to his car to get his wallet and chemistry paper. Administrator explained that in the future, he must come to the AP office to get an off-grounds pass and follow the procedure to sign in and out of the school. | G11 | Left School Without Permission | | Incident Documented | | Sep 14, 2016 | Sep 14, 2016 | 1 |
| 26653 | 09/12/2016 | 51 | 12 | Non VADIR Incidents | Unexcused absences, Per 9, PE D Caddick c/w 10.3.16 and 10.5.16 Vinnie will make up the work from the classes he missed. Hopefully he is on a plan to be in class regularly, and gain the needed credits for graduation. Ms. Caddick had been holding Vinnie's Early Dismissal Pass until now. He will get this pass, and have a good year. | G26 | Truant Level 1 | | Verbal Warning | | Oct 5, 2016 | Oct 5, 2016 | 1 |
| 26727 | 10/13/2016 | 51 | 12 | Non VADIR Incidents | 10/13/16, 8th period, Forensic Sci Teacher contacted home and assigned After School Detention. | G27 | Truant Level 2 | | After School Detention | 1 | Oct 25, 2016 | Oct 25, 2016 | 1 |
| 26711 | 10/18/2016 | 51 | 12 | Non VADIR Incidents | Parking violations. See offense details for each student. D Caddick c/w 10.20.16. | P | Illegal Parking | 10/5 - parked in staff lot 10/13 - parked in bus driver parking area 10/14 - parked in staff lot D Caddick explained to Vinnie he must only park between the yellow lines in the front lot. Next offense will result in 4 days of after school detention. | Campusing | 5 | Oct 20, 2016 | Oct 26, 2016 | 5 |

VS000411

# Student Discipline Report

1004737 Spero, Vincent Michael
Incident Dates: Between Sep 1, 2012 and Dec 15, 2016

Birthdate: ▮▮▮1999

| Incident ID | Incident Date | Building Incident # | E/W Grade | Incident Category | Comments/Incident | Offense Code | Offense Code Description | Offense Comment | Action | Actual Duration Offender Action | First Action Date | Last Action Date | Total Offender Occurrences Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26937 | 11/22/2016 | 51 | 12 | Non VADIR Incidents | 3 write-ups D Caddick c/w 12.01.16: "Vincent is not to disrupt class like this. His actions are inappropriate and disrespectful; violating the student code of conduct. I am concerned about Vincent's pattern of insubordination towards staff members. This needs to stop!" Consulted w/ school counselor, SRO, and Superintendent. Probation for senior activities. Vincent asked for Superintendent's phone number. | G5 | Disrespect / Insubordination | Dyer, 11/22/16, 4th Per Math: Vincent had his phone out and was playing a video loudly during group work. I asked him 2X to put it away; he refused and started mocking me. I then asked him if he needed to leave the room, and he called me a "fucking racist". D Chantry: after being asked to leave math class, Ms. Estelle told Vinnie he was not to have his cell phone out in the AP Office. As soon as Ms. Estelle left the room, Vinnie got his phone back out and I had to tell him again to put it away. | Probation for Senior Activities | | Dec 1, 2016 | Dec 1, 2016 | 1 |
| | | | | | | P | Illegal Parking | 11/16/16 - Parked in bus driver parking area; Next offense will result in loss of parking tag for 10 weeks. | | | | | |

VS000412