## Josh Cotter

**From:** Dyer, Katharine R <KRDyer@vestal.k12.ny.us>
**Sent:** Thursday, December 01, 2016 11:02 PM
**To:** Caddick, Deborah S
**Subject:** V.S.
**Attachments:** Dec1st.docx

Hello,

I wanted to send the written description of what happened today. Thank you for meeting with me earlier...I did talk to Connor too. Here is a better list of students who were nearby: J███ A███, M███ K███ C███ M███ D███ W███, A███ V███ M███ H███, A███ C███, B███ H███ when she returned from Guidance). Please let me know if there is anything I should do before class tomorrow (he is in 4th period).

Thanks,

Kate

Katharine Dyer
High School Math Teacher
Vestal High School
607-757-2285

CONFIDENTIALITY NOTE: The information contained in this transmission is intended only for the personal and confidential use of the recipient. If you have received this transmission and you are not a recipient as listed above, you have received this transmission in error and any review, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please immediately call the sender and delete this transmission from your system.

Date: 12/1/2016

Class: Foundations of College Math

Room: 148

Time: 4th period

Student: Vincent Spero

Today in class we were reviewing for tomorrow's quiz. I had handed out a review sheet and put students into groups. Each group was given a note sheet and assigned two questions to work on. Every 10 minutes we rotated questions.

While I was passing out the worksheet Vincent said "Drexel" while looking at me. This is my street name. Later, while working in his group he said my husband's first and middle name out loud. Towards the end of class, he and another student were talking about how funny something would be and one of them said "4205", which is my house number.

I talked to him briefly after class. I did not say anything specifically about him knowing my personal information, but asked him if something was bothering him. He said he is upset at the way the school handles things. I explained while in class my goal is to help everyone be successful and meet the requirements for SUNY Broome. I told him that if there was something specifically bothering him I would be happy to discuss it. He said it was a bunch of things and nothing specific involving this class was bothering him at this time.

I met with Ms. Caddick after school and she told me that she had met with Vincent earlier in the day concerning the write up I turned in on Tuesday, November 22nd. I had written him up for refusing to turn off a video on his phone that he was playing loudly during class. After asking him twice to turn it off, I then asked him to go to the Assistant Principal's Office. He called me a "fucking racist" as he packed up and was then escorted to the office.

Nearby students on Dec 1st:


(when returned from Guidance)

VS000806