

RECEIVED
DEC 09 2016
VCSD SUPT'S OFFICE

**VESTAL, NEW YORK 13850**

December 9, 2016

Robert and Debra Spero
███████████
Vestal, NY 13850

RE: Vincent Spero



EXHIBIT 8
1/18/19

Dear Mr. and Ms. Spero,

In accordance with Education Law § 3214(3) (b), I am suspending the above-named student upon instruction for five (5) school days, commencing Friday, December 9, 2016, and ending Thursday, December 15, 2016. It is alleged that Vincent engaged in conduct that was insubordinate, disruptive, violent, and endangered the education, safety, morals, health or welfare of himself or others. This may also include bullying, cyberbullying, discrimination and/or harassment as defined in the Vestal Code of Conduct.

On December 2, 2016, Vincent met with the school administrators and was suspended for 5 days. At that time, he was told not to discuss the matter. However, several students came to speak with the administrators on Vincent's behalf because Vincent shared with them that he was being suspended for "no reason" and "it was unfair".

On December 8, 2016, Vincent's posts on social media over the past few days substantially disrupted the school day at Vestal High School.
- The School Resource Officer (SRO) received several reports that Vincent had posted a video of a girl in a bedroom loading and unloading a gun on his snapchat story.
- The School Resource Officer (SRO) received several reports that Vincent ($avage Spero3 @vmspero) had posted tweets/ retweets on social media.
    - "@WBNG12News to be acknowledged because I have no say. Vestal high school is corrupt and unfair to its colored students. And we need help"
    - "@WBNG12News then she reported me after a day for feeling threatened by me after I attempted to report her, and I was told I wasn't going"
    - "@ WBNG12News suspended from school for calling my teacher a racist after being separated with 4 other students because of our color."
    - "End racism within our schools, how are you supposed to teach the young minds while yours is stuck in such an evil way #vestalhighschool"
    - "How can you allow racism to brew within your staff and discipline the one trying to shine attention to the racism going on #truth will prevail"
    - "I love being discriminated and prejudiced in the vestal high school system. Crazy how racism will never fade away, we are stuck"
    - ."Me trying to spread awareness to the racism I had to face is nothing wrong. I would never hurt a soul, I just wanted help. I love everyone"

Vincent Spero
December 9, 2016
Page 2

- - "We are all equal, because of the pigmentation of my skin means I'm, a danger to the school? You are racist, face it you are a horrible being!"
  - "Deforamtion of character is a crime, because of my skin color you are gonna say I'm going to kill people that's outrageous, you are a racist"
- The School Resource Officer (SRO) received calls from the State Police with concerns over the tweets and snapchat video Vincent posted on social media.
- The VHS Administration, School Resource Officer (SRO), and the Counseling and Guidance Office spent most of the day meeting with concerned students and taking calls from concerned parents.
- In light of the current climate of concern the school administration cancelled a state required emergency response lockdown drill scheduled for December 9, 2016.

These willful acts disrupted the normal operation of the school community.

During the period of suspension, Vincent is not to attend school, enter the grounds of the district, or attend any after-school activities. This includes athletic events or other school-related activities (home or away). Vincent is to return to instruction on Friday, December 16, 2016, and participate in a re-entry interview with Mrs. Caddick at 7:45 AM in the Assistant Principals' Office.

Please note: If school is not in session due to inclement weather or for any other emergency closing during said period of suspension, the closed days do not count as suspension days. The full suspension period will need to be served on days school is in session; therefore, an additional day for each missed day will be added to the suspension period.

Due to the serious nature of Vincent's behavior, this matter will be referred to the Superintendent of Schools for further action.

Sincerely,

*Albert A. Penna*

Albert A. Penna
Interim Principal

pc:   Mr. Ahearn
      Dr. Lamash
      Mrs. Caddick
      Ms. Martino
      Ms. Wallach
      Ms. Findikyan