Caddick, Deborah S

| | |
|---|---|
| From: | Braun, Andrea D |
| Sent: | Friday, December 02, 2016 2:36 PM |
| To: | ARBUISO, CHARLES B; DONLIN, BRIAN J; Dyer, Katharine R; CARR, ROBERT; Malejs, Peteris V; O'Donnell, Colette M; CRUNDEN, JAMES |
| Cc: | Martino, Rebecca M; Caddick, Deborah S |
| Subject: | Work Requested for V▮▮▮ S▮▮▮ |

Good afternoon,

 Per administration, work has been requested for V▮▮▮ S▮▮▮ for today, Friday, December 02, 2016, through Thursday, December, 8 2016. The work will be picked up Monday afternoon, so please send it to the guidance office before that time. Thank you for your assistance.

Andrea Braun
Guidance Office
Vestal High School

CONFIDENTIALITY NOTE: The information contained in this transmission is intended only for the personal and confidential use of the recipient. If you have received this transmission and you are not a recipient as listed above, you have received this transmission in error and any review, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please immediately call the sender and delete this transmission from your system.

Caddick, Deborah S

| | |
|---|---|
| From: | Braun, Andrea D |
| Sent: | Friday, December 09, 2016 11:22 AM |
| To: | ARBUTSO, CHARLES B; DONLIN, BRIAN J; Dyer, Katharine R; CARR, ROBERT; Malejs, Peteris V; O'Donnell, Colette M; CRUNDEN, JAMES |
| Cc: | Martino, Rebecca M; Caddick, Deborah S |
| Subject: | V██████ S██████ work request |

Good morning,

Per administration, work has been requested for V██████ S██████ for today, Friday, December 09, 2016, through Thursday, December 15, 2016. Please send any work you have for him to the guidance office, and I will pass it along to him. Thank you for your assistance.

Andrea Braun
Guidance Office
Vestal High School

CONFIDENTIALITY NOTE: The information contained in this transmission is intended only for the personal and confidential use of the recipient. If you have received this transmission and you are not a recipient as listed above, you have received this transmission in error and any review, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please immediately call the sender and delete this transmission from your system.

1

Caddick, Deborah S

| | |
|---|---|
| From: | Braun, Andrea D |
| Sent: | Tuesday, December 20, 2016 1:08 PM |
| To: | Caddick, Deborah S; Chantry, Denelle M |
| Subject: | FW: V▇ S▇ Homework Request Please |

I have heard from all of V▇ S▇ teachers this week except Mr. Arbuiso and Mr. Carr. I will send them a reminder email now and will phone the S▇ family later today to let them know they can pick up the work. I will email you when I do that. Thank you.

Andrea Braun
Guidance Office
Vestal High School
Phone 607-757-2216

From: Braun, Andrea D
Sent: Monday, December 19, 2016 1:08 PM
To: ARBUISO, CHARLES B <cbarbuiso@vestal.k12.ny.us>; DONLIN, BRIAN J <bjdonlin@vestal.k12.ny.us>; Dyer, Katharine R <KRDyer@vestal.k12.ny.us>; CARR, ROBERT <rfcarr@vestal.k12.ny.us>; Malejs, Peteris V <pvmalejs@vestal.k12.ny.us>; O'Donnell, Colette M <CMODonnell@vestal.k12.ny.us>; CRUNDEN, JAMES <jfcrunden@vestal.k12.ny.us>
Cc: Martino, Rebecca M <rmmartino@vestal.k12.ny.us>
Subject: V▇ S▇ Homework Request Please

Good Afternoon,

I need work for V▇ S▇ through December 22, 2016. Please send any work you have to the guidance office and we will forward it to his family. Thank you very much for your help with this matter, and have a great day!

Andrea Braun
Guidance Office
Vestal High School
Phone 607-757-2216

CONFIDENTIALITY NOTE: The information contained in this transmission is intended only for the personal and confidential use of the recipient. If you have received this transmission and you are not a recipient as listed above, you have received this transmission in error and any review, dissemination, distribution or copying of

1

Caddick, Deborah S

| | |
|---|---|
| From: | Braun, Andrea D |
| Sent: | Tuesday, December 20, 2016 3:05 PM |
| To: | Caddick, Deborah S; Chantry, Denelle M |
| Cc: | Martino, Rebecca M |
| Subject: | V███ S███ |

Good Afternoon,

I left a voice mail on Robert Spero's cell phone (242-3298) that V████'s work was available and could be picked up tomorrow between 8:00 am and 3:30 pm in the high school at the attendance office. I also left my number as a call back number if he had any questions about the homework pickup. Thank you.

Andrea Braun
Guidance Office
Vestal High School
Phone 607-757-2216

CONFIDENTIALITY NOTE: The information contained in this transmission is intended only for the personal and confidential use of the recipient. If you have received this transmission and you are not a recipient as listed above, you have received this transmission in error and any review, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please immediately call the sender and delete this transmission from your system.

1

Caddick, Deborah S

**From:** Braun, Andrea D
**Sent:** Wednesday, December 21, 2016 10:41 AM
**To:** Caddick, Deborah S
**Cc:** Martino, Rebecca M
**Subject:** V███ S███ Homework Pickup

Good Morning,

V███ S███'s father was just here and picked up his homework. Thank you.

Andrea Braun
Guidance Office
Vestal High School
Phone 607-757-2216

CONFIDENTIALITY NOTE: The information contained in this transmission is intended only for the personal and confidential use of the recipient. If you have received this transmission and you are not a recipient as listed above, you have received this transmission in error and any review, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please immediately call the sender and delete this transmission from your system.