

# Binghamton City School District

Binghamton High School
31 Main Street
Binghamton, NY 13905
(607) 762-8200
Fax: (607) 762-8209

February 10, 2017

Vincent Spiro
Binghamton, NY 13905

Dear Vincent,

Under Education Law Section 3214, I am suspending you for a period of 5 school days, February 10, 2017 through February 16, 2017, not to include emergency school closure days.

It is alleged that, while attending the Vestal Central School District, you were insubordinate or disorderly or engaged in conduct that endangered the safety, morals, health or welfare of others or some or all of the above in that, while on Vestal Central School District property, the following occurred:

On December 2, 2016, you were involved in an incident in Math class while attending the Vestal Central School District. At the time, you were instructed not to discuss the incident. Several students came to speak with Vestal administrators regarding the incident because you shared with those students that you were being suspended for "no reason" and "it was unfair."

On December 8, 2016, you posted a number of posts on social media that were retaliatory in nature against the teacher and Vestal administration. Your posts included:
- A video of a girl in a bedroom loading and unloading a gun on your snapchat story;
- On Twitter, you tweeted/retweeted "@WBNG12News to be acknowledged because I have no say. Vestal High School is corrupt and unfair to its colored students. And we need help.";
- On Twitter, you tweeted/retweeted "@WBNG12News then she reported me after a day for feeling threatened by me after I attempted to report her, and I was told I wasn't going";
- On Twitter, you tweeted/retweeted "@WBNG12News suspended from school for calling my teacher a racist after being separated with 4 other students because of our color";

*Providing A Rich Environment for Quality Learning*

VS001909

- On Twitter, you tweeted/retweeted "End racism within our schools, how are you supposed to teach the young minds while your is stuck in such an evil way #vestalhighschool";
- On Twitter, you tweeted/retweeted "How can you allow racism to brew within your staff and discipline the one trying to shine attention to the racism going on #truth will prevail";
- On Twitter, you tweeted/retweeted "I love being discriminated and prejudiced in the Vestal High School system. Crazy how racism will never fade away, we are stuck";
- On Twitter, you tweeted/retweeted "Me trying to spread awareness to the racism I had to face is nothing wrong. I would never hurt a soul, I just wanted to help. I love everyone.";
- On Twitter, you tweeted/retweeted "We are all equal, because of the pigmentation of my skin means I'm a danger to the school? You are racist, face it you are a horrible being";
- On Twitter, you tweeted/retweeted "Deformation of character is a crime, because of my skin color you are gonna say I'm going to kill people that's outrageous, you are a racist".

As a result of your social media activities, the Vestal Central School District was contacted by the New York State Police with concerns about the safety of that district's students.

The Vestal School Resource Officer and the Vestal High School Administration received concerns from parents and students about the safety of students at Vestal High School because of your social media posts.

The Vestal Central School District also had to cancel a state required emergency response lockdown drill scheduled for December 9, 2016, because of your social media activities and the fear your posts created in the student body.

Such conduct is contrary to one or more of the following school rules or policies outlined in the Binghamton City School District's Code of Conduct:

Section II, Article C. Disciplinary action, when necessary, will be firm, fair, progressive, and consistent in order to be most effective in changing behavior. A student may be subject to disciplinary action when he/she behaves in a manner that is:

1. Disorderly, that is:
    c. harassment, bullying, or intimidating students or school personnel,
    e. being untruthful with school personnel or making false reports,
    l. disrupts or is reasonably likely to disrupt the educational process or school operations; or

2. Insubordinate, that is, failing to comply with the lawful directions of teachers, school administrators or other school employees in charge of the student; bus drivers, bus monitors and bus aides, law enforcement; or

4. Endangers the safety, health, morals or welfare of themselves or others by any act, including, but not limited to:
    a. fighting, assaulting or behaving violently, threatening another with bodily harm;
    f. using obscene, profane, lewd, vulgar or abusive language or behavior;

5. Engages in conduct that violates Board rules and regulations for the maintenance of public order on school property in Section VII below, or Federal, State or local laws.

Off campus & non-school day misconduct: Students may be disciplined for violations of school district policies and the Code of Conduct when there is a connection to or impact or effect on school students, personnel, activities, functions or property.

While this suspension is in effect, you will not be permitted to enter school, to remain upon the school grounds, or attend school events. Disobeying this will be considered trespassing, and appropriate actions taken.

**In addition to the suspension, a Superintendent's Hearing is being requested. You will receive notice in the near future as to the date and time this hearing will take place.**

You will not be provided alternative instruction during the suspension because you are above the compulsory age of education.

Sincerely,

*[signature]*

Roxie Oberg, Principal, Binghamton High School


cc: Dr. Tonia Thompson
    Matthew Roberts
    Robert and Debra Spero, Parents