

# Binghamton City School District

Binghamton High School
31 Main Street
Binghamton, NY 13905
(607) 762-8200
Fax: (607) 762-8209

February 10, 2017

Vincent Spero
<span style="background:black">████████████</span>
Binghamton, NY 13905

Dear Vincent:

As set forth in a letter dated February 10, 2017, you are suspended for a period of 5 days beginning, February 10, 2017 through February 16, 2017, and a Superintendent Hearing has been requested.

Pursuant to Education Law Section 3214, a hearing has been scheduled for **Wednesday February 15, 2017 at 11:00 a.m.** at the Pupil Services office located at 98 Oak Street, Binghamton. I have designated Nathan D. VanWhy, Esq., as the Hearing Officer to conduct the hearing. **You are expected to be at the hearing.**

It is alleged that, while attending the Vestal Central School District, you were insubordinate or disorderly or engaged in conduct that endangered the safety, morals, health or welfare of others or some or all of the above in that, while on Vestal Central School District property, the following occurred:

On December 2, 2016, you were involved in an incident in Math class while attending the Vestal Central School District. At the time, you were instructed not to discuss the incident. Several students came to speak with Vestal administrators regarding the incident because you shared with those students that you were being suspended for "no reason" and "it was unfair."

On December 8, 2016, you posted a number of posts on social media that were retaliatory in nature against the teacher and Vestal administration. Your posts included:
- A video of a girl in a bedroom loading and unloading a gun on your snapchat story;
- On Twitter, you tweeted/retweeted "@WBNG12News to be acknowledged because I have no say. Vestal High School is corrupt and unfair to its colored students. And we need help.";

*Providing A Rich Environment for Quality Learning*

VSD001912

1. disrupts or is reasonably likely to disrupt the educational process or school operations; or

2. Insubordinate, that is, failing to comply with the lawful directions of teachers, school administrators or other school employees in charge of the student; bus drivers, bus monitors and bus aides, law enforcement; or

4. Endangers the safety, health, morals or welfare of themselves or others by any act, including, but not limited to:
    a. fighting, assaulting or behaving violently, threatening another with bodily harm;
    f. using obscene, profane, lewd, vulgar or abusive language or behavior;

5. Engages in conduct that violates Board rules and regulations for the maintenance of public order on school property in Section VII below, or Federal, State or local laws.

Off campus & non-school day misconduct: Students may be disciplined for violations of school district policies and the Code of Conduct when there is a connection to or impact or effect on school students, personnel, activities, functions or property.

At this hearing, you have the right of representation by counsel, person in parental relationship or other representative, the right to question witnesses testifying against you and to present witnesses and other evidence on your behalf.

A Hearing Officer has the authority to administer oaths and issue subpoenas for witnesses to attend the proceeding. If you need a subpoena contact the Hearing Officer as soon as possible, as it is your responsibility to make arrangement for your witnesses to be present at the hearing. The Hearing Officer shall take the evidence and make findings of fact and recommendations to me as to whether the alleged violations occurred and, if so, the appropriate measure of discipline.

At the hearing, the student's previous school records will be reviewed including prior disciplinary records. This information will be considered in connection with the extent of any further disciplinary action. If you would like to review this information prior to the hearing, please contact the school principal. You will have an opportunity to present the student's response to this information at the hearing. A record of the hearing will be made. Following the hearing, I will review the Hearing Officer's findings of fact and recommendation as to the appropriate measure of discipline and provide you with a written decision.

If you have any questions concerning the hearing, please contact the Hearing Officer at 607-762-8118.

Sincerely,

*Tonia Thompson* DKC

Tonia Thompson, Ed.D.

*Interim Superintendent of Schools*

cc: R. Oberg, Principal, Binghamton High School
    M. Roberts, Guidance Counselor
    Robert and Debra Spero, Parents

*Providing A Rich Environment for Quality Learning*

VS001914