

# Binghamton City School District

Office of Pupil Services and Attendance
98 Oak Street
Binghamton, NY 13905
(607) 762-8114
Fax: (607) 762-8142

February 10, 2017

Vincent Spero
█████████████
Binghamton, NY  13905

Dear Vincent,

    The Binghamton City School District has determined that you, Vincent Spero, are not homeless as defined under the McKinney-Vento Act and New York State Education Law Section 3209, because you do not lack a fixed, regular, and adequate night-time residence nor are you sharing the housing of other persons due to a loss of housing, economic hardship or a similar reason.

    Prior to your designation of the Binghamton City School District as your district of location for McKinney-Vento purposes, you were registered as attending the Vestal Central School District, and residing with your parents, Robert and Debra Spero, at 25 Knight Road, Vestal, NY 13850. Your parents are still listed as residing at that address, and have contacted us several times on your behalf inquiring about enrollment with the Binghamton City School District. Your registration with us appears to be the result of an unfavorable superintendent hearing held by the Vestal Central School District, and the decision of that district's superintendent dated February 7, 2017.

    The Binghamton City School District has also determined that you are not a permanent resident of the District. The residence of your parents is located within the Vestal Central School District, and no information has been presented evidencing a total and permanent transfer of your custody and control to a resident of the Binghamton City School District, or your legal emancipation and lack of support from your parents.

    Accordingly, you are not entitled to enrollment in and/or transportation to the Binghamton City School District because you are neither a permanent residence of the District, nor homeless as defined under the McKinney-Vento Act and New York State Education Law Section 3209.

*Providing A Rich Environment for Quality Learning*

VS001915

You may appeal this decision to the Commissioner of the State Education Department within thirty (30) days. If you do not file an appeal within thirty (30) days, the decision will go into effect on March 13, 2017.

If you would like to appeal this decision, you must complete the appeal forms and stay application, which are attached. For help completing these papers, please contact the LEA Liaison at the number below. If you are an unaccompanied youth and would like to file an appeal, the LEA Liaison must help you.

Binghamton City School District

*Tonia Thompson* dke

Name: Tonia Thompson, Ed. D
Title: Interim Superintendent of Schools

LEA Liaison:     Debra K. Card

Phone Number:   607-762-8116

Address:        Offices of Pupil Services and Attendance
                98 Oak Street
                Binghamton, NY  13905

Cc: Robert and Debra Spero

*Providing A Rich Environment for Quality Learning*