BUFFALO


## Suspended Vestal Senior Files Lawsuit After Racist Teacher Allegations

By TWC News Web Staff | Vestal | December 22, 2016 @2:23 PM

SHARE 

VESTAL, N.Y. -- The Vestal High School senior who was suspended has officially filed a lawsuit against the school.

The district suspended Vincent Spero earlier this month, claiming he is a threat to the school's environment.

District officials say Spero called his math teacher an "[expletive] racist" after she disciplined him for actions in class. But Spero and his attorney say the teacher first called her minority students derogatory terms. They say it is illegal to suspend students indefinitely. And they say they are hoping to get Spero back to school when it resumes in January.

"To me it's completely insane that the school can just completely, blindly surpass everything I say. My assistant principal told me that she was going to dismiss everything I had to say and that my voice wasn't going to be heard. I do not want to let go of what Vestal did to me," said Vincent Spero, a Vestal High School senior.

The district says they do not condone nor tolerate discrimination, but aren't at liberty to discuss student matters. They released a statement on Tuesday

BUFFALO

"In this case, the district fully investigated the student's claims and has found them to be unsubstantiated."

## CONNECT WITH US

## CONTACT US

## ADVERTISE WITH US

## ABOUT US

Station Info

Our Team

Jobs

TV Schedule

## QUICK LINKS

FAQ

Spectrum News App

Video Requests

## IN THE COMMUNITY

Community Calendar

## SPECTRUM SITES

Spectrum

Spectrum Sports

Spectrum SportsNet

Spectrum SportsNet LA

## CHANGE REGION

Terms of Use   Privacy Policy

© 1999-2019 Charter Communications. All Rights Reserved. Reproduction in whole or in part without permission is prohibited.