UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**DEBRA SPERO**, as Natural Mother of V.S.,
an infant,

PLAINTIFFS                             **Civil Action No.**: 3:17:CV-0007 (GTS-DEP)

-VS-

**VESTAL CENTRAL SCHOOL DISTRICT
BOARD OF EDUCATION; VESTAL CENTRAL
SCHOOL DISTRICT; JEFFREY AHEARN**, Superintendent
of Schools**;** and **ALBERT A. PENNA**, Interim Principal
of Vestal High School, in their Individual and Official
Capacities,

DEFENDANTS
_____

_____

### PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTIVE RELIEF AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
_____

**PLEASE TAKE NOTICE,** pursuant to Rule 56 of the Federal Rules of Civil Procedure and N.D.N.Y. Local Rule 7.1(c), plaintiff hereby cross-moves this Court for summary judgment. The plaintiff further moves this Court for an Order permanently enjoining defendants to expunge all references to the suspensions at issue from his academic record.  The Court should deny defendants' motion for summary judgment.

In support of this cross-motion, plaintiffs submit their memorandum of law; statement of material facts; opposition to defendants' statement of material facts; and the Declaration of Willa Payne, Esq, dated June 17, 2019, with all the exhibits annexed thereto.

Dated: June 17, 2019  Respectfully submitted,
Syracuse, New York

S/Willa S. Payne
Willa S. Payne, Esq. (Bar No: 517751)
Susan M. Young, Esq. (Bar No: 102862)
Joshua Cotter, Esq.  (Bar No:518217)
LEGAL SERVICES OF CENTRAL NEW YORK
221 S. Warren Street, Suite 300
Syracuse, NY 13202
wpayne@lscny.org