C

**Ahearn, Jeffrey J**

| | |
|---|---|
| From: | Caddick, Deborah S |
| Sent: | Thursday, December 08, 2016 12:25 PM |
| To: | Ahearn, Jeffrey J |
| Subject: | FW: ▮ |
| Attachments: | Video.MOV; image1.JPG; image2.JPG; image3.JPG |
| Importance: | High |

FYI

-----Original Message-----
From: Talbut, Conor M
Sent: Thursday, December 08, 2016 12:21 PM
To: Penna, Albert A <AAPenna2@vestal.k12.ny.us>; Kasson, Clifford R <crkasson@vestal.k12.ny.us>; Caddick, Deborah S <dscaddick@vestal.k12.ny.us>
Subject: Fw: ▮

The snapchat video and twitter images were recorded off of ▮ phone.

From: Conor Talbut <ctalbut@vestalny.com>
Sent: Thursday, December 8, 2016 12:19 PM
To: Talbut, Conor M
Subject: Fwd:

---- Original Message ----
From: "Conor Talbut" <ctalbut10@gmail.com>
Sent: 12/8/2016 4:51:15 PM
To: ctalbut@vestalny.com
Subject:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Sent from my iPhone
</ctalbut10@gmail.com>

1