K

**VESTAL CENTRAL SCHOOLS**

ADMINISTRATIVE OFFICES
201 Main Street
VESTAL, NEW YORK 13850

Parents of ▓▓▓▓▓▓▓

This letter will confirm that ▓▓▓▓▓▓▓ will return to school at Vestal High School effective 1/5/2017 at 9:00 AM and resume regular instruction during the pendency of the Education Law Section 3214 hearing which began 12/20/2016. It is hereby expressly agreed that the student must abide by the Vestal High School student code of conduct. It being understood that he will remain in attendance at Vestal High School provided that he complies with the code of conduct and/or until the hearing officer or Superintendent renders a decision which may alter his status, subject to his appeal rights.

It is further agreed that he will be afforded make-up work opportunity by his teachers and it is understood that it shall be ▓▓▓▓▓▓▓ responsibility to advise as to any academic problems he is experiencing or additional help he is in need of.

It is further understood that he was previously placed "on notice" regarding his possible loss of senior privileges, per a letter dated 12/5/2016 and such notice remains in place until further notice.

Upon arrival at school he shall go directly to the office of Principal Albert Penna and meet with Dr. Penna, Mrs. Caddick, and Mr. Kasson at 9:00 AM and he shall be accompanied by one or both parents. This shall be a re-admittance conference only and other persons or representatives shall not be included.

It is agreed that neither ▓▓▓▓▓▓▓ his parents, or the District will discuss in school, the pending Education Law 3214 hearing and/or lawsuit brought by Debra Spero on behalf of ▓▓▓▓▓▓▓ in order to avoid disruption or disturb the educational process.

_____ 1/4/17
Jeffrey J. Ahearn, Superintendent    (date)

▓▓▓▓▓▓▓    1/4/17        _____ 1/4/17
               (date)              Parent                (date)

                                   _____ _____
                                   Parent                (date)

Challenge    Support    Foster    Invest

VS000697