M



**VESTAL, NEW YORK 13850**

Jeffrey J. Ahearn
*Superintendent*
*201 Main Street*
*Vestal, NY 13850*
*(607) 757-2241*
*FAX: (607) 757-2227*

To: ▓▓▓▓▓▓▓▓ Student
Robert and Debra Spero, Parents
▓▓▓▓▓▓▓▓

PLEASE TAKE NOTICE, that in accordance with Education Law Section 3214(3), I have personally reviewed the original notice of hearing dated December 14, 2016, the transcripts of the hearing of December 20, 2016, January 17, January 25, January 30, and January 31, 2017; and hereby accept in all respects the findings of fact of Hearing Officer Michael D. Sherwood dated February 3, 2017 regarding guilt. ▓▓▓▓ s determined to be guilty of the charges contained in the notice of hearing.

I have personally reviewed the notice of hearing dated December 14, 2016, the transcripts of the hearing of December 20, 2016, January 17, January 25, January 30, and January 31, 2017; and hereby accept in all respects the recommendations of Hearing Officer Michael D. Sherwood dated February 3, 2017 with relationship to punishment.

It is my decision that ▓▓▓▓ be suspended from instruction effective immediately, February 8, 2017, for the balance of this 2016-2017 academic year and for the entire 2017-2018 academic year.

▓▓▓▓ is hereby advised under Education Law Section 3214(3) that he may appeal this decision to the Board of Education. The Board shall make a decision based solely upon the record in this proceeding. Written notice of a request for an appeal to the Board of Education must be received in the office of the Clerk of the Board of Education within 30 calendar days from the date of this notice.

Dated: February 7, 2017

Jeffrey J. Ahearn

eje

pc: Michael Sherwood, Esq.
Wendy DeWind, Esq.
Dr. Albert Penna, Principal

**Challenge**   **Support**   **Foster**   **Invest**

VS001212