P

12-16

① Yes, she changes the seats once in a while maybe every marking period.

② Yes we work in groups. sometimes the day before a test to work on problems.

③ The groups are assigned randomly.

④ Yes the students work with their assigned partners.

⑤ Not really, sometimes the students will talk while the teacher is talking. But that's about it.

⑥ not that I know of.

⑦ not that I know of.

⑨ No, I haven't seen anything on social media.

⑩ No, I haven't seen anyone being terminated about vase or anything.

VS000886

1. yes.
2. Sometimes.
3. Usually by row.
4. some students do and others are move to the group they want to work with.
5. yes there are a few students that consistently disrupt class.
6. ~~[redacted]~~ yes some students say bad words from d-7
~~yes~~
8. yes
9. No
10. No

7. yes some students call her Mrs. Dryer and speak to her without a filter.

VS000876



12/9/2016

Innapropriate language used by students towards teacher

"Fucking Bitch", "cunt", "racist" where

Is ___ : "Bitch"
J ___ : "Bitch"
___ D ___ : "racist"

1) Yes, she has spread people out more and it seems to work better

2) yes

3) Usually by rows

- In my opinion mrs. Dyer is a good teacher who has a tough class to deal with and she is not racist at all.

4) most of the time they do, but not all the time

5) Yes there is usually at least 1-2 disruptions during class per day.

6) yes, but it has mostly been when the teacher could not hear them

7) yes they have but she has never heard them say it

8) yes

9) No I am not aware of any posts

10) No

5) ___ , ___ : Vaped in class once or twice this year but they also seem to cause a lot of distraction otherwise

___ , ___ : Always play loud music from their phones disrupting the class

___ , ___ : Yell back and fourth sometimes using innapropriate language towards the teacher but not always.

- havent

10. d anything with the seating arrangement that would be rasist or against certain ethnic groups

VS000878

12-12-16

1. Yes she has changed the seats atleast 3 times
2. Sometimes we work in groups but not frequently
3. She usually tells the students to choose their own groups.
4. No Not all the time.
5. Yes there are some that like to disrupt her teaching.
6. I haven't heard anyone use inappropriat language.
7. Not to my Knowledge.
8. Yes sometimes it's the same people.
9. Not that I have seen.
10. Nothing that hasn't been asked.

VS000872

12-9-16

1) She's changed seats 3 or 4 times since the beginning of the year

2) Yes to review for a test, get to work with partners at the end of every class for homework

3) Sometimes by row or who you sit next to

4) Some do and some don't

5) Sometimes people talk over her and yell things out

6) I haven't heard anything specifically towards her, sometimes jokingly to friends but nothing bad. I feel as if that is typical high school

8) Sometimes people just yell out or talk a lot before getting started

9) Not that I've seen

10) I don't think the student in trouble did anything wrong. I think he's a good kid and would never do anything wrong on purpose.

VS000888

12-12-16

1) Yes, a couple of times.

2) Yes, either groups with people that are seating near each other.

3) By where we sit or the rows we sit in.

4) Yes most of the time, maybe one or two kids won't.

5) Yes, but very competitive but not in a bad way. Just talkative.

6) Yes, but not directed at anyone.

7) No

8)

9) Most of the time I haven't seen anything.

10) Nope. Nope

VS000890

12/9/16

███████████

1. yes - to stop people from talking
2. yes
3. in rows or partner
4. they follow directions
5. Jeff Altmire, I ██████ b ████ ± ██████ D ██████
6. off topic
7. Not bad [average?]
8. yes
9. Not really

VS000900

12/12/16

1   Yes she has changed the sitting arrangements. She does them randomly.

2   Yes. Students do works in groups when she assigns groupwork.

3   The groups are assigned by her she puts us in groups with the students that are around us.

4   Students do listen to directions and they do work with their partners.

5   Some students make noises or talk to their class mates. or they make comments to other students.

6   Yes one day students were talking about getting lit and other things like that.

7   no none of the comments have been directed towards the teacher

9   No I am not aware of anything being posted on social media.

VS000903

1. yes 3/4  12-17 Probably due to disruptions by various students
2. yes / once a week
3. she / arranges them
4. yes /
5. yes /
6. yes /
7. yes /
8. yes / not on social media
10. Not that I can remember

VS000897

████████████                    12/9/16

1. yes
2. yes, if we have a review or something coming up
3. she numbers each student or work with partners.
4. Sees most of the times the students actually work with their actual partner but there has been times when partners have switch partners. No one has been left out though.
5. No not really. Either either the whole class is talking or they are focusing but I don't find it distracting whatsoever.
6. Not that I've heard of
7. Discussing Absolutely not.
8. No, there aren't certain people.
9. Nope. I didn't see anything about our math class.
10. No, I think our math class is fine the way it is.

VS000910

13 ██████████

12-9-16

1) Yes, many times, a few hind of Sparatically. Some times there will be a new seating chart on the board, Sometimes she swithes the seats multiple times a week. She has Yet to move my seat even once. (not that I'm complaining)

2) Yes, Sometimes by rows, Sometimes by 4 boxes, the desks are rarely ever in an actual formation.

