

1

DISTRICT COURT OF THE UNITED STATES

NORTHERN DISTRICT OF NEW YORK
_____
DEBRA SPERO, as Natural Mother of
V.S., an infant,

                         Plaintiff,

     -against-

VESTAL CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION,
VESTAL CENTRAL SCHOOL DISTRICT, JEFFREY AHEARN,
Superintendent of Schools, ALBERT A. PENNA, Interim
Principal Vestal High School, DEBORAH CADDICK and
CLIFFORD KASSON, in their Individual and Official
capacities,

                         Defendants.

_____


     A deposition held on Monday, the 11th day of

February, 2019, commencing at 10:02 a.m.




               BEFORE:   Ruth I. Lynch
                         Registered Professional Reporter
                         Registered Merit Reporter
                         NY/PA Notary Public
                         28874 State Route 171
                         Susquehanna, PA  18847
                         (570) 396-1459




WITNESS:  DEBORAH CADDICK

2

```
1   APPEARANCES:            WILLA S. PAYNE, Esquire
                            SUSAN M. YOUNG, Esquire
2                           JOSH COTTER, Esquire
                                Legal Services of Central
3                               New York
                                189 Main Street, Suite 301
4                               Oneonta, NY  13820
                                on behalf of Plaintiff
5
                            CHARLES C. SPAGNOLI, Esquire
6                               The Law Firm of Frank W.
                                Miller
7                               6575 Kirkville Road
                                East Syracuse, NY  13057
8                               on behalf of Defendants

9

10

11

12                      P R O C E E D I N G S

13

14       It is stipulated by and between the parties

15   hereto that the filing of the deposition is waived;

16   that the deposition may be signed before any Notary

17   Public; that the filing of the oath of the Notary

18   Public is waived; that Ruth I. Lynch, Registered

19   Merit Reporter, is designated to take the

20   testimony and prepare a transcript therefrom; and that

21   all objections, except as to the form of the question,

22   are reserved to the time of the trial.

23

24

25
```

3

1                     INDEX TO TESTIMONY

2    WITNESS:   DEBORAH CADDICK                      PAGE

3              Examination by Mr. Cotter.............   4

4              Examination by Mr. Spagnoli..........  151

5              Signature Page......................  158

6

7

                      INDEX TO EXHIBITS

8
     EXHIBIT              DESCRIPTION               PAGE
9
        V         5/21/2012 letter to LaRoach         30
10
        W         Affidavit                           37
11
        X         Grade report                        39
12
        Y         12/8/16 handwritten notes           86
13
        Z         Course roster                       96
14
       AA         12/9/2016 document                  95
15
       BB         Student summary packet              97
16
       CC         Student summary packet              99
17

18

19

20

21

22

23

24

25

4

```
 1              D E B O R A H   C A D D I C K ,
 2         having been called as a witness, having
 3         been duly sworn, testified as follows:
 4   EXAMINATION
 5   BY MR. COTTER:
 6         Q     Miss Caddick, my name is Josh Cotter.
 7   I'm here with Willa Payne and Sue Young; we're the
 8   attorneys for Vincent Spero in the case of Vincent
 9   Spero versus the Vestal School District.
10              Have you ever been deposed before?
11         A     No.
12         Q     Okay.  Can you state and spell your
13   name for the record for the court reporter?
14         A     Sure.  It's Deborah, D E-B-O-R-A-H,
15   Caddick, C-A-D-D-I-C-K.
16              MR. COTTER:  Usual stipulations?
17              MR. SPAGNOLI:  Yes, so all objections
18         except as to form are reserved until trial, and
19         we will read and sign.
20   BY MR. COTTER:
21         Q     Okay.  So, Miss Caddick, you're under
22   oath, and you have to give truthful answers to my
23   questions.  You understand that?
24         A     I do.
25         Q     So when you're answering my question,
```

5

1    I'd just ask that you wait until I finish the question

2    until you give your response.  Is that okay?

3         A     Okay.

4         Q     That way it makes it a lot easier for

5    the court reporter to get everything you say down.

6         A     I understand

7               MR. SPAGNOLI:  For the benefit of

8               everyone here today, I don't think that's going

9               to be a problem.

10   BY MR. COTTER:

11        Q     And when you give us answers, make sure

12   it's a verbal answer, like a yes or a no, not a nod or

13   an uh-huh, 'cause that makes it difficult for her to

14   get it down.  Does that make sense?

15        A     Yes.

16        Q     Okay.  So if you need a break, just let

17   me know, we can take a break, you can get a drink of

18   water, or we'll try to take one every hour or so.

19        A     Okay.

20        Q     Okay.  So I have to ask this of

21   everyone I do a deposition of.  So are you under the

22   influence of any drugs that would affect your ability

23   to give truthful answers to my questions?

24        A     No.

25        Q     Okay.  And if I ask you a question and

6

1   you answer it, I'm going to assume you understood my

2   question.  Is that fair?

3          A       Fair.

4          Q       Okay.  Did you review any documents

5   preparing for the deposition today?

6          A       Yes.

7          Q       Can you tell me what you reviewed?

8          A       Many documents.

9          Q       Do you remember the documents you

10  looked at?

11         A       I looked at the suspension letters, the

12  notice of hearing.  I looked at my testimony during

13  the superintendent's hearing and my testimony in

14  Syracuse.

15         Q       Okay.  And did you speak with anyone

16  besides Mr. Spagnoli or anyone from his office in

17  preparation for your deposition today?

18         A       Mr. Spagnoli, we met once.

19         Q       But besides Mr. Spagnoli.

20         A       No.

21         Q       Okay.  Okay, so we're going to go

22  through your educational background.  So where did you

23  graduate high school?

24         A       Union-Endicott.

25         Q       Union-Endicott, okay.  And do you know

7

1   about what year that was?

2          A       1973.

3          Q       Okay.  And after Union-Endicott, what

4   did you do next?

5          A       I went to SUNY Canton.

6          Q       Okay.  And what did you study in

7   Canton?

8          A       Food service administration.

9          Q       Okay, and did you do -- did you receive

10  a degree from Canton?

11         A       An associate's degree.

12         Q       Okay.  And was that degree in food

13  service administration?

14         A       Yes.

15         Q       Okay.  What year did you graduate from

16  Canton?

17         A       1975.

18         Q       Okay.  And what did you do after

19  Canton?

20         A       I got married, had three children.

21         Q       What was -- education-wise what was

22  your next educational endeavor after Canton?

23         A       Went back to Binghamton University and

24  received a bachelor's degree.  And then I received an

25  MAT in English, and then I got a job at -- with the

8

1  Binghamton City Schools.

2          Q          What did you study at Binghamton?  For

3  your undergraduate?

4          A          English.

5          Q          English.

6                     And what year did you graduate with

7  your English degree from Binghamton?

8          A          '93.

9          Q          '93.  Then you mentioned you got an

10  MAT?

11          A          That was my graduate degree.  MAT in

12  English.

13          Q          Okay.  And when did you get that?

14          A          In '90' -- '93, I believe.

15          Q          So the same year you got your

16  bachelor's degree you got --

17          A          Oh.

18          Q          -- an MAT?

19          A          No.  No.

20          Q          When did you get the MAT?

21          A          I can't recall the exact date.

22          Q          Okay, and any other education, any

23  other educational background?

24          A          And I went to Cortland and received my

25  administrative certification, my school district

9

1  administration.

2       Q       When did you receive that, what year?

3       A       2003.

4       Q       And anything else you can think of in

5  your educational background?

6       A       No.

7       Q       Okay.  So let's go through your work

8  history.

9               So you graduated from Canton in 1973.

10 And what was your first job after you graduated from

11 Canton?

12              MR. SPAGNOLI:  Objection to form.  But

13      go ahead and answer.

14      A       I was a full-time mother.

15 BY MR. COTTER:

16      Q       How long were you a -- I mean obviously

17 you're a full-time mom for your whole life.  What was

18 your first job after Canton, besides being a full-time

19 mom?

20      A       Full-time or part-time?

21      Q       Whatever the first one was.  Full-time

22 or part-time.

23      A       I got a job as an English teacher at

24 East Middle School.

25      Q       And what were your responsibilities as

10

1    an English teacher at East Middle School?

2          A       I taught grade 8.

3          Q       And what were your -- what does that

4    entail?  Talk to me about what you did as an English

5    teacher.

6          A       It's a nine-period day.  I had five

7    classes, approximately a hundred and twenty students.

8          Q       What year did you start at East Middle

9    School?

10         A       '95.

11         Q       And how long did you teach there for?

12         A       Just about five years.

13         Q       And were you in the same position for

14   all five years?

15         A       Yes.

16         Q       And what was your next job after

17   teaching at East Middle School?

18         A       I transferred to Binghamton High

19   School.

20         Q       And what was your position at

21   Binghamton High School?

22         A       I taught grades 9, 10, and 11.

23   English.

24         Q       Okay.  How long did you teach at

25   Binghamton High School for?

11

1          A          Little over five years.

2          Q          Okay, and what was your next position

3     after teaching at Binghamton High School?

4          A          An assistant principal at Vestal High

5     School.

6          Q          What made you want to make the

7     transition from teaching to administration?

8          A          You got to look at a bigger picture.

9     Of how education worked.

10          Q          Can you explain that to me?

11          A          Besides just being in the classroom,

12     you interfaced with other staff, other administrators,

13     potential for some leadership responsibilities.

14          Q          So was it more work than being a

15     teacher?

16          A          Absolutely.

17          Q          So what were your responsibilities as

18     assistant principal at Vestal High School?

19          A          At Vestal High School I had grades 9

20     and 12.  I was in charge of graduation, preparation

21     for that.  As an assistant principal your main

22     responsibilities are discipline, student conduct

23     reports, and observing teachers.

24          Q          How would you describe Vestal High

25     School as a school?

12

```
 1              MR. SPAGNOLI:  Objection to form.  Go
 2         ahead.
 3         A       We had -- when I started we had
 4    approximately 1300 students.  To give you an idea of
 5    the size.  Middle class students.  Well organized.
 6    BY MR. COTTER:
 7         Q       How does it compare to the other
 8    schools in the Southern Tier community?
 9              MR. SPAGNOLI:  Objection to form.
10              When I say that, you can answer the
11         question if you understand it.
12         A       Size-wise com -- pretty comparable.
13    BY MR. COTTER:
14         Q       What about the quality of
15    education-wise?
16         A       Vestal is known to be superior as far
17    as our statistics and our student results.
18         Q       Going back to your job duties as
19    assistant principal, can you take me through what like
20    a normal day would be for you?
21         A       As an assistant principal I would be
22    honest to say there is really not a normal day.
23         Q       What were your hours like as assistant
24    principal?
25         A       Generally I was there by seven, seven
```

13

```
 1   fifteen in the morning.  I could leave as late as six
 2   thirty.  I could be there later if there were
 3   after-school activities, such as a sports or concert
 4   or board meeting.
 5           Q       Can you take me through your role in
 6   discipline as an assistant principal?
 7           A       Sure.  We have the code of conduct.  We
 8   have student discipline referrals; so a teacher or
 9   staff member or an administrator could write up a
10   conduct form if someone violated some portion of the
11   code of conduct.  Those would be turned in to the
12   assistant principals' office, where I worked.  And --
13   and then we would see the students generally.
14               As I said, I had grades 9 and 12.  It
15   doesn't mean I only saw those students but in general
16   that's how we divided them up.  And students would be
17   called down and we would review the conduct form with
18   the student.
19           Q       What would happen after you reviewed
20   the conduct form with the student?
21           A       We would discuss, give the student due
22   process, listen to their side, generally read to them
23   what was written, if a teacher wrote it you'd read
24   your teacher said whatever.  And then you would assign
25   them a consequence.
```

14

```
 1              We always looked at progressive
 2    discipline, depending on the student and the situation
 3    and the action that was being reviewed.
 4         Q       Can you explain to me what progressive
 5    discipline means?
 6         A       If you -- if you looked at a conduct
 7    form, it was sorted, listed, there was a conference
 8    would be -- you might just have a conference; you
 9    might have a warning; you might give a lunch
10    detention, and then maybe an after-school detention,
11    and then maybe two after-school detentions, could --
12    there could be a suspension, there could be a
13    superintendent's hearing.  Or say they could write a
14    letter of apology, they could be put on probation for
15    senior activities.
16         Q       And it's my understanding that as your
17    role as an assistant principal you don't have the
18    ability to give someone an out-of-school suspension.
19    Is that right?
20         A       Correct.
21         Q       Okay.  But would you make
22    recommendations to the principal when you thought an
23    out-of-school suspension would be warranted?
24         A       Yes.
25         Q       Can you take me through that process?
```

                                                        15

1          A          Usually --

2                     MR. SPAGNOLI:  Objection to form.  Go

3          ahead.

4          A          Like I said, you would meet with the

5     student, discuss -- discuss what had happened, and

6     then conference with the principal to explain the

7     result of your investigation or your -- to inform the

8     principal of what was going on.  And -- and make a

9     recommendation.

10    BY MR. COTTER:

11         Q          And after five days it's the decision

12    of the superintendent to sus -- strike that.

13                    The principal can only suspend for up

14    to five days, right?

15         A          Correct.

16         Q          So in your capacity as assistant

17    principal, did you make recommendations to the

18    administration when you think behavior warranted a

19    suspension greater than five days?

20         A          Yes.

21         Q          Can you take me through that process?

22         A          Basically the -- the same process.

23    There would be an investigation.  You would talk with

24    the principal.  If you were looking for more than five

25    days, at times you would consult with our lawyer was

16

1   Wendy Dewind.  That would be done, the principal would

2   have that conversation with the lawyer, although at

3   times the lawyer might call because I did the

4   investigation.  So the lawyer might call for

5   clarification.

6                    And then there was -- if the

7   superintendent decided that a hearing was warranted,

8   then it was my job to prepare any documentation that

9   was needed at a hearing.  And our office prepared the

10  presuspension and suspension letters, which then went

11  to the principal for approval.  But the letters were

12  sent out -- signed by the principal but they were sent

13  out through my office.

14          Q       What's in a suspension letter?

15          A       In a suspension letter?

16          Q       Yeah.

17          A       It -- it would -- the process is first

18  you send a presuspension --

19          Q       Okay.

20          A       -- letter.

21          Q       Okay, so maybe we'll start there.  So

22  take me -- take me through what's in a presuspension

23  letter, then we'll go through to a suspension letter.

24          A       Okay.  So presuspension letter says

25  that the principal is considering suspending for up to

17

1    five days.  It would list the violations of the code

2    of conduct in like the first paragraph.  And then

3    generally bulleted out would be the specifics as to

4    those violations.

5         Q      Bulleted out would be the facts?

6         A      Yes.

7         Q      Okay.  Would there be anything else in

8    the letter?

9         A      And then, and then the letter would

10   also provide the parents with an opportunity to meet

11   with the principal to discuss.  It would provide the

12   principal's phone number and a date to, like when you

13   should respond by.

14        Q      Okay.

15        A      I guess that would be the best way to

16   put it.

17        Q      What's the purpose of putting the facts

18   in the letter?

19        A      To state the reason why the principal

20   was considering suspending.

21        Q      Okay.  Anything else in the

22   presuspension letter?

23        A      No.

24        Q      Okay.  So take me through the -- what's

25   in the suspension letter.

18

1       A       It's almost the same letter.  However,

2   it says the principal has determined to suspend for

3   three days, five days.  And then it would have that

4   same information.  It would not -- the difference is

5   it does not spell out specifically each part of the

6   code of conduct.  But it would be in that opening

7   paragraph.  And then it would say that, there's a

8   sentence or two about if there's inclement weather,

9   then, and then the student is given a date upon

10  returning from suspension the student would meet with,

11  if I -- if I was their principal, to meet with me

12  before school on the day they returned.

13      Q       So before a kid goes back into school

14  they have a re-entry meeting with the principal?

15      A       Correct.

16      Q       Okay.  And what takes place in that

17  meeting?

18      A       The biggest part of it is to make sure

19  that the student has gotten work.  And always

20  reiterate that I would be there if there was a

21  concern; say they felt they needed more time to make

22  up a test or.  We always caution the student to touch

23  base with the teacher, make sure if there's anything

24  else that's owed; brief -- briefly review what had

25  happened and -- and counsel them to make good

19

1  decisions.

2       Q       I don't think we covered this but you

3  recently retired from Vestal, right?

4       A       Yes.

5       Q       Okay, what year did you retire?

6       A       Last March.

7       Q       Congratulations.

8       A       Thank you.

9       Q       And you were assistant principal?

10      A       The entire time.

11      Q       The entire time, okay.

12              So in your time as assistant principal

13  at Vestal, were you ever involved in investigations of

14  students for social media use?

15      A       Yes.

16      Q       Can you give me some examples?

17      A       A student that posted a picture of

18  themselves and then was upset that others were

19  watching that.  That happened.  More than once.

20      Q       What was the -- oh, what was the

21  picture of?

22      A       Generally it was something

23  inappropriate, their -- themselves, perhaps without

24  clothing on, or they, say, shared it with their

25  boyfriend thinking no one would ever see it and then

20

```
 1    it got shared with the boyfriend's 20 closest friends.
 2                  So those -- those things would happen.
 3         Q      And when those things would happen,
 4    what would your involvement be in the investigation?
 5         A      To talk to different parties, find out
 6    what actually happened, and counsel both sides.
 7         Q      Did any of those instances lead to any
 8    suspension?
 9         A      Some.
10         Q      Can you tell me about those?
11                  MR. SPAGNOLI:  Let me interpose here.
12                  Counsel, I assume you're not asking her
13         to identify any of the students involved.
14                  MR. COTTER:  Right.
15                  MR. SPAGNOLI:  Speak in general terms.
16                  MR. COTTER:  I don't care about names.
17         A      In general?
18    BY MR. COTTER:
19         Q      Generalities, yes.
20         A      In general.  In general if they
21    received discipline it was because of a disruption to
22    the school environment.
23         Q      Do you remember the length of any of
24    those suspensions?
25         A      Generally within the five-day range.
```

                                                          21

1    Not always.

2           Q       Can you describe for me the disruption

3    that the nude pictures would cause?

4           A       Students would come down upset.  The

5    student particularly.  You would have to call then

6    other students out of class to do your investigation.

7    At times parents would call.  Those things, a lot of

8    times students are on social media and it becomes

9    viral quickly.  And many students become aware and

10   then they would come down with concerns, seek their

11   counselor, the counselors.

12              If parents from outside then contacted

13   us and there were concerns that way, sometimes it was

14   a parent would bring it to our attention.  And then we

15   would investigate.

16          Q       Would law enforcement ever get

17   involved?

18          A       At times.

19          Q       Can you give me some examples of when

20   law enforcement got involved?

21          A       Especially if it was underage, if a

22   student was fearful, if the social media showed

23   something illegal.

24          Q       Do you know if any Vestal student

25   during your time there was arrested for sharing nude

22

1  pictures of another student?

2        A        I cannot recall.

3        Q        Any other discipline for using social

4  media you can think of besides sending nude pictures?

5        A        Making threats.

6        Q        Can you give me some examples?

7        A        A student might send a post saying you

8  should go kill yourself.  Or I'm watching you, better

9  watch out, I'll be at your home a certain time.

10        Q        Aside from the present case, Vinny's

11  case, were you ever involved in the investigation of

12  disciplining a student for posting a weapon on social

13  media?

14        A        No.

15        Q        Were there ever any bomb threats during

16  your time at Vestal High School?

17        A        I don't believe so.

18        Q        Is there a process to allow parents --

19  strike that.

20                 If there is a perceived threat to the

21  school, is there a process for the school to let

22  parents know that things are okay?

23        A        A specific process?

24        Q        Yeah.

25                 (Ms. Payne conferred with Mr. Cotter.)

23

```
 1   BY MR. COTTER:
 2        Q       Such as like a text alert.
 3        A       Can you -- I'm trying to -- a text
 4   alert to let parents know, I can't remember that part
 5   of your question.
 6               MR. SPAGNOLI:  You can always ask to
 7          have the question read back if you --
 8        A       Could you, yeah, could --
 9               MR. COTTER:  Can you read back the
10          question?
11               (The stenographer read back.)
12        A       A letter could be sent.
13   BY MR. COTTER:
14        Q       Is there anything that would happen
15   quicker than a letter?
16        A       That could happen or did happen?
17        Q       Could happen.  Is there a -- strike
18   that.
19               Is there a process in place to let the
20   community and parents know that a threat -- strike
21   that.
22               (Ms. Payne conferred with Mr. Cotter.)
23   BY MR. COTTER:
24        Q       When there's perceived threat to the
25   school and it's investigated and it's then deemed not
```

24

1   to be a threat anymore, is there a way, a process in

2   place, to let parents know that the threat has been

3   dealt with and it's no longer a threat?

4                   MR. SPAGNOLI:  Objection to form.  Go

5        ahead if you understand the question.

6        A       To the best of my knowledge it would be

7   by letter.  I do not recall a text of that type while

8   I was there.

9   BY MR. COTTER:

10       Q       Would it --

11       A       For -- for weather.

12                   MR. SPAGNOLI:  There's no question

13       before you.

14   BY MR. COTTER:

15       Q       In your time there, did they ever --

16   did Vestal High School ever let the media know about a

17   perceived threat and that it had been dealt with and

18   taken care of?

19                   MR. SPAGNOLI:  Objection to form.  Go

20       ahead.

21       A       Can you repeat your question?

22                   MR. COTTER:  Can you read it back?

23                   (The stenographer read back.)

24       A       I don't recall.

25   BY MR. COTTER:

                                                                25

1          Q        You wouldn't be the person probably
2     sending that alert anyway, right?
3          A        No.
4          Q        That would probably come from the
5     district office, right?
6                   MR. SPAGNOLI:   Objection to form.
7          A        Yes.
8     BY MR. COTTER:
9          Q        Okay.  Did you ever discipline a
10    student for racist behavior at your time in Vestal
11    High School?
12         A        No.
13         Q        Did you ever see the Confederate flag
14    in the hall at Vestal High School?
15         A        No.
16         Q        Did you ever see the Confederate flag
17    on school grounds at the high school?
18         A        No.
19         Q        Did you ever hear a student use a
20    racial slur during your time at the high school?
21         A        Yes.
22         Q        Can you describe for me that incident?
23         A        I heard a student use the N word.
24    Towards another student.
25         Q        And what happened?

26

1        A       The student was spoken to.

2                I -- I don't recall a specific.  I

3    can't recall specific.

4        Q       Was the student who used the N word

5    disciplined?

6        A       Yes.

7        Q       How?

8        A       I don't recall the specific.

9        Q       Was the student who was called nigger a

10   student of color?

11       A       Yes.

12       Q       Do you remember when about this

13   incident happened during your time at Vestal?

14       A       I do not recall.

15       Q       But he was disciplined.

16       A       Yes.

17       Q       Were you the DASA coordinator at Vestal

18   during any time of your career there?

19       A       No.

20       Q       When incidents like that happen, would

21   that be an incident which would result in a DASA form

22   being filled out?

23       A       Yes.

24                (Ms. Payne conferred with Mr. Cotter.)

25                MR. COTTER:  Charles, we'd request the

27

```
 1          DASA form for the incident Miss Caddick is --
 2                  MR. SPAGNOLI:  Put it in writing.  I
 3          don't necessarily agree that it's relevant.
 4  BY MR. COTTER:
 5          Q       Okay.  Any other incidents of racist
 6  behavior you can remember during your time at Vestal
 7  High School?
 8          A       I do not recall.
 9          Q       Did you ever investigate a student for
10  homophobic behavior during your time at Vestal High
11  School?
12          A       Yes.
13          Q       Can you describe that, those incidents?
14          A       Students would make a complaint to a
15  staff member, and sometimes that was then referred to
16  me.
17          Q       Can you remember any specific
18  incidences?
19          A       No.
20          Q       Do you remember if any of those
21  behaviors resulted in the suspension of a student?
22          A       I do not recall.
23          Q       Were you ever involved in the
24  investigation of a student for antisemitic behavior?
25          A       Yes.
```

                                                        28

1        Q        Can you describe for me that

2   investigation?

3        A        That was the kick a Jew incident.

4        Q        Okay, tell me about the kick a Jew

5   incident.

6        A        Students kicked another student that

7   was Jewish.  You're Jewish, kick.  And students became

8   upset and came to the principal.

9        Q        And what happened next?

10        A        We did an investigation, spoke with the

11   students, those who were alleged to have kicked and

12   those who were alleged to have received the kicks.

13        Q        And what was the result of your

14   investigation?

15        A        Several students were disciplined.  And

16   it was -- it was a lengthy, drawn-out process.

17        Q        Were you involved in recommending

18   discipline for some of the students?

19        A        Yes.

20        Q        Do you remember what your

21   recommendation was for some of the students?

22        A        There was a range.

23        Q        Can you describe for me the range?

24        A        Suspensions and -- I believe that's it.

25        Q        How long of suspensions did you

29

```
1   recommend?

2         A       Like range from one to five days.

3         Q       None greater than five days?

4         A       I don't recall that.

5         Q       Kick a Jew incident received national

6   news coverage, right?

7         A       Yes.

8         Q       Was it covered in the local media too?

9         A       Yes.

10        Q       Did the school receive a lot of phone

11  calls about kick a Jew day?

12        A       Yes.

13        Q       How would you describe the disruption

14  kick a Jew day caused?

15        A       We met with students.  Some of them

16  multiple times.  During the course of an investigation

17  parents, some of the students' parents came in.  I

18  remember meeting with local clergy, rabbi came in and

19  met with us, met with staff.

20        Q       Besides kicking Jewish students, were

21  there any other allegations of antisemitic behavior

22  that went on on kick a Jew day?

23        A       I don't recall.

24                MR. COTTER:  I have no idea what letter

25        we're on.
```

                                                            30

1                    MS. YOUNG:  Oh, we are on, what comes

2         after U.

3                    MR. COTTER:  V.

4                    (Exhibit V was marked.)

5    BY MR. COTTER:

6         Q      Miss Caddick, I'm showing you what's

7    been marked as Plaintiff's Exhibit V.  Take your time,

8    look over it for a second.

9         A      (Reviews document).

10        Q      All set?  Take more time if you need

11   it.

12        A      (Indicating).

13        Q      Okay.  So are you familiar with this

14   document?

15        A      I have seen it.

16        Q      Okay.  Directing your attention to the

17   second page last paragraph.  Does this paragraph

18   refresh your recollection of any anti -- students

19   speaking any antisemitic materials or doing any

20   antisemitic gestures?

21        A      Yes.

22        Q      Can you describe what your recollection

23   is?

24        A      Once we began the investigation, the

25   kick a Jew investigation, I know of one specific

31

1   student that came forth with -- with allegations; I

2   don't believe they were particularly to that day, but

3   came out in the course of the investigation, a student

4   and parent came forward.

5        Q       What kind of allegations did that

6   student make?

7        A       The antisemitic remarks were made

8   towards --

9              MR. SPAGNOLI:  Can we take a break for

10       a moment?

11             Sorry, go ahead.

12             MS. PAYNE:  They're just cashews.

13             MR. SPAGNOLI:  Did you have a chance to

14       finish your answer?

15             THE WITNESS:  Yes.

16             MR. SPAGNOLI:  Okay.

17  BY MR. COTTER:

18       Q       And was one of those remarks students

19  chanting Hail Hitler?

20       A       Yes.

21       Q       Saying Nazi?

22       A       Yes.

23       Q       Doing the Nazi salute?

24       A       Yes.

25       Q       How long did the investigation into

32

1  kick a Jew day last?

2          A       I don't recall specifically.

3          Q       Would you say, was it weeks?

4          A       Yes.

5          Q       Would you say it was months?

6          A       The investigation?

7                  MR. SPAGNOLI:  The witness has asked

8          for clarification; are you going to offer a

9          clarification?

10  BY MR. COTTER:

11         Q       Oh, I thought she.

12                 Yes, the investigation, did it last

13  months?

14         A       I don't recall specifically.

15         Q       Did the U.S. -- did any representatives

16  from the U.S. Department of Education Office for Civil

17  Rights visit the school?

18         A       Yes.

19         Q       How many times did they visit the

20  school?

21         A       I don't recall.

22         Q       Was it more than once?

23         A       I don't recall.

24         Q       What happened when they visited the

25  school?

                                                            33

1          A        I know they met with the principal.  I

2    just don't recall the specifics of what took place.

3          Q        Do you remember it being a big deal?

4                   MR. SPAGNOLI:  Objection to form.

5          A        It was in the national media.

6    BY MR. COTTER:

7          Q        Okay.  Okay, moving on from kick a Jew

8    day.

9                   MR. SPAGNOLI:  If you're going to

10         broach another subject --

11                  MR. COTTER:  Want to take a break?

12                  MR. SPAGNOLI:  -- would this be a good

13         time for a break?

14                  MR. COTTER:  Yeah.

15                  (Short break)

16   BY MR. COTTER:

17         Q        During your time as an assistant

18   principal at Vestal, were you ever involved in an

19   investigation about a student who had -- who may have

20   access to firearms?

21                  MR. SPAGNOLI:  Objection to form.

22         A        Yes.

23   BY MR. COTTER:

24         Q        Can you describe for me that incidence?

25         A        It came to our attention that there was

34

1    a party over a weekend where a student displayed a

2    gun.  And then Monday morning we received calls.

3         Q       What happened next?

4         A       We investigated, and long story short

5    the police did recover the gun which had been thrown

6    into a storm drain.  The students were taken to a

7    hearing and suspended.

8         Q       The individual who displayed a gun, was

9    he or she a Vestal High School student?

10        A       Yes.

11        Q       Who did the school receive calls from

12   about this incident?

13        A       I believe it was a parent.

14        Q       And do you remember the length of

15   suspension the student who displayed the gun got?

16        A       It was lengthy.  I can't recall

17   specifically.

18        Q       That student went to a superintendent's

19   hearing?

20        A       Yes.

21        Q       Do you remember if it was more than a

22   year?

23        A       I don't recall.

24        Q       Do you remember the time period this

25   incident happened?

35

```
 1        A       I remember the student was compulsory
 2   age and transferred to an alternative school.
 3        Q       But you don't remember like the year
 4   this happened, the school year it happened?
 5        A       I do not.
 6             MR. COTTER:  We'd ask that the hearing
 7        officer's recommendation and the
 8        superintendent's decision in that incident be
 9        produced, Charles.  We'll put it in writing
10        after the deposition.
11        A       I do know the student's last name.
12             MR. SPAGNOLI:  Don't share it.
13             THE WITNESS:  Okay.
14             MR. SPAGNOLI:  Pursuant to FERPA,
15        F-E-R-P-A.
16   BY MR. COTTER:
17        Q       You can share that name with your
18   attorney, and he should be able to find this -- these
19   decisions for us no problem, I think.
20             Okay.
21             Can you take me through what happens
22   during lockdown drills?
23        A       Yeah.  It's changed a bit since I
24   retired but the State mandates X number of lockdown
25   drills per year.  When we first began it would be
```

36

1    announced and we talked everyone through it.  But a

2    lockdown drill is generally not announced.  It would

3    come over the P.A. system that we're now in a lockdown

4    drill.

5              We have law enforcement so if it's a

6    scheduled lockdown drill law enforcement would be

7    aware and would be at the school.  Obviously if it

8    wasn't scheduled that would be different.  But for a

9    scheduled lockdown drill law enforcement would be at

10   the school.

11             Members, generally administrators, but,

12   of the safety team would pair up with a police

13   officer, and we would divide up the building into

14   sections and we would go and check.  Teachers and

15   students know that when there's a lockdown drill they

16   turn off the lights, they get so -- they quiet, that

17   they can't be seen from the windows, from the door.

18             And then we would go, say I would be

19   with a police officer and we would go from room to

20   room.  The officer would open the door and say police

21   officer, this is a practice lockdown drill.  And I

22   would say you are to remain in the room until the

23   drill is -- it's announced that the drill is over.

24   And we would go from room to room and check, first

25   look to see can you see anyone visible, do you hear

37

1    anything, is the door locked, and we would go from

2    room to room, and once we had finished our section we

3    would report back.

4              And once everyone had reported back,

5    then the principal would announce that the lockdown

6    drill is complete.

7         Q    Up until the point the police officer

8    knocks on the classroom door and enters the room, do

9    the students know it's a drill?

10        A    No.  Students and staff do not know.

11        Q    Why aren't they told it's a drill,

12   before it happens?

13        A    Practice, in case anything should

14   arise.

15        Q    Let's move on to Vincent Spero.  So are

16   you familiar with Vincent Spero?

17        A    I am.

18        Q    Okay.  And he was a student at Vestal

19   High School during your time there, right?

20        A    Yes.

21             (Exhibit W was marked.)

22   BY MR. COTTER:

23        Q    Miss Caddick, I'm showing you what's

24   been marked as Plaintiff's Exhibit W.  Take your time,

25   look it over.

38

```
 1        A        (Reviews document).

 2        Q        You can just look up when you're done.

 3        A        Okay.

 4        Q        All set?

 5        A        Uh-huh.  Yes.

 6        Q        So are you familiar with this document?

 7        A        Yes.

 8        Q        Okay.  And is that your signature on

 9   page 7?

10        A        Yes.

11        Q        Okay.  So did you create or take part

12   in creating this affidavit?

13        A        Yes.

14        Q        Okay.  What was your understanding of

15   Vincent's academic standing as of the 2016/2017 school

16   year?

17                 MR. SPAGNOLI:  Objection to form.

18                 At what point in the 2016/17 school

19        year, the outset?

20   BY MR. COTTER:

21        Q        Yeah, at the outset of the school year

22   let's say.

23        A        So the beginning of the --

24        Q        The beginning of the school year.

25        A        He was a senior.  He and all students
```

39

1    need 22 credits to graduate.  And he needed all of his

2    credits for his courses that he was taking in order to

3    meet that minimum 22 credits.  He needed to pass them.

4         Q       So if he would have -- he had to pass

5    every class he was in to graduate on time.

6         A       Correct.

7         Q       Okay.  What was your understanding of

8    his academic standing in January 2017?

9         A       I do not believe he was passing every

10   class.

11                (Exhibit X was marked.)

12   BY MR. COTTER:

13        Q       Okay.  I'm showing you what's been

14   marked as Plaintiff's Exhibit X.  And are you familiar

15   with this document?

16        A       Yes.

17        Q       Okay.  What does this document show?

18        A       It's a grade report dated 10 -- where

19   does it say that.

20                Okay.  Marking period 2.

21        Q       Okay.  And this has grades up to the

22   end of marking period 2, right?

23        A       Yes.

24        Q       And what month does marking period 2

25   end?

40

```
 1        A        I don't recall.  I'm looking but I

 2   don't see that.

 3        Q        I guess just generally when does

 4   marking period 2, like what's the time period that

 5   that ends?

 6        A        January.

 7        Q        January, okay.

 8                 And is Vincent passing English in this

 9   grade report?

10        A        Yes.

11        Q        Did he get credit for participation in

12   government in this grade report?

13        A        Half credit.

14        Q        Is that a half credit class?

15        A        It's a -- yes.

16        Q        Okay.  Is he passing chemistry in this

17   grade report?

18        A        Yes.

19        Q        Did he get credit for forensic

20   science 1 in this grade report?

21        A        Yes, another half credit.

22        Q        Was he passing physical education in

23   this grade report?

24        A        Yes.

25        Q        Okay.  And he has an incomplete for
```

41

```
 1   foundations college math, right?

 2        A      Yes.

 3        Q      But did he pass the first marking

 4   period?

 5        A      Yes.

 6        Q      Are there -- strike that.

 7               Can a student take credit bearing math

 8   class in summer school?

 9        A      Yes.

10        Q      So.  So as of January 2017 was Vincent

11   on track to graduate?

12        A      Yes.

13        Q      You can put that aside for now.

14               I'm showing you what was previously

15   marked as Defendant's 16.

16               MR. COTTER:  Do you want a copy,

17        Charles, or have you got yours?

18               MR. SPAGNOLI:  I've got mine.

19   BY MR. COTTER:

20        Q      Take your time, look it over.

21        A      (Reviews document).

22        Q      Oh, all set?

23        A      Yes.

24        Q      Are you familiar with this document?

25        A      Yes.
```

42

1          Q          Okay.  That is Vincent's student

2     discipline report, right, up until December 15th,

3     2016?

4          A          Yes.

5          Q          Okay.  So the front page, what does --

6     under incident, incident category, what does VADIR

7     stand for?

8          A          It's a state code.  It's a violent and

9     disruptive incident report.

10          Q          Okay.  So can you explain to me why

11     that has to be documented?

12          A          All of this information is entered

13     into, we use the E school re -- recording system.

14     It's a -- in the computer.  At the end of the year it

15     tabulates and generates, and we have to turn in to the

16     State, every school has to turn in to the State what's

17     known as the VADIR report, which is a tabulated report

18     of any violent -- any incidents that fall under VADIR

19     codes.  So you run the report, it goes to the State.

20     It's after the end of the school year.

21          Q          Okay.  So if there was a VADIR, keeping

22     with the Star Wars theme of the day, I guess,

23     incident, it would be -- it would be marked -- it

24     would be indicated under incident category?

25          A          Yeah; where these say non-VADIR.

43

1      Q        Right.

2               Your-.

3               So that's where it would be recorded

4   under incident category, if it was a VADIR incident.

5      A        In a perfect world.  Yes.

6      Q        Okay.  Does Vincent have any VADIR

7   incidents in this discipline report?

8      A        I do not see any.

9      Q        Okay.  So is that no?

10     A        No.

11     Q        Okay.  Can -- going to offense code

12  description.  Can you explain to me the different

13  truant levels?

14     A        Yes.  So when students are truant from

15  class, their first time they are truant the level 1 is

16  a warning.

17              A level 2, the second time you've been

18  truant from a class, you would -- say the teacher gave

19  a test, you would be eligible for 75 percent of the

20  score for that day.

21              Level 3 would be 50 percent.

22              And if you were continually truant and

23  you reach level 4, you cannot make up the work for

24  that class period that you were truant from.  Or

25  any -- so once you get to level 4 you're there.

44

```
 1        Q        Okay.  So level 1 you can still get
 2   full credit, then it progressively goes down to no
 3   credit at level 4.
 4        A        Yes.
 5        Q        Okay.
 6        A        For -- for that --
 7        Q        For that class.
 8        A        -- for that class you were truant from.
 9        Q        Okay.  Okay.  Looking at offense code
10   and offense code description?
11        A        Okay.
12        Q        Is there some kind of document which
13   guides the codes and their corresponding descriptions?
14        A        Yes.
15        Q        What are examples of some types of
16   descriptions?
17        A        Of the first one, G1 is inappropriate
18   behavior.
19        Q        Okay.
20        A        So the offense code tells you, then
21   there's a description of what that code is.
22        Q        Okay.  So --
23        A        Okay.
24        Q        -- G1 in the document corresponds with
25   inappropriate behavior.
```

45

1          A        Yes.

2                   G26 is a level 1 truancy.

3          Q        Okay.

4          A        G27 would be the level 2.

5          Q        Okay.  And there's a document that lays

6    all this out?

7          A        It's a -- yeah, it's a list.  A list.

8                   MR. COTTER:  Okay, Charles, we'd ask

9             that that document be produced, and we will put

10            that request in writing after the deposition.

11                  MR. SPAGNOLI:  Thank you.

12   BY MR. COTTER:

13         Q        Moving on from that discipline report,

14   are you aware of an incident on November 22nd, 2016

15   involving Vincent in Miss Dyer's class?

16         A        Yes.

17         Q        Can you describe for me what you recall

18   about that?

19         A        Vincent was in the class.  Isaac --

20   another student was sent out.  Vincent was playing his

21   music or using his phone to cause a disruption.  Miss

22   Dyer spoke to him more than once.  And he mocked her,

23   kind of repeated what she said.  And he was asked to

24   leave the classroom.  And on his way out he called

25   Miss Dyer a fucking racist.

46

1        Q        And did you talk to Miss Dyer about

2    this incident sometime after the 22nd?

3        A        Yes.

4        Q        Okay, I'm showing you what was

5    previously marked as Plaintiff's Exhibit D.  Take your

6    time, look it over.

7        A        (Reviews document).

8                 Okay.

9        Q        Is this your handwriting?

10       A        Yes.

11       Q        So are these your notes?

12       A        Yes.

13       Q        And when did you take these notes?

14       A        11/28/16.

15       Q        And that's when you met with Miss Dyer?

16       A        Yes.

17       Q        Okay.  And do you remember what you

18   talked to her about?

19       A        She told me -- she -- she asked for

20   some strategies; that her fourth period class of

21   seniors was somewhat difficult, 19 boys, 5 girls, and

22   that they sort of all knew each other and could get

23   each other going.  She described some of the

24   strategies she had used.  She told me that there was

25   an incident on the 22nd and she had called home about

47

1    two students.

2              We discussed some strategies that she

3    could use as a teacher, and I told her that she had

4    good instincts and I was there if she needed anything

5    further.

6         Q      In the middle, under Vincent Spero,

7    there is racist, in quotes, and after it says Mom said

8    this as well.  Is that right?

9         A      She -- she called home.  Yes, it is --

10   you're -- you're correct.

11        Q      Okay, and what did Miss Dyer tell you

12   about what Vincent's mother said?

13        A      The mother called Miss Dyer a racist

14   during the conversation.

15        Q      Did she say why, do you remember?

16        A      No.  No.

17        Q      Did you ever follow up with Vincent's

18   mother about that allegation?

19        A      I did not.

20        Q      Why?

21        A      I don't have an answer.

22        Q      Would it be normal practice for you as

23   an assistant principal to follow up with a parent who

24   accuses one of your teachers of being a racist?

25        A      Mrs. Spero did not contact me.

                                                            48

1          Q          But were you aware on the 28th that she
2    called Miss Dyer a racist?
3          A          Yes.
4          Q          Do you know if a DASA form was filled
5    out as a result of that incident?
6                     MR. SPAGNOLI:  Objection to form.
7          A          Can you repeat your question?
8                     MR. COTTER:  Can you read it back,
9          please.
10                    (The stenographer read back.)
11   BY MR. COTTER:
12         Q          I can be more specific.  Do you know if
13   a DASA form was filled out in response to Miss Spero's
14   allegation that Miss Dyer is a racist?
15         A          Not specifically that.
16         Q          Can you remember anything else about
17   your meeting with Miss Dyer on the 28th?
18         A          No.
19         Q          So did you become aware of another
20   incident involving Vincent in Miss Dyer's class on or
21   about December 1st, 2016?
22         A          Yes.
23         Q          Okay.  Can you talk to me about that
24   incident?  What happened?
25         A          In that class?

1        Q        On December 1st in Miss Dyer's class.

2    What's your understanding of what happened?

3        A        In Miss Dyer's class students were

4    working in groups.  During that time Vincent said the

5    name of the street that Miss Dyer lives on.  He said

6    the first and middle name of her husband.  And someone

7    gave the number of her house.

8        Q        What happened as a result of that

9    incident?

10        A        Miss Dyer came down to talk to me at

11    the end of the day.  She was concerned.  She had

12    consulted with her husband.  She stated she was --

13    felt intimidated, that she had -- I know she

14    specifically said she had two young children, and she

15    felt she needed to report it to me.

16        Q        What action did you take after she

17    reported it to you?

18        A        I called our school resource officer,

19    Officer Talbut, and made him aware of what she told

20    me.

21                I believe I called him while she was in

22    my office and left a message and then he called back

23    and I spoke to him after Miss Dyer had left.

24                He contacted Miss Dyer and then let me

25    know that he had contacted her.

50

1              I also had asked, I met with Miss Dyer

2    for her to write up a statement of what had happened.

3    She did email that to me but it -- I didn't get it

4    until the next morning.  I believe it was later, much

5    later in the evening that she sent that.

6         Q       And around that time, December 1st,

7    December 2nd, did another teacher come to you and

8    mention Vincent being riled up and accusing Miss Dyer

9    of being a racist?

10        A       Mr. Donlon did.

11        Q       Can you talk to me about what he said,

12   Mr. Donlon?

13        A       He came into the assistant principals'

14   office, said something to the effect of what's going

15   on with Vinny, he came in, caused a disruption in my

16   classroom, was talking about Miss Dyer, claims she was

17   a racist.  You know, what -- said that he was pretty

18   riled up.  And disrupted his class, he had to settle

19   him down.

20        Q       Did he give any specifics of why

21   Vincent was alleging Miss Dyer was a racist?

22        A       I don't recall that.

23        Q       Did you eventually have a meeting with

24   Vincent about the December 1st incident?

25        A       I did.

51

1        Q        Tell me about that meeting.

2        A        I met with him, and I believe

3    Mr. Kasson was present.  And he admitted that he did

4    say her street.  He talked about, didn't make sense,

5    but he said something to the effect that you don't

6    think of your teachers as real people.  And, you know,

7    here she is, she lives on this street.

8                 He -- he was upset that I was speaking

9    with him.  He asked to have the superintendent's phone

10   number.  And I wrote it on a Post-it Note and gave it

11   to him.

12                And he left my office.

13       Q        After that meeting did you offer a

14   recommendation to Interim Principal Penna about

15   discipline for Vincent?

16       A        Yes.

17       Q        Okay, what was that recommendation?

18       A        To consider a suspension.

19       Q        Was there another meeting with Vincent

20   in which Principal Penna was present about the

21   December 1st issue?

22       A        Yes.

23       Q        Okay, what happened at that meeting?

24       A        I'm trying to --

25       Q        That's fine, take your --

52

1        A        -- get the days straight.

2        Q        Take your time.

3        A        We met with -- when I met with Vincent,

4   he wanted to call his mother, and he did.  He -- I had

5   him go over to Dr. Penna's office and wait, then his

6   mother, father, and sister came in.  And we met in

7   Dr. Penna's conference room.  It would be me,

8   Mr. Kasson, Dr. Penna, Mr. Spero, Mrs. Spero, and his

9   sister.

10       Q        Tell me what was said during that

11  meeting.

12       A        I basically reviewed what had happened

13  in the classroom.  And the -- the sister during that

14  meeting was very antagonistic toward her brother as

15  far as really don't know what it's like to be a

16  racist, basically.  And she questioned him.

17                Mr. Spero asked Dr. Penna to apologize

18  to the teacher because she felt intimidated.  And

19  Dr. Penna counseled Vincent to stay off his phone and

20  social media.

21                And the parents then took Vincent home

22  with them and he began a suspension that day.  Because

23  they took him home.  The suspension would have begun

24  the next school day but they took him home.

25       Q        Do you know why Dr. Penna told Vincent

53

1    to stay off his phone and social media?

2          A       I can't speak for Dr. Penna.  I can say

3    that social media and students, it's just a prudent

4    thing to do.

5          Q       Would he say that in other meetings

6    with students that involved discipline?

7          A       Yes; and we frequently, when we met

8    with students as assistant principals, would advise

9    that.

10         Q       And when you made your recommendation

11   to Dr. Penna about the term of the suspension, do you

12   remember what you recommended?

13         A       I don't recall specifically.

14                 (Ms. Payne conferred with Mr. Cotter.)

15   BY MR. COTTER:

16         Q       Do you recall -- strike that.

17                 Are you aware Vincent ended up serving

18   a five-day suspension for that incident?

19         A       Yes.

20         Q       Do you remember anyone disagreeing with

21   the -- with giving Vincent a five-day suspension

22   during that meeting with Dr. Penna?

23                 MR. SPAGNOLI:  Objection to form; other

24         than Vincent?

25                 MR. COTTER:  Strike that.

54

1   BY MR. COTTER:

2        Q        Were you, Mr. Kasson, and Mr. Penna all

3   in agreement with giving Vincent a five-day suspension

4   for the December 1st incident?

5        A        Yes.

6        Q        Why did you think a five-day suspension

7   was appropriate?

8        A        Previously when I met with him I placed

9   him on probation for senior activities.  That's a

10  pretty low level consequence.  And the fact that he

11  took those actions on very -- within a short period of

12  time from knowing that he was placed on probation and

13  the fact that he intimidated the teacher, I think five

14  days was warranted.

15       Q        Okay, so moving on, did you eventually

16  become aware of another incident involving Vincent on

17  December 8th?

18       A        Yes.

19       Q        Where were you when you found out about

20  it?

21       A        I was in an instructional

22  administrators meeting at central office.

23       Q        Okay.  Was that a standing meeting?

24       A        Monthly on Thursdays.

25       Q        And how long did that meeting go,

55

1    normally?

2         A       Eight thirty to twelve thirty,

3    one o'clock.

4         Q       Would you be sent an email to remind

5    you about that meeting?

6         A       Yes.

7              MR. COTTER:  I'd ask that email

8              referencing the scheduling of the instructional

9              administrators meeting for the 2016/2017 school

10             year be produced.  I'll put it in writing after

11             the deposition.

12   BY MR. COTTER:

13        Q       Okay, so you were at the meeting.  And

14   how do you become aware of Vincent's social media

15   post?

16        A       Officer Talbut called me on my cell

17   phone.

18        Q       Okay, what did he say?

19        A       He said that he had spoken with several

20   students, there was some social media circulating.

21   And I shared that with Dr. Penna and Mr. Kasson.  And

22   we went back to the building.

23        Q       Okay.  Back to the instructional

24   administrators meetings; were minutes taken at those

25   meetings?

56

1          A       Yes.

2                  MR. COTTER:  We'd also request the

3          minutes for the December 8th meeting of the

4          instructional administrators.  And I will put

5          it in writing after the deposition.

6    BY MR. COTTER:

7          Q       Okay, so you got the phone call from

8    Officer Talbut.  And what happened next?

9          A       We left the meeting and returned back

10   to the high school.

11         Q       Okay, do you know roughly what time it

12   was when you got back to the high school?

13         A       His call was at about eleven fifteen,

14   so shortly thereafter.

15         Q       How close is the administrative

16   building to the high school?

17         A       It could be considered all on one

18   campus.

19         Q       Okay.  Did you walk or drive?

20         A       Drive.

21                 MR. COTTER:  Can we take a break real

22         quick?

23                 (Short break)

24   BY MR. COTTER:

25         Q       So you arrive at the high school; and

57

1    what do you do next?

2         A      We met in my office, and Officer Talbut

3    shared his conversation with students he had met with.

4    He pulled up -- used my computer and pulled up and

5    showed a couple -- there was a video clip and some

6    social media --

7         Q      Okay.

8         A      -- he shared.

9         Q      So who was in your office at that time?

10        A      Myself, Officer Talbut, Dr. Penna, and

11   Mr. Kasson.

12        Q      Showing you what's been previously

13   marked as Plaintiff's Exhibit I.  Take your time and

14   look it over.

15        A      Okay.

16        Q      So is this your handwriting?

17        A      Yes.

18        Q      And are these your notes?

19        A      Yes.

20        Q      And when -- did you take these notes

21   during that initial meeting with Officer Talbut,

22   Principal -- Assistant Principal Kasson, and Interim

23   Principal Penna?

24        A      Yes.

25        Q      Showing you what's been previously

58

1    marked as Plaintiff's Exhibit G.  Were those the

2    tweets that Officer Talbut showed you on your

3    computer?

4            A       Yes.

5            Q       Okay.  And what was your initial

6    reaction viewing those tweets?

7            A       Concern.

8            Q       What about the tweets was concerning?

9            A       The concern, my concern was that they

10   were -- what he shared from the girls were that they

11   were going viral and that many people had seen them.

12   And when they saw them, students shared this, they

13   were in the commons, which is upper classmen study

14   hall, so to speak, but it's a large -- like it's like

15   a cafeteria type space.  They shared them.  So

16   students were talking about them.

17                   A couple girls were concerned.  Another

18   two girls who were class officers or student

19   government had escorted those girls down to Officer

20   Talbut to share that their -- they were seeing these

21   videos.

22                   And these were -- the concern was

23   really that these, along with the video showing a

24   woman with a gun and a girl in a hospital room

25   together, the students then were -- were fearful and

59

1    were discussing it and came down to the school officer

2    who they would go to if -- if they were fearful or

3    would -- would share that sort of information.

4         Q       That was four girls that went to

5    Officer Talbut, right?

6                 MR. SPAGNOLI:  Objection to form.

7    BY MR. COTTER:

8         Q       Initially.

9         A       I don't know.  Three or four.

10        Q       Three to four.

11                Directing you to Exhibit I.  The names

12   on the top, and I'll just, CG, JP, SC?

13        A       Yes.

14        Q       Is it your understanding that those are

15   the young girls who initially went to Officer Talbut

16   with the social media posts?

17        A       Yes.

18        Q       Okay.  Is there anything specific about

19   the tweets that you had concerns about?

20                MR. SPAGNOLI:  Objection, asked and

21           answered.

22        A       Specifically no.

23   BY MR. COTTER:

24        Q       What did you think about Vincent

25   calling the school district racist?

60

1     A     He had said that about Miss Dyer.

2     Q     Are there any threats in the tweets?

3     A     No.

4           But I can say that students found

5     Vincent and his dollar sign Savage Spero as

6     threatening.  Vincent had that persona.  Acting in a

7     threatening manner.

8     Q     Can you describe how -- strike that.

9           Who told you he had that persona?

10    A     Students and staff.

11    Q     Is there any specific students

12    mentioned in Vincent's tweets?

13    A     The last says separated with four other

14    students because of our color.

15    Q     Are there other students' names in the

16    tweets?

17    A     No.

18    Q     Are there any school staff or

19    administrators' names in the tweets?

20    A     No names.

21    Q     Are there any calls to violence again

22    the school in the tweets?

23    A     No.

24          MR. SPAGNOLI:  I'm going to object to

25    form on that one.

61

1    BY MR. COTTER:

2          Q       Is there any reference to Snapchat in

3    the tweets?

4          A       No.

5          Q       Is there any reference to a gun in the

6    tweets?

7          A       No.

8                  MR. COTTER:  Okay.  What was the number

9          of the video again?  I forgot.

10                 MR. SPAGNOLI:  6.

11                 MR. COTTER:  6.

12                 MR. SPAGNOLI:  It was a DVD marked as

13         Defendant's Exhibit 6 that included two files,

14         one of which was the gun video.

15   BY MR. COTTER:

16         Q       So I'm showing you what's been marked

17   as Defendant's Exhibit 6.

18                 MR. SPAGNOLI:  Part of Defendant's

19         Exhibit 6.

20   BY MR. COTTER:

21         Q       Part of Defendant's Exhibit 6.  You can

22   see it okay?

23         A       Uh-huh.

24         Q       Okay.

25         A       Yes.

62

1      Q       I'll play it one more time.

2              (A video was played.)

3              (Ms. Payne conferred with Mr. Cotter.)

4              MR. SPAGNOLI:  As I explained before on

5      the record, Defendant's Exhibit 6 was a DVD

6      that included two video files, one being the

7      gun video and the other the video of Vincent

8      confronting a student at a gas station.

9              MS. PAYNE:  Oh, thank you.

10             MR. SPAGNOLI:  Let the record reflect

11     that I made that explanation or comment in

12     response to apparent puzzlement on the part of

13     Plaintiff's counsel.

14  BY MR. COTTER:

15     Q       So is what you just viewed the Snapchat

16  you viewed on December 8th with Officer Talbut,

17  Principal Penna, and Assistant Principal Kasson?

18     A       Yes.

19     Q       Okay.  Actually backtracking for a

20  second.  When did students tell you they thought Vinny

21  was intimidating?

22     A       During previous conversations with

23  students, spe-.  Specifically before this?

24     Q       Before December 8th, yes.

25     A       Okay.  There was a time I did an

63

1    investigation about locker room.  That investigation
2    was basically unfounded.  The gym teacher brought the
3    students down to report an incident, I believe it was
4    with -- something about money.  Students did not want
5    to, when they were called down, to talk about it.
6    They did not want to talk about Vincent because they
7    said they were afraid of him.
8            Q       I'm going to direct you to Defendant's
9    Exhibit 16 again, which, there it is.  And if you
10   could turn to the fourth page.  And do you see the
11   last entry on that page?
12           A       Yes.
13           Q       And was that the incident you were just
14   discussing?
15           A       Yes.
16           Q       And it says in the middle Vinny was
17   upset, quote, this is racist, and, comma, quote, only
18   because of my color, end quote, quote, bothers me that
19   I was accused, feel it was race.
20           A       Uh-huh.
21           Q       And then it states Vinny claims student
22   and his group make racist comments, say N word, make
23   fun of student and his turban, right?
24           A       That's what it says.
25           Q       So did you ever investigate those

64

1  claims?

2          A       Yes.

3          Q       Did you ever -- was it a DASA

4  investigation?

5          A       I don't recall.  Those are students

6  that didn't really want to talk or pursue this and

7  told me they were afraid of Vincent.

8          Q       The students that Vincent was claiming

9  say the N word?

10          A       Student reported to PE teacher.  When I

11  talked to that student and asked if there were other

12  students that were in the locker room at the time,

13  they either didn't want to talk about it or they

14  stated that they were afraid of Vincent.

15          Q       Okay.  And that was the one student.

16                  MR. SPAGNOLI:  Objection to form.

17          A       I talked to more than one student.

18  BY MR. COTTER:

19          Q       And each -- and how many students did

20  you speak with?

21          A       More than one.

22          Q       And how many of them said they didn't

23  want to speak to you because they accused Vincent of

24  being intimidating?

25          A       More than one.

65

1      Q      And these are the same students that
2  Vincent was saying used the N word, right?

3      A      I don't know.  I didn't use the
4  student's name when I talked -- students' names when I
5  talked to Vincent.

6      Q      Right.  But you investigated it.

7      A      Yes.

8      Q      And was part of your investigation
9  whether or not these students use racial slurs?

10      A      Yes.

11      Q      And was there a report written about
12  your investigation?

13      A      The conduct form.

14      Q      And Vincent -- did Vincent have the
15  money amount that was alleged stolen?

16      A      No.

17      Q      Okay.  Any other incidents that come to
18  your mind of students accusing Vincent of being
19  intimidating before December 8th, 2016?

20      A      If you look at 10/21/15.

21      Q      Okay, that was someone accusing Vincent
22  of throwing apples.  Right?

23      A      Yes.

24      Q      And what did that student say to you?
25  Who accused Vincent of throwing apples?

66

1          A          The daughter.

2          Q          Seems from here that several students

3   reported Vincent of throwing -- of throwing apples,

4   right?

5          A          If you looked at this incident, it was

6   Miss Kurkoski who investigated this.

7          Q          Right, but that -- that's not what I

8   asked.  It says right in the middle several students

9   report it was Vinny who through apples, right?

10         A          Yes.

11         Q          So they weren't too intimidated to talk

12  up, right?

13         A          But in talking, they shared how they

14  felt with Vinny.  About Vinny.

15                    And look at his reaction.

16         Q          I mean I think it'd be normal to feel

17  blamed, wouldn't it?

18                    MR. SPAGNOLI:  Objection.

19         A          I can't answer that.

20  BY MR. COTTER:

21         Q          That's fine.

22                    And this was inconclusive, right?

23         A          Again, yes.

24         Q          Okay.  Outside of the disciplinary

25  report, is there anything you can remember off the top

1    of your head of students coming to you feeling

2    intimidated by Vincent before December 8th, 2016?

3         A      The incident that was on the other

4    video there.

5         Q      The Snapchat video I just showed you.

6         A      No.   There was a student that was

7    intimidated by Vincent at the gas station.

8                (Ms. Payne conferred with Mr. Cotter.)

9    BY MR. COTTER:

10        Q      Okay, anything else besides those three

11   incidents?

12        A      No.

13        Q      Okay.  So what was your initial

14   reaction viewing the Snapchat video?

15        A      Any time there's a gun involved, it's

16   very concerning.  I did not know initially who that

17   was.  That Vin -- that Snapchat there was also a

18   picture of a girl in a hospital room.

19        Q      Was Vincent in that Snapchat I showed

20   you?

21        A      No.

22        Q      What was the woman in the video doing

23   with the gun in the video I showed you?

24        A      I don't know guns well but she was

25   either loading or unloading the gun.

68

1      Q      We'll do it again.  Hang on, I'll
2   restart it.
3              I'll figure it out.
4              Okay.
5              Okay.  So what it did it look like to
6   you she was doing with the gun?
7      A      She had the gun held out, she brought
8   it back, she took the, called a magazine, she took
9   part of the gun out, and then she reached back into
10  her briefcase.
11     Q      So do you think taking the magazine out
12  is loading or unloading the gun?
13     A      That would be unloading.
14     Q      Okay.  Okay, so you viewed the tweets,
15  you viewed the video.  And roughly what time is it
16  after -- on the 8th, after you saw both of those
17  things?
18     A      Twelve thirty.
19     Q      And when was the decision made to
20  suspend Vincent for another five days?  How shortly
21  after viewing the tweets and the Snapchat video?
22     A      That afternoon.
23     Q      Okay, so directing you back to
24  Exhibit I?
25     A      Okay.

69

1          Q          And near the bottom it says twelve

2     twenty-five Conor just got a call from state police

3     reporting Vinny's online, comma, call from concerned

4     parents.  Right?

5                    Is that -- that's what it says, right?

6          A          That's what it says.

7          Q          Okay.  And was the decision to suspend

8     Vinny made before or after that call?

9          A          I do not recall.

10         Q          Okay.  And that call was from a captain

11    in the state police, right?

12         A          I don't know whether it was a captain

13    but.

14         Q          Someone in the state police?

15         A          Someone in the state police.

16         Q          Okay.  And if you look up -- well, hang

17    on.

18                    And that person in the state police was

19    also the father of a student at Vestal High School,

20    right?

21         A          Yes.

22         Q          And her initials would be MD.  Is

23    that -- do you know who I'm referring to when I say

24    MD?

25         A          Yes.

70

1          Q        Okay.  Looking up from twelve

2     twenty-five, there's a note where it says new five

3     days, violent student, then there's an arrow, and it

4     says hearing, then there's a question mark.  Is that

5     right?

6          A        Yes.

7          Q        Okay, so does that refresh your

8     recollection of when the decision was made to suspend

9     Vinny, whether it was before or after twelve

10    twenty-five?

11         A        There's a question mark.  So it was

12    discussed but I can't say that the decision was made

13    then.  Discussion was is this the route we might take.

14         Q        The route being a new five-day

15    suspension.

16         A        Yes.  It says new five-day, violent

17    student, arrow like to a hearing, question mark, like.

18         Q        Right.  But would there have to be a

19    new determination to take it to a hearing after the

20    five days?

21                  MR. SPAGNOLI:  Objection to form.  Can

22         you repeat that?

23    BY MR. COTTER:

24         Q        Strike that.

25                  So the process is the principal can

71

```
 1    give up to five days, right?

 2         A        Correct.

 3         Q        Then there has to be a new decision of

 4    whether or not it's taken to a hearing for further

 5    suspension.  Is that right?

 6                  MR. SPAGNOLI:  Objection to form.

 7         A        I'm not quite sure what you're asking.

 8    BY MR. COTTER:

 9         Q        Vincent could have just been given

10    another five days by the principal, right?

11         A        A principal can suspend up to five

12    days.  If you're looking for more than five days,

13    that's the superintendent's decision.

14         Q        Right.

15                  (Ms. Payne conferred with Mr. Cotter.)

16    BY MR. COTTER:

17         Q        At that point were you considering a

18    suspension of longer than five days?

19                  MR. SPAGNOLI:  Objection to form; what

20         point?

21    BY MR. COTTER:

22         Q        At that point, before twelve

23    twenty-five on December 8th, 2016?

24         A        That's where there's the question mark.

25         Q        So is that a yes?
```

```
                                                    72
1          A        Ask your question again?

2                   MR. COTTER:  Can you read back my

3          question?

4                   (The stenographer read back.)

5          A        Was it being considered, yes.

6   BY MR. COTTER:

7          Q        Let me show you, actually back to I.

8                   Below twelve twenty-five it says call

9   to Jeff Ahearn, speaker, DC, comma, CK, comma, AP.  Is

10  that right?

11         A        Yes.

12         Q        Is DC you?

13         A        Yes.

14         Q        And CK indicates Assistant Principal

15  Kasson?

16         A        Yes.

17         Q        And AP indicates Interim Principal

18  Penna.

19         A        Yes.

20         Q        Okay.  And what did you talk to Jeff

21  Ahearn about?

22         A        To fill him in on what we had been

23  discussing, what we saw, the gun video, the students'

24  concerns, and the report from Officer Talbut, the call

25  from the state police officer.
```

73

1      Q      And what did he say to you,

2  Superintendent Ahearn?

3      A      To contact Wendy Dewind and to share

4  that information.

5              Which, which I did, I called her.

6              MR. SPAGNOLI:  Objection.

7              Not objection.

8              Do not discuss the content of any

9          conversation you had with Wendy Dewind.

10             THE WITNESS:  Okay.

11 BY MR. COTTER:

12     Q      Is it normal for the superintendent to

13 have you call an attorney this soon after an incident?

14             MR. SPAGNOLI:  Objection to form.

15     A      Normal?

16 BY MR. COTTER:

17     Q      How many times in your career at Vestal

18 High School did you contact an attorney the same day

19 as an incident happened?

20             MR. SPAGNOLI:  Objection to form.

21     A      I can't say specifically how many

22 times.

23 BY MR. COTTER:

24     Q      Was it every time?

25     A      No.

74

```
1        Q        So was it -- would you say it was
2   common to call an attorney the same day of finding out
3   of an incident?
4                  MR. SPAGNOLI:  Objection to form.
5        A        Yes.
6   BY MR. COTTER:
7        Q        So every time -- strike that.
8        A        I did not say that.
9                  MR. SPAGNOLI:  When he says strike
10            that, it means he's withdrawing the question
11            because he realized he's going down the wrong
12            road.
13                  THE WITNESS:  Thank you.
14   BY MR. COTTER:
15        Q        What did you think the purpose of
16   calling Wendy was?
17        A        To share where we were at.
18        Q        Why did you think you needed to share
19   where you were at?
20        A        Before a decision was made.
21        Q        So did you rely on Wendy's advice when
22   you were making the decision?
23                  MR. SPAGNOLI:  I'm going to object to
24            that.  We haven't asserted the defensive legal
25            advice, and the question trenches pretty
```

75

```
 1        heavily on the attorney-client privilege, so

 2        I'm going to direct my client not to answer

 3        because I don't think she can answer without

 4        revealing the subject matter of discussions

 5        with Miss Dewind.

 6             MR. COTTER:  Can you read back my

 7        question?

 8             (The stenographer read back.)

 9             MR. COTTER:  I mean I think it's a yes

10        or no.

11   BY MR. COTTER:

12        Q      I'm not asking about what you talked

13   about, just whether you relied on --

14             MR. SPAGNOLI:  The problem -- I'm

15        sorry.  The problem is that there is no way to

16        answer the question -- let me -- let me

17        rephrase that.

18             Given the possible answer to the

19        question, it could reveal the subject matter of

20        an attorney-client privileged conversation.

21             MR. COTTER:  Right.  But if she relied

22        on -- if they relied on Wendy's advice in

23        making the decision, that would waive the

24        privilege, they can't say we -- they can't use

25        it as a solution.
```

76

1              MR. SPAGNOLI:  No, it wouldn't.  I

2       think you got to look at what attorney-client

3       privilege covers.

4              MR. COTTER:  You can't say that I

5       have -- let's go off the record for a minute.

6              (Off-the-record discussion was held.)

7  BY MR. COTTER:

8       Q     Do you remember about what time your

9  conversation with Wendy occurred?

10      A     Sometime that afternoon.

11      Q     Was it before or after your

12 conversation with Mr. Spero, your first conversation

13 with Mr. Spero?

14             MR. SPAGNOLI:  Just for clarity, you're

15      talking about --

16             MR. COTTER:  On December --

17             MR. SPAGNOLI:  -- Vincent Spero's

18      father?

19             MR. COTTER:  Oh, Vincent Spero's

20      father.

21      A     Yeah.  It would be after.

22 BY MR. COTTER:

23      Q     All right.  Showing you Plaintiff's

24 Exhibit Q?

25             Let me know if you have a hard time

77

1    reading that one 'cause I have a clearer one that I

2    can mark, just.

3            A       I can read this.

4            Q       Okay.  So is this your handwriting?

5            A       Yes.

6            Q       And are these your notes?

7            A       Yes.

8            Q       Okay.  And did you have time to read

9    them over quick?

10           A       I did.

11           Q       Okay.  And do you see on the top it

12   says Mr. Spero twelve forty-four.

13           A       Yes.

14           Q       And does this refresh your recollection

15   of when the decision to suspend Vincent was made,

16   these notes?

17           A       Yes.

18           Q       Okay.  Tell me about that, when was --

19   so when was it made?

20           A       Mr. Vin -- or Mr. Spero was told it

21   would be an additional suspension during this

22   conversation.

23           Q       Okay.  So prior to this conversation a

24   decision was made to suspend Vincent for an additional

25   five days.  Is that right?

78

```
 1        A        Yes.
 2        Q        Okay.  And at that time, at the time a
 3   decision was made, take me through -- strike that.
 4                 So at the time the decision was made,
 5   you knew that the four girls complained to Officer
 6   Talbut, correct?  Or?
 7        A        Three or four.
 8        Q        Three or four, okay.
 9        A        Yes.
10        Q        You saw the Snapchat video?
11        A        Yes.
12        Q        You saw the tweets?
13        A        Yes.
14        Q        You knew Officer Talbut received a call
15   from the father of a student who happens to be in the
16   state police, right?
17        A        Yes.
18        Q        Is there anything else --
19                 MR. SPAGNOLI:  Objection to form.
20   BY MR. COTTER:
21        Q        -- that you knew prior to making the
22   decision to suspend Vincent for five additional
23   days --
24                 MR. SPAGNOLI:  Objection.
25   BY MR. COTTER:
```

79

1          Q          -- on December 8th?

2                      MR. SPAGNOLI:  Objection to form.

3          A          Can you repeat that?  Is there anything

4     else?

5     BY MR. COTTER:

6          Q          Right.  So we have -- I don't want to

7     go back through them.  We established the three or

8     four girls, right, you knew about them.  You knew

9     about the Twitter, the tweets, right?  You knew about

10    the Snapchat video.  Right.  You knew the father of

11    one of the girls who happens to be a state police

12    employee who called as well, right?  So those four

13    things you knew when you made the decision to suspend

14    Vincent for an additional five day -- or when

15    Mr. Penna made the decision to suspend Vincent for an

16    additional five days, right?

17         A          Yes.

18         Q          Was there anything else that you knew

19    prior -- prior to that decision being made by

20    Dr. Penna?

21         A          I don't recall.

22         Q          Okay, is it fair to say if you knew

23    anything else it would be in your notes?

24         A          These specific notes you mean?

25         Q          Or Exhibit I as well.

                                                            80

1                      Do you remember the question?

2          A       I do.

3                      (Reviews document).

4                      To the best of my recollection I can't

5     recall anything else.

6          Q       Okay.  Okay.  Staying with Exhibit Q in

7     your hand, do you remember Dr. Penna saying something

8     about Vincent violating his own FERPA rights?

9          A       He did say that.

10         Q       Can you explain to me what he had said?

11         A       Just what's written here.

12         Q       What did you take that to mean,

13    Mr. Penna -- Dr. Penna's statement, about violate --

14    Vincent violating his own FERPA rights?

15         A       I was confused.

16         Q       Why were you confused?

17         A       We-.

18                     That's not part of my understanding of

19    FERPA.

20         Q       What isn't part of your understanding

21    of FERPA, what?

22         A       Vincent violating his own FERPA rights.

23         Q       So you're aware that Vincent can't

24    violate his own FERPA rights.  Is that right?

25         A       Correct.

81

```
 1        Q        Right, okay.
 2                 So what did you make of Dr. Penna
 3   making such a big deal about Vincent's FERPA rights?
 4                 MR. SPAGNOLI:  Objection to form.
 5        A        All I can say is that, as we discussed
 6   earlier, we frequently tell students not to use their
 7   cell phones or social media.
 8   BY MR. COTTER:
 9        Q        Did you ever tell Dr. Penna that a
10   student can't violate his own FERPA rights?
11        A        I don't believe so.
12        Q        Why didn't you?
13        A        I can't answer that.
14                 MR. COTTER:  Can you read back my
15        question?
16                 (The stenographer read back.)
17   BY MR. COTTER:
18        Q        Can't, or?  Can you elaborate on what
19   you mean by can't?
20        A        You're asking why I didn't --
21        Q        Why didn't --
22        A        -- call him out --
23        Q        Right.
24        A        -- for saying that.
25        Q        Right.
```

82

1        A        And I don't have an answer for that.  I

2    just didn't.

3             He's Dr. Penna.

4        Q        I -- I met Dr. Penna.

5        A        I'll leave it at that.

6        Q        Okay.  So tell me what else you

7    remember about the phone call you had with Mr. Spero

8    on the 8th at twelve forty-four.

9        A        It started out he was upset that --

10    that students were -- well, his information wasn't

11    accurate but he believed many students were going to

12    the superintendent.  When we gave him some facts, he

13    was upset.  He swore several times.  He did make it

14    clear that the girl in the video was Vincent's

15    girlfriend and she had had some procedure and that it

16    was that morning.  'Cause we didn't -- we didn't know

17    who that was.

18        Q        To clarify, the video you're referring

19    to isn't the video showing the woman unloading the

20    gun, right?

21        A        No.

22        Q        Okay, so there was another video on the

23    Snapchat.

24        A        Students reported that they -- and

25    Officer Talbut reported that in some social media

83

1    there was a picture, that they saw the picture of the

2    gun, they saw a picture of a girl in a hospital bed.

3            Q       Did you see that?

4            A       I -- I did.

5            Q       Where did you see that?

6            A       From Officer Talbut.  But I don't

7    recall what it was, Snapchat.

8            Q       Okay.  Was it the video I previously

9    showed you that was marked as Defendant's Exhibit 6?

10           A       I do not believe so.

11           Q       Okay, so you're saying there might be

12   another video that shows a young girl in a hospital

13   bed.

14           A       (Nods head).

15           Q       Okay.  And you viewed this video.

16           A       (Nods head).

17                   MR. SPAGNOLI:  You need to say yes or

18           no.

19           A       Yes.

20                   So he clarified, Mr. Spero clarified in

21   that conversation that the girl in question, that that

22   was Vincent's girlfriend.

23   BY MR. COTTER:

24           Q       Okay.  Did he clarify the woman in the

25   gun video as well?

84

1              Strike that.

2              Did he say who the woman in the gun

3    video was?

4         A     That that was his daughter.

5         Q     Okay.  Did he say anything about where

6    the gun was then, during the time of your phone call?

7         A     I believe him saying that his

8    daughter's.

9         Q     And if you turn to the second page of

10   the exhibit that I showed you.  And do you see up on

11   the top it says Conor weapon, question mark?

12        A     Yes.

13        Q     Okay.

14        A     Yes.

15        Q     Does that refresh your recollection of

16   what Mr. Spero told you?

17        A     Yeah.

18        Q     Okay, what did he tell you?

19        A     Mr. Spero said that it was under lock

20   and key.

21        Q     Okay.  Okay, so then after-.

22              So was Mr. Spero the first member of

23   the Spero family including Vincent who you spoke with

24   on December 8th?

25        A     He was the first.

85

1        Q        Okay, so before you spoke with

2    anyone -- with Vincent or anyone in his family, the

3    decision was made to suspend Vincent for another five

4    days.  Is that right?

5        A        Yes.

6        Q        Okay.  What happened after the phone

7    call with Mr. Spero?

8        A        A lot of things.  I believe I met with

9    a student who had talked to Vincent.  And she had let

10   Vincent know that the girls had gone down to speak

11   with Officer Talbut.  She came to speak with

12   Dr. Penna, he was not available, she came to my

13   office.  And I did speak with her.

14                    (Exhibit Y was marked.)

15   BY MR. COTTER:

16       Q        The initial of that student, were they

17   AH?

18       A        Yes.

19       Q        So do you know who I'm referring to

20   when I say AH?

21       A        Yes.

22       Q        What did AH and you discuss?

23       A        She let -- she was the one that

24   contacted Vincent to let him know that students had

25   gone to Officer Talbut.  She wanted to speak to me on

86

1   Vincent's behalf, so to speak.  Because when she went

2   to speak to Dr. Penna, he wasn't available.  So then

3   she came to our office.

4           Q       What did she say on Vincent's behalf?

5           A       She -- she was his friend.  And -- and

6   I don't recall the other specifics.

7           Q       Showing you what's marked as Exhibit Y.

8   Take your time, read it over quick, and then -- then

9   we can talk about it.

10          A       (Reviews document).

11                  Okay.

12          Q       Okay, is that your handwriting?

13          A       Yes.

14          Q       And are these your notes?

15          A       Yes.

16          Q       And are these your notes of your

17  conversation with AH that occurred on 12/8/16?

18          A       Yes.

19          Q       Okay, and does reading over the notes

20  refresh your recollection of what you two discussed?

21          A       Yes.

22          Q       Okay.  So can you tell me about it?

23          A       She had been in contact with Vinny.

24  She stated that his father had called him, so she had

25  talked to Vinny, and she learned, her concern was that

87

1    he was suspended again.  She said that it wasn't fair,

2    felt it was racist, and that she really didn't know

3    what had happened previously.  She verified that a lot

4    of students were talking about this, and she told me

5    that they were saying that he's aggressive and

6    violent, they saw his story on Snapchat, and that she

7    verified that students had seen the sister's gun.  And

8    she was concerned for Vincent.  People were making

9    assumptions about him.

10               And so that's -- I assume as his friend

11   she was keeping him informed.

12        Q      And do you remember when, what time on

13   the 8th your meeting with AH took place?

14        A      I would say in the middle of the

15   afternoon.

16        Q      And did you have any other meetings

17   like the meeting you had with AH on the afternoon of

18   December 8?

19               MR. SPAGNOLI:  Objection to form.

20        A      Other than meetings?

21   BY MR. COTTER:

22        Q      (Nods head).

23        A      Met with Dr. Penna, with --

24        Q      I should clarify.  Meetings with

25   student.

88

1        A       Students?

2        Q       Right.

3        A       I did not.

4        Q       Okay, I'm showing you what was

5   previously marked as Plaintiff's Exhibit S.

6        A       (Reviews document).

7        Q       Are you familiar with this document?

8        A       Yes.

9        Q       Okay.  And is this your handwriting?

10       A       Yes.

11       Q       And are these your notes?

12       A       Yes.

13       Q       Okay.  What was the purpose of creating

14   these notes?

15       A       Sort of -- there was a lot going on and

16   it was sort of ongoing here's what was happening.

17       Q       Okay.  So this was kind of a summation

18   of what was happening at school on December 8th, 2016?

19               MR. SPAGNOLI:  Object to form.

20       A       We -- we met to discuss the afternoon.

21   BY MR. COTTER:

22       Q       Okay.  Okay.  And at the top it says no

23   lockdown drill, right?

24       A       Yes.

25       Q       So when was it decided that there

89

1   wouldn't be a lockdown drill on the following day?

2        A        I think we all came to agreement during

3   that meeting.

4        Q        The meeting during which the notes

5   Plaintiff's Exhibit S were taken.

6        A        Yes.

7        Q        Okay.  And why was that decision made,

8   to cancel the lockdown?

9        A        We had also heard from one of our

10  school counselors who had been meeting with the two

11  students, C and S, and that counselor is also a member

12  of our safety team.  And we as administrators and

13  Officer Talbut, who are also on the safety team,

14  discussed that this Snapchat, this information is

15  circulating, there's a picture of a gun, students were

16  afraid.

17               Those two students, C and S, would not

18  leave their classroom, and the counselor I spoke of

19  went up and got them and escorted her -- escorted them

20  to her office, and then Officer Talbut met with her

21  and the students, and from student AH and those

22  students that would -- they were sharing that many

23  students were aware of these -- this video.

24               And in light that the lockdown drill is

25  not announced, we felt it would not -- it would be the

90

1    prudent thing to cancel it because if students are --

2    have concerns and fears that that would not be a wise

3    thing to do to hold a drill, an unannounced drill.

4    The morning after we're having all these

5    conversations.

6            Q       So did more students than just AH come

7    to the office and express concern for Vinny on

8    December 8th?

9            A       Not that I'm aware of.

10           Q       And you only spoke with AH, right?

11           A       Correct.

12           Q       Okay.  Regarding C and S, are you aware

13   of why they were scared to leave their classroom on

14   December 8th?

15           A       They're high school students.  They put

16   together these images of the gun, a girl in the

17   hospital bed, and some angry social media, and they

18   were afraid.

19           Q       Did they tell you that?

20           A       Not me personally.

21           Q       So do you know why they refused to

22   leave their classroom on December 8th?

23                   MR. SPAGNOLI:  I'm going to object.

24           That's the same question.

25                   But go ahead and answer it again.

91

1       A       They -- they were afraid to leave the

2   classroom.  And they had -- the counselor had to go up

3   and escort them through the hall down to our office.

4   BY MR. COTTER:

5       Q       Right, but you didn't speak with them.

6       A       I did not speak with them.

7       Q       And Officer Talbut spoke with them,

8   right?

9       A       And Miss Wallack.

10      Q       Right.

11      A       And then they both spoke to us.

12      Q       All right.  And what did they tell you?

13      A       That the girls were frightened; they

14  knew of Vinny; they found him frightening; from past

15  experiences they heard him have outbursts in

16  classrooms.

17              And the counselor shared that other

18  students had been coming down to the office with

19  concerns about what they saw on social media.

20      Q       Did Officer Talbut tell you that other

21  students in the school were giving C and S a hard time

22  for reporting Vinny?

23      A       No.  I don't recall that.

24      Q       Okay.  Would it surprise you to know

25  that when Officer Talbut sat for his deposition he

92

1    said the reason the two girls asked for an escort was

2    because other students were giving them a hard time?

3                    MR. SPAGNOLI:  Objection.  That

4            mischaracterizes Officer Talbut's testimony.

5                    You do not have to accept that as the

6            truth of the matter.

7                    (Ms. Payne conferred with Mr. Cotter.)

8                    MR. COTTER:  Yeah, how does it

9            mischaracterize?

10                   MS. PAYNE:  For the record?

11                   MR. SPAGNOLI:  Do you want to go on the

12           record or off the record?  I'm not going to

13           testify.  I've stated my objection, I believe

14           you've mischaracterized Officer Talbut's

15           testimony.

16                   MR. COTTER:  Right, but --

17                   MR. SPAGNOLI:  I guess the question,

18           though, was would it be -- would it surprise

19           you if he said that.

20                   Was that your question?

21                   MR. COTTER:  Yeah.

22                   MR. SPAGNOLI:  You can answer that

23           question.

24           A       No.

25    BY MR. COTTER:

93

```
 1        Q        Why wouldn't it?

 2        A        Why wouldn't it surprise me --

 3        Q        Why wouldn't it surprise you?

 4        A        -- that he said this?

 5                 I knew AH was upset.

 6        Q        Okay.  Moving to the bottom of

 7   Plaintiff's Exhibit S.  There's 26 students, it's

 8   boxed in.

 9        A        Uh-huh.

10        Q        And it says interview, slash,

11   consistent questions.  Is that right?

12        A        Yes.

13        Q        Okay, so what was -- what does that

14   mean?

15        A        There were 26 students enrolled in Miss

16   Dyer's class.  And we were going to interview each one

17   of them.

18        Q        Why?

19        A        We had only spoken to five or six of

20   those students.

21        Q        And why was it decided to speak with

22   all of them?

23        A        To make sure our investigation was

24   thorough.

25        Q        And what was the goal of the
```

94

1    investigation?

2          A       To clarify exactly what happened in

3    Miss Dyer's classroom.

4          Q       And would the investigation inform any

5    further discipline Vincent would be subject to?

6                  MR. SPAGNOLI:  Objection to form.

7          A       If we were going forward with a

8    superintendent's hearing, we would have thoroughly

9    investigated.

10   BY MR. COTTER:

11         Q       So the investigation could inform

12   whether or not to go forward with the superintendent's

13   hearing.

14         A       It could.

15         Q       Okay.  Did it?

16         A       Yes.

17         Q       Okay, so after the meeting which you

18   took notes on -- strike that.

19                 So what happened next after your

20   meeting with Officer Talbut and Dr. Penna at

21   three o'clock on December 8th?

22         A       We canceled the lockdown drill.

23         Q       Okay, yep.  During the meeting, I think

24   you already testified that you canceled the lockdown

25   drill.  So after --

1                    MR. SPAGNOLI:  Objection.

2     BY MR. COTTER:

3          Q      After that meeting, what did you do the

4     rest of the day?

5          A      I don't recall.

6                    MR. SPAGNOLI:  Counsel, it's well past

7          one o'clock.  Do you want to take a quick

8          break?

9                    MR. COTTER:  Yeah, then I have just one

10         more quick line of the post 8th.

11                   MR. SPAGNOLI:  Give the witness a break

12         for a few minutes?

13                   (A luncheon recess was taken from

14         1:17 p.m. to 2:36 p.m.)

15                   (Exhibits Z and AA were marked.)

16    BY MR. COTTER:

17         Q      Okay, Miss Caddick, I'm going to show

18    you what's been marked as Plaintiff's Exhibit AA.  Are

19    you familiar with that document?

20         A      Yes.

21         Q      Okay.  And did you create that

22    document?

23         A      Along with Mr. Kasson.

24         Q      What was the purpose of creating that

25    document?

96

1          A          So that we consistently ask students

2     the same questions.

3          Q          Okay.  And what was the goal -- strike

4     that.

5                     What was the purpose of including

6     question 9?

7          A          Exactly what it says.  If they were

8     aware of any social media regarding that -- their math

9     class.

10          Q          And why did you want to know that?

11          A          We were investigating an incident that

12     happened in their math class.

13          Q          Related to Vincent's social media

14     activities?

15          A          Related to Vincent, yeah.

16                     Can -- can I clarify one of my answers,

17     now that you handed me this?

18          Q          Sure.

19          A          You asked me if I did anything else on

20     the end of the day of the 8th.  And part of it was to

21     prepare, because we were going to spend a better part

22     of the 9th asking these questions.  Meeting with

23     students.

24          Q          Okay.  So part of the day of the 8th

25     was creating the document marked Plaintiff's

1    Exhibit AA.

2         A        After -- at the end of the day we

3    worked on getting ready for interviewing.

4              You had asked me --

5         Q        Right.  Okay.  Because most of the

6    interviews happened on the 9th and the 10th, right?

7         A        Yes.

8         Q        Okay.  Makes sense.

9              Okay, I'm showing you what's been

10   marked as Plaintiff's Exhibit Z.  And are you familiar

11   with that document?

12        A        Yes.

13        Q        And what is it?

14        A        It's a list of the students in period 4

15   foundations of math with Miss Dyer.

16        Q        And is that the list of students you

17   were going to ask the questions set forth in

18   Plaintiff's Exhibit AA?

19        A        Yes.

20        Q        Okay.

21             (Exhibit BB was marked.)

22   BY MR. COTTER:

23        Q        So I'm showing you what's now been

24   marked as Plaintiff's Exhibit BB.  Take your time to

25   look through it, it's a series of documents.

98

```
 1          A        (Reviews document).
 2                   MR. SPAGNOLI:  Let's go off the record
 3          for a moment?
 4                   MR. COTTER:  Yeah.
 5                   (Off-the-record discussion was held.)
 6                   MR. SPAGNOLI:  Off the record Counsel
 7          has represented that although the bates numbers
 8          are out of order these are all the documents
 9          that he saw that seemed to relate to the
10          interviews of the students in the math class.
11          And upon that representation, subject to
12          further checking, I will not object that it's a
13          partial document.
14                   MR. COTTER:  To be clear, there is
15          another grouping which I was going to go
16          through next.  So before us now isn't every
17          single one.  There is -- which I can just mark
18          now, might as well.
19                   (Exhibit CC was marked.)
20     BY MR. COTTER:
21          Q        So I'm also showing you Plaintiff's
22     Exhibit --
23                   MR. COTTER:  Did I give you your copy,
24          Charles?
25                   MR. SPAGNOLI:  Not yet.
```

```
                                                         99

 1                  MR. COTTER:  There you go.
 2   BY MR. COTTER:
 3          Q       CC.
 4          A       (Reviews document).
 5                  MR. SPAGNOLI:  Okay, off the record
 6          again.
 7                  (Off-the-record discussion was held.)
 8                  MR. SPAGNOLI:  All right, let's go back
 9          on the record.
10                  Counsel's representative that
11          Plaintiff's Exhibit BB and Plaintiff's
12          Exhibit CC taken together represent all of the
13          documents that appear to pertain to the
14          investigation except a single student summary
15          that is not accompanied by any apparent notes
16          from the investigation.  I will withhold for
17          the moment objection that it's partial
18          documents.
19   BY MR. COTTER:
20          Q       So if you'd start with BB, Miss
21   Caddick.  On the first page, there's a student initial
22   CH?
23          A       Yes.
24          Q       And is it your understanding that he
25   was a student in Miss Dyer's fourth period math class
```

100

1    in 2016?

2         A       Yes.

3         Q       Okay.  And if you turn the page to

4    bates number VS886?   What was his response to

5    question 9 regarding social media?

6         A       No, I haven't seen anything on social

7    media.

8         Q       Turning the page to VS874.  Is it your

9    understanding that student AC was a student in Miss

10   Dyer's fourth period class in 2016?

11        A       Yes.

12        Q       Turning the page to VS876, what was his

13   response to question 9 regarding social media?

14        A       No.

15        Q       And turning the page once more to

16   VS875, the next page?

17        A       This.

18        Q       Oh, yep, you're on it.

19                So is that your handwriting?

20        A       Yes.

21        Q       Are these your notes of your

22   conversation with AC?

23        A       Yes.

24        Q       Turning the next page to student BC.

25   Was -- is it your understanding that BC was a student

101

1   in Miss Dyer's fourth period class in 2016?

2       A       Yes.

3       Q       And what was BC's response to

4   question 9 regarding social media on the next page?

5       A       No, I am not aware of any posts.

6       Q       Turning the page to VS871?  Is your

7   understanding that student NB was in Miss Dyer's

8   fourth period class in 2016?

9       A       Yes.

10      Q       And turning the page to VS872, what was

11  NB's response to question 9 regarding social media?

12      A       Not that I have seen.

13      Q       And turning to VS873, is this your

14  handwriting?

15      A       Yes.

16      Q       And are these your notes of your

17  conversation with NB?

18      A       Yes.

19      Q       And you interviewed NB as part of your

20  investigation, right?

21      A       Yes.

22      Q       Turning to VS887?  Student MI?  Was she

23  in Miss Dyer's fourth period class in 2016?

24      A       Yes.

25      Q       And turning the page to VS888, what was

102

1  her response to question 9 regarding social media?

2         A       Not that I've seen.

3         Q       Okay.  Turning the page to VS889,

4  student CP, is it your understanding that CP was in

5  Miss Dyer's fourth period class?

6         A       Yes.

7         Q       Turning the page to VS890, what was his

8  response to question 9 regarding social media?

9         A       I haven't seen anything.

10        Q       And turning your attention to the top

11 of the page, when -- what date did he fill out the

12 questions?

13        A       12/12/16.

14        Q       Turning the page to VS899, student JT.

15 Was student JT in Miss Dyer's fourth period class in

16 2016?

17        A       Yes.

18        Q       Then turning the page to VS900, what

19 was his response to question 9 regarding social media?

20        A       Not really.

21        Q       Okay.  Turning the page to VS902, was

22 student DW in Miss Dyer's fourth period class?

23                MR. SPAGNOLI:  Counsel, if it will

24        speed things up we'll stipulate that the

25        students reflected in Plaintiff's Exhibit BB

1          were all students in the fourth period math

2          class and the answers they gave to question 9

3          are the one -- are the answers written in

4          handwriting next to the number 9 on the

5          respective pages.

6                    MS. PAYNE:  I think you should just go

7          through them.

8                    MR. SPAGNOLI:  Sure.  Why not waste

9          time.

10   BY MR. COTTER:

11          Q      Okay, so turning to 903, what was his

12   response to question 9 regarding social media?

13          A      No, I am not aware of anything being

14   posted on social media.

15          Q      Okay.  The student on VS896, she was in

16   Miss Dyer's class, right?

17          A      Which student?

18          Q      The next page, VS896, ST?

19          A      Yes.

20          Q      And what did she respond to the

21   question 9 regarding social media?

22          A      I can't read the first part, but then

23   it says slash, not on social media.

24          Q      And VS898 on the next page.  That's

25   your handwriting, right?

104

1        A        Yes, it is.

2        Q        These are your notes of your

3   conversation with ST?

4        A        Yes.

5        Q        Okay.  Turning to the next page,

6   student CD, she was in Miss Dyer's class, correct?

7        A        Yes.

8        Q        Turning two pages to VS910, what was

9   her response to question 9 regarding social media?

10        A        We're on student CD?

11        Q        CD, yes.

12                 VS910 on the bottom.  On the bottom.

13        A        Nope, I didn't see anything about our

14   math class.

15        Q        Okay.  Turning the page to VS911, are

16   these your notes of your conversation with CD?

17        A        Yes.

18        Q        Do you remember what, if anything, CD

19   told you about Vinny's suspension?

20                 MR. SPAGNOLI:  Objection to form.

21        A        (Reviews document).

22                 It says I know Vinny got suspended.  I

23   disagreed.  He never disrespected her in a way.

24   BY MR. COTTER:

25        Q        Do you know what CD was talking about

105

1  when she told you that?

2       A       It starts about class, question mark.

3  I would assume it's about class.

4       Q       Turning to the next page?  VS927,

5  student BH, was she in Miss Dyer's fourth period

6  class?

7       A       Yes.

8       Q       Turning two pages to VS929, what was

9  her response to question 9?

10      A       No.

11      Q       Okay.  Turning to the next page to

12  VS931?  Student ID, was he in Miss Dyer's class?

13      A       Yes.

14      Q       And what was his response to question 9

15  on the next page, VS933?

16      A       No.

17      Q       Turning two pages to VS891, student

18  TP.  Was he a student in Miss Dyer's class?

19      A       Yes.

20      Q       Okay.  Turning the page to VS892, what

21  was his response to question 1?

22      A       It reads she's changed seats a couple

23  of times, five times at most.  At one point she

24  separated students by color of their skin.  It could

25  have been accidental because we got a new seat within

1   a few days.

2          Q       What did you think when you read that?

3   Initially, not right now.

4          A       It was consistent with what Miss Dyer

5   had told us.

6          Q       How was it consistent?

7          A       That she did change seats frequently.

8   And that students often chose to sit with friends.

9          Q       What about the second sentence about

10  seating, separating students of color, what did you

11  think of that when you read it?

12         A       That was Trevor's answer to the

13  question.

14         Q       You didn't think anything more of it?

15                 MR. SPAGNOLI:  Objection to form.

16         A       That was consistent with Vincent's

17  allegation.

18  BY MR. COTTER:

19         Q       What did TP respond to question --

20  strike that.

21                 What was TP's response to question 9

22  regarding social media?

23         A       No.

24         Q       Okay, turning to the next page, VS893,

25  student IS, was he in Miss Dyer's fourth period class?

107

1      A      Yes.

2      Q      Okay.  Turning to the next page, to

3  VS894.  Can you read IS's response to question 1

4  starting with one seating.

5      A      Okay.  I found it.

6             One seating arrangement had all the

7  black students in the back, which caused some

8  disruption about separate but equal and blacks to the

9  back.  Among students.  Seemingly just joking chatter.

10  I don't feel that this was racially motivated, just a

11  way of grouping in new seats.

12      Q      What did you think when you first read

13  IS's response to question 1?

14      A      He was giving a description of -- he

15  was answering the question.

16      Q      Specifically his -- what did you think

17  of his description of the seating arrangement that had

18  all the black students in the back which caused some

19  disruption?

20      A      What did I think of it?

21             (Ms. Payne conferred with Mr. Cotter.)

22  BY MR. COTTER:

23      Q      Yes.  I'm sorry.

24      A      Again, that was consistent with some of

25  the things that Vincent had said to me.

108

1     Q        And what was IS's response to
2   question 9 regarding social media, at the bottom of
3   the page on VS894?
4     A        None that I have heard of.
5     Q        Okay, turning two pages, to VS930,
6   student JA?  Was this a student in Miss Dyer's fourth
7   period class?
8     A        Can we go back?
9     Q        Oh, sure.
10    A        Student IS in answering question
11  number 1 clarified more information in his answer
12  number 10.
13    Q        And his answer to question number 10 he
14  wrote I think the seating was just a fluke happening
15  and nothing to be of any concern, right?
16    A        That's one sentence.
17    Q        Right.  There's also more, and he's
18  more supportive of Miss Dyer in his long response to
19  question 10, right?
20    A        Yes.
21    Q        But he recognizes in question 1 that
22  one seating arrangement had placed all the black
23  students in the back of the classroom, right?
24    A        That's what he said.
25    Q        Okay.  Turning back to VS930, JA is a

109

1    student in Miss Dyer's class, fourth period class,

2    right?

3         A       Yes.

4         Q       And what was JA's response to

5    question 9 regarding social media on the next page,

6    VS934?

7         A       No, I'm not aware of any postings on

8    social media.

9         Q       Okay, for question 1 JA responded yes,

10   seating have changed but, ineligible, I can't read

11   that part.

12              MR. SPAGNOLI:  Our first seat change.

13   BY MR. COTTER:

14        Q       Our first seat change, I believe, has.

15              MR. SPAGNOLI:  Was.

16   BY MR. COTTER:

17        Q       Was okay.  She put one colored student

18   in the front of the room and the other colored

19   students in the back corner, and I don't know if that

20   were her in -- I guess intentions, but I believe it

21   wasn't okay for her to do that.

22              Is that what question 1, the answer,

23   JA's answer to question 1 says?

24        A       That's what it says.

25        Q       And you read this question, this answer

110

1   as a part of your investigation?

2          A       Yes.

3          Q       Did you have any concern with JA

4   referring to students of color as colored students?

5          A       Those were his words.

6          Q       Did you talk to him about it?

7          A       No.

8          Q       Why didn't you?

9          A       Those were the words he used, that's

10  his perception.

11         Q       Do you think it's okay for students to

12  call students of color colored students?

13                 MR. SPAGNOLI:  Objection to form.

14                 (Ms. Payne conferred with Mr. Cotter.)

15         A       I don't think it's okay.  Personally.

16  BY MR. COTTER:

17         Q       JA's answer to question 1 also

18  seemingly backs up Vincent's allegations about black

19  students being placed in the back of the classroom,

20  right?

21                 MR. SPAGNOLI:  Objection.

22         Mischaracterizes the document.

23         A       Did you ask me a question?

24  BY MR. COTTER:

25         Q       Yes.

111

1          A       I'm sorry.

2                  MR. SPAGNOLI:  Can we have it read

3          back?

4                  (The stenographer read back.)

5                  MR. SPAGNOLI:  I'll just object as to

6          form.

7          A       Yes.

8    BY MR. COTTER:

9          Q       Okay, so moving on to CC.  We're all

10   set with -- with this one.

11                 Student ID, was he in Miss Dyer's

12   class, fourth period class?

13         A       Yes.

14         Q       On VS880 what was his -- wait, never --

15   strike that.

16                 VS880, these are your notes of your

17   conversation with ID, right?

18         A       Yes.

19         Q       Turning the page to VS881, what was

20   ID's response to question 9 regarding social media?

21         A       Instagram, Twitter.

22         Q       Then you subsequently had a

23   conversation with ID, right?  About his responses to

24   the questions?

25         A       Yes.

112

1      Q      Okay.  And do you remember your
2  conversation with ID?
3      A      Nothing other than what's on this page.
4      Q      What's the -- do you see where number 9
5  is?
6      A      Yes.
7      Q      What's the first word after the
8  number 9?
9      A      Seen tweets.
10     Q      And what does it say after Snapchat?
11     A      Not sure, question mark.
12     Q      And what about video?
13     A      Not so.
14     Q      Okay.  So after your conversation with
15  ID, you were aware he saw Vincent's tweets.  Is that
16  right?
17     A      Yes.
18     Q      Turning to his initial response on
19  VS881, the next page, does this contain -- strike
20  that.
21             Does he have -- does he state any
22  concern for Vincent on this page?
23     A      No.
24     Q      Does he say he's intimidated by
25  Vincent?

113

1        A        No.

2        Q        Does he say he's scared that Vincent

3   might do something to the school?

4        A        No.

5        Q        Okay, turning to the next page,

6   VS882, student MH.  Was she a student in Miss Dyer's

7   fourth period class?

8        A        Yes.

9        Q        And turning to the next page, VS883,

10  what was her response to question 9?

11       A        Yes, Twitter, tweets from Vinny about

12  feeling segregated.

13       Q        Does she mention anything about

14  Snapchat in her responses?

15       A        No.

16       Q        Does she mention being scared of Vinny?

17       A        No.

18       Q        Does she mention feeling intimidated by

19  Vinny?

20       A        No.

21       Q        Does she mention a disruption to the

22  school?

23                MR. SPAGNOLI:  Objection to form.

24       A        Her first one says sometimes students

25  are talk -- too talkative, students disruptive.

114

```
 1   BY MR. COTTER:

 2           Q        The question 1's about Miss Dyer's

 3   class, right?

 4           A        Uh-huh.

 5           Q        Turning to the next page, VS884.  Are

 6   these your notes of your conversation with MH?

 7           A        Yes.

 8           Q        Do you remember any of your

 9   conversation with her on the 9th, December 9th?

10           A        She shared that she really hadn't been

11   in school much the past week.

12           Q        Did she share whether she saw Vinny's

13   Snapchat?

14           A        She said no.

15           Q        What about any video containing Vinny

16   or a video?

17           A        No.

18           Q        Did she express -- strike that.

19                    Did she say anything about people

20   talking about social media?

21           A        No.

22           Q        Okay, under question 9, or number 9,

23   the third line, it says hasn't heard people talking in

24   the building.  Is that right?

25           A        Yes.
```

115

1      Q      So is that what MH told you?

2      A      That's what it says; hasn't heard

3  people talking in the building.

4      Q      Okay, moving to the next page,

5  VS904, student CW?

6              And is CW a student in Miss Dyer's

7  fourth period class?

8      A      Yes.

9      Q      Turning to the next page, VS905, are

10 these your notes of your conversation with CW?

11     A      Yes.

12     Q      What did CW tell you about Vincent's

13 social media activities?

14     A      It says on Twitter, that's it,

15 Snapchats no, videos, heard someone said Vinny got

16 trouble.  Saw video, don't think we got many concerns.

17     Q      Does he say anything about Vinny's

18 intentions?

19             MR. SPAGNOLI:  Objection to form.

20     A      I don't believe he speaks about Vinny.

21 I think he's talking about himself.

22 BY MR. COTTER:

23     Q      So under -- next to number 10 it says I

24 don't think he bad intentions, right?

25     A      Yes.

                                                                116

1          Q          And was that about Vinny?

2                     Or strike that, was he referring to

3     Vinny as the he in that sentence?

4          A          Yes.  Now that I look at it, yes.

5          Q          Okay.  Turn the page to VS918, student

6     MK.  Is MK in Miss Dyer's fourth period class?

7          A          Yes.

8          Q          And what was -- on the next page,

9     VS919, what was MK's response to question 9?

10         A          It reads I did see a handgun on Vinny's

11    Snapchat but it was not in his hand but I did see

12    that.

13         Q          Does it mention Twitter?

14         A          No.

15         Q          Did you ever have a conversation with

16    MK about his responses to the questionnaire?

17         A          About these specific responses?

18         Q          Similar to what you did with the other

19    students where you followed up with him and took

20    notes?

21         A          (Reviews document).

22                     I don't recall.

23         Q          Okay.  Does his response to the

24    questionnaire say anything about being scared of

25    Vinny?

117

```
 1        A        It says sometimes Vinny Spero is rude

 2   to Miss Dyer for no reason, just because he doesn't

 3   like her.  Vinny called Miss Dyer a racist in class

 4   when no one else thought she was.  Also said he knew

 5   her address and where she lived.

 6        Q        Right, but that wasn't my question.

 7   Does he state anywhere in here that he feels scared of

 8   Vinny?

 9        A        No.

10        Q        Intimidated by Vinny.

11                 Does it state in here whether or not --

12   whether he feels intimidated by Vinny?

13        A        No.

14                 I thought I answered that.

15        Q        Turning to VS924, student MK.  MK was a

16   student in Miss Dyer's fourth period class, right?

17        A        Yes.

18                 MR. SPAGNOLI:  You can call him MK2.

19                 MR. COTTER:  Oh, there's two MKs.  MK2.

20   BY MR. COTTER:

21        Q        What was MK's response to question 8?

22                 MR. SPAGNOLI:  Objection to form.

23   BY MR. COTTER:

24        Q        Oh, next page, VS926.

25        A        To which question?
```

118

1      Q      Actually it will be easier if we just
2   go to VS925, the next page.
3             Are these your notes of your
4   conversation with MK2?
5      A      Yes.
6      Q      Okay.  And what was his response to
7   question 9 when you spoke with him?
8      A      It reads yes, Twitter, people saying
9   the school is racist, Snapchat no, video no.
10     Q      Did he mention to you that he felt
11  scared of Vinny?
12     A      No.
13     Q      Intimidated by Vinny?
14     A      No.
15     Q      Okay.  Turning to the next page,
16  VS912, student JB?  Is he a student in Miss Dyer's
17  fourth period class?
18     A      Yes.
19     Q      Okay.  What -- turning to the next
20  page, VS913, what was JB's response to question 4?
21     A      Yes, I think it was a coincidence that
22  all of the colored people were in a corner.
23     Q      What did you think when you first read
24  JB's response?
25     A      JB is a black student.  And he answered

119

1    the question.

2         Q        All right, so how did you feel that

3    JB, a black student, noticed that all of the people of

4    color were sat in the corner?

5         A        He said it was a coincidence.

6         Q        But he did notice that they were all

7    sat in the corner, right?

8                  MR. SPAGNOLI:  Objection.

9         A        That's what he said.

10   BY MR. COTTER:

11        Q        What was his response to question 9

12   regarding social media?

13        A        It reads I saw a post on Twitter

14   regarding something about racism in class.

15        Q        And does he -- turning to the next

16   page, VS914, you had a conversation with JB after he

17   filled out that questionnaire, right?

18        A        Yes.

19        Q        And did he ever mention feeling

20   intimidated by Vinny?

21        A        No.

22        Q        Scared of Vinny?

23        A        No.

24        Q        Had he seen the Snapchat video?

25        A        No.

120

1       Q       Okay, turning to the next page, student

2  RT.  Was he a student in Miss Dyer's fourth period

3  class?

4       A       Yes.

5       Q       And what was his response to question 9

6  regarding social media?

7       A       It reads yes, I am, I saw the video on

8  Snapchat and the tweet on Twitter.  It really didn't

9  bother me because we grown up around guns.

10      Q       What did you think when you first

11  initially read RT's response to question 9?

12      A       That he answered it honestly.

13      Q       And question 6, his response says three

14  colored student were sitting in the back corner,

15  Vincent Spero said, quote, why don't you move Jordan

16  over here too, end quote, seats were assigned, period.

17  I don't think Miss Dyer did that on purpose, she is

18  nice.

19              Is that what it says?

20              MR. SPAGNOLI:  Nope.

21              MR. COTTER:  Oh, she is too nice.

22              MR. SPAGNOLI:  Okay.

23  BY MR. COTTER:

24      Q       Is that what it says?

25      A       Yes.

121

1      Q      I'd like you to turn the page,

2  VS921, student HR.  Was he a student in Miss Dyer's

3  fourth period class?

4      A      Yes.

5      Q      Okay.  Okay, so in his response to

6  question 9 he wrote I have seen the video and the

7  tweets that concern some people, and from my honest

8  opinion is that there was no threat made by any

9  students and that nothing threatening was posted.

10            Is that what it says?

11     A      Yes.

12     Q      What did you think when you read

13  HR's -- when you initially read HR's response to

14  question 9?

15     A      We asked a question and he gave his

16  honest answer.

17     Q      All right.  Did you think his answer

18  was consistent with the rest of the students' answer

19  to question 9?

20            MR. SPAGNOLI:  Objection to form.

21     A      I'm not sure what you mean by

22  consistent.

23  BY MR. COTTER:

24     Q      We just went through the responses to

25  the questionnaire of the class which you reviewed as

122

1    part of an investigation, right?

2         A       Uh-huh.

3         Q       Did any --

4         A       Yes.

5         Q       -- of those responses mention Vincent

6    being a threat to the school?

7         A       No.

8         Q       Did any of those responses mention

9    Vincent being intimidating?

10        A       No.

11        Q       In fact, most people hadn't even seen

12   the social media post, right?

13                MR. SPAGNOLI:  Objection to form.

14        A       They answered the questions that were

15   asked.

16                MR. COTTER:  Can you read back my

17        question?

18                (The stenographer read back.)

19        A       Correct.

20   BY MR. COTTER:

21        Q       How many students were in the senior

22   class in the 2016/2017 school year?

23        A       I believe a little over 1100.

24        Q       In the sen -- in just the senior class?

25        A       Oh, no.

123

1        Q      Okay.

2        A      In the school.

3        Q      Okay.

4        A      In the school, I'm sorry.

5              The class would have been around 300.

6        Q      And turning to VS923, are these your

7  notes of your conversation with HR?

8        A      Yes.

9        Q      And in your conversation with HR, did

10  he say he noticed students of color being grouped

11  together in Miss Dyer's seating arrangements?

12        A      Can you repeat your question?

13        Q      In your conversation with HR after he

14  filled out the questionnaire, did he tell you that he

15  noticed students of color being sat together in Miss

16  Dyer's class?

17        A      He said it was questionable.

18        Q      So did more than just Vincent notice

19  that students of color were sat together in the back

20  of Miss Dyer's class?

21        A      Can you repeat that?

22              MR. COTTER:  Can you read it back?

23        A      Sorry.

24  BY MR. COTTER:

25        Q      So did more students than just Vincent

124

1   notice that students of color were sat together in the

2   back of Miss Dyer's class?

3        A      Yes.

4        Q      That doesn't mean that Ms. Dyer did it

5   intentionally, though, right?

6        A      Correct.

7        Q      Right.  So it could have just happened.

8               MR. SPAGNOLI:  Objection to form.

9        A      It could have been a seating chart, it

10  could have been the way students chose to sit.  Or how

11  they were grouped.

12  BY MR. COTTER:

13       Q      Okay.  So you completed your

14  investigation, reviewed all those responses; and what

15  conclusion did you make after reviewing those

16  responses?

17       A      Can I add to my last response?

18       Q      Sure.

19       A      How students were grouped according to

20  a task.  Like teachers say, pair share.

21       Q      Okay.

22              MR. COTTER:  Can you read back my last

23       question?

24              (The stenographer read back.)

25       A      In regards to a specific question?  Or

125

1    in general?

2    BY MR. COTTER:

3         Q       Generally.

4         A       That students were pretty consistent

5    with their answers.

6         Q       How, how so?

7         A       They were aware that seating changed

8    frequently throughout the semester.  Many of them had

9    not -- did not specifically see the social media.  And

10   most of them had something positive to say about Miss

11   Dyer.

12        Q       And did you share the results of your

13   investigation with anybody?

14        A       Yes.

15        Q       Okay, who did you share it with?

16        A       Mr. Kasson and I interviewed the

17   students, and we shared that with Dr. Penna.  And the

18   superintendent.  Because the superintendent requested

19   that we speak to each of the students.

20        Q       Was that one meeting with Dr. Penna and

21   the superintendent or two separate meetings?

22        A       Two separate.

23        Q       Okay, first what did you say to

24   Dr. Penna?

25        A       I don't recall specifically.

126

1       Q       Did you let him know that most students

2  didn't see the social media post?

3                MR. SPAGNOLI:  Objection to form.

4       A       We tallied the responses and shared

5  that with him.

6  BY MR. COTTER:

7       Q       Did you -- so -- strike that.

8                So did you create a document tallying

9  the responses?

10      A       I believe so.

11      Q       Did you hand write it or type it?

12      A       I don't recall.

13               MR. COTTER:  Charles, we ask that that

14       document if it exists be produced, and we'll

15       put our request in writing.

16               MR. SPAGNOLI:  I'm pretty sure that

17       document doesn't exist anymore.  But I'll

18       request it.

19  BY MR. COTTER:

20      Q       Okay, so the tally in that document

21  would have included the number of students who saw

22  Vincent's social media post?

23      A       It would have included the answers to

24  the questions.

25      Q       Right, but I guess I'm under -- trying

127

1    to understand how would you tally those responses?

2         A         Whether they answered yes or no or

3    whether they were aware or not.

4         Q         Of the students in Miss Dyer's fourth

5    period class who responded that they did see Vincent's

6    social media posts, how many expressed concern over

7    them?

8         A         We just went over each one of them.  I

9    don't recall the number.

10        Q         Do you remember any?

11                  MR. SPAGNOLI:  Objection to form.

12                  (Ms. Payne conferred with Mr. Cotter.)

13        A         Can you restate your question?

14                  (Ms. Payne conferred with Mr. Cotter.)

15   BY MR. COTTER:

16        Q         Do you remember any that expressed

17   concern over Vincent's social media post?

18                  MR. SPAGNOLI:  Objection to form.

19                  (Ms. Payne conferred with Mr. Cotter.)

20        A         Not at that time.

21                  MR. SPAGNOLI:  Counsel, it's now past

22          three thirty.  Do you want to take another

23          break?  How much longer do you have?

24                  MR. COTTER:  Sure.  And not much

25          longer.  That was the bulk of the time that's

128

1     important.

2              (Short break)

3              MR. SPAGNOLI:  In an off-the-record

4     discussion, Counsel for plaintiffs indicated

5     that due to the weather forecast she's

6     concerned about safety of traveling to

7     Binghamton for depositions tomorrow.  And as a

8     courtesy I am agreeing to adjourn the

9     depositions of Brittany Spero and Ms. Spero

10    scheduled for tomorrow, on a couple of

11    conditions that have been agreed to.

12             One is we will reschedule those

13    depositions for one of the available dates for

14    counsel in March.  If through some national

15    emergency or circumstances of similar scope we

16    cannot go forward on that date, we will -- they

17    will produce Brittany Spero and Mrs. Spero on a

18    date if necessary after the discovery

19    deadline without objection.

20             They further agree to produce Brittany

21    Spero without subpoena, Mrs. Spero of course

22    being a party and subject to production.

23             And they have also committed to

24    providing me within two weeks of this date with

25    copies of the Snapchat story if it was in fact

129

1          saved by Vincent and a copy of the pickup truck

2          from the pickup truck incident if Vincent still

3          has it in his possession, custody, or control.

4                    Is that accurate?

5                    MS. PAYNE:  It is, Counselor.

6   BY MR. COTTER:

7          Q       Miss Caddick, going back to your

8   investigation, you mentioned you shared the results

9   with Superintendent Ahearn.  Right?

10         A       Yes.

11         Q       Can you tell me about that

12  conversation?

13         A       I do not recall the specifics.

14         Q       What about generally, do you know what

15  you spoke with him about?

16         A       That we interviewed all of the

17  students, finished up on the 12th, and we asked the

18  questions that we had determined to ask, and we had

19  finished up on that date, on the 12th.  We let him

20  know that all of the students had been interviewed.

21         Q       And do you remember what he said to

22  you?

23         A       I do not.

24         Q       So you finished the investigation on

25  December 12th, right?

130

```
1         A        We finished the interviewing.
2         Q        The interview on December 12th.  Did
3   there come a point where Vincent -- strike that.
4                  When was it recommended -- strike that.
5                  To your knowledge when was it
6   recommended that Vincent serve longer than a five-day
7   suspension for the second incident?
8         A        It would have been after the 12th, and
9   I believe the notice of hearing went out on the 15th,
10  so.  13th or the 14th.
11        Q        Were you involved in those discussions?
12        A        Very minorly.
13        Q        Okay, what was your minor involvement
14  with the discussions?
15        A        That if we -- you know, if the
16  superintendent decided to suspend and go to a hearing,
17  I would have to collect the documents pertinent or
18  needed for that -- that hearing.
19        Q        Did you offer your recommendation of
20  whether Vincent should serve more than five days?
21        A        I did.
22        Q        What was your recommendation?
23        A        That a hearing was -- should take
24  place.
25        Q        Why was that your recommendation?
```

131

1       A       Because there had been a disruption to

2   the school.  I think there was great potential for

3   further disruption.  Students were fearful because of

4   the gun video, and students, staff members, parents,

5   the state police, many had contacted the school with

6   concerns about what was going on.

7               We sent -- we spent a great deal of

8   time interviewing, meeting with students, meeting

9   with -- just not me specifically but the parents,

10  answering calls, meeting with Miss Dyer, meeting with

11  Officer Talbut, meeting with the school counselors.

12  And all of that together.

13              But mainly it was that -- it was that

14  gun video that really created concern for all of those

15  people I've mentioned.  And for us as administrators.

16      Q       Did you say the superintendent's

17  hearing notice went out the 14th?

18      A       It's my recollection it was the 15th.

19      Q       15, okay.  The 15th.  So between the

20  8th when the incident happened and the 15th when the

21  notice of a superintendent's hearing went out, how

22  many phone calls from parents did you personally

23  receive?

24      A       I believe I talked to two people.

25      Q       Who were they?

132

```
1        A        I don't recall the one but I do recall
2   that Dr. Lamosh, that a phone call came in to the
3   central office, she called me and asked me to follow
4   up with a parent.
5                 And I also believe another parent, I
6   believe it was Mr. Kies that called me.
7        Q        You don't happen to know how to spell
8   that, would you??
9        A        K-I-E-S.
10       Q        Oh, is he the father of MK2?
11       A        One of -- one of the MKs.
12       Q        One of the MKs.  But he was a father of
13  one of the students in Miss Dyer's class.
14       A        Yes.
15       Q        And what did Mr. Kies say when he spoke
16  with you?
17       A        He was concerned about the disruption,
18  math class.  I remember he said specifically is that
19  he knew of Miss Dyer and he was pleased that his son
20  was in that class, and that in -- in -- he was
21  concerned about that there was disruption.
22       Q        In the math class?
23       A        (Nods head).  Yes.
24       Q        And was that after you interviewed his
25  son as part of your investigation?
```

133

1          A       Yes.

2          Q       And when you offered a -- strike that.

3                  When you offered the recommendation

4     that Vincent should be suspended beyond the initial

5     five days, did you offer an opinion on the length of

6     suspension that would be appropriate?

7          A       I did not.

8          Q       You mentioned the potential for further

9     disruption, as part of the reasoning why a suspension

10    longer than five days may be appropriate.  What did

11    you mean by further disruption?

12         A       If you -- if you look at some of the

13    social media, Vincent was angry.  He was angry when he

14    spoke to me.  He was angry initially in the class.

15    And student AH mentioned he was angry.

16                 The -- the students that went down and

17    talked with Officer Talbut were -- were concerned.

18    And Miss Dyer was concerned that Vincent would be in

19    her class after making those remarks.

20         Q       What remarks are you referring to when

21    you just mentioned Miss Dyer?

22         A       He mentioned her street, her husband's

23    first and middle name, and someone in the class

24    mentioned her -- her house number.

25         Q       Right.  But Vincent served a five-day

134

1  suspension for those remarks, right?

2       A       Yes.

3       Q       And those remarks had nothing to do

4  with his second suspension.  Is that right?

5                MR. SPAGNOLI:  Objection.

6       A       Her concern was that he was angry with

7  her.

8  BY MR. COTTER:

9       Q       Did she tell you this?

10      A       When she initially came down, she

11  was -- she was frightened.  She was teary-eyed.  She

12  said she had two young children.

13      Q       But what about -- strike that.

14               (Ms. Payne conferred with Mr. Cotter.)

15  BY MR. COTTER:

16      Q       Were there Post-it Notes posted around

17  the school that read hash tag free Spero?

18      A       Yes.

19      Q       What did you think of those?

20      A       Staff members came down to the office

21  bringing them, you know, oh, I found this or I found

22  that.

23               Students can post things.

24               I think back to what I said about

25  Vincent's persona.  People were concerned about him.

135

1      Q      Concerned that he was going to be

2  suspended?

3      A      That he had posted a picture of a gun.

4      Q      Why would students put Post-it Notes

5  around the school that read hash tag free Spero if

6  they were concerned about Vincent posting a gun?

7             MR. SPAGNOLI:  Objection to form.

8      A      Some students supported Vinny, others

9  were fearful of him.

10 BY MR. COTTER:

11     Q      Was the posting of the Post-it Notes

12 part of the further disruption you mentioned earlier?

13     A      In that it was still being talked

14 about, after his initial suspension.  They were still

15 ongoing.

16     Q      Who did you give your recommendation to

17 that Vinny be suspended for an addit -- more than five

18 days to?

19     A      Dr. Penna.

20     Q      What did he say when you gave him that

21 recommendation?

22     A      He agreed.

23     Q      Did he say anything else?

24     A      Not that I recall.

25             MR. SPAGNOLI:  Really?

136

1              MR. COTTER:  Are we talking about the

2         same Dr. Penna?

3              MR. SPAGNOLI:  Let the record reflect

4         levity in the room.

5         A         Some things you block out of your mind.

6    BY MR. COTTER:

7         Q         So who in the district office would

8    handle -- strike that.

9              So Dr. Penna can't suspend for beyond

10   five days, right?

11        A         Correct.

12        Q         So who in the district office would

13   handle a suspension when it was referred to a hearing

14   for greater than five days?

15        A         The superintendent.

16        Q         So did you have any conversations with

17   the superintendent about a further suspension for

18   Vinny?

19        A         I don't recall specifically, no.

20        Q         What about Assistant Superintendent

21   Lorraine Paushter, did you have any conversations with

22   her about this incident?

23        A         Those conversations were, if I recall,

24   once the superintendent made his decision.

25        Q         Okay, so just so I understand the

137

1  process, the superintendent would make the decision to

2  go forward with a hearing, the notice would go out,

3  and then after that you had conversations with

4  Lorraine Paushter.

5        A       To prepare for the hearing.

6        Q       Okay.  So what did you discuss with

7  Assistant Superintendent Paushter?

8                MR. SPAGNOLI:  Hold on a moment.  Do

9        not answer to the extent those conversations

10        took place in the presence of counsel.

11        Otherwise, if they were outside the presence of

12        counsel, go ahead.

13        A       Then -- then I can't answer.

14  BY MR. COTTER:

15        Q       So every conversation you had with Miss

16  Paushter, Ms. Dewind presumably was present as well,

17  right?

18                MR. SPAGNOLI:  Every conversation

19        relating to preparation for the

20        superintendent's hearing in this matter?  As

21        opposed to every conversation she ever had?

22                MR. COTTER:  Ever, yes.

23                MR. SPAGNOLI:  Okay, thank you.

24                MS. PAYNE:  Is that correct?

25  BY MR. COTTER:

138

1       Q     Did --

2           MS. PAYNE:  Josh, did you hear an

3   answer?

4 BY MR. COTTER:

5       Q     Wait, so was Ms. Dewind present in

6 every meeting you had preparing for the

7 superintendent's hearing?

8       A     Yes.

9       Q     Did there come a time during the

10 hearing process where you offered a recommendation as

11 to the length of the punishment that Vincent should

12 serve?

13      A     I don't recall.

14      Q     Do you know if anyone else offered a

15 recommendation to the length of punishment Vincent

16 should serve?

17      A     Not -- I'm not sure what you're asking.

18      Q     Maybe I'll try be to clearer.

19           So at the hearing Ms. Dewind told the

20 hearing -- recommended to the hearing officer that

21 Vincent serve an 18-month suspension.  I'm trying to

22 figure out how -- whose idea that was.

23           MR. SPAGNOLI:  Again I'm going to have

24     to instruct the witness not to answer if she

25     only knows the information from a private

139

1           meeting with counsel.

2                       I don't know if you can answer without

3           getting into that.

4           A        Every conversation we had was with

5           counsel.  Once -- really once we got started.

6                       MR. SPAGNOLI:  If I may.

7                       Were you aware that Ms. Dewind made a

8           recommendation at the hearing that Vincent get

9           an 18-month suspension?

10                      THE WITNESS:  Yes.

11                      MR. SPAGNOLI:  Okay.

12                      THE WITNESS:  I was present.

13                      MR. SPAGNOLI:  Oh, at the hearing?

14                      THE WITNESS:  The superintendent's

15          hearing?

16                      MR. SPAGNOLI:  Yeah.

17                      THE WITNESS:  Yeah.

18                      MR. SPAGNOLI:  All right.  There's your

19          answer.

20   BY MR. COTTER:

21          Q        Right.

22                       (Ms. Payne conferred with Mr. Cotter.)

23   BY MR. COTTER:

24          Q        But, yeah, do you know where the

25   recommendation came from?

140

1          A        It was not from me.

2          Q        Who else was involved besides you and

3    Miss Dewind in the hearing process?

4          A        The superintendent.

5                   The process?  I'm very confused by what

6    you're asking.

7          Q        So there is the hearing, right?  And

8    you -- you had -- you were tasked with preparing for

9    the hearing, right?

10         A        Yes.

11         Q        Who else was helping you prepare

12   besides Miss Dewind?

13         A        Mr. Kasson.

14         Q        Anyone else besides Mr. Kasson?

15         A        Miss Paushter, the superintendent.

16                  Did I mention Dr. Penna?

17         Q        Okay, so Miss Paushter, did you say and

18   the superintendent, or?

19         A        If we met with counsel we met together.

20                  (Ms. Payne conferred with Mr. Cotter.)

21   BY MR. COTTER:

22         Q        Including the superintendent?

23         A        Most times.

24         Q        And this was prior to the

25   superintendent issuing his decision in the hearing,

141

1   right?

2          A        Yes.

3          Q        Did you have any conversations with

4   Michael Sherwood during the hearing process?

5          A        Michael Sherwood was the hearing

6   officer.

7          Q        Right.  Did you have any conversations

8   with him outside of the hearing process?

9          A        I do not recall that.

10         Q        If the investigation would have came

11  back -- strike that.

12                  If the conclusion of your investigation

13  was that there was a racially motivated seating chart,

14  would have you recommended Vincent be suspended for

15  more than five days?

16         A        Can you repeat that?

17                  MR. COTTER:  Can you read it back?

18                  (The stenographer read back.)

19                  MR. SPAGNOLI:  Objection to form.

20         A        No.

21  BY MR. COTTER:

22         Q        Changing gears to -- sorry.

23                  Showing you again Plaintiff's

24  Exhibit W.  If you could turn to page 4.

25                  MR. SPAGNOLI:  Take a break for a

142

1          moment?  I'm having difficulty locating my copy

2          of W here.

3                    MS. PAYNE:  Do you want me to make you

4          a copy, Charles?

5                    MR. SPAGNOLI:  No, I found it.

6                    MS. PAYNE:  Okay.

7                    MR. SPAGNOLI:  Just give me one moment.

8                    Thank you.

9    BY MR. COTTER:

10         Q      Okay, you with me on page 4?

11         A      Yes.

12         Q      And do you want to take a minute to

13   read over just page 4?

14         A      Sure.

15                (Reviews document).

16         A      Okay.

17         Q      So this section discussions

18   alternatives Vincent may have to get a diploma, right?

19         A      Yes.

20         Q      Okay.  So is -- is the TASC diploma the

21   same as a regents diploma from Vestal High School?

22         A      No.

23         Q      Is a TASC diploma just as good as a

24   regents diploma from Vestal High School?

25         A      No.

143

1        Q        No.  Do you know if Vincent or his

2    parents had the ability to enter into a home schooling

3    program?

4        A        Any parent could do that.

5        Q        How could -- how would any parent do

6    it?

7        A        If a parent decided that they wanted to

8    home school their child, they would tell a

9    superintendent.  The superintendent would then -- the

10   home schooling is handled through BOCES; BOCES

11   would -- the superintendent would notify BOCES or

12   BOCES would send a packet of information to a parent

13   on how to proceed.

14       Q        With the information that that parent

15   would then teach their child the material?

16       A        No.  You -- you can -- there are many

17   programs online that you can, you know, do the home

18   schooling, meet those requirements through that way.

19       Q        And what diploma do you receive as a

20   result of finishing the home schooling program through

21   BOCES?

22       A        You could get -- students on home

23   schooling come into the school to take regents exams,

24   so they could get a regents diploma.

25       Q        After Vincent was suspended for 18

144

1   months, could he have went back into school to take

2   regents exams?

3                    MR. SPAGNOLI:  Objection to form.

4         A        I'm not -- I'm not sure.

5                    (Ms. Payne conferred with Mr. Cotter.)

6   BY MR. COTTER:

7         Q        Backtracking to the December 1st

8   incident in Miss Dyer's class; was the student who

9   said the number of Miss Dyer's house suspended?

10                   MR. SPAGNOLI:  Objection to form.

11        A        It was not determined who said that.

12  BY MR. COTTER:

13        Q        Okay, so did you investigate who said

14  that?

15        A        We did not determine who it was.

16        Q        Right, but did you investigate to find

17  out who it was?

18        A        We talked to students.

19                   Could I have some more water?

20                   MR. COTTER:  I'm almost --

21                   MR. SPAGNOLI:  Yeah, you said that at

22             one twenty.

23                   THE WITNESS:  We've heard that several

24             times.

25                   MR. COTTER:  I mean.

```
                                                      145

 1   BY MR. COTTER:

 2        Q       Okay, so I'm showing you what's been --

 3               MR. SPAGNOLI:  Wait.

 4               MR. COTTER:  Are we taking a break?

 5               MR. SPAGNOLI:  Susan's out of the room,

 6        I didn't know if you wanted to wait till she

 7        comes in.

 8               THE WITNESS:  Thank you.

 9   BY MR. COTTER:

10        Q       Okay.  I'm showing you what's been

11   marked as Plaintiff's Exhibit N.  Are you familiar

12   with that document?

13        A       Yes.

14        Q       And what is it?

15        A       It is a presuspension letter for

16   Vincent Spero.

17        Q       And that's the letter we spoke about a

18   while ago that lays out the basis for the suspension,

19   right?

20        A       Yes.

21        Q       Does it anywhere in that letter --

22   strike that.

23               Does the letter mention a Snapchat

24   video of a girl in a hospital?

25        A       Not specifically.
```

146

1           MR. COTTER:  I think I'm done; can I

2      take two minutes, gather my thoughts, and then

3      I think --

4           MR. SPAGNOLI:  By all means, Counsel.

5      Take as much time as you need.

6           (Short break)

7           MR. COTTER:  Okay.  Just a few more

8      questions.  Honest this time.

9  BY MR. COTTER:

10          Q      Have there -- in your time as assistant

11  principal at Vestal, was there ever any actual

12  lockdowns?  As opposed to the drill.

13          A      No.

14          Q      Okay, I'm showing you Defendant's

15  Exhibit 11.

16          A      (Reviews document).

17          Q      Are you familiar with these pictures?

18          A      During the hearing Brittany Spero

19  presented those pictures.

20          Q      On the pages there are names.  Do you

21  recognize any of those names as students at Vestal

22  High School during the 2016/2017 school year?

23          A      I recognize most of them.

24          Q      And before the hearing in which

25  Brittany submitted these photos, have you seen these

147

1   photos be -- I'll rephrase.

2          Had you -- did you see these photos

3   before Brittany Spero submitted them in the hearing?

4          A     No.

5          Q     After-.

6          Did you investigate any of these

7   students after you saw these photos during the

8   hearing?

9          A     No.

10         Q     Why?

11         A     The only time they were brought to our

12  attention was by Miss Spero.

13         Q     Do any of these photos concern you?

14         A     They all appear to be students who are

15  hunters.

16         Not all, sorry.  I'll take that back.

17         (Reviews document).

18         All of them are hunting related except

19  for this, which was a very poor choice on Halloween.

20         MR. SPAGNOLI:  Let the record indicate

21     the witness has indicated the page VS432.

22  BY MR. COTTER:

23         Q     Did you-.

24         (Ms. Payne conferred with Mr. Cotter.)

25  BY MR. COTTER:

148

1      Q        On page VS432, how do you know that

2  that's Halloween?

3               MR. SPAGNOLI:  Objection to form.

4      A        I can answer that.  I spoke with

5  C.P. and his mother.  And -- and that's what I was

6  told.

7  BY MR. COTTER:

8      Q        After the hearing?

9      A        After I was made aware of the picture.

10     Q        Okay, and you first became aware of the

11  picture through Brittany Spero at the hearing, right?

12     A        Yes.

13     Q        Okay.  So talk -- so you reached out to

14  CP's mother.  Is that right?

15     A        I believe so.

16               MR. SPAGNOLI:  Could we have, where she

17          made reference to the student's name could we

18          replace that with the initials?

19  BY MR. COTTER:

20     Q        And what did you -- what did you

21  discuss with her?

22     A        That it -- that I was made aware of a

23  picture of her son and other -- with other students,

24  and he was holding a gun.

25     Q        And was CP disciplined?

149

1          A        No.

2          Q        Why?

3          A        There was no concern that came into the

4    school about that picture.

5          Q        Is CP in that picture holding a gun?

6          A        Yes.

7          Q        And the other students in that picture,

8    they're Vestal students holding guns?

9          A        I -- I can only recognize the one

10   student whose face; the other face is cut off and the

11   other face is behind a mask.

12         Q        Were any of the other students in that

13   picture disciplined?

14         A        No.

15                  (Ms. Payne conferred with Mr. Cotter.)

16   BY MR. COTTER:

17         Q        Turning back one page?

18         A        This one.

19         Q        Oh, the other way.

20                  (Ms. Payne conferred with Mr. Cotter.)

21   BY MR. COTTER:

22         Q        Can I look at it for a second?

23                  I'm showing you page VS429.  Student

24   HV.  Are you familiar with that student?

25         A        Not personally but I recognize the

150

1  name.

2        Q        Did seeing this gun concern you?

3        A        Any picture of a gun would concern me.

4        Q        Did you investigate HV's access to that

5  firearm?

6        A        No.

7        Q        Do you know if -- strike that.

8                 Were threat assessments completed by

9  Officer Talbut for any of the students in those

10 pictures?

11       A        No.  Not that I'm aware of.

12                (Ms. Payne conferred with Mr. Cotter.)

13 BY MR. COTTER:

14       Q        Are you familiar, I'm showing you

15 VS433.  Are you familiar with student RT?

16       A        Yes.

17       Q        And the caption on the picture reads

18 hash tag sniper.  Is that right?

19       A        That's what it says.

20       Q        Did that picture concern you when you

21 saw it?

22       A        I know Richard, and I know he's a

23 hunter.

24                (Ms. Payne conferred with Mr. Cotter.)

25 BY MR. COTTER:

151

1        Q        So did you follow up on that picture at

2    all?

3        A        I did not.

4                 (Ms. Payne conferred with Mr. Cotter.)

5    BY MR. COTTER:

6        Q        Do you know whether or not Vincent or

7    anyone -- strike that.

8                 Do you know whether or not Vincent's a

9    hunter?

10        A        I do not.

11                MR. COTTER:  I do not have any more

12        questions.

13                MR. SPAGNOLI:  I have just a short

14        series of questions, and we can all get out of

15        here.

16    EXAMINATION

17    BY MR. SPAGNOLI:

18        Q        I'm going to ask you to look at

19    Exhibit I, which are your notes from the December 8,

20    2016 meeting?

21                I can just share my copy.

22                MR. COTTER:  That makes it easy.

23    BY MR. SPAGNOLI:

24        Q        You listed the name of three students

25    at the top left of the notes.  Do you see those

152

1    note -- those names?

2         A       I do.

3         Q       Were you taking these notes -- strike

4    that.

5                 Were these notes taken during the

6    meeting in which Officer Talbut was presenting certain

7    information?

8         A       Yes.

9         Q       Is it possible that he recited more

10   names than that and you just didn't get them all down?

11        A       Yes.

12        Q       You referred earlier in your testimony

13   to an incident Miss Dyer described to you in which on

14   November 22, 2016 Vincent had called her a fucking

15   racist.  Do you recall that testimony?

16        A       Yes.

17        Q       Did you have a conversation with

18   Vincent about that incident?

19        A       Yes.

20        Q       When did you have that conversation

21   with Vincent, what date?

22        A       December 1st.

23        Q       And at what time of day on December 1st

24   did you have that conversation?

25        A       During first period.

153

```
 1        Q        So you had a conversation on

 2   December 1 with Vincent about him calling Miss Dyer a

 3   fucking racist.  Did you have -- and then I think you

 4   testified that on December 2 you had a conversation

 5   with him about the allegation that he was intimidating

 6   Miss Dyer, correct?

 7                  MR. COTTER:  Objection to form.

 8        A        Yes.

 9   BY MR. SPAGNOLI:

10        Q        Is that what you testified to before?

11                  MR. COTTER:  Objection to form.

12        A        I don't recall.

13                  MR. SPAGNOLI:  I'll withdraw that.

14                  THE WITNESS:  Okay.

15   BY MR. SPAGNOLI:

16        Q        When you were talking about your

17   conversation with Vincent earlier today, you testified

18   that at one point Vincent asked for the

19   superintendent's number and you put that number on a

20   Post-it.  Do you remember that testimony?

21                  MR. COTTER:  Objection to form.

22        A        I do.

23   BY MR. SPAGNOLI:

24        Q        Was that request made in either the

25   December 1 or December 2 meeting?
```

154

1          A       Yes.

2          Q       Do you remember which of the meetings

3     it was?

4          A       The first meeting.

5          Q       December 1?

6          A       Yes.

7          Q       Showing you what's been marked as

8     Exhibit Y.  You testified earlier that these were the

9     notes of your interview with Asia Holloway on

10    December 8, 2016, correct?

11         A       Yes.

12         Q       I note that a few lines up from the

13    bottom of the notes it states Dr. Penna, we care about

14    everyone.  Is that -- have I read that correctly?

15         A       Yes.

16         Q       Does that refresh your recollection as

17    to whether Dr. Penna was present for any part of the

18    meeting between you and Asia Holloway on December 8,

19    2016?

20         A       Yes.  Because it's his name.

21         Q       My question is does it actually refresh

22    your recollection that he was there for some part of

23    the meeting?

24         A       Yes.

25         Q       And what is that recollection?

155

1      A      I believe he stepped in after I had
2  been talking with her for a couple minutes.
3      Q      I'm showing you what's been marked as
4  Exhibit BB, and I'm turning to the last page with your
5  notes of your conversation with student JA.
6      A      Okay.
7      Q      Previous to interviewing JA, at some
8  point Vincent had made a claim that there was some
9  grouping of students according to the seating chart in
10 Miss Dyer's class.  You're familiar with that
11 allegation, correct?
12                MR. COTTER:  Objection to form.
13     A      Yes.
14 BY MR. SPAGNOLI:
15     Q      What was it specifically that Vincent
16 claimed had happened with the seating arrangement?
17     A      That she put students of color
18 together.
19     Q      Did he -- was it your understanding
20 that he was claiming that just some students of color
21 had been grouped together or all students of color in
22 her classroom had been grouped together?
23                MR. COTTER:  Objection to form.
24                MR. SPAGNOLI:  What's the problem with
25       the form?

156

1          MR. COTTER:  Can you read back the

2      question?

3              (The stenographer read back.)

4          MR. COTTER:  Some or all?  That's fine.

5      Go ahead.

6      A      Some.

7  BY MR. SPAGNOLI:

8      Q      Who was it who told you that Vincent

9  was claiming some students of color had been grouped

10  in an area of the classroom?  If you recall.

11      A      Can you repeat that?

12      Q      Yeah.  You just testified that your

13  understanding was Vincent was claiming some students

14  of color were grouped together in Miss Dyer's

15  classroom.  I'm just wondering where did you get that

16  information that that was what Vincent was claiming?

17      A      That's what Vincent said.

18      Q      To you?

19      A      Yes.

20          MR. SPAGNOLI:  I don't have anything

21      further.  Thank you.

22              You're done.

23          MR. COTTER:  Thank you, Miss Caddick.

24          THE WITNESS:  Thank you.

25              (The testimony of Ms. Caddick was

157

1          adjourned at 4:46 p.m.)

2                        *  *  *  *  *

158

1                     SIGNATURE OF WITNESS

2

3

4       I have read the foregoing record of my testimony

5    taken at the time and place indicated in the heading

6    hereof, and I do hereby acknowledge it to be a true

7    and correct transcript of same, with any corrections

8    or changes I desire to make indicated on the attached

9    errata sheet(s).

10

11                      _____

12                      DEBORAH CADDICK

13

14

15

16    STATE OF _____   )

17    COUNTY OF _____   )

18

19

20

21    Subscribed and sworn to before me this _____ day

22    of _____, 20___.

23

24    _____

25    Notary Public

159

1                         ERRATA SHEET

2

3   Page___Line___  Reads:

4            Correct to:

5   Page___Line___  Reads:

6            Correct to:

7   Page___Line___  Reads:

8            Correct to:

9   Page___Line___  Reads:

10            Correct to:

11   Page___Line___  Reads:

12            Correct to:

13   Page___Line___  Reads:

14            Correct to:

15   Page___Line___  Reads:

16            Correct to:

17   Page___Line___  Reads:

18            Correct to:

19   Page___Line___  Reads:

20            Correct to:

21   Page___Line___  Reads:

22            Correct to:

23   Page___Line___  Reads:

24            Correct to:

25            WITNESS SIGNATURE:

160

1                        ERRATA SHEET

2

3   Page___Line___  Reads:

4              Correct to:

5   Page___Line___  Reads:

6              Correct to:

7   Page___Line___  Reads:

8              Correct to:

9   Page___Line___  Reads:

10             Correct to:

11  Page___Line___  Reads:

12             Correct to:

13  Page___Line___  Reads:

14             Correct to:

15  Page___Line___  Reads:

16             Correct to:

17  Page___Line___  Reads:

18             Correct to:

19  Page___Line___  Reads:

20             Correct to:

21  Page___Line___  Reads:

22             Correct to:

23  Page___Line___  Reads:

24             Correct to:

25              WITNESS SIGNATURE:

161

1                          ERRATA SHEET

2

3    Page___Line___   Reads:

4               Correct to:

5    Page___Line___   Reads:

6               Correct to:

7    Page___Line___   Reads:

8               Correct to:

9    Page___Line___   Reads:

10              Correct to:

11   Page___Line___   Reads:

12              Correct to:

13   Page___Line___   Reads:

14              Correct to:

15   Page___Line___   Reads:

16              Correct to:

17   Page___Line___   Reads:

18              Correct to:

19   Page___Line___   Reads:

20              Correct to:

21   Page___Line___   Reads:

22              Correct to:

23   Page___Line___   Reads:

24              Correct to:

25              WITNESS SIGNATURE:

162

1                    C E R T I F I C A T I O N

2

3    STATE OF NEW YORK

4    COUNTY OF BROOME

5

6

7         I, Ruth I. Lynch, RMR, do hereby certify that the

8    foregoing testimony was duly sworn to; that I reported

9    in machine shorthand the foregoing pages of the

10   above-styled cause, and that they were prepared using

11   computer-aided transcription by me personally and

12   constitute a true and accurate record of the

13   proceedings;

14        I further certify that the witness reserved his

15   right to review the transcript;

16        I further certify that I am not an attorney or

17   counsel of any parties, nor a relative or employee of

18   any attorney or counsel connected with the action, nor

19   financially interested in the action.

20

21                    Signed this 1st day of March, 2019.

22

23   By *Ruth I. Lynch, RMR*
     _____
     Ruth I. Lynch
24   Registered Professional Reporter
     Registered Merit Reporter
25   NY/PA Notary Public

## 1

1 [16] - Vol. 1 - 40:20, 43:15, 44:1, 45:2, 105:21, 107:3, 107:13, 108:11, 108:21, 109:9, 109:22, 109:23, 110:17, 153:2, 153:25, 154:5
1's Vol. 1 - 114:2
10 [6] - Vol. 1 - 10:22, 39:18, 108:12, 108:13, 108:19, 115:23
10/21/15 Vol. 1 - 65:20
10:02 Vol. 1 - 1:15
10th Vol. 1 - 97:6
11 [2] - Vol. 1 - 10:22, 146:15
11/28/16 Vol. 1 - 46:14
1100 Vol. 1 - 122:23
11th Vol. 1 - 1:14
12 [2] - Vol. 1 - 11:20, 13:14
12/12/16 Vol. 1 - 102:13
12/8/16 [2] - Vol. 1 - 1:12, 86:17
12/9/2016 Vol. 1 - 1:14
12th [5] - Vol. 1 - 129:17, 129:19, 129:25, 130:2, 130:8
1300 Vol. 1 - 12:4
13057 Vol. 1 - 2:7
13820 Vol. 1 - 2:4
13th Vol. 1 - 130:12
14th [2] - Vol. 1 - 130:10, 131:17
15 Vol. 1 - 131:19
151 Vol. 1 - 3:4
158 Vol. 1 - 3:15
15th [5] - Vol. 1 - 42:2, 130:9, 131:18, 131:19, 131:20
16 [2] - Vol. 1 - 41:15, 63:9
171 Vol. 1 - 2:12
18 Vol. 1 - 143:25
18-month [2] - Vol. 1 - 138:21, 139:9
18847 Vol. 1 - 1:21
189 Vol. 1 - 2:3
19 Vol. 1 - 46:21
1973 [2] - Vol. 1 - 7:2, 9:9
1975 Vol. 1 - 7:17
1:17 Vol. 1 - 95:14
1st [10] - Vol. 1 - 48:21, 49:1, 50:6, 50:24, 51:21, 54:4, 144:7, 152:22, 152:23, 162:21

## 2

2 [8] - Vol. 1 - 39:20, 39:22, 39:24, 40:4, 43:17, 45:4, 153:4, 153:25
20 [2] - Vol. 1 - 20:1, 158:22
2003 Vol. 1 - 2:11
2016 [17] - Vol. 1 - 42:3, 45:14, 48:21, 65:19, 67:2, 71:23, 88:18, 100:1, 100:10, 101:1, 101:8, 101:23, 102:16, 151:20, 152:14, 154:10, 154:19
2016/17 Vol. 1 - 38:18
2016/2017 [4] - Vol. 1 - 55:9, 122:22, 146:22
2017 [2] - Vol. 1 - 39:8, 41:10

2019 [2] - Vol. 1 - 1:15, 162:21
22 [3] - Vol. 1 - 45:14, 46:2, 46:25
26 [2] - Vol. 1 - 93:7, 93:15
28874 Vol. 1 - 1:21
28th [2] - Vol. 1 - 35:1, 48:17
2:36 Vol. 1 - 95:14
2nd Vol. 1 - 50:7

## 3

3 Vol. 1 - 43:21
30 Vol. 1 - 3:9
300 Vol. 1 - 123:5
301 Vol. 1 - 2:3
310 Vol. 1 - 3:10
39 Vol. 1 - 3:11
396-1459 Vol. 1 - 1:22

## 4

4 [9] - Vol. 1 - 3:3, 43:23, 43:25, 44:3, 97:14, 118:20, 141:24, 142:10, 142:13
4146 Vol. 1 - 157:1

## 5

5 Vol. 1 - 46:21
5/21/2012 Vol. 1 - 1:9
50 Vol. 1 - 43:21
570 Vol. 1 - 1:22

## 6

6 [9] - Vol. 1 - 61:10, 61:11, 61:13, 61:17, 61:19, 61:21, 62:5, 83:9, 120:13
6575 Vol. 1 - 2:7

## 7

7 Vol. 1 - 38:9
75 Vol. 1 - 43:19

## 8

8 [6] - Vol. 1 - 10:2, 87:18, 117:21, 151:19, 154:10, 154:18
86 Vol. 1 - 3:12
8th [21] - Vol. 1 - 54:17, 56:3, 62:16, 62:24, 63:19, 67:2, 68:16, 71:23, 79:11, 82:8, 84:24, 87:13, 88:18, 90:8, 90:14, 90:22, 94:21, 95:10, 96:20, 96:24, 131:20

## 9

9 [35] - Vol. 1 - 10:22, 11:19, 13:14, 96:6, 100:5, 100:13, 101:4, 101:11, 102:1, 102:8, 102:19, 103:22, 103:4, 103:12, 103:21, 104:9, 105:14, 106:21, 108:22, 109:5, 111:20, 112:4, 112:6, 113:13, 114:22, 116:9, 118:7, 119:11, 120:5, 120:11, 121:14, 121:16, 121:19

90 Vol. 1 - 8:14
903 Vol. 1 - 103:11
93 [3] - Vol. 1 - 8:8, 8:9, 8:14
95 [2] - Vol. 1 - 3:14, 10:10
96 Vol. 1 - 3:13
97 Vol. 1 - 3:15
99 Vol. 1 - 3:16
9th [4] - Vol. 1 - 96:22, 97:6, 114:9, 114:9

## A

a.m Vol. 1 - 1:15
AA [5] - Vol. 1 - 9:14, 95:15, 95:18, 97:1, 97:18
ability [2] - Vol. 1 - 5:22, 14:18, 143:12
able Vol. 1 - 35:18
above-styled Vol. 1 - 162:10
Absolutely Vol. 1 - 1:16
AC [2] - Vol. 1 - 100:9, 100:22
academic [2] - Vol. 1 - 38:15, 39:18
accept Vol. 1 - 92:15
access [2] - Vol. 1 - 33:20, 150:14
accidental Vol. 1 - 105:25
accompanied Vol. 1 - 99:15
according [2] - Vol. 1 - 124:19, 155:9
accurate [3] - Vol. 1 - 82:11, 129:4, 162:12
accused [3] - Vol. 1 - 63:19, 64:23, 65:23
accuse Vol. 1 - 47:24
accusing [2] - Vol. 1 - 65:18, 65:21
acknowledge Vol. 1 - 158:6
Acting Vol. 1 - 60:6
action [4] - Vol. 1 - 14:3, 49:16, 162:18, 162:19
actions Vol. 1 - 54:11
activities [5] - Vol. 1 - 13:3, 14:15, 54:9, 96:14, 115:13
actual Vol. 1 - 8:16
add Vol. 1 - 124:17
addit Vol. 1 - 135:17
additional [5] - Vol. 1 - 77:21, 77:24, 78:22, 79:14, 79:16
address Vol. 1 - 117:5
adjourn Vol. 1 - 128:8
adjourned Vol. 1 - 157:12
administration [5] - Vol. 1 - 7:8, 7:13, 9:1, 11:7, 11:25
administrative Vol. 1 - 8:25, 56:15
administrator Vol. 1 - 11:10
administrators Vol. 1 - 1:12, 36:11, 54:22, 55:9, 55:24, 56:4, 60:19, 89:12, 131:15
admitted Vol. 1 - 51:3
advice [3] - Vol. 1 - 74:21, 74:25, 75:22

advise Vol. 1 - 53:8
affect Vol. 1 - 53:16
affidavit [2] - Vol. 1 - 3:10, 38:12
afraid [6] - Vol. 1 - 63:7, 64:7, 64:14, 89:16, 90:18, 91:1
after-school [3] - Vol. 1 - 13:3, 14:10, 14:11
afternoon [5] - Vol. 1 - 68:22, 76:10, 87:15, 87:17, 88:20
against Vol. 1 - 54:3, 89:2
age Vol. 1 - 35:2
aggressive Vol. 1 - 87:5
agree [2] - Vol. 1 - 27:3, 128:20
agreed [2] - Vol. 1 - 128:11, 135:22
agreeing Vol. 1 - 48:8
agreement [2] - Vol. 1 - 48:11, 59:3
AH [11] - Vol. 1 - 85:17, 85:20, 85:22, 86:17, 87:12, 89:21, 90:6, 90:10, 93:5, 133:15
ahead [9] - Vol. 1 - 9:13, 12:2, 15:3, 24:5, 24:20, 31:11, 90:25, 137:12, 156:5
Ahearn [5] - Vol. 1 - 2:17, 72:9, 72:21, 73:2, 128:9
ALBERT Vol. 1 - 1:7
alert [3] - Vol. 1 - 23:2, 23:14, 25:12
allegation [5] - Vol. 1 - 47:18, 48:14, 106:17, 153:5, 155:1
allegations [4] - Vol. 1 - 29:21, 31:1, 31:5, 110:18
alleged [3] - Vol. 1 - 28:11, 28:12, 65:15
alleging Vol. 1 - 50:21
allow Vol. 1 - 44:22
already Vol. 1 - 37:9
alternative Vol. 1 - 34:24
alternatives Vol. 1 - 142:18
although [2] - Vol. 1 - 16:2, 98:7
Among Vol. 1 - 107:9
amount Vol. 1 - 65:15
angry [6] - Vol. 1 - 90:17, 133:13, 133:13, 133:14, 133:15, 134:6
announce Vol. 1 - 37:5
announced [4] - Vol. 1 - 36:1, 36:22, 36:23, 89:25
answered [6] - Vol. 1 - 59:21, 117:14, 118:25, 120:12, 122:14, 131:10
answering [4] - Vol. 1 - 4:25, 107:15, 108:10, 131:10
answers [8] - Vol. 1 - 4:22, 5:11, 5:23, 96:16, 103:2, 103:3, 125:3, 126:23
antagonistic Vol. 1 - 52:14
anti Vol. 1 - 30:18
antisemitic [5] - Vol. 1 - 27:24, 29:21, 30:19, 30:20, 31:7

anymore [2] - Vol. 1 - 24:1, 126:17
anyway Vol. 1 - 25:2
AP [2] - Vol. 1 - 72:3, 72:17
apologize Vol. 1 - 52:17
apology Vol. 1 - 14:14
apparent [2] - Vol. 1 - 62:12, 99:15
appear [2] - Vol. 1 - 99:13, 157:14
APPEARANCES Vol. 1 - 2:1
applies [4] - Vol. 1 - 65:22, 65:25, 66:3, 66:9
appropriate [3] - Vol. 1 - 54:7, 133:6, 133:10
approval Vol. 1 - 7:21
approximately [2] - Vol. 1 - 10:7, 12:4
aren't Vol. 1 - 34:3
arise Vol. 1 - 1:7
arrangement [4] - Vol. 1 - 107:6, 107:17, 108:22, 155:16
arrangements Vol. 1 - 123:11
arrested Vol. 1 - 61:25
arrive Vol. 1 - 61:22
arrow [2] - Vol. 1 - 70:3, 70:17
Asia [2] - Vol. 1 - 154:9, 154:18
aside [2] - Vol. 1 - 22:10, 41:13
asking [7] - Vol. 1 - 20:12, 71:7, 75:12, 81:20, 96:22, 138:17, 140:6
asserted Vol. 1 - 50:24
assessments Vol. 1 - 150:8
assign Vol. 1 - 13:24
assigned Vol. 1 - 120:16
assistant [22] - Vol. 1 - 11:14, 11:18, 11:21, 12:18, 12:20, 12:23, 13:6, 13:12, 14:17, 15:16, 19:9, 19:12, 33:17, 47:23, 50:13, 53:8, 57:22, 62:17, 72:14, 136:20, 137:7, 146:10
associate's Vol. 1 - 7:11
assume [4] - Vol. 1 - 6:1, 20:12, 87:10, 105:3
assumptions Vol. 1 - 87:9
attached Vol. 1 - 138:8
attention [5] - Vol. 1 - 21:14, 30:16, 33:25, 102:10, 147:12
attorney [6] - Vol. 1 - 35:18, 73:13, 73:18, 74:2, 162:16, 162:18
attorney-client [3] - Vol. 1 - 75:1, 75:20, 76:2
attorneys Vol. 1 - 4:8
available [3] - Vol. 1 - 85:12, 86:2, 128:13

## B

bachelor's [2] - Vol. 1 - 7:24, 8:16

background [3] - Vol. 1 - 6:22, 8:23, 9:5
backs Vol. 1 - 110:18
backtracking [2] - Vol. 1 - 62:19, 144:7
bad Vol. 1 - 115:24
base Vol. 1 - 18:23
basically [4] - Vol. 1 - 15:22, 52:12, 52:16, 63:2
bates [2] - Vol. 1 - 98:7, 100:4
BB [7] - Vol. 1 - 3:15, 97:21, 97:24, 99:11, 99:20, 102:25, 155:4
BC [2] - Vol. 1 - 100:24, 100:25
BC's Vol. 1 - 101:3
bearing Vol. 1 - 41:7
became [2] - Vol. 1 - 28:7, 148:10
become [4] - Vol. 1 - 21:9, 43:9, 54:16, 55:14
becomes Vol. 1 - 83:2
bed [3] - Vol. 1 - 83:22, 83:13, 90:17
beginning [2] - Vol. 1 - 38:23, 38:24
begun Vol. 1 - 52:23
behalf [4] - Vol. 1 - 2:4, 2:8, 66:1, 86:4
behavior [8] - Vol. 1 - 15:18, 25:10, 27:6, 27:10, 27:24, 29:21, 44:18, 44:25
behaviors Vol. 1 - 7:21
behind Vol. 1 - 82:11
believed Vol. 1 - 5:7
benefit Vol. 1 - 5:7
besides [10] - Vol. 1 - 6:16, 6:19, 9:18, 11:11, 22:4, 29:20, 67:10, 140:2, 140:14, 140:14
best [3] - Vol. 1 - 17:15, 24:6, 80:4
better [2] - Vol. 1 - 22:8, 96:21
beyond [2] - Vol. 1 - 133:4, 136:9
bigger Vol. 1 - 1:18
Binghamton [9] - Vol. 1 - 7:3, 8:1, 8:2, 8:7, 10:18, 10:21, 10:25, 11:3, 128:7
bit Vol. 1 - 35:23
black [6] - Vol. 1 - 107:7, 107:18, 108:22, 110:18, 118:25, 119:3
blacks Vol. 1 - 107:8
blamed Vol. 1 - 136:5
block Vol. 1 - 136:5
board [2] - Vol. 1 - 1:6, 13:4
BOCES [5] - Vol. 1 - 143:10, 143:10, 143:11, 143:12, 143:12
bomb Vol. 1 - 22:15
bother Vol. 1 - 120:9
bothers Vol. 1 - 63:18
bottom [6] - Vol. 1 - 69:1, 93:6, 104:12,

104:12,
108:2, 154:13
**boxed** Vol. 1 -
93:8
**boyfriend** Vol. 1 -
19:25
**boyfriend's**
Vol. 1 - 20:1
**break [15]** -
Vol. 1 - 5:16,
5:17, 31:9, 33:11,
33:13, 33:15,
56:21, 56:23,
95:8, 95:11,
127:23, 128:2,
141:25, 145:4,
146:6
**brief** Vol. 1 -
18:24
**briefcase** Vol. 1 -
68:10
**briefly** Vol. 1 -
18:24
**bring** Vol. 1 -
21:14
**bringing** Vol. 1 -
134:21
**Brittany [7]** -
Vol. 1 - 128:9,
128:17, 128:20,
146:18, 146:25,
147:3, 148:11
**broach** Vol. 1 -
33:10
**BROOME** Vol. 1 -
162:4
**brother** Vol. 1 -
33:14
**brought [3]** -
Vol. 1 - 63:22,
68:7, 147:11
**building [5]** -
Vol. 1 - 36:13,
55:22, 56:16,
114:24, 115:3
**bulk** Vol. 1 -
17:25
**bulleted [2]** -
Vol. 1 - 17:3,
17:5

# C

**C-A-D-D-I-C-K**
Vol. 1 - 4:15
**C.P** Vol. 1 - 148:5
**Caddick [15]** -
Vol. 1 - 1:8,
1:25, 3:2, 4:6,
4:15, 4:21, 27:1,
30:6, 37:23,
95:17, 99:21,
129:7, 156:23,
156:25, 158:12
**cafeteria** Vol. 1 -
58:15
**calling [3]** -
Vol. 1 - 59:25,
74:16, 153:2
**campus** Vol. 1 -
56:18
**can't [22]** -
Vol. 1 - 8:21,
23:14, 26:3, 34:16,
36:17, 53:2,
66:19, 70:12,
73:21, 75:24,
75:24, 76:4, 80:4,
80:23, 81:10,
81:13, 81:18,
81:19, 103:22,
109:10, 136:9,
137:13
**cancel [2]** -
Vol. 1 - 89:8,
90:1
**canceled [2]** -
Vol. 1 - 94:22,
94:24
**cannot [3]** -
Vol. 1 - 22:2,
43:23, 128:16
**Canton [9]** -
Vol. 1 - 7:5, 7:7,
7:10, 7:16, 7:19,
7:22, 9:9, 9:11,
9:18
**capacities** Vol. 1 -
9:18
**capacity** Vol. 1 -
9:16
**captain [2]** -
Vol. 1 - 69:10,
69:12
**caption** Vol. 1 -
150:17
**care [3]** - Vol. 1 -
20:16, 24:18,
154:13

**career [2]** -
Vol. 1 - 26:18,
73:17
**case [4]** - Vol. 1 -
4:8, 22:10, 22:11,
37:13
**cashews** Vol. 1 -
31:12
**category [3]** -
Vol. 1 - 42:6,
42:24, 43:4
**cause [6]** - Vol. 1 -
5:13, 21:3, 45:21,
77:1, 82:16,
162:10
**caused [4]** -
Vol. 1 - 29:14,
50:15, 107:7,
107:18
**caution** Vol. 1 -
18:22
**CC [5]** - Vol. 1 -
3:16, 98:19, 99:3,
99:12, 111:9
**CD [6]** - Vol. 1 -
104:6, 104:10,
104:11, 104:16,
104:18, 104:25
**cell [2]** - Vol. 1 -
55:16, 81:7
**central [5]** -
Vol. 1 - 1:6, 1:7,
2:2, 54:22, 132:3
**certain [2]** -
Vol. 1 - 22:9,
152:6
**certification**
Vol. 1 - 8:25
**certify [3]** -
Vol. 1 - 162:7,
162:14, 162:16
**CG** Vol. 1 - 59:12
**CH** Vol. 1 - 99:22
**chance** Vol. 1 -
31:13
**change [3]** -
Vol. 1 - 106:7,
109:12, 109:14
**changed [4]** -
Vol. 1 - 35:23,
105:22, 109:10,
109:15
**changes** Vol. 1 -
141:22
**Changing** Vol. 1 -
31:19
**chanting** Vol. 1 -
31:19
**charge** Vol. 1 -
11:20
**Charles [8]** -
Vol. 1 - 2:5,
26:25, 35:9,
41:17, 45:8,
98:24, 126:13,
142:4
**chart [3]** - Vol. 1 -
124:9, 141:13,
155:9
**chatter** Vol. 1 -
107:9
**check [2]** - Vol. 1 -
36:14, 36:24
**checking** Vol. 1 -
98:12
**chemistry** Vol. 1 -
42:16
**child [2]** - Vol. 1 -
143:8, 143:18
**choice** Vol. 1 -
147:19
**chose [2]** - Vol. 1 -
106:8, 124:10
**circulating [2]** -
Vol. 1 - 55:20,
89:15
**circumstances**
Vol. 1 - 128:15
**City** Vol. 1 - 8:1
**Civil** Vol. 1 -
32:16
**CK [2]** - Vol. 1 -
72:9, 72:14
**claim** Vol. 1 -
155:8
**claimed** Vol. 1 -
155:16
**claiming [5]** -
Vol. 1 - 64:8,
155:20, 156:9,
156:13, 156:16
**claims [3]** -
Vol. 1 - 50:16,
63:21, 64:1
**clarification [3]** -
Vol. 1 - 16:5,
32:8, 32:9
**clarified [3]** -
Vol. 1 - 83:20,
83:20, 108:11
**clarify [5]** -

Vol. 1 - 82:18,
83:24, 87:24,
94:2, 96:16
**clarity** Vol. 1 -
76:14
**class [74]** -
Vol. 1 - 12:5,
21:16, 39:5, 39:10,
40:14, 41:18,
43:15, 43:18,
43:24, 44:7, 44:8,
45:15, 45:19,
46:20, 48:20,
48:25, 49:1, 49:3,
50:18, 58:18,
93:16, 96:9,
96:12, 98:10,
99:25, 100:10,
101:1, 101:8,
101:23, 102:5,
102:15, 102:22,
103:22, 103:16,
104:6, 104:14,
105:2, 105:3,
105:6, 105:12,
105:18, 106:25,
108:7, 109:1,
109:1, 111:12,
111:13, 113:7,
114:3, 115:7,
116:6, 117:3,
117:16, 118:17,
119:14, 120:13,
121:3, 121:25,
122:22, 122:24,
123:5, 123:16,
123:20, 124:2,
127:5, 132:13,
132:18, 132:20,
132:22, 133:14,
133:19, 133:23,
145:4, 155:10
**classes** Vol. 1 -
107
**classmen** Vol. 1 -
58:13
**classroom [15]** -
Vol. 1 - 11:11,
37:8, 45:24,
50:16, 52:13,
89:18, 90:13,
90:22, 91:12, 94:3,
108:23, 110:19,
155:22, 156:10,
156:15
**classrooms**
Vol. 1 - 52:11
**clear [2]** - Vol. 1 -
82:14, 98:14
**clearer [2]** -
Vol. 1 - 77:1,
138:18
**clergy** Vol. 1 -
29:18
**client** Vol. 1 -
75:2
**CLIFFORD** Vol. 1 -
75:2
**clip** Vol. 1 - 57:5
**close** Vol. 1 -
56:15
**closest** Vol. 1 -
20:19
**clothing** Vol. 1 -
19:24
**code [10]** - Vol. 1 -
13:7, 13:11, 17:1,
18:6, 42:8, 43:11,
44:9, 44:10,
44:20, 44:21
**codes [2]** - Vol. 1 -
13:9, 13:13
**coincidence [2]** -
Vol. 1 - 118:21,
119:5
**collect** Vol. 1 -
16:17
**college** Vol. 1 -
16:1
**color [17]** -
Vol. 1 - 26:10,
60:14, 63:18,
105:24, 106:10,
110:4, 110:12,
119:4, 123:10,
123:15, 123:19,
124:1, 155:17,
155:20, 155:21,
156:9, 156:14
**colored [6]** -
Vol. 1 - 109:17,
109:18, 110:4,
110:12, 118:22,
120:14
**com** Vol. 1 - 12:12
**comes [2]** - Vol. 1 -
33:20, 145:7
**coming [2]** -
Vol. 1 - 67:1,
91:18
**comma [4]** - Vol. 1 -

63:17, 69:3, 72:9,
72:9
**commencing** Vol. 1 -
1:18
**comment** Vol. 1 -
62:11
**comments** Vol. 1 -
63:22
**committed** Vol. 1 -
128:23
**common** Vol. 1 -
74:2
**commons** Vol. 1 -
58:13
**community [2]** -
Vol. 1 - 12:8,
23:20
**comparable** Vol. 1 -
123:12
**compare** Vol. 1 -
12:7
**complained** Vol. 1 -
78:5
**complaint** Vol. 1 -
27:14
**complete** Vol. 1 -
37:6
**completed [2]** -
Vol. 1 - 124:13,
150:8
**compulsory** Vol. 1 -
35:20
**computer [3]** -
Vol. 1 - 42:14,
57:4, 58:3
**computer-aided**
Vol. 1 - 80:11
**concern [20]** -
Vol. 1 - 18:21,
58:7, 58:9, 58:9,
58:22, 86:25,
90:7, 108:15,
110:3, 112:22,
121:7, 127:16,
127:17, 131:14,
134:6, 147:13,
149:3, 150:2,
150:3, 150:20
**concerned [12]** -
Vol. 1 - 49:11,
58:17, 69:3, 87:8,
128:6, 132:17,
132:21, 133:17,
133:18, 134:25,
135:1, 135:6
**concerning [2]** -
Vol. 1 - 58:8,
67:16
**concerns [8]** -
Vol. 1 - 21:10,
21:13, 59:19,
72:24, 90:2,
91:19, 115:16,
131:6
**concert** Vol. 1 -
36:8
**conclusion [2]** -
Vol. 1 - 124:15,
141:12
**conditions** Vol. 1 -
128:11
**conduct [10]** -
Vol. 1 - 11:22,
13:7, 13:10,
13:11, 13:17,
13:20, 14:6, 17:2,
18:6, 65:13
**Confederate [2]** -
Vol. 1 - 25:13,
25:16
**conference [4]** -
Vol. 1 - 137:24,
148:8, 15:6, 52:7
**conferred [23]** -
Vol. 1 - 22:25,
23:22, 26:24,
53:14, 62:3, 67:8,
71:15, 92:7,
107:21, 110:14,
127:24, 134:14,
138:23, 140:20,
159:24, 160:4,
160:6, 160:8,
160:12, 160:14,
160:18, 160:20,
160:22, 160:24,
161:4, 161:6,
161:8, 161:10,
161:12, 161:14,
161:16, 161:18,
161:20, 161:22,
161:24
**confronting**
Vol. 1 - 62:8
**confused [3]** -
Vol. 1 - 80:15,
80:16, 140:5
**Congratulations**
Vol. 1 - 39:7
**connected** Vol. 1 -
162:18
**Conor [2]** - Vol. 1 -
62:9, 64:11
**consequence [2]** -
Vol. 1 - 13:25,
54:10
**consider** Vol. 1 -

51:8
**considered [2]** -
Vol. 1 - 56:17,
56:18
**considering [3]** -
Vol. 1 - 16:23,
117:20, 71:17
**consistent [8]** -
Vol. 1 - 93:11,
106:4, 106:16,
106:16, 107:24,
118:18, 121:22,
125:4
**consistently**
Vol. 1 - 96:1
**constitute** Vol. 1 -
162:12
**consult** Vol. 1 -
15:25
**consulted** Vol. 1 -
49:12
**contact [4]** -
Vol. 1 - 47:25,
73:13, 73:15, 86:23
**contacted [5]** -
Vol. 1 - 21:12,
44:24, 49:25,
85:24, 131:5
**contain** Vol. 1 -
112:19
**containing** Vol. 1 -
62:3
**content** Vol. 1 -
10:8
**continually**
Vol. 1 - 43:22
**control** Vol. 1 -
129:3
**conversation [41]** -
Vol. 1 - 16:16,
47:14, 57:3, 73:9,
75:11, 75:23,
76:4, 76:7, 76:16,
76:19, 76:22,
78:20, 78:25,
79:5, 81:8, 81:14,
81:17, 83:23,
85:15, 87:21,
88:23, 91:4, 92:7,
92:8, 92:16,
92:21, 92:25,
94:10, 95:2, 95:9,
95:16, 97:22,
98:4, 98:14,
98:20, 98:23,
99:1, 99:2, 99:19,
103:10, 104:24,
106:18, 107:22,
109:21, 109:22,
110:16, 110:24,
115:22, 117:19,
117:20, 117:23,
119:10, 120:21,
120:23, 121:23,
122:22, 123:24,
124:12, 124:22,
125:2, 126:6,
127:12, 127:14,
127:15, 127:19,
127:24, 129:6,
134:8, 134:14,
134:15, 135:10,
136:1, 136:6,
137:14, 137:22,
139:20, 139:22,
139:23, 140:20,
140:21, 141:17,
141:21, 142:9,
144:5, 144:6,
144:12, 144:20,
144:25, 145:1,
145:4, 145:9,
146:1, 146:7,
146:24, 147:2,
147:4, 147:25,
148:9, 148:19,
149:15, 149:19,
149:20, 149:21,
150:24, 150:25,
151:4, 151:5,
151:11, 151:22,
153:7, 153:11,
153:21, 155:12,
155:23, 156:1,
156:23

**conversations [9]** -
Vol. 1 - 62:22,
90:5, 136:16,
136:21, 136:23,
137:3, 137:9,
143:13, 141:7
**coordinator**
Vol. 1 - 26:17
**copies** Vol. 1 -
109:19,
118:22, 119:4,
119:7, 120:14
**corner [5]** -
Vol. 1 - 109:19,
118:22, 119:4,
120:14
**correct [51]** -
Vol. 1 - 14:20,
15:15, 18:15,
39:6, 47:10, 71:2,
78:6, 80:25,
90:11, 104:6,
122:19, 124:6,
126:13, 137:24,
153:6, 154:10,
155:11, 158:7,
159:4, 159:6,
159:8, 159:12,
159:16, 159:24,
160:4, 160:6,
160:8, 160:12,
160:14, 160:18,
160:20, 160:22,
160:24, 161:4,
161:6, 161:8,
161:10, 161:12,
161:14, 161:16,
161:18, 161:20,
161:22, 161:24
**corrections**
Vol. 1 - 158:7
**correctly**
Vol. 1 - 154:14
**corresponding**
Vol. 1 - 44:13
**corresponds**
Vol. 1 - 44:24
**Cortland** Vol. 1 -
8:24

**Cotter [211]** -
Vol. 1 - 2:2, 3:3,
4:5, 4:16, 4:16,
4:20, 5:10, 9:15,
12:16, 12:13,
15:10, 20:14,
20:16, 20:18,
22:25, 23:1, 23:9,
23:13, 23:22,
23:23, 24:9,
24:14, 24:22,
24:25, 25:6,
26:24, 26:25,
27:4, 29:24, 30:3,
30:5, 31:17,
32:10, 33:6,
33:11, 33:14,
33:16, 33:23,
35:6, 35:16,
37:22, 38:20,
39:12, 41:16,
41:19, 45:8,
45:12, 48:8,
48:11, 53:14,
53:15, 53:25,
54:1, 55:7, 55:12,
56:2, 56:6, 56:21,
56:24, 59:7,
59:13, 61:1, 61:8,
61:11, 61:15,
61:20, 62:3,
62:14, 64:18,
66:20, 67:8, 67:9,
70:23, 71:8,
71:15, 71:16,
71:21, 72:2, 72:6,
73:11, 73:16,
73:23, 74:6,
74:14, 75:6, 75:9,
75:11, 75:23,
76:4, 76:7, 76:16,
76:19, 76:22,
78:20, 78:25,
79:5, 81:8, 81:14,
81:17, 83:23,
85:15, 87:21,
88:23, 91:4, 92:7,
92:8, 92:16,
94:10, 95:2, 95:9,
95:16, 97:22,
98:4, 98:14,
98:20, 98:23,
99:1, 99:2, 99:19,
103:10, 104:24,
106:18, 107:22,
109:21, 110:11,
115:22, 117:19,
117:20, 117:23,
119:10, 120:21,
120:23, 121:23,
122:22, 123:24,
124:12, 124:22,
125:2, 126:6,
127:12, 127:14,
127:15, 127:19,
127:24, 129:6,
134:8, 134:14,
134:15, 135:10,
136:1, 136:6,
137:14, 137:22,
139:20, 139:22,
139:23, 140:21,
141:21, 142:9,
144:5, 144:6,
144:12, 144:20,
144:25, 145:1,
145:4, 145:9,
146:1, 146:7,
146:24, 147:2,
147:4, 147:25,
148:9, 148:19,
149:15, 149:19,
149:20, 149:21,
150:24, 150:25,
151:4, 151:5,
151:11, 151:22,
153:7, 153:11,
153:21, 155:12,
155:23, 156:1,
156:23
**counsel [18]** -
Vol. 1 - 18:25,
20:6, 20:12,
62:13, 95:6, 98:6,
102:23, 127:21,
128:4, 128:14,
137:10, 137:12,
139:1, 139:5,
140:10, 146:4,
146:22, 156:23
**Counsel's** Vol. 1 -
99:10

**counseled**  Vol. 1 -
52:19
**counselor [6] -**
Vol. 1 - 21:11,
89:11, 89:18,
91:2, 91:17, 129:5
**counselors [3] -**
Vol. 1 - 21:11,
89:10, 131:11
**COUNTY [2] -**
Vol. 1 - 158:17,
162:4
**couple [5] -**
Vol. 1 - 57:5,
58:17, 105:22,
128:10, 155:2
**course [4] -**
Vol. 1 - 3:13,
29:16, 31:3,
128:21
**courses**  Vol. 1 -
39:2
**court [3] -**  Vol. 1 -
1:1, 4:13, 5:5
**courtesy**  Vol. 1 -
128:8
**coverage**  Vol. 1 -
29:6
**covered [2] -**
Vol. 1 - 19:2,
29:8
**covers**  Vol. 1 -
76:3
**CP [4] -**  Vol. 1 -
102:4, 102:4,
148:25, 149:5
**CP's**  Vol. 1 -
148:14
**create [3] -**
Vol. 1 - 38:11,
95:21, 126:8
**created**  Vol. 1 -
131:14
**creating [4] -**
Vol. 1 - 38:12,
88:13, 95:24,
96:25
**credit [8] -**
Vol. 1 - 40:11,
40:13, 40:14,
40:19, 40:21,
41:7, 44:2, 44:3
**credits [3] -**
Vol. 1 - 39:1,
39:2, 39:3
**custody**  Vol. 1 -
129:3
**cut**  Vol. 1 -
149:10
**CW [4] -**  Vol. 1 -
115:5, 115:6,
115:10, 115:12

**D**

**DASA [6] -**  Vol. 1 -
26:17, 26:21,
27:1, 48:4, 48:13,
64:3
**date [9] -**  Vol. 1 -
8:21, 17:12, 18:9,
112:11, 128:16,
128:18, 128:24,
129:19, 152:21
**dated**  Vol. 1 -
39:18
**dates**  Vol. 1 -
128:13
**daughter [2] -**
Vol. 1 - 66:11,
84:4
**daughter's**  Vol. 1 -
84:8
**DC [2] -**  Vol. 1 -
72:9, 72:12
**deadline**  Vol. 1 -
128:8
**deal [3] -**  Vol. 1 -
33:3, 81:3, 131:7
**dealt [2] -**  Vol. 1 -
24:3, 24:17
**Deborah [5] -**
Vol. 1 - 1:8,
1:25, 3:2, 4:14,
158:12
**DEBRA**  Vol. 1 - 1:3
**December [38] -**
Vol. 1 - 42:2,
48:21, 49:11, 50:6,
50:7, 50:24,
51:21, 54:4,
54:17, 56:3,
62:16, 62:24,
65:19, 67:2,
71:23, 76:16,
79:1, 84:24,
87:18, 88:18,
90:8, 90:14,
90:22, 94:21,

114:9, 129:25,
130:2, 144:7,
151:19, 152:22,
152:23, 153:2,
153:4, 153:25,
153:25, 154:5,
154:10, 154:18
**decided [5] -**
Vol. 1 - 16:7,
88:25, 93:21,
130:16, 143:7
**decision [24] -**
Vol. 1 - 15:11,
35:8, 68:19, 69:7,
70:8, 70:12, 71:3,
71:13, 74:20,
74:22, 75:23,
77:15, 77:24,
78:3, 78:4, 78:22,
79:13, 79:15,
79:19, 85:3, 89:7,
136:24, 137:1,
140:25
**decisions [2] -**
Vol. 1 - 19:1,
35:19
**deemed**  Vol. 1 -
23:25
**Defendant's [9] -**
Vol. 1 - 61:15,
61:13, 61:17,
61:18, 61:21,
62:5, 63:8, 83:9,
146:14
**Defendants [2] -**
Vol. 1 - 1:10, 2:8
**defensive**  Vol. 1 -
74:24
**degree [7] -**
Vol. 1 - 7:10,
7:11, 7:12, 7:24,
8:7, 8:11, 8:16
**Department**  Vol. 1 -
32:16
**depending**  Vol. 1 -
14:2
**deposed**  Vol. 1 -
4:10
**deposition [11] -**
Vol. 1 - 1:14,
2:15, 2:16, 5:21,
6:5, 6:17, 35:10,
45:10, 55:11,
56:5, 99:25
**depositions [3] -**
Vol. 1 - 128:7,
128:9, 128:12
**describe [11] -**
Vol. 1 - 11:24,
21:2, 25:22,
27:13, 28:1,
28:23, 29:13,
30:22, 33:24,
45:17, 60:8
**described [2] -**
Vol. 1 - 46:23,
152:13
**description [6] -**
Vol. 1 - 3:8,
43:12, 44:10,
44:21, 107:14,
107:17
**descriptions [2] -**
Vol. 1 - 44:13,
44:16
**designated**  Vol. 1 -
158:8
**desire**  Vol. 1 -
158:8
**detention [2] -**
Vol. 1 - 14:10,
14:10
**detentions**  Vol. 1 -
14:10
**determination**
Vol. 1 - 70:19
**determine**  Vol. 1 -
144:13
**determined [3] -**
Vol. 1 - 18:2,
129:18, 144:11
**Dewind [10] -**
Vol. 1 - 16:1,
73:3, 73:9, 75:5,
137:16, 138:5,
138:19, 139:7,
139:13, 140:3
**difference**  Vol. 1 -
18:4
**difficult [2] -**
Vol. 1 - 5:13,
46:21
**difficulty**  Vol. 1 -
142:1
**diploma [7] -**
Vol. 1 - 142:18,
142:20, 142:21,
142:23, 142:24,
143:19, 143:24
**direct [2] -**
Vol. 1 - 63:8,

75:2
**directing [3] -**
Vol. 1 - 30:16,
59:11, 68:23
**disagreed**  Vol. 1 -
104:23
**disagreeing**
Vol. 1 - 53:20
**disciplinary**
Vol. 1 - 66:24
**discipline [15] -**
Vol. 1 - 13:22,
13:16, 13:8, 14:2,
14:5, 20:21, 22:3,
25:9, 28:18, 42:2,
43:5, 145:3,
140:16, 154:13,
154:17
**disciplined [5] -**
Vol. 1 - 26:5,
26:15, 28:15,
148:25, 149:13
**disciplining**
Vol. 1 - 22:12
**discovery**  Vol. 1 -
128:18
**discuss [9] -**
Vol. 1 - 12:23,
15:5, 15:5, 17:11,
73:8, 85:22,
88:20, 137:6,
148:21
**discussed [5] -**
Vol. 1 - 47:2,
70:12, 81:5,
86:20, 89:14
**discussing [3] -**
Vol. 1 - 59:1,
63:14, 72:23
**discussion [5] -**
Vol. 1 - 70:13,
76:6, 98:5, 99:7,
128:4
**discussions [4] -**
Vol. 1 - 75:4,
130:11, 130:14,
139:2
**displayed [3] -**
Vol. 1 - 34:1,
34:8, 34:15
**disrespected**
Vol. 1 - 104:23
**disrupted**  Vol. 1 -
50:18
**disruption [15] -**
Vol. 1 - 20:21,
21:2, 29:13,
45:21, 50:15,
107:8, 107:19,
113:21, 131:1,
131:3, 132:17,
132:21, 133:9,
133:21, 135:12
**disruptive [2] -**
Vol. 1 - 42:9,
113:25
**district [10] -**
Vol. 1 - 1:1, 1:2,
1:6, 1:7, 4:9,
8:25, 25:5, 59:25,
136:7, 136:12
**divide**  Vol. 1 -
13:16
**divided [5] -**
Vol. 1 - 31:14,
30:9, 30:14, 38:1,
38:6, 39:15,
39:17, 41:21,
41:24, 44:12,
44:24, 45:5, 45:9,
46:7, 80:3, 86:10,
88:6, 88:7, 95:19,
95:22, 95:25,
96:25, 97:11,
98:1, 98:13, 99:4,
104:21, 110:22,
116:21, 126:8,
116:24, 126:22,
126:20, 142:15,
145:22, 146:16,
147:17
**documentation**
Vol. 1 - 168:8
**documented [2] -**
Vol. 1 - 16:8,
42:11
**documents [8] -**
Vol. 1 - 6:4, 6:18,
9:7, 97:25, 98:8,
99:13, 99:18,
130:17
**dollar**  Vol. 1 -
60:1
**Donlon [2] -**
Vol. 1 - 50:10,
50:12
**door [4] -**  Vol. 1 -
36:17, 36:20,
37:1, 37:8
**Dr [32] -**  Vol. 1 -
52:5, 52:7, 52:8,

52:17, 52:19,
52:25, 53:2,
53:11, 53:22,
55:21, 57:10,
79:20, 80:7,
80:23, 81:2, 81:9,
82:3, 82:4, 85:12,
86:2, 87:23,
94:20, 125:17,
125:20, 125:24,
132:2, 135:19,
136:2, 136:9,
140:16, 154:13,
154:17
**drain**  Vol. 1 -
34:6
**drawn-out**  Vol. 1 -
28:16
**drill [19] -**
Vol. 1 - 36:2,
36:4, 36:6, 36:9,
36:15, 36:21,
36:23, 36:23,
37:6, 37:9, 37:11,
88:23, 89:1,
89:24, 90:3, 90:3,
146:12
**drills [2] -**
Vol. 1 - 35:22,
35:25
**drink**  Vol. 1 -
5:17
**drive [2] -**  Vol. 1 -
56:19, 56:20
**drugs**  Vol. 1 -
5:22
**due [2] -**  Vol. 1 -
13:22, 128:5
**duly [2] -**  Vol. 1 -
4:3, 162:8
**during [2] -**
Vol. 1 - 128:5
**DVD [2] -**  Vol. 1 -
61:12, 62:15
**DW**  Vol. 1 - 102:22
**Dyer [3] -**  Vol. 1 -
45:22, 45:25,
46:1, 46:15,
47:11, 47:13,
48:2, 48:14,
48:17, 49:5,
49:10, 49:23,
49:24, 50:1, 50:8,
50:16, 50:21,
60:1, 97:15,
106:14, 108:18,
117:2, 117:3,
120:17, 124:4,
120:13, 131:10,
132:19, 133:18,
133:21, 152:8,
153:2, 153:6
**Dyer's [4] -**
Vol. 1 - 45:15,
48:20, 49:1, 49:3,
93:16, 94:3,
99:25, 100:10,
101:1, 101:7,
101:23, 102:5,
102:15, 102:22,
103:20, 105:14,
105:5, 105:12,
105:18, 106:25,
108:6, 109:1,
111:11, 113:6,
114:22, 115:6,
116:6, 117:16,
118:16, 120:2,
121:12, 123:11,
123:16, 123:20,
124:22, 127:4,
132:13, 144:8,
144:9, 155:10,
156:14

**E**

**E-B-O-R-A-H**
Vol. 1 - 4:14
**earlier [6] -**
Vol. 1 - 81:6,
135:12, 152:12,
151:17, 154:8
**easier [2] -**
Vol. 1 - 5:4,
118:1
**East [5] -**  Vol. 1 -
2:7, 9:24, 10:1,
10:8, 10:17
**easy**  Vol. 1 -
1:16
**education [5] -**
Vol. 1 - 1:16,
8:22, 11:9, 32:16,
40:22
**education-wise
[2] -**  Vol. 1 -
7:21, 12:15

**educational [4] -**
Vol. 1 - 6:22,
7:22, 8:23, 9:5
**effect [2] -**
Vol. 1 - 50:14,
51:5
**Eight**  Vol. 1 -
55:2
**either [3] -**
Vol. 1 - 64:13,
67:25, 153:24
**elaborate**  Vol. 1 -
81:18
**eleven**  Vol. 1 -
55:1
**eligible**  Vol. 1 -
43:19
**email [3] -**  Vol. 1 -
50:3, 55:4, 55:7
**emergency**  Vol. 1 -
128:15
**employee [2] -**
Vol. 1 - 79:12,
62:8
**endeavor**  Vol. 1 -
7:22
**ended**  Vol. 1 -
53:11
**ends**  Vol. 1 - 40:5
**enforcement [2] -**
Vol. 1 - 21:16,
21:20, 36:5, 36:6,
36:9
**English [10] -**
Vol. 1 - 1:23,
8:4, 8:5, 8:7,
8:12, 9:23, 10:1,
10:14, 10:23, 40:8
**enrolled**  Vol. 1 -
93:15
**entail**  Vol. 1 -
18:14
**enter**  Vol. 1 -
143:22
**entered**  Vol. 1 -
42:12
**enters**  Vol. 1 -
37:8
**entire [2] -**
Vol. 1 - 19:10,
19:11
**entry**  Vol. 1 -
63:11
**environment**
Vol. 1 - 20:22
**equal**  Vol. 1 -
107:8
**errata [4] -**
Vol. 1 - 158:9,
159:1, 160:1,
161:1
**escort [2] -**
Vol. 1 - 91:3,
91:12
**escorted [3] -**
Vol. 1 - 58:19,
89:19, 89:19
**Especially**  Vol. 1 -
121:2
**Esquire [4] -**
Vol. 1 - 2:1, 2:1,
2:12, 2:13
**established**
Vol. 1 - 79:7
**evening**  Vol. 1 -
50:5
**eventually [2] -**
Vol. 1 - 50:23,
51:6
**everyone [5] -**
Vol. 1 - 5:8,
5:21, 36:1, 37:4,
154:14
**everything**  Vol. 1 -
5:5
**exact**  Vol. 1 -
17:3
**exactly [2] -**
Vol. 1 - 94:2,
96:7
**Examination [4] -**
Vol. 1 - 3:3, 3:4,
4:4, 151:16
**examples [4] -**
Vol. 1 - 19:16,
21:19, 22:16, 44:15
**exams [2] -**  Vol. 1
143:23, 144:2
**except [4] -**
Vol. 1 - 2:21,
4:18, 99:14,
147:18
**exhibit [45] -**
Vol. 1 - 3:8,
30:4, 30:7, 37:21,
37:24, 39:11,
39:14, 46:5,
57:13, 58:1,
59:11, 61:13,
61:17, 61:19,
61:21, 62:5, 63:9,

68:24, 76:24,
79:25, 80:6, 83:9,
84:10, 85:14,
86:7, 88:5, 89:5,
93:7, 95:18, 97:1,
97:10, 97:18,
97:21, 97:24,
98:19, 98:22,
99:11, 99:12,
102:25, 144:24,
145:11, 146:15,
151:19, 154:8,
155:4
**Exhibits [2] -**
Vol. 1 - 3:7,
95:15
**exist**  Vol. 1 -
126:17
**exists**  Vol. 1 -
126:14
**experiences**
Vol. 1 - 91:15
**explain [6] -**
Vol. 1 - 11:10,
14:14, 15:6, 42:10,
43:12, 80:10
**explained**  Vol. 1 -
62:4
**explanation**
Vol. 1 - 62:11
**express [2] -**
Vol. 1 - 90:7,
114:18
**expressed [2] -**
Vol. 1 - 126:4
**extent**  Vol. 1 -
37:9

**F**

**F-E-R-P-A**  Vol. 1 -
35:15
**face [3] -**  Vol. 1 -
149:10, 149:10,
149:11
**facts [3] -**  Vol. 1 -
17:5, 17:17, 82:12
**fair [4] -**  Vol. 1 -
5:2, 6:3, 79:22,
87:1
**fall**  Vol. 1 -
42:18
**familiar [14] -**
Vol. 1 - 30:13,
37:16, 38:6,
39:14, 41:24,
88:7, 95:19,
97:10, 145:11,
146:17, 149:24,
150:14, 150:15,
150:17
**family [2] -**
Vol. 1 - 84:23,
85:2
**fearful [5] -**
Vol. 1 - 21:22,
58:25, 59:2,
131:3, 135:9
**fears**  Vol. 1 -
90:2
**feel [4] -**  Vol. 1 -
21:19, 66:16,
107:10, 119:2
**feeling [4] -**
Vol. 1 - 67:11,
113:12, 113:18,
119:19
**feels [2] -**  Vol. 1 -
117:7, 117:12
**felt [8] -**  Vol. 1 -
18:21, 49:13,
49:15, 52:18,
66:14, 87:2,
117:9, 118:11
**FERPA [9] -**  Vol. 1 -
35:14, 80:8,
80:14, 80:19,
80:21, 80:22,
80:24, 81:3, 81:10
**fifteen [2] -**
Vol. 1 - 13:1,
56:13
**figure [2] -**
Vol. 1 - 68:3,
138:22
**files [2] -**  Vol. 1 -
51:13, 62:16
**filing [2] -**
Vol. 1 - 2:15,
2:17
**fill [2] -**  Vol. 1 -
71:22, 102:11
**filled [5] -**
Vol. 1 - 26:22,
48:4, 48:13,
119:17, 123:14

**financially**
Vol. 1 - 162:19
**finding** Vol. 1 -
74:2
**fine [3]** - Vol. 1 -
51:25, 66:21,
151:6
**finish [2]** -
Vol. 1 - 5:1,
31:14
**finished [5]** -
Vol. 1 - 37:2,
129:17, 129:19,
129:24, 130:1
**finishing** Vol. 1 -
143:20
**firearm** Vol. 1 -
150:5
**firearms** Vol. 1 -
153:20
**Firm** Vol. 1 - 2:6
**five [35]** - Vol. 1
- 10:6, 10:12,
10:14, 11:1,
15:11, 15:14,
15:19, 15:24,
17:1, 18:3, 29:2,
29:3, 54:13,
68:20, 70:2,
70:20, 71:1,
71:10, 71:11,
71:12, 71:18,
77:23, 78:22,
79:14, 79:16,
85:3, 93:19,
105:23, 130:20,
133:13, 133:10,
135:17, 136:10,
136:14, 141:15
**five-day [9]** -
Vol. 1 - 20:25,
53:18, 53:21,
54:3, 54:6, 70:14,
70:16, 130:6,
133:25
**flag [2]** - Vol. 1 -
25:13, 25:16
**fluke** Vol. 1 -
81:17
**follow [4]** -
Vol. 1 - 47:17,
47:23, 132:3,
151:1
**followed** Vol. 1 -
116:19
**follows** Vol. 1 -
4:3
**forecast** Vol. 1 -
128:5
**foregoing [3]** -
Vol. 1 - 158:4,
162:8, 162:9
**forensic** Vol. 1 -
40:19
**forgot** Vol. 1 -
61:9
**forth [2]** - Vol. 1
- 11:1, 97:17
**forty-four [2]** -
Vol. 1 - 77:12,
82:8
**forward [5]** -
Vol. 1 - 31:4,
94:7, 94:12,
128:16, 137:2
**foundations [2]** -
Vol. 1 - 41:11,
97:15
**fourth [24]** -
Vol. 1 - 46:20,
63:10, 99:25,
100:10, 101:1,
101:8, 101:23,
102:5, 102:15,
102:22, 103:1,
105:5, 106:25,
108:6, 109:1,
111:12, 113:7,
115:7, 116:6,
117:16, 118:17,
120:2, 121:3,
127:4
**Frank** Vol. 1 - 2:6
**free [2]** - Vol. 1 -
134:17, 135:5
**frequently [4]** -
Vol. 1 - 53:7,
81:6, 106:7, 125:8
**frightened [2]** -
Vol. 1 - 91:13,
134:11
**frightening**
Vol. 1 - 91:14
**front [2]** - Vol. 1 -
42:5, 109:18
**fucking [3]** -
Vol. 1 - 45:25,
152:14, 153:3
**full** Vol. 1 - 44:2
**full-time [5]** -
Vol. 1 - 9:14,

**Vol. 1** - 9:17, 9:18, 9:20,
9:21
**fun** Vol. 1 - 63:23

## G

**G1 [2]** - Vol. 1 -
44:17, 44:24
**G26** Vol. 1 - 45:2
**G27** Vol. 1 - 45:4
**gas [2]** - Vol. 1 -
62:6, 67:7
**gather** Vol. 1 -
146:2
**gave [7]** - Vol. 1 -
43:18, 49:7,
51:10, 82:12,
103:21, 121:15,
135:20
**gears** Vol. 1 -
141:22
**general [6]** -
Vol. 1 - 13:15,
20:15, 20:17,
20:20, 20:20,
125:1
**Generalities**
Vol. 1 - 20:19
**generally [11]** -
Vol. 1 - 12:25,
13:13, 13:22,
17:3, 19:22,
20:25, 36:2,
36:11, 40:3,
125:3, 129:14
**generates** Vol. 1 -
42:15
**gestures** Vol. 1 -
30:20
**girl [8]** - Vol. 1 -
58:24, 67:18,
82:14, 83:2,
83:12, 83:21,
90:16, 145:12
**girlfriend [2]** -
Vol. 1 - 82:15,
83:22
**girls [13]** -
Vol. 1 - 46:21,
58:10, 58:17,
58:18, 58:19,
59:4, 59:15, 78:5,
79:8, 79:11,
85:10, 91:13, 92:1
**given [3]** - Vol. 1 -
18:9, 71:9, 75:18
**giving [5]** -
Vol. 1 - 53:21,
54:3, 91:21, 92:2,
107:14
**goal [2]** - Vol. 1 -
33:25, 96:3
**goes [3]** - Vol. 1 -
18:13, 42:19, 44:2
**gone [2]** - Vol. 1 -
85:10, 85:25
**gotten** Vol. 1 -
18:19
**government [2]** -
Vol. 1 - 40:12,
58:19
**grade [8]** - Vol. 1 -
3:11, 10:2, 39:18,
40:9, 40:12,
40:17, 40:20,
40:23
**grades [4]** -
Vol. 1 - 10:22,
11:19, 13:14,
39:20
**graduate [7]** -
Vol. 1 - 6:23,
7:15, 8:6, 8:11,
39:1, 39:5, 41:11
**graduated [2]** -
Vol. 1 - 9:9, 9:10
**graduation** Vol. 1 -
11:20
**greater [3]** -
Vol. 1 - 15:19,
29:3, 136:14
**grounds** Vol. 1 -
25:17
**group** Vol. 1 -
63:22
**grouped [7]** -
Vol. 1 - 123:10,
124:11, 124:19,
155:21, 155:22,
156:9, 156:14
**grouping [3]** -
Vol. 1 - 98:15,
107:11, 155:9
**groups** Vol. 1 -
63:4
**grown** Vol. 1 -
120:9
**guess [6]** - Vol. 1 -
17:15, 40:3,

42:22, 92:17,
109:20, 126:25
**guides** Vol. 1 -
44:12
**gun [32]** - Vol. 1 -
34:2, 34:5, 34:8,
34:15, 58:24,
61:15, 61:14, 62:7,
67:15, 67:23,
67:25, 68:6, 68:7,
68:9, 68:12,
72:23, 82:20,
83:2, 83:25, 84:2,
84:6, 87:7, 89:15,
90:16, 131:4,
131:14, 135:3,
135:6, 148:24,
149:5, 150:2,
150:5
**guns [3]** - Vol. 1 -
67:24, 120:9,
149:8
**gym** Vol. 1 - 63:2

## H

**hadn't [2]** -
Vol. 1 - 114:10,
122:11
**Hall** Vol. 1 -
31:19
**half [3]** - Vol. 1 -
40:13, 40:14,
40:23
**hall [3]** - Vol. 1 -
25:14, 58:14, 91:3
**Halloween [2]** -
Vol. 1 - 147:19,
148:2
**handed** Vol. 1 -
96:17
**handgun** Vol. 1 -
116:10
**handle [2]** -
Vol. 1 - 136:8,
136:13
**handled** Vol. 1 -
143:10
**handwriting [9]** -
Vol. 1 - 46:9,
57:16, 77:4,
86:12, 88:9,
100:19, 101:14,
103:4, 103:25
**handwritten**
Vol. 1 - 3:12
**hang [2]** - Vol. 1 -
68:11, 69:16
**happen [9]** -
Vol. 1 - 13:19,
20:2, 20:3, 23:14,
23:16, 23:16,
23:17, 26:20,
132:9
**happened [29]** -
Vol. 1 - 15:5,
18:25, 19:19,
20:6, 25:25,
26:13, 28:9,
32:24, 34:3,
34:25, 35:4, 35:9,
48:24, 49:2, 49:8,
50:2, 51:23,
52:12, 56:8,
73:19, 85:6, 87:3,
94:2, 94:19,
96:12, 97:6,
124:7, 131:20,
151:2
**happening [3]** -
Vol. 1 - 88:16,
88:18, 108:14
**happens [4]** -
Vol. 1 - 35:23,
37:12, 78:15,
79:11
**hash [3]** - Vol. 1 -
134:17, 135:5,
150:18
**hasn't [2]** -
Vol. 1 - 114:23,
121:24
**haven't [3]** -
Vol. 1 - 74:24,
100:6, 100:9
**having [4]** -
Vol. 1 - 4:2, 4:2,
90:14, 142:11
**he's [9]** - Vol. 1 -
74:11, 74:11,
82:3, 87:5,
108:17, 112:24,
113:2, 115:22,
150:2
**heading** Vol. 1 -
158:5
**hear [3]** - Vol. 1 -
23:19, 36:25,
138:2

**heard [8]** - Vol. 1 -
25:23, 89:9,
91:15, 108:4,
114:23, 115:2,
115:15, 144:23
**hearing [45]** -
Vol. 1 - 6:12,
6:13, 14:13, 16:7,
16:9, 34:7, 34:19,
35:6, 70:4, 70:17,
70:19, 71:4, 94:8,
94:13, 130:9,
130:16, 130:18,
130:23, 131:17,
131:21, 136:13,
137:2, 137:5,
137:20, 138:7,
138:10, 138:19,
138:20, 138:22,
139:8, 139:13,
139:15, 140:3,
140:7, 140:9,
140:25, 141:4,
141:15, 141:8,
146:18, 146:24,
147:3, 147:8,
148:8, 148:11
**heavily** Vol. 1 -
75:1
**held [5]** - Vol. 1 -
1:14, 68:7, 76:6,
98:5, 99:7
**helping** Vol. 1 -
140:11
**here's** Vol. 1 -
88:16
**hereby [2]** -
Vol. 1 - 158:6,
162:7
**hereof** Vol. 1 -
158:6
**hereto** Vol. 1 -
2:15
**himself** Vol. 1 -
155:25
**history** Vol. 1 -
31:17
**Hitler** Vol. 1 -
31:14
**hold [2]** - Vol. 1 -
90:3, 137:8
**holding [3]** -
Vol. 1 - 148:24,
149:5, 149:8
**Holloway [2]** -
Vol. 1 - 154:9,
154:18
**homophobic**
Vol. 1 - 27:10
**honest [4]** -
Vol. 1 - 12:22,
121:7, 121:16,
146:8
**honestly** Vol. 1 -
120:21
**hospital [6]** -
Vol. 1 - 58:24,
67:18, 83:2,
83:12, 90:17,
145:24
**hour** Vol. 1 - 5:18
**hours** Vol. 1 -
12:23
**However** Vol. 1 -
18:1
**HR [4]** - Vol. 1 -
123:17, 123:5,
123:19, 123:13
**HR's [2]** - Vol. 1 -
121:13, 121:13
**hundred** Vol. 1 -
102:7
**hunter [2]** -
Vol. 1 - 150:23,
151:9
**hunters** Vol. 1 -
147:15
**hunting** Vol. 1 -
147:18
**husband [2]** -
Vol. 1 - 49:16,
49:12
**husband's**
Vol. 1 - 149:24
**HV's** Vol. 1 -
150:4

## I

**ID [6]** - Vol. 1 -
105:12, 111:11,
111:17, 111:23,
112:2, 112:15
**ID's** Vol. 1 -
111:20
**idea [3]** - Vol. 1 -
12:4, 29:24,
138:22

**identify** Vol. 1 -
11:23
**illegal** Vol. 1 -
90:16
**images** Vol. 1 -
90:16
**inappropriate [3]** -
Vol. 1 - 19:23,
44:17, 44:25
**incidence** Vol. 1 -
33:24
**incidences** Vol. 1 -
27:18
**incident [43]** -
Vol. 1 - 25:22,
26:13, 26:21,
27:1, 28:3, 28:5,
29:5, 34:12,
34:25, 35:8, 42:6,
42:6, 42:9, 42:23,
42:24, 43:4, 43:4,
45:14, 46:2,
46:25, 48:5,
48:20, 48:24,
49:9, 50:24,
53:18, 54:4,
54:16, 63:3,
63:13, 66:5, 67:3,
73:13, 73:19,
74:3, 96:11,
129:2, 130:7,
131:20, 136:22,
144:8, 152:13,
153:5
**incidents [7]** -
Vol. 1 - 26:20,
27:5, 27:13,
42:18, 43:7,
65:17, 67:11
**inclement** Vol. 1 -
148:6
**included [4]** -
Vol. 1 - 61:13,
62:6, 126:21,
126:23
**including [3]** -
Vol. 1 - 84:23,
96:5, 140:22
**incomplete** Vol. 1 -
40:25
**inconclusive**
Vol. 1 - 66:22
**INDEX [2]** - Vol. 1 -
3:1, 3:17
**indicate** Vol. 1 -
147:20
**indicated [5]** -
Vol. 1 - 42:24,
128:4, 147:21,
158:5, 158:8
**indicates [2]** -
Vol. 1 - 72:14,
72:17
**Indicating** Vol. 1 -
30:15
**individual [2]** -
Vol. 1 - 1:8, 34:8
**ineligible** Vol. 1 -
109:10
**infant** Vol. 1 -
1:3
**influence** Vol. 1 -
5:22
**inform [3]** -
Vol. 1 - 1:57,
94:4, 94:11
**information [12]** -
Vol. 1 - 18:4,
42:12, 59:3, 73:4,
82:10, 89:14,
108:11, 138:25,
143:12, 143:14,
152:7, 156:16
**informed** Vol. 1 -
87:11
**initial [8]** -
Vol. 1 - 57:21,
58:5, 67:13,
85:16, 99:21,
112:18, 133:4,
135:13
**initially [8]** -
Vol. 1 - 59:8,
59:15, 67:16,
106:3, 120:11,
113:23, 133:14,
134:10
**initials [2]** -
Vol. 1 - 69:22,
111:2
**Instagram** Vol. 1 -
30:22
**instances** Vol. 1 -
29:17
**instincts** Vol. 1 -
150:1
**instruct** Vol. 1 -
138:24
**instructional [4]** -
Vol. 1 - 54:21,
55:8, 55:23, 56:4

**intentionally**
Vol. 1 - 124:5
**intentions [3]** -
Vol. 1 - 115:10,
115:18, 115:24
**interested** Vol. 1 -
162:17
**interfaced** Vol. 1 -
111:2
**Interim [4]** -
Vol. 1 - 1:7,
51:14, 57:22,
72:17
**interpose** Vol. 1 -
20:11
**interview [4]** -
Vol. 1 - 93:10,
93:16, 130:22,
154:9
**interviewed [5]** -
Vol. 1 - 101:19,
129:16, 129:20,
132:24
**interviewing [4]** -
Vol. 1 - 97:7,
130:1, 131:8,
135:17
**interviews [2]** -
Vol. 1 - 97:6,
98:10
**intimidated [12]** -
Vol. 1 - 49:13,
52:18, 54:13,
66:11, 67:12, 67:7,
112:24, 113:18,
117:10, 117:22,
118:15, 119:20
**intimidating [5]** -
Vol. 1 - 62:21,
64:24, 65:19,
122:9, 153:5
**investigate [7]** -
Vol. 1 - 21:15,
27:9, 63:25,
144:13, 144:16,
147:6, 150:14
**investigated [5]** -
Vol. 1 - 23:25,
34:4, 65:6, 66:4,
94:9
**investigating**
Vol. 1 - 36:11
**investigation
[39]** - Vol. 1 -
15:23, 16:4,
20:4, 21:6, 22:11,
27:24, 28:2,
28:10, 28:14,
29:16, 30:24,
30:25, 31:3,
31:25, 32:6,
32:12, 33:19,
63:1, 63:1, 64:4,
65:8, 65:12,
93:23, 94:1, 94:4,
94:11, 99:14,
99:16, 101:20,
110:1, 122:1,
124:23, 128:3,
129:8, 129:24,
132:25, 141:10,
**investigations**
Vol. 1 - 16:16
**involved [12]** -
Vol. 1 - 19:13,
20:13, 21:17,
21:20, 22:11,
27:23, 28:17,
33:18, 53:6,
67:15, 130:11,
142:21
**involvement [2]** -
Vol. 1 - 20:4,
130:13
**involving [3]** -
Vol. 1 - 45:15,
48:20, 54:16
**IS's [3]** - Vol. 1 -
107:3, 107:13,
108:1
**Isaac** Vol. 1 -
149:19
**isn't [3]** - Vol. 1 -
80:20, 82:19,
98:16
**issue** Vol. 1 -
51:21
**issuing** Vol. 1 -
140:25
**it'd** Vol. 1 -
66:16

## J

**JA [6]** - Vol. 1 -
108:6, 108:25,
109:9, 110:3,
155:5, 155:7

**JA's [3]** - Vol. 1 -
109:4, 109:23,
110:17

**January [4]** -
Vol. 1 - 39:8,
40:6, 40:7, 41:10

**JB [4]** - Vol. 1 -
118:16, 118:25,
119:3, 119:16

**JB's [2]** - Vol. 1 -
118:20, 118:24

**Jeff [2]** - Vol. 1 -
72:9, 72:20

**JEFFREY** Vol. 1 -

**Jew [9]** - Vol. 1 -
28:3, 28:4, 29:5,
29:11, 29:14,
29:22, 30:25,
32:1, 33:7

**Jewish [3]** -
Vol. 1 - 28:7,
28:7, 29:20

**job [7]** - Vol. 1 -
7:25, 9:10, 9:18,
9:23, 10:16,
12:18, 16:8

**joking** Vol. 1 -
107:9

**Jordan** Vol. 1 -
120:15

**Josh [3]** - Vol. 1 -
2:2, 4:6, 138:2

**JP** Vol. 1 - 59:12

**JT [2]** - Vol. 1 -
102:14, 102:15

---

### K

**K-I-E-S** Vol. 1 -
132:9

**Kasson [13]** -
Vol. 1 - 1:8,
51:3, 52:8, 54:2,
55:21, 57:11,
57:22, 62:17,
72:15, 95:23,
125:16, 140:13,
140:24

**keeping [2]** -
Vol. 1 - 42:21,
87:11

**key** Vol. 1 - 84:20

**kick [10]** - Vol. 1 -
28:3, 28:4, 28:7,
29:5, 29:11,
29:14, 29:22,
30:25, 32:1, 33:7

**kicked [2]** -
Vol. 1 - 28:6,
28:11

**kicking** Vol. 1 -
29:20

**kicks** Vol. 1 -
2:7

**kid** Vol. 1 - 18:13

**Kies [2]** - Vol. 1 -
132:6, 132:15

**kill** Vol. 1 - 22:8

**Kirkville** Vol. 1 -
2:7

**knocks** Vol. 1 -
37:8

**knowing** Vol. 1 -
74:12

**knowledge [2]** -
Vol. 1 - 24:6,
130:5

**known [2]** - Vol. 1 -
58:2, 62:17

**knows** Vol. 1 -
138:25

**Kurkoski** Vol. 1 -
66:6

---

### L

**Lamosh** Vol. 1 -
132:2

**LaRoach** Vol. 1 -
1:10

**later [3]** - Vol. 1 -
13:2, 50:4, 50:5

**law [6]** - Vol. 1 -
2:6, 21:16, 21:20,
36:5, 36:6, 36:9

**lawyer [4]** -
Vol. 1 - 15:25,
16:2, 16:3, 16:4

**lays [2]** - Vol. 1 -
45:5, 145:18

**lead** Vol. 1 - 20:7

**leadership** Vol. 1 -
11:12

**learned** Vol. 1 -
86:25

**leave [7]** - Vol. 1 -

---

13:1, 45:24, 82:5,
89:18, 90:13,
90:22, 91:1

**legal [2]** - Vol. 1 -
2:2, 74:24

**length [5]** -
Vol. 1 - 20:23,
34:14, 133:5,
138:11, 138:15

**lengthy [2]** -
Vol. 1 - 28:16,
2:7

**let's [6]** - Vol. 1 -
9:7, 37:15, 38:22,
76:5, 98:2, 99:8

**letter [22]** -
Vol. 1 - 3:9,
14:14, 16:14,
16:15, 16:20,
16:23, 16:23,
16:24, 17:8, 17:9,
17:18, 17:22,
17:25, 18:1,
23:12, 23:15,
24:7, 29:24,
145:15, 145:17,
145:21, 145:23

**letters [3]** -
Vol. 1 - 6:11,
16:10, 16:11

**level [10]** -
Vol. 1 - 43:15,
43:17, 43:21,
43:23, 43:23,
44:1, 44:3, 45:2,
45:4, 54:10

**levels** Vol. 1 -
43:13

**levity** Vol. 1 -
136:4

**lights** Vol. 1 -
16:16

**lines** Vol. 1 -
154:12

**listed [2]** -
Vol. 1 - 14:7,
151:24

**listen** Vol. 1 -
133:22

**lived** Vol. 1 -
117:5

**lives [2]** - Vol. 1 -
49:5, 51:7

**loading [2]** -
Vol. 1 - 67:25,
68:12

**local [2]** - Vol. 1 -
29:8, 29:18

**locating** Vol. 1 -
142:1

**lock** Vol. 1 -
84:19

**lockdown [15]** -
Vol. 1 - 35:22,
35:24, 36:2, 36:3,
36:6, 36:9, 36:15,
36:21, 37:5,
88:23, 89:1, 89:8,
89:24, 94:22,
94:24

**lockdowns** Vol. 1 -
1:10

**locked** Vol. 1 -
84:13

**locker [2]** -
Vol. 1 - 63:1,
64:12

**longer [6]** -
Vol. 1 - 24:3,
71:18, 127:23,
127:25, 130:6,
133:10

**looking [5]** -
Vol. 1 - 15:24,
40:1, 44:9, 70:1,
71:12

**Lorraine [2]** -
Vol. 1 - 136:21,
137:4

**low** Vol. 1 - 54:10

**lunch** Vol. 1 -
14:19

**luncheon** Vol. 1 -
95:13

**lynch [4]** - Vol. 1 -
1:19, 2:18, 162:7,
162:23

---

### M

**machine** Vol. 1 -
162:9

**magazine [2]** -
Vol. 1 - 68:8,
68:11

**main [2]** - Vol. 1 -
2:2, 11:21

**mainly** Vol. 1 -
131:13

---

**makes [4]** - Vol. 1 -
95:3, 96:22,
125:20, 131:8,
151:22

**making [7]** -
Vol. 1 - 22:5,
74:22, 75:23,
78:21, 81:3, 87:8,
133:19

**mandates** Vol. 1 -
35:24

**manner** Vol. 1 -
162:21

**March [3]** - Vol. 1 -
19:6, 128:14,
162:21

**mark [9]** - Vol. 1 -
70:4, 70:11,
70:17, 71:24,
77:2, 84:11,
98:17, 105:2,
112:11

**marked [27]** -
Vol. 1 - 30:4,
30:7, 37:21,
37:24, 39:11,
39:14, 41:15,
42:23, 46:5,
57:13, 58:1,
61:12, 61:16,
83:9, 85:14, 86:7,
88:5, 95:15,
95:18, 96:25,
97:10, 97:21,
97:24, 98:19,
145:11, 154:7,
155:3

**marking [5]** -
Vol. 1 - 39:20,
39:24, 39:24,
40:4, 41:3

**married** Vol. 1 -
1:20

**mask** Vol. 1 -
4:20

**MAT [5]** - Vol. 1 -
7:25, 8:10, 8:11,
8:18, 8:20

**material** Vol. 1 -
143:15

**materials** Vol. 1 -
30:19

**math [11]** - Vol. 1 -
41:1, 41:7, 96:8,
96:12, 97:15,
98:10, 99:25,
103:1, 104:14,
105:16, 132:22

**matter [4]** -
Vol. 1 - 75:4,
75:19, 92:6,
137:20

**maybe [4]** - Vol. 1 -
16:10, 16:11,
16:21, 138:18

**MD [2]** - Vol. 1 -
69:22, 69:24

**means [3]** - Vol. 1 -
14:5, 74:10, 146:4

**media [50]** -
Vol. 1 - 19:14,
21:8, 21:22, 22:4,
22:13, 24:16,
29:8, 33:5, 52:20,
53:1, 53:3, 55:14,
55:20, 57:6,
59:16, 81:7,
82:25, 90:17,
91:19, 96:8,
96:13, 100:5,
100:7, 100:13,
101:4, 101:11,
102:1, 102:8,
102:19, 103:12,
103:14, 103:21,
103:23, 104:9,
106:22, 108:2,
109:5, 109:8,
111:20, 114:20,
115:13, 119:12,
120:6, 122:12,
125:9, 126:2,
126:22, 127:6,
127:17, 133:13,
137:19, 140:5,
145:10

---

94:20, 94:23,
95:3, 96:22,
125:20, 131:8,
131:10, 131:10,
131:10, 131:11,
138:6, 139:1,
151:20, 152:6,
153:4, 153:22,
153:25, 154:4,
154:18, 154:23

**meetings [8]** -
Vol. 1 - 53:5,
55:24, 55:25,
87:16, 87:20,
87:24, 125:21,
154:2

**member [4]** -
Vol. 1 - 13:9,
27:15, 84:22,
89:11

**members [3]** -
Vol. 1 - 36:11,
131:4, 134:20

**mention [12]** -
Vol. 1 - 50:8,
113:13, 113:16,
113:18, 113:21,
116:13, 118:10,
119:19, 122:5,
122:8, 140:16,
145:23

**mentioned [10]** -
Vol. 1 - 8:9,
60:12, 129:8,
131:15, 133:8,
133:15, 133:21,
133:22, 133:24,
135:12

**Merit [3]** - Vol. 1 -
1:20, 2:19, 162:24

**message** Vol. 1 -
49:22

**met [22]** - Vol. 1 -
6:18, 29:15,
29:19, 29:19,
33:1, 46:15, 50:1,
51:2, 52:3, 52:3,
52:6, 53:7, 54:8,
57:2, 57:3, 82:4,
85:8, 87:23,
88:20, 89:20,
140:19, 140:19

**MH [3]** - Vol. 1 -
113:6, 114:6,
118:1

**MI** Vol. 1 - 101:22

**Michael [2]** -
Vol. 1 - 141:4,
141:5

**middle [11]** -
Vol. 1 - 9:24,
10:1, 10:8, 10:17,
12:5, 47:6, 49:6,
63:16, 66:8,
87:14, 133:23

**Miller** Vol. 1 -
2:6

**mind [2]** - Vol. 1 -
65:18, 136:5

**mine** Vol. 1 -
41:18

**minimum** Vol. 1 -
130:13

**minor** Vol. 1 -
130:13

**minority** Vol. 1 -
130:12

**minute [2]** -
Vol. 1 - 76:5,
162:12

**minutes [5]** -
Vol. 1 - 55:24,
56:3, 95:12,
146:2, 155:2

**mischaracterize**
Vol. 1 - 92:9

**mischaracterized**
Vol. 1 - 92:21

**mischaracterizes**
[2] - Vol. 1 -
92:4, 110:22

**Miss [92]** - Vol. 1 -
4:6, 4:21, 27:1,
30:6, 37:23,
45:15, 45:21,
45:25, 46:1,
46:15, 47:11,
47:13, 48:2,
48:13, 48:14,
48:17, 48:20,
49:1, 49:3, 49:5,
49:10, 49:23,
49:24, 50:1, 50:8,
50:16, 50:21,
60:1, 66:6, 75:5,
91:9, 93:15, 94:3,
94:17, 94:20,
100:9, 101:1,
102:19, 102:16,
102:22, 103:16,

---

104:6, 105:5,
105:12, 105:18,
106:4, 106:25,
108:6, 108:18,
109:1, 111:11,
113:6, 114:2,
115:6, 116:6,
117:2, 117:3,
117:16, 118:16,
118:25, 120:2,
120:21, 121:7,
121:2, 123:11,
121:15, 123:20,
124:2, 125:10,
127:4, 129:7,
131:10, 132:13,
132:19, 133:18,
133:21, 137:15,
140:3, 140:12,
140:15, 140:17,
144:8, 144:9,
147:12, 152:13,
153:2, 153:6,
155:10, 156:14,

**MK [5]** - Vol. 1 -
116:6, 116:6,
116:16, 117:15,
117:15

**MN's [2]** - Vol. 1 -
117:18, 117:19,
118:4, 132:10

**MR2 [4]** - Vol. 1 -
113:18, 117:9,
118:4, 132:10

**MRs [3]** - Vol. 1 -
117:19, 132:11,
132:12

**mocked** Vol. 1 -
45:22

**moment [6]** -
Vol. 1 - 31:10,
98:3, 99:17,
137:8, 142:1,
142:7

**Monday [2]** -
Vol. 1 - 1:14,
162:22

**money [2]** - Vol. 1 -
63:4, 63:15

**month** Vol. 1 -
39:24

**Monthly** Vol. 1 -
11:2

**months [3]** -
Vol. 1 - 32:5,
123:2, 144:12

**morning [5]** -
Vol. 1 - 13:1,
34:2, 50:4, 82:16,
142:9

**motivated [2]** -
Vol. 1 - 107:10,
111:23

**move [2]** - Vol. 1 -
37:15, 120:15

**moving [6]** -
Vol. 1 - 33:7,
33:13, 54:15,
93:6, 111:9, 115:4

**multiple** Vol. 1 -
45:21

**music** Vol. 1 -
29:18

**Myself** Vol. 1 -
57:10

---

### N

**names [10]** -
Vol. 1 - 20:16,
59:11, 60:15,
60:19, 60:20,
61:4, 146:20,
146:21, 152:1,
152:10

**national [3]** -
Vol. 1 - 29:5,
33:5, 128:14

**Natural** Vol. 1 -
1:1

**Nazi [2]** - Vol. 1 -
31:21, 31:23

**NB [3]** - Vol. 1 -
101:7, 101:17,
101:19

**NB's** Vol. 1 -
101:11

**necessarily**
Vol. 1 - 17:3

**necessary** Vol. 1 -
29:18

**needed [8]** -
Vol. 1 - 16:9,
18:21, 39:1, 39:3,
47:4, 49:15,
74:18, 130:18

**news** Vol. 1 - 29:6

**nice [2]** - Vol. 1 -

---

120:18, 120:21

**nigger** Vol. 1 -
26:9

**nine-period**
Vol. 1 - 10:6

**nod** Vol. 1 - 5:12

**Nods [4]** - Vol. 1 -
33:4, 83:16,
87:23, 131:10

**non-VAdir** Vol. 1 -
42:25

**None [2]** - Vol. 1 -
29:3, 108:4

**Nope [2]** - Vol. 1 -
94:13, 120:20

**nor [2]** - Vol. 1 -
162:17, 162:18

**normal [6]** -
Vol. 1 - 12:20,
12:22, 47:22,
66:16, 73:12,
73:15

**normally** Vol. 1 -
1:2

**NORTHERN** Vol. 1 -

**Notary [5]** -
Vol. 1 - 1:20,
2:16, 2:17,
158:25, 162:25

**note [4]** - Vol. 1 -
51:10, 70:2,
152:1, 154:12

**notes [37]** -
Vol. 1 - 3:12,
46:11, 46:13,
57:18, 57:20,
77:6, 77:16,
79:23, 79:24,
86:14, 86:16,
86:19, 88:11,
88:14, 89:4,
94:18, 99:15,
100:21, 101:16,
104:2, 104:16,
111:16, 114:6,
115:10, 116:20,
118:3, 123:7,
134:16, 135:4,
135:11, 151:19,
151:25, 152:3,
152:5, 154:9,
154:13, 155:5

**nothing [4]** -
Vol. 1 - 108:15,
112:3, 121:9,
132:14

**notice [8]** -
Vol. 1 - 6:12,
119:6, 123:18,
124:1, 130:9,
131:17, 131:21,
137:2

**noticed [9]** -
Vol. 1 - 119:3,
123:10, 123:15

**notify** Vol. 1 -
143:11

**November [2]** -
Vol. 1 - 45:14,
152:14

**nude [3]** - Vol. 1 -
21:3, 21:25, 22:4

**numbers** Vol. 1 -
98:7

**NY [2]** - Vol. 1 -
2:4, 2:17

**NY/PA [2]** - Vol. 1 -
1:20, 162:16

---

### O

**o'clock [3]** -
Vol. 1 - 55:3,
94:21, 95:7

**oath [2]** - Vol. 1 -
2:17, 4:22

**object [6]** -
Vol. 1 - 60:24,
74:23, 88:19,
90:23, 98:12,
112:5

**objection [60]** -
Vol. 1 - 9:12,
12:1, 12:9, 15:2,
24:4, 24:19, 25:6,
33:4, 33:21,
38:17, 48:6,
53:23, 59:6,
59:20, 64:16,
66:18, 70:21,
71:6, 71:19, 73:6,
73:7, 73:14,
73:20, 74:4,
78:19, 78:24,
79:2, 81:4, 87:19,
92:3, 92:14, 94:6,
94:11, 99:13,
104:20, 106:15,

110:13,
110:21, 113:23,
115:19, 117:22,
119:8, 121:20,
122:13, 124:8,
126:3, 127:11,
127:18, 128:19,
134:5, 135:7,
141:19, 144:3,
144:10, 148:3,
153:7, 153:11,
153:21, 155:12,
155:23
**objections [2]** -
7:1, 1 - 2:2,
4:17
**observing** Vol. 1 -
11:23
**obviously [2]** -
Vol. 1 - 9:16,
36:7
**occurred [2]** -
Vol. 1 - 76:9,
86:17
**off-the-record**
**[4]** - Vol. 1 -
76:6, 98:5, 99:7,
128:3
**offense [4]** -
Vol. 1 - 43:11,
44:9, 44:10, 44:20
**offer [4]** - Vol. 1 -
32:8, 51:13,
130:19, 133:5
**offered [4]** -
Vol. 1 - 133:2,
133:3, 138:10,
138:14
**office [23]** -
Vol. 1 - 6:16,
13:12, 16:9,
16:13, 25:5,
32:16, 49:22,
50:14, 51:12,
52:5, 54:22, 57:2,
57:9, 85:13, 86:3,
89:20, 90:7, 91:3,
91:18, 132:3,
134:20, 136:7,
136:12
**officer [40]** -
Vol. 1 - 36:13,
36:19, 36:20,
36:21, 37:7,
49:18, 49:19,
55:16, 56:8, 57:2,
57:10, 57:21,
58:2, 58:19, 59:1,
59:5, 59:15,
62:16, 72:24,
72:25, 78:5,
78:14, 82:25,
83:6, 85:11,
85:25, 89:13,
89:20, 91:7,
91:20, 91:25,
92:4, 92:14,
94:20, 131:11,
133:17, 138:20,
141:6, 150:9,
152:6
**officer's** Vol. 1 -
35:7
**officers** Vol. 1 -
38:18
**Official** Vol. 1 -
1:8
**Oneonta** Vol. 1 -
2:4
**ongoing [2]** -
Vol. 1 - 88:16,
135:15
**online [2]** -
Vol. 1 - 69:3,
143:17
**open** Vol. 1 -
50:20
**opening** Vol. 1 -
18:6
**opinion [2]** -
Vol. 1 - 121:8,
133:5
**opportunity**
Vol. 1 - 7:10
**opposed [2]** -
Vol. 1 - 137:21,
146:12
**order [2]** - Vol. 1 -
39:2, 98:8
**organized** Vol. 1 -
12:5
**others [2]** -
Vol. 1 - 19:18,
135:8
**Otherwise** Vol. 1 -
137:11
**out-of-school [2]** -
Vol. 1 - 14:18,
14:20
**outbursts** Vol. 1 -
91:15

**outset [2]** -
Vol. 1 - 38:19,
38:21
**outside [4]** -
Vol. 1 - 21:12,
66:24, 137:11,
141:8
**owed** Vol. 1 -
18:24

# P

**P.A** Vol. 1 - 36:3
**p.m [3]** - Vol. 1 -
95:14, 95:14,
157:1
**PA** Vol. 1 - 1:21
**packet [3]** -
Vol. 1 - 3:15,
3:16, 143:12
**Page___line [33]** -
Vol. 1 - 159:3,
159:5, 159:7,
159:9, 159:11,
159:13, 159:15,
159:17, 159:19,
159:21, 159:23,
160:3, 160:5,
160:7, 160:9,
160:11, 160:13,
160:15, 160:17,
160:19, 160:21,
160:23, 161:3,
161:5, 161:7,
161:9, 161:11,
161:13, 161:15,
161:17, 161:19,
161:21, 161:23
**pages [7]** - Vol. 1 -
103:5, 104:8,
105:8, 105:17,
108:5, 146:20,
162:9
**pair [2]** - Vol. 1 -
36:12, 124:20
**paragraph [4]** -
Vol. 1 - 17:2,
18:7, 30:17, 30:17
**parent [11]** -
Vol. 1 - 21:14,
31:4, 34:13,
47:23, 132:4,
132:5, 143:4,
143:5, 143:7,
143:12, 143:14
**parents [16]** -
Vol. 1 - 17:10,
21:7, 21:12,
22:18, 22:23,
23:4, 23:20, 24:2,
29:17, 29:17,
52:21, 69:4,
131:4, 131:9,
131:22, 143:2
**part-time [2]** -
Vol. 1 - 9:20,
9:21
**partial [2]** -
Vol. 1 - 98:13,
99:17
**participation**
Vol. 1 - 40:11
**particularly [2]** -
Vol. 1 - 21:5,
31:2
**parties [3]** -
Vol. 1 - 2:14,
20:15, 162:17
**party [2]** - Vol. 1 -
34:1, 128:22
**pass [3]** - Vol. 1 -
39:3, 39:4, 41:3
**passing [4]** -
Vol. 1 - 39:9,
40:8, 40:16, 40:22
**past [4]** - Vol. 1 -
91:14, 95:6,
114:11, 127:21
**Paushter [6]** -
Vol. 1 - 136:21,
137:4, 137:7,
137:16, 140:15,
140:17
**Payne [34]** -
Vol. 1 - 2:11, 4:7,
22:25, 23:22,
26:24, 31:12,
53:14, 63:3, 62:9,
67:8, 71:15, 92:7,
92:10, 103:16,
107:21, 110:14,
127:12, 127:14,
127:19, 129:5,
134:14, 137:24,
138:2, 139:22,
140:20, 142:3,
142:6, 144:5,
147:24, 149:15,
149:20, 150:12,

150:24, 151:4
**PE** Vol. 1 - 64:10
**Penna [37]** -
Vol. 1 - 1:17,
51:14, 51:20,
52:8, 52:17,
52:19, 52:25,
53:2, 53:11,
53:22, 54:2,
55:21, 57:10,
57:23, 62:17,
72:18, 79:15,
79:20, 80:7,
80:13, 81:2, 81:9,
82:3, 82:4, 85:12,
86:2, 87:23,
94:20, 125:17,
125:20, 125:24,
135:19, 136:2,
136:9, 140:16,
154:13, 154:17
**Penna's [2]** -
Vol. 1 - 52:5,
52:7, 80:13
**per** Vol. 1 - 35:25
**perceived [3]** -
Vol. 1 - 22:20,
23:24, 24:17
**percent [2]** -
Vol. 1 - 43:19,
43:21
**perception** Vol. 1 -
110:10
**perfect** Vol. 1 -
133:14
**perhaps** Vol. 1 -
46:24
**period [35]** -
Vol. 1 - 34:24,
39:20, 39:22,
39:24, 40:4, 40:4,
41:4, 43:24,
46:20, 54:11,
97:14, 99:25,
100:10, 101:1,
101:8, 101:23,
102:5, 102:15,
102:22, 103:1,
103:5, 106:25,
108:7, 109:1,
111:12, 113:7,
115:7, 116:6,
117:16, 118:17,
120:2, 120:16,
121:3, 127:5,
152:25
**persona [3]** -
Vol. 1 - 60:6,
60:9, 134:25
**personally [5]** -
Vol. 1 - 90:20,
123:5, 162:11,
145:25, 162:11
**pertain** Vol. 1 -
99:13
**pertinent** Vol. 1 -
53:17
**phones** Vol. 1 -
51:7
**photos [5]** -
Vol. 1 - 146:25,
147:1, 147:22,
147:7, 147:13
**physical** Vol. 1 -
41:22
**pickup [2]** -
Vol. 1 - 129:1,
129:2
**pictures [6]** -
Vol. 1 - 21:13,
22:1, 22:4,
146:17, 146:19,
150:10
**placed [4]** -
Vol. 1 - 54:8,
54:12, 108:22,
110:19
**Plaintiff [2]** -
Vol. 1 - 1:4, 2:4
**Plaintiff's [22]** -
Vol. 1 - 30:7,
37:24, 39:14,
46:5, 57:13, 58:1,
62:13, 76:23,
88:5, 89:5, 93:7,
95:18, 96:25,
97:10, 97:18,
97:24, 98:21,
99:11, 99:11,
102:25, 141:23,
145:11
**plaintiffs** Vol. 1 -
128:4
**play** Vol. 1 - 62:1
**played** Vol. 1 -
62:2
**playing** Vol. 1 -
45:20
**please** Vol. 1 -
48:9
**pleased** Vol. 1 -

132:19
**point [9]** - Vol. 1 -
37:7, 38:18,
71:17, 71:20,
71:22, 105:23,
130:3, 153:18,
153:3
**police [14]** -
Vol. 1 - 34:5,
36:12, 36:19,
36:20, 37:7, 69:2,
69:11, 69:14,
69:15, 69:18,
72:25, 78:16,
79:11, 131:5
**poor** Vol. 1 -
147:19
**portion** Vol. 1 -
131:10
**position [3]** -
Vol. 1 - 10:13,
102:20, 11:2
**positive** Vol. 1 -
125:10
**possession** Vol. 1 -
129:3
**possible [2]** -
Vol. 1 - 75:18,
14:14
**post [9]** - Vol. 1 -
22:7, 55:15,
95:10, 119:13,
122:12, 126:2,
126:22, 127:17,
134:23
**Post-it [5]** -
Vol. 1 - 51:10,
134:16, 135:4,
135:11, 153:20
**posted [5]** -
Vol. 1 - 19:17,
120:14, 121:9,
134:16, 135:3
**posting [3]** -
Vol. 1 - 22:12,
135:6, 135:11
**postings** Vol. 1 -
109:7
**posts [3]** - Vol. 1 -
59:14, 101:5,
135:4
**potential [3]** -
Vol. 1 - 11:13,
131:2, 133:8
**practice [3]** -
Vol. 1 - 36:21,
37:13, 47:22
**preparation [3]** -
Vol. 1 - 6:17,
11:20, 137:19
**prepare [5]** -
Vol. 1 - 2:20,
16:8, 96:21,
137:15, 142:11
**prepared [2]** -
Vol. 1 - 16:9,
142:10
**preparing [3]** -
Vol. 1 - 6:5,
138:6, 140:8
**presence [2]** -
Vol. 1 - 137:10,
137:11
**present [7]** -
Vol. 1 - 22:10,
51:3, 51:20,
137:16, 138:5,
139:12, 154:17
**presented** Vol. 1 -
146:19
**presenting** Vol. 1 -
58:3
**presumably** Vol. 1 -
137:16
**preseuspension [6]** -
Vol. 1 - 16:10,
16:18, 16:22,
16:24, 17:22,
145:15
**previous [2]** -
Vol. 1 - 62:22,
155:7
**previously [8]** -
Vol. 1 - 4:1, 14:4,
46:5, 54:8, 57:12,
83:18, 87:3,
88:5
**principal [44]** -
Vol. 1 - 1:8,
11:4, 11:18,
11:21, 12:19,
12:21, 12:24,
14:22, 15:6, 15:8,
15:13, 15:17,
16:11, 16:12,
16:15, 17:11,
17:19, 18:12, 28:8,

33:1, 33:18, 37:5,
47:23, 51:14,
51:20, 57:22,
57:22, 57:23,
62:17, 62:17,
70:25, 71:10,
71:11, 72:14,
72:17, 146:11
**principal's**
Vol. 1 - 17:12
**principals [3]** -
Vol. 1 - 13:12,
50:13, 53:18
**prior [5]** - Vol. 1 -
77:23, 78:21,
79:19, 79:19,
140:24
**private**
Vol. 1 -
138:25
**privilege [3]** -
Vol. 1 - 75:1,
75:20
**privileged** Vol. 1 -
75:24, 76:3
**probably [2]** -
Vol. 1 - 25:1,
25:4
**probation [3]** -
Vol. 1 - 14:14,
54:9, 54:12
**problem [5]** -
Vol. 1 - 5:9,
35:19, 75:14,
75:15, 155:24
**procedure** Vol. 1 -
82:15
**proceed** Vol. 1 -
143:13
**proceedings**
Vol. 1 - 162:13
**process [18]** -
Vol. 1 - 13:22,
14:25, 15:21,
15:22, 16:17,
22:18, 22:21,
22:23, 23:19,
24:1, 28:16,
70:25, 137:1,
138:10, 140:3,
140:5, 141:4,
141:8
**produce [2]** -
Vol. 1 - 128:17,
128:20
**produced [4]** -
Vol. 1 - 35:9,
43:9, 55:10,
126:14
**production** Vol. 1 -
128:22
**Professional [2]** -
Vol. 1 - 1:19,
162:24
**program [2]** -
Vol. 1 - 143:3,
143:20
**programs** Vol. 1 -
143:17
**progressive [2]** -
Vol. 1 - 14:1,
14:4
**progressively**
Vol. 1 - 44:12
**provide [2]** -
Vol. 1 - 17:10,
17:11
**providing** Vol. 1 -
128:24
**prudent [2]** -
Vol. 1 - 53:3,
90:1
**Public [5]** -
Vol. 1 - 1:20,
2:17, 2:18,
158:25, 162:25
**pulled [2]** -
Vol. 1 - 57:4,
57:4
**punishment [2]** -
Vol. 1 - 138:11,
138:15
**purpose [6]** -
Vol. 1 - 17:17,
74:15, 88:13,
95:24, 96:15,
131:1
**Pursuant** Vol. 1 -
2:12
**pursue** Vol. 1 -
64:6
**putting** Vol. 1 -
123:1
**puzzlement** Vol. 1 -
62:12

# Q

**quality** Vol. 1 -
12:14

**questionable**
Vol. 1 - 123:17
**questioned** Vol. 1 -
92:11
**questionnaire [5]** -
Vol. 1 - 116:16,
116:24, 119:17,
121:25, 123:14
**quick [5]** - Vol. 1 -
36:22, 77:9, 86:8,
95:7, 95:10
**quicker** Vol. 1 -
23:15
**quickly** Vol. 1 -
71:9
**quiet** Vol. 1 -
46:16
**quite** Vol. 1 -
71:9
**quote [6]** - Vol. 1 -
63:17, 63:17,
63:18, 63:18,
120:15, 120:16
**quotes** Vol. 1 -
47:7

# R

**rabbi** Vol. 1 -
29:18
**race** Vol. 1 -
63:19
**racial [2]** -
Vol. 1 - 25:20,
65:9
**racially** Vol. 1 -
107:10,
141:13
**racism** Vol. 1 -
119:14
**racist [20]** -
Vol. 1 - 25:10,
27:5, 45:25, 47:7,
47:13, 47:24,
48:2, 48:14, 50:9,
50:17, 50:21,
52:16, 59:25,
63:17, 63:22,
87:2, 117:3,
118:9, 152:15,
153:3
**range [4]** - Vol. 1 -
20:25, 28:22,
28:23, 29:2
**re** Vol. 1 - 42:13
**re-entry** Vol. 1 -
42:13
**reach** Vol. 1 -
43:23
**reached [2]** -
Vol. 1 - 68:9,
148:12
**reaction [3]** -
Vol. 1 - 58:6,
66:15, 67:14
**reading [2]** -
Vol. 1 - 77:1,
86:19
**reads [39]** -
Vol. 1 - 105:22,
116:10, 118:8,
119:13, 120:17,
150:17, 159:3,
159:17, 159:19,
159:21, 159:23,
160:3, 160:15,
160:7, 160:9,
160:11, 160:13,
160:15, 160:17,
160:19, 160:21,
161:3, 161:7,
161:9, 161:11,
161:13, 161:15,
161:17, 161:19,
161:21, 161:23
**ready** Vol. 1 -
97:3
**real [2]** - Vol. 1 -
51:6, 56:21
**realized** Vol. 1 -
47:12
**really [11]** -
Vol. 1 - 12:22,
52:15, 58:23,
64:6, 87:2,
102:20, 114:10,
120:8, 131:14,
135:25, 139:5
**reason [3]** -
Vol. 1 - 17:19,
92:1, 117:2
**reasoning** Vol. 1 -
133:9
**receive [6]** -
Vol. 1 - 7:9, 9:2,

29:10,
34:11, 131:23,
143:19
**received [8]** -
Vol. 1 - 7:24,
7:24, 8:24, 20:21,
28:12, 29:5, 34:2,
78:14
**recently** Vol. 1 -
19:3
**recess** Vol. 1 -
**recited** Vol. 1 -
152:9
**recognize [4]** -
Vol. 1 - 146:21,
146:23, 149:9,
149:25
**recognizes** Vol. 1 -
108:21
**recollection [11]** -
Vol. 1 - 30:18,
30:22, 70:8,
77:14, 80:4,
84:15, 86:20,
131:18, 154:16,
154:22, 154:25
**recommend** Vol. 1 -
29:1
**recommendation
[16]** - Vol. 1 -
15:9, 28:21, 35:7,
51:14, 51:17,
53:10, 130:19,
130:22, 130:25,
133:3, 135:16,
135:21, 138:10,
138:15, 139:8,
139:25
**recommendations
[2]** - Vol. 1 -
144:22, 151:7
**recommended [5]** -
Vol. 1 - 53:12,
130:4, 130:6,
130:20, 141:14
**recommending**
Vol. 1 - 28:17
**record [15]** -
Vol. 1 - 4:13,
62:5, 62:10, 76:5,
92:10, 92:12,
92:12, 98:2, 98:6,
99:5, 99:9, 136:3,
147:20, 158:4,
162:12
**recorded** Vol. 1 -
43:3
**recording** Vol. 1 -
42:13
**recover** Vol. 1 -
34:5
**reference [3]** -
Vol. 1 - 61:2,
61:5, 148:17
**referencing**
Vol. 1 - 55:8
**referrals** Vol. 1 -
13:8
**referred [3]** -
Vol. 1 - 27:15,
136:13, 152:12
**referring [6]** -
Vol. 1 - 69:23,
82:18, 85:19,
110:4, 116:2,
133:20
**reflect [2]** -
Vol. 1 - 62:10,
136:3
**reflected** Vol. 1 -
102:25
**refresh [7]** -
Vol. 1 - 30:18,
70:7, 77:14,
84:15, 86:20,
154:16, 154:21
**refused** Vol. 1 -
90:21
**regarding [19]** -
Vol. 1 - 90:12,
96:8, 100:5,
100:13, 101:4,
102:8, 102:19,
103:12, 103:21,
104:9, 106:22,
108:2, 109:5,
111:20, 119:12,
119:14, 120:6
**regards** Vol. 1 -
62:25
**regents [5]** -
Vol. 1 - 142:21,
142:24, 143:23,
143:24, 144:2
**Registered [5]** -
Vol. 1 - 1:19,
1:20, 2:18,
162:24, 162:24
**reiterate** Vol. 1 -

18:20
**relate** Vol. 1 -
98:9
**related [3]** -
Vol. 1 - 96:13,
96:15, 147:18
**relating** Vol. 1 -
137:19
**relative** Vol. 1 -
162:11
**relevant** Vol. 1 -
**relied [3]** -
Vol. 1 - 75:13,
75:21, 75:22
**rely** Vol. 1 -
4:21
**remain** Vol. 1 -
36:22
**remarks [6]** -
Vol. 1 - 31:7,
31:18, 133:19,
133:20, 134:1,
134:3
**remind** Vol. 1 -
55:4
**repeat [8]** -
Vol. 1 - 24:21,
48:7, 70:22, 79:3,
123:12, 123:21,
141:16, 156:11
**repeated** Vol. 1 -
45:20
**rephrase [2]** -
Vol. 1 - 75:17,
147:1
**replace** Vol. 1 -
148:18
**report [21]** -
Vol. 1 - 3:11,
37:3, 39:18, 40:9,
40:12, 40:17,
40:20, 40:23,
42:2, 42:9, 42:17,
42:17, 42:19,
43:7, 45:13,
49:15, 63:3,
65:11, 66:9,
66:25, 72:14
**reported [7]** -
Vol. 1 - 37:4,
49:17, 64:10,
66:3, 82:24,
82:25, 162:8
**reporter [7]** -
Vol. 1 - 1:19,
1:20, 2:19, 4:13,
5:5, 162:24,
162:24
**reporting [2]** -
Vol. 1 - 69:3,
91:22
**reports** Vol. 1 -
11:23
**represent** Vol. 1 -
99:12
**representation**
Vol. 1 - 98:11
**representative**
Vol. 1 - 99:10
**representatives**
Vol. 1 - 92:4
**represented**
Vol. 1 - 98:7
**request [6]** -
Vol. 1 - 26:25,
45:10, 56:2,
126:15, 126:18,
153:24
**requested** Vol. 1 -
125:18
**requirements**
Vol. 1 - 143:18
**reschedule** Vol. 1 -
128:1
**reserved [3]** -
Vol. 1 - 2:22,
4:18, 162:14
**resource** Vol. 1 -
49:18
**respective**
Vol. 1 -
103:5
**respond [3]** -
Vol. 1 - 17:13,
103:20, 106:19
**responded [2]** -
Vol. 1 - 109:9,
127:5
**response [37]** -
Vol. 1 - 5:2,
48:13, 62:12,
100:4, 100:13,
101:3, 101:11,
102:1, 102:8,
102:19, 103:12,
104:9, 105:9,
105:14, 105:21,
106:21, 107:3,
107:13, 108:1,
108:18, 109:4,
111:20, 112:18,

113:10, 116:9,
116:23, 117:21,
118:6, 118:20,
118:24, 119:11,
120:5, 120:11,
120:13, 121:5,
121:13, 124:17
**responses [12]** -
Vol. 1 - 111:23,
113:14, 116:16,
116:17, 121:24,
122:5, 122:8,
124:14, 124:16,
124:6, 126:9,
127:1
**responsibilities
[4]** - Vol. 1 -
9:25, 111:13,
111:17, 111:22
**rest [2]** - Vol. 1 -
95:4, 121:18
**restart** Vol. 1 -
68:21
**restate** Vol. 1 -
127:13
**result [6]** -
Vol. 1 - 15:7,
26:21, 28:13,
48:5, 49:8, 143:20
**resulted** Vol. 1 -
7:21
**results [3]** -
Vol. 1 - 12:17,
125:12, 129:8
**retire** Vol. 1 -
19:5
**retired [2]** -
Vol. 1 - 19:3,
35:24
**returned [2]** -
Vol. 1 - 18:12,
16:10
**returning** Vol. 1 -
78:10
**reveal** Vol. 1 -
75:19
**revealing** Vol. 1 -
75:4
**review [4]** -
Vol. 1 - 6:4,
13:17, 18:24,
154:13
**reviewed [6]** -
Vol. 1 - 6:7,
13:19, 14:3,
52:12, 121:25,
124:14
**reviewing** Vol. 1 -
35:22
**Reviews [14]** -
Vol. 1 - 30:9,
38:11, 41:21, 46:7,
80:3, 86:10, 88:6,
98:1, 99:4,
104:21, 116:21,
142:15, 146:16,
147:17
**Richard** Vol. 1 -
150:22
**rights [7]** -
Vol. 1 - 32:17,
80:8, 80:14,
80:22, 80:24,
81:3, 81:10
**riled [2]** - Vol. 1 -
50:8, 50:18
**RMR** Vol. 1 - 162:7
**road [2]** - Vol. 1 -
13:5, 141:17
**role [2]** - Vol. 1 -
13:15, 141:17
**room [16]** - Vol. 1 -
36:19, 36:20,
36:22, 36:24,
36:24, 37:2, 37:2,
37:8, 52:7, 58:24,
63:1, 64:12,
67:18, 109:18,
136:4, 145:5
**roster** Vol. 1 -
3:13
**roughly [2]** -
Vol. 1 - 56:11,
115:8
**route [3]** - Vol. 1 -
1:21, 70:13, 70:14
**RT [2]** - Vol. 1 -
120:12, 150:15
**RT's** Vol. 1 -
120:11
**rude** Vol. 1 -
117:1
**run** Vol. 1 - 42:19
**Ruth [4]** - Vol. 1 -
1:9, 2:18, 162:7,
162:23

# S

**safety [4]** -
Vol. 1 - 36:12,
89:12, 89:13,
128:6
**salute** Vol. 1 -
31:4
**sat [6]** - Vol. 1 -
91:25, 119:4,
119:7, 123:15,
123:19, 124:11
**Savage** Vol. 1 -
60:9
**saved** Vol. 1 -
129:1
**saying [9]** -
Vol. 1 - 22:7,
31:21, 65:12, 80:7,
81:24, 83:11,
84:7, 87:5, 118:8
**says [35]** - Vol. 1 -
16:24, 18:2, 47:7,
60:13, 63:16,
63:24, 66:8, 69:1,
69:15, 69:6, 70:2,
70:14, 70:16, 72:8,
74:9, 77:12,
84:11, 88:22,
93:10, 96:7,
103:23, 104:22,
109:23, 109:24,
113:24, 114:23,
115:2, 115:14,
115:23, 117:1,
120:13, 120:19,
120:24, 121:10,
**SC** Vol. 1 - 59:12
**scared [7]** -
Vol. 1 - 90:13,
113:2, 113:16,
113:22, 117:7,
118:11, 119:22
**scheduled [4]** -
Vol. 1 - 36:6,
36:8, 36:9, 128:10
**scheduling** Vol. 1 -
55:8
**schooling [5]** -
Vol. 1 - 143:2,
143:10, 143:18,
143:20, 143:23
**schools [3]** -
Vol. 1 - 1:7, 8:1,
122:12
**science** Vol. 1 -
40:20
**scope** Vol. 1 -
128:15
**score** Vol. 1 -
43:20
**seat [3]** - Vol. 1 -
105:25, 109:12,
109:14
**seating [13]** -
Vol. 1 - 106:10,
107:4, 107:6,
107:17, 108:14,
108:22, 109:10,
123:11, 124:9,
125:7, 141:13,
123:15, 125:4
**seats [4]** - Vol. 1 -
105:22, 106:7,
107:11, 120:16
**section [2]** -
Vol. 1 - 37:2,
142:17
**sections** Vol. 1 -
96:3
**seeing [2]** -
Vol. 1 - 58:20,
150:2
**seek** Vol. 1 -
21:10
**seemed** Vol. 1 -
98:9
**seemingly [2]** -
Vol. 1 - 107:9,
110:18
**Seema** Vol. 1 -
96:2
**segregated** Vol. 1 -
143:12
**semester** Vol. 1 -
19:8
**sen** Vol. 1 -
**send [3]** - Vol. 1 -
16:18, 22:7,
143:12
**sending [2]** -
Vol. 1 - 22:14,
25:2
**senior [5]** -
Vol. 1 - 14:15,
38:25, 54:9,

122:21, 122:24
**seniors** Vol. 1 -
46:21
**sense [3]** - Vol. 1 -
53:4, 51:14, 97:8
**sent [7]** - Vol. 1 -
16:12, 16:12,
23:12, 45:20,
50:5, 55:4, 131:7
**separate [3]** -
Vol. 1 - 107:8,
125:21, 125:22
**separated [2]** -
Vol. 1 - 60:13,
105:24
**separating** Vol. 1 -
106:18
**series [2]** -
Vol. 1 - 97:25,
151:14
**serve [5]** - Vol. 1 -
130:6, 130:20,
138:12, 138:16,
138:22
**served** Vol. 1 -
133:25
**service [2]** -
Vol. 1 - 7:8, 7:13
**Services** Vol. 1 -
2:2
**serving** Vol. 1 -
106:16
**settle** Vol. 1 -
50:18
**seven [2]** - Vol. 1 -
54:18, 54:21
**several [6]** -
Vol. 1 - 28:15,
55:19, 66:2, 66:8,
82:13, 144:23
**share [12]** -
Vol. 1 - 35:12,
35:17, 58:20,
59:3, 73:3, 74:17,
74:18, 114:12,
124:20, 125:12,
125:15, 151:21
**shared [14]** -
Vol. 1 - 34:6,
20:1, 55:21, 57:3,
57:8, 58:10,
58:12, 58:15,
66:13, 91:17,
114:10, 125:17,
126:4, 129:8
**sharing [2]** -
Vol. 1 - 21:25,
89:22
**she's [2]** - Vol. 1 -
58:22, 128:15
**SHEET [3]** - Vol. 1 -
159:1, 160:1,
161:1
**sheet(s**
Vol. 1 -
158:9
**Sherwood [2]** -
Vol. 1 - 141:4,
141:5
**shorthand** Vol. 1 -
162:8
**shortly [2]** -
Vol. 1 - 56:14,
68:20
**showed [8]** -
Vol. 1 - 21:22,
57:5, 58:2, 67:5,
67:19, 67:23,
83:9, 84:10
**showing [24]** -
Vol. 1 - 30:6,
37:23, 39:13,
41:14, 46:4,
57:12, 57:25,
58:23, 61:16,
76:23, 80:19,
86:7, 88:4, 97:9,
97:23, 98:21,
141:23, 144:12,
145:10, 146:14,
149:23, 150:14,
154:7, 155:3
**shows** Vol. 1 -
20:6
**side** Vol. 1 -
**sign [2]** - Vol. 1 -
19:10, 90:5
**signature [6]** -
Vol. 1 - 3:5,
38:8, 158:1,
159:25, 160:25,
163:1
**signed [3]** -
Vol. 1 - 2:16,
16:12, 162:21
**similar [2]** -

Vol. 1 - 116:18,
128:15
**single [2]** -
Vol. 1 - 98:17,
99:14
**sister [3]** -
Vol. 1 - 52:6,
52:9, 52:13
**sister's [2]** -
Vol. 1 -
**sit [2]** - Vol. 1 -
106:8, 124:10
**sitting** Vol. 1 -
120:14
**situation** Vol. 1 -
14:2
**six [2]** - Vol. 1 -
13:1, 93:19
**size** Vol. 1 - 12:5
**Size-wise** Vol. 1 -
12:12
**skin** Vol. 1 -
**slash [2]** - Vol. 1 -
93:10, 103:23
**slur** Vol. 1 -
25:20
**slurs** Vol. 1 -
**Snapchat [22]** -
Vol. 1 - 61:2,
62:15, 67:5,
67:14, 67:17,
67:19, 68:21,
78:10, 79:10,
82:23, 83:7, 87:6,
89:14, 112:10,
113:14, 114:13,
116:11, 118:9,
119:24, 120:8,
128:25, 145:23
**Snapchats** Vol. 1 -
**sniper** Vol. 1 -
**social [47]** -
Vol. 1 - 19:14,
21:8, 21:22, 22:3,
22:12, 52:20,
53:1, 53:3, 55:14,
55:20, 57:6,
59:16, 81:7,
82:25, 90:17,
91:19, 96:8,
96:13, 100:5,
100:6, 100:13,
101:4, 101:11,
102:1, 102:8,
102:19, 103:12,
103:14, 103:21,
103:23, 104:9,
104:9, 108:2,
109:5, 109:8,
111:20, 114:20,
115:13, 119:12,
120:6, 122:12,
122:24, 127:6,
127:17, 133:13
**solution** Vol. 1 -
75:25
**someone [8]** -
Vol. 1 - 13:10,
14:18, 49:6,
65:21, 69:14,
69:15, 115:15,
133:22
**sometime [2]** -
Vol. 1 - 46:2,
76:10
**somewhat** Vol. 1 -
**son [3]** - Vol. 1 -
132:19, 132:25,
148:22
**sorry [8]** - Vol. 1 -
31:11, 75:15,
107:23, 111:1,
123:14, 123:23,
141:22, 147:16
**sort [4]** - Vol. 1 -
46:22, 59:3,
88:15, 88:16
**sorted** Vol. 1 -
12:6
**Southern** Vol. 1 -
**space** Vol. 1 -
4:17, 5:7, 6:16,
6:18, 6:19, 9:12,
12:1, 12:9, 15:12,
20:11, 20:15,
23:6, 24:4, 24:12,
24:19, 25:6, 27:2,
31:9, 31:13,
31:16, 32:7, 33:4,
33:9, 33:12,
33:21, 35:12,

35:14, 38:17, 41:18, 45:11, 48:6, 53:23, 59:6, 59:20, 60:24, 61:10, 61:12, 61:18, 62:4, 62:10, 64:16, 66:18, 70:21, 71:6, 71:19, 73:6, 73:14, 73:20, 74:4, 74:9, 74:23, 75:14, 76:1, 76:14, 76:17, 78:19, 78:24, 79:2, 81:4, 83:17, 87:19, 88:19, 90:23, 92:3, 92:11, 92:17, 92:22, 94:6, 95:1, 95:6, 95:11, 98:2, 98:6, 98:25, 99:5, 99:8, 102:23, 103:8, 104:20, 106:15, 109:12, 109:15, 110:13, 110:22, 111:2, 111:5, 113:23, 115:19, 117:18, 117:22, 119:9, 120:20, 120:22, 121:20, 122:13, 124:8, 126:3, 126:16, 127:11, 127:18, 127:21, 128:3, 134:5, 135:7, 135:25, 136:3, 137:8, 137:18, 137:23, 138:23, 139:6, 139:11, 139:13, 139:16, 139:18, 141:19, 141:25, 142:5, 142:7, 144:3, 144:10, 144:21, 145:3, 145:5, 146:4, 147:20, 148:3, 148:16, 151:13, 151:17, 151:23, 153:9, 153:13, 153:15, 153:23, 155:14, 155:24, 156:7, 156:20

**spe** Vol. 1 – 62:23
**speak [16] –** Vol. 1 – 6:15, 20:15, 53:2, 58:14, 64:20, 64:23, 85:10, 85:11, 85:13, 85:25, 86:1, 86:2, 91:5, 91:6, 93:21, 125:19
**speaker** Vol. 1 – 72:9
**speaking [2] –** Vol. 1 – 30:19, 51:8
**speaks** Vol. 1 – 115:20
**specific [12] –** Vol. 1 – 22:23, 26:2, 26:3, 26:8, 27:17, 30:25, 48:12, 59:18, 60:11, 79:24, 116:17, 124:25
**specifically [18] –** Vol. 1 – 18:5, 32:2, 32:14, 34:17, 48:15, 49:14, 53:13, 59:22, 62:23, 73:21, 107:16, 125:9, 125:25, 131:19, 132:18, 136:19, 145:25, 155:15
**specifics [5] –** Vol. 1 – 17:3, 33:2, 50:20, 86:6, 129:13
**speed** Vol. 1 – 104:24
**spell [3] –** Vol. 1 – 6:12, 18:5, 132:7
**spend** Vol. 1 – 96:21
**spent** Vol. 1 – 131:7
**Spero [37] –** Vol. 1 – 1:3, 4:8, 4:9, 37:15, 37:16, 47:6, 47:25, 52:8, 52:8, 52:17, 60:5, 76:12, 76:13, 77:12, 77:20, 82:7, 83:20, 84:16, 84:19, 84:22, 84:23,

85:7, 117:1, 120:15, 128:9, 128:9, 128:17, 128:17, 128:21, 128:21, 134:17, 135:5, 145:16, 146:18, 147:3, 147:12, 148:11
**Spero's [3] –** Vol. 1 – 48:13, 76:17, 76:19
**spoke [15] –** Vol. 1 – 28:10, 45:22, 49:23, 84:23, 85:1, 89:18, 90:10, 91:7, 91:11, 118:7, 129:15, 132:15, 133:14, 145:17, 148:4
**spoken [3] –** Vol. 1 – 26:1, 55:19, 93:19
**sports** Vol. 1 – 13:3
**ST [2] –** Vol. 1 – 22:5, 22:6
**staff [9] –** Vol. 1 – 11:12, 13:9, 27:15, 29:19, 37:10, 60:10, 60:18, 131:4, 134:20
**stand** Vol. 1 – 42:5
**standing [3] –** Vol. 1 – 38:15, 39:8, 54:23
**Star** Vol. 1 – 42:22
**start [3] –** Vol. 1 – 11:2, 12:3, 82:9, 139:5
**started [3] –** Vol. 1 – 12:3, 82:9, 139:5
**starting** Vol. 1 – 107:5
**starts** Vol. 1 – 105:2
**state [22] –** Vol. 1 – 1:21, 4:12, 17:19, 35:24, 42:8, 42:16, 42:16, 42:19, 69:2, 69:11, 69:14, 69:15, 69:18, 72:25, 78:16, 79:11, 112:21, 117:7, 117:11, 131:5, 158:16, 162:3
**stated [4] –** Vol. 1 – 49:12, 64:14, 86:24, 92:13
**statement [2] –** Vol. 1 – 50:2, 80:13
**states [3] –** Vol. 1 – 1:1, 63:21, 134:13
**station [2] –** Vol. 1 – 62:8, 67:7
**statistics** Vol. 1 – 53:3
**stay [2] –** Vol. 1 – 52:19, 53:1
**Staying** Vol. 1 – 80:6
**stenographer [11] –** Vol. 1 – 23:11, 24:23, 48:16, 72:4, 75:8, 81:16, 111:4, 122:18, 124:24, 141:18, 156:3
**stepped** Vol. 1 – 155:1
**stipulate** Vol. 1 – 155:1
**stipulated** Vol. 1 – 4:16
**stipulations** Vol. 1 – 4:16
**stolen** Vol. 1 – 65:15
**storm** Vol. 1 – 34:6
**straight** Vol. 1 – 92:4
**strategies [3] –** Vol. 1 – 46:20, 46:24, 47:2
**street [5] –** Vol. 1 – 2:3, 49:5, 51:4, 51:7, 133:22
**strike [31] –** Vol. 1 – 15:12,

22:19, 23:17, 23:20, 41:6, 53:16, 53:25, 60:8, 70:24, 74:7, 74:9, 78:3, 84:1, 94:18, 96:3, 106:20, 111:15, 112:19, 114:18, 116:2, 126:7, 130:3, 130:4, 133:2, 134:13, 136:8, 141:11, 145:22, 150:7, 151:7, 152:3
**student [116] –** Vol. 1 – 3:15, 3:16, 11:22, 12:17, 13:8, 18:18, 18:20, 13:21, 14:2, 15:5, 18:9, 18:10, 18:19, 18:22, 19:17, 21:5, 21:22, 21:24, 22:11, 22:7, 22:12, 25:10, 25:19, 25:23, 25:24, 26:1, 26:4, 26:9, 26:10, 27:9, 27:21, 27:24, 28:6, 31:11, 31:3, 31:6, 33:19, 34:1, 34:9, 34:15, 34:18, 35:1, 37:18, 41:7, 42:1, 45:20, 58:18, 62:8, 63:21, 63:23, 64:10, 64:11, 64:15, 64:17, 65:24, 67:6, 69:19, 70:3, 70:17, 78:15, 81:10, 85:9, 85:16, 87:25, 89:21, 99:14, 99:21, 99:25, 100:9, 100:9, 100:24, 100:25, 101:7, 101:22, 102:4, 102:14, 102:15, 102:22, 103:9, 103:13, 104:6, 104:10, 105:5, 105:12, 105:17, 105:18, 106:25, 108:6, 108:6, 108:10, 109:1, 109:17, 109:20, 110:3, 112:13, 113:6, 113:6, 115:25, 115:6, 116:15, 117:15, 117:16, 118:16, 118:16, 118:25, 119:3, 120:1, 120:12, 120:14, 121:2, 121:2, 133:15, 144:8, 149:10, 149:23, 149:24, 150:15, 155:5
**student's [3] –** Vol. 1 – 35:11, 63:14, 148:17
**students [151] –** Vol. 1 – 10:7, 12:4, 12:15, 13:13, 13:15, 13:16, 19:14, 20:13, 21:4, 21:14, 21:18, 21:19, 27:14, 28:6, 28:7, 28:11, 28:15, 28:18, 28:21, 29:15, 29:17, 29:20, 30:18, 31:18, 34:6, 36:15, 37:9, 37:10, 38:25, 43:14, 47:1, 49:3, 53:3, 53:6, 53:8, 55:20, 57:3, 58:12, 58:16, 58:25, 60:4, 60:10, 60:11, 60:14, 60:15, 62:20, 62:23, 63:3, 63:4, 64:5, 64:8, 64:12, 64:19, 65:1, 65:4, 65:19, 65:18, 66:2, 66:8, 67:1, 72:23, 81:6, 82:10, 82:15, 84:4, 85:24, 87:4, 87:7, 88:1, 89:11, 89:15, 89:17, 89:21, 89:22, 89:23, 90:1, 90:6, 90:15, 91:18, 91:21, 92:2, 93:7, 93:15, 93:20, 96:1, 96:23,

97:14, 97:16, 98:10, 102:25, 103:11, 105:24, 106:8, 106:10, 107:7, 107:9, 107:18, 108:23, 109:19, 110:4, 110:4, 110:11, 110:12, 110:12, 110:19, 113:24, 113:25, 116:19, 121:9, 121:18, 122:21, 123:10, 123:15, 123:19, 123:25, 124:11, 124:10, 124:19, 125:4, 125:17, 125:19, 126:1, 129:17, 129:24, 131:3, 131:4, 131:8, 132:13, 133:16, 134:23, 135:4, 135:8, 143:22, 144:18, 146:21, 147:7, 147:14, 148:23, 149:7, 149:8, 149:12, 150:9, 151:14, 155:13, 155:18, 155:19, 155:21, 156:4, 156:13
**subject [6] –** Vol. 1 – 43:10, 75:4, 75:19, 94:5, 98:11, 122:22
**submitted [2] –** Vol. 1 – 146:25, 147:3
**subpoena** Vol. 1 – 126:20
**Subscribed** Vol. 1 – 158:21
**subsequently** Vol. 1 – 11:22
**Sue** Vol. 1 – 4:7
**Suite** Vol. 1 – 2:3
**summary [3] –** Vol. 1 – 15:15, 3:16, 99:14
**summation** Vol. 1 – 88:17
**sumner** Vol. 1 – 41:8
**SUNY** Vol. 1 – 7:5
**superintendent [25] –** Vol. 1 – 1:7, 15:12, 16:7, 73:2, 73:12, 82:12, 125:18, 125:23, 125:21, 129:9, 130:16, 136:15, 136:17, 136:20, 136:24, 137:1, 137:7, 140:4, 140:15, 140:18, 140:22, 140:25, 143:9, 143:9, 143:11
**superintendent's [14] –** Vol. 1 – 6:13, 14:13, 34:18, 35:8, 51:9, 71:13, 94:8, 94:12, 131:16, 131:21, 137:20, 138:7, 139:14, 153:19
**superior** Vol. 1 – 12:16
**supported** Vol. 1 – 135:8
**supportive** Vol. 1 – 108:13
**surprise [4] –** Vol. 1 – 91:24, 92:18, 93:2, 93:3
**sus** Vol. 1 – 15:12
**SUSAN** Vol. 1 – 2:1
**Susan's** Vol. 1 – 2:4
**suspend [14] –** Vol. 1 – 15:13, 18:2, 68:20, 69:7, 70:8, 71:11, 77:15, 77:24, 78:22, 79:13, 79:15, 85:3, 130:16, 136:9
**suspended [9] –** Vol. 1 – 34:7, 87:1, 104:22, 133:4, 135:2, 135:17, 141:14, 143:25, 144:3
**suspending [2] –** Vol. 1 – 16:25, 17:20
**suspension [38] –** Vol. 1 – 6:11,

14:12, 14:18, 14:23, 15:19, 16:10, 16:14, 16:15, 16:23, 17:25, 18:10, 20:8, 27:21, 34:15, 51:18, 52:22, 52:23, 53:1, 53:18, 53:21, 54:3, 54:6, 70:15, 71:5, 71:18, 77:21, 104:19, 130:7, 133:6, 133:9, 134:1, 134:4, 135:14, 136:13, 136:17, 138:21, 139:9, 145:18
**suspensions [3] –** Vol. 1 – 20:24, 28:24, 28:25
**Susquehanna** Vol. 1 – 1:21
**swore** Vol. 1 – 82:13
**sworn [3] –** Vol. 1 – 2:7, 6:14
**Syracuse [2] –** Vol. 1 – 36:3, 42:13

**T**

**tabulated** Vol. 1 – 42:17
**tabulates** Vol. 1 – 42:15
**tag [13] –** Vol. 1 – 134:17, 135:5, 150:18
**taken [9] –** Vol. 1 – 24:18, 34:6, 55:24, 71:14, 89:5, 95:13, 99:12, 52:5, 158:9
**takes** Vol. 1 – 18:16
**taking [4] –** Vol. 1 – 39:2, 68:11, 145:4, 152:3
**Talbut [28] –** Vol. 1 – 49:19, 55:16, 56:8, 57:2, 57:10, 57:21, 58:2, 58:20, 59:5, 59:15, 62:16, 72:24, 78:6, 78:14, 82:25, 83:6, 85:11, 85:25, 89:13, 89:20, 91:7, 91:20, 91:25, 94:20, 131:11, 133:17, 150:19, 152:6
**Talbut's [2] –** Vol. 1 – 92:14, 92:14
**talkative** Vol. 1 – 113:25
**tallied** Vol. 1 – 126:4
**tally [2] –** Vol. 1 – 4:21, 127:11
**tallying** Vol. 1 – 150:17
**TASC [2] –** Vol. 1 – 142:20, 142:23
**task** Vol. 1 – 124:20
**tasked** Vol. 1 – 149:8
**taught [2] –** Vol. 1 – 10:2, 10:22
**teach [3] –** Vol. 1 – 10:11, 10:24, 143:15
**teacher [15] –** Vol. 1 – 9:23, 10:10, 10:15, 11:15, 13:8, 13:23, 13:24, 18:23, 43:18, 47:3, 50:7, 54:3, 54:11, 54:23, 54:24,
**teachers [5] –** Vol. 1 – 11:23, 36:14, 47:24, 51:16, 124:20
**teaching [3] –** Vol. 1 – 10:17, 11:3, 11:7
**team [3] –** Vol. 1 – 36:13, 89:12, 89:13

**teary-eyed** Vol. 1 – 134:13
**tells** Vol. 1 – 44:20
**term** Vol. 1 – 53:11
**terms** Vol. 1 – 20:15
**test [2] –** Vol. 1 – 18:22, 43:19
**testified [7] –** Vol. 1 – 4:3, 94:24, 153:4, 153:17, 153:17, 154:8, 156:12
**testify** Vol. 1 – 92:13
**testimony [12] –** Vol. 1 – 2:20, 3:1, 6:12, 6:13, 92:4, 92:15, 152:12, 152:15, 153:20, 156:25, 156:8, 162:6
**text [3] –** Vol. 1 – 23:2, 23:3, 24:7
**thank [10] –** Vol. 1 – 19:8, 45:11, 62:9, 74:13, 137:23, 142:8, 145:8, 156:21, 156:23, 156:24
**theme** Vol. 1 – 42:22
**themselves [2] –** Vol. 1 – 19:18, 19:23
**there's [20] –** Vol. 1 – 18:7, 18:8, 18:23, 23:24, 24:12, 36:15, 44:21, 45:5, 67:15, 70:2, 70:3, 70:4, 70:11, 71:24, 89:15, 93:7, 99:21, 108:17, 117:19, 139:8
**thereafter** Vol. 1 – 56:14
**therefrom** Vol. 1 – 2:20
**they're [3] –** Vol. 1 – 31:12, 90:15, 149:8
**thing [3] –** Vol. 1 – 53:4, 90:11, 90:3
**thinking** Vol. 1 – 19:25
**third** Vol. 1 – 114:3
**thirty [5] –** Vol. 1 – 13:2, 55:2, 55:2, 68:18, 127:22
**thorough** Vol. 1 – 93:24
**thoroughly** Vol. 1 – 94:8
**though [2] –** Vol. 1 – 92:18, 124:5
**thoughts** Vol. 1 – 146:2
**threat [10] –** Vol. 1 – 22:20, 23:20, 23:24, 24:1, 24:2, 24:3, 24:17, 121:18, 122:6, 150:8
**threatening [3] –** Vol. 1 – 60:6, 60:7, 121:9
**threats [3] –** Vol. 1 – 22:5, 22:15, 60:2
**throughout [2] –** Vol. 1 – 10:12, 10:22
**throwing [4] –** Vol. 1 – 65:22, 65:25, 66:3, 66:3
**thrown** Vol. 1 – 84:6
**Thursdays** Vol. 1 – 54:24
**Tier** Vol. 1 – 12:8
**till** Vol. 1 – 54:16
**today [4] –** Vol. 1 – 5:8, 6:5, 6:17, 153:1
**tomorrow [2] –** Vol. 1 – 128:7, 128:10
**top [7] –** Vol. 1 – 59:22, 66:25, 77:11, 84:11, 82:22, 102:10, 151:25
**touch** Vol. 1 –

18:22
**toward**  Vol. 1 -
32:14
**towards [2]** -
Vol. 1 - 25:24,
31:8
**TP [2]** - Vol. 1 -
105:18, 106:19
**TP's**  Vol. 1 -
**track**  Vol. 1 -
41:11
**transcript [3]** -
Vol. 1 - 2:20,
158:7, 162:15
**transcription**
Vol. 1 - 162:11
**transferred [2]** -
Vol. 1 - 10:18,
35:2
**transition**  Vol. 1 -
11:4
**traveling**  Vol. 1 -
128:6
**trenches**  Vol. 1 -
74:25
**Trevor's**  Vol. 1 -
156:12
**trial [2]** -
2:22, 4:18
**trouble**  Vol. 1 -
115:16
**truancy**  Vol. 1 -
45:2
**truant [7]** -
Vol. 1 - 43:13,
43:14, 43:15,
43:18, 43:22,
43:24, 44:8
**truck [2]** - Vol. 1 -
129:1, 129:2
**true [2]** - Vol. 1 -
158:6, 162:12
**truth**  Vol. 1 -
74:6
**truthful [2]** -
Vol. 1 - 4:22,
5:23
**turban**  Vol. 1 -
63:23
**turn [9]** - Vol. 1 -
36:16, 42:15,
42:16, 63:10,
84:9, 100:3,
116:5, 121:1,
141:24
**turned**  Vol. 1 -
13:11
**turning [42]** -
Vol. 1 - 100:8,
100:12, 100:15,
100:24, 101:6,
101:10, 101:13,
101:22, 101:25,
102:3, 102:7,
102:10, 102:14,
102:18, 102:21,
103:11, 104:5,
104:8, 104:15,
105:4, 105:8,
105:11, 105:17,
105:20, 106:24,
107:2, 108:5,
108:25, 111:19,
112:18, 113:5,
113:9, 114:5,
115:9, 117:13,
118:15, 118:19,
119:15, 120:11,
123:6, 149:17,
155:4
**tweet**  Vol. 1 -
11:4
**tweets [19]** -
Vol. 1 - 58:2,
58:6, 58:8, 59:19,
60:2, 60:12,
60:16, 60:19,
60:22, 61:3, 61:6,
68:14, 68:21,
78:12, 79:9,
79:2, 112:15,
113:11, 121:7
**twelve [9]** -
Vol. 1 - 55:2,
68:18, 69:1, 70:1,
70:9, 71:22, 72:8,
77:12, 82:8
**twenty [2]** -
Vol. 1 - 67:7,
144:22
**twenty-five [5]** -
Vol. 1 - 69:2,
70:2, 70:11,
71:23, 72:8
**Twitter [8]** -
Vol. 1 - 79:9,
111:21, 113:11,
115:14, 116:13,
118:8, 119:13,
120:8

**type [3]** - Vol. 1 -
24:7, 58:15,
126:11
**types**  Vol. 1 -
44:15

# U

**U.S [2]** - Vol. 1 -
32:10, 32:16
**uh-huh [7]** -
Vol. 1 - 5:13,
38:5, 61:23,
63:20, 93:9,
114:4, 122:2
**unannounced**
Vol. 1 - 90:3
**underage**  Vol. 1 -
21:21
**undergraduate**
Vol. 1 - 8:1
**understand [6]** -
Vol. 1 - 4:23,
5:6, 12:11, 24:5,
127:11, 136:25
**understanding
[14]** -
Vol. 1 -
14:16, 38:14,
39:7, 49:22, 59:14,
80:18, 80:20,
99:24, 100:9,
100:25, 101:7,
102:4, 155:19,
156:13
**understood**  Vol. 1 -
6:1
**unfounded**  Vol. 1 -
63:2
**Union-endicott
[3]** - Vol. 1 -
6:24, 6:25, 7:3
**UNITED**  Vol. 1 -
1:1
**University**  Vol. 1 -
7:23
**unloading [4]** -
Vol. 1 - 67:25,
68:12, 68:13,
82:19
**upon [2]** - Vol. 1 -
18:9, 98:11
**upper**  Vol. 1 -
58:13
**upset [8]** - Vol. 1 -
39:18, 21:14, 28:8,
51:8, 63:17, 82:9,
82:13, 83:5
**using [3]** - Vol. 1 -
22:3, 45:21,
162:10
**Usual**  Vol. 1 -
4:14
**Usually**  Vol. 1 -
15:1

# V

**V.S**  Vol. 1 - 1:3
**VADIR [6]** - Vol. 1 -
42:6, 42:17,
42:18, 42:21,
43:4, 43:6
**verbal**  Vol. 1 -
55:12
**verified [2]** -
Vol. 1 - 87:3,
87:7
**versus**  Vol. 1 -
1:4
**Vestal [30]** -
Vol. 1 - 1:6, 1:7,
1:8, 4:9, 11:14,
11:18, 111:19,
11:24, 12:16,
19:3, 19:13,
21:24, 22:16,
25:10, 25:20,
25:14, 26:13,
26:17, 27:6,
27:10, 33:18,
34:9, 37:18,
69:19, 73:17,
142:21, 142:24,
146:11, 146:21,
149:8
**video [39]** -
Vol. 1 - 57:5,
58:23, 61:9,
61:14, 62:2, 62:6,
62:7, 62:7, 67:4,
67:5, 67:14,
67:22, 67:23,
68:15, 68:21,
72:23, 78:10,
79:10, 82:14,
82:18, 82:19,
82:22, 83:8,

83:12, 83:15,
83:25, 84:3,
89:23, 112:12,
114:15, 114:16,
115:16, 118:9,
119:24, 120:7,
121:6, 131:4,
131:14, 145:24
**videos [2]** -
Vol. 1 - 58:21,
115:15
**viewed [5]** -
Vol. 1 - 62:15,
62:16, 68:14,
68:15, 83:13
**viewing [3]** -
Vol. 1 - 58:6,
67:14, 68:21
**Vin [2]** - Vol. 1 -
67:17, 77:20
**Vincent [110]** -
Vol. 1 - 4:8, 4:8,
37:15, 37:16,
40:8, 41:10, 43:6,
45:15, 45:19,
45:20, 47:6,
48:20, 49:4, 50:8,
50:21, 50:24,
51:15, 51:19,
52:3, 52:19,
52:21, 52:25,
53:17, 53:21,
53:24, 54:13,
54:16, 59:24,
60:5, 60:6, 62:7,
63:6, 64:7, 64:8,
64:14, 64:23,
65:2, 65:5, 65:14,
65:14, 65:18,
65:21, 65:23,
66:3, 67:2, 67:7,
67:19, 68:20,
71:9, 76:17,
76:19, 77:15,
77:24, 78:22,
79:14, 79:15,
80:8, 80:14,
80:22, 80:23,
84:23, 85:2, 85:3,
85:9, 85:10,
85:24, 87:8, 94:5,
96:15, 107:25,
112:12, 112:25,
113:2, 120:15,
122:5, 122:9,
123:18, 123:25,
129:1, 129:2,
130:3, 130:6,
133:3, 133:14,
133:13, 133:18,
133:25, 135:6,
138:11, 138:16,
138:21, 139:8,
141:14, 142:18,
143:1, 143:25,
145:16, 151:6,
152:14, 152:18,
152:21, 153:2,
153:17, 153:18,
153:8, 155:15,
156:8, 156:13,
156:16, 156:17
**Vincent's [21]** -
Vol. 1 - 38:15,
42:11, 47:12,
47:15, 55:14,
60:12, 81:13,
82:14, 83:22,
86:16, 96:13,
106:16, 110:18,
112:15, 115:12,
126:22, 127:5,
127:17, 134:25,
151:8
**Vinny [36]** -
Vol. 1 - 50:15,
62:20, 63:16,
63:21, 66:9,
66:14, 66:14,
69:8, 70:9, 86:23,
86:25, 90:7,
91:14, 91:22,
104:22, 113:11,
113:16, 113:19,
114:15, 115:15,
115:20, 116:1,
116:3, 116:12,
117:1, 117:3,
117:8, 117:10,
117:12, 118:11,
118:13, 119:20,
119:22, 135:8,
135:17, 136:18
**Vinny's [6]** -
Vol. 1 - 22:10,
69:3, 104:19,
112:15, 115:17,
116:10
**violate [3]** -
Vol. 1 - 80:13,
80:24, 81:10

**violated**  Vol. 1 -
10:12
**violating [3]** -
Vol. 1 - 80:8,
80:14, 80:22
**violations [2]** -
Vol. 1 - 17:1,
17:4
**violence**  Vol. 1 -
60:21
**violent [5]** -
Vol. 1 - 42:8,
42:18, 70:3,
70:16, 87:6
**viral [2]** - Vol. 1 -
21:9, 58:11
**visible**  Vol. 1 -
36:25
**visit [2]** - Vol. 1 -
32:17, 32:19
**visited**  Vol. 1 -
32:24
**VS429**  Vol. 1 -
149:23
**VS432 [2]** - Vol. 1 -
147:21, 148:1
**VS433**  Vol. 1 -
150:15
**VS871**  Vol. 1 -
13:10
**VS872**  Vol. 1 -
13:17
**VS873**  Vol. 1 -
103:13
**VS874**  Vol. 1 -
100:8
**VS875**  Vol. 1 -
100:16
**VS876**  Vol. 1 -
103:9
**VS880 [2]** - Vol. 1 -
111:14, 111:16
**VS881 [2]** - Vol. 1 -
111:19, 112:19
**VS882**  Vol. 1 -
113:6
**VS883**  Vol. 1 -
113:9
**VS884**  Vol. 1 -
114:5
**VS886**  Vol. 1 -
114:8
**VS887**  Vol. 1 -
121:22
**VS888**  Vol. 1 -
121:25
**VS889**  Vol. 1 -
102:3
**VS890**  Vol. 1 -
102:7
**VS891**  Vol. 1 -
105:17
**VS892**  Vol. 1 -
105:20
**VS893**  Vol. 1 -
106:24
**VS894 [2]** - Vol. 1 -
107:23, 108:3
**VS896 [2]** - Vol. 1 -
103:15, 103:18
**VS898**  Vol. 1 -
113:5
**VS899**  Vol. 1 -
100:14
**VS900**  Vol. 1 -
118:19
**VS902**  Vol. 1 -
102:21
**VS904**  Vol. 1 -
115:5
**VS905**  Vol. 1 -
118:9
**VS910 [2]** - Vol. 1 -
104:8, 104:12
**VS911**  Vol. 1 -
104:15
**VS912**  Vol. 1 -
118:16
**VS913**  Vol. 1 -
118:20
**VS914**  Vol. 1 -
116:13
**VS918**  Vol. 1 -
116:5
**VS919**  Vol. 1 -
116:9
**VS921**  Vol. 1 -
112:12
**VS923**  Vol. 1 -
117:10
**VS924**  Vol. 1 -
117:3
**VS925**  Vol. 1 -
118:12
**VS926**  Vol. 1 -
117:24
**VS927**  Vol. 1 -
105:4
**VS929**  Vol. 1 -
105:8
**VS930 [2]** - Vol. 1 -

108:5, 108:25
**VS931**  Vol. 1 -
105:12
**VS933**  Vol. 1 -
105:15
**VS934**  Vol. 1 -
109:6

# W

**wait [6]** - Vol. 1 -
5:1, 52:5, 111:14,
138:5, 145:3,
145:6
**waive**  Vol. 1 -
75:23
**waived [2]** -
Vol. 1 - 2:15,
2:18
**walk**  Vol. 1 -
56:19
**Wallack**  Vol. 1 -
91:9
**wanted [4]** -
Vol. 1 - 52:14,
85:25, 143:7,
145:6
**warning [2]** -
Vol. 1 - 14:9,
43:16
**warranted [4]** -
Vol. 1 - 14:23,
15:18, 16:7, 54:14
**Wara**  Vol. 1 -
106:8
**waste**  Vol. 1 -
103:8
**watch**  Vol. 1 -
42:5
**watching [2]** -
Vol. 1 - 19:19,
22:5
**we'd [4]** - Vol. 1 -
26:25, 35:6, 45:8,
145:6
**we'll [6]** - Vol. 1 -
16:23, 35:9, 68:1,
102:24, 126:14
**we're [7]** - Vol. 1 -
4:7, 6:21, 29:25,
36:3, 90:4,
104:10, 111:9
**We've**  Vol. 1 -
144:23
**weapon [2]** -
Vol. 1 - 22:12,
84:11
**weather [3]** -
Vol. 1 - 18:8,
24:11, 128:5
**week**  Vol. 1 -
114:11
**weekend**  Vol. 1 -
34:3
**weeks [2]** - Vol. 1 -
32:3, 128:24
**Wendy [5]** - Vol. 1 -
12:3, 73:3, 73:9,
74:16, 76:9
**Wendy's [2]** -
Vol. 1 - 74:21,
75:22
**weren't**  Vol. 1 -
66:11
**what's [27]** -
Vol. 1 - 16:14,
16:22, 17:17,
17:24, 30:6,
37:23, 39:13,
40:4, 42:16, 49:2,
50:14, 57:12,
57:25, 61:16,
80:11, 86:7,
95:18, 97:9,
97:23, 112:3,
112:4, 112:7,
145:2, 145:10,
154:7, 155:3,
155:24
**whatever [2]** -
Vol. 1 - 9:21,
13:24
**whether [15]** -
Vol. 1 - 65:9,
69:12, 70:9, 71:4,
75:13, 94:12,
114:12, 117:11,
117:12, 127:12,
127:13, 130:20,
151:6, 151:8,
153:20
**whole**  Vol. 1 -
35:17
**whose [2]** - Vol. 1 -
138:22, 149:10
**Willa [2]** - Vol. 1 -
2:1, 4:7
**windows**  Vol. 1 -

36:17
**wise**  Vol. 1 - 90:2
**withdraw**  Vol. 1 -
153:13
**withdrawing**
Vol. 1 - 74:10
**withhold**  Vol. 1 -
99:16
**within [4]** -
Vol. 1 - 20:25,
54:11, 105:25,
128:24
**witness [24]** -
Vol. 1 - 1:25,
3:2, 4:2, 31:15,
32:7, 35:13,
73:10, 74:13,
95:11, 138:24,
139:10, 139:12,
139:14, 139:17,
144:23, 145:8,
147:21, 153:14,
156:24, 158:1,
159:25, 160:25,
161:25, 162:14
**woman [5]** -
Vol. 1 - 25:1,
3:2, 82:19, 83:24, 84:2
**wondering**  Vol. 1 -
156:3
**wouldn't [7]** -
66:17, 76:11, 89:1,
93:21, 93:22, 93:3
**writing [6]** -
Vol. 1 - 27:2,
35:9, 45:10,
55:10, 56:15
**written [4]** -
Vol. 1 - 13:23,
65:11, 80:11,
103:3
**wrong**  Vol. 1 -
92:11
**wrote [4]** - Vol. 1 -
13:23, 51:10,
108:14, 121:6

# Y

**yeah [20]** - Vol. 1 -
16:16, 22:24,
23:8, 33:14,
35:23, 38:21,
42:25, 45:7,
76:21, 84:17,
92:8, 92:21, 95:9,
96:15, 98:14,
139:16, 139:17,
139:24, 144:21,
155:5
**yep [2]** - Vol. 1 -
94:23, 100:18
**yet**  Vol. 1 - 98:25
**York [3]** - Vol. 1 -
1:22, 2:5, 162:3
**you'd [2]** - Vol. 1 -
13:23, 99:20
**young [7]** - Vol. 1 -
2:1, 4:7, 30:11,
49:14, 59:15,
83:12, 134:12
**yours**  Vol. 1 -
42:17
**yourself**  Vol. 1 -
22:8

18:22
32:14

**toward**  Vol. 1 - 32:14

**towards [2]** - Vol. 1 - 25:24, 31:8

**TP [2]** - Vol. 1 - 105:18, 106:19

**TP's**  Vol. 1 - 106:21

**track**  Vol. 1 - 41:11

**transcript [3]** - Vol. 1 - 2:20, 158:7, 162:15

**transcription**  Vol. 1 - 162:11

**transferred [2]** - Vol. 1 - 10:18, 35:2

**transition**  Vol. 1 - 11:9

**traveling**  Vol. 1 - 128:6

**trenches**  Vol. 1 - 74:25

**Trevor's**  Vol. 1 - 106:12

**trial [2]** - Vol. 1 - 2:22, 4:18

**trouble**  Vol. 1 - 115:16

**truancy**  Vol. 1 - 45:2

**truant [7]** - Vol. 1 - 43:13, 43:14, 43:15, 43:18, 43:22, 43:24, 44:8

**truck [2]** - Vol. 1 - 129:1; 129:2

**true [2]** - Vol. 1 - 158:6, 162:12

**truth**  Vol. 1 - 94:6

**truthful [2]** - Vol. 1 - 4:22, 5:23

**turban**  Vol. 1 - 63:23

**turn [9]** - Vol. 1 - 36:16, 42:15, 42:16, 63:10, 84:9, 100:3, 116:5, 121:1, 141:24

**turned**  Vol. 1 - 13:11

**turning [42]** - Vol. 1 - 100:8, 100:12, 100:15, 100:24, 101:6, 101:10, 101:13, 101:22, 101:23, 102:3, 102:7, 102:10, 102:14, 102:18, 102:21, 103:11, 104:5, 104:8, 104:15, 105:4, 105:8, 105:11, 105:17, 105:20, 106:24, 107:2, 108:5, 108:25, 111:19, 112:18, 113:5, 113:9, 114:5, 115:9, 117:13, 118:15, 118:19, 119:15, 120:11, 123:6, 149:17, 155:4

**tweet**  Vol. 1 - 120:8

**tweets [19]** - Vol. 1 - 58:2, 58:6, 58:8, 59:19, 60:2, 60:12, 60:16, 60:19, 60:22, 61:3, 61:6, 68:14, 68:21, 78:12, 79:9, 79:12, 112:15, 113:11, 121:7

**twelve [9]** - Vol. 1 - 55:2, 68:18, 69:1, 70:1, 70:9, 71:22, 72:8, 77:12, 82:8

**twenty [2]** - Vol. 1 - 67:7, 144:22

**twenty-five [5]** - Vol. 1 - 69:2, 70:2, 70:11, 71:23, 72:8

**Twitter [8]** - Vol. 1 - 79:19, 111:21, 113:11, 115:14, 116:13, 118:8, 119:13, 120:8

**type [3]** - Vol. 1 - 13:18, 58:15, 126:11

**types**  Vol. 1 - 44:15

## U

**U.S [2]** - Vol. 1 - 32:10, 32:16

**uh-huh [7]** - Vol. 1 - 5:13, 38:5, 61:23, 63:20, 93:9, 114:14, 122:2

**unannounced**  Vol. 1 - 90:3

**underage**  Vol. 1 - 21:21

**undergraduate**  Vol. 1 - 8:1

**understand [6]** - Vol. 1 - 4:23, 5:6, 12:11, 24:5, 127:11, 136:25

**understanding [14]** - Vol. 1 - 14:16, 38:14, 39:7, 49:2, 59:14, 80:18, 80:20, 99:24, 100:9, 100:25, 101:7, 102:4, 155:19, 156:13

**understood**  Vol. 1 - 6:1

**unfounded**  Vol. 1 - 63:2

**Union-endicott [3]** - Vol. 1 - 6:24, 6:25, 7:3

**UNITED**  Vol. 1 - 1:11

**University**  Vol. 1 - 7:23

**unloading [4]** - Vol. 1 - 67:25, 68:12, 68:13, 83:22

**upon [2]** - Vol. 1 - 18:9, 98:11

**upper**  Vol. 1 - 58:13

**upset [8]** - Vol. 1 - 39:18, 41:14, 28:8, 51:8, 63:17, 82:9, 82:13, 93:5

**using [3]** - Vol. 1 - 22:3, 45:21, 162:10

**Usual**  Vol. 1 - 4:24

**Usually**  Vol. 1 - 15:1

## V

**V.S**  Vol. 1 - 1:3

**VADIR [6]** - Vol. 1 - 42:6, 42:17, 42:18, 42:21, 43:4, 43:6

**verbal**  Vol. 1 - 55:12

**verified [2]** - Vol. 1 - 87:3, 87:7

**versus**  Vol. 1 - 54:14

**Vestal [30]** - Vol. 1 - 1:6, 1:7, 1:8, 4:9, 11:14, 11:18, 111:19, 11:24, 12:16, 19:3, 19:13, 21:24, 22:16, 25:10, 25:20, 25:14, 26:13, 26:17, 27:16, 27:10, 33:18, 34:9, 37:18, 69:19, 73:17, 142:21, 142:24, 146:11, 146:21, 149:8

**video [39]** - Vol. 1 - 57:9, 58:23, 61:19, 61:14, 62:2, 62:6, 62:7, 62:7, 67:4, 67:5, 67:14, 67:22, 67:23, 68:15, 68:21, 72:23, 78:10, 79:10, 82:14, 82:18, 82:19, 82:22, 83:8, 83:12, 83:15, 83:25, 84:3, 89:23, 122:12, 114:15, 114:16, 115:16, 118:9, 119:24, 120:7, 121:6, 131:14, 131:14, 145:24

**videos [2]** - Vol. 1 - 58:21, 115:15

**viewed [5]** - Vol. 1 - 62:15, 62:16, 68:14, 68:15, 83:13

**viewing [3]** - Vol. 1 - 58:6, 67:14, 68:21

**Vin [2]** - Vol. 1 - 67:17, 77:20

**█████** Vol. 1 - 4:18, 4:8, 37:15, 37:16, 40:8, 41:10, 43:6, 45:15, 45:19, 45:20, 47:6, 48:20, 49:4, 50:8, 50:21, 50:24, 51:15, 51:19, 52:3, 52:19, 52:21, 52:25, 53:17, 53:21, 53:24, 54:3, 54:16, 59:24, 60:5, 60:6, 62:7, 63:6, 64:7, 64:8, 64:14, 64:23, 65:2, 65:5, 65:14, 65:14, 65:18, 65:21, 65:23, 66:3, 67:2, 67:7, 67:9, 68:20, 71:9, 76:17, 76:19, 77:15, 77:24, 78:22, 79:14, 79:15, 80:8, 80:14, 80:22, 80:23, 84:23, 85:2, 85:3, 85:9, 85:10, 85:24, 87:8, 94:5, 96:15, 107:25, 112:22, 112:25, 113:2, 120:15, 122:5, 122:9, 123:18, 123:25, 129:1, 129:2, 130:3, 130:6, 133:3, 133:4, 133:13, 133:18, 133:25, 135:6, 138:11, 138:16, 138:21, 139:8, 141:14, 142:18, 143:1, 143:25, 145:16, 151:6, 152:14, 152:18, 152:21, 153:2, 153:17, 153:18, 153:8, 155:15, 156:8, 156:13, 156:16, 156:17

**█████** Vol. 1 - 42:11, 47:12, 47:15, 55:14, 60:12, 81:13, 82:14, 83:22, 86:13, 86:14, 96:13, 106:16, 110:18, 112:15, 115:12, 126:22, 127:5, 127:17, 134:25, 151:8

**Vinny [36]** - Vol. 1 - 50:15, 62:20, 63:16, 63:21, 66:9, 66:14, 66:14, 69:8, 70:9, 86:23, 86:25, 90:7, 91:14, 91:22, 104:22, 113:11, 113:16, 113:19, 114:15, 115:15, 115:20, 116:1, 116:3, 116:2, 117:1, 117:3, 117:8, 117:10, 117:12, 118:11, 118:13, 119:20, 119:22, 135:8, 135:17, 136:18

**Vinny's [6]** - Vol. 1 - 22:10, 69:3, 104:19, 115:17, 116:10

**violate [3]** - Vol. 1 - 80:13, 80:24, 81:10

**violated**  Vol. 1 - 10:14

**violating [3]** - Vol. 1 - 80:8, 80:14, 80:22

**violations [2]** - Vol. 1 - 17:1, 17:4

**violence**  Vol. 1 - 60:21

**violent [5]** - Vol. 1 - 42:8, 42:18, 70:3, 70:16, 87:6

**viral [2]** - Vol. 1 - 21:9, 58:11

**visible**  Vol. 1 - 36:25

**visit [2]** - Vol. 1 - 32:17, 32:19

**visited**  Vol. 1 - 32:24

**VS429**  Vol. 1 - 149:23

**VS432 [2]** - Vol. 1 - 147:21, 148:1

**VS433**  Vol. 1 - 150:15

**VS871**  Vol. 1 - 13:10

**VS872**  Vol. 1 - 13:11

**VS873**  Vol. 1 - 101:13

**VS874**  Vol. 1 - 100:8

**VS875**  Vol. 1 - 100:16

**VS876**  Vol. 1 - 100:16

**VS880 [2]** - Vol. 1 - 111:14, 111:16

**VS881 [2]** - Vol. 1 - 111:19, 112:19

**VS882**  Vol. 1 - 111:16

**VS883**  Vol. 1 - 113:9

**VS884**  Vol. 1 - 114:5

**VS886**  Vol. 1 - 114:24

**VS887**  Vol. 1 - 101:22

**VS888**  Vol. 1 - 101:25

**VS889**  Vol. 1 - 102:3

**VS890**  Vol. 1 - 102:7

**VS891**  Vol. 1 - 105:17

**VS892**  Vol. 1 - 105:20

**VS893**  Vol. 1 - 106:24

**VS894 [2]** - Vol. 1 - 107:25, 108:3

**VS896 [2]** - Vol. 1 - 103:15, 103:18

**VS898**  Vol. 1 - 112:24

**VS899**  Vol. 1 - 100:14

**VS900**  Vol. 1 - 102:10

**VS902**  Vol. 1 - 102:18

**VS904**  Vol. 1 - 115:9

**VS905**  Vol. 1 - 102:14

**VS910 [2]** - Vol. 1 - 104:8, 104:12

**VS911**  Vol. 1 - 104:15

**VS912**  Vol. 1 - 118:16

**VS913**  Vol. 1 - 118:20

**VS914**  Vol. 1 - 114:9

**VS918**  Vol. 1 - 116:5

**VS919**  Vol. 1 - 116:9

**VS921**  Vol. 1 - 121:12

**VS923**  Vol. 1 - 123:6

**VS924**  Vol. 1 - 121:6

**VS925**  Vol. 1 - 115:9

**VS926**  Vol. 1 - 117:24

**VS927**  Vol. 1 - 105:4

**VS929**  Vol. 1 - 105:8

**VS930 [2]** - Vol. 1 - 108:5, 108:25

**VS931**  Vol. 1 - 105:12

**VS933**  Vol. 1 - 105:15

**VS934**  Vol. 1 - 109:6

## W

**wait [6]** - Vol. 1 - 5:1, 52:5, 111:14, 138:15, 145:3, 145:6

**waive**  Vol. 1 - 75:23

**waived [2]** - Vol. 1 - 2:15, 2:18

**walk**  Vol. 1 - 56:19

**Wallack**  Vol. 1 - 91:9

**wanted [4]** - Vol. 1 - 52:14, 85:25, 143:7, 145:6

**warning [2]** - Vol. 1 - 14:9, 43:16

**warranted [4]** - Vol. 1 - 14:23, 15:1:8, 16:17, 54:14

**Wars**  Vol. 1 - 42:24

**waste**  Vol. 1 - 117:6

**watch**  Vol. 1 - 100:8

**watching [2]** - Vol. 1 - 19:19, 22:18

**we'd [4]** - Vol. 1 - 26:25, 35:6, 45:8, 145:6

**we'll [7]** - Vol. 1 - 16:23, 35:9, 68:11, 102:22, 126:14

**we're [7]** - Vol. 1 - 4:7, 6:21, 29:25, 36:3, 90:4, 104:10, 111:9

**We've**  Vol. 1 - 144:23

**weapon [2]** - Vol. 1 - 22:12, 84:11

**weather [3]** - Vol. 1 - 18:8, 24:11, 128:5

**week**  Vol. 1 - 114:11

**weekend**  Vol. 1 - 34:1

**weeks [2]** - Vol. 1 - 32:3, 128:24

**Wendy [5]** - Vol. 1 - 16:1, 73:3, 73:9, 74:16, 76:9

**Wendy's [2]** - Vol. 1 - 74:21, 75:22

**weren't**  Vol. 1 - 66:11

**what's [27]** - Vol. 1 - 16:14, 16:22, 17:17, 17:24, 30:6, 37:23, 39:13, 40:4, 42:16, 49:2, 50:14, 57:12, 57:25, 61:16, 80:11, 86:7, 95:18, 97:9, 97:23, 112:3, 112:4, 112:7, 145:2, 145:13, 154:7, 155:3, 155:24

**whatever [2]** - Vol. 1 - 9:21, 13:24

**whether [15]** - Vol. 1 - 65:9, 69:12, 70:9, 71:4, 75:13, 94:12, 114:12, 117:11, 117:12, 127:12, 127:3, 130:20, 151:6, 151:8, 154:17

**whole**  Vol. 1 - 3:17

**whose [2]** - Vol. 1 - 138:22, 149:10

**Willa [2]** - Vol. 1 - 2:1, 4:7

**windows**  Vol. 1 - 36:17

**wise**  Vol. 1 - 90:2

**withdraw**  Vol. 1 - 153:13

**withdrawing**  Vol. 1 - 74:10

**withhold**  Vol. 1 - 99:16

**within [4]** - Vol. 1 - 20:25, 54:11, 105:25, 128:24

**witness [24]** - Vol. 1 - 1:25, 3:2, 4:2, 31:15, 32:7, 35:13, 73:10, 74:13, 95:11, 138:24, 139:10, 139:12, 139:14, 139:17, 144:23, 145:8, 147:21, 153:14, 156:24, 158:1, 159:25, 160:25, 161:25, 162:14

**woman [5]** - Vol. 1 - 1:25, 82:19, 83:24, 84:2

**wondering**  Vol. 1 - 156:1

**wouldn't [7]** - 66:17, 76:11, 89:1, 93:11, 93:12, 93:13

**writing [6]** - Vol. 1 - 27:2, 35:9, 45:10, 55:10, 56:15

**written [4]** - Vol. 1 - 13:23, 65:11, 80:11, 103:3

**wrong**  Vol. 1 - 74:11

**wrote [4]** - Vol. 1 - 13:23, 51:10, 108:14, 121:6

## Y

**yeah [20]** - Vol. 1 - 16:16, 22:24, 23:8, 33:14, 35:23, 38:21, 42:25, 45:7, 76:21, 84:17, 92:8, 92:21, 95:9, 96:15, 98:14, 139:16, 139:17, 139:24, 144:21, 156:12

**yep [2]** - Vol. 1 - 94:23, 100:18

**yet**  Vol. 1 - 98:25

**York [3]** - Vol. 1 - 1:22, 2:5, 162:3

**you'd [2]** - Vol. 1 - 13:23, 99:20

**young [7]** - Vol. 1 - 2:1, 4:7, 30:1, 49:14, 59:15, 83:12, 134:12

**yours**  Vol. 1 - 11:17

**yourself**  Vol. 1 - 22:8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**DEBRA SPERO, as Natural Mother of
V.S., an infant,**

                Plaintiffs,

      v.

**VESTAL CENTRAL SCHOOL DISTRICT
BOARD OF EDUCATION, VESTAL CENTRAL
SCHOOL DISTRICT, JEFFREY AHEARN,
Superintendent of Schools, ALBERT A. PENNA,
Interim Principal of Vestal High School,
DEBORAH CADDICK and CLIFFORD KASSON,
in their Individual and Official Capacities,**

                Defendants,

> **ERRATA TO TRANSCRIPT OF
> DEPOSITION OF DEBORAH
> CADDICK**
>
> Civil Action No.: 3:17-cv-00007

        Please find below the errata to the transcript of my deposition conducted February 11,

2019:

| Page(s) and line(s) | Original text | Correction | Reason for change |
|---|---|---|---|
| 17:23 | No. | There can be facts to provide context to the incidents for which discipline is being imposed. | Upon reflection I realize my answer was incomplete. |
| 25:12 | No. | I'm sure I have, but I don't recall any specifics. | I thought counsel was asking me if I recalled a specific instance.  Upon reviewing the transcript I recognize the question was broader than that such that my answer required correction. |
| 91:11 | And then they both spoke to us. | And then Officer Talbut and Miss Wallach both spoke to us. | Clarification. |

| 94:16 | Yes. | I don't know. | I cannot speak to whether the results of our investigation informed Mr. Ahearn's decision to go forward with the superintendent's hearing; that question would have to go to Mr. Ahearn. I did not realize at the time the question was asking me to speak for Mr. Ahearn's state of mind. |
| 97:7 | Yes. | No, the 9th and the 12th. | I have refreshed my recollection. |
| 140:23 | Most times. | Most times when we met with counsel, but not when we met with counsel to prepare for the superintendent's hearing. | I was thinking of meetings with counsel in general on all issues, not meetings with counsel before superintendent's hearings, and my original answer was inadvertantly misleading and needed clarification. |
| 154:9 | Asia Holloway | Aja Holloway | Transcription error. |
| 154:18 | Asia Holloway | Aja Holloway | Same. |

_DEBORAH CADDICK_

Sworn to before me this ___
day of April, 2019.

_Notary public_

MARY F. JACYNA
NO. 01JA4981660
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN BROOME COUNTY
MY COMMISSION EXPIRES 5/15/2023