

AA

10/04/18

Vestal Senior High School
205 Woodlawn Drive
Vestal, NY 13850

Principal: Clifford R. Kasson
Phone: (607)757-2281

# Grade Report

2017 Student Report Card

This is the eSchoolPlus Report Card. Please note the comment legend prints at the bottom of the Report Card. If you have any questions, don't hesitate to contact your child's teacher.

Student Name: Vincent, Michael
Student ID: 1004737

Hometown:
Counselor:
STAFF

Reporting Periods: M2
Grade: 12

| Course | Sec | Description | Teacher | ABS | TDY | MP1 | MP2 | CLA | LOC | REG | RCT | PRF | FIN | C1 | C2 | C3 | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0030 | 4 | ENGLISH 12 | Maleis, Peter | 15 | 3 | 77 | 89 | | | | | | | | | | 0 |
| 0121 | 1 | PART IN GOV 12 | Donlin, Brian | 16 | 0 | 84 | 82 | 73 | 76 | | | | 74 | | | | 0 |
| 0132 | 1 | ECONOMICS 12 | Carr, Robert | | | | | | | | | | | | | | 0.5 |
| 0212 | 1 | CHEMISTRY | Arbuiso, Charlie | 17 | 0 | 82 | 70 | | | | | | | | | | 0 |
| 0231 | 3 | FORENSIC SCI 1 | O'Donnell, Colette | 17 | 0 | 80 | 75 | 78 | | | | | 68 | | | | 0 |
| 0232 | 3 | FORENSIC SCI 2 | O'Donnell, Colette | | | | | | | | | | | | | | 0.5 |
| 0309 | 1 | FOUNDATIONS-COLLEGE MATH | Dyer, Katharine | 18 | 0 | 75 | IN | | | | | | | | | | 0 |
| 0802 | 20 | PHYS ED(11-12) | Crunden, Jim | 8 | 0 | 57 | 89 | | | | | | | | | | 0 |

| Daily Attendance | Current | YTD |
|---|---|---|
| Excused Abs. | 13 | 19 |
| Unexcused Abs. | 0 | 0 |
| Tardies | 0 | 4 |

| Total Earned Credit: | 1 |
|---|---|
| M2 Average: | 77 |

ABS-Absence, TDY-Tardy, MP1-Marking Period 1, MP2-Marking Period 2, MP3-Marking Period 3, MP4-Marking Period 4, CLS-Class Average, LOC-Local Exam, REG-Regents Exam, PRF-Proficiency Exam, FIN- Final Mark, C1-Comment 1, C2-Comment 2, C3-Comment 3

VS000600

EXHIBIT X 2/11/2019