BB

1

DISTRICT COURT OF THE UNITED STATES

NORTHERN DISTRICT OF NEW YORK
_____
DEBRA SPERO, as Natural Mother of
V.S., an infant,

                            Plaintiff,

     -against-

VESTAL CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION,
VESTAL CENTRAL SCHOOL DISTRICT, JEFFREY AHEARN,
Superintendent of Schools, ALBERT A. PENNA, Interim
Principal Vestal High School, DEBORAH CADDICK and
CLIFFORD KASSON, in their Individual and Official
capacities,

                          Defendants.

_____


     A deposition held on Friday, the 25th day of

January, 2019, commencing at 10:02 a.m.




                 BEFORE:   Ruth I. Lynch
                      Registered Professional Reporter
                      Registered Merit Reporter
                      NY/PA Notary Public
                      28874 State Route 171
                      Susquehanna, PA  18847
                      (570) 396-1459




WITNESS:  KATHARINE DYER

2

```
 1   APPEARANCES:           WILLA S. PAYNE, Esquire
                            SUSAN M. YOUNG, Esquire
 2                          JOSH COTTER, Esquire
                                Legal Services of Central
 3                              New York
                                189 Main Street, Suite 301
 4                              Oneonta, NY  13820
                                on behalf of Plaintiff
 5
                            CHARLES C. SPAGNOLI, Esquire
 6                              The Law Firm of Frank W.
                                Miller
 7                              6575 Kirkville Road
                                East Syracuse, NY  13057
 8                              on behalf of Defendants

 9

10

11

12                     P R O C E E D I N G S

13

14        It is stipulated by and between the parties

15   hereto that the filing of the deposition is waived;

16   that the deposition may be signed before any Notary

17   Public; that the filing of the oath of the Notary

18   Public is waived; that Ruth I. Lynch, Registered

19   Merit Reporter, is designated to take the

20   testimony and prepare a transcript therefrom; and that

21   all objections, except as to the form of the question,

22   are reserved to the time of the trial.

23

24

25
```

3

1                    INDEX TO TESTIMONY

2   WITNESS:  KATHARINE DYER                        PAGE

3            Examination by Ms. Young..............  4

4            Examination by Mr. Spagnoli........... 91

5            Signature Page....................... 95

6

7                    INDEX TO EXHIBITS

8   EXHIBIT            DESCRIPTION                   PAGE

9      A        Room 148 seating chart              12

10     B        Incident report                     25

11     C        Student sign-in sheet               37

12     D        Handwritten note                    53

13     E        Student conduct form                58

14     F        12/01/16 email with attachment      70

15

16

17

18

19

20

21

22

23

24

25

4

1          K A T H A R I N E   D Y E R ,

2          having been called as a witness, having

3          been duly sworn, testified as follows:

4    EXAMINATION

5    BY MS. YOUNG:

6          Q      Hi, Miss Dwyer.  Dyer.  My name is

7    Susan Young, and I'm a staff attorney at Legal

8    Services representing Mrs. Spero on behalf of her son.

9                 And this is Josh Cotter and Willa

10   Payne, both of my coworkers.

11                So you do understand that you're under

12   oath and you must testify truthfully, correct?

13         A      Yes.

14         Q      Okay.  Have you been deposed before?

15         A      Was that a hearing?  A deposition?

16                MR. SPAGNOLI:  Perhaps if you could

17         understand what you mean by deposition or

18         depose.

19   BY MS. YOUNG:

20         Q      Yeah; have you ever been in a situation

21   like this where an attorney was asking you questions

22   in front of a court stenographer without a hearing

23   officer, a judge, or anything there?

24         A      I was at the superintendent's hearing

25   but there was a hearing officer there.

5

1          Q          Right.  Yeah, that's -- that's not a
2   deposition.
3          A          Okay.
4          Q          Okay.
5          A          No.
6          Q          So just to review a few ground rules,
7   since you've never been deposed before.  If you need a
8   break just ask, and we'll take a break.  The only
9   thing I ask is that if I have asked you a question
10   that you answer the question before we take a break.
11               You must respond to questions because
12   of the court reporter with either yes or no or I don't
13   know.  And head shakes or uh-huh or unh-uh doesn't --
14   won't work.
15               Speak slowly, as I'll try to too, so
16   the stenographer can take everything down.
17               If you -- if my question is not clear,
18   and that's bound to happen, just -- or you don't
19   understand the question, ask me to rephrase, and I'll
20   either try to rephrase or have the court reporter
21   repeat the question and see if that helps.
22               Did you consult with anyone except your
23   counsel when preparing for this deposition?
24          A          No.
25          Q          Did you review any documents prior to

6

1    this deposition?

2         A      Yes; my testimony at the

3    superintendent's hearing.

4         Q      Anyone else's testimony from the

5    hearing?

6         A      No.  Different papers that were all

7    provided at that hearing, such as my written statement

8    of the two events that happened.

9         Q      The written statements that were

10   admitted into evidence at the --

11        A      Correct.

12        Q      How about your affidavit in this case?

13        A      I don't recall reviewing that.

14        Q      Anything else that you can think of

15   that you reviewed?

16        A      No.

17        Q      Okay.  And today are you taking any

18   medications that might impair your ability to

19   understand --

20        A      No.

21        Q      -- what's going on?

22               Okay.

23               MR. SPAGNOLI:  Miss Dyer, although

24        there may be information that you and I have

25        shared, when you're answering the questions I'm

7

1          not at liberty in the deposition to assist you

2          in your -- in your responses.  So if you look

3          at me and I don't respond that's why, okay?

4                  THE WITNESS:  Okay.

5      BY MS. YOUNG:

6          Q       Starting from high school, could you

7      tell me about your education?

8          A       I graduated from Binghamton High

9      School.  I went to State University at Brockport.  I

10     have a mas -- or a bachelor's in computer science and

11     a minor in math.  I went to Binghamton University and

12     got my MAT in secondary mathematics.

13         Q       What's an MAT?

14         A       Master's of art in teaching.

15         Q       Okay.  Any other degrees?

16         A       No.

17         Q       Okay.  Starting from after you

18     graduated from BU can you tell me your employment

19     history?

20         A       I did a long-term sub position at

21     Chenango Forks.  That was while I was still at BU.

22     Then I was employed by Johnson City Schools for

23     11 years.  And then Vestal.  This is my third year.

24         Q       So is it accurate to say that you began

25     teaching at Vestal in the 2016/2017 school year?

8

```
 1          A        Yes.
 2          Q        Okay.  Why did you move from or go from
 3    the Johnson City School District to the Vestal
 4    district?
 5               MR. SPAGNOLI:  I'm going to interpose
 6          an objection here.  I'm not going to instruct
 7          my client not to answer the question.  But I do
 8          want to point out that she's not a defendant in
 9          this case, that you've withdrawn the claim of
10          the race discrimination that was originally
11          asserted, and she had obviously nothing to do
12          with the ultimate suspension or the
13          determination of the length of the suspension
14          or V███████    social media posts.
15               So I'm going to give you some latitude
16          in view of the broad definition of relevancy
17          for purposes of discovery in terms of inquiring
18          about her employment background prior to
19          Vestal, but I'm going to ask that you keep it
20          limited so that we don't have to get into a
21          30-D situation.
22               Go ahead and answer the question.
23          A        Can you repeat the question?
24    BY MS. YOUNG:
25          Q        Sure.
```

9

```
1              MS. YOUNG:  Well, could you repeat it?
2              (The stenographer read back.)
3       A       We live in Vestal and my children were
4  starting school, and I wanted to become part of that
5  community and that school district and to be more
6  available to be on the same schedule as my own kids.
7  BY MS. YOUNG:
8       Q       Were you ever disciplined when you were
9  at Johnson City School District?
10      A       No.
11      Q       So you know who V____ S____ is,
12 correct?
13      A       Correct.
14      Q       And you first met him in September of
15 2016?
16      A       Correct.
17      Q       Okay.  And he was in your fourth period
18 Foundations of Math class.
19      A       Foundations of College Math, yes.
20      Q       Can you describe the class in terms of
21 size?
22      A       It -- it varied, you know, as people
23 moved around in the beginning of the school year, but
24 around 25.
25      Q       Can you tell us approximately how that
```

10

1    divided by sex?

2         A       There was definitely more boys than

3    girls.

4         Q       And what -- were they all in the same

5    year of high school?

6         A       Yes; they were all seniors.

7         Q       Can you -- can you tell us what the

8    approximate distribution of white students and

9    students of color were?

10                 MR. SPAGNOLI:  Objection to form.

11                 When I say that, you can go ahead and

12         answer the question if you understand it.

13         A       Not something I have asked them nor

14    know how students identify.

15   BY MS. YOUNG:

16         Q       Was it a diverse class, would you say,

17    in terms of race?

18         A       There were different races within the

19    class.

20         Q       When the school year first began, like

21    on the first day or the second day, did you have a

22    seating chart?

23         A       Yes.

24         Q       And how was that seating chart

25    organized?

1          A          Alphabetically.

2          Q          And did you keep a copy of that chart?

3          A          No.

4          Q          And --

5          A          I erased it when I made the new one.

6          Q          And so when you made a new chart,

7     obviously you -- you did change the seating chart at

8     one point.

9          A          Multiple times.

10         Q          Okay.  The first time you changed it,

11    when was that?

12         A          The third week of school.

13         Q          Okay.

14                     MS. YOUNG:  I think this is four pages.

15              I'm going to ask the stenographer to mark this

16              for identification, this four-page document, as

17              Exhibit?

18                     MR. SPAGNOLI:  I used numbers, why

19              don't you use letters.

20                     MS. YOUNG:  Okay, A.

21                     (Exhibit A was marked.)

22                     MR. SPAGNOLI:  Just for clarity on the

23              record, Exhibit A, this stickered exhibit, the

24              pages are in the order with the designation

25              7A, 7B, 7C, and 7D in that order, correct?

12

```
 1              MS. YOUNG:  Correct.
 2              MR. SPAGNOLI:  Thank you.
 3   BY MS. YOUNG:
 4          Q      I'm going to hand you what's been
 5   marked as Exhibit A and ask you if you recognize that
 6   document?
 7          A      Yes.
 8          Q      And can you describe to us what it is?
 9              MR. SPAGNOLI:  The entire document or
10          just the first page?
11   BY MS. YOUNG:
12          Q      Well, start with the first page.
13              MR. SPAGNOLI:  Thank you.
14          A      The first page is a copy of the seating
15   chart from approximately the third week of September.
16   BY MS. YOUNG:
17          Q      Okay.  Until when?  When did you change
18   it to the next seating chart?
19          A      I am -- I don't remember for sure.  A
20   few weeks later.
21          Q      Is this the seating chart that was
22   being used when Vi███ made a comment that you felt was
23   inappropriate?
24          A      What comment?
25          Q      Well, let me ask you this:  Did V███,
```

13

1   while that seating chart was in effect, say something

2   in class about the grouping of students, and if so

3   what?

4        A        After they came and sat down, he was

5   sitting here next -- in the second row, first seat.

6        Q        Him being V████.

7        A        V████, yes.

8        Q        Okay.

9        A        And he said to I████ D███████, who was

10  in the front middle of the room, you belong with us.

11               MR. SPAGNOLI:  Let the record reflect

12          that when the witness indicated here in

13          connection with where V█████ was sitting, she

14          pointed to the desk that has the name V██████

15          crossed out over it.

16  BY MS. YOUNG:

17       Q        Okay.  How many days into that seating

18  plan did V████ make that comment?

19       A        The very first day.

20       Q        Did you ask V████ what he meant by

21  that?

22       A        No.

23       Q        Did you make any comment?

24       A        At the end of class I talked to him

25  about it.

14

```
1        Q        And what happened during that
2   conversation?
3        A        I said I hope you know I would never be
4   thinking about that when I was making a seating chart.
5        Q        And what did you mean about that?
6        A        About race.
7        Q        Okay.  How did you know that's what
8   V█████ meant?
9        A        Because he alluded to that in his
10  comment.
11                And the other students laughed at it,
12  and.
13        Q        Looking at the chart, was, is it I████?
14        A        I████.
15        Q        Was I████ the only student of color
16  sitting in the front row?  If you recall.
17        A        Again, depending on how people identify
18  themselves, you know, many students in Vestal are --
19  have a variety of backgrounds.
20        Q        Uh-huh.  But as far as if you could --
21  you can tell.  Would you have said that Isaac was the
22  only student of color in the front row?
23        A        Yes.
24        Q        How about the -- not counting the desks
25  that appear kind of on an angle, behind that, the six
```

15

1   desks in the middle of the second row, were there any

2   students of color in that row?

3                   MR. SPAGNOLI:  You mean in the six

4         desks in the middle of the front row?

5                   MS. YOUNG:  Middle, yes.

6         A       Again, I -- I've seen their sheets

7   since and how they would register, and I can tell you

8   that none of them registered as African-American.

9   BY MS. YOUNG:

10        Q       Okay.  How about the -- right behind

11  that, the middle six seats?  Were any of those

12  students students of color?

13        A       None of them have registered as

14  African-American either.

15        Q       Okay.  How about the student next to

16  V████?

17        A       S██████?

18        Q       Yes.

19        A       She is registered as an

20  African-American.

21        Q       Okay.  And how about the two seats in

22  back of that student and V████?

23        A       They are not registered as

24  African-American.

25        Q       Okay.  And did you perceive them as

16

1  students of color at the time?

2        A        I never thought about it at the time.

3        Q        Okay.  Even after V██ made that

4  comment to you, you didn't think about that?

5        A        No.

6        Q        Okay.  How about the students on the

7  angled, the six angled desks, on the other side of the

8  room from where V███ was?

9        A        They are not registered as

10 African-American.

11       Q        And, but did you perceive them as

12 students of color?

13       A        I never made a judgment or remember

14 thinking of that.

15       Q        Okay.  But when V███ made the comment

16 he did to I███, you automatically thought -- or

17 take -- strike that.

18                When V███ made the comment to you --

19 to I███, you took that to mean he was commenting that

20 students of color were in the back.

21       A        Someone else then said back of the bus.

22       Q        So was it that comment that made you

23 think that V███ was alleging that the black students

24 were grouped together or was it V███ comment?

25       A        The two comments together.

17

1    Q      Did you speak to the other student who
2  said back of the bus?
3    A      I am not sure who made that comment.
4  It was in response to his comment where they laughed a
5  little, and then.  You know.  Someone said something
6  more.
7    Q      And what did V████ say -- strike that.
8           When V████ made the comment, did you
9  say to him that's inappropriate?
10   A      I do not recall.  I did after class.
11   Q      Okay.  And when you told V████ that you
12 thought it was inappropriate and that you would never
13 do that, what was his response to you?
14   A      I know, but you're new here.
15   Q      Anything else?
16   A      I said I am not new at teaching.
17          And he said but you're new here.
18   Q      Did you ask him what he meant by that?
19   A      No.
20   Q      Did you change the seating chart after
21 talking to V████?
22   A      The student that was sitting here
23 switched to a different class, so there was an open
24 seat there.
25   Q      And by -- could you just tell us the

18

1   name of the student so we?

2           A       Well, he's not on there.  I erased his

3   name.

4           Q       Oh.

5           A       His name was K████   And he was in the

6   front row next to I███.

7           Q       Okay.

8                   MR. SPAGNOLI:  Let the record reflect

9           that when the witness said here, she was

10          pointing to the square that currently bears the

11          name J████

12  BY MS. YOUNG:

13          Q       Oh, okay.  I didn't think that was the

14  one you pointed to.

15          A       J████.

16          Q       That's because I'm looking at the wrong

17  one.

18                  MS. YOUNG:  Thank you.

19                  MS. PAYNE:  That's because you're on B.

20          A       I think those are in a different order.

21  BY MS. YOUNG:

22          Q       Okay, so when did J████ -- when did

23  the other student next to I███ leave the class?

24          A       Within a few days.

25          Q       Okay.  And what happened then with that

19

1    seat?

2         A       I had Jo████  move there.

3         Q       And so you -- you were the one that

4    chose that J████  would move there.

5         A       Yes.

6         Q       Okay.  And why did you move ████  to

7    the front?

8         A       So he would have a partner.

9         Q       Okay.  And was ████  a person of

10   color?

11        A       He's not registered, no.

12        Q       Does he have dark skin?

13        A       Not -- he appears biracial.

14        Q       Okay.  So however it came about, would

15   you say that before J████  was moved that students of

16   color were grouped together?

17        A       No.

18        Q       And how do you define students of

19   color?

20        A       Students who consider themselves

21   African-American.

22        Q       Okay.  Then let me rephrase my

23   question.  Would you say, however it came about, that

24   in the first seating chart, what's marked as

25   Exhibit 1, and it has the 7A designation, were people

20

1   with darker skin than most caucasians grouped

2   together?

3                   MR. SPAGNOLI:  Objection to form.

4        A        No.

5   BY MS. YOUNG:

6        Q        Okay.  Can you -- because I think we

7   had some miscommunication between what I was thinking

8   of when I said person of color and what -- apparently

9   what you were thinking, and that's my bad, I should

10  have defined it.  But for the four seats around Vi█████

11  that are an angle, that are angled, and I guess that

12  would be S█████████ V█████, B█████, were those three

13  students students with skin that was darker than

14  caucasian?

15                  MR. SPAGNOLI:  Objection to form.

16       A        No.  Br███ does not have darker skin.

17                  Also there is other students, I█████

18  D███████, who was up front, and other students who may

19  have slightly noncaucasian skin that were in other

20  spots too.

21  BY MS. YOUNG:

22       Q        Okay.  Can you tell us who those were?

23       A        C███████, A███████.

24       Q        Anyone else?

25       A        Not that I recall.

21

1        Q        So it sounds like you're saying that
2    the students in the class who identified as
3    African-American or who had skin darker than caucasian
4    would be Vi████t, S██████, Jo████, Is███ D██████,
5    C██████, and A████████
6                      MR. SPAGNOLI:  Objection.
7        A        If -- if-.  Yes, if that's really
8    something to look into and think about.  It's not
9    something I've ever thought about when I was making a
10   seating chart.  I think of students who work well
11   together, I think of students who need accommodations,
12   I think of students who can't see the board well, I
13   think of students who need a little space so they can
14   concentrate.  I think of students who may be talking
15   too much and need to be separated.  I think of pairs
16   that would work very well together and help each other
17   with math.
18                      I -- I think of many, many things that
19   lead to a good classroom, and race is not one of them.
20   BY MS. YOUNG:
21       Q        But you knew that at least two of the
22   students with darker skin perceived it as being that
23   they were grouped together?
24       A        No, I know --
25                      MR. SPAGNOLI:  Objection.

22

1          Go ahead.

2          A          V▮▮▮▮▮ made a comment about it.  That

3   is the only thing.

4   BY MS. YOUNG:

5          Q          And another student said back of the

6   bus, correct?

7          A          That doesn't mean he was of color, I do

8   not know who said that.

9          Q          Would it make a difference if the

10  student was white?

11         A          Well, you just said two students of

12  color perceived it, and that is not a true statement.

13         Q          Okay.  Let me rephrase it, then.  It's

14  two students in that class indicated to you that they

15  perceived that the students of color were grouped

16  together in the back, correct?

17         A          One student made a comment, another

18  student went along with the joke.

19         Q          And who told you it was a joke?

20         A          They were laughing.

21         Q          So that the change to the -- this

22  seating chart that you made was occasioned by -- the

23  immediate change was occasioned by the student sitting

24  next to I▮▮▮ leaving the class.

25         A          Yes.

23

1        Q        Okay.  And did you have J███████ move to
2   the front because he was someone you identified as
3   biracial?
4        A        No.
5        Q        So is it accurate to say that until the
6   next time you changed the seating chart you did not
7   change the seating chart to address the perception of
8   at least two students?
9                 MR. SPAGNOLI:  Objection to form.
10       A        That wasn't my purpose in moving
11  J███████    I moved J██████ 'cause that is a more
12  centrally located seat.
13  BY MS. YOUNG:
14       Q        So.
15       A        If a student had come to me and I -- I
16  definitely would rearrange if they felt that way.
17  That would never be my intention, and I would not want
18  a student to feel that way.
19       Q        Okay.  But I just want to get this
20  clear.  You did not change the seating chart based on
21  V██████ comment or the other student's comment.
22       A        I don't remember that as my intention.
23  I remember it as moving him because that was an open
24  seat and then he would have a partner.  And I████████
25  would have a partner.

24

```
 1              This room is -- is --
 2              MR. SPAGNOLI:  There's no question
 3         before you.
 4              THE WITNESS:  Okay.
 5  BY MS. YOUNG:
 6         Q      Looking at 7B, which is the second page
 7  of Exhibit A, when did this seating chart get
 8  implemented, about?
 9         A      A few weeks later.
10         Q      And how did you determine this seating
11  chart?
12         A      Again students' needs, who would work
13  well together, what would be best from a teaching
14  standpoint in terms of personalities, in terms of
15  students who needed more assistance, students who were
16  doing well.
17         Q      And the page marked 7B, J███ is no
18  longer sitting next to I███.  Do you recall why that
19  was?
20              The 7B?
21         A      Yes.
22              Almost everyone has a new partner.
23  BY MS. YOUNG:
24         Q      Okay.  Were the seating charts random?
25         A      Yes.
```

                                                          25

1              Aside from student needs.

2      Q      Okay, I'm now going to have this marked

3   for identification.

4              (Exhibit B was marked.)

5   BY MS. YOUNG:

6      Q      Can you identify -- first of all, are

7   you familiar with this document?

8      A      I'd like to read it over.

9      Q      Sure.

10     A      (Reviews document).

11             MR. SPAGNOLI:  Let her know when you're

12        ready.

13     A      Oh, I'm ready.

14  BY MS. YOUNG:

15     Q      Oh, sorry.

16             Do you recognize this document?

17     A      Yes.

18     Q      Okay.  And were you the author of this

19  document?

20     A      Yes.

21     Q      Okay.  And at the very bottom it says

22  attached are four of the seating charts that we have

23  utilized thus far this -- for this year.

24             Were the four pages that are marked as

25  Exhibit A the -- what was attached to this memo?

26

1          A        Yes.

2          Q        Okay.  It says at the top that this

3    synopsis was written on December 15th, 2016, correct?

4          A        Correct.

5          Q        And it's about events of approximately

6    a month earlier and three months earlier, correct?

7          A        Correct.

8          Q        Why did you write this synopsis?

9          A        I was asked to.

10         Q        And by whom were you asked?

11         A        I don't remember the details on that.

12         Q        You know somebody asked you but you

13   don't recall who?

14         A        One of the administrators.

15         Q        And by administrators you mean who?

16         A        Dr. Penna, Mr. Caddick and Mrs. --

17   Mr. Kasson and Mrs. Caddick.

18         Q        Did the person who asked you to write

19   it indicate to you why they wanted you to write it?

20         A        I don't remember being asked.

21         Q        Oh.  But I thought you said --

22         A        I don't remember the details of what

23   they asked.

24         Q        Who did you give this document to?

25         A        I don't recall.

27

```
1        Q        Do you recall if you were asked
2   specifically to write about both of these incidents?
3        A        Don't recall.
4        Q        At some point in the fall of 2016 but
5   prior to November 22nd, did you go to speak to Miss
6   Caddick about this particular class?
7        A        I did.
8        Q        Okay.  Do you recall when that was?
9        A        I don't know the date.
10       Q        Approximately?
11       A        (Shakes head).
12       Q        Why did you go to Miss Caddick to talk
13  about this class?
14       A        They were a very talkative class, they
15  were very good friends.
16       Q        So you -- you told Miss Caddick that
17  they were a talkative class and good friends.  Is that
18  correct?
19       A        Yes.
20       Q        What else did you tell her about the
21  class?
22       A        I was looking for strategies to help
23  meet the needs of a variety of different levels within
24  the same room.
25       Q        Was it a frustrating class?
```

                                                              28

1          A        Not in general.  They're very nice

2     kids, just at times they could get off topic, and I am

3     there with the goal of providing instruction and

4     getting them prepared for the final within this class.

5          Q        Did you mention any specific students

6     during your conversation with Miss Caddick?

7          A        I don't recall.

8          Q        During the fall of 2016, was this the

9     only class you sought out Miss Caddick to discuss?

10         A        There was another section of this same

11    course, so when we talked about the Foundations of

12    College Math as a whole, it would include both.  But

13    this was mainly the one we talked about.

14         Q        The fourth period class.

15         A        Yes.

16         Q        Did Miss Caddick have any checks or

17    advice for you?

18         A        I don't recall her answers.

19         Q        Do you recall if you made any changes

20    to how you were teaching the class as a result of

21    talking to Miss Caddick?

22         A        I don't recall.

23         Q        Did you discuss progressive discipline

24    of students with Miss Caddick at that -- at this

25    meeting you're talking about?

29

```
 1        A       I don't recall.
 2        Q       Did you take notes from your meeting
 3   with Miss Caddick?
 4        A       No.
 5        Q       And how are you so sure of that?
 6        A       I'm not in the habit of taking notes
 7   during meetings with administrators.
 8        Q       Okay.  Have you ever?
 9        A       No.
10        Q       Okay.  So on November 22nd, 2016, an
11   incident happened with a student named I███ , correct?
12        A       Yes.
13        Q       Can you tell us what happened?
14        A       I saw a puff of smoke come out of his
15   mouth.
16        Q       And what did you -- what, if anything,
17   did you do in reaction to that?
18        A       I called him into the hall to talk to
19   him.
20        Q       Uh-huh.  And what happened -- what was
21   said during your conversation?
22        A       I told him that that was not allowed in
23   school, and I wasn't aware of the consequences for
24   that, and I asked him to go to the assistant
25   principals' office.
```

30

1      Q        And what did he say to you, if
2  anything?
3      A        He said something about it's -- it's
4  okay, it's not illegal, people do it at school
5  sometimes.
6      Q        And I███ is one of the
7  African-American students, correct?
8      A        Yes.
9      Q        What was going on when you noticed the
10 puff of smoke in terms of the classroom, were you
11 teaching?
12     A        No.  They were working in groups.
13     Q        Okay.  Had anything unusual happened
14 prior to you noticing the vapor?
15     A        No.
16     Q        Okay.  So you sent I███ to the office.
17 Did you give him a pass?
18     A        I don't recall.
19     Q        Do students need passes to move
20 throughout the halls in between -- I mean during class
21 time?
22     A        They have an agenda book that you can
23 write a pass in.
24     Q        Okay.  And that's what -- that's what
25 the pass consists of, their agenda book?

31

1          A          Or you can write it on a piece of

2     paper.

3          Q          Okay, just a regular piece of paper and

4     you would --

5          A          Yep, any paper.

6          Q          Okay.

7                      MR. SPAGNOLI:  Make sure she finishes

8          her question --

9                      THE WITNESS:  Okay.

10                     MR. SPAGNOLI:  -- before you start your

11         answer.  You're doing good.

12    BY MS. YOUNG:

13         Q          In order to -- is it true that in order

14    to write a pass for him while you were in the hallway

15    he would have either had to have his agenda book with

16    him or you would have had to bring a piece of paper

17    and a pen out?

18         A          I -- he had his stuff when he left.

19         Q          Okay, but you don't remember whether

20    you signed his agenda book.

21         A          I do not recall.

22         Q          Okay.  So I'm pre -- did you return to

23    class as -- when I█████ walked away?

24         A          Yes.

25         Q          Okay.  And then what happened?

32

```
 1        A        I was helping different groups around

 2  the room, and I heard a loud noise coming from the

 3  group in the center of the room.  And I went over, and

 4  V█████  phone was on.  And making noise.

 5        Q        Do you recall what noise it was making?

 6        A        No.  Video or music.

 7        Q        Would students ever listen to music in

 8  the class before this?

 9        A        At times.

10        Q        Okay.  What kind of times?

11        A        Occasionally if they were working

12  independently with head phones.

13        Q        Okay.  Prior to this point had any

14  student listened to music during your class not in

15  head phones?

16        A        Not that I recall.

17        Q        Going back to Exhibit A, can you tell

18  us if one of those charts depicts where students were

19  sitting on November 22nd?

20        A        The chart labeled 7B.

21        Q        Okay, so V█████ is in the second row,

22  second from the left, correct?

23        A        This was the seating chart at that time

24  but they were -- they moved around to be with their

25  group.
```

33

```
1          Q        Okay.

2          A        Maybe I misunderstood your question.

3          Q        Okay.  So if we look at 7D?

4          A        Yes.

5          Q        What -- what does 7D depict?

6          A        7D is the groups that were assigned for

7     the review activity on November 22nd.

8          Q        And what do the numbers after each

9     group symbolize?

10         A        The questions they were to complete on

11    the work sheet.

12         Q        And V████, looks like, is in a group

13    with Richie.  Is that correct?

14         A        Yes.

15         Q        But how would -- could you tell

16    where -- is there any way for us to know where V████

17    was sitting in the class --

18         A        No.

19         Q        -- by look -- okay.

20                  Where was -- do you recall where V████

21    was sitting?

22         A        Towards the middle of the room.

23         Q        Near the front or the back?

24         A        The middle.

25         Q        The middle row, middle part of the
```

34

1  middle row?

2          A          (Nods head).  Yes.

3          Q          When you heard the music or the video,

4  did you say anything to V█████

5          A          I walked over to his group, and I asked

6  him to turn it off.

7          Q          And he said what?

8          A          No.

9          Q          Did that surprise you?

10          A          I don't recall.

11          Q          Did you then repeat your request?

12          A          Yes.

13          Q          Okay.  And did he answer no once again?

14          A          Correct.

15          Q          And then what did you say?

16          A          I said if you're not going to turn it

17  off, I'm going to have to ask you to leave.

18          Q          And did he reply?

19          A          He repeated that back in a mocking

20  voice.

21          Q          Repeated back what you said.

22          A          Correct.

23          Q          Did that surprise you?

24          A          Yes.

25          Q          Why?

35

```
1        A        Just that he was saying it in such a

2   tone.

3        Q        Had you ever heard that tone from ████

4   before?

5        A        No.

6        Q        Did you have any clue as to why he was

7   speaking to you like that?

8        A        No.

9        Q        What happened next?

10       A        He packed up his stuff, and as he was

11  packing up he looked at me and called me a fucking

12  racist.

13       Q        And then what happened?

14       A        I went in the hall and saw the

15  paraprofessional and asked her to escort him to the

16  office.

17       Q        And when you say the office, what

18  office did you mean?

19       A        Assistant principal.

20       Q        And that was Miss Caddick?

21       A        And Mr. Kasson.

22       Q        Okay.  Are they both assistant

23  principals for the senior class?

24                MR. SPAGNOLI:  Object to form.  Can you

25       specify the time period you're talking about?
```

36

1    BY MS. YOUNG:

2         Q        Okay, in November of 2016 what was

3    Ms. Caddick's position?

4         A        Miss Caddick was an assistant principal

5    in 2016.

6         Q        Okay.  For any particular section of

7    students or just in general?

8         A        I'm not aware.

9         Q        Okay.  And what was Mr. Kasson's

10   position in November of 2016?

11        A        Assistant principal.

12        Q        Okay.  Are you aware if he was an AP

13   for any particular section of students?

14        A        No.

15        Q        Okay.  Do they share an office?

16        A        They have their own office within; so

17   there's a door, the secretaries, an open area, then

18   separate offices.

19        Q        Okay, so --

20             MR. SPAGNOLI:  Can we just assume

21        unless you specify otherwise that you're

22        talking back in November of 2016?

23             MS. YOUNG:  Yes.

24        A        Yes.

25             MR. SPAGNOLI:  Okay.  'Cause I'll state

37

1      for the record Mr. Kasson of course is now

2      principal.

3              MS. YOUNG:  Right, correct.

4  BY MS. YOUNG:

5      Q      So when you instructed I███ to go to

6  the office, you meant the office that had -- that

7  contains both Mr. Kasson and Miss Caddick's --

8      A      Yes.

9      Q      -- offices, okay.

10             And the same with V██████?

11     A      Yes.

12     Q      How long was it between you speaking to

13  I███ and sending him to the office and the point

14  where you heard V█████ music?

15     A      10 to 15 minutes.

16             (Exhibit C was marked.)

17  BY MS. YOUNG:

18     Q      I'm handing you a two-page document

19  marked as Exhibit C.  I ask you to look at it.  The

20  title at the top is assistant principals' office

21  student sign-in sheet.

22             Have you -- on the second page appears

23  to be a student summary or schedule, which I don't

24  know why, I think it -- we probably got this attached

25  together.

38

1          Directing your attention to the first

2    page, the sign-in sheet, have you ever seen any

3    assistant principals' office student sign-in sheet

4    before?

5          A     It's on the counter when I walk in but

6    I have never studied one.

7          Q     Okay.  So you don't recall ever seeing

8    this particular one --

9          A     No.

10          Q     -- correct?

11          Okay.  I'm going to ask you to look at

12    the date and go down to the 22nd of November.  And ask

13    you if you see both I████ D████████ name and V████

14    S█████ name?

15          A     Yes.

16          Q     Okay.  And does the reason or teacher

17    who sent you column list your name in both cases?

18          A     Yes.

19          Q     Okay.  And what time does it show I███

20    entering the office?

21          A     Ten thirty-three.

22          Q     And what time does it show V█████

23    entering the office?

24          A     Ten thirty-five.

25          Q     Okay.  Do you know why there would only

39

```
 1    be 2 minutes between both students signing in if it

 2    was 15 minutes between both occurrences?

 3                    MR. SPAGNOLI:  Objection.

 4         A        10 to 15 minutes.

 5                    Is███ must not have gone right there.

 6    BY MS. YOUNG:

 7         Q        Well, another explanation would be that

 8    it wasn't 10 to 15 minutes --

 9                    MR. SPAGNOLI:  Objection.

10    BY MS. YOUNG:

11         Q        -- between the incidents, correct?

12                    MR. SPAGNOLI:  Objection.

13         A        It was.

14    BY MS. YOUNG:

15         Q        You recall testifying at the

16    superintendent's hearing, correct?

17         A        Correct.

18         Q        And you were under oath, correct?

19         A        Correct.

20         Q        And were telling the truth.

21         A        Yes.

22         Q        Okay.  Do you recall testifying that

23    the time between the I███  incident and the V███

24    incident was approximately 15 minutes?

25                    MR. SPAGNOLI:  Counsel, can you specify
```

40

1          what page of the transcript you're referring

2          to?

3                    MS. YOUNG:  89, line 3.

4                    MR. SPAGNOLI:  Thank you.

5     A          Yes, approximately.

6                    MR. SPAGNOLI:  I'm sorry, I think the

7          witness inadvertently looked at something.

8                    I did not mean to show this to you, she

9          was asking you to testify from your memory.

10                    I advertently apologize for that.

11                    MS. YOUNG:  Okay.

12   BY MS. YOUNG:

13        Q          Normally if a student was walking

14   around the halls for 12, 13 minutes during class time,

15   would they be stopped by somebody and asked what they

16   were doing in the hall?

17        A          Not usually.

18        Q          How do you know?

19        A          Well, students can go in the hall and

20   go to the bathroom and come back, and I have not

21   witnessed them being asked what they're doing.

22        Q          But you would normally be in class

23   teaching, correct?

24        A          Well, the periods that I'm not

25   teaching, I am --

41

```
 1                    (Ms. Young conferred with Mr. Cotter.)
 2                    MR. SPAGNOLI:  Finish your answer.
 3          A         When I am not teaching I am often in
 4    the halls, and I have not witnessed students being
 5    asked where they're going.
 6    BY MS. YOUNG:
 7          Q         Did you send I███ to the office with
 8    an aide?
 9          A         No.
10          Q         Why not?
11          A         I did not see her there at the time.
12          Q         If you had not seen an aide in the
13    hallway with Vi███, what would you have done?
14          A         I don't know, because she was there.
15          Q         Well, you didn't send I███ with an
16    aide because there was no aide in the hallway,
17    correct?
18          A         Correct.
19          Q         So if there was no aide in the hallway
20    when you were speaking to V███, why wouldn't you have
21    done the same thing you did with I███?
22                    MR. SPAGNOLI:  Objection.  Asked and
23          answered.
24                    Go ahead and answer it again.
25          A         There wasn't one there so I didn't
```

42

```
 1   think about what I would do.
 2   BY MS. YOUNG:
 3        Q        Did you think about what you would do
 4   with I█████ when there was no aide in the hall?
 5        A        I would go to the office and check
 6   after class to make sure he made it there.
 7        Q        And did you?
 8        A        Yes.
 9        Q        Did you notice what time he signed in
10   when you went and checked?
11        A        No.
12        Q        You called Mrs. Spero on November 22nd
13   to discuss what happened in class, correct?
14        A        Yes.
15        Q        Can you tell us about that
16   conversation?
17        A        It was a very poor connection.
18               I told her what had happened in class.
19   And she listened.  It was fine conversation with a
20   parent, and at the end she mentioned something about
21   me saying the N word.  I assured her I would never say
22   that and that did not happen.
23               And that was the end of the
24   conversation.
25        Q        And actually you testified at the
```

43

1    superintendent's hearing that Miss Spero told you that

2    V███ claimed you said fucking nigger, correct?

3         A      Yes.

4         Q      Niggers.

5                What was your reaction when you heard

6    that V███ had claimed that you said that?

7         A      Very taken aback.

8                I would never say that.

9         Q      Okay.  Did you talk to anyone at the

10   district about the fact that V███ had told this to

11   his mother and his mother communicated it to you?

12        A      Yes.

13               MR. SPAGNOLI:  Objection, at what point

14        in time?

15   BY MS. YOUNG:

16        Q      Okay, at any point in time did you talk

17   to someone at the district, anyone at the district,

18   about the claim that you had used that racial term?

19        A      Yes.

20        Q      Okay.  When?

21        A      I don't recall.

22        Q      You don't recall if -- how -- how close

23   in time to actually being told that V███ was alleging

24   this did you speak to someone?

25        A      By the end of the day.

44

1          Q          Oh, so the end of the day on

2     November 22nd.

3          A          Yes.

4          Q          Okay, and who did you tell?

5          A          Mrs. Caddick.

6          Q          Did you tell her in person?

7          A          Yes.

8          Q          Do you remember if Miss Caddick took

9     notes of that --

10          A          I don't recall.

11          Q          Do you recall where it was?

12          A          In her office.

13          Q          Did you discuss the whole incident that

14     had happened or just the fact that V███ was making

15     that allegation?

16          A          We had discussed the incident earlier.

17          Q          In her office?

18          A          Yes.

19          Q          So this incident happens in -- happened

20     in fourth period, correct?

21          A          Correct.

22          Q          At some point after that you went to

23     Mrs. Caddick in person and discussed the fact that

24     V███ had called you a fucking racist and you sent him

25     out of the class, correct?

45

1          A          Correct.

2          Q          Then after you spoke to Miss Spero,

3    that same day you went back to Mrs. Caddick and told

4    her what -- that Mrs. Spero alleged -- alleged what

5    you had said back to V█████.

6          A          Correct.

7               MS. YOUNG:  I'll put it on the record

8          but could we go off the record for a second?

9               Can we go off the record?

10              MR. SPAGNOLI:  Is it to -- what's the

11         purpose of going off the record?

12              MS. YOUNG:  To ask you if there were

13         any notes from either of those two

14         conversations.

15              MR. SPAGNOLI:  Okay, we can go off the

16         record.

17              (Off-the-record discussion was held.)

18              (Short break)

19   BY MS. YOUNG:

20         Q          Miss Dyer, I'm going to jump back just

21   briefly to a question about the seating charts.

22              After the students, V█████ and another

23   student, made the comments about back of the bus and

24   I█████ you belong back here, did Mr. Kasson speak to

25   you about the seating in your class?

46

1        A       No.

2        Q       Did anyone in administration indicate

3    that you should change your seating chart prior to

4    November 22nd?

5        A       No.

6        Q       Were those seating charts created

7    contemporaneously?

8               MR. SPAGNOLI:  Objection to form.

9    BY MS. YOUNG:

10       Q       Let me rephrase it.

11              Did you -- when were each of the

12   seating charts created?

13              MR. SPAGNOLI:  Which seating charts are

14       you talking about?

15   BY MS. YOUNG:

16       Q       Let's go to 7A.  Had that been created

17   prior to the school year?

18       A       No.

19       Q       Can you tell us approximately, were

20   they -- were they created prior to arranging the seats

21   as they were in 7A?

22       A       I don't understand the question.

23       Q       Okay.  Did you create the seating

24   charts before or after the seating was changed to that

25   configuration?

47

```
 1        A        The seating started the school year in
 2   that configuration.
 3        Q        I thought the-.
 4                 (Mr Cotter conferred with Ms. Young.)
 5   BY MS. YOUNG:
 6        Q        Well, first just to clarify, I thought
 7   you said that you started the year with an
 8   alphabetical seating chart that you no longer have.
 9        A        But the room was set up the same way.
10        Q        Okay.  But the students were not seated
11   at the very beginning of the year the same -- in the
12   same seats as they are in 7A, correct?
13        A        Correct.
14        Q        Do you recall when you created 7A?
15        A        Around the third week of September.
16        Q        Okay.  Prior to arranging the students
17   in those seats, correct?
18        A        I don't understand.
19                 (Mr. Cotter conferred with Ms. Young.)
20   BY MS. YOUNG:
21        Q        Oh.  This actual document that we're
22   looking at, 7A, did you create that document prior to
23   arranging the students in those seats?
24        A        The computer file with the blank
25   squares?  That document?
```

48

```
1        Q       What's a computer document with blank
2   squares?
3        A       Like these squares were printed with
4   teacher desk, white board; this was a preprinted
5   sheet, and then I wrote in their names.
6        Q       Okay, great.  When did you write in the
7   names that appear on 7A?
8        A       The third week, approximately the third
9   week of September.
10       Q       Okay.  You did not recreate 7A sometime
11  after the third week?
12       A       I wrote these names approximately the
13  third week of September on this piece of paper.
14       Q       Okay.
15               MS. YOUNG:  And I do want to put on the
16           record that we do not have any memory of
17           receiving notes from Miss Caddick on
18           November 22nd, and we will go back and look and
19           make sure that we didn't miss them, but I would
20           also ask, Charles, that you do the same.
21               MR. SPAGNOLI:  Again, we've looked for
22           any notes relating to these incidents.  You --
23           unless they are attorney-client privileged,
24           we've produced those notes.  So if you don't
25           have any notes relating to this incident from
```

49

```
 1          November 22 for Miss Caddick, they don't exist
 2          as far as I know.
 3               MS. YOUNG:  Well, I would still ask
 4          that the court reporter index that request.
 5   BY MS. YOUNG:
 6          Q       What did Mrs. Caddick say to you in the
 7   first meeting you had with her on November 22nd?
 8          A       To call their parents.
 9          Q       Did she say anything else?
10          A       I don't recall.
11          Q       Okay.  When you went back to speak to
12   Miss Caddick for the second time that day, subsequent
13   to your phone call with Miss Spero, what did she say?
14          A       I don't recall.
15          Q       Do you recall about how long you spoke
16   to her?
17          A       I don't recall.
18          Q       Okay.  Did you tell anyone else about
19   what Miss Spero had told you that V████ was claiming
20   you said?
21          A       I told my husband.
22          Q       Anyone else at the school district?
23          A       No.
24          Q       Did you tell anyone from the union?
25          A       No.
```

50

1        Q        Did you ever have a discussion with

2   Mr. Penna about it?

3        A        Not at that point.

4        Q        At what point did you discuss it with

5   Mr. Penna?

6        A        I don't remember exactly.

7                 MR. SPAGNOLI:  Objection.  To the

8           extent that you shared anything for the first

9           time with someone at the district in the

10          presence of counsel in connection with this

11          matter, you should not share that.  You should

12          simply say I cannot answer that question.

13       A        I cannot answer that question.

14   BY MS. YOUNG:

15       Q        Okay.  So is it accurate to say that

16   the only person you spoke to about V█████ saying --

17   claiming you made a racial slur without the presence

18   of counsel was on November 22nd with Miss Caddick?

19       A        I told her that his mother said that.

20       Q        Correct.  And is that correct that she

21   was the only person at the district that you spoke to

22   about the accusation was Mrs. Caddick on

23   November 22nd?

24       A        Yes.

25       Q        Would it surprise you to hear that Miss

51

1   Caddick testified at the superintendent's hearing that

2   the first time she heard of the allegation that you

3   used a racial slur was on December 14th?

4          A       I wasn't at the hearing.

5                  Which hearing?

6          Q       The superintendent's hearing?

7          A       Not -- not in Syracuse but

8   superintendent's at the school?  I was not there.

9          Q       My question was would it surprise you

10  that Miss Caddick testified under oath that the very

11  first time she heard about Mrs. Spero claiming that or

12  V█████ claiming that you used a racial slur was on

13  December 14th, 2016?

14         A       If that is -- that must be how she

15  remembers it.

16         Q       Did she remember it accurately?

17         A       Perhaps she -- I don't -- I don't know.

18         Q       Is she remembering it accurately when

19  she testified that the first time she heard was

20  December 14th?

21         A       I recall stopping by and telling her on

22  my way out about our phone conversation.

23         Q       On your way out on November 22nd.

24         A       Yes.

25         Q       Did you discuss the events of

52

1    November 22nd with Miss -- with Miss Caddick again on

2    November 28th?

3         A      I do not recall.

4              MS. YOUNG:  Let me just have this

5         document marked for identification.

6              (Exhibit D was marked.)

7    BY MS. YOUNG:

8         Q      I'm showing you what's been marked as

9    Exhibit D, and I'll give you a moment to look at it.

10        A      (Reviews document).

11              Can I go back to something for a

12   moment?  'Cause I think that I have my dates wrong.

13              I stopped in and talked to her after

14   school on December 1st.  I am not sure at what point I

15   told her about the comment that his mother made on the

16   phone.  I'm thinking about stopping in after school

17   now, and the 1st was when the threats happened within

18   the classroom, and that's when I stopped back in to

19   see her.  And she told me to write up the thing, and I

20   emailed it to her.  I'm not positive of the time when

21   I told her about the -- what his mom said on the

22   phone.

23   BY MS. YOUNG:

24        Q      Okay.  But it could have been on

25   November 22nd?

53

1        A       I don't know.  I don't know.  I'm

2   thinking of our after-school -- quick after-school

3   meeting but that was on the 1st.

4        Q       Okay.  You had a meeting with Miss

5   Caddick on November 28th.

6        A       This is what I'm looking at now?

7        Q       Well, I'm asking you, before you look

8   at that, do you recall?

9        A       I don't recall.  I don't have notes of

10  what days we met.

11       Q       Okay.  I'll ask you to look at

12  Exhibit D.

13       A       Can I ask you to clarify what it might

14  say?

15       Q       I don't know if I'll be able to answer

16  you, but.

17       A       After this line?

18               MR. SPAGNOLI:  I'm going to object to

19       counsel effectively testifying as to what the

20       document says.

21               THE WITNESS:  Okay.

22               MR. SPAGNOLI:  If you can't read it,

23       you can't read it.

24               THE WITNESS:  If I can't read it I

25       can't read it, okay.

54

```
 1         A       I have looked it over.
 2   BY MS. YOUNG:
 3         Q       Have you ever seen this document
 4   before?
 5         A       I don't recall.
 6         Q       Are you -- it appears to be a
 7   discussion with your name at the top about your fourth
 8   period Foundations class, correct?
 9         A       Correct.
10         Q       Do you -- do you recall now, after
11   looking at this, meeting with anyone in the
12   administration about these issues on November 28th?
13         A       I don't recall the details of it but I
14   read it over, and it appears we met.
15                 MR. SPAGNOLI:  Testify from your
16           memory, not what you conclude from the
17           document.  Do you remember.
18         A       I don't specifically remember the
19   meeting on that day.
20   BY MS. YOUNG:
21         Q       Okay.  About midway through it mentions
22   V█████ Sp██ , and then under that in parentheses it
23   says racist, and then said Mom said this as well.
24                 Do you recall saying anything like that
25   to an administrator?
```

55

1          A       No, I do not recall what was said at

2     this meeting.

3          Q       Okay.

4                  MR. SPAGNOLI:  I guess for purposes of

5          the record you said parentheses, I think you

6          meant quotation marks.

7                  MS. YOUNG:  You're absolutely right, I

8          did.

9                  MR. SPAGNOLI:  Okay.

10    BY MS. YOUNG:

11         Q       Do you know what Mom said this as well

12    means?

13         A       No.

14         Q       Could this reflect you telling

15    Ms. Caddick what Mrs. Spero had told you?

16                 MR. SPAGNOLI:  Objection.

17         A       They're not my notes.

18    BY MS. YOUNG:

19         Q       Okay.  That wasn't my question, though.

20    My question was could this reflect you telling Miss

21    Caddick what Mrs. Spero had said to you?

22                 MR. SPAGNOLI:  I'm going to object.

23         That question is patently improper.  She's

24         testified she doesn't know what this document

25         is, she doesn't recall it, and you're asking

56

1          her to speculate whether this document reflects

2          something that she doesn't remember.

3               I'm going to ask you to rephrase the

4          question at a minimum.

5     BY MS. YOUNG:

6          Q     You do recall telling Miss Caddick at

7     least as late as -- as late as December 1st what

8     V████     mother said to you, correct?

9               MR. SPAGNOLI:  Objection.

10         A     At some point I told her.

11    BY MS. YOUNG:

12         Q     Okay.  And you said if it -- and you

13    testified that if it wasn't the 22nd it was the 1st of

14    December.

15              MR. SPAGNOLI:  Objection,

16         mischaracterizes her testimony.

17         A     No, I testified that I stopped in after

18    school to see her.  And I incorrectly was thinking

19    that was the 22nd.  But I'm sure it was on

20    December 1st because that's the day she asked me to

21    write up what happened, and I emailed it to her the

22    night of December 1st about the events on

23    December 1st.

24    BY MS. YOUNG:

25         Q     You also said that during your first

57

1    conversation with Miss Caddick she told you to call

2    the parent.

3         A        Yes.

4         Q        So that conversation would have had to

5    be on November 22nd, correct?

6         A        That was when I went in on

7    November 22nd, yes, she told me to call both of their

8    homes.

9         Q        Okay.  So just to clarify, you are

10   saying that now you believe that you discussed what

11   Mrs. Spero said to you with Miss Caddick on

12   December 1st is your best recollection.

13                 MR. SPAGNOLI:  Objection.

14        A        I do not recall when I told her but I

15   know I did at some point.

16   BY MS. YOUNG:

17        Q        Okay.  Had you written up V███ for his

18   behavior prior to November 28th?

19        A        Yes; I wrote it up on the 22nd.

20        Q        Okay.  So you don't recall Miss Caddick

21   telling you -- okay.  Strike that.

22                 What did you -- did you complete a

23   student conduct form for V███ on that date?

24        A        On November 22nd?

25        Q        Yes.

58

1          A       Yes.

2                  MS. YOUNG:  Have that marked for

3          identification.

4                  (Exhibit E was marked.)

5    BY MS. YOUNG:

6          Q       Hand you Exhibit E and give you a

7    moment to look it over.

8          A       (Reviews document).

9          Q       Okay, can you identify this document?

10         A       This is the student conduct form that I

11   wrote.

12         Q       And you wrote it on November 22nd,

13   correct?

14         A       Yes.

15         Q       And what did you do with it once you

16   wrote it?

17         A       I handed it in to the assistant

18   principals' office.

19         Q       Have you ever seen this document with

20   the right side filled in by Miss Caddick?

21         A       I may have seen it at the

22   superintendent hearing.

23         Q       Okay.  At any point between

24   November 22nd and let's say the end of December did

25   you speak to any administrator not in the presence of

59

1    an attorney about possible punishment for V██████?

2            A       No.

3            Q       Were you asked by any administrator

4    what your opinion was about possible punishment?

5            A       No.

6                    MR. SPAGNOLI:  Again restricting to

7            conversations --

8                    MS. YOUNG:  Yes.

9                    MR. SPAGNOLI:  -- outside the presence

10           of attorney, but you can answer the question so

11           you're good.

12   BY MS. YOUNG:

13           Q       Subsequent to December did you speak to

14   any administrator not in the presence of an attorney

15   about possible punishments for Vi████?

16           A       No.  They don't ask teachers' opinions.

17           Q       Did you make any statements to any

18   administrators not in the presence of an attorney

19   about how you would react if V████ were to return to

20   school?

21           A       Return.  No.

22           Q       Did you ever tell anyone at the

23   district that you would not be able to have him in

24   your class if he were to return to school after his

25   suspension?

60

```
 1        A       No.
 2        Q       When V█████ returned to school for a
 3   period of time in January 2017, did he return to your
 4   class?
 5        A       Yes.
 6        Q       Okay.  And you were teaching the class
 7   at that time.
 8        A       No.
 9        Q       Okay.  Where were -- why were you not
10   teaching the class at that time?
11        A       They were -- those were all decisions
12   that were made with Frank Miller.
13        Q       I'm not talking about any conversation
14   you had with anyone when Frank Miller was present.
15   But leaving that aside, can you tell us what you were
16   told about why you were not teaching fourth period
17   anymore?
18                MR. SPAGNOLI:  All right, I'm going to
19          object.  I believe that this is all, whether it
20          came directly from Frank's mouth or through
21          administrators, I think it's all within the
22          scope of attorney-client privilege.  I'm going
23          to direct my client not to answer.
24                MS. PAYNE:  Her understanding of why
25          she wasn't teaching, if it wasn't directly told
```

61

```
 1          by Mr. Miller or somebody from your office, her
 2          understanding of why she isn't teaching is
 3          absolutely relevant.  It's not protected by
 4          privilege.
 5                    MR. SPAGNOLI:  It's not a question of
 6          relevance, it's a question of privilege.  I
 7          believe it's well within the scope of
 8          attorney-client privilege, so.  I'm going to
 9          instruct my client not to answer.
10  BY MS. YOUNG:
11          Q       So just to clarify, you did not request
12  of any administrator that you not teach V█████ class
13  if Vi██ were to be in school.
14          A       Again, all those conversations were had
15  at district office with the lawyers and looking at the
16  legal side of things present.
17          Q       Did you have a conversation with anyone
18  from the union about V███ returning to school?
19          A       He was at one of the meetings at the
20  district office.
21          Q       Okay, so you never talked to a union
22  representative about V███ returning to school without
23  Frank Miller being present.
24          A       Correct.
25                    (Mr. Cotter conferred with Ms. Young.)
```

```
                                                    62

  1   BY MS. YOUNG:

  2          Q       Do you recall when the meeting in the

  3   district office happened?

  4          A       No.

  5          Q       And what was the name of the union rep?

  6          A       Joe Harringshaw.

  7          Q       Joe?

  8          A       Harringshaw.

  9          Q       And is that the same individual who

 10   showed up at the superintendent's hearing?

 11          A       Yes.

 12          Q       And I'm sorry, what would -- what did

 13   you say, when did the meeting in the district office

 14   happen?

 15                  MR. SPAGNOLI:  She didn't remember.

 16          A       I don't remember.

 17   BY MS. YOUNG:

 18          Q       Oh, you don't know.

 19                  (Mr. Cotter conferred with Ms. Young.)

 20   BY MS. YOUNG:

 21          Q       Who was there?

 22          A       At which particular meeting?

 23          Q       The meeting in the district office

 24   where Joe Harrington was present.

 25          A       Harringshaw.
```

63

1      Q      Harringshaw, sorry.

2      A      I don't recall specifically.  Joe, Jeff

3  Ahearn, Frank Miller, and there were a couple other

4  people that I do not recall.

5              MR. SPAGNOLI:  Counsel, let me just

6         talk with my client for a moment about a matter

7         of potential privilege.

8                  (Mr. Spagnoli conferred with the

9         witness.)

10              MR. SPAGNOLI:  All right.  For purposes

11         of the record I'm informed by my client that

12         Mr. Harringshaw is an employee of the district

13         as well as holding a union position, so.

14              MS. YOUNG:  Okay.

15                  (Mr. Cotter conferred with Ms. Young.)

16  BY MS. YOUNG:

17      Q      Do you know if there were any

18  nonemployees present at this particular meeting we're

19  talking about in the district office?

20              MR. SPAGNOLI:  Other than Mr. Miller?

21              MS. YOUNG:  Other than Mr. Miller,

22         yeah.

23      A      I don't recall.

24  BY MS. YOUNG:

25      Q      At some point did you hear that V██████

64

1   was placed on probation for senior activities

2   subsequent to November 22nd?

3          A       Yes.

4          Q       Do you recall who told you?

5          A       No.

6          Q       Do you recall when they told you?

7          A       No.

8          Q       So on December 1st, 2016, you've

9   alleged that V████ made some statements in class.  Can

10  you tell us what was happening in the classroom at the

11  time that you allege V████ made certain statements?

12         A       I was passing out papers at the front

13  of the row, and he said my street name.

14         Q       What words were the exact things he

15  said?

16         A       Drexel.

17         Q       And were other students speaking?

18         A       Yes.

19         Q       So it was group work time, is that?

20         A       Not at that point; I was passing out

21  the papers.

22         Q       Did you ask V████what he meant?

23         A       No.

24         Q       Why?

25         A       I was trying to run the class.

65

1      Q        Okay.  What else did he say?

2      A        The first and middle name of my

3  husband, Maxwell Lawrence.

4      Q        There are two students in the class

5  named M█████, correct?

6      A        I don't think both of them their legal

7  name is M█████.  There's -- they both went by M██.

8      Q        Okay.  And do you know what both of

9  their middle names are?

10     A        No.

11     Q        How soon after the Drexel comment did

12  V████ say Maxwell Lawrence?

13     A        I don't recall.

14     Q        And was there another comment?

15     A        Towards the end of class two students

16  who were working together, V██████ and another

17  student, were laughing about how funny something would

18  be, and then they said my house number, four two o

19  five.

20     Q        And did you ask V████ about the -- your

21  husband's name comment?

22     A        No.

23     Q        And did you ask him about the four two

24  o five?

25     A        No.

66

```
 1        Q        Did you ask the other student about
 2   four two o five?
 3        A        Nope.
 4        Q        At that time, on November 20 -- on
 5   December 1st, were you aware of any Vestal High School
 6   students who lived in close proximity to you?
 7        A        I think the girl across the street, did
 8   she live there then?
 9                 Nobody that I'm aware of, no.  That --
10   nobody in my class lived near me.
11                 MR. SPAGNOLI:  I'm sorry, can we have
12        the question read back?  I want to make sure
13        she answered the question as posed.
14                 (The stenographer read back.)
15        A        No.
16   BY MS. YOUNG:
17        Q        So on December 1st were you thinking
18   that V██████ was referring to your husband when he said
19   the words Maxwell Lawrence?
20        A        Yes.
21        Q        Do you have any idea how a student
22   would find out your husband's first and middle name?
23        A        It's public record.
24        Q        Where?
25        A        We own the house.
```

67

1      Q      So is there any other way that a
2   student would know your husband's first and middle
3   name?
4                   MR. SPAGNOLI:  Objection.
5      A      I wouldn't be aware of that.
6   BY MS. YOUNG:
7      Q      Do you know if on the deed to your
8   house his full name is written out?
9      A      I don't know.
10     Q      Vi███ wasn't yelling when he allegedly
11   made these comments, was he?
12     A      Talking loud enough for me to hear.
13     Q      Would you say it was in a normal voice?
14     A      Little louder.
15     Q      Did you testify at the superintendent's
16   hearing that V███ said it in a normal voice?
17     A      I don't recall.
18     Q      Did you ask V███ about these comments?
19     A      Not specifically about the comments,
20   no.
21     Q      Why not?
22     A      I felt that they should be run by
23   administration first.
24     Q      Did you speak to V███ after class that
25   day?

68

```
 1        A         As students were packing up, yes.
 2        Q         And what did you say to him?
 3        A         Is something bothering you.
 4        Q         And what was his response, if any?
 5        A         The way the school handles stuff.
 6        Q         Did you ask him what he meant by that?
 7        A         No.
 8        Q         Why?
 9        A         I'm not in charge of what the school
10   does, so it's not my place.
11        Q         Did you offer V████ any suggestions on
12   how to deal with what he was upset about?
13        A         He wasn't asking for any.
14        Q         That wasn't my question.  I said did
15   you offer any suggestions to V████ about how to handle
16   what he was upset about?
17        A         No.
18        Q         At some point did you report what
19   happened on December 1st to anyone in administration?
20        A         Yes.
21        Q         And who was that?
22        A         Deb Caddick.
23        Q         And did you discuss it with her that
24   day, December 1st?
25        A         Yes.
```

69

```
 1        Q        Okay.  And what did you speak about?
 2        A        That he had made these comments in
 3   class and I was uncomfortable.
 4        Q        And what did she say?
 5        A        She told me that she had met with him
 6   that morning concerning the write-up from
 7   November 22nd.
 8        Q        What else did she say?
 9        A        I don't recall.
10        Q        Do you recall if you and Miss Caddick
11   talked about whether Vinny needs the Foundations in
12   College Math class?
13        A        I don't recall discussing that.
14        Q        Did you discuss other students in the
15   class who might have overheard these comments?
16        A        She asked me to write up what happened
17   and to include any names of nearby students.
18        Q        At this point had you written up a
19   student conduct form?
20        A        No.
21        Q        Why not?
22        A        It wasn't until she told me that she
23   had met with him that morning that I -- I had felt
24   uncomfortable but then it turned into feeling more
25   threatened by his comments in retaliation.
```

70

```
 1        Q        During the class are the Drexel,

 2   Matthew Lawrence, and your street number the sum total

 3   of the remarks you considered threatening?

 4        A        Maxwell Lawrence.

 5        Q        Oh, sorry, Maxwell.

 6        A        But yes.

 7        Q        Did you later have a conversation with

 8   Officer Talbut about this issue?

 9        A        Yes.

10        Q        Okay.  When was that?

11        A        That evening he called me.

12        Q        Okay.  And did you describe what had

13   happened in class?

14        A        Yes.

15        Q        And what did he say to you?

16        A        I don't recall.

17        Q        You don't recall anything of what he

18   said to you in that conversation?

19        A        No.

20                 (Exhibit F was marked.)

21   BY MS. YOUNG:

22        Q        Give Exhibit F to you and ask you to

23   look it over.

24        A        (Reviews document).

25        Q        Okay.  Can you identify both pages of
```

71

1   this document?

2        A        The front, the first page is an email I

3   sent on the evening of December 1st; and the second

4   page is the written description of what happened in

5   class that day.

6        Q        Okay.  And it's your testimony that

7   Miss Caddick asked you to write this.

8        A        Yes.

9        Q        Did she tell you why she wanted you to

10  write this up?

11       A        No.

12       Q        Did Miss Caddick either on December 1st

13  or subsequent to that tell you that V███ would not be

14  in your class anymore?

15       A        On the morning of December 2nd I

16  received an email that said they were going to look

17  into it and he would not be in my class that day.

18       Q        Okay.  Subsequent to that did you hear

19  anything from anyone in administration as to whether

20  V███ would be in your class?

21       A        I received an email on the 2nd from

22  guidance asking for work.

23       Q        Did it have any other information in

24  it?

25       A        The dates that they wanted work for.

72

```
 1          Q        Okay.  How about subsequent to that?
 2          A        Not that I recall.
 3          Q        On December 2nd did you have a
 4   conversation with Mr. Penna about V████?
 5          A        No.
 6          Q        At some point did Mr. Penna come to
 7   speak to you about posts, social media posts, that
 8   V███ had written?
 9          A        Yes.
10          Q        And when was that?
11          A        After the first suspension ended, so
12   somewhere around December 8th.
13          Q        Okay.  I'm looking at page 71 of the
14   superintendent's hearing.
15                   Did there come a time when you became
16          aware of some allegations of Mr. Spero against
17          you?
18                   Yes.
19                   When was that?
20                   I believe it was December 2nd.  And
21          Dr. Penna came to tell me that there were some
22          posts on social media.
23                   Do you know who made the posts?
24                   He told me Vincent had.
25                   Did he tell you what they said?
```

73

1           Not in detail, no.

2           Do you know what the basic claims of

3      the posts were?

4           That the school is racist.

5           Do you know whether he referenced you

6      in particular?

7           I don't know for sure.

8           MR. SPAGNOLI:  Let the record reflect

9      that counsel was reading from the transcript.

10          MS. YOUNG:  Yes.

11          MR. SPAGNOLI:  Thank you.

12          MS. YOUNG:  Thank you very much.

13          MR. SPAGNOLI:  Sure.

14 BY MS. YOUNG:

15     Q     Do you recall testifying to that effect

16 at the superintendent's hearing?

17     A     Yes.

18     Q     Okay.  So you do recall you had a

19 conversation with Mr. Pen -- Mr. -- Dr. Penna on

20 December 2nd.

21     A     That was not December 2nd.  He was

22 talking to me about the posts and the gun video.  That

23 hadn't even happened by then.

24           I did speak the wrong date at that

25 time.

74

1        Q        Oh, okay.  But when -- so you spoke to

2   Dr. Penna about that on either December 8th or later?

3        A        December 8th.

4        Q        Okay.  And did he come and find you to

5   speak about it?

6        A        Yes.

7        Q        Did you know about V▇▇▇s social media

8   posts before Dr. Penna came to speak to you?

9        A        No.

10        Q        Did Mr. -- Dr. Penna say why he was

11   coming to talk to you --

12        A        No.

13        Q        -- about it?

14                 At some point not in the presence of an

15   attorney did someone in administration show you the

16   posts?

17        A        No.

18        Q        Did you ever see the posts?

19                 MR. SPAGNOLI:  Outside the presence of

20        an attorney.

21                 MS. YOUNG:  Yeah.

22        A        No.

23   BY MS. YOUNG:

24        Q        No?

25        A        Not outside the presence of an

75

1    attorney, no.

2                        (Mr. Cotter conferred with Ms. Young.)

3                        MS. YOUNG:   Could we just take a quick

4         break?

5                        (Short break)

6    BY MS. YOUNG:

7         Q        Could you tell us what you recall about

8    December 8th that happened at school concerning V███

9    and his social media posts?

10        A        All that I am aware of is that

11   Dr. Penna came to tell me that there were some posts

12   and there was a gun video.

13        Q        Okay, that's all that you recall from

14   that day --

15        A        Yes.

16        Q        -- happening at school?

17                 Did you teach all your classes that

18   day?

19        A        Yes.

20        Q        Did you know that the students in your

21   fourth period class, math class, were interviewed by

22   the assistant principals?

23        A        Yes.

24        Q        Okay, and how did you know that?

25        A        I was told at some point.

```
                                                76
1        Q       Do you recall by who?

2        A       No.  One of the administrators.

3        Q       Okay.  Were you told the purpose of the

4   interviews?

5        A       I don't recall what was said.

6        Q       But do you recall if -- you can't

7   remember -- okay, strike that.

8                I'm not asking you if you knew the

9   purpose.  But do you recall if you were told the

10  purpose?

11       A       Not until well after, because I

12  remember -- I knew it had to do with Vincent and what

13  he was alleging but I didn't know what questions they

14  were asking them or what their purpose was.

15       Q       Okay.  But it was -- was it your

16  understanding that the questions were geared toward

17  whether or not you had used a racial slur?

18       A       I had no idea.

19       Q       So you did not know the questions that

20  were asked.  Correct?

21       A       Not until very much further in the

22  process.

23       Q       Oh, can you -- can you be more clear

24  than that?

25       A       Once the hear -- I guess I need to stop
```

77

1    'cause I think I found out during one of our meetings

2    with Frank Miller.

3         Q        Do you recall when the first meeting

4    you had with Frank Miller was?

5         A        No.

6         Q        Was it before the hearing?

7         A        I don't recall.

8                  For the superintendent's hearing.

9         Q        Yeah, that's what I meant, sorry, the

10   superintendent's hearing.

11        A        Well, Wendy DeWind was involved in the

12   beginning.  I don't know the dates of when that

13   switched over and when I heard.

14        Q        But at some point you were aware of

15   what the questions were.

16        A        At some point.

17        Q        Did you speak to any of the students

18   about being interviewed?

19        A        No.

20        Q        Do you know where they were

21   interviewed?

22        A        No.

23        Q        You still teach at Vestal High School,

24   right?

25        A        Yes.

78

1      Q     And you haven't moved since November of

2  2016, correct?

3      A     My house?

4      Q     Uh-huh.

5      A     No.  I still live there.

6      Q     Did anyone in the administration ever

7  ask you if you had used the racial slur?

8           MR. SPAGNOLI:  Objection.  Answer it

9        only if the exchange did not take place in the

10       presence of an attorney.

11          MS. PAYNE:  Just in terms of the

12       attorney-client privilege, you're saying that

13       any meeting in which an attorney was present,

14       regardless of whether the conversation they

15       were providing legal advice, you're saying

16       that's privileged.

17          So she can't respond to anything if

18       there's an attorney sitting there regardless of

19       if it doesn't go to her --

20          MR. SPAGNOLI:  I'm not going to ask her

21       to make the judgment as to whether the meeting

22       was for the purpose of affording legal advice.

23       If you want I can step out, I'd have the -- if

24       there's an issue with attorney-client privilege

25       I can step outside, get the details, and make a

79

```
 1        specific determination as to whether that
 2        meeting was covered by attorney-client
 3        privilege, but the way the question was asked I
 4        need to interpose an objection to advise my
 5        client not to speak to matters that might
 6        infringe on the attorney-client privilege.
 7              MS. PAYNE:  Can you read back the
 8        question?
 9              (The stenographer read back.)
10              MS. PAYNE:  So her -- the district's
11        re -- her response to that question does not
12        call into question any attorney-client
13        privilege.
14              MR. SPAGNOLI:  It would if the exchange
15        was made during a meeting with counsel in order
16        to give her legal advice.
17              Now, if you want I can step out of the
18        room with my client and discuss the
19        circumstances, if any, under which she had such
20        an exchange and make an independent
21        determination.  But if she can answer now with
22        respect to some communication that was outside
23        the presence of an attorney, we don't need to
24        get into that.
25              So let's get her answer to that, and
```

80

1          then she can tell me whether she needs to speak

2          with me outside.

3                    Do you understand the distinction?

4                    THE WITNESS:  Can you summarize?

5                    MR. SPAGNOLI:  She asked you -- with

6          your permission?

7                    MS. YOUNG:  Uh-huh.

8                    MR. SPAGNOLI:  Yeah.  She asked you

9          when, if at all, you discussed with someone

10         from administration that Vincent accused you of

11         using a racial slur.

12                   I've got that right so far?

13                   MS. YOUNG:  I think it was whether

14         anyone in administration asked you if you used

15         the racial slur fucking niggers.

16                   MR. SPAGNOLI:  And the first question I

17         want you to be able to answer is did you have

18         any such conversation without an attorney

19         present.

20                   THE WITNESS:  Let me think.

21         A        From the beginning I was adamant that I

22  never said that.  And they did their own investigation

23  to determine whether or not it was said.  So any time

24  if someone had asked me I would adamantly say I did

25  not do that.  I would not say that.

81

```
 1   BY MS. YOUNG:

 2        Q      Did anyone ask you?

 3             MR. SPAGNOLI:  Again answer only as to

 4        conversations outside the presence of an

 5        attorney.  If you remember.

 6        A      I don't recall.

 7             MR. SPAGNOLI:  Do you need to speak

 8        with me out in the hall about whether a further

 9        answer would infringe on attorney-client

10        privilege?

11             THE WITNESS:  Sure.

12             MR. SPAGNOLI:  All right.  Step outside

13        for a minute.

14             (Short break)

15             MR. SPAGNOLI:  Based on an

16        off-the-record discussion with my client, I am

17        instructing her not to provide an answer to the

18        question beyond the answer she's already

19        provided.  It is -- it is covered by

20        attorney-client privilege.

21             MS. YOUNG:  So you are saying that if

22        an attorney was present in the room, if any

23        administrator asked that question of Miss Dyer

24        it's covered by attorney-client privilege?

25             MR. SPAGNOLI:  That would be a
```

82

1          conversation designed to obtain factual

2          information in pursuit of legal representation.

3          In pursuit of legal advice, I should say.

4                  I'm not saying that as a blanket rule,

5          I'm saying specifically as applies to the facts

6          of this situation, she cannot answer beyond the

7          answer she's provided without infringing on

8          attorney-client privilege.  And I am

9          instructing her not to provide a further

10         answer.

11                 MS. PAYNE:  So outside of that

12         conversation.

13  BY MS. YOUNG:

14         Q      Oh.  To jump back, and now we're

15  talking outside of the conversation or conversations

16  where an attorney was present, did you testify that

17  you don't recall if any administrator came out and

18  asked you did you say fucking niggers?

19         A      I don't recall.

20         Q      And you said that you knew there was an

21  investigation?

22         A      That they were asking students.  And

23  they didn't need to ask me because I started each

24  conversation with I never in a million years would say

25  that, I did not say that.

83

1      Q       Okay.  And who were these conversations

2  with?

3      A       Deb Caddick.

4      Q       Anyone else?

5      A       Once we got over to the district

6  office.

7      Q       And that would have been when attorneys

8  were present.

9      A       Yes.

10     Q       Is the conversation with Deb Caddick

11  the -- the one where you initially told her that --

12  what Mrs. Spero said to you on the phone on

13  November 22nd?

14           MR. SPAGNOLI:  Objection to form.

15     A       We -- yeah, we -- I talked with her on

16  the 22nd before I made the phone call so we wouldn't

17  have talked about the comment at that point.  I don't

18  remember the date that we then talked about the phone

19  call and talked, and I told her.  But at that time

20  yes, I would have said I would never have said that.

21  BY MS. YOUNG:

22     Q       Okay.  Did you testify earlier that to

23  the best of your recollection that conversation had --

24  was on December 1st?

25           MR. SPAGNOLI:  Objection, asked and

84

1           answered multiple times.

2                   You can answer again.

3           A       I don't recall.

4    BY MS. YOUNG:

5           Q       Could it have -- no, it doesn't matter.

6                   (Ms. Young conferred with Ms. Payne.)

7                   MS. PAYNE:  You want to take two

8           seconds?

9                   MS. YOUNG:  I might be done, but.

10                  MR. SPAGNOLI:  Okay.

11                  (Short break)

12   BY MS. YOUNG:

13          Q       I just have a few more questions.  Then

14   you'll be done.

15                  Have you ever been arrested?

16          A       No.

17          Q       So you've never been convicted --

18          A       No.

19          Q       -- of any crime.

20                  Okay.  Have you ever been disciplined

21   in any job you've had?

22                  MR. SPAGNOLI:  I'm going to object to

23          that.  I -- unless you restrict the question to

24          discipline in connection with racism I'm going

25          to argue that it's unnecessarily intrusive.

1          MR. COTTER:  Are you telling her not to

2     answer, or?

3          MR. SPAGNOLI:  I'm asking you to

4     reframe the question.  If you don't, I may

5     raise a 30-D objection.

6          MS. PAYNE:  Can you specify that,

7     please?

8          MR. SPAGNOLI:  What, a 30-D?

9          MS. PAYNE:  Uh-huh.

10          MR. COTTER:  Badgering the witness.

11          MR. SPAGNOLI:  It's basically so

12     intrusive it's to be harassing, and it requires

13     us to either stop the deposition or get the

14     judge on the line or poten -- you know, finish

15     the rest of the questioning and leave that

16     question open to be addressed by the judge at a

17     later time.

18          I don't want to do that, but again, you

19     know, Miss Dyer is not a defendant or a party

20     in the case.  The claims really aren't about

21     racism or about misconduct by her.  This is

22     really about the social media posts, so I think

23     that that's unnecessarily intrusive on her

24     privacy.

25          MS. PAYNE:  I think in terms of have

86

```
 1        you ever been disciplined for -- in any of her
 2        educational positions, I think that's relevant.
 3               MR. SPAGNOLI:  I disagree.
 4               MS. YOUNG:  What do you think?
 5               MR. COTTER:  I think --
 6               MR. SPAGNOLI:  And I'll state for the
 7        record I have no idea, no information
 8        suggesting that she has been disciplined, I'm
 9        not trying to hide something, I'm simply trying
10        to protect my client.
11               MS. YOUNG:  Do I?
12               MR. COTTER:  I mean we'll -- obviously
13        we will reserve the right to recall Miss Dyer
14        if we find that information's going to be
15        relevant to us.  I don't think it's worth
16        calling the judge over now.
17               MS. PAYNE:  I don't either.  Especially
18        since we know his procedure anyways, right?
19        You'll have to put it in a letter.
20               I think in terms of narrowing the
21        question.
22   BY MS. YOUNG:
23        Q     Have you ever been disciplined in any
24   job for any allegations of racism?
25        A     No.
```

87

```
 1              MR. SPAGNOLI:  I also won't object if
 2         you ask her if she's ever been accused in any
 3         job of racism.
 4              MS. YOUNG:  That was going to be my
 5         next question.
 6              THE WITNESS:  No.
 7  BY MS. YOUNG:
 8         Q      Did you consider it a serious
 9  allegation when Miss Spero said that V████ said that
10  you said fucking racist?
11              Fucking niggers, sorry.
12              They're all hard to say.
13         A      Yes, it bothered me a lot.
14         Q      Okay, but did you view it as a serious
15  allegation?  That a parent told you this?
16         A      After I assured her that I would never
17  and have never said that, she seemed okay, and that
18  was the end of the conversation.  So I -- I was
19  horrified that she would say that but then I
20  correct -- correctly told her that that never
21  happened.
22         Q      Okay.  But she told you that V████ said
23  that you said that, correct?
24         A      Yes.
25         Q      Okay.  Did you regard it as serious
```

88

1   that V███ had told his mother that --

2         A        I don't remember thinking about that.

3         Q        Did Mrs. Spero say to you that she

4   believed you?

5         A        I don't recall her reaction.

6         Q        At the time of the phone call and

7   immediately after, did you think I should tell this to

8   somebody at administration?

9         A        I definitely planned on telling them,

10  yes.

11        Q        Why?

12        A        It made me uncomfortable.

13        Q        I know you've testified that you're

14  unclear about the exact date you told Mrs. Caddick

15  that Miss Spero had -- Miss Spero had made this

16  allegation.  However, is it possible it was after

17  December 15th?

18        A        I don't know the date.

19        Q        Could it have been in January?

20        A        I'm not sure of the date.

21        Q        At some point did you find out that

22  Vi███ had received an 18-month suspension?

23        A        I don't know that I was aware of the

24  number of months.

25        Q        So you don't recall if anyone in the

89

1   administration told you the result of the

2   superintendent's hearing in terms of punishment.

3         A     I don't recall.

4         Q     Did anyone in administration say to you

5   V█████ will not come back to this school?

6         A     I don't recall the conversation as to

7   the -- the ending of the hearing.

8         Q     Okay.  Did anyone from administration

9   say to you at any point after the superintendent's

10  hearing V█████ will not be returning to Vestal High

11  School?

12        A     Anything after the hearing took place

13  at the district office with Mr. Miller there.

14        Q     Well, what do you mean, anything that

15  happened?

16        A     All the meetings where they were

17  talking about the next steps.

18        Q     So you never had a meeting with

19  Ms. Caddick alone or with Mr. Kasson where they said

20  V█████ will not be returning to this school.

21        A     Not that I recall.

22        Q     How about with Mr. Penna, Dr. Penna?

23        A     Not that I recall.

24        Q     When did you first find out that V█████

25  was suspended for 16 months?

90

1              MR. COTTER:  18.

2              MR. SPAGNOLI:  Objection.  On multiple

3       levels.

4              First of all, you said 16 months.

5              MS. YOUNG:  Oh, what was it?

6              MR. COTTER:  18.

7    BY MS. YOUNG:

8         Q       18 months.

9         A       I don't recall when I found out.

10        Q       But you did find out at some point that

11   it was an 18-month suspension?

12        A       I found out he was suspended, I didn't

13   know the number of months.

14        Q       Until today?

15        A       I don't recall knowing the specific

16   number of months.

17              I thought it was a year or a range of

18   months.  I -- I don't recall hearing that.

19        Q       Okay.  If I were to tell you that Vinny

20   was suspended for 18 months, do you think that was a

21   fair suspension?

22              MR. SPAGNOLI:  Objection.

23        A       I have nothing to do with discipline at

24   the school.  It is completely out of teachers' hands.

25   BY MS. YOUNG:

91

1          Q          I didn't ask you if you played a part

2     in the suspension, I asked you given what you know do

3     you feel it was a fair suspension?

4                    MR. SPAGNOLI:  Same objection, go ahead

5          and answer.

6          A          I do not have an opinion on that.

7                    MR. COTTER:  All set.

8                    MS. YOUNG:  I think we're good.

9                    MR. SPAGNOLI:  I have a few follow-up

10         questions.

11    EXAMINATION

12    BY MR. SPAGNOLI:

13         Q          Miss Dyer, since the start of your

14    deposition, have you had any conversations off the

15    record about your testimony?

16         A          No.

17         Q          Including with me?

18         A          Including with you.

19                    We took that one known break, right?

20    Does that?

21         Q          Let me re -- let me explain what I mean

22    by off the record and on the record.

23                    When you've been sitting here and Miss

24    Young has been asking you questions and you've been

25    giving answers, our court reporter, Ruth, has been

92

```
 1    taking a transcript.  That's called being on the

 2    record.  When we were on breaks we were off the

 3    record.  Okay?

 4         A     Okay.

 5         Q     We didn't have any conversations during

 6    any breaks or otherwise about your testimony since you

 7    started the deposition, correct?

 8         A     Correct.

 9         Q     You testified that you gave the student

10    conduct form to the assistant principal.  Do you

11    remember testifying to that effect?

12         A     I brought it to the assistant

13    principals' office.

14         Q     Right.  When you went to the assistant

15    principals' office, what did you do with the document?

16         A     I don't recall exactly.  Normally I

17    give it to the secretary.

18         Q     Okay.  And we also talked about the

19    incident on December 1 in which ████ made some

20    reference to your husband's first and middle names and

21    your address during your fourth period class.  On the

22    day after that, on December 2, did you receive any

23    communication from Miss Caddick as to whether V███

24    would be in your class that day?

25         A     She responded to my email of the
```

93

```
 1    synopsis and said Conor and I will be looking into it,
 2    he will not be in your class today.
 3         Q        Do you remember when, about, that you
 4    received that email from Miss Caddick?
 5         A        Early in the morning.  Seven thirty.
 6         Q        Going back to November 22, you
 7    testified that Vinny called you a fucking racist in
 8    your classroom, correct?
 9         A        Correct.
10         Q        Did anyone else that day, either in
11    your class or out of class, call you a racist?
12         A        No.
13         Q        During your conversation with
14    Mrs. Spero that day, you testified that she told you
15    that Vi███ said you had used the word F'ing, the term
16    F'ing N word, or something to that effect, correct?
17         A        Correct.
18         Q        Did she say anything else to you along
19    those lines?
20         A        Along the lines of things like that?
21         Q        Anything else alluding to racism.
22         A        No.
23         Q        Okay.
24                  MR. SPAGNOLI:  I don't have anything
25         further.
```

94

1                MR. COTTER:  You're all set.

2                (The testimony of Ms. Dyer was

3         adjourned at 12:34 p.m.)

4                      *  *  *  *  *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

95

<u>SIGNATURE OF WITNESS</u>

     I have read the foregoing record of my testimony
taken at the time and place indicated in the heading
hereof, and I do hereby acknowledge it to be a true
and correct transcript of same, with any corrections
or changes I desire to make indicated on the attached
errata sheet(s).


                    _____
                    KATHARINE DYER




STATE OF _____   )
COUNTY OF _____   )



Subscribed and sworn to before me this _____ day
of _____, 20___.


_____
Notary Public

96

1                           <u>ERRATA SHEET</u>

2

3    Page___Line___  Reads:

4                 Correct to:

5    Page___Line___  Reads:

6                 Correct to:

7    Page___Line___  Reads:

8                 Correct to:

9    Page___Line___  Reads:

10                Correct to:

11   Page___Line___  Reads:

12                Correct to:

13   Page___Line___  Reads:

14                Correct to:

15   Page___Line___  Reads:

16                Correct to:

17   Page___Line___  Reads:

18                Correct to:

19   Page___Line___  Reads:

20                Correct to:

21   Page___Line___  Reads:

22                Correct to:

23   Page___Line___  Reads:

24                Correct to:

25                  <u>WITNESS SIGNATURE:</u>

97

1                              ERRATA SHEET

2

3   Page___Line___  Reads:

4              Correct to:

5   Page___Line___  Reads:

6              Correct to:

7   Page___Line___  Reads:

8              Correct to:

9   Page___Line___  Reads:

10             Correct to:

11  Page___Line___  Reads:

12             Correct to:

13  Page___Line___  Reads:

14             Correct to:

15  Page___Line___  Reads:

16             Correct to:

17  Page___Line___  Reads:

18             Correct to:

19  Page___Line___  Reads:

20             Correct to:

21  Page___Line___  Reads:

22             Correct to:

23  Page___Line___  Reads:

24             Correct to:

25             WITNESS SIGNATURE:

98

1                     C E R T I F I C A T I O N

2

3     STATE OF NEW YORK

4     COUNTY OF BROOME

5

6

7          I, Ruth I. Lynch, RMR, do hereby certify that the

8     foregoing testimony was duly sworn to; that I reported

9     in machine shorthand the foregoing pages of the

10    above-styled cause, and that they were prepared using

11    computer-aided transcription by me personally and

12    constitute a true and accurate record of the

13    proceedings;

14         I further certify that the witness reserved his

15    right to review the transcript;

16         I further certify that I am not an attorney or

17    counsel of any parties, nor a relative or employee of

18    any attorney or counsel connected with the action, nor

19    financially interested in the action.

20

21                     Signed this 9th day of February, 2019.

22

23    By  *Ruth I. Lynch, RMR*
          _____
          Ruth I. Lynch
24        Registered Professional Reporter
          Registered Merit Reporter
25        NY/PA Notary Public

## 1

**1 [2]** - Vol. 1 - 19:25, 92:19
**10 [3]** - Vol. 1 - 37:13, 39:4, 39:8
**10:02** Vol. 1 - 1:14
**11** Vol. 1 - 7:23
**12 [2]** - Vol. 1 - 3:25, 140:14
**12/01/16** Vol. 1 - 1:21
**12:34** Vol. 1 - 94:3
**13** Vol. 1 - 40:14
**13057** Vol. 1 - 2:7
**13820** Vol. 1 - 2:14
**148** Vol. 1 - 3:9
**14th [3]** - Vol. 1 - 51:2, 51:13, 51:20
**15 [5]** - Vol. 1 - 37:15, 39:2, 39:4, 39:8, 39:24
**15th [2]** - Vol. 1 - 26:3, 88:17
**16 [2]** - Vol. 1 - 89:25, 90:4
**171** Vol. 1 - 1:21
**18 [4]** - Vol. 1 - 90:1, 90:6, 90:8, 90:20
**18-month [2]** - Vol. 1 - 88:22, 90:11
**18847** Vol. 1 - :21
**189** Vol. 1 - 2:3
**1st [17]** - Vol. 1 - 52:14, 52:17, 53:3, 56:7, 56:13, 56:20, 56:22, 56:23, 57:12, 64:8, 66:5, 66:17, 68:19, 68:24, 71:3, 71:12, 83:24

## 2

**2 [2]** - Vol. 1 - 39:1, 92:22
**20 [2]** - Vol. 1 - 64:9, 95:22
**2016 [12]** - Vol. 1 - 9:15, 26:3, 27:4, 28:8, 29:10, 36:2, 36:5, 36:10, 36:22, 51:13, 64:8, 78:7
**2016/2017** Vol. 1 - :22
**2017** Vol. 1 - 60:3
**2019 [2]** - Vol. 1 - 1:14, 98:21
**22 [3]** - Vol. 1 - 49:1, 93:6
**22nd [27]** - Vol. 1 - 27:5, 29:10, 32:19, 33:7, 38:12, 42:12, 44:2, 46:4, 48:18, 49:7, 50:18, 50:23, 51:23, 52:1, 52:25, 56:13, 56:19, 57:5, 57:7, 57:19, 57:24, 58:12, 58:24, 64:2, 69:7, 83:13, 83:16
**25 [2]** - Vol. 1 - 3:19, 10:24
**25th** Vol. 1 - 1:13
**28874** Vol. 1 - :24
**28th [4]** - Vol. 1 - 52:4, 53:5, 54:12, 57:18
**2nd [6]** - Vol. 1 - 71:15, 71:21, 72:3, 72:20, 73:20, 73:21

## 3

**3** Vol. 1 - 40:3
**30-D [3]** - Vol. 1 - 8:21, 85:5, 85:8
**301** Vol. 1 - 2:3
**37** Vol. 1 - 3:3
**396-1459** Vol. 1 - 1:22

## 4

**4** Vol. 1 - 3:3

## 5

**53** Vol. 1 - 3:12
**570** Vol. 1 - 1:7
**58** Vol. 1 - 3:13

## 6

**6575** Vol. 1 - 2:7

## 7

**70** Vol. 1 - 3:14
**71** Vol. 1 - 72:13
**7A [9]** - Vol. 1 - 11:25, 19:25, 46:16, 46:21, 47:12, 47:14, 47:22, 48:7, 48:10
**7B [5]** - Vol. 1 - 11:25, 24:6, 24:17, 24:20, 32:20
**7C** Vol. 1 - 11:25
**7D [4]** - Vol. 1 - 11:25, 33:3, 33:5, 33:6

## 8

**89** Vol. 1 - 40:3
**8th [4]** - Vol. 1 - 72:12, 74:2, 74:13, 75:8

## 9

**91** Vol. 1 - 3:4
**95** Vol. 1 - 3:5
**9th** Vol. 1 - 98:21

## A

**a.m** Vol. 1 - 1:14
**aback** Vol. 1 - 43:7
**ability** Vol. 1 - 1:18
**able [3]** - Vol. 1 - 53:15, 59:23, 80:17
**above-styled** Vol. 1 - 98:10
**absolutely [2]** - Vol. 1 - 55:7, 61:13
**accommodations** Vol. 1 - 21:11
**accurate [4]** - Vol. 1 - 72:16, 23:5, 50:15, 98:12
**accurately [2]** - Vol. 1 - 51:16, 51:18
**accusation** Vol. 1 - 50:22
**accused [2]** - Vol. 1 - 80:10, 87:12
**acknowledge** Vol. 1 - 95:6
**across** Vol. 1 - 46:10
**action [2]** - Vol. 1 - 98:18, 98:19
**activities** Vol. 1 - 48:1
**activity** Vol. 1 - 33:4
**actual** Vol. 1 - 47:21
**adamant** Vol. 1 - 80:21
**adamantly** Vol. 1 - 80:24
**address [2]** - Vol. 1 - 23:7, 92:21
**addressed** Vol. 1 - 85:16
**adjourned** Vol. 1 - 94:3

**administration [13]** - Vol. 1 - 46:22, 54:12, 67:23, 68:19, 71:19, 74:15, 78:6, 80:10, 80:14, 88:8, 89:1, 89:4, 89:8
**administrator [7]** - Vol. 1 - 54:25, 58:25, 59:3, 59:14, 61:12, 81:23, 82:17
**administrators [6]** - Vol. 1 - 26:14, 26:15, 29:7, 59:18, 60:21, 76:2
**admitted** Vol. 1 - 6:10
**advertently** Vol. 1 - 40:10
**advice [5]** - Vol. 1 - 28:17, 78:15, 78:22, 79:16, 82:3
**advise** Vol. 1 - 31:24
**affidavit** Vol. 1 - 6:10
**affording** Vol. 1 - 78:24
**African-american [8]** - Vol. 1 - 15:8, 15:14, 15:20, 15:24, 16:10, 19:21, 21:3, 30:7
**after-school [2]** - Vol. 1 - 53:2, 53:2
**against [2]** - Vol. 1 - 1:5, 72:16
**agenda [4]** - Vol. 1 - 30:22, 30:25, 31:15, 31:20
**ahead [5]** - Vol. 1 - 8:22, 10:11, 22:1, 41:24, 91:4
**Ahearn [2]** - Vol. 1 - 1:7, 63:3
**aide [6]** - Vol. 1 - 41:8, 41:12, 41:16, 41:16, 41:18, 42:4
**ALBERT** Vol. 1 - :21
**allegation [5]** - Vol. 1 - 44:15, 87:9, 87:15, 88:16
**allegations [2]** - Vol. 1 - 72:16, 86:24
**allege** Vol. 1 - 64:11
**alleged [3]** - Vol. 1 - 45:4, 45:4, 64:9
**allegedly** Vol. 1 - 67:10
**alleging [3]** - Vol. 1 - 16:23, 43:23, 76:13
**allowed** Vol. 1 - 29:22
**alluded** Vol. 1 - 14:9
**alluding** Vol. 1 - 83:22
**alone** Vol. 1 - 89:15
**alphabetical** Vol. 1 - 4:7
**Alphabetically** Vol. 1 - 11:1
**already** Vol. 1 - 81:18
**although** Vol. 1 - 4:9
**angle [2]** - Vol. 1 - 14:25, 20:11
**angled [3]** - Vol. 1 - 16:7, 16:7, 20:11
**answered [3]** - Vol. 1 - 41:23, 66:13, 84:1
**answering** Vol. 1 - 6:25
**answers [2]** - Vol. 1 - 28:18, 91:25
**Anthony [2]** - Vol. 1 - 20:23, 21:15
**anymore [2]** - Vol. 1 - 60:17, 71:14

**anyways** Vol. 1 - 73:2
**AP** Vol. 1 - 36:12
**apologize** Vol. 1 - 40:15
**apparently** Vol. 1 - 48:7
**appear [2]** - Vol. 1 - 14:25, 48:7
**APPEARANCES** Vol. 1 - 2:1
**appears [4]** - Vol. 1 - 19:13, 37:22, 54:6, 54:14
**applies** Vol. 1 - 71:6
**approximate** Vol. 1 - 10:8
**approximately [9]** - Vol. 1 - 9:25, 27:10, 39:24, 40:5, 46:19, 48:8, 48:12
**aren't** Vol. 1 - 85:20
**argue** Vol. 1 - 84:25
**arranging [3]** - Vol. 1 - 46:20, 47:16, 47:23
**arrested** Vol. 1 - 84:15
**art** Vol. 1 - 7:14
**aside [2]** - Vol. 1 - 20:1, 60:15
**asking [11]** - Vol. 1 - 4:21, 40:9, 53:7, 55:25, 68:13, 71:22, 76:8, 76:14, 82:22, 85:3, 91:24
**asserted** Vol. 1 - 81:1
**assign** Vol. 1 - 82:4
**assist** Vol. 1 - 7:1
**assistance** Vol. 1 - 24:15
**assistant [12]** - Vol. 1 - 29:24, 35:19, 35:22, 36:4, 36:11, 37:20, 38:3, 58:17, 75:22, 92:10, 92:12, 92:14
**assume** Vol. 1 - 36:20
**assumed [2]** - Vol. 1 - 42:21, 87:16
**attached [4]** - Vol. 1 - 25:22, 25:25, 37:24, 95:8
**attachment** Vol. 1 - 31:14
**attention** Vol. 1 - 38:1
**attorney [19]** - Vol. 1 - 4:7, 4:21, 59:1, 59:10, 59:14, 59:18, 74:15, 74:20, 75:11, 78:10, 78:13, 78:18, 79:23, 80:18, 81:5, 81:22, 82:16, 98:16, 98:18
**attorney-client [12]** - Vol. 1 - 48:23, 60:22, 61:8, 78:12, 78:24, 79:2, 79:6, 79:12, 81:9, 81:20, 81:24, 82:8
**attorneys** Vol. 1 - 83:7
**author** Vol. 1 - 25:18
**automatically** Vol. 1 - 16:16
**available** Vol. 1 - 9:6

## B

**bachelor's** Vol. 1 - 9:23
**background** Vol. 1 - 9:22
**backgrounds** Vol. 1 - 14:19
**bad** Vol. 1 - 20:9
**badgering** Vol. 1 - 85:10

**basic** Vol. 1 - 73:2
**basically** Vol. 1 - 15:10
**bathroom** Vol. 1 - 40:20
**bears** Vol. 1 - 18:10
**became** Vol. 1 - 72:15
**become** Vol. 1 - 72:13
**beginning [4]** - Vol. 1 - 9:23, 47:11, 77:12, 82:21
**behalf [3]** - Vol. 1 - 2:4, 2:8, 4:8
**behavior** Vol. 1 - 57:18
**behind [2]** - Vol. 1 - 14:25, 15:10
**believed** Vol. 1 - 88:4
**belong [2]** - Vol. 1 - 13:10, 45:24
**best [3]** - Vol. 1 - 24:13, 57:12, 71:12
**beyond [2]** - Vol. 1 - 81:18, 82:4
**Binghamton [2]** - Vol. 1 - 7:8, 7:11
**biracial [2]** - Vol. 1 - 19:13, 23:3
**black** Vol. 1 - 14:11
**blank [2]** - Vol. 1 - 47:24, 48:1
**blanket** Vol. 1 - 82:4
**board [3]** - Vol. 1 - 1:6, 21:12, 48:4
**book [4]** - Vol. 1 - 30:22, 30:25, 31:15, 31:20
**bothered** Vol. 1 - 87:14
**bothering** Vol. 1 - 68:1
**bottom** Vol. 1 - 23:11
**bound** Vol. 1 - 98:13
**break [9]** - Vol. 1 - 5:8, 5:8, 5:10, 41:25, 75:4, 75:5, 81:14, 84:11, 94:9
**breaks [2]** - Vol. 1 - 92:2
**briefly** Vol. 1 - 45:21
**bring** Vol. 1 - 31:16
**broad** Vol. 1 - 81:18
**Brockport** Vol. 1 - 8:8
**BROOME** Vol. 1 - 98:6
**brought** Vol. 1 - 98:12
**B___ [2]** - Vol. 1 - :22, 20:16
**BU [2]** - Vol. 1 - 7:18, 7:21
**bus [4]** - Vol. 1 - 16:21, 17:2, 22:6, 45:23

## C

**Caddick [45]** - Vol. 1 - 1:18, 26:16, 26:17, 27:6, 27:12, 27:16, 28:6, 28:9, 28:16, 28:21, 28:24, 29:3, 35:20, 36:4, 44:5, 44:8, 44:23, 45:3, 48:17, 49:1, 49:6, 49:12, 50:18, 50:22, 51:1, 51:10, 52:1, 53:5, 55:15, 55:21, 56:6, 57:1, 57:11, 57:20, 58:20, 68:22, 69:10, 71:7, 71:12, 83:3, 83:10, 88:14, 89:19, 92:23, 93:4

**Caddick's [2]** - Vol. 1 - 36:3, 37:7
**calling** Vol. 1 - 86:16
**can't [7]** - Vol. 1 - 11:12, 53:22, 53:23, 53:24, 53:25, 76:6, 78:17
**cannot [3]** - Vol. 1 - 50:12, 50:13, 82:6
**capacities** Vol. 1 - 1:6
**case [3]** - Vol. 1 - 6:12, 8:19, 85:20
**cases** Vol. 1 - 38:17
**caucasian [2]** - Vol. 1 - 20:14, 21:3
**caucasians** Vol. 1 - 20:1
**cause [5]** - Vol. 1 - 33:11, 36:25, 52:12, 77:1, 98:10
**center** Vol. 1 - 52:3
**Central [3]** - Vol. 1 - :16, 1:7, 2:2
**centrally** Vol. 1 - 23:12
**certain** Vol. 1 - 44:11
**certify [3]** - Vol. 1 - 98:7, 98:14, 98:16
**change [8]** - Vol. 1 - 11:7, 12:17, 17:20, 22:21, 22:23, 23:7, 23:20, 46:2
**changed [3]** - Vol. 1 - 11:10, 23:6, 46:24
**changes [2]** - Vol. 1 - 28:19, 95:8
**charge** Vol. 1 - 68:3
**Charles [2]** - Vol. 1 - 2:5, 8:20
**chart [25]** - Vol. 1 - 3:9, 10:22, 10:24, 11:2, 11:16, 11:7, 12:15, 12:18, 12:21, 13:1, 14:4, 14:13, 17:20, 19:24, 21:10, 22:22, 23:6, 23:7, 23:20, 24:7, 24:11, 32:20, 32:23, 46:3, 47:8
**charts [8]** - Vol. 1 - 24:24, 25:22, 32:18, 45:21, 46:6, 46:12, 46:13, 47:2
**check** Vol. 1 - 42:5
**checked** Vol. 1 - 42:10
**checks** Vol. 1 - 28:16
**Chenango** Vol. 1 - 7:23
**chose** Vol. 1 - 19:4
**Ch___n [2]** - Vol. 1 - 20:23, 21:13
**circumstances** Vol. 1 - 79:19
**City [3]** - Vol. 1 - 7:22, 8:3, 9:9
**claim [2]** - Vol. 1 - 8:9, 43:18
**claimed [2]** - Vol. 1 - 43:2, 43:6
**claiming [4]** - Vol. 1 - 49:19, 50:17, 51:11, 51:12
**claims [2]** - Vol. 1 - 73:2, 85:20
**clarify [4]** - Vol. 1 - 47:6, 53:9, 61:11
**clarity** Vol. 1 - 74:8
**class [63]** - Vol. 1 - 9:18, 9:20, 10:16, 10:19, 13:2, 13:24, 17:10,

17:23,
18:23, 21:2,
22:14, 22:24,
27:6, 27:13,
27:14, 27:17,
27:21, 27:25,
28:4, 28:9, 28:14,
28:20, 30:20,
31:23, 32:8,
32:14, 33:17,
35:23, 40:14,
40:22, 42:6,
42:13, 42:18,
44:25, 45:25,
54:8, 59:24, 60:4,
60:6, 60:10,
61:12, 64:9,
64:25, 65:4,
65:15, 66:10,
67:24, 69:3,
69:12, 69:15,
70:11, 70:13, 71:5,
71:14, 71:17,
71:20, 75:21,
75:21, 92:21,
92:24, 93:2,
93:11, 93:11

**classes**   Vol. 1 -
75:17

**classroom [5]** -
Vol. 1 - 21:19,
30:10, 52:18,
64:10, 93:8

**clear [3]**   Vol. 1 -
5:17, 23:20, 76:23

**client [9]** -
Vol. 1 - 8:7,
60:23, 61:9, 63:6,
63:11, 79:5,
79:18, 81:16,
86:10

**CLIFFORD**   Vol. 1 -
3:7

**close [2]** - Vol. 1 -
43:22, 66:16

**clue**   Vol. 1 - 35:6

**College [3]** -
Vol. 1 - 9:19,
31:22, 31:22

**color [15]** -
Vol. 1 - 10:9,
14:15, 14:22,
15:2, 15:12, 16:1,
16:12, 16:20,
19:10, 19:16,
19:19, 20:8, 22:7,
22:12, 22:15

**column**   Vol. 1 -
38:17

**coming [2]** -
Vol. 1 - 32:2,
74:11

**commencing**   Vol. 1
- 1:14

**comment [22]** -
Vol. 1 - 12:22,
12:24, 13:18,
13:23, 14:10,
16:4, 16:15,
16:18, 16:22,
16:24, 17:3, 17:4,
17:8, 22:2, 22:17,
23:21, 23:21,
52:15, 65:11,
65:14, 65:21,
83:17

**commenting**   Vol. 1
- 16:19

**comments [8]** -
Vol. 1 - 16:25,
45:23, 67:11,
67:18, 67:19,
69:2, 69:15, 69:25

**communicated**
Vol. 1 - 43:11

**communication [2]** -
Vol. 1 - 79:22,
92:23

**community**   Vol. 1 -
9:9

**complete [2]** -
Vol. 1 - 33:10,
57:22

**completely**   Vol. 1 -
90:24

**computer [3]** -
Vol. 1 - 7:10,
77:24, 78:1

**computer-aided**
Vol. 1 - 98:11

**concentrate**
Vol. 1 - 21:14

**concerning [2]** -
Vol. 1 - 69:6,
75:8

**conclude**   Vol. 1 -
84:16

**conduct [5]** -
Vol. 1 - 3:13,
57:23, 58:10,
69:19, 92:10

**conferred [9]** -
Vol. 1 - 41:1,
47:4, 47:19,
61:25, 62:19,
63:8, 63:15, 75:2,
84:6

**configuration [2]** -
Vol. 1 - 46:25,
47:2

**connected**   Vol. 1 -
98:18

**connection [4]** -
Vol. 1 - 13:13,
42:17, 50:10,
84:24

**Conor**   Vol. 1 -
93:1

**consequences**
Vol. 1 - 29:23

**consider [2]** -
Vol. 1 - 19:20,
87:8

**considered**   Vol. 1 -
70:3

**consists**   Vol. 1 -
30:25

**constitute**   Vol. 1 -
98:12

**consult**   Vol. 1 -
5:22

**contains**   Vol. 1 -
5:20

**contemporaneous]**
Vol. 1 - 14:6

**conversation [26]** -
Vol. 1 - 14:2,
28:6, 29:21,
42:16, 42:19,
42:24, 51:22,
57:1, 57:4, 60:13,
61:17, 70:7,
70:18, 72:4,
73:19, 78:14,
80:18, 82:1,
82:12, 82:15,
83:18, 87:18,
89:6, 93:13

**conversations [8]** -
Vol. 1 - 45:14,
59:7, 61:14, 81:4,
82:15, 83:1,
91:16, 92:5

**convicted**   Vol. 1 -
84:1

**correct [82]** -
Vol. 1 - 4:12,
6:11, 9:12, 9:13,
9:16, 11:25, 12:1,
22:6, 22:16, 26:3,
26:4, 26:6, 26:7,
27:18, 29:11,
30:7, 32:22,
33:13, 34:14,
34:22, 37:3,
38:10, 39:11,
39:16, 39:17,
39:18, 39:19,
40:23, 41:17,
41:18, 42:13,
43:2, 44:20,
44:21, 44:25,
45:1, 45:6, 47:12,
47:13, 47:17,
50:20, 50:20,
54:8, 54:9, 56:8,
57:15, 58:13,
61:24, 65:15,
76:20, 78:2,
87:20, 87:23,
92:7, 92:8, 93:8,
96:4, 96:8, 96:10,
96:12, 96:14,
96:16, 96:18,
96:20, 96:22,
96:24, 97:4, 97:6,
97:8, 97:10,
97:12, 97:14,
97:16, 97:18,
97:20, 97:22,
97:24

**corrections**
Vol. 1 - 95:7

**correctly**   Vol. 1 -
97:20

**Cotter [17]** -
Vol. 1 - 2:2, 4:9,
41:1, 47:4, 47:19,
61:25, 62:19,
63:15, 75:2, 85:11,
85:10, 86:5,
86:12, 90:11, 90:6,
91:7, 94:1

**counsel [10]** -
Vol. 1 - 5:23,
39:25, 50:10,
50:18, 53:19,
63:3, 73:9, 79:15,
98:17, 98:18

**counter**   Vol. 1 -
38:15

**counting**   Vol. 1 -
14:24

**COUNTY [2]** -
Vol. 1 - 95:17,
98:4

**couple**   Vol. 1 -
63:3

**course [2]** -
Vol. 1 - 28:11,
37:1

**court [6]** - Vol. 1 -
1:1, 4:22, 51:2,
5:20, 49:4, 91:25

**covered [2]** -
Vol. 1 - 79:2,
81:19, 81:24

**coworkers**   Vol. 1 -
4:10

**create [2]** -
Vol. 1 - 46:23,
47:22

**created [5]** -
Vol. 1 - 46:6,
46:12, 46:16,
46:20, 47:14

**crime**   Vol. 1 -
84:19

**crossed**   Vol. 1 -
13:15

**currently**   Vol. 1 -
18:10

**D**

**dark**   Vol. 1 -
19:12

**darker [5]** -
Vol. 1 - 20:1,
20:13, 20:16,
21:3, 21:22

**date [8]** - Vol. 1 -
27:9, 38:12,
57:23, 73:24,
83:18, 88:14,
88:19, 88:20

**dates [3]** - Vol. 1 -
52:12, 71:25,
77:12

**deal**   Vol. 1 -
66:12

**Deb [3]** - Vol. 1 -
68:22, 83:3, 83:10

**DEBORAH**   Vol. 1 -
1:2

**DEBRA**   Vol. 1 - 3:13

**December [33]** -
Vol. 1 - 26:3,
51:3, 51:13,
51:20, 52:14,
56:7, 56:14,
56:20, 56:22,
57:2, 57:12,
58:24, 59:13,
64:8, 66:5, 66:17,
68:19, 68:24,
71:3, 71:12,
71:15, 72:3,
72:12, 72:20,
73:20, 73:21,
74:2, 74:3, 75:8,
83:24, 88:17,
92:19, 92:22

**decisions**   Vol. 1 -
60:11

**deed**   Vol. 1 - 67:7

**defendant [2]** -
Vol. 1 - 8:8,
85:19

**Defendants [2]** -
Vol. 1 - 1:10, 2:8

**define**   Vol. 1 -
19:18

**defined**   Vol. 1 -
20:10

**definitely [3]** -
Vol. 1 - 10:12,
23:16, 88:8

**definition**   Vol. 1 -
8:16

**degrees**   Vol. 1 -
7:24

**depending**   Vol. 1 -
14:17

**depict**   Vol. 1 -
20:19

**depicts**   Vol. 1 -
18:20

**depose**   Vol. 1 -
4:18

**deposed [2]** -
Vol. 1 - 4:14, 5:7

**deposition [12]** -
Vol. 1 - 1:13,
2:15, 2:16, 4:15,
4:17, 5:2, 5:23,
6:1, 7:1, 85:13,
91:14, 92:7

**describe [3]** -
Vol. 1 - 9:20,
12:8, 70:12

**description [2]** -
Vol. 1 - 3:8, 71:4

**designated [2]** -
Vol. 1 - 11:24,
19:25

**designed**   Vol. 1 -
6:3

**desire**   Vol. 1 -
95:8

**desk [2]** - Vol. 1 -
13:14, 48:4

**desks [4]** - Vol. 1 -
14:24, 15:1, 15:4,
16:7

**detail**   Vol. 1 -
73:1

**details [4]** -
Vol. 1 - 26:11,
26:22, 54:13,
78:25

**determination [3]** -
Vol. 1 - 8:13,
79:1, 79:21

**determine [2]** -
Vol. 1 - 24:10,
80:23

**DeWind**   Vol. 1 -
77:11

**difference**   Vol. 1 -
22:9

**Dillard [3]** -
Vol. 1 - 13:9,
20:18, 21:14

**Dillard's**   Vol. 1 -
38:13

**direct**   Vol. 1 -
60:23

**Directing**   Vol. 1 -
38:1

**directly [2]** -
Vol. 1 - 60:20,
60:25

**disagree**   Vol. 1 -
86:1

**discipline [3]** -
Vol. 1 - 28:23,
84:24, 90:23

**disciplined [5]** -
Vol. 1 - 9:8,
84:20, 86:1, 86:8,
86:23

**discovery**   Vol. 1 -
8:17

**discrimination**
Vol. 1 - 84:10

**discuss [9]** -
Vol. 1 - 28:9,
28:23, 42:13,
44:13, 50:4,
51:25, 68:23,
69:14, 79:18

**discussed [4]** -
Vol. 1 - 44:16,
44:23, 57:10, 80:9

**discussing**   Vol. 1 -
69:13

**discussion [4]** -
Vol. 1 - 45:17,
50:1, 54:7, 81:16

**distinction**
Vol. 1 - 80:3

**distribution**
Vol. 1 - 10:8

**district [24]** -
Vol. 1 - 1:1, 1:2,
1:6, 1:7, 8:13,
8:14, 9:5, 9:9,
43:10, 43:17,
43:17, 49:22,
50:9, 50:21,
59:23, 61:15,
61:20, 62:3,
62:13, 62:23,
63:12, 63:19,
83:5, 89:13

**district's**   Vol. 1 -
78:10

**diverse**   Vol. 1 -
10:16

**divided**   Vol. 1 -
15:11

**document [26]** -
Vol. 1 - 11:16,
12:6, 12:9, 25:7,
25:10, 25:16,
25:19, 26:24,
37:18, 47:21,
47:22, 47:25,
48:1, 52:5, 52:10,
53:20, 54:3,
54:17, 55:24,
56:1, 58:6, 58:9,
58:19, 70:24,
93:17

**documents**   Vol. 1 -
5:25

**door**   Vol. 1 -
36:17

**Dr [8]** - Vol. 1 -
26:16, 72:21,
73:19, 74:2, 74:8,
74:10, 75:11,
89:22

**Drexel [3]** -
Vol. 1 - 64:16,
65:11, 70:1

**duly [2]** - Vol. 1 -
3:12, 98:8

**Dwyer**   Vol. 1 - 4:6

**Dyer [1]** - Vol. 1 -
1:25, 3:2, 4:6,
6:23, 45:20,
81:23, 85:19,
86:13, 91:13,
94:2, 95:12

**E**

**earlier [4]** -
Vol. 1 - 26:6,
26:6, 44:16, 83:22

**East**   Vol. 1 -
62:5

**education [2]** -
Vol. 1 - 1:6, 7:7

**educational**
Vol. 1 - 86:2

**effect [4]** -
Vol. 1 - 44:11,
73:15, 92:11,
93:9

**effectively**
Vol. 1 - 53:19

**either [10]** -
Vol. 1 - 5:12,
5:20, 15:14,
31:15, 45:13,
71:12, 74:2,
85:13, 86:17,
93:10

**else's**   Vol. 1 -
6:4

**email [6]** - Vol. 1 -
31:14, 71:2, 71:16,
71:21, 92:25, 93:4

**emailed [2]** -
Vol. 1 - 52:20,
56:21

**employed**   Vol. 1 -
98:17

**employee [2]** -
Vol. 1 - 63:12,
98:17

**employment [2]** -
Vol. 1 - 7:18,
85:7

**ended**   Vol. 1 -
72:11

**ending**   Vol. 1 -
89:7

**entering [2]** -
Vol. 1 - 38:20,
38:23

**entire**   Vol. 1 -
12:9

**erased [2]** -
Vol. 1 - 11:15,
18:2

**errata [3]** -
Vol. 1 - 95:9,
96:1, 97:1

**escort**   Vol. 1 -
35:15

**Especially**   Vol. 1 -
86:12

**Esquire [4]** -
Vol. 1 - 2:11, 2:1,
2:2, 2:5

**evening [2]** -
Vol. 1 - 10:11,
71:3

**events [4]** -
Vol. 1 - 6:8,
26:5, 51:25, 56:22

**everyone**   Vol. 1 -
9:5

**everything**   Vol. 1 -
5:16

**evidence**   Vol. 1 -
6:10

**exact [2]** - Vol. 1 -
64:14, 88:14

**exactly [2]** -
Vol. 1 - 50:6,
92:16

**Examination [4]** -
Vol. 1 - 3:3, 3:4,
4:4, 91:11

**except [2]** -
Vol. 1 - 2:21,
7:22

**exchange [3]** -
Vol. 1 - 78:9,
71:16, 92:25

**exhibit [20]** -
Vol. 1 - 3:8,

11:17, 11:21,
11:23, 11:23,
12:5, 19:25, 24:7,
25:4, 25:25,
32:17, 37:16,
37:19, 52:6, 52:9,
53:12, 58:4, 58:6,
70:20, 70:22

**EXHIBITS**   Vol. 1 -
3:7

**exist**   Vol. 1 -
49:1

**explain**   Vol. 1 -
91:8

**explanation**
Vol. 1 - 39:7

**extent**   Vol. 1 -
50:8

**F**

**F'ing [2]** - Vol. 1 -
93:15, 93:16

**facts**   Vol. 1 -
82:5

**factual**   Vol. 1 -
80:2

**fair [2]** - Vol. 1 -
90:23, 91:3

**fall [2]** - Vol. 1 -
27:4, 28:8

**familiar**   Vol. 1 -
25:7

**February**   Vol. 1 -
98:25

**feel [2]** - Vol. 1 -
23:18, 91:3

**feeling**   Vol. 1 -
29:6

**felt [4]** - Vol. 1 -
12:22, 23:16,
67:22, 69:23

**file**   Vol. 1 -
74:8

**filing [2]** -
Vol. 1 - 2:15,
93:6

**filled**   Vol. 1 -
58:10

**final**   Vol. 1 -
28:4

**financially**
Vol. 1 - 98:19

**fine**   Vol. 1 -
42:19

**finish [2]** -
Vol. 1 - 41:2,
85:14

**finishes**   Vol. 1 -
31:7

**Firm**   Vol. 1 - 2:2

**five [3]** - Vol. 1 -
65:19, 65:24, 66:2

**follow-up**   Vol. 1 -
91:9

**follows**   Vol. 1 -
4:3

**foregoing [3]** -
Vol. 1 - 95:4,
98:8, 98:9

**Forks**   Vol. 1 -
1:22

**Foundations [5]** -
Vol. 1 - 9:18,
9:19, 28:11, 54:8,
69:11

**four-page**   Vol. 1 -
11:16

**fourth [7]** -
Vol. 1 - 9:17,
28:14, 44:20,
54:7, 60:16,
75:21, 92:17

**Frank [7]** - Vol. 1
- 2:6, 60:12, 60:14,
61:23, 63:3, 77:2,
77:4

**Frank's**   Vol. 1 -
9:5

**Friday**   Vol. 1 -
1:13

**front [12]** -
Vol. 1 - 4:22,
11:18, 14:16,
14:22, 15:4, 18:6,
19:7, 20:18, 23:2,
33:23, 64:12, 71:2

**frustrating**
Vol. 1 - 57:25

**fucking [8]** -
Vol. 1 - 35:11,
43:2, 44:24,
80:15, 82:18,
87:10, 87:11, 93:7

**full**   Vol. 1 - 67:8

**funny**   Vol. 1 -
65:17

# G

gave Vol. 1 - 92:9
geared Vol. 1 - 76:16
general [2] - Vol. 1 - 28:1, 36:7
girl Vol. 1 - 66:7
girls Vol. 1 - 10:3
given Vol. 1 - 3:6
giving Vol. 1 - 91:25
goal Vol. 1 - 28:3
gone Vol. 1 - 39:5
graduated [2] - Vol. 1 - 7:8, 7:18
ground Vol. 1 - 3:6
group [6] - Vol. 1 - 32:3, 32:25, 33:9, 33:12, 34:5, 64:19
grouped [5] - Vol. 1 - 16:24, 19:16, 20:1, 21:23, 22:15
grouping Vol. 1 - 13:2
groups [3] - Vol. 1 - 30:12, 32:1, 33:6
guess [3] - Vol. 1 - 20:11, 55:4, 76:25
guidance Vol. 1 - 7:12
gun [2] - Vol. 1 - 73:22, 75:12

# H

habit Vol. 1 - 79:6
hadn't Vol. 1 - 33:23
hall [6] - Vol. 1 - 29:18, 35:14, 40:16, 40:19, 42:4, 81:8
halls [3] - Vol. 1 - 30:20, 40:14, 41:4
hallway [4] - Vol. 1 - 31:14, 41:13, 41:16, 41:19
handed Vol. 1 - 58:17
handing Vol. 1 - 37:18
handle Vol. 1 - 68:15
handles Vol. 1 - 68:5
hands Vol. 1 - 3:12
Handwritten Vol. 1 - 3:12
happen [3] - Vol. 1 - 5:18, 42:22, 62:14
happened [25] - Vol. 1 - 6:8, 14:1, 18:25, 29:11, 29:13, 29:20, 30:13, 31:25, 35:9, 37:13, 42:13, 42:18, 44:14, 44:19, 52:17, 56:21, 62:3, 68:19, 69:16, 70:13, 71:4, 73:23, 75:8, 87:21, 89:15
happening [2] - Vol. 1 - 64:10, 75:16
happens Vol. 1 - 44:19
harassing Vol. 1 - 85:12
Harringshaw [5] - Vol. 1 - 62:6, 62:8, 62:25, 63:1, 63:12
Harrington Vol. 1 - 78:1
haven't Vol. 1 - 78:1
having [2] - Vol. 1 - 4:2, 4:2
he's [2] - Vol. 1 - 18:2, 19:11
heading Vol. 1 - 95:5

hear [5] - Vol. 1 - 50:25, 63:25, 67:12, 71:18, 77:13
heard [9] - Vol. 1 - 32:2, 34:3, 35:3, 37:14, 43:15, 51:12, 51:11, 51:19, 77:13
hearing [26] - Vol. 1 - 4:15, 4:22, 4:24, 4:25, 6:3, 6:5, 6:7, 39:16, 43:1, 51:1, 51:4, 51:5, 51:6, 58:22, 62:10, 67:16, 72:14, 73:16, 77:6, 77:8, 77:10, 89:2, 89:7, 89:10, 89:12, 90:18
held [2] - Vol. 1 - 1:13, 45:17
helping Vol. 1 - 32:1
helps Vol. 1 - 72:4
hereby [2] - Vol. 1 - 95:6, 98:7
hereof Vol. 1 - 2:15
hereto Vol. 1 - 2:15
Hi Vol. 1 - 4:6
hide Vol. 1 - 86:9
history Vol. 1 - 7:18
holding Vol. 1 - 63:15
homes Vol. 1 - 3:8
hope Vol. 1 - 14:3
horrified Vol. 1 - 87:19
however [3] - Vol. 1 - 19:14, 19:23, 88:16
husband [3] - Vol. 1 - 49:21, 65:3, 66:18
husband's [4] - Vol. 1 - 65:21, 66:22, 67:2, 92:20

# I

idea [3] - Vol. 1 - 66:21, 76:18, 86:7
identification [4] - Vol. 1 - 11:16, 25:3, 52:5, 58:3
identified [2] - Vol. 1 - 21:12, 23:2
identify [5] - Vol. 1 - 10:14, 14:17, 25:6, 58:9, 70:20
illegal Vol. 1 - 32:3
immediate Vol. 1 - 22:23
immediately Vol. 1 - 88:7
impair Vol. 1 - 6:18
implemented Vol. 1 - 24:8
improper Vol. 1 - 40:7
inadvertently Vol. 1 - 40:7
inappropriate [3] - Vol. 1 - 12:23, 17:1, 17:12
incident [9] - Vol. 1 - 3:10, 29:11, 39:23, 39:24, 44:13, 44:16, 44:19, 48:25, 92:19
incidents [3] - Vol. 1 - 27:2, 39:11, 48:22
include [2] - Vol. 1 - 28:12, 69:17
Including [2] - Vol. 1 - 91:17, 91:18
incorrectly Vol. 1 - 31:25
independent Vol. 1 - 79:20
independently Vol. 1 - 32:12
index [3] - Vol. 1 -

3:1, 3:7, 49:4
indicate [2] - Vol. 1 - 26:19, 46:2
indicated [4] - Vol. 1 - 13:12, 22:14, 95:13, 23:22
individual [2] - Vol. 1 - 1:18, 62:9
infant Vol. 1 - 1:3
information [4] - Vol. 1 - 6:14, 7:24, 71:23, 82:22, 86:7
information's Vol. 1 - 86:14
informed Vol. 1 - 63:11
infringe [2] - Vol. 1 - 82:7
initially Vol. 1 - 83:11
inquiring Vol. 1 - 2:1
instruct [2] - Vol. 1 - 37:5
instructing [2] - Vol. 1 - 81:17, 82:9
instruction Vol. 1 - 28:3
intention [2] - Vol. 1 - 23:17, 23:22
interested Vol. 1 - 98:19
Interim Vol. 1 - 1:17
interpose [2] - Vol. 1 - 8:5, 79:4
interviewed [3] - Vol. 1 - 75:21, 77:18, 77:21
interviews Vol. 1 - 76:4
intrusive [3] - Vol. 1 - 80:25, 85:12, 85:23
investigation [2] - Vol. 1 - 80:20, 82:21
involved [2] - Vol. 1 - ███ [29] - 13:9, 14:13, 14:14, 16:12, 16:14, 16:16, 16:19, 18:6, 18:23, 20:17, 21:4, 22:24, 23:24, 24:18, 29:11, 30:6, 30:16, 31:23, 37:5, 37:13, 38:13, 38:19, 39:5, 39:23, 41:17, 41:15, 41:21, 42:4, 45:24
isn't Vol. 1 - 6:4
issue [2] - Vol. 1 - 70:8, 78:24
issues Vol. 1 - 54:12

# J

January [3] - Vol. 1 - 1:14, 60:3, 88:19
███ [2] - Vol. 1 - 63:2
job [3] - Vol. 1 - 84:23, 86:24, 87:3
Joe [4] - Vol. 1 - 62:6, 62:7, 62:24, 63:22
Johnson [3] - Vol. 1 - 7:22, 63:22
joke [2] - Vol. 1 - 22:18, 22:19
joking [4] - Vol. 1 - 18:15, 18:22, 19:2, 19:6, 19:15, 21:4, 23:11, 23:13, 24:17
Josh [2] - Vol. 1 - 2:2, 4:9
judge [4] - Vol. 1 -

4:23, 85:14, 85:16, 86:16
judgment [2] - Vol. 1 - 78:21
jump [2] - Vol. 1 - 45:20, 82:14

# K

Kasson [7] - Vol. 1 - 1:18, 26:17, 35:21, 37:1, 37:7, 45:24, 89:19
Kasson's Vol. 1 - 36:8
KATHARINE [3] - Vol. 1 - 1:25, 3:2, 95:12
kids [2] - Vol. 1 - 9:6, 28:2
Kirkville Vol. 1 - 2:7
knowing Vol. 1 - 90:15
known Vol. 1 - 91:19
Kyle Vol. 1 - 18:5

# L

labeled Vol. 1 - 32:20
later [5] - Vol. 1 - 12:20, 24:9, 70:7, 74:2, 85:17
latitude Vol. 1 - 16:1
laughed [2] - Vol. 1 - 14:11, 15:4
laughing [2] - Vol. 1 - 22:20, 65:17
Law Vol. 1 - 2:6
Lawrence [5] - Vol. 1 - 65:3, 65:12, 66:19, 70:2, 70:14
lawyers Vol. 1 - 61:15
lead Vol. 1 - 21:19
least [3] - Vol. 1 - 21:21, 23:8, 56:7
leave [3] - Vol. 1 - 18:23, 34:17, 85:15
leaving [2] - Vol. 1 - 22:24, 60:15
legal [9] - Vol. 1 - 2:2, 4:7, 61:16, 65:6, 78:15, 78:22, 79:16, 82:2, 82:3
length Vol. 1 - 8:11
let's [3] - Vol. 1 - 46:16, 58:24, 79:25
letter Vol. 1 - 86:19
letters Vol. 1 - 11:19
levels [2] - Vol. 1 - 27:23, 90:5
liberty Vol. 1 - 7:6
limited Vol. 1 - 8:20
lines [2] - Vol. 1 - 93:19, 93:20
listen Vol. 1 - 37:2
listened [2] - Vol. 1 - 32:14, 42:19
lived [2] - Vol. 1 - 66:6, 66:10
located Vol. 1 - 23:12
long-term Vol. 1 - 7:20
longer [2] - Vol. 1 - 24:18, 47:8
looking [10] - Vol. 1 - 14:13, 26:4, 27:22, 47:22, 53:6, 54:11, 61:15, 72:13, 93:1
looks Vol. 1 - 33:12

loud [2] - Vol. 1 - 32:12, 67:12
louder Vol. 1 - 67:11
lunch [4] - Vol. 1 - 1:19, 2:18, 98:7, 98:23

# M

machine Vol. 1 - 98:9
Main Vol. 1 - 2:3
mainly Vol. 1 - 28:13
making [5] - Vol. 1 - 14:14, 25:24, 32:5, 44:14
mark Vol. 1 - 11:15
marked [15] - Vol. 1 - 11:21, 12:5, 19:24, 24:17, 25:2, 25:4, 25:24, 37:16, 37:19, 52:5, 52:6, 52:8, 58:2, 58:4, 72:20
marks Vol. 1 - 55:6
Master's Vol. 1 - 7:14
MAT [2] - Vol. 1 - 7:12, 7:13
math [7] - Vol. 1 - 7:11, 9:18, 9:19, 21:17, 28:12, 69:12, 75:21
mathematics Vol. 1 - 7:12
matter [3] - Vol. 1 - 50:11, 63:6, 84:15
matters Vol. 1 - 7:14
Matthew Vol. 1 - 7:22
Max Vol. 1 - 65:7
Maxwell [7] - Vol. 1 - 63:5, 65:7, 65:12, 66:19, 70:4, 70:5
Maybe Vol. 1 - 33:2
means Vol. 1 - 55:12
meant [8] - Vol. 1 - 13:20, 14:18, 17:18, 37:6, 55:6, 64:22, 68:6, 77:9
media [6] - Vol. 1 - 36:7, 74:1, 72:22, 74:7, 75:9, 85:22
medications Vol. 1 - 6:18
meet Vol. 1 - 77:23
meeting [19] - Vol. 1 - 28:25, 29:2, 49:7, 53:3, 53:4, 54:11, 54:19, 55:2, 62:2, 62:13, 62:22, 62:23, 63:18, 77:3, 78:13, 78:21, 79:2, 85:18, 89:16
meetings [4] - Vol. 1 - 29:7, 61:19, 77:11, 89:16
memo Vol. 1 - 25:25
memory [3] - Vol. 1 - 40:9, 66:18, 76:14
mention Vol. 1 - 33:1
mentioned Vol. 1 - 42:20
mentions Vol. 1 - 54:22
Merit [3] - Vol. 1 - 3:13, 3:19, 98:24
met [5] - Vol. 1 - 9:14, 53:10, 54:14, 69:5, 69:23
middle [15] - Vol. 1 - 13:10, 15:1, 15:14, 15:5, 15:11, 33:22, 33:24, 33:25, 33:25, 34:1, 65:2, 65:9, 66:22, 67:2, 92:20
midway Vol. 1 - 54:21
Miller [11] - Vol. 1 -

1 - 2:6, 60:12, 60:14, 61:1, 61:23, 63:3, 63:20, 63:21, 77:2, 77:4, 89:13
million Vol. 1 - 56:4
minimum Vol. 1 - 7:11
minor Vol. 1 - 81:13
minute [3] - Vol. 1 - 37:15, 39:1, 39:2, 39:4, 40:14
mischaracterizes Vol. 1 - 20:7
miscommunication Vol. 1 - 85:21
miss [9] - Vol. 1 - 16:6, 23:6, 27:5, 27:12, 27:16, 28:6, 28:9, 28:16, 28:21, 28:24, 29:3, 35:20, 36:4, 37:7, 43:1, 44:8, 45:2, 45:20, 48:17, 48:19, 49:1, 49:12, 49:13, 49:19, 50:18, 50:25, 51:10, 52:1, 52:1, 53:4, 55:20, 56:6, 57:1, 57:11, 57:20, 58:20, 69:10, 71:7, 71:12, 81:23, 85:19, 86:13, 87:9, 88:15, 88:15, 91:13, 91:23, 92:23, 93:4
misunderstood Vol. 1 - 33:2
mocking Vol. 1 - 34:19
mom [3] - Vol. 1 - 52:21, 54:23, 55:11
moment [4] - Vol. 1 - 52:9, 52:12, 58:7, 63:6
month Vol. 1 - 89:13
months [9] - Vol. 1 - 26:6, 88:24, 89:25, 90:4, 90:8, 90:13, 90:16, 90:18, 90:20
morning [4] - Vol. 1 - 49:6, 69:23, 71:15, 93:5
mouth [2] - Vol. 1 - 39:15, 60:20
move [6] - Vol. 1 - 8:2, 19:2, 19:4, 19:6, 23:1, 30:19
moved [5] - Vol. 1 - 9:23, 19:15, 23:11, 32:24, 78:1
moving [2] - Vol. 1 - 23:10, 25:2
multiple [3] - Vol. 1 - 11:9, 84:1, 90:2
music [5] - Vol. 1 - 32:6, 32:7, 32:14, 34:3, 37:14

# N

named [2] - Vol. 1 - 29:11, 65:5
names [6] - Vol. 1 - 48:5, 48:7, 48:12, 65:9, 69:17, 92:20
narrowing Vol. 1 - 86:20
Natural Vol. 1 - 7:11
nearby Vol. 1 - 24:15
needed Vol. 1 - 24:15
needs [5] - Vol. 1 - 24:12, 25:1, 27:23, 69:11, 80:17
nice Vol. 1 - 28:1
nigger Vol. 1 - 2:6
niggers [4] - Vol. 1 - 43:4, 80:15, 82:18, 87:11

**nobody [2]** -
Vol. 1 - 66:9,
66:10
**Nods** Vol. 1 - 34:2
**noise [3]** - Vol. 1 -
32:2, 32:4, 32:5
**noncaucasian**
Vol. 1 - 20:19
**none [2]** - Vol. 1 -
15:8, 15:13
**nonemployees**
Vol. 1 - 63:18
**Nope** Vol. 1 - 66:3
**nor [3]** - Vol. 1 -
10:13, 98:17,
98:18
**normal [2]** -
Vol. 1 - 67:13,
67:16
**normally [3]** -
Vol. 1 - 40:13,
40:22, 92:16
**NORTHERN** Vol. 1 -
1:2
**Notary [5]** -
Vol. 1 - 1:20,
2:16, 2:17, 95:25,
98:25
**note** Vol. 1 - 3:12
**notes [10]** -
Vol. 1 - 29:2,
29:6, 44:9, 45:13,
48:17, 48:22,
48:23, 48:25,
53:9, 55:17
**nothing [2]** -
Vol. 1 - 8:11,
90:23
**notice** Vol. 1 -
42:9
**noticed** Vol. 1 -
30:9
**noticing** Vol. 1 -
30:14
**November [34]** -
Vol. 1 - 27:5,
29:10, 32:19,
33:7, 36:2, 36:10,
36:22, 38:12,
42:12, 44:2, 46:4,
48:18, 49:1, 49:7,
50:18, 50:23,
51:23, 52:1, 52:2,
52:25, 53:5,
54:12, 57:5, 57:7,
57:18, 57:24,
58:12, 58:24,
64:2, 66:4, 69:7,
78:1, 83:13, 93:6
**numbers [2]** -
Vol. 1 - 1:18,
33:8
**NY [2]** - Vol. 1 -
2:4, 2:7
**NY/PA [2]** - Vol. 1 -
1:20, 98:25

**O**

**oath [4]** - Vol. 1 -
2:17, 4:12, 39:18,
51:10
**object [6]** -
Vol. 1 - 35:24,
53:18, 55:22,
60:19, 84:22, 87:1
**objection [27]** -
Vol. 1 - 8:6,
10:10, 20:3,
20:15, 21:6,
21:25, 23:9, 39:3,
39:9, 39:12,
41:22, 43:13,
46:8, 50:7, 55:16,
56:9, 56:15,
57:13, 67:4, 78:8,
79:4, 83:14,
83:25, 85:5, 90:2,
90:22, 91:14
**objections** Vol. 1 -
9:24
**obtain** Vol. 1 -
82:11
**obviously [3]** -
Vol. 1 - 8:11,
11:7, 86:12
**Occasionally**
Vol. 1 - 32:11
**occasioned [2]** -
Vol. 1 - 22:22,
22:23
**occurrences**
Vol. 1 - 39:2
**off-the-record
[2]** - Vol. 1 -
45:17, 81:16
**offer [2]** - Vol. 1 -
69:11, 68:15
**office [30]** -

Vol. 1 - 29:25,
30:16, 35:16,
35:17, 35:18,
36:15, 36:16,
37:6, 37:9, 37:13,
37:20, 38:3,
38:20, 38:23,
41:7, 42:5, 44:12,
44:17, 58:18,
61:1, 61:15,
61:20, 62:3,
62:13, 62:23,
63:19, 83:6,
89:13, 92:13,
92:15
**officer [3]** -
Vol. 1 - 4:23,
4:25, 70:8
**offices [2]** -
Vol. 1 - 36:18,
37:9
**Official** Vol. 1 -
1:8
**Oneonta** Vol. 1 -
2:4
**open [4]** - Vol. 1 -
17:23, 23:23,
36:17, 85:16
**opinion [2]** -
Vol. 1 - 59:4,
91:6
**options** Vol. 1 -
59:16
**order [6]** - Vol. 1 -
11:24, 11:25,
18:20, 31:13,
31:13, 79:15
**organized** Vol. 1 -
1:25
**originally** Vol. 1 -
8:10
**otherwise [2]** -
Vol. 1 - 36:21,
92:6
**outside [10]** -
Vol. 1 - 59:9,
74:19, 74:23,
78:25, 79:22,
80:2, 81:4, 81:12,
82:11, 82:15
**overheard** Vol. 1 -
69:15

**P**

**p.m** Vol. 1 - 94:3
**PA** Vol. 1 - 1:21
**packed** Vol. 1 -
35:10
**packing [2]** -
Vol. 1 - 35:11,
68:1
**page__line [22]** -
Vol. 1 - 96:3,
96:5, 96:7, 96:9,
96:11, 96:13,
96:15, 96:17,
96:19, 96:21,
96:23, 97:3, 97:5,
97:7, 97:9, 97:11,
97:13, 97:15,
97:17, 97:19,
97:21, 97:23
**pages [5]** - Vol. 1 -
11:24, 11:24,
25:24, 70:25, 98:9
**pairs** Vol. 1 -
21:15
**papers [3]** -
Vol. 1 - 61:6,
64:12, 64:21
**paraprofessional**
Vol. 1 - 35:15
**parent [3]** -
Vol. 1 - 42:20,
57:2, 87:15
**parentheses [2]** -
Vol. 1 - 54:22,
54:25
**parents** Vol. 1 -
49:6
**particular [7]** -
Vol. 1 - 27:6,
36:6, 36:13, 38:8,
62:22, 63:18, 73:6
**parties [2]** -
Vol. 1 - 2:14,
98:17
**partner [4]** -
Vol. 1 - 19:8,
23:24, 23:25,
84:22
**party** Vol. 1 -
85:19
**pass [4]** - Vol. 1 -
30:17, 30:23,
30:25, 31:14
**passes** Vol. 1 -
30:19

**passing [2]** -
Vol. 1 - 64:12,
64:20
**patently** Vol. 1 -
53:23
**Payne [14]** -
Vol. 1 - 2:1,
4:10, 18:19,
60:24, 78:11,
79:7, 79:10,
82:11, 84:6, 84:7,
85:6, 85:9, 85:25,
86:17
**pen [2]** - Vol. 1 -
31:12, 73:19
**Penna [14]** -
Vol. 1 - 1:17,
26:16, 50:2, 50:5,
72:4, 72:6, 72:21,
73:19, 74:2, 74:8,
74:10, 75:11,
89:22, 89:22
**perceive [2]** -
Vol. 1 - 15:25,
16:11
**perceived [3]** -
Vol. 1 - 21:22,
22:12, 22:15
**perception** Vol. 1 -
23:7
**Perhaps [2]** -
Vol. 1 - 4:16,
51:17
**period [9]** -
Vol. 1 - 9:17,
28:14, 35:25,
44:20, 54:8, 60:3,
60:16, 75:21,
92:21
**periods** Vol. 1 -
40:24
**permission** Vol. 1 -
80:6
**personalities**
Vol. 1 - 24:14
**personally** Vol. 1 -
98:11
**phones [2]** -
Vol. 1 - 32:12,
32:15
**piece [4]** - Vol. 1 -
31:1, 31:3, 31:16,
48:13
**placed** Vol. 1 -
64:1
**Plaintiff [2]** -
Vol. 1 - 1:4, 2:4
**plan** Vol. 1 - 11:1
**planned** Vol. 1 -
88:9
**played** Vol. 1 -
91:1
**please** Vol. 1 -
65:1
**point [27]** -
Vol. 1 - 8:8,
11:8, 27:14, 32:13,
37:13, 43:13,
43:16, 44:22,
50:3, 50:4, 52:14,
56:10, 57:15,
58:23, 63:25,
64:20, 68:18,
69:18, 72:6,
74:14, 75:25,
77:14, 77:16,
83:17, 88:21,
89:9, 90:15
**pointed [2]** -
Vol. 1 - 13:14,
19:14
**pointing** Vol. 1 -
18:10
**poor** Vol. 1 -
42:17
**posed** Vol. 1 -
66:13
**position [4]** -
Vol. 1 - 7:20,
36:3, 36:10, 63:13
**positions** Vol. 1 -
86:11
**positive** Vol. 1 -
52:20
**possible [4]** -
Vol. 1 - 59:1,
59:4, 59:15, 88:18
**posts [13]** -
Vol. 1 - 8:14,
72:7, 72:7, 72:22,
72:22, 73:8,
73:22, 74:8,
74:16, 74:18,
75:19, 75:11, 85:22
**pôten** Vol. 1 -
85:14
**potential** Vol. 1 -
63:7
**pre** Vol. 1 - 31:22
**prepare** Vol. 1 -

2:20
**prepared [2]** -
Vol. 1 - 28:4,
98:10
**preparing** Vol. 1 -
5:23
**preprinted** Vol. 1 -
48:4
**presence [12]** -
Vol. 1 - 50:10,
50:17, 58:25,
59:9, 59:14,
59:18, 74:14,
74:19, 74:25,
78:10, 79:23, 81:4
**present [10]** -
Vol. 1 - 60:14,
61:16, 61:23,
62:24, 63:18,
78:13, 80:19,
81:22, 82:16, 83:8
**principal [6]** -
Vol. 1 - 18:6,
35:19, 36:4,
36:11, 37:2, 92:10
**principals [8]** -
Vol. 1 - 35:23,
35:23, 37:20,
38:13, 58:18,
55:22, 92:13,
92:15
**printed** Vol. 1 -
48:3
**prior [11]** -
Vol. 1 - 5:25,
27:5, 30:14,
32:13, 46:3,
46:17, 46:20,
47:16, 47:22,
57:18
**privacy** Vol. 1 -
79:11, 91:21
**privilege [14]** -
Vol. 1 - 60:22,
61:4, 61:6, 61:8,
63:7, 78:12,
78:24, 79:3, 79:6,
79:13, 81:10,
81:20, 81:24, 82:8
**privileged [2]** -
Vol. 1 - 48:23,
78:16
**probably** Vol. 1 -
37:24
**probation** Vol. 1 -
64:1
**procedure** Vol. 1 -
86:18
**proceedings**
Vol. 1 - 98:13
**process** Vol. 1 -
76:22
**produced** Vol. 1 -
48:24
**Professional [2]** -
Vol. 1 - 1:19,
98:24
**progressive**
Vol. 1 - 28:23
**protect** Vol. 1 -
86:10
**protected** Vol. 1 -
81:3
**provide [2]** -
Vol. 1 - 81:17,
82:9
**provided [3]** -
Vol. 1 - 6:7,
81:19, 82:7
**providing [2]** -
Vol. 1 - 28:3,
78:15
**proximity** Vol. 1 -
66:6
**public [6]** -
Vol. 1 - 1:20,
2:17, 2:18, 66:23,
95:25, 98:25
**puff [2]** - Vol. 1 -
29:14, 30:10
**punishment [3]** -
Vol. 1 - 59:1,
59:4, 89:2
**punishments**
Vol. 1 - 59:15
**purpose [7]** -
Vol. 1 - 23:10,
45:11, 76:3, 76:9,
76:10, 76:14,
78:22
**purposes [3]** -
Vol. 1 - 8:17,
55:4, 63:10
**pursuit [2]** -
Vol. 1 - 82:2,
82:3

**Q**

**questioning**
Vol. 1 - 85:15
**quick [2]** - Vol. 1 -
53:2, 53:3
**quotation** Vol. 1 -
55:6

**R**

**race [4]** - Vol. 1 -
8:10, 10:17, 14:6,
21:19
**races** Vol. 1 -
10:18
**racial [8]** -
Vol. 1 - 43:18,
50:17, 51:3,
51:12, 76:17,
78:7, 80:11, 80:15
**racism [5]** -
Vol. 1 - 84:24,
85:21, 86:24,
87:3, 93:21
**racist [7]** -
Vol. 1 - 35:12,
44:24, 54:23,
73:4, 87:10, 93:7,
93:11
**raise** Vol. 1 -
85:5
**random** Vol. 1 -
24:24
**range** Vol. 1 -
12:1
**re [2]** - Vol. 1 -
79:11, 91:21
**react** Vol. 1 -
59:19
**reaction [3]** -
Vol. 1 - 29:17,
43:5, 88:5
**reading** Vol. 1 -
73:9
**Reads [22]** -
Vol. 1 - 96:3,
96:5, 96:7, 96:9,
96:11, 96:13,
96:15, 96:17,
96:19, 96:21,
96:23, 97:3, 97:5,
97:7, 97:9, 97:11,
97:13, 97:15,
97:17, 97:19,
97:21, 97:23
**ready [2]** - Vol. 1 -
52:20, 53:13
**really [3]** -
Vol. 1 - 21:7,
85:20, 85:22
**rearrange** Vol. 1 -
85:3
**reason** Vol. 1 -
92:22
**received [4]** -
Vol. 1 - 1:16,
71:21, 88:22, 93:4
**receiving** Vol. 1 -
48:17
**recognize [2]** -
Vol. 1 - 12:15,
25:16
**recollection [2]** -
Vol. 1 - 57:12,
83:23
**record [22]** -
Vol. 1 - 11:23,
13:11, 18:8, 37:1,
45:7, 45:8, 45:9,
45:11, 45:16,
48:16, 55:5,
63:11, 66:23,
73:8, 86:7, 91:15,
91:22, 91:22,
92:2, 92:3, 95:4,
98:12
**recreate** Vol. 1 -
41:10
**reference** Vol. 1 -
80:20
**referenced** Vol. 1 -
73:5
**referring [2]** -
Vol. 1 - 40:1,
66:18
**reflect [5]** -
Vol. 1 - 13:11,
18:8, 55:14,
55:20, 73:8
**reflects** Vol. 1 -
13:9
**reframe** Vol. 1 -
85:4

**regard** Vol. 1 -
67:23
**regardless [2]** -
Vol. 1 - 78:14,
78:18
**register** Vol. 1 -
32:1
**registered [11]** -
Vol. 1 - 1:19,
1:20, 2:18, 15:8,
15:13, 15:19,
15:23, 16:9,
19:11, 98:24,
98:25
**regular** Vol. 1 -
31:3
**relating [2]** -
Vol. 1 - 48:22,
48:25
**relative** Vol. 1 -
98:17
**relevance** Vol. 1 -
61:6
**relevancy** Vol. 1 -
61:6
**relevant [3]** -
Vol. 1 - 61:3,
86:2, 86:15
**remarks** Vol. 1 -
70:3
**remembering**
Vol. 1 - 31:18
**remembers** Vol. 1 -
51:15
**rep** Vol. 1 - 62:5
**repeat [4]** -
Vol. 1 - 5:21,
8:23, 9:1, 34:11
**repeated [2]** -
Vol. 1 - 34:19,
34:21
**rephrase [5]** -
Vol. 1 - 5:19,
5:20, 19:22,
22:13, 46:10, 56:3
**reply** Vol. 1 -
34:18
**report [2]** -
Vol. 1 - 3:10,
68:18
**reported** Vol. 1 -
68:8
**reporter [9]** -
Vol. 1 - 1:19,
1:20, 2:19, 5:12,
5:20, 49:4, 91:25,
98:24, 98:24
**representation**
Vol. 1 - 62:22
**representative**
Vol. 1 - 61:22
**representing**
Vol. 1 - 4:8
**request [3]** -
Vol. 1 - 34:11,
49:4, 61:11
**requires** Vol. 1 -
85:12
**reserve** Vol. 1 -
86:13
**reserved [2]** -
Vol. 1 - 2:22,
98:14
**respect** Vol. 1 -
59:22
**respond [3]** -
Vol. 1 - 5:11,
7:3, 78:17
**responded** Vol. 1 -
72:25
**response [4]** -
Vol. 1 - 17:4,
17:13, 68:14, 79:11
**responses** Vol. 1 -
5:8
**rest** Vol. 1 -
85:15
**restrict** Vol. 1 -
84:23
**restricting**
Vol. 1 - 59:6
**result [2]** -
Vol. 1 - 28:20,
78:6
**retaliation**
Vol. 1 - 69:25
**return [5]** -
Vol. 1 - 31:22,
59:24, 59:21,
59:24, 60:3
**returned** Vol. 1 -
60:2
**returning [4]** -
Vol. 1 - 61:18,
61:22, 89:10,
89:20
**review [4]** -
Vol. 1 - 5:6,
5:25, 33:7, 98:15
**reviewed** Vol. 1 -
6:15

103

reviewing  Vol. 1 -
6:13
Reviews [4] -
Vol. 1 - 25:10,
52:10, 58:8, 70:24
█████  Vol. 1 -
RMR  Vol. 1 - 98:7
Road  Vol. 1 - 2:7
room [11]  Vol. 1 -
3:9, 13:10, 16:8,
24:1, 27:24, 32:2,
32:3, 33:22, 47:9,
79:18, 81:22
Route  Vol. 1 -
1:21
row [11] - Vol. 1 -
13:5, 14:16,
14:22, 15:11, 15:2,
15:4, 18:6, 32:21,
33:25, 34:1, 64:13
rule  Vol. 1 - 82:4
rules  Vol. 1 - 5:6
run [2] - Vol. 1 -
64:25, 67:22
Ruth [5] - Vol. 1 -
1:19, 2:18, 91:25,
98:7, 98:23

## S

sat  Vol. 1 - 13:4
saying [11] -
Vol. 1 - 12:1,
35:1, 42:21,
50:16, 54:24,
57:10, 78:12,
78:15, 81:21,
82:4, 82:15
says [4] - Vol. 1 -
25:21, 26:2,
53:20, 54:23
schedule [2] -
Vol. 1 - 9:6,
37:23
Schools [2] -
Vol. 1 - 1:7, 7:22
science  Vol. 1 -
7:10
scope [2] - Vol. 1 -
60:22, 61:7
seat [5] - Vol. 1 -
13:5, 17:24, 19:1,
23:12, 23:24
seated  Vol. 1 -
47:10
seating [32] -
Vol. 1 - 3:9,
10:22, 10:24,
11:7, 12:14,
12:18, 12:21,
13:1, 13:17, 14:4,
17:20, 19:24,
21:10, 22:22,
23:6, 23:7, 23:20,
24:7, 24:10,
24:24, 25:22,
32:23, 45:21,
45:25, 46:3, 46:6,
46:12, 46:13,
46:23, 46:24,
47:1, 47:8
seats [7] - Vol. 1 -
15:11, 15:21,
20:10, 46:20,
47:12, 47:17,
47:23
secondary  Vol. 1 -
7:12
seconds  Vol. 1 -
84:8
secretaries
Vol. 1 - 36:17
secretary  Vol. 1 -
32:17
section [3] -
Vol. 1 - 28:10,
36:6, 36:13
seeing  Vol. 1 -
38:7
seemed  Vol. 1 -
41:7, 41:15
sending  Vol. 1 -
37:13
senior [2] -
Vol. 1 - 35:23,
64:1
seniors  Vol. 1 -
10:6
sent [4] - Vol. 1 -
33:16, 38:17,
44:24, 71:13
separate  Vol. 1 -
36:18
separated  Vol. 1 -
21:15
September [5] -

Vol. 1 - 9:14,
12:15, 47:15,
48:9, 48:13
serious [3] -
Vol. 1 - 87:8,
87:14, 87:25
Services [2] -
Vol. 1 - 2:2, 4:8
Seven  Vol. 1 -
93:5
se█  Vol. 1 - 10:1
S██  [3] -
Vol. 1 - 15:17,
20:12, 21:4
shake [2] -
Vol. 1 - 5:13,
27:13
share [2] - Vol. 1 -
36:15, 50:11
shared [2] -
Vol. 1 - 6:25,
50:8
she's [5] - Vol. 1 -
81:8, 55:23, 81:18,
82:7, 87:12
sheet [8] - Vol. 1 -
3:11, 33:11,
37:22, 38:2, 38:3,
48:5, 96:11, 97:1
sheet(s  Vol. 1 -
95:9
sheets  Vol. 1 -
15:16
Short [4] - Vol. 1 -
45:18, 75:5,
81:14, 84:11
shorthand  Vol. 1 -
98:9
showed  Vol. 1 -
62:10
showing  Vol. 1 -
92:6
sign-in [4] -
Vol. 1 - 3:11,
37:21, 38:2, 38:3
Signature [4] -
Vol. 1 - 3:16,
95:1, 96:25, 97:25
signed [4] -
Vol. 1 - 21:16,
31:20, 42:9, 98:21
signing  Vol. 1 -
39:1
simply [2] -
Vol. 1 - 50:12,
86:9
sitting [11] -
Vol. 1 - 13:5,
13:13, 14:16,
17:22, 22:23,
24:18, 32:19,
33:17, 33:21,
78:18, 91:23
situation [3] -
Vol. 1 - 4:20,
8:21, 82:6
six [4] - Vol. 1 -
14:25, 15:3,
15:11, 16:17
size  Vol. 1 - 9:21
skin [7] - Vol. 1 -
19:12, 20:11,
20:13, 20:16,
20:19, 21:3, 21:22
slightly  Vol. 1 -
5:15
slur [7] - Vol. 1 -
50:17, 51:3,
51:12, 76:17,
78:7, 80:11, 80:15
smoke [2] - Vol. 1 -
29:14, 30:10
social [6] -
Vol. 1 - 8:14,
72:7, 72:22, 74:7,
75:9, 85:22
somebody [4] -
Vol. 1 - 26:12,
40:15, 61:1, 88:8
someone [9] -
Vol. 1 - 16:21,
17:5, 23:2, 43:17,
43:24, 50:9,
74:15, 80:9, 80:24
sometime  Vol. 1 -
48:12
somewhere  Vol. 1 -
72:16
son [8] - Vol. 1 - 4:8
sorry [8] - Vol. 1 -
25:15, 40:6,
62:12, 63:1,
66:11, 70:5, 77:9,
87:11
sought  Vol. 1 -
28:9
sounds  Vol. 1 -
21:3
space  Vol. 1 -

21:13
Spagnoli [93] -
Vol. 1 - 2:5, 3:4,
4:16, 6:23, 8:5,
10:10, 11:18,
11:22, 12:2, 12:9,
12:13, 13:11,
13:3, 18:8, 20:3,
20:15, 21:6,
21:25, 23:9, 24:2,
25:11, 31:7,
31:10, 35:24,
36:20, 36:25,
39:3, 39:9, 39:12,
39:25, 40:4, 40:6,
41:2, 41:22,
43:13, 45:10,
45:15, 46:8,
46:13, 48:21,
50:7, 53:18,
53:22, 54:15,
55:4, 55:9, 55:16,
55:22, 56:9,
56:15, 57:13,
59:6, 59:9, 60:18,
61:5, 62:15, 63:5,
63:8, 63:10,
63:20, 66:11,
67:4, 73:8, 73:11,
73:13, 74:19,
78:8, 78:20,
79:14, 80:5, 80:8,
80:16, 81:3, 81:7,
81:12, 81:15,
81:25, 83:14,
83:25, 84:10,
84:22, 85:3, 85:8,
85:11, 86:3, 86:6,
87:1, 90:2, 90:22,
91:4, 91:9, 91:12,
93:24
speak [18] -
Vol. 1 - 5:15,
17:1, 27:5, 43:24,
45:24, 49:11,
58:25, 59:13,
67:24, 69:1, 72:7,
73:24, 74:5, 74:8,
77:17, 79:5, 80:1,
81:7
speaking [4] -
Vol. 1 - 55:7,
37:12, 41:20,
65:4
specific [3] -
Vol. 1 - 58:5,
79:1, 90:15
specifically [5] -
Vol. 1 - 37:2,
54:18, 63:2,
67:19, 82:5
specify [4] -
Vol. 1 - 39:15,
36:21, 39:25, 85:6
speculate  Vol. 1 -
88:9
S██  [21] -
Vol. 1 - 1:3, 4:8,
9:11, 42:12, 43:1,
45:2, 45:4, 49:13,
49:19, 51:11,
52:18, 54:15,
55:21, 57:11,
72:16, 83:12,
87:9, 88:3, 88:15,
, 93:14
spoke [5] - Vol. 1 -
43:2, 49:15,
50:16, 50:21, 74:1
spots  Vol. 1 -
20:20
square  Vol. 1 -
18:10
squares [3] -
Vol. 1 - 47:25,
48:2, 48:3
staff  Vol. 1 - 4:7
standpoint  Vol. 1 -
24:14
start [3] - Vol. 1 -
12:12, 31:10,
91:15
started [4] -
Vol. 1 - 47:1,
7:7, 82:23, 92:7
starting [3] -
Vol. 1 - 7:16,
7:17, 9:4
state [6] - Vol. 1 -
12:10, 7:9, 36:25,
86:16, 95:16, 98:3
statement [2] -
Vol. 1 - 6:17,
22:12
statements [4] -
Vol. 1 - 6:9,
52:6, 64:9, 64:11
STATES  Vol. 1 -
1:1

stenographer [6] -
Vol. 1 - 4:22,
51:6, 9:2, 11:15,
66:14, 79:9
step [4] - Vol. 1 -
78:23, 78:25,
79:3, 79:17, 81:12
steps  Vol. 1 -
76:24
stickered  Vol. 1 -
11:23
stipulated  Vol. 1 -
2:14
stop [2] - Vol. 1 -
76:23, 85:13
stopped [4] -
Vol. 1 - 40:15,
52:13, 52:18,
56:17
stopping [2] -
Vol. 1 - 51:21,
52:16
strategies  Vol. 1 -
27:12
street [4] -
Vol. 1 - 2:3,
64:13, 66:7, 70:2
strike [4] -
Vol. 1 - 16:17,
17:7, 57:21, 76:7
student [33] -
Vol. 1 - 3:11,
3:13, 14:15,
14:22, 15:15,
15:22, 17:1,
17:22, 18:1,
18:23, 22:5,
22:10, 22:17,
22:18, 22:23,
23:15, 23:18,
25:1, 29:11,
37:23, 38:3,
40:13, 45:23,
57:23, 58:10,
65:17, 66:1,
66:21, 67:2,
69:19, 92:9
student's  Vol. 1 -
10:9, 10:14, 13:2,
14:11, 14:18,
15:2, 15:12,
15:12, 16:1, 16:6,
16:12, 16:20,
16:23, 19:15,
19:18, 19:20,
20:13, 20:17,
20:17, 20:18,
21:22, 21:10,
21:11, 21:12,
21:13, 21:14,
21:22, 22:11,
22:14, 22:15,
23:8, 24:2,
24:15, 24:15,
28:5, 28:24, 30:7,
30:19, 32:7,
32:18, 36:7,
36:13, 39:1,
40:19, 41:4,
45:22, 47:10,
47:16, 47:22,
64:17, 65:4,
65:6, 65:8, 68:1,
69:14, 69:17,
75:20, 77:5
stuff [3] - Vol. 1 -
31:18, 35:10, 68:5
sub  Vol. 1 - 7:20
Subscribed  Vol. 1 -
95:21
subsequent [6] -
Vol. 1 - 49:12,
59:13, 64:2,
71:13, 71:18, 72:1
suggesting  Vol. 1 -
86:8
suggestions [2] -
Vol. 1 - 68:11,
68:15
Suite  Vol. 1 - 2:3
sum  Vol. 1 - 70:2
summarize  Vol. 1 -
80:4
summary  Vol. 1 -
27:12
superintendent
[2] - Vol. 1 - 1:7,
58:22
superintendent's
[15] - Vol. 1 -
4:24, 6:3, 39:16,
43:1, 51:1, 51:6,
78:18, 78:24
therefrom  Vol. 1 -

73:16, 77:8,
77:10, 89:2, 89:9
surprise [4] -
Vol. 1 - 34:9,
34:23, 50:25, 51:9
Susan [2] - Vol. 1 -
91:9, 92:13
suspended [3] -
Vol. 1 - 89:25,
90:12, 90:20
suspension [9] -
Vol. 1 - 8:12,
8:13, 59:25,
72:11, 88:22,
90:11, 90:21,
91:2, 91:13
Susquehanna
Vol. 1 - 1:21
switched [2] -
Vol. 1 - 17:23,
77:13
sworn [3] - Vol. 1 -
4:3, 95:21, 98:8
symbolize  Vol. 1 -
33:9
synopsis [3] -
Vol. 1 - 26:3,
26:8, 93:2
Syracuse [2] -
Vol. 1 - 2:7, 51:7

## T

taken [2] - Vol. 1 -
43:7, 95:5
taking [3] -
Vol. 1 - 6:17,
29:6, 92:1
Talbut  Vol. 1 -
93:1
talkative [2] -
Vol. 1 - 27:14,
27:17
teach [3] - Vol. 1 -
61:12, 75:17,
77:23
teacher [2] -
Vol. 1 - 38:16,
63:23
teachers [2] -
Vol. 1 - 59:16,
90:24
teaching [14] -
Vol. 1 - 7:14,
7:25, 17:16,
24:13, 28:20,
30:13, 40:23,
40:25, 41:3, 60:6,
60:10, 60:16,
60:25, 61:2
telling [8] -
Vol. 1 - 39:20,
51:21, 55:14,
55:20, 56:6,
57:21, 85:1, 88:9
ten [2] - Vol. 1 -
38:21, 38:24
term [2] - Vol. 1 -
43:18, 93:15
terms [10] -
Vol. 1 - 8:17,
9:20, 10:17,
24:14, 24:14,
30:10, 78:11,
85:25, 86:20, 89:2
testified [12] -
Vol. 1 - 4:3,
42:25, 51:1,
51:10, 51:19,
55:24, 56:13,
56:17, 88:13,
89:5, 89:7, 93:14
testify [6] -
Vol. 1 - 4:12,
40:9, 54:15,
67:15, 82:16,
95:22
testifying [5] -
Vol. 1 - 39:15,
39:22, 53:19,
73:15, 92:11
testimony [11] -
Vol. 1 - 2:10,
41:16, 62:4,
56:16, 71:16,
91:15, 92:6, 94:2,
95:4, 95:18
Thank [6] - Vol. 1 -
12:2, 12:13,
18:18, 40:4,
73:11, 73:12
themselves [2] -
Vol. 1 - 14:18,
21:20
there's [5] -
Vol. 1 - 24:2,
55:7, 55:18, 76:5,
78:18, 78:24

2:20
they're [5] -
Vol. 1 - 28:1,
40:23, 41:5,
55:17, 87:12
thing [4] - Vol. 1 -
9:9, 22:3, 41:21,
52:19
thinking [9] -
Vol. 1 - 14:4,
16:14, 20:7, 20:9,
52:16, 53:2,
56:18, 66:17, 88:2
third [8] - Vol. 1 -
1:23, 11:12,
12:15, 47:15,
48:8, 48:8, 48:11,
48:13
thirty  Vol. 1 -
93:5
thirty-five
Vol. 1 - 38:24
thirty-three
Vol. 1 - 38:21
though  Vol. 1 -
55:19
threatened  Vol. 1 -
69:25
threatening
Vol. 1 - 70:3
threats  Vol. 1 -
70:2
throughout  Vol. 1 -
30:20
thus  Vol. 1 -
25:23
title  Vol. 1 -
37:20
today [3] - Vol. 1 -
6:17, 90:14, 93:2
tone [2] - Vol. 1 -
35:2, 35:3
top [3] - Vol. 1 -
26:2, 37:20, 54:7
topic  Vol. 1 -
58:2
total  Vol. 1 -
70:2
toward  Vol. 1 -
87:2
Towards [2] -
Vol. 1 - 33:22,
65:15
transcript [6] -
Vol. 1 - 2:2,
40:1, 73:9, 92:1,
95:7, 98:16
transcription
Vol. 1 - 98:11
trial  Vol. 1 -
2:22
true [4] - Vol. 1 -
22:12, 31:13,
95:6, 98:12
truth  Vol. 1 -
39:20
truthfully  Vol. 1 -
4:12
turn [2] - Vol. 1 -
34:6, 54:16
turned  Vol. 1 -
69:24
two-page  Vol. 1 -
37:18

## U

uh-huh [6] -
Vol. 1 - 5:13,
14:20, 29:20,
78:4, 80:7, 85:9
ultimate  Vol. 1 -
8:12
uncomfortable [3] -
Vol. 1 - 69:3,
69:24, 88:12
understand [8] -
Vol. 1 - 4:11,
4:17, 5:19, 6:19,
10:12, 46:22,
47:18, 80:3
understanding [3] -
Vol. 1 - 60:24,
61:2, 76:16
unh-uh  Vol. 1 -
5:13
union [5] - Vol. 1 -
39:24, 61:18,
61:21, 62:5, 63:13
UNITED  Vol. 1 -
1:1
University [2] -
Vol. 1 - 7:9, 7:11
unless [3] -
Vol. 1 - 36:21,
48:23, 84:23
unnecessarily [2] -

§Vol. 1 -
85:23
unusual  Vol. 1 -
30:13
upset [2] - Vol. 1 -
68:12, 68:16
using [2] - Vol. 1 -
80:11, 98:10
usually  Vol. 1 -
40:17
utilized  Vol. 1 -
25:23

**V**

v.s  Vol. 1 - 1:3
vapor  Vol. 1 -
30:14
varied  Vol. 1 -
9:22
variety [2] -
Vol. 1 - 14:19,
27:23
Vestal [12] -
Vol. 1 - 1:6, 1:7,
1:8, 7:13, 7:25,
8:3, 8:19, 9:3,
14:18, 66:5,
77:23, 89:10
video [4] - Vol. 1 -
32:6, 34:3, 73:22,
75:12
view [2] - Vol. 1 -
87:14
▓▓▓▓▓▓ [11] -
Vol. 1 - 13:13,
13:14, 21:4, 22:2,
32:21, 37:10,
54:22, 65:16,
72:24, 76:12,
80:10
▓▓▓▓▓s [2] -
Vol. 1 - 8:14,
4
▓▓▓▓ [83] -
Vol. 1 - 9:11,
12:22, 12:25,
13:6, 13:7, 13:18,
13:20, 14:8,
15:16, 15:22,
16:3, 16:8, 16:15,
16:18, 16:23,
17:7, 17:8, 17:11,
17:21, 20:10,
20:12, 33:12,
33:16, 33:20,
34:4, 35:3, 38:13,
38:22, 39:23,
41:13, 41:20,
43:2, 43:6, 43:10,
43:23, 44:14,
44:24, 45:5,
45:22, 49:19,
50:16, 51:12,
57:17, 57:23,
59:1, 59:15,
59:19, 60:2,
61:13, 61:18,
61:22, 63:25,
64:9, 64:11,
64:22, 65:12,
65:20, 66:18,
67:10, 67:16,
67:18, 67:24,
68:11, 68:15,
69:11, 71:13,
71:20, 72:4, 72:8,
75:8, 87:9, 87:22,
88:1, 88:22, 89:5,
89:10, 89:20,
89:24, 90:19,
92:19, 92:23,
93:7, 93:15
▓▓▓▓▓▓ [6] -
Vol. 1 - 16:24,
23:21, 37:14,
56:8, 61:12, 74:7
voice [3] - Vol. 1 -
34:20, 67:13,
67:16

**W**

waived [2] -
Vol. 1 - 2:15,
2:18
walk  Vol. 1 - 38:5
walked [2] -
Vol. 1 - 31:23,
34:5
walking  Vol. 1 -
40:13
wanted [4] -
Vol. 1 - 9:4,
26:19, 71:9, 71:25
we'll [2] - Vol. 1 -

5:8, 86:12
we're [4] - Vol. 1 -
47:21, 63:18,
82:14, 91:8
we've [2] - Vol. 1 -
48:21, 48:24
week [7] - Vol. 1 -
11:12, 12:15,
47:15, 48:8, 48:9,
48:11, 48:13
weeks [2] - Vol. 1 -
12:20, 24:9
Wendy  Vol. 1 -
77:11
what's [7] -
Vol. 1 - 6:21,
7:13, 12:4, 19:24,
45:10, 48:1, 52:8
whether [15] -
Vol. 1 - 31:19,
56:1, 60:19,
69:11, 71:19,
73:5, 76:17,
78:14, 78:21,
79:1, 80:1, 80:13,
80:23, 81:8, 92:23
whole [2] - Vol. 1 -
28:12, 44:13
whom  Vol. 1 -
26:10
Willa [2] - Vol. 1 -
8:8
withdrawn  Vol. 1 -
8:9
within [8] -
Vol. 1 - 10:18,
18:24, 27:23,
28:4, 36:16,
52:17, 60:21, 61:7
witness [21] -
Vol. 1 - 1:25,
3:2, 4:2, 7:4,
13:12, 18:9, 24:4,
31:9, 40:7, 53:21,
53:24, 63:9, 80:4,
80:20, 81:11,
85:10, 87:6, 95:1,
96:25, 97:25,
98:14
witnessed [2] -
Vol. 1 - 40:21,
41:4
won't [2] - Vol. 1 -
5:14, 87:1
worth  Vol. 1 -
86:15
wouldn't [3] -
Vol. 1 - 41:20,
67:5, 83:16
write-up  Vol. 1 -
69:6
written [8] -
Vol. 1 - 6:7, 6:9,
26:3, 57:17, 67:8,
69:18, 71:4, 72:8
wrong [3] - Vol. 1 -
18:16, 52:12,
73:24
wrote [6] - Vol. 1 -
48:5, 48:12,
57:19, 58:11,
58:12, 58:16

**Y**

yeah [7] - Vol. 1 -
4:20, 5:1, 63:22,
74:21, 77:9, 80:8,
83:15
yelling  Vol. 1 -
67:10
Yep  Vol. 1 - 31:5
York [3] - Vol. 1 -
1:2, 2:3, 98:3
you'll [2] -
Vol. 1 - 84:14,
86:19
Young [118] -
Vol. 1 - 2:1, 3:3,
4:5, 4:7, 4:19,
7:5, 8:24, 9:1,
9:7, 10:15, 11:14,
11:20, 12:1, 12:3,
12:11, 12:16,
13:16, 15:5, 15:9,
18:12, 18:18,
18:21, 20:5,
20:21, 21:20,
22:4, 23:13, 24:5,
24:23, 25:5,
25:14, 31:12,
36:1, 36:23, 37:3,
37:4, 37:17, 39:6,
39:10, 39:14,
40:3, 40:11,
40:12, 41:1, 41:6,
42:2, 43:15, 45:7,
45:12, 45:19,
46:9, 46:15, 47:4,

47:5, 47:19,
47:20, 48:15,
49:3, 49:5, 50:14,
52:4, 52:7, 52:23,
54:2, 54:20, 55:7,
55:10, 55:18,
56:5, 56:11,
56:24, 57:16,
58:2, 58:5, 59:8,
59:12, 61:10,
61:25, 62:1,
62:17, 62:19,
62:20, 63:14,
63:15, 63:16,
63:21, 63:24,
66:16, 67:6,
70:21, 73:10,
73:12, 73:14,
74:21, 74:23,
75:2, 75:3, 75:6,
80:7, 80:13, 81:1,
81:21, 82:13,
83:21, 84:4, 84:6,
84:9, 84:12, 86:4,
86:11, 86:22,
87:4, 87:7, 90:5,
90:7, 90:25, 91:8,
91:24

**Vol. 1 -**
85:23
**unusual**  Vol. 1 -
30:13
**upset [2] -** Vol. 1 -
68:12, 68:16
**using [2] -** Vol. 1 -
80:11, 98:10
**usually**  Vol. 1 -
40:17
**utilized**  Vol. 1 -
25:23

---

## V

**v.s**  Vol. 1 - 1:3
**vapor**  Vol. 1 -
30:14
**varied**  Vol. 1 -
9:22
**variety [2] -**
Vol. 1 - 14:19,
27:23
**Vestal [12] -**
Vol. 1 - 1:6, 1:7,
1:8, 7:13, 7:25,
8:3, 8:19, 9:3,
14:18, 66:5,
77:23, 89:10
**video [4] -** Vol. 1 -
32:6, 34:3, 73:22,
75:12
**view [2] -** Vol. 1 -
████████████,
13:14, 21:4, 22:2,
32:21, 37:10,
54:22, 65:16,
72:24, 76:12,
80:10
████████████
Vol. 1 - 8:14,
4
**V██ [83] -**
Vol. 1 - 9:11,
12:22, 12:25,
13:6, 13:7, 13:18,
13:20, 14:8,
15:16, 15:22,
16:3, 16:8, 16:15,
16:18, 16:23,
17:7, 17:8, 17:11,
17:21, 20:10,
20:12, 33:12,
33:16, 33:20,
34:4, 35:3, 38:13,
38:22, 39:23,
41:13, 41:20,
43:2, 43:6, 43:10,
43:23, 44:14,
44:24, 45:5,
45:22, 49:19,
50:16, 51:12,
57:17, 57:23,
59:1, 59:15,
59:19, 60:2,
61:13, 61:18,
61:22, 63:25,
64:9, 64:11,
64:22, 65:12,
65:20, 66:18,
67:10, 67:16,
67:18, 67:24,
68:11, 68:15,
69:11, 71:13,
71:20, 72:14, 72:8,
75:8, 87:9, 87:22,
88:1, 88:22, 89:5,
89:10, 89:20,
89:24, 90:19,
92:19, 92:23,
93:7, 93:15
**V███s [6] -**
Vol. 1 - 16:24,
23:21, 37:14,
56:8, 61:12, 74:7
**voice [3] -** Vol. 1 -
34:20, 67:13,
67:16

---

## W

**waived [2] -**
Vol. 1 - 2:15,
2:18
**walk**  Vol. 1 - 38:5
**walked [2] -**
Vol. 1 - 31:23,
34:5
**walking**  Vol. 1 -
40:13
**wanted [4] -**
Vol. 1 - 9:4,
26:19, 71:9, 71:25
**we'll [2] -** Vol. 1 -

---

5:8, 86:12
**we're [4] -** Vol. 1 -
47:21, 63:18,
82:14, 91:8
**we've [2] -** Vol. 1 -
48:21, 48:24
**week [7] -** Vol. 1 -
11:12, 12:15,
47:15, 48:8, 48:9,
48:11, 48:13
**weeks [2] -** Vol. 1 -
12:20, 24:9
**Wendy**  Vol. 1 -
77:11
**what's [7] -**
Vol. 1 - 6:21,
7:13, 12:4, 19:24,
45:10, 48:1, 52:8
**whether [15] -**
Vol. 1 - 31:19,
56:1, 60:19,
69:11, 71:19,
73:5, 76:17,
78:14, 78:21,
79:1, 80:1, 80:13,
80:23, 81:8, 92:23
**whole [2] -** Vol. 1 -
28:12, 44:13
**whom**  Vol. 1 -
26:10
**Willa [2] -** Vol. 1 -
2:1, 4:9
**withdrawn**  Vol. 1 -
8:9
**within [8] -**
Vol. 1 - 10:18,
18:24, 27:23,
28:4, 36:16,
52:17, 60:21, 61:7
**witness [21] -**
Vol. 1 - 1:25,
3:2, 4:2, 7:4,
13:12, 18:9, 24:4,
31:9, 40:7, 53:21,
53:24, 63:9, 80:4,
80:20, 81:11,
85:10, 87:6, 95:1,
96:25, 97:25,
98:14
**witnessed [2] -**
Vol. 1 - 40:21,
41:4
**won't [2] -** Vol. 1 -
5:14, 87:1
**worth**  Vol. 1 -
86:15
**wouldn't [3] -**
Vol. 1 - 41:20,
67:5, 83:16
**write-up**  Vol. 1 -
69:6
**written [8] -**
Vol. 1 - 6:7, 6:9,
26:3, 57:17, 67:8,
69:18, 71:4, 72:8
**wrong [3] -** Vol. 1 -
18:16, 52:12,
73:24
**wrote [6] -** Vol. 1 -
48:5, 48:12,
57:19, 58:11,
58:12, 58:16

---

## Y

**yeah [7] -** Vol. 1 -
4:20, 5:1, 63:22,
74:21, 77:9, 80:8,
83:15
**yelling**  Vol. 1 -
67:10
**Yep**  Vol. 1 - 31:5
**York [3] -** Vol. 1 -
1:2, 2:3, 98:3
**you'll [2] -**
Vol. 1 - 84:14,
86:19
**Young [118] -**
Vol. 1 - 2:1, 3:3,
4:5, 4:7, 4:19,
7:5, 8:24, 9:1,
9:7, 10:15, 11:14,
11:20, 12:1, 12:3,
12:11, 12:16,
13:16, 15:5, 15:9,
18:12, 18:18,
18:21, 20:5,
20:21, 21:20,
22:4, 23:13, 24:5,
24:23, 25:5,
25:14, 31:12,
36:1, 36:23, 37:3,
37:4, 37:17, 39:6,
39:10, 39:14,
40:3, 40:11,
40:12, 41:1, 41:6,
42:2, 43:15, 45:7,
45:12, 45:19,
46:9, 46:15, 47:4,

---

47:5, 47:19,
47:20, 48:15,
49:3, 49:5, 50:14,
52:4, 52:7, 52:23,
54:2, 54:20, 55:7,
55:10, 55:18,
56:5, 56:11,
56:24, 57:16,
58:2, 58:5, 59:8,
59:12, 61:10,
61:25, 62:1,
62:17, 62:19,
62:20, 63:14,
63:15, 63:16,
63:21, 63:24,
66:16, 67:6,
70:21, 73:10,
73:12, 73:14,
74:21, 74:23,
75:2, 75:3, 75:6,
80:7, 80:13, 81:1,
81:21, 82:13,
83:21, 84:4, 84:6,
84:9, 84:12, 86:4,
86:11, 86:22,
87:4, 87:7, 90:5,
90:7, 90:25, 91:8,
91:24

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**DEBRA SPERO, as Natural Mother of**
**V.S., an infant,**

                Plaintiffs,

    v.

| |
|---|
| **ERRATA TO TRANSCRIPT OF DEPOSITION OF KATHARINE DYER**<br><br>Civil Action No.: 3:17-cv-00007 |

**VESTAL CENTRAL SCHOOL DISTRICT**
**BOARD OF EDUCATION, VESTAL CENTRAL**
**SCHOOL DISTRICT, JEFFREY AHEARN,**
**Superintendent of Schools, ALBERT A. PENNA,**
**Interim Principal of Vestal High School,**
**DEBORAH CADDICK and CLIFFORD KASSON,**
**in their Individual and Official Capacities,**

                Defendants,

Please find below the errata to the transcript of my deposition conducted January 25, 2019:

| Page(s) and line(s) | Original text | Correction | Reason for change |
|---|---|---|---|
| 45:6 | Correct. | I don't recall. | During the deposition I realized - and testified - that I did not remember if I had mentioned Mrs. Spero's claim (that Vincent said I had used the n-word) to Ms. Caddick during a conversation with Ms. Caddick the same day, or if the first time I mentioned it to her was later.  See my testimony at pages 52 and 88. |
| 50:19 | I told her that his mother said that. | I don't recall if I told her that then. | Same. |
| 50:24 | Yes. | I don't recall if I told her that then. | Same. |

| 51:21-22 | I recall stopping by and telling her on my way out about our phone conversation. | I don't recall if I told her that before December 14th. | Same. |
| 51:24 | Yes. | I don't recall. | Same. |
| 56:17-23 | No, I testified that I stopped in after school to see her. And I incorrectly was thinking that was the 22nd. But I'm sure it was on December 1st because that's the day she asked me to write up what happened, and I emailed it to her the night of December 1st about the events on December 1st. | No, I testified that I stopped in after school to see her. And I incorrectly was thinking that was the 22nd. But I'm sure the day I stopped in after school to see her was December 1st because that's the day she asked me to write up what happened, and I emailed it to her the night of December 1st about the events on December 1st. I do not remember when I first told her about Mrs. Spero's claim that Vincent said I used the n-word. | Clarifying answer to make it clear what I was saying happened on December 1, 2016. |

_(signature)_
KATHARINE DYER

Sworn to before me this 4
day of April, 2019.

_(signature)_
Notary public

DONNA J HARRINGTON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01HA6018733
QUALIFIED IN BROOME COUNTY
COMMISSION EXPIRES JANUARY 19, 2023