4) Usually Yes, but people tend to also work with another group or person on certain problems.

.8/5) The only Person, who I feel disrupts, or blocks learning, is T██████ █████████ He clearly is a bit too smart for the class. Calling out answers before anyone has had the chance to look, loudly.

6) Nothing in a Sexual, Violent, or drug matter, no. but is slang used, Yes.

7) No besides the casual slang, "If", has been an issue, for some reason.

9) No.

10) No, but I do understand its her (Over) 1i-st Year and she hasn't found her footing with students, not that the senior (right before lunch) math class makes it easier.

VS000929

① yes we were talking and she moved us around a few times.

② yes groups of 2 or 3 or 4, we pick if its 2 and she picks if its 4

③

④ we work with assigned partners. For the most part

⑤ some students talk all the time.

⑥ not to her face but maybe individual groups

⑦ no / the day he ▇▇▇▇ made a comment to ms. dyer (I wasn't here so I don't know if it was true or not.

⑧ its not out of hand when she's talking but when its time for individual groups we tend to talk more.

⑨ no

⑩ she's a good teacher. its just that she teaching a senior class and it does get very talkative.

VS000933

██████████████

12/12/16

(1) She's changed seats a couple of times.
Five times at most. At one point she
seperated students by color of their skin.
It could've been accidental because we got
new seat within a few days.

(2) Students do work in groups during assigned
group work.

(3) Ms. Dyer randomly choses the groups
when we do group work.

(4) A lot of students don't follow Ms. Dyer's
instructions. Also some students don't
tend to work with their group or partner
when assigned because they aren't friends.

(5) There have been many kids that
consistently disrupt the class. They have
been told to stop but don't.

(6) Yes students have made inappropriate
comments and have used inappropriate languag

(7) Yes they been directed towards Ms Dyer.

(9) NO

(10) Ms. Dyer seems to have no control of
students behaviors.

▸ U. ████ ████ racism and knowing were her house
's. ████ ████ A ██████ , ██████
I ██████ constantly talking about vapes
and how Ms. Dyer isn't a good teacher

██████████████

12/9/16

1.) Yes, a couple times, mostly based on behavior in class trying to situate students where she felt would cooperate better. One seating arrangement had all the black students in the back which caused some disruption about "separate but equal" and "Blacks to the back" among students. (Seemingly just joking chatter.) I don't feel that this was racially motivated, just a way of grouping in new seats.

2.) Yes quite frequently

3.) She usually assigns the groups based on who will work well and actually get work done.

4.) No. Many break off into new groups of their own which prove to be disruptive and not doing any work.

5.) It's pretty much everyone. Everybody has witty and funny comments and disruptions during class. It's almost everyone in class except for ████ R██████, Ju████, t████ P████ m██ b████, c██████ and Ma██ i███████ and a couple others are not issues at all.

6.) Yes. Some about ~~other~~ Mrs. Dyer but typically just in general, teens have very foul language in general.

7.) There have been comments about racism which I listed above in question 1 regarding seating. Vinny Spero called ~~racist~~ her racist which started more issues.

8.) Back to question 5, it's almost everyone in the class that causes issues in class. It's very random disruptions, nothing very major.

9.) None that I have seen or heard of.

Number 10 is on the back ——————→

VS000894

10.) I feel very bad for Mrs. Dyer. She is brand new to the school and attempting to teach a full class full of disrespectful teenagers. In my honest opinion, I do not feel she is racist. I think the seating was just a fluke happening, nothing to be of any concern. Many kids take advantage of her being new, and not knowing how to ~~hand to use~~ handle us. I feel that she is fed up and trying the best she can to keep us under control (and) to try and teach the math class. There has been a lot of retaliation from students and disruptions in class about ███████ and I have heard many things about what happened and how it happened but I have no idea what actually happened. Vinny Spero and I believe J████ b████ were seated in the back and ███████ calls ███ ███ who was a couple seats away saying "c'mon isaac, separate but equal, Right?" said this in a joking manner, but down the line, progressed into more comments such as "Blacks to the back" and, "what a racist Bitch." I do not think this has anything to do with race. I think ~~the~~ the race card was pulled to try and ~~start~~ retaliate and get back at Mrs. Dyer and get out of the trouble he was in.

*(signature)*

12/12/16

1. Yes, seatings have changed but our first seat change I believe was not okay. She put one colored student in the front of the room and the other colored students in the back corner and I don't know if that were her intentions but I believe it wasn't okay for her to do that.

2. Yes students work in groups, usually to study/w for tests, quizzes, or just the unit in general

3. I usually don't pay attention to how the groups are assigned but it's usually random or people within the vicinity of me.

4. Yes, sometimes people move around to either get help or get answers from other students or to talk.

5. Students usually talk in our class, or sometimes speak out but we get warned about that now so not too disruptive anymore

6. Sometimes people swear usually not allowed to the point where everyone hears it usually pretty inside.

7. No, I've never heard any inappropriate comments towards the teacher.

9. No, I'm not aware of any postings on social media

10. I've heard of the situation and I don't believe its fair to the student, I don't believe its fair that the student is getting suspenses/introuble for saying "marxism" supposedly the teachers husband even VSO000934 we have 2 students named max in our class and

12/9/16

The seating chart and I did notice
that my class mates were all sitting
together in the corner. After "it" was
Pointed out one was moved up front then
a couple weeks latter another student
was moved up front as well.

1. Yes the seats have been changed
A few times And there was some questionable
arrangements.

2. yes we do work in groups

3. the groups are usually assigned by the
People you sit around.

4. There are times that our class may
talk but for the most part we do our
work and we always work with our
Partners.

5. yes. Occasionally.

6. Some times people may swear but Ive never
heard any other inappropriate comments.

7. Not that Ive ever heard.

8. It depends on the Day

9. I have seen the video and the tweets
that concern some people and from my honest
opinion is that there was no threat made by
any students and that nothing threatening was
Posted

VS000922

1. Yes, she has changed the seating 2-3 times

2. Yes, usually pairs of 2 sometimes groups of 4.

3. I'm pretty sure she assigns the groups. She usually just puts a new seating chart on the smart board.

4. Yes, they do.

5. Not really sometime we just talk alot.

6. 3 colored student were sitting in the back corner. V█████ s████ said "why don't you move J█████ over here too" seats were assigned. I don't think Mrs. Dyer did that on purpose, she is to nice.

7. Yes, the one up above ↑.

8. No, math has been quite lately.

9. Yes, I am. I saw the video on snapchat and the tweets on twitter. It really didn't bother me because I've grown up around guns.

10. I saw and read some of v█████ tweets but I thought he was just trying to prove a point, because of the seating chart thing. It all seemed to happen after the seating chart.

VS000916

12/9/16

① Yes, maybe 2 or 3 times. Some students are disruptive so she had to move them

② Yes

③ No she has us in rows and gives us a number and that's the group

④ Yes, I think it was a coincidence that all of the colored people were in a corner

⑤ No not really. For the most part, there are a lot of guys so I kind of feel bad for the girls

⑥ Yes there is language in the class but no one is using incredibly offensive or bad language

⑦ No one is that disrespectful in the class

⑧ Not consistantly but sometimes yes

⑨ I saw a post on twitter regarding something about racism in class.

⑩ No

VS000913



12-9-16

1) Yes, multiple times. One time because it was the end of 6 weeks and a couple other times because some students couldn't sit next to eachother.

2) Yes

3) Sometimes we can pick our own but mostly it is assigned by what she says.

4) Mostly people do work with the assigned partners

5) V

6) V

7) No

8) People saying the school is racist - Twitter.

9) No

VS000926

Dec. 12. 16

1. Yes Ms. Dyer has changed the seats in class, but to give the class a new look so that one student isn't always in the back.

2. Yes a few times a track we work in groups. We sit in solos and you work within your rows.

4. Yes we work with who we are assigned with but some student do speak and yell across the room.

5. Sometimes ███████████ is rude to Ms. Dyer for no reason just because he doesn't like her.

6. Vinny called Mrss. Dyer a Racist in class when no one else thought she was. He also said he knew her address and where she lived.

7. Those 2 comments were both directed at the teacher.

9. I did see a hand gun on ██████ Snapchat, but it was not in his hand but I did see that.

10. When Ms. Dyer changes seats in class I am pretty sure she does it randomly, not to be rude or racist to any students. She has been one of my favorite teachers and glad of Vestal!

VS000919

████████████                                              12/9

1. Yes, 3 or 4 times due to talkative students/disruptive

2. Yes

3. based on where we sit, sometimes she will assign

4. yes

5. Yes, shouting out, side comments

6. yes, swear words sometimes. She will address it

7. NO

8. Not specific student, mainly entire class

9. Yes, Twitter tweets from Vinny about feeling segregated.

10. NO

VS000883

12/9/16

1) Yes, twice. Due to students' behaviors

2) Yes, several times

3) rows

4) for the most part the groups stay together.

5) people talk while Mrs. Dyer is

6) Yes, but I try to stay out

7) no

8) usually the same people

9) instagram, twitter

10)

VS000881

Notes

17/9/14

▮▮▮▮▮▮

Hard w/ t ging on, big issue some feeling there's racism,
it so that should t disappointing

1. Yes
2. Bt why?... usually teachers & front
   Yes-
3. Does she pick? Usually those around us
4. Sort of
   Don't notice segration
5. Yes not as bad anymore, getting better, sometimes different
   just talking, some off Ind, nothing unusual
6. yes- under breath conversations
7/8. not to teacher, didn't see it happen
9. The whole issue - racism not fair, want to fight issue
   in Twitter -
   Snapchats ? - no
   Videos? - No heard, Someone said ▮▮▮▮ got trouble, Saw video
   don't think
10. We get many concerns
    I don't think he has bad intentions
    If there is a racism issue he'd address / fight - it
    Should be addressed.
    - That's why we are investigating

VS000905