GG

```
 1                                              1
 2   UNITED STATES DISTRICT COURT
 3   NORTHERN DISTRICT OF NEW YORK
 4   ----------------------------------------------------------
 5    DEBRA SPERO, as Natural Mother of
     V.S., an infant,
 6
               Plaintiff,
 7
 8       -vs-                    No. 3:17-cv-00007
 9   VESTAL CENTRAL SCHOOL DISTRICT
     BOARD OF EDUCATION; VESTAL CENTRAL
10   SCHOOL DISTRICT; JEFFREY AHEARN,
     Superintendent of Schools;
11   ALBERT A. PENNA, Interim Principal of
     Vestal High School; DEBORAH CADDICK
12   and CLIFFORD KASSON, in their Individual
     and Official Capacities,
13
               Defendants.
14
     ----------------------------------------------------------
15                   Examination Before Trial of
16                   ██████████████    held at the Broome County
17                   Office Building, Binghamton, New York,
18                   on January 18, 2019, at 10:00 a.m.,
19                   before LAURA HR FARMER, Registered Merit
20                   Reporter, Certified Realtime Reporter,
21                   and Notary Public in and for the State
22                   of New York.
23
24
     Job No. CS3175533
25
```

```
1                                                      2
2     APPEARANCES:
3
4     For the Plaintiff:
5           LEGAL SERVICES OF CENTRAL NEW YORK
            Attorneys at Law
6           221 South Warren Street
            Suite 300
7           Syracuse, New York 13202
            (315) 703-6500
8           wpayne@lscny.org
            BY:  WILLA S. PAYNE, ESQ.
9                JOSH COTTER, ESQ.
10
      For the Defendants:
11
            THE LAW FIRM OF FRANK W. MILLER
12          Attorneys at Law
            6575 Kirkville Road
13          East Syracuse, New York 13057
            (315) 234-9900
14          cspagnoli@fwmillerlawfirm.com
            BY:  CHARLES C. SPAGNOLI, ESQ.
15
16    Also Appearing:
17          Debra Spero
            Albert A. Penna
18          Clifford Kasson
19               *           *           *
20
21
22
23
24
25
```

```
 1                                                    3

 2                       I N D E X

 3              E X A M I N A T I O N S

 4

 5   Witness                              Page

 6   ██████████████

 7

 8   EXAMINATION BY MR. SPAGNOLI              7

 9

10

11

12                   E X H I B I T S

13
```

| No. | Description | Page |
|-----|-------------|------|
| Exhibit 1 | Handbook Receipt | 17 |
| Exhibit 2 | Student Information Form | 18 |
| Exhibit 3 | Diagram | 32 |
| Exhibit 4 | Letter, 12/5/16 | 49 |
| Exhibit 5 | Letter, 12/2/15 | 65 |
| Exhibit 6 | DVD | 68 |
| Exhibit 7 | Twitter Screenshots | 87 |
| Exhibit 8 | Letter, 12/9/16 | 113 |
| Exhibit 9 | Notice of Hearing | 114 |
| Exhibit 10 | Text Screenshots | 116 |
| Exhibit 11 | Photographs | 123 |

4

Exhibit 12  Hearing Decision                128

Exhibit 13  Notice                          128

Exhibit 14  Letter, 3/14/17                 128

Exhibit 15  Student Disciplinary Report     131

Exhibit 16  Student Disciplinary Report     150

Exhibit 17  Registration Info               165

Exhibit 18  Information Checklist            166

                    *              *              *

```
1                                                      5
2                    R E Q U E S T S
3
   Page 79, Line 23
4        Q.    You don't recall if there was a selfie in the
   story, correct?
5        A.    I might have it still.
         Q.    If you do have it, would you provide it to
6  your attorneys?
7  Page 80, Line 21
         Q.    As you sit here today, can you testify with
8  any certainty as to whether there was a selfie of you
   and your girlfriend as part of your Snapchat story on
9  December 8, 2016?
         A.    Yes.
10                       MR. SPAGNOLI:  Counsel, I'm going
                    to ask that that be produced.
11
   Page 153, Line 22
12       Q.    Do you still have that picture?
         A.    I might.  It was sent to me through Twitter.
13 So I might.
                         MR. SPAGNOLI:  Again, I make a
14                  request for that.  I'll put it in
                    writing.
15
16
                    *            *            *
17
18
19
20
21
22
23
24
25
```

6

1

2            IT IS HEREBY STIPULATED by and

3       between counsel for the respective

4       parties that this Deposition is to be

5       held pursuant to the provisions of the

6       Federal Rules and Procedures; that the

7       presence of a Referee is waived; that

8       the signing and filing of the transcript

9       is NOT waived; that the witness may be

10      sworn by LAURA HR FARMER, Registered

11      Merit Reporter, Certified Realtime

12      Reporter and Notary Public in and for

13      the State of New York; and that all

14      objections, except those as to form, are

15      reserved until the time of the trial.

16

17           *              *              *

18           MR. SPAGNOLI:  In an off-the-record

19      discussion, counsel for all parties

20      indicated that we are reserving

21      objections except as to form until

22      trial.  Mr. Cotter, would you like to

23      explain to your client his option about

24      reading and signing?

25           MR. COTTER:  Yes.

1                                      ███████████        7

2                      Vinny, after the deposition there

3                 will be a transcript produced.  You can

4                 read that transcript and make

5                 corrections and submit them to

6                 Mr. Spagnoli and defendants' counsel if

7                 you choose to.  If you don't, then the

8                 transcript as created will become the

9                 record.

10                     THE WITNESS:  Okay.  That sounds

11                good.

12                     MR. COTTER:  Do you want to read

13                and sign or allow the transcript --

14                     THE WITNESS:  I'll read and sign.

15    V I N C E N T   S P E R O, having been called as a

16    witness, being duly sworn, testified as follows:

17

18    EXAMINATION BY MR. SPAGNOLI:

19        Q.   Will you state your name for the record,

20    please.

21        A.   My name's ████████  ████████  S███.

22        Q.   ████████  I know you've testified in at least

23    one proceeding before.  I'm going to go over some ground

24    rules for you.  The first thing is, when I ask you a

25    question, please wait until I've finished actually

8

1
2  asking the question before you start your answer,
3  because if we overlap, it's hard to keep a clear
4  transcript, all right?
5       A.   Okay.
6       Q.   When you are answering a question, if the
7  answer is "yes" or "no" or "correct" or "incorrect,"
8  please say the word aloud as opposed to shaking your
9  head or nodding your head or making noises like "uh-huh"
10 because it's hard to keep a clear transcript of that,
11 okay?
12      A.   Okay.
13      Q.   I'm not trying to trick you or confuse you
14 with my questions.  If, at any time, I ask you a
15 question that you just don't understand what I'm asking,
16 let me know and I'll try to clear it up, okay?
17      A.   Okay.
18      Q.   And if I ask you a question and you answer
19 it, is it fair for me to assume you've understood the
20 question?
21      A.   Yes.
22      Q.   This is one question I ask of everybody that
23 I take a deposition of and that has nothing to do with
24 you personally.  Are you under the influence of any
25 medications or suffering from any conditions that would

```
 1                            ███████              9
 2    interfere with your ability to recall things or to
 3    testify at this deposition?
 4         A.    No.
 5         Q.    This is not an endurance contest.  So if at
 6    any time you need to take a break, use the bathroom, get
 7    a drink of water, whatever, let me know and we can do
 8    that, all right?
 9         A.    Yes.
10         Q.    The only exception is, if I have a question
11    pending before you, you have to answer the question
12    before we take a break unless you need to discuss with
13    your counsel a question going to attorney/client
14    privilege, all right?
15         A.    Okay.
16         Q.    What's your date of birth?
17         A.    July 8, 1999.
18         Q.    What's your address?
19         A.    ███████████, Vestal, New York.
20         Q.    How long have you lived there?
21         A.    About three and a half, four years.
22         Q.    Are you currently enrolled in any school?
23         A.    Yes.
24         Q.    Where is that?
25         A.    SUNY Broome.
```

1             ████████████

2       Q.     That's Broome Community College?

3       A.     Yes.

4       Q.     When did you enroll in Broome Community

5 College?

6       A.     I was enrolled from last semester.

7       Q.     So starting in September of 2018?

8       A.     It was January of 2018.

9       Q.     Are you enrolled in a particular program or

10 course of study at Broome Community College?

11       A.     Yes.

12       Q.     What is that?

13       A.     Business management.

14       Q.     What degree are you pursuing at Broome

15 Community College?

16       A.     My associate's, to transfer.

17       Q.     When is your associate's program scheduled to

18 be completed?

19       A.     2022.

20       Q.     When you said you are planning to transfer,

21 is that a transfer to complete the associate's program

22 or a transfer to pursue some other program?

23       A.     To pursue another four-year program.

24       Q.     Do you have any idea where you would like to

25 transfer?

11

1
 

2     A.    No.

3     Q.    What sort of program are you planning to

4  transfer to?

5     A.    Can you please restate your question?

6     Q.    Well, you're in an associate's program for

7  business management now and you indicated that you would

8  like to transfer at the end of that program to start a

9  different program somewhere else.  What are you

10 transferring to do?

11    A.    I'll continue with business, but I'll

12 transfer to another school because they only offer a

13 two-year program for business.

14    Q.    Before you said it's scheduled to complete in

15 2022?

16    A.    Yes.

17    Q.    Are you going part-time?

18    A.    No, full-time.

19    Q.    Explain to me how a two-year program leads to

20 you being at Broome Community College until 2022?

21    A.    That's just on my sheet.  That's when I'm

22 scheduled to graduate from SUNY Broome.

23    Q.    Are you going on to try to get a master's in

24 business management?

25    A.    No.

```
 1                          ███████████              12
 2        Q.    When you first enrolled at Broome Community
 3   College, was it in the business management program?
 4        A.    No, it was not.
 5        Q.    When you first enrolled in Broome Community
 6   College, what program were you enrolled in?
 7        A.    The health sciences -- health studies.
 8        Q.    What degree were you pursuing in that
 9   program?
10        A.    It was an associate's.
11        Q.    Did you complete that program?
12        A.    No.
13        Q.    Why not?
14        A.    My father passed away due to complications in
15   the hospital, so I switched my degree because I can't be
16   around like, the health.  It bothers me.  It upsets me.
17        Q.    Please accept my condolences.  I did not know
18   that.
19        A.    Thank you.
20        Q.    Did you take some time off between starting
21   the first program at Broome Community College and
22   starting this program?
23        A.    Yeah, the dean gave me a retroactive
24   withdrawal and I started back this year.  I took a year
25   just to work.  Just to kind of worry about myself and my
```

1                          ████████

2      mom and my sisters.

3           Q.     When did you stop attending Broome Community

4      College and then when did you restart?

5           A.     By the first weekend in March my dad got sick

6      and he ended up passing a week later, so like in March I

7      stopped going.

8           Q.     March of 2018?

9           A.     Yes.

10          Q.     When did you restart?

11          A.     I haven't gone back yet.  I will start back

12     the 28th of this month, January.

13          Q.     Did you complete a high school course of

14     study?

15          A.     I did my TSC test, which is like a GED.

16          Q.     TSC, right?

17          A.     Yes.

18          Q.     When did you obtain your TSC?

19          A.     October of 2018.

20          Q.     Of course, this litigation is about your

21     suspension from the Vestal Central School District, and

22     you know the suspension I'm referring to?

23          A.     Yes.

24          Q.     Did you ever return to attendance at Vestal

25     Central School District after the suspension?

14

1   ██████████████

2       A.    There was my first initial suspension, and

3   sometime in January I was allowed back in school from

4   the actual suspension, from the superintendent's hearing

5   was over.

6       Q.    Let me restate it.  Following the 18-month

7   suspension that you received from the Vestal Central

8   School District, did you ever return from suspension to

9   the Vestal Central School District?

10      A.    No.

11      Q.    Are you currently employed?

12      A.    Yes.

13      Q.    What do you do?

14      A.    I work at the Binghamton Rumble Ponies.

15      Q.    What is the Binghamton Rumble Ponies?

16      A.    It's like an double-A baseball team.  It's

17  like the New York Mets.

18      Q.    It's a feeder team?

19      A.    Yes.  Like a farmer's league.

20      Q.    What do you do for the Binghamton Rumble

21  Ponies?

22      A.    Front-end associate in the front end.  If you

23  go up to the glass windows, I'll be right there, selling

24  tickets.

25      Q.    Is that what you do, sell tickets?

```
 1                    ████████████                    15
 2        A.    Yes.
 3        Q.    Please try to keep your voice up and clear.
 4   Were you living at the ██████████████████  the entire
 5   time you were at Vestal Central School District?
 6        A.    No, I was at ████████████ for the first two
 7   years until halfway through my tenth grade year.
 8        Q.    ████████████, you said?
 9        A.    Yeah.  ████████████.
10        Q.    That was for your freshman and sophomore
11   years?
12        A.    Yes.
13        Q.    Let's start with the ████████████ address.
14   Who else lived at that address while you lived there?
15        A.    For the first year, both my sisters lived
16   with me and my mom and my dad, but each of them moved
17   out and got their own place like shortly after we lived
18   there, so it ended up just being me, my mom, and my dad.
19        Q.    You said your sisters moved out of that
20   location shortly after you moved to the ████████████
21   location?
22        A.    Yes.
23        Q.    Your sisters' names are Brittany and what?
24        A.    Danielle.
25        Q.    So for most of your freshman and sophomore
```

```
1                          ███████████                  16
2    years, the only people living with you at ██████████████
3    were your parents?
4         A.    Yes.
5         Q.    With regard to ██████████████, who lived with
6    you at that location?
7         A.    Just my mom and my dad.
8         Q.    Have you ever been arrested?
9         A.    Yes.
10        Q.    What were you arrested for?
11                    MS. PAYNE:  Don't answer that.
12                    Can we go off the record for a
13              second.
14                    MR. SPAGNOLI:  If you have an
15              objection, please state that on the
16              record.
17                    MS. PAYNE:  Don't answer the
18              question.
19                    MR. SPAGNOLI:  On what grounds are
20              you not going to allow him to answer the
21              question?  It's not an attorney/client
22              privilege issue.
23                    MS. PAYNE:  I'd like to discuss it
24              off the record, so you understand the
25              context, but if you don't wish to
```

```
1                    ████████████                    17
2                    discuss it off the record, it's a
3                    juvenile adjudication.  It's not
4                    admissible in court.  I don't know if it
5                    counts as an arrest.  Putting it on the
6                    record totally defeats the purpose of it
7                    being a juvenile adjudication.  It's not
8                    a conviction.
9   BY MR. SPAGNOLI:
10       Q.    Let me ask you a different question.  Have
11  you been arrested since you turned 18?
12       A.    No.
13       Q.    Have you been charged with any crime since
14  you turned 18?
15       A.    No.
16       Q.    Have you -- I guess you haven't been
17  convicted of any crimes since you turned 18, correct?
18       A.    No.
19       Q.    Correct?
20       A.    Correct.
21                    (Exhibit 1, Handbook Receipt,
22                    marked for identification, this date.)
23  BY MR. SPAGNOLI:
24       Q.    Mr. Spero, I'm showing you what's been marked
25  for identification as Exhibit 1 in this deposition.
```

1                          ██████████████                    18

2      Does your signature appear on this document?

3           A.    Yes.

4           Q.    At the top of the document, it states "Vestal

5      High School Student Handbook/Code of Conduct &

6      Responsible Technology Use Agreement Verification Form."

7      Did I read that correctly?

8           A.    Yes.

9           Q.    On or about September 7, 2016, did you

10     receive copies of a student handbook/code of conduct and

11     responsible technology use agreement?

12          A.    Yes.

13                         (Exhibit 2, Student Information

14                          Form, marked for identification, this

15                          date.)

16     BY MR. SPAGNOLI:

17          Q.    ████████    I'm showing you what's been marked

18     for this deposition's purposes as Exhibit 2.  Does this

19     document bear your handwriting?

20          A.    Yes.

21          Q.    Is that your signature at the top right of

22     the page?

23          A.    Yes.

24          Q.    Is this a document you were presented toward

25     the beginning of your senior year?

19

1                          ██████████

2         A.      I don't recall, but...

3         Q.      Under the number 1 -- strike that.

4                 You notice there are boxes in the top center

5    of the page?

6         A.      Yes.

7         Q.      Looking at those boxes, there are course

8    names listed for 9th, 10th, and 11th grades; do you see

9    that?

10        A.      Yes.

11        Q.      Do those reflect courses you took in 9th,

12   10th, and 11th grades?

13        A.      Yes.

14        Q.      Under "How did the year go," you have an

15   entry for each of those, correct?

16        A.      Yes.

17        Q.      Does that refresh your recollection as to

18   whether you filled out this document in your senior

19   year?

20        A.      I don't recall when I did it, but I recall,

21   like, this document.

22        Q.      But the fact that you, for example, filled

23   out that geometry/trigonometry II in 11th grade, "the

24   year went great," does that refresh your recollection as

25   to whether this is a document you filled out in your

20

senior year?

    A.   I don't recall when, but I recall the document.

    Q.   Under the first question, "How would you describe yourself?"

    A.   I put, "Fun.  Outgoing when I care about you. When I don't, I can become cold."  And I put "high energy frequency."

    Q.   Who do you mean when you say you "can become cold"?

    A.   I can just like -- just nothing.  Just like blank, kind of.  Just, like -- just quiet, you know?

    Q.   You made the claim that your senior year math teacher was Ms. Dyer, correct?

    A.   Yes.

    Q.   Dyer is D-Y-E-R, correct?

    A.   Yes.

    Q.   You made the claim that Ms. Dyer segregated seating arrangements in her room according to color; is that your claim?

    A.   Yes.

    Q.   The first time you claim she did this was in September of 2016, correct?

    A.   I don't recall the exact date, but it was

```
 1                        ████████████                    21
 2     like the first month in school.
 3          Q.     School at Vestal School District did start in
 4     September, correct?
 5          A.     Yes.
 6          Q.     Can you tell us who was seated where in the
 7     classroom at that time?
 8          A.     It was me -- I was in the back close to the
 9     window.  All the minorities.  It was me.  ████████ was to
10     my left, behind me was ██████████ and ███████████.
11     And ████████████ was in the seat right to the -- next to
12     them, and that's kind of in the middle.
13          Q.     Is it your testimony that those are all the
14     students of color that were in Ms. Dyer's class at that
15     time?
16          A.     Yes.
17          Q.     How long were the seats kept in that
18     arrangement?
19          A.     A few days.  I went and made a report and
20     they were changed shortly after.
21          Q.     Do you claim that you made a statement to
22     Ms. Dyer to the effect of "separate is not equal" at
23     that time?
24          A.     Yes, I did.
25          Q.     Did she, at some point, tell you that she did
```

1     ███████████████

2     not choose seats by race?

3          A.    She did, like in the middle of class.

4          Q.    What exactly did she say?

5          A.    I don't recall.

6          Q.    She did ultimately change the seating

7     arrangements within a few days, correct?

8          A.    I made a report to the principal.

9          Q.    How did she change the seating arrangement?

10         A.    She moved the kids behind me to the front of

11    the room, and then ██████ to the opposite side of the

12    room, and me and ████████ stayed in our seats.

13         Q.    When you say she moved the kids behind you to

14    the front of the room, are you talking about

15    ████████████ and ██████████████

16         A.    Yes.  She moved them to the front of the

17    room, in front of her desk.

18         Q.    You are defining the front of the room as the

19    side of the desks closest to the teacher's desk?

20         A.    Yes.

21         Q.    And the back of the room, if you are facing

22    the teacher, the back of the room would be --

23         A.    All the way to the wall.

24         Q.    There were only three rows of desks between

25    the teacher and the back of the room, correct?

```
 1                          ███████████                       23
 2        A.    I'm not sure.  I think there was more than
 3   that.
 4        Q.    How many do you think there were?
 5        A.    Like five or six.  There was a lot of desks
 6   in that room.
 7        Q.    When was the next time that Ms. Dyer
 8   segregated students by race in her seating arrangements?
 9        A.    That was the only time.  I made the report.
10        Q.    When is the next time she changed the seating
11   arrangements at all?
12        A.    They got changed frequently.  This class is
13   pretty rowdy.  A lot of kids talked and made disruptions
14   in that classroom.
15        Q.    How often did she change the seating
16   arrangements?
17        A.    Every couple weeks.  There is a lot of
18   friends in that class.  A lot of kids who were
19   disrupting.
20        Q.    How many students were in the class
21   altogether?
22        A.    I think 23, but I'm not sure.
23        Q.    You didn't make the claim to Ms. Dyer that
24   "separate is not equal" on the first day of class, did
25   you?
```

█████████                                              24

1

2      A.    No.  We got to choose our seats on the first

3   day of class, and then she made a seating arrangement by

4   how kids were acting.  She tried separating kids that

5   were talking.  I made the statement out loud to the kids

6   around me.

7      Q.    Try to stick to my questions.  When she first

8   changed the seating arrangement after the first day of

9   school, was that when all the students of color were

10  seated in the back, according to you?

11     A.    When she did that, that's the first time I

12  was, like, I noticed everything was, like, weird in that

13  classroom.

14     Q.    Now, you claim that you reported this issue

15  with the seating arrangement to Mr. Kasson, correct?

16     A.    Yes.

17     Q.    When did you do that?

18     A.    It was sometime in October.  We had a

19  sit-down and we talked.

20     Q.    How long after the day that you said

21  "separate is not equal" did you have the conversation

22  with Mr. Kasson?

23     A.    I'm not sure.  It was pretty, like, short

24  after.

25     Q.    Was it within a day?

```
 1                      ██████████                    25

 2        A.      I think within that week of school.  I'm not

 3   sure.

 4        Q.      How did you come to be meeting with

 5   Mr. Kasson?

 6        A.      I had a meeting with him and I brought it up

 7   in the meeting.

 8        Q.      What was the purpose of the meeting you had

 9   with Mr. Kasson?

10        A.      I'm not sure.

11        Q.      How did you come to be meeting with him?

12        A.      Like I got a little slip and I was supposed

13   to meet him at his office.

14        Q.      Who gave you the slip?

15        A.      An aide that walks around and they bring them

16   to, like, the rooms.

17        Q.      Did you ask the aide what it was about?

18        A.      No.  They just get brought around.  I didn't

19   think anything of it.

20        Q.      Did you go to Mr. Kasson's office during the

21   school day?

22        A.      Yes.  It was during that class, I'm pretty

23   sure.

24        Q.      When you say "that class," can you be more

25   specific?
```

26

1

2     A.     During my Foundations of Math class.  During

3     that period, I got the slip to go down to his office and

4     that's when I made the report.

5     Q.     When you arrived at Mr. Kasson's office, who

6     was present?

7     A.     There was two ladies in the front.  Like one

8     on the left and one on the right.  That was it.

9     Q.     Were they in the room with you when you spoke

10    to Mr. Kasson?

11    A.     No, it was just me and Mr. Kasson.

12    Q.     When you went into Mr. Kasson's office, what,

13    if anything, did he say?

14    A.     He said he was going to check in on my

15    accusations and he was asking me how the year is going,

16    how classes are, how I'm liking everything.  The usual.

17    Q.     Did he explain what accusations he was

18    referring to?

19    A.     My accusations I brought up to him about the

20    seats; about what I noticed is what I brought up to

21    Mr. Kasson.

22    Q.     This meeting is where you first reported to

23    Mr. Kasson your concern about the seating arrangements,

24    correct?

25    A.     Yes.

 1       ████████████

 2       Q.     Is it your testimony that before you made a

 3 report to Mr. Kasson about the seating arrangements, he

 4 summoned you to his office and asked you about your

 5 accusations?

 6       A.     No, it was during that meeting we had I

 7 brought them up and he asked me about that.

 8       Q.     Let's go back to the beginning of the

 9 meeting.  You walk into Mr. Kasson's office.  What did

10 he say at that point?

11       A.     I don't recall.

12       Q.     Did he tell you what the purpose of the

13 meeting was?

14       A.     He was asking about how my grades are, how

15 the classes are going this year.  Seeing how I was.

16       Q.     So you are the one who brought up the seating

17 arrangements?

18       A.     Yes.

19       Q.     What did you say to him?

20       A.     I told him, like, all the seats are

21 separated.  I felt that all the minorities were put

22 here, and I was like, all that.  And he said he was

23 going to check it out, and the next day we weren't in

24 those seats anymore.

25       Q.     Was there anything more to the discussion

1                                   ██████████                                28

2       between you and Mr. Kasson about the seating

3       arrangements in that meeting in the office?

4            A.    I believe that was it.  Just about what

5       happened.

6            Q.    When you were done with that meeting, was it

7       after the end of that class period?

8            A.    I don't recall.

9            Q.    Do you recall whether you went back to your

10      math class after the conclusion of that meeting?

11           A.    I don't recall when we got out, but I'm

12      pretty sure I went to class right after.

13           Q.    My specific question is whether you went back

14      to the math class.

15           A.    I don't recall when the meeting was over.

16           Q.    And then the next day, you attended math

17      class again?

18           A.    Yes.

19           Q.    And the seats were now in a new arrangement?

20           A.    Yes.  We were in a new arrangement, the

21      minorities in the room.

22           Q.    You don't remember anything else to do with

23      the seating arrangement between that class where you

24      spoke to Mr. Kasson and when you came into the class to

25      see the new seating arrangement?

1 ████████████                                    29

2      A.    No, I don't recall.

3      Q.    You said in your complaint by which you

4 started this lawsuit that upon information and belief,

5 Mr. Kasson did not investigate your accusation.  Are you

6 familiar with that allegation in your complaint?

7      A.    I'm not sure.

8      Q.    Do you have any basis to believe that

9 Mr. Kasson did not investigate your claim about the

10 seating arrangement?

11      A.    I'm not sure.

12      Q.    At the time you spoke to Mr. Kasson in his

13 office about the seating arrangement issue, were you

14 aware that he was the district's Dignity For All

15 Students Act coordinator?

16      A.    Yes.

17      Q.    Did you, in Ms. Dyer's math class, ever yell

18 at another student, "You belong in the back with the

19 rest of us"?

20      A.    No.

21      Q.    You also claim that other students made

22 racist comments in the hall to you, and I think your

23 prior testimony was that this happened in your freshman

24 year?

25      A.    The first day.

1                         █████████                              30

2          Q.    Did you ever report those comments to anyone?

3          A.    No, it was like a new school.  I just wanted

4     to go to school, keep my head down.

5          Q.    You also claim that you heard, apparently, a

6     hallway monitor named, ironically enough, Ms. Hall, use

7     the N-word?

8          A.    Yes.

9          Q.    You claim you heard Ms. Hall use the N-word

10    in the hallway, correct?

11         A.    Yes.

12         Q.    Did you see her speaking to someone at that

13    time?

14         A.    Yes.

15         Q.    Who was she speaking to?

16         A.    I don't know the English teacher's name, but

17    she is like right in the social studies wing.  It's the

18    door right there.  She is like an older lady with white

19    hair; spiky.

20                     MR. SPAGNOLI:  Can you read me his

21                answer?

22                     (Whereupon, the last answer given was

23                then read.)

24    BY MR. SPAGNOLI:

25         Q.    Did you report Ms. Hall's use of the N-word

31

1

2   to anyone?

3        A.    I don't believe so.  I don't remember.

4        Q.    During the period that you attended

5   Ms. Dyer's math class -- from September of 2016 until

6   early December of 2016, correct?

7        A.    Yes.

8        Q.    Did you have basically one seat that you held

9   throughout that class, or were you moved around?

10        A.    We were all moved around.

11        Q.    Do you remember where your seating location

12   was in the classroom as of November 22, 2016?  It's a

13   "yes" or "no."  Do you remember or don't you remember?

14        A.    Yes.

15        Q.    What I'd like you to do -- I see you have

16   paper and pen there.  What I'd like you to do is draw a

17   diagram of the classroom showing me where the teacher's

18   desk -- there was a whiteboard, correct?

19        A.    Yes.

20        Q.    And a projector, correct?

21        A.    Yes.

22        Q.    And student desks in the classroom?

23        A.    Yes.

24        Q.    And, of course, there was a door to the hall

25   from the classroom, correct?

1                          ████████                          32

2        A.    Yes.

3        Q.    If you can draw me a diagram showing me where

4    those things were, and we'll have that marked as an

5    exhibit.

6        A.    (Indicating).

7        Q.    Did you draw the student desks?

8        A.    (Indicating).

9        Q.    Please draw the rows in general, if you

10   would, to the best of your recollection.

11       A.    (Indicating).

12                          (Exhibit 3, Diagram, marked for

13                           identification, this date.)

14   BY MR. SPAGNOLI:

15       Q.    Let the record reflect that Mr. S███  has

16   drawn a diagram of the classroom and it's been marked as

17   Exhibit 3.

18            ████████  I believe you indicated here, you

19   have the label "my seat."  That's indicating which desk

20   you sat at?

21       A.    Yes.

22       Q.    I'm not clear which of those two desks it's

23   near that you are saying is your desk.  Can you put an X

24   on the desk?

25       A.    (Indicating).

33

1    █████████████

2      Q.    Do you remember where ███████████  desk

3  was?

4      A.    We have group work, so we have to move our

5  desks together to work together.  So we moved our seats

6  together.  He moved this desk over to mine (indicating).

7      Q.    Let the record reflect that with the words

8  right side up on the diagram, ████████  has indicated the

9  desk to the left of his; is that accurate?

10      A.    Yes.

11      Q.    You've drawn a whiteboard on the bottom of

12  the page.  Would that be the area that you think of as

13  the back of the classroom?

14      A.    Yeah, the back wall had a whiteboard, and so

15  did the wall I was against had a whiteboard also.

16      Q.    There is also a teacher's desk up towards

17  what you are calling the front of the room, correct?

18      A.    Yes, close to the window.

19      Q.    Now, the classroom in question is long and

20  narrow, correct?

21      A.    Yes.

22      Q.    It's not a square?

23      A.    No, it's like a rectangle.

24      Q.    The narrow end would be, for example, in this

25  diagram, the end with the windows, correct?

```
1                         ████████████              34
2         A.    The windows and the whiteboard (indicating).
3         Q.    And the door is also at the other narrow end,
4    correct?
5         A.    It's in the corner.  I think directly in
6    front of me in like the diagram.
7         Q.    Is it in the -- is the doorway in the wall
8    opposite the windows, or is the doorway in the wall
9    around the corner from there?
10        A.    It's the wall opposite the windows.
11        Q.    One of the narrow walls, correct?
12        A.    Yeah, with the whiteboard.
13        Q.    Now, is there a rule against vaping?
14        A.    Yes.
15        Q.    You are familiar with what vaping is,
16   correct?
17        A.    Yes.
18        Q.    Prior to November 22, 2016, had you ever
19   observed any student vaping in Ms. Dyer's classroom?
20        A.    No.
21        Q.    Now, on November 22, 2016, Ms. Dyer told
22   ████████████   to leave the classroom, correct?
23        A.    Yes.
24        Q.    Did she leave the classroom with him?
25        A.    For a second, she did.  She walked him out
```

1                    ████████████                    35

2    into the hallway.

3         Q.    Was she at some point entirely outside the

4    room?

5         A.    She stepped out because there is an aide

6    right there, and I don't know if she had the aide walk

7    him down.

8         Q.    My question was, at some point, was

9    Ms. Dyer's body outside of the room?

10        A.    No, she was in the doorway.

11        Q.    When she was in the doorway, were you at your

12   desk?

13        A.    Yes.

14        Q.    Who, if anyone, was between you and Ms. Dyer

15   at that point?

16        A.    We were in the front -- I was in the front at

17   this time.  There was no one sitting in front of me.

18   There was only someone behind me.

19        Q.    Who was next to you?

20        A.    No one was next to me.  Just ██████████ was

21   sitting behind me.  There is, like, a seat in between us

22   and she was in that back seat, and there is like a

23   cupboard and she was leaning up against the cupboard.

24        Q.    What else, if anything, was Ms. Harsh doing

25   at that point?

```
 1                          ███████████                    36
 2        A.    We were doing partner work, but I think she
 3   was just sitting there.
 4        Q.    Did you actually look back at that time and
 5   see ███████████
 6        A.    Yeah.  We were friends, so I talked to her
 7   like throughout the period.
 8        Q.    At some point, Ms. Dyer started to reenter
 9   the classroom, correct?
10        A.    Yeah.
11        Q.    And you claim that at that point, she said
12   something, correct?
13        A.    When she was, like, watching ██████ walk down
14   the hallway.
15        Q.    She wasn't turned toward the classroom when
16   she made a comment?
17        A.    She had her back up against the doorway,
18   because the hallway goes straight down to the
19   principal's office.  I could see the whole side of her
20   face and everything.
21        Q.    So there is a near side of the door and a far
22   side of the door from you, correct?
23        A.    Yes.
24        Q.    Was she leaning against the near side of the
25   door, or the far side of the door?
```

```
1                    ██████████                    37
2        A.    She was facing me.  She was facing out the
3   hallway, but I would see her whole side profile.
4        Q.    If you go out the door, was she looking left
5   or looking right?
6        A.    She was like -- it was straight in her
7   direction, but if you are walking out the door straight,
8   it was like at an angle going like -- like a little off.
9        Q.    Heading to the left?
10       A.    To the right.  If you are standing at the
11  door.  I don't know how to explain that.
12                    MS. PAYNE:  Can you explain it on
13              here?
14                    THE WITNESS:  She was standing here
15              looking out that way (indicating).
16  BY MR. SPAGNOLI:
17       Q.    Draw an arrow indicating her direction.
18       A.    I'll write that, too (indicating).  Her back
19  was like up against the wall.
20       Q.    Did she shout?
21       A.    No.
22       Q.    Did she talk in a normal level of voice?
23       A.    It was a little under her voice.
24       Q.    Kind of under her breath?
25       A.    Yes.
```

```
 1                      ███████████                        38
 2        Q.    Was it hard to hear her?
 3        A.    No, I heard her clear as day.
 4        Q.    What are you claiming Ms. Dyer said?
 5        A.    I heard Ms. Dyer say, "I'm tired of you F-ing
 6   N-words."
 7                      MS. PAYNE:  To be clear for the
 8                record, Vinny...
 9                      THE WITNESS:  I heard Ms. Dyer say,
10                "I'm tired of you fucking niggers."
11   BY MR. SPAGNOLI:
12        Q.    She was in the doorway at that point?
13        A.    Yes.
14        Q.    Were you playing a video on your phone during
15   that class period?
16        A.    No.
17        Q.    Were you playing a song on your phone during
18   that class period?
19        A.    No.  ████████████  and Hu███  R██████████  were
20   playing that song from Spongebob called "Robot Crab."
21   They did that every period.  They also got in trouble
22   for it multiple times.
23        Q.    Did Ms. Dyer tell you during that class
24   period to turn off your phone?
25        A.    No.
```

```
 1                                              ███████        39
 2        Q.    Did she at some point ask you, say -- she had
 3   to ask you to leave?
 4        A.    Yes.
 5        Q.    Did you repeat, "I'm going to have to ask you
 6   to leave" back to her?
 7        A.    No.
 8        Q.    You didn't say something to her in a mocking
 9   tone?
10        A.    The only thing I said to her was -- I called
11   her an F-ing racist and she asked me to leave and I got
12   up and left.
13        Q.    You agree that saying the F-word was a
14   violation of school rules, correct?
15        A.    Yes.
16        Q.    And it was a proper subject for discipline?
17        A.    Yes.
18        Q.    And she told you that you had to leave,
19   correct?
20        A.    Yes.
21        Q.    And you left, correct?
22        A.    Yes.
23        Q.    You didn't make her repeat it, did you?
24        A.    No.  Actually, while I was gathering all my
25   stuff and putting it away, she asked me again.
```

```
 1                        ██████████████                      40

 2        Q.    She asked you twice?

 3        A.    Yeah, while I was putting all my stuff away.

 4        Q.    You then went to an office in the school,

 5    correct?

 6        A.    Yes.

 7        Q.    This was the high school, right?

 8        A.    Yes, this is the high school.

 9        Q.    Which office did you go to?

10        A.    The assistant principal's office.  I was

11    escorted there.

12        Q.    You were escorted by Diane Davis, correct?

13        A.    I'm not sure who it was, but it was the aide

14    that was sitting right outside the room.

15        Q.    Do you recall what she looked like?

16        A.    She was just an elderly lady.  Like shorter

17    hair.

18        Q.    Was she Caucasian --

19        A.    She was Caucasian.

20        Q.    Did you have any prior experience with this

21    woman?

22        A.    Just like saying hi and bye in the hallway.

23    She was very friendly.

24        Q.    You didn't have any negative reactions with

25    her, did you?
```

1                          █████████                          41

2          A.     No.

3          Q.     Do you know of any reason why she would lie

4     about you?

5          A.     No.

6          Q.     How long did it take you and the monitor to

7     get to the office?

8          A.     Like a minute.  It's not that far away.  Two

9     minutes.

10         Q.     Did you have any discussion with the monitor

11    on the way?

12         A.     Yeah, I told her what happened in the class.

13         Q.     What did you tell her?

14         A.     I told her what I heard Ms. Dyer say and she

15    told me I should make a report.

16         Q.     How long were you at the office of the

17    assistant principal?

18         A.     About seven minutes and the bell rang.

19         Q.     Did you talk to anyone at the office?

20         A.     No.  No one came to see us.

21         Q.     So you said the bell rang.  Which bell are we

22    talking about?

23         A.     If I'm not mistaken, that was third period,

24    so that was the bell to go to fourth period.

25         Q.     Wasn't your math class fourth period?

1                          ███████████                          42

2          A.      Then it was fourth period going into fifth.

3     I have lunch fifth period.

4          Q.      You said you were there seven minutes.  Did

5     you leave the office after seven minutes?

6          A.      Yes.

7          Q.      By the way, did the monitor stay with you

8     while you were at the office?

9          A.      No, she just dropped us off.  Or walked me

10    there.

11         Q.      You said dropped "us" off.  Was there anybody

12    other than you?

13         A.      She walked ██████ there first.

14         Q.      How do you know that?

15         A.      I'm just assuming if that happened to me,

16    that also happened to ██████

17         Q.      But you didn't actually see ██████ with the

18    monitor?

19         A.      No, I didn't see that happen.

20         Q.      So when you arrived at the office, was ██████

21    there?

22         A.      Yes.

23         Q.      When you arrived at the office, what, if

24    anything, did you do?

25         A.      I sat down next to him and I got told to sit

```
 1                          ████████                        43
 2    across from him because they don't like anyone sitting
 3    together in the office because we were obviously there
 4    because we got kicked out of class.  So I was told to
 5    sit across from him.  So we just sat there.
 6          Q.    Who was it that told you to do that?
 7          A.    The lady at the first desk.  She is a shorter
 8    lady, curly hair.
 9          Q.    What color hair?
10          A.    Blondish-████
11          Q.    I take it she was probably Caucasian?
12          A.    Yeah, I guess.
13          Q.    After seven minutes, did you leave the
14    office?
15          A.    Yes.  When the bell rang for lunch.
16          Q.    Did anyone tell you you could leave the
17    office?
18          A.    The ladies left and there was no one in
19    there, so we just went to lunch because that was the
20    lunch period.
21          Q.    When you say "we," you mean you and ████
22          A.    Yes.
23          Q.    Please do remember to wait for me to finish
24    my question before you answer, okay?
25          A.    Okay.
```

```
 1                        ███████████                    44

 2        Q.     Did you talk to your mother about what you

 3   claim -- let me rephrase that.

 4               Did you talk to your mother about what you

 5   claim happened on November 22nd in Ms. Dyer's class?

 6        A.     Yes.

 7        Q.     When did you speak to her?

 8        A.     So this is the day before break, I'm pretty

 9   sure.  We had a Thanksgiving break.  During the break I

10   told my mom and my dad about what happened, because it

11   really started to bother me.

12        Q.     What did you tell her?

13        A.     I told her about what happened to the desks.

14   I didn't bring it up to my parents because I knew they

15   would be very upset and they would call the school and I

16   just wanted to go to school.  I didn't want to cause an

17   issue at all.  I told her what happened about the

18   seating first.

19        Q.     Let me break it down.  I asked you what you

20   told your mother and father during break and you just

21   said I didn't tell them about the desks.  Are you saying

22   you didn't tell them about the desks before the break?

23        A.     I didn't tell them until break.  Sorry.

24        Q.     What did you tell your parents during break?

25        A.     I told them about the desks.  I didn't say
```

```
 1                          ██████████                  45

 2   anything about it before.  And I brought up about what I

 3   heard Ms. Dyer say after she kicked out ██████ for

 4   vaping.

 5        Q.    What did you say to them about the desks?

 6        A.    That we were all segregated from the white

 7   students in the class and they asked me if I told

 8   anyone.  I told her I had a meeting with Mr. Kasson and

 9   I told him then.  They asked me why didn't I tell them

10   sooner.  And I told them what I heard Ms. Dyer say.

11        Q.    What did you tell them you heard Ms. Dyer

12   say?

13        A.    I heard her say, "I'm tiring of you fucking

14   niggers."

15        Q.    Now, the day you returned from Thanksgiving

16   break was November 28, 2016, correct?

17        A.    Yes.

18        Q.    At some point after November 28, 2016, you

19   were put on senior probation, correct?

20        A.    Yes.  It was, I think, during third period.

21   Mr. Kasson came in.

22        Q.    Third period of what day?  The day you

23   returned from break?

24        A.    Yeah, I'm pretty sure.  And he had me come

25   with him down to his office and he told me that.
```

```
1                    ███████████                        46
2                         MR. SPAGNOLI:  Can I have that
3                    answer read back, please.
4                         (Whereupon, the pending question
5                    was read back.)
6   BY MR. SPAGNOLI:
7        Q.    Was anyone in Mr. Kasson's office with you
8   when he told you that?
9        A.    No.  I think Rotondi was like in there
10  walking by and we talked for a second and he said hi to
11  me but that's it.
12       Q.    Who is Rotondi?
13       A.    I think he's the old principal.  He's the
14  athletic director now.
15       Q.    R-O-T-O-N-D-I?
16       A.    I'm not sure.
17       Q.    Did you meet with Ms. Caddick that day?
18       A.    I'm not sure.
19       Q.    Who is Ms. Caddick?
20       A.    She is the assistant principal.
21       Q.    When you spoke with Mr. Kasson the day after
22  you returned from Thanksgiving break, what did he tell
23  you?
24       A.    I'm not sure.
25       Q.    He told you that you were on senior
```

47

probation?

    A.    I'm not sure, but I'm pretty sure that's what we spoke about.

    Q.    Do you remember him indicating why you were being put on senior probation?

    A.    No.

    Q.    Did he make a reference to Ms. Dyer's class?

    A.    I think, like, something like the talking and disrupting in the class, yeah.

    Q.    Did he make reference to any specific comment you made?

    A.    I'm not sure.

    Q.    Did he mention you calling Ms. Dyer a fucking racist?

    A.    I'm not sure.

    Q.    Did you tell Mr. Kasson during that meeting what you claim Ms. Dyer said?

    A.    Yes.

    Q.    What else, if anything, do you remember from the meeting the day you returned from Thanksgiving break?

    A.    I'm not sure.

    Q.    Did you leave that meeting understanding that there would be a determination made as to whether you

1                    ███████████                        48

2      would be allowed to participate in senior activities?

3           A.     I'm not sure.

4           Q.     Did you leave that meeting understanding your

5      ability to participate in senior activities was in

6      danger?

7           A.     Yes.

8           Q.     Do you know of anyone else who says that he

9      or she heard Ms. Dyer say I'm tired of these N-word?

10          A.     ████████████

11          Q.     Anyone else?

12          A.     No.

13          Q.     How many students were in the classroom that

14     day?

15          A.     I would say 18 to 20.

16          Q.     Who else was near you when you claim that

17     comment was made?

18          A.     C██████ D█████, H██████ R████████.  Those are

19     the only faces I can remember that were close to us.

20          Q.     When you claim Ms. Dyer made the comment, did

21     anyone else in the classroom say anything about it?

22          A.     No.

23          Q.     Did anyone else say anything to you about it

24     at that time?

25          A.     No.

```
1                                                      49
2          Q.     Are you sure that Ms. Dyer used the N-word?
3          A.     Yes.
4          Q.     You definitely heard it?
5          A.     Yes.
6          Q.     You found it shocking?
7          A.     Yeah.
8          Q.     Is it fair to say that that's what stands out
9     from the November 22nd class to you?
10         A.     Yes.
11                          (Exhibit 4, Letter, 12/5/16, marked
12                      for identification, this date.)
13    BY MR. SPAGNOLI:
14         Q.     I'm showing you what's been marked as
15    Exhibit 4 in this deposition.  Do you recognize the
16    document?
17         A.     Yes.
18         Q.     Is this a letter that was sent to your
19    parents' home on December 5, 2016?
20         A.     I'm not sure.
21         Q.     You saw it on or around December 5, 2016?
22         A.     Yes.
23         Q.     And it notifies you that you are on senior
24    probation, correct?
25         A.     Yes.
```

50

1

2      Q.      It further states that basically, if you had

3  further discipline, you would lose senior privileges,

4  correct?

5      A.      Yes.

6      Q.      This isn't actually revoking your privileges,

7  right?

8      A.      No, it's not.

9      Q.      It's giving you a chance to clean up your act

10  and not have more trouble, right?

11      A.      Yes.

12      Q.      And that's after you claim you told

13  Mr. Kasson that Ms. Dyer had used the N-word, correct?

14      A.      Yes.

15      Q.      Were you having a discussion with other

16  students about the fact that Ms. Dyer lived on the same

17  road as your girlfriend?

18      A.      No.

19      Q.      You never had a discussion like that in

20  Ms. Dyer's classroom?

21      A.      Not in Ms. Dyer's classroom, but my

22  girlfriend brought that up to me in Commons before.  And

23  she asked me, "Who is that?"  I said, "That's my math

24  teacher."  But that was before this whole --

25      Q.      Directing your attention to the times you

2   were actually in Ms. Dyer's classroom, is it your

3   testimony you never had a discussion in that classroom

4   about the fact that your girlfriend lived on the same

5   road as Ms. Dyer?

6        A.    I'm not sure.  I don't believe so, no.

7        Q.    I'm going to direct your attention to the

8   period between when you met with Mr. Kasson on

9   November 28, 2016, and when you were ultimately

10  suspended.  Was there a point in between those two times

11  that you were in Ms. Dyer's class and you said the name

12  of the road Ms. Dyer lives on?

13       A.    No.

14       Q.    What road does she live on?

15       A.    I don't know.

16       Q.    It's your testimony that in her classroom you

17  never said the number of her address on her road?

18       A.    No.

19       Q.    Did someone else in her classroom ever say

20  the number "4205"?

21       A.    No.

22       Q.    In her classroom, did you say her husband's

23  first and middle names, "Maxwell Lawrence"?

24       A.    No.

25       Q.    Is there another student or students in that

```
                                                              52
1  ███████████
2  class who were named Ma█████
3      A.    Two.
4      Q.    Who are they?
5      A.    Ma█████ Ki██ and Ma████ K████, I think.  I
6  don't remember.  There is two Ma███ in that classroom,
7  though.
8      Q.    What does Ma█ Ki██ go by?  What do people
9  generally call him?
10     A.    Ma█ or Ma█████.
11     Q.    What did you call him?
12     A.    Maxwell.  Because he calls me ████████
13     Q.    What about Ma██ K████?
14     A.    Same.  Ma█████ or Ma██
15     Q.    You call both of them Max████?
16     A.    As a joke.  Our school is a little, like,
17 hoity-toity.  Like, "Oh, hello Ma██████ or "hello
18 ████████
19     Q.    If you are calling to one of them and they
20 are both in the room, how do you make it clear which one
21 you are talking to?
22     A.    Usually in conversation or look over at each
23 other.
24     Q.    Were you removed by Mr. Kasson before class
25 on December 2, 2016?
```

```
 1                          ████████████                      53
 2       A.    I believe that was during PIG.  If so, then
 3   yes.
 4       Q.    Can you explain what PIG is?
 5       A.    It's an economy class.
 6       Q.    Does "PIG" stand for something?
 7       A.    Participation in Government.
 8       Q.    Who was the teacher of that class?
 9       A.    Mr. Donlin.
10       Q.    D-O-N-L-I-N?
11       A.    Yes.
12       Q.    What period was that class?
13       A.    I believe third.
14       Q.    You and Mr. Kasson then went to his office,
15   correct?
16       A.    First we stopped at the map and we had a
17   conversation about our family.
18       Q.    We'll talk about that, but ultimately, you
19   were going to his office?
20       A.    Yes.
21       Q.    And on the way, he stopped at the map on the
22   school wall, correct?
23       A.    Yes.
24       Q.    Where was that?
25       A.    It's like right as you are turning from the
```

1                                                          54

2     wing, it's like right after the elevators to go to the

3     social studies wing.

4          Q.    And both the map and your PIG classroom are

5     on the second floor of the school, correct?

6          A.    Yes.  The map is on your way towards the

7     class.

8          Q.    As you were nearing the map, Mr. Kasson

9     pointed it out and said something to the effect, "It's a

10    great map"?

11         A.    Yeah.  It was brand new on the wall.  It was

12    really cool.

13         Q.    At that point, you had a discussion with

14    Mr. Kasson, yes or no?

15         A.    Yes.

16         Q.    And you started a conversation about people's

17    backgrounds when you looked at the map, correct?

18         A.    Yes.  I was like, I thought it was really

19    cool that we have this because we have kids from all

20    over.

21         Q.    And at that point, you told him that your

22    mother was from Guyana, correct?

23         A.    Yes.

24         Q.    And Guyana is a country on the north coast of

25    South America, right?

1   ██████████████                                    55

2        A.    Yes.

3        Q.    And he told you about his background,

4   correct?

5        A.    Yes.

6        Q.    What did he tell you about that?

7        A.    I believe he said he has some family from

8   Switzerland and in Italy.  I was showing him that my

9   grandfather's from the mountains and my grandmother's

10  from Sicily, and they are so close to each other we

11  ended up in the same place, like how cool that is.

12       Q.    Is that pretty much the extent of the

13  conversation?

14       A.    Yes.

15       Q.    You then went to Mr. Kasson?

16       A.    I think he took me to Ms. Caddick's office,

17  if I'm not mistaken.  I think that's where I was told I

18  was being suspended.

19       Q.    Was Ms. Caddick there?

20       A.    Yes.

21       Q.    Was anyone else present?

22       A.    No.

23       Q.    It was you, Mr. Kasson, and Ms. Caddick?

24       A.    Yes.  And I think Mr. Kasson left the room

25  after he brought me there.  I think.

 1                           ▇▇▇▇▇▇

 2       Q.     What happened in Ms. Caddick's office?

 3       A.     Ms. Caddick told me I was being suspended.

 4       Q.     What else, if anything, did she say?

 5       A.     That she wasn't going to listen to me.

 6       Q.     She said, "I'm not going to listen to you"?

 7       A.     I tried explaining about what happened.

 8       Q.     What did you try to explain about what

 9  happened?

10       A.     What Ms. Dyer said and the whole entire

11  situation, and she told me I was lying and she wasn't

12  going to listen to me.  And then I got sent to

13  Dr. Penna's office to sit outside in the chairs because

14  she didn't want to look at me.

15       Q.     Why did you try to tell her about the comment

16  you claim Ms. Dyer made?

17       A.     I just thought that maybe she would, like,

18  understand, like, why I would call her an F-ing racist,

19  because that's the only reason why I said that to her.

20       Q.     When you were told by Ms. Caddick that you

21  were being suspended, did she say anything that you told

22  Ms. Dyer she was a fucking racist?

23       A.     Yes.

24       Q.     What did she say, specifically, to the best

25  of your knowledge?

```
 1                      ████████████                        57
 2        A.      That I was being suspended for using
 3   profanity.
 4        Q.      Did she specifically refer to the F-ing
 5   racist comment?
 6        A.      Yes.  And that Ms. Dyer felt intimidated by
 7   me and that's why I was being suspended.
 8        Q.      Did you ask her what she meant by
 9   "intimidated"?
10        A.      Yes.
11        Q.      What did she say?
12        A.      She brought up the thing with Maxwell.
13        Q.      Did she mention anything about Ms. Dyer's
14   road?
15        A.      She brought up the numbers.
16        Q.      4205?
17        A.      I'm not sure, but she brought up numbers.
18        Q.      At that time, if anybody, who were you
19   dating?
20        A.      E███ Mu██████.
21        Q.      E█████████?
22        A.      Yes.
23        Q.      M-█████████████
24        A.      Yes.
25        Q.      Did Ms. M████████ live on Drexel Road?
```

1                         ██████████                          58

2        A.    No.

3        Q.    Where did she live?

4        A.    She lives on Carnegie Drive.

5        Q.    Is that near Drexel Road?

6        A.    I'm not sure, but that's what she said to me.

7        Q.    What did Elena say to you?

8        A.    When we were in Commons, she asked me who

9    that was because she said she seen her before.

10       Q.    She was referring to Ms. Dyer?

11       A.    Yes.

12       Q.    Did she indicate to you that she lived near

13   Ms. Dyer?

14       A.    Not that she lived near her, but she seen her

15   on her street before, like on Carnegie Drive.

16       Q.    During the meeting with Ms. Caddick, did

17   Ms. Caddick mention Drexel Road?

18       A.    Yes.

19       Q.    What did she say about Drexel Road?

20       A.    She said that Ms. Dyer heard "Drexel" and

21   numbers coming from my direction.

22       Q.    During the class?

23       A.    Yes.

24       Q.    And this is all during the December 2, 2016,

25   meeting you had with Ms. Caddick, correct?

59

1

2      A.    I'm pretty sure that was the day.

3      Q.    During the meeting with Ms. Caddick, did you

4  say anything to the effect that you never really think

5  about a teacher living somewhere?

6      A.    Yeah.  Like you don't think about where your

7  teacher lives.  You just come to school.  It's something

8  just out there.  I don't know why...

9      Q.    Did you tell Ms. Caddick that you had been

10 discussing in class that your girlfriend lived on the

11 same road as Ms. Dyer?

12     A.    No.

13     Q.    Did you tell Ms. Caddick that you had, in

14 fact, mentioned the number 4205 during the class?

15     A.    No.

16     Q.    Did you tell Ms. Caddick that you had said

17 "Maxwell" during the class?

18     A.    Yes.

19     Q.    Did she tell you that you were getting a

20 5-day suspension?

21     A.    Yes, she did.

22     Q.    Was there anything else said between you and

23 Ms. Caddick during that meeting?

24     A.    Every time I tried to talk, she cut me off,

25 so no.  She kept making noises over me when I was

1                              ████████████
2      speaking.
3           Q.    What sort of noises?
4           A.    Like "uh, uh."  Being very rude.
5           Q.    Were you able to tell her anything about the
6      reason that you called Ms. Caddick a fucking racist?
7           A.    Yes.  And after I told her she said, "I'm not
8      going to listen to you."  Every time I started.  Making
9      noises until she told me to leave and go to Dr. Penna's
10     office and I waited for my family to get there.
11          Q.    Did you say anything to her at all about the
12     suspension?
13          A.    I asked why.  I said, "Why am I being
14     suspended for standing up for what's right?  You are
15     ignoring the fact of what I said in suspending me."  Or
16     the reason why I said what I said.
17          Q.    Did you call your parents at some point that
18     day?
19          A.    Yes.  On the way to Dr. Penna's office, I
20     called my mom and dad and told them I was being
21     suspended and they told me they were on the way to the
22     high school.
23          Q.    Where was Dr. Penna's office?
24          A.    You make a left out Ms. Caddick's room, you
25     go down the hall, and it's the first hallway to the

```
1                    ████████████                    61
2    left.   There is one on the right and you pass that and
3    that's to the left and it's the front atrium.
4          Q.    At that time, he was the acting high school
5    principal or interim?
6          A.    Interim high school principal, yes.
7          Q.    You waited in the main office for your
8    parents, correct?
9          A.    Yes.
10         Q.    Is that sort of between Ms. Caddick's and
11   Dr. Penna's office?
12         A.    The main office is his office.  His office is
13   in that office.
14         Q.    In other words, there is an outer area that's
15   the main office and he has a separate room in that area
16   that is his office?
17         A.    Yeah.
18         Q.    While you were waiting for your parents in
19   the main office, was there anyone else present?
20         A.    There was a few ladies that are at the desks
21   right there, and students coming in and out.  It's
22   usually pretty busy in there.
23         Q.    You said a few ladies.  Two, three, more than
24   three?
25         A.    Three.  There is like a side room with coffee
```

1                                ███████                              62

2   and stuff.   There was people back there making coffee.

3        Q.     While you were waiting for your parents to

4   arrive, did you mention to anyone in the main office

5   what you claim Ms. Dyer said on November 22nd?

6        A.     No, I sat there upset that I was being

7   suspended.

8        Q.     Your parents arrived eventually?

9        A.     Yes.

10       Q.     How long did it take them to get there?

11       A.     Like 12 minutes.   We didn't live too far.

12       Q.     When they arrived, what, if anything,

13  happened?

14       A.     They sat there and we waited for a meeting

15  with Mr. Kasson, Dr. Penna, and Ms. Caddick.

16       Q.     Did you know before they arrived that you and

17  your family would be meeting with all those people?

18       A.     No.

19       Q.     How did that meeting get set up?

20       A.     I'm not sure.   It was just kind of like being

21  pulled in and out.

22       Q.     How long did you have to wait?

23       A.     Wait for the meeting?

24       Q.     Yes, sir.

25       A.     A few minutes.   They had to wait for

1                        ███████████                        63

2     Ms. Caddick to get her stuff together.

3          Q.    Tell me about what happened in that meeting.

4          A.    They discussed my suspension and what code of

5     conduct I violated, and then after the meeting,

6     Dr. Penna handed me a DASA sheet and he said if I found

7     there was anything that happened, that I can do a DASA

8     complaint.

9          Q.    Was your sister, Brittany, with your parents

10    when they showed up?

11         A.    I'm not sure.  I think so.  I'm not sure,

12    though.

13         Q.    Do you remember your sister, Brittany, ever

14    telling you that what you described wasn't racism?

15         A.    No.

16         Q.    Do you ever remember her, during a meeting

17    with Ms. Caddick, Mr. Kasson, and Dr. Penna, saying

18    something to you to the effect of, "You are just a

19    Millennial"?

20         A.    No.

21         Q.    During the meeting with your parents, Ms.

22    Caddick, Mr. Kasson, and Dr. Penna and possibly your

23    sister, Brittany, did you tell anyone what you claim Ms.

24    Dyer had said on November 22, 2016?

25         A.    Yes.

1                      ▉▉▉▉▉▉▉                          64

2          Q.    Who did you tell?

3          A.    In that meeting?  I said it out loud to

4     everyone because that was the reasoning for me calling

5     her an F-ing racist.

6          Q.    Did you also discuss the seating arrangement

7     issue?

8          A.    I don't remember.  I don't believe that came

9     up.  I don't remember, though.

10         Q.    You said after the meeting, Dr. Penna gave

11    you a DASA form to fill out if you wanted to?

12         A.    It wasn't a DASA form.  It was a pamphlet

13    that just described what DASA is.

14         Q.    Did you say "pamphlet"?

15         A.    Yes.

16         Q.    Was the meeting still going on at that point,

17    or were you --

18         A.    We were on the way out and he just handed it

19    to me.

20         Q.    During the meeting, did Dr. Penna tell you

21    that you shouldn't talk with other students about your

22    suspension?

23         A.    Yes.

24         Q.    Did he tell you that you shouldn't post on

25    social media about your suspension?

```
 1                          ██████████                        65

 2      A.    No.

 3                          (Exhibit 5, Letter, 12/2/15, marked

 4                   for identification, this date.)

 5   BY MR. SPAGNOLI:

 6      Q.    ████████    I'm showing you what's been marked

 7   as Exhibit 5 in this deposition.  Do you recognize the

 8   document?

 9                   MS. PAYNE:  Give him a minute to

10                   look at it.

11                   MR. SPAGNOLI:  Let the record

12                   reflect that the witness has --

13                   actually, you know what?  Have you made

14                   any marks on that one?  Why don't we

15                   cross out the exhibit sticker.

16   BY MR. SPAGNOLI:

17      Q.    Please look at the letter and only look at

18   the letter.

19      A.    (Witness complies).

20      Q.    All set?

21      A.    Yes.

22      Q.    Do you recognize this document?

23      A.    Yes.

24      Q.    Is this a letter that was provided to your

25   parents at some point?
```

66

1 ████████████

2      A.    Yes.

3      Q.    Was it provided to your parents during the

4  meeting that you, your parents, Ms. Caddick, Mr. Kasson,

5  and Dr. Penna had?

6      A.    I'm pretty sure, yeah.

7      Q.    Did you have a chance to review the document

8  before you left school that day?

9      A.    I didn't get to look at it.

10     Q.    You are aware, of course, that part of the

11 issues in this case relate to some posts you did on

12 Twitter alleging racism at the school district.  It's

13 not in the letter.

14           Are you generally aware that this litigation

15 involves this one issue, some posts you did on Twitter

16 claiming racism at the school district?

17     A.    Not the first suspension.

18     Q.    Are you aware in this litigation at all is

19 there an issue about some posts you did on Twitter?

20     A.    Yes.

21     Q.    You had this meeting with your family, Ms.

22 Caddick, Mr. Kasson, and Dr. Penna before you sent any

23 of those posts, correct?

24     A.    Yes.

25     Q.    Just for purposes of terminology, are posts

1     ███████████████

2     on Twitter called "tweets"?

3          A.    Yes, tweets.

4          Q.    Did you say when you had this meeting with

5     the -- the first meeting with Ms. Caddick?  Like when in

6     the day?

7          A.    So it was from third period, so it was before

8     11:00.

9          Q.    It was before fourth period?

10         A.    Yes.

11         Q.    So you had your meeting with Ms. Caddick,

12    then you waited in the main office for your parents, and

13    then you met with the larger group with your family

14    present?

15         A.    Yes.

16         Q.    Do you remember, did you leave school at the

17    conclusion of that meeting?

18         A.    Yes.  My parents took me home.

19         Q.    Do you remember what time it was?

20         A.    Like -- I'm not quite sure.

21         Q.    Was it before, during, or after your lunch

22    period?

23         A.    I think it was a little bit before.

24         Q.    What time did your lunch period start at that

25    time?

68

```
1                    ████████                        68
2        A.    It was fifth period, so 11:57 [sic] when the
3   bell rang for that period.  Or 56, and the bell rang at
4   59.  So 11:00 is usually around that time when lunch is
5   starting.
6        Q.    You said 11:00?
7        A.    Yeah.  10:59, 11:00.
8        Q.    You said that was fifth period?
9        A.    Yes.
10       Q.    Now, you are familiar with the tweets about
11  racism at Vestal School District that I'm referring to,
12  right?
13       A.    Yes.
14       Q.    Where were you when you sent the first of
15  those?
16       A.    On my way home.
17       Q.    So is it your testimony that your first tweet
18  would have been sometime before 11:00 a.m.?
19       A.    Before?  No.  It was on my way home.
20                     MR. SPAGNOLI:  Why don't we take a
21               quick break.
22                     (Whereupon, there was a brief pause
23               in the proceedings.)
24                     (Exhibit 6, DVD, marked for
25               identification, this date.)
```

```
                                                        69
  1                      ████████████
  2                      MR. SPAGNOLI:  Back on the record.
  3  BY MR. SPAGNOLI:
  4      Q.      ████████   before we went off the record, we
  5  had some discussion about tweets on Twitter.  Prior to
  6  December of 2016, had you ever posted any tweets on
  7  Twitter?
  8      A.    Yes.
  9      Q.    Have you ever had anyone from the district
 10  respond on Twitter to something you had posted?
 11      A.    No.
 12      Q.    When I say anybody from the district, I'm
 13  including students from the district.
 14      A.    Yes.
 15      Q.    You have had students from the district
 16  respond on Twitter to the things you've posted on
 17  Twitter prior to December of 2016?
 18      A.    Yes.
 19      Q.    Did you ever respond to something another
 20  student in the district had posted?
 21      A.    Yes.
 22      Q.    Had you ever discussed in person something
 23  you posted on Twitter with any fellow student at the
 24  district?
 25      A.    Yes.
```

```
 1                              ███████████               70
 2        Q.    This was prior to December 2016?
 3        A.    Before.
 4        Q.    Who were you talking about that with?
 5        A.    Just friends, like Co██ S█████ or
 6   Br████n O██████
 7        Q.    Spell those?
 8        A.    C██████, C-O████████ S████████████.  And
 9   B██████, B████████████████ O-██████████
10        Q.    How did O█████ become aware of your Twitter
11   post?
12        A.    We're friends.  So we tweeted back at each
13   other.
14        Q.    He had seen your tweets, to the best of your
15   knowledge?
16        A.    Before?
17        Q.    Any time before December 2, 2016?
18        A.    Yes.
19        Q.    Same thing for B███████?
20        A.    Yes, they followed me.  You can choose to
21   follow people.
22        Q.    Other than B██████ and O█████, were any
23   district students followers of your Twitter account as
24   of December 2, 2016?
25        A.    Yes.
```

1                          ███████████              71

2        Q.    Who else?

3        A.    A few other people, like my friends.

4        Q.    How many total?

5        A.    People from the district?

6        Q.    Yes.

7        A.    I would say like 20, 25.

8        Q.    Would that include Ms. Mu████?

9        A.    Yes.

10       Q.    To your knowledge, as of December 2016, were

11  any district employees followers of your Twitter

12  account?

13       A.    No.

14       Q.    You are familiar with a social media platform

15  called Snapchat?

16       A.    Yes.

17       Q.    Have you ever posted anything on Snapchat

18  before December of 2016?

19       A.    Yes.

20       Q.    Did you ever discuss something you had posted

21  on Snapchat with any fellow student in the district

22  prior to December 2016?

23       A.    Yes.

24       Q.    Again, Co████ and Br████?

25       A.    Yes.

1                          ███████████                          72

2          Q.    Elena?

3          A.    Yes.

4          Q.    Did Corey indicate that he had viewed your

5    Snapchat posting prior to December 2016?

6          A.    No.  He hasn't come up to me and said that.

7    We just talk about it.

8          Q.    Did he talk about your Snapchat posting in a

9    way that indicated to you that he had seen it?

10         A.    Yes.

11         Q.    What about Br███, same thing?

12         A.    Yes, same thing.

13         Q.    Elena?

14         A.    Same thing.

15         Q.    Any other students at the district who have

16   discussed your Snapchat postings?

17         A.    M██ K████, Hu████ Ri██████.

18         Q.    So to the best of your knowledge, all of

19   these people had seen Snapchat postings by you prior to

20   December 2016, correct?

21         A.    Yes.

22         Q.    Other than Snapchat and Twitter, you have

23   also used Instagram?

24         A.    Yes.

25         Q.    Facebook?

```
 1                          ██████████                        73
 2       A.    Not really, no.
 3       Q.    Any other social media platforms we've
 4   missed?
 5       A.    No.
 6                   MR. SPAGNOLI:  I have marked as
 7                   Exhibit 6 for this deposition a DVD that
 8                   has a couple of media files on it.  I'm
 9                   going to play for ██████ one of the
10                   files which is entitled, "Spero Video
11                   Copy."
12   BY MR. SPAGNOLI:
13       Q.    ██████ can you see the screen?
14       A.    Yes.
15             (Video played.)
16   BY MR. SPAGNOLI:
17       Q.    I've just played for you about an
18   eight-second video clip, correct?
19       A.    Yes.
20       Q.    Do you recognize that video clip?
21       A.    Yes, I do.
22       Q.    Is that a video that you posted on Snapchat?
23       A.    Yes, it is.
24       Q.    And you recorded that video yourself,
25   correct?
```

74

| 1 | | |
|---|---|---|
| 2 | A. | Yes. |
| 3 | Q. | You recorded it on your cell phone? |
| 4 | A. | Yes. |
| 5 | Q. | And I notice that the video has a caption at |

2      A.    Yes.

3      Q.    You recorded it on your cell phone?

4      A.    Yes.

5      Q.    And I notice that the video has a caption at

6   one point "Guidette with a strap."

7      A.    Yes.

8      Q.    Did you place that caption on the video?

9      A.    Yes, I did.

10      Q.    Now, "strap" is slang for a gun, correct?

11      A.    Yes, it is.

12      Q.    And the individual depicted in your video is

13   your sister, Brittany, correct?

14      A.    Yes.

15      Q.    You testified at a hearing in this matter for

16   a preliminary injunction that "Guidette" is slang for a

17   masculine Italian girl; is that right?

18      A.    Yes.

19      Q.    That's what your testimony is?

20      A.    Yes.

21      Q.    She has the same biological mother and

22   father, correct?

23      A.    Yes.

24      Q.    The morning after you posted this video, you

25   were at the hospital, correct?

1

2      A.     Yes.

3      Q.     Not for yourself, but for your girlfriend?

4      A.     Yes.

5      Q.     She was having something going on?

6      A.     Yes.

7      Q.     And that was E███ right?

8      A.     Yes.

9      Q.     Did you take a video of your girlfriend in

10  the hospital?

11     A.     Yes.

12     Q.     Just for purposes of dates, you recorded --

13  you posted -- for the purposes of dates, you posted the

14  video I just played for you on December 7, 2016,

15  correct?

16     A.     Yes.

17     Q.     And it depicts your sister unloading a gun,

18  correct?

19     A.     She was just cocking it, because it was

20  empty.  There was no clip in it.  She was just showing

21  my mom that.

22     Q.     She removed a clip from the gun, correct?

23     A.     Yes.

24     Q.     Do you know of your own knowledge whether

25  that clip held any bullets?

1                     ████████████                          76

2          A.     No.  She just got it.

3          Q.     No, you don't know, or no it didn't have any

4     bullets?

5          A.     No, it didn't have any bullets.

6          Q.     Is that apparent in the video?

7          A.     I'm not sure.

8          Q.     Did you record the video the same day you

9     posted it?

10         A.     The video of my sister?

11         Q.     Yes.

12         A.     Yes.  As soon as I recorded it, I uploaded

13     it.

14         Q.     That's the video with the caption, "Guidette

15     with a strap," correct?

16         A.     Yes.

17         Q.     The next day when you were in the hospital,

18     did you take a video of your girlfriend?

19         A.     Yes, I did.

20         Q.     Did you record it on your cell phone?

21         A.     Yes.

22         Q.     How were you holding your cell phone?

23         A.     Just the way anyone holds a phone.  In my

24     right hand (indicating).

25         Q.     Were you facing the lens toward your

1                          ███████████                77

2    girlfriend?

3         A.    The video of her laying in the hospital bed?

4         Q.    Whatever video you took on December 8, 2016.

5         A.    Yes.

6         Q.    So your girlfriend was in the shot, correct?

7         A.    Yes.

8         Q.    You weren't taking, like, a selfie, were you?

9         A.    No.

10        Q.    You weren't in the shot?

11        A.    I took pictures I saved, but the ones I

12   posted were just of her.

13        Q.    Did you take pictures or video?

14        A.    Video.

15        Q.    To the extent you posted video, did you post

16   it to Snapchat on December 8th?

17        A.    Yes.

18        Q.    Did you add any caption to the video?

19        A.    I'm not sure.

20        Q.    Was it just one clip of your --

21        A.    I think there was a video and a selfie of us.

22        Q.    You think.  Are you sure?

23        A.    I'm not sure.  And then the video.  The clip

24   right here is just of the waiting room.

25        Q.    You are referring to, like, the last second

1 ████████

2 of the video that I just played for you on the computer,

3 correct?

4      A.    Yes.

5      Q.    So if someone had gone on Snapchat on

6 December 8th, they would have -- and looked at your

7 Snapchat story.  They call it a story, right?

8      A.    Yes.

9      Q.    They would have seen the video of your sister

10 with the gun, correct?

11      A.    It depends on the time of day.  They delete

12 after 24 hours.

13      Q.    First thing in the morning, the video of the

14 gun would still have been there, correct?

15      A.    Yes.

16      Q.    What time of day did you take the video of

17 your girlfriend in the hospital?

18      A.    It was early morning, like 8 or 10 in the

19 morning.

20      Q.    If someone went to view your Snapchat story

21 at or around 8:30 in the morning --

22                    MS. PAYNE:  Objection as to form.

23                    MR. SPAGNOLI:  What's the problem

24           with the form?

25                    MS. PAYNE:  Leading.

███████████

```
 1
 2                    MR. SPAGNOLI:  It's
 3          cross-examination.
 4                    MS. PAYNE:  But you noticed our
 5          client.
 6                    MR. SPAGNOLI:  It's
 7          cross-examination.  He is an adverse
 8          party.
 9   BY MR. SPAGNOLI:
10       Q.     ████████ if someone had viewed your Snapchat
11   story at 8:30, according to your understanding of what
12   your story looked like at that time, they would have
13   seen the video of your sister with the gun, correct?
14       A.     Yes.
15       Q.     And then it would have been followed by a
16   video of your girlfriend in the hospital, correct?
17                    MS. PAYNE:  Objection.
18          Speculative.  Don't answer.
19                    MR. COTTER:  He can.
20       A.     It would have been in the waiting room and a
21   selfie of us and then a video.
22   BY MR. SPAGNOLI:
23       Q.     You don't recall if there was a selfie in the
24   story, correct?
25       A.     I might have it still.
```

1                    ██████████                    80

2        Q.    If you do have it, would you provide it to

3    your attorneys?

4        A.    Yes, of course.

5        Q.    Have you ever actively deleted it?

6        A.    Deleted a picture?  I might not have pictures

7    of us together because we broke up, but I can try to

8    find them, though.

9        Q.    Let me ask you this.  Do you still have

10   preserved the Snapchat story as it existed on

11   December 8, 2016?

12       A.    Yes.

13       Q.    I thought you told me they deleted after 24

14   hours?

15       A.    You can save them and it saves into your

16   memory.

17       Q.    Did you save the Snapchat story on

18   December 8th?

19       A.    I did, but I might have deleted them.  I

20   deleted most of her pictures.

21       Q.    As you sit here today, can you testify with

22   any certainty as to whether there was a selfie of you

23   and your girlfriend as part of your Snapchat story on

24   December 8, 2016?

25       A.    Yes.

```
 1                    ████████████                        81
 2                         MR. SPAGNOLI:  Counsel, I'm going
 3                    to ask that that be produced.
 4                         MR. COTTER:  Put it in writing
 5                    after the deposition.
 6                         MR. SPAGNOLI:  Well, it is subject
 7                    to prior discovery demands, so you are
 8                    under the obligation to produce it.
 9                    I'll try to remind you, but I ask that
10                    it do be produced.
11   BY MR. SPAGNOLI:
12        Q.    On December 8, 2016, did a fellow student
13   call you in reference to something about the gun video?
14        A.    Yes.
15        Q.    Is that Aja Holloway?
16        A.    Yes.
17        Q.    How did you know Aja?
18        A.    She's my first friend at Vestal.
19        Q.    How did Aja contact you that morning?
20        A.    She called me.
21        Q.    Other than Aja Holloway, did any other Vestal
22   student contact you on the morning of December 8, 2016,
23   about the gun video?
24        A.    Yeah, I got messaged by Eric and Snapchat
25   messaged by Ke████ Mc███.
```

1                        ███████████                    82

2        Q.    Which came first, the call from Aja or the

3   Snapchat message from Kerstin?

4        A.    The call from Aja.

5        Q.    What time was that?

6        A.    I'm not sure.  Whatever period she had

7   Commons.  That year that she had morning Commons is when

8   she called me, because they were all in Commons.  It was

9   either second or third period Commons.

10       Q.    When she called you, what did she say?

11       A.    She told me that C███ Gr██████,

12   Ju███ Pe██████, Ma██████ Da█████, they were asking

13   students if the video bothered them and they told Aja

14   they wanted to leave to go get Starbucks and they wanted

15   to report it, say that they're scared, and leave school.

16       Q.    What did you say when Aja told you this?

17       A.    I was like, "Are you serious?  What do you

18   mean?  Could you explain it to me because I really

19   didn't understand why."  And then she told me that they

20   were going to go to the school resource officer.  So I

21   told her I was going to have my dad call the school.

22       Q.    Were you still at the hospital at this point?

23       A.    Yes.

24       Q.    Where was your dad?

25       A.    He was home.

```
 1                          ████████████           83
 2        Q.    Was there anything more to the conversation
 3   with Aja?
 4        A.    No.
 5        Q.    Did you then call your father immediately?
 6        A.    Yes.
 7        Q.    Tell us about that conversation.
 8        A.    I went to the bathroom because I didn't want
 9   to disturb my girlfriend at the time, and I had told my
10   dad that a couple girls were going to report the video I
11   took of my sister to get out of class early.
12        Q.    What did he say?
13        A.    He was like, "Are you kidding me?"  Like,
14   "Why would they do that?"  And then he is like, "I'm
15   going to call the school and I'll let you know what's
16   going on."
17        Q.    You also mentioned a Snapchat message from
18   Ke███████ Mc███.
19        A.    Yes.
20        Q.    When did that come in?
21        A.    That was like the same time I was on the
22   phone.  I'm pretty sure Aja told her and she asked me
23   what was everyone talking about.
24        Q.    Did you respond to Ms. Mc████?
25        A.    I told her, "I don't know.  I'll let you know
```

1
      ██████████

2  in a second."

3       Q.     How did you respond?

4       A.     Through Snapchat.

5       Q.     Did you ever have any further conversation

6  with Ms. M████ about this subject?

7       A.     On that day?

8       Q.     Let's start with that day and then we'll move

9  on.

10       A.     I'm not sure.

11       Q.     Was there anything more to your interaction

12  with Ms. M████ over Snapchat about the issue?

13       A.     No.

14       Q.     Are you familiar with the term "lockdown

15  drill"?

16       A.     Yes.

17       Q.     People also sometimes call it "active shooter

18  drill"?

19       A.     Yes.

20       Q.     Were you ever at the Vestal Central School

21  District when there was a lockdown drill?

22       A.     Once before.

23       Q.     What happened?

24       A.     We all had to go to the corner of the room

25  away from the door.  I don't know why.  It was my

1 ███████████                                    85

2 freshman year.  I was in Mandarin.

3      Q.    Did the lights stay on?

4      A.    No.

5      Q.    They turned off the lights, you and the other

6 students went into the corner of the room.  What else

7 happened?

8      A.    The teachers locked the door and we wait

9 there until someone comes and knocks on the door and

10 tells you it's okay.

11      Q.    Before the lockdown drill happened, did you

12 know there was going to be a lockdown drill?

13      A.    I think our Mandarin teacher got an email.

14 The Mandarin teacher said they got an email.  She let us

15 know before that we were going to have to do it.  We

16 only had limited time with her class and it's a

17 demanding class.

18      Q.    Before the lockdown drill happened, did you

19 know it was about to happen?

20      A.    It was made known in the class.  That was my

21 9th grade year.

22      Q.    So when the lockdown drill started, it wasn't

23 a surprise to you?

24      A.    No.

25      Q.    Other than Aja Holloway and K█████ Mc██,

```
1                          ████████                        86
2    have you spoken to any student about what happened
3    during the days of December 8th and 9th, 2016, at the
4    school district?
5         A.    No.
6         Q.    Have you communicated in any way other than
7    verbally with any student other than Aja Holloway and
8    Ki████ M████ about what was going on in the district on
9    those days?
10        A.    I'm not sure.
11        Q.    Did you ever talk to E████ Mu████ about what
12   was going on at the district?
13        A.    When she woke up, she wanted to know where I
14   was because I was supposed to be there with her.
15        Q.    How long was she in the hospital?
16        A.    Just a few hours.  She got out later that
17   day.
18        Q.    Did she attend school either December 8th or
19   December 9th at all?
20        A.    She wasn't there the 8th, I know that.  That
21   was her procedure.  On the 9th maybe.  I don't know.
22        Q.    Tell us about the discussion you had with
23   El████ Mu████  Was it just she woke up and wanted to
24   know where you had been?
25        A.    Yeah, I told her I had to go home.
```

```
 1                        ██████████                        87

 2        Q.    You don't recall any discussion in which

 3   El██  described to you anything that happened at the

 4   district on December 9th, do you?

 5        A.    No, I don't recall.

 6        Q.    Who is Mr. Ahearn?

 7        A.    The superintendent.

 8        Q.    Has Mr. Ahearn ever made any verbal

 9   statement, either to you or in your presence, that your

10   suspension was due to the content of your tweets?

11        A.    No.

12        Q.    Has Dr. Penna ever made any verbal statement,

13   either to you or in your presence, that your suspension

14   was due to the content of your tweets?

15        A.    No.

16        Q.    Has any other officer or employee of the

17   school district ever made any verbal statement to you

18   that your suspension was due to the content of your

19   tweets?

20        A.    No.

21                        (Exhibit 7, Twitter Screenshots,

22                    marked for identification, this date.)

23   BY MR. SPAGNOLI:

24        Q.    Before we get to Exhibit 7, ████████ when you

25   were recording your sister with your cell phone on
```

1 ██████████                                      88

2 December 7, 2016, were you making any effort to hide the

3 fact that you were recording her?

4     A.    Yeah, she didn't see me.

5     Q.    How did you try to hide it?

6     A.    My mom was on the bed and she was explaining

7 to my mom how she stores her gun.  You can hear her say

8 on the video, "I store it open."  She didn't see me

9 record it.  She ended up seeing it later that day.

10     Q.    My question for you wasn't whether she

11 noticed.  My question for you was what did you do to try

12 to hide the fact that you were recording it?

13     A.    I stood kind of to the side of her, so her

14 attention wasn't on me.  I held my phone up below my

15 chest.  You can see the level of the video is more level

16 with the bed than it was with my sister.

17     Q.    Why did you hide the fact that you were

18 recording the video?

19     A.    I knew she would get upset with me because

20 she didn't like social media like that.

21     Q.    So I've shown you what's been marked as

22 Exhibit 7.  Do you recognize, generally, what the

23 document is?

24     A.    Yes.

25     Q.    Is it a bunch of screenshots of your tweets?

1                                              ████████

2        A.    Yes.

3        Q.    The first page is in sort of a different

4   presentation than the last three pages, correct?

5        A.    Yes.

6        Q.    Can you tell us first what the last three

7   pages are, or when you sent those tweets, I should say?

8        A.    These -- the ones at W, B, and G, those are

9   five days.

10             This is the same day I got suspended for the

11   first time, for the first five days.

12        Q.    You sent those all on December 2, 2016?

13        A.    I'm pretty sure.  If you click on the tweet,

14   it shows you the exact date and time.

15        Q.    Well, we can't click on the paper.  I tried.

16             Is that consistent with your recollection

17   that you sent all of the tweets that have the notation

18   "5D," you sent ought of those on December 2, 2016?

19        A.    Yes, the one with 5D were the ones from the

20   day of my suspension.

21        Q.    Which was December 2nd, correct?

22        A.    December 5th.

23        Q.    The day of your suspension?

24        A.    Yes.

25        Q.    That was December 2, 2016, correct?

```
 1                    ████████████                        90
 2        A.    Yes.  Then it goes up to December 5th.
 3        Q.    So where you say "it goes up to
 4   December 5th," where in the exhibit are you referring
 5   to?
 6        A.    On this one, it says "December 5th," and each
 7   of them are going from 23 minutes from that day.  It
 8   shows a time from the first tweet, so this is like the
 9   5th, the date.
10        Q.    So the one with the insignia, December 5, was
11   the one you sent on December 5th, correct?
12        A.    Yes.
13        Q.    When did you send the other -- you are
14   referring to the first page of Exhibit 7 now, right?
15        A.    Yes.
16        Q.    There are three other tweets with the
17   notations, "23M," "9M," and "27M."  When did you send
18   those tweets?
19        A.    I'm not sure, but I'm pretty sure it's the
20   same day, from the times that are on them.
21        Q.    On the first page of Exhibit 7, the second
22   tweet down from the top, it states, "We are all equal.
23   Because of the pigmentation of my skin means I'm a
24   danger to the school?  You are racist.  Face it, you are
25   a horrible being."  Did I read that correctly?
```

1                 █████████        91

2     A.    Yes.

3     Q.    Who were you accusing of being racist there?

4     A.    Just the district for suspending me for the

5 video of my sister.

6     Q.    You didn't have anyone in particular at the

7 district in mind when you sent that tweet?

8     A.    I meant it as a whole.  The whole district is

9 all one mind.

10     Q.    Do you really believe every district officer

11 and employee is racist?

12     A.    No.  I said for the most part, yes.  As a

13 whole.

14     Q.    The next tweet down on that page says,

15 "deformation [sic] of character is a crime.  Because of

16 my skin color you are gonna say I'm going to kill

17 people.  That's outrageous.  You are a racist."  Did I

18 read that correctly?

19     A.    I didn't say defamation of character.

20     Q.    When it says, "You are going to say I'm going

21 to kill people," what is that a reference to?

22     A.    Me getting suspended again for the video.

23     Q.    So that tweet and the other tweets with the

24 notation, 23M --

25     A.    This is the day of the --

92

      Q.    Let me ask the question.  The tweets with the

notations 23M, 9M, and 27M, were sent after you learned

you were being suspended again?

      A.    Yes.  The ones with 27M, 9M, and 23M were all

on the 8th after the police were at my house and stuff.

That was after that I tweeted these.

      Q.    And at the time you sent those tweets, you

knew you were going to be suspended?

      A.    I was told.

      Q.    You knew you were being suspended for a

second time, correct?

      A.    Yes.

      Q.    Now, you did send out a tweet about alleged

racism at the district on December 2, 2016.  In fact,

you sent five tweets about alleged racism at the

district, correct?

      A.    Yes.

      Q.    On December 2nd, after sending those tweets,

you weren't contacted by the district about any further

discipline, were you?

      A.    Can you restate the question?

      Q.    You sent those tweets after you learned of

your first suspension, correct?

      A.    Yeah, these ones.  The ones in 5D.

```
 1                    ████████████                    93
 2        Q.    Those five tweets you sent on December 2,
 3   2106, correct?
 4        A.    The day of the first suspension, yes.
 5        Q.    After sending those tweets, at any time on
 6   December 2, 2016, after that, did the district contact
 7   you about any discipline?
 8        A.    No.
 9        Q.    On December 3, 2016, did the district contact
10   you about any discipline?
11        A.    No.
12        Q.    What about December 4th?
13        A.    No.
14        Q.    You sent another tweet on December 5, 2016,
15   that says, "End racism within our schools.  How are you
16   supposed to teach the young minds while yours is stuck
17   in such an evil way? #VestalHighSchool," correct?
18        A.    Yes.
19        Q.    On December 5, 2016, were you contacted by
20   the district about discipline?
21        A.    No, I wasn't contacted until the 8th.  That I
22   was getting resuspended.
23        Q.    You weren't contacted on the 6th?
24        A.    No, not until that day.
25        Q.    And you weren't contacted on the 7th,
```

1

2    correct?

3        A.    No.

4        Q.    Going back to December 2, 2016, did you post

5    on Snapchat a video of a magic trick?

6        A.    I'm not sure.

7        Q.    Did you post any other Snapchat videos than

8    the -- strike that.

9            Between December 2nd and the morning of

10   December 7, 2016, did you post other stuff on Snapchat?

11       A.    I'm not sure, but probably.

12       Q.    And your last tweet about racism at Vestal

13   Central School District prior to posting the gun video

14   on Snapchat was your December 5th, 2016, tweet, correct?

15       A.    Yes.  I'm pretty sure, yeah.

16       Q.    Now, in the gun video, there is no reference

17   in that video to your allegations of racism at the

18   district, correct?

19       A.    Correct.

20       Q.    And it also doesn't make any reference to

21   your suspension from the school district, correct?

22       A.    Correct.

23       Q.    Do you have any understanding as to the

24   reason that lockdown drills are done at the school

25   district?

1 ▮▮▮▮▮▮▮▮▮

2      A.     Yeah, for the most part.

3      Q.     What is that understanding?

4      A.     When there is some type of threat to the

5  school, for everyone's safety.

6      Q.     Can you give me an example of the type of

7  threat that that's to prepare for?

8      A.     An active shooter.  That's why it's called

9  that.

10      Q.     By "active shooter," you mean a disgruntled

11  employee or student coming in and shooting up the

12  school, right?

13      A.     Yes.

14      Q.     Had you ever gone through any active shooter

15  drills at your prior school district?

16      A.     At Binghamton?

17      Q.     Yes.

18      A.     Yes.  All through elementary.

19      Q.     Were there any that were unannounced?

20      A.     Yes.

21      Q.     You sat through a lockdown drill that you

22  didn't know was coming at Binghamton, right?

23      A.     Yes.

24      Q.     Was it scary?

25      A.     The teacher told everyone that everything was

1 ██████████████                                    96

2  okay, so I wasn't too worried.

3       Q.    Are you familiar with Columbine High School?

4       A.    Yes.

5       Q.    You are aware that there had been school

6  shootings pretty much across the country in the last

7  decade and a half, right?

8       A.    Yes.

9       Q.    And these frequently involve students coming

10  to schools with guns?

11       A.    Yes.

12       Q.    They hurt people; sometimes they kill people,

13  correct?

14       A.    Yes.

15       Q.    You heard of Sandy Hook?

16       A.    Yes.

17       Q.    There was a massacre there, right?

18       A.    Yes, there was.

19       Q.    Has anyone ever indicated to you that in 2018

20  alone, 113 people were injured or killed during active

21  shooter incidents?

22       A.    Yes, it's one of the highest there's ever

23  been.

24       Q.    Are you aware that there are 23 separate

25  incidents?

1                          ██████████                          97

2        A.    Yes.

3        Q.    Some 17 people were killed or injured in

4   Parkman, Florida, not too long ago, right?

5                    MR. COTTER:   Form.

6   BY MR. SPAGNOLI:

7        Q.    That was during an active shooter incident,

8   right?

9        A.    Yes.

10       Q.    Do you know how many active shooter incidents

11  at schools there were in 2016?

12                   MR. COTTER:   Form.

13       A.    No.

14  BY MR. SPAGNOLI:

15       Q.    If I told you there was 15, would you have

16  any information to contradict that?

17       A.    No.

18       Q.    Do you agree that your tweets about racism

19  expressed anger about the subject?

20       A.    No.

21       Q.    Were you angry about --

22       A.    I was hurt.

23       Q.    Were you at all angry?

24       A.    No.

25       Q.    Would you agree that your tweets could be

1                                                                 98

2    read to express anger?

3         A.    Express hurt.

4         Q.    Would you agree that your tweets accusing the

5    school district of racism, in conjunction with your

6    posting a video of a gun, could have led people to fear

7    there was going to be a school shooting?

8                        MR. COTTER:  Form.

9                        MS. PAYNE:  Objection.

10        A.    No.

11   BY MR. SPAGNOLI:

12        Q.    You mention that Aja Holloway told you that

13   the girls who were going to report the gun video were

14   going to report it to SRO Talbut, correct?

15        A.    Yes.

16        Q.    That's T-A-L-B-U-T, correct?

17        A.    I'm not sure.

18        Q.    And SRO is school resource officer?

19        A.    Right.

20        Q.    He is a police officer who is sometimes

21   stationed at the school district, right?

22        A.    Yes.

23        Q.    To your knowledge, does Officer Talbut have

24   the authority to let a student out of school early?

25        A.    I'm not sure.

99

1       █████████████

2       Q.     Have you ever known him to do that?

3       A.     I'm not sure.

4       Q.     How long after you posted the video of your

5 girlfriend at the hospital on Snapchat did you receive

6 the call from Aja?

7       A.     Like 20, 30 minutes.

8       Q.     Now, you've made the allegation that a couple

9 of female students alerted one of their fathers of your

10 postings in the Snapchat video.  Are you familiar with

11 that allegation?

12       A.     Yes.

13       Q.     Which two students are you?

14       A.     Ma████ Da████ and Ca████ Gr██████.

15       Q.     Da████ is D-██████████?

16       A.     Yes.

17       Q.     How do you know that?

18       A.     That's what I was told.

19       Q.     By whom?

20       A.     Aja Holloway.  Because they told her.  They

21 were all friends before this incident.

22       Q.     I forgot to ask you before.  When did you and

23 E████ Mu██████ break up?

24       A.     December of 2018 -- or October.  October 22nd

25 of 2018.

100

```
 1
 2        Q.     It was after that breakup that you deleted
 3   all pictures with her in them?
 4        A.     Yes.
 5        Q.     Do you know of the identity of the father
 6   that Ms. D█████ and Ms. G██████n were going to speak to?
 7        A.     The identity of the father?
 8        Q.     Yes.  Whose father was it?
 9        A.     Marissa's.
10        Q.     Is he a police officer?
11        A.     Yes, he is.
12        Q.     Now, you said that your father said he was
13   going to call the school on December 8th.  Did your
14   father subsequently tell you that he had, in fact,
15   called the school?
16        A.     Yeah, he did.
17        Q.     He told you that on December 8, correct?
18        A.     Yes.
19        Q.     Were you still at the hospital when he told
20   you that?
21        A.     Yes.
22        Q.     Did he call you?
23        A.     Yes.
24        Q.     Did he tell you that he had spoken to
25   Dr. Penna?
```

1                        ████████████                    101

2        A.    I'm not sure.

3        Q.    He told you that he had spoken to someone at

4    the district?

5        A.    Yes.

6        Q.    What, if anything, did your father tell you

7    about the conversation he had with the district person?

8        A.    That they're trying to get me in trouble for

9    the Snapchat picture, to come home immediately, that

10   there is going to be police officers waiting for me at

11   my house.

12       Q.    Did he tell you they're trying to get you in

13   trouble, or did he tell you something specific?

14       A.    I don't recall exactly, but those are around

15   the words he used.

16       Q.    Did he make any reference to a further

17   suspension?

18       A.    No, not -- yeah, he did, actually.  He said

19   they are looking into suspending me again for the video.

20       Q.    Did he tell you anything else that the

21   district person had told him?

22       A.    No.

23       Q.    What did you say when he said that?

24       A.    I asked, "Are you serious?  Are you joking?"

25   And he's like, "No.  Get home now."

1                 █████████████                102

2     Q.    What time was this?

3     A.    I'm not sure.

4     Q.    Was it before noon?

5     A.    Yeah.

6     Q.    Was it before 11:00 a.m.?

7     A.    I'm not sure.

8     Q.    After you got off the phone with your father,

9 did you then immediately go to your house?

10     A.    Yes.

11     Q.    How far was it from the hospital to your

12 house?

13     A.    15 minutes.

14     Q.    When you arrived at the house, were any

15 police present?

16     A.    No.

17     Q.    How long were you there before some -- some

18 police did eventually show up on December 8th?

19     A.    Yes.

20     Q.    How long were you home before they arrived?

21     A.    Like 20 minutes.

22     Q.    One of the officers was Officer Talbut,

23 correct?

24     A.    Yes.

25     Q.    There were two other officers with him?

1                          ███████████                        103
2         A.      Yes.
3         Q.      They were both officers of the Vestal Police
4    Department?
5         A.      One was the sheriff and one was a regular
6    officer.
7         Q.      And when you say "the sheriff," do you mean
8    literally, the sheriff of the county?
9         A.      Yes.   Literally, the sheriff.
10        Q.      What was his name?
11        A.      I don't know.   He is a heavier set guy.
12        Q.      When you say he is a heavier set guy, the
13   sheriff or the other police officer?
14        A.      The sheriff.
15        Q.      When Officer Talbut and the other police
16   officers came to your house, what happened?
17        A.      They asked to see the gun, the safe, how it's
18   stored properly, to see if anyone else knows the codes
19   or anything, and they determined there was no threat and
20   they apologized for wasting our time and they left.
21        Q.      When you took the video of your sister, where
22   were you?
23        A.      In my sister's bedroom.
24        Q.      I thought you testified earlier that your
25   sisters did not live with you at the address?

1 ██████████                                    104

2      A.     She had a breakup with her boyfriend and she

3 was there momentarily.  She didn't permanently live

4 there.

5      Q.     Was she living there on December 7 and 8,

6 2016?

7      A.     Yes.

8      Q.     While the officers were at your house, did

9 you ever speak to Officer Talbut out of the presence of

10 the other two officers?

11      A.     Yeah.  The other two officers were upstairs

12 and Talbut and me were standing with my dad.

13      Q.     Did you ever speak to Officer Talbut outside

14 the presence of your father?

15      A.     No.

16      Q.     Did you have a discussion with Officer Talbut

17 about the gun video?

18      A.     Yes.

19      Q.     Tell us about that discussion.

20      A.     He asked why.  I showed him the video.  He

21 was just like, "Yeah, I saw this.  I don't see it as a

22 threat, but it's regulation that any time anyone has a

23 concern that we must do this because of all the

24 tragedies that have happened."

25      Q.     Did you tell Officer Talbut that you had

2   taken the video without your sister's knowledge?

3       A.    No, but she brought that up.

4       Q.    Was she present when you were downstairs with

5   Officer Talbut?

6       A.    No.

7       Q.    When did she bring that up?

8       A.    When her and the other officers came

9   downstairs.  I showed them the video also.

10      Q.    So the three officers showed up.  Was there a

11  discussion about the situation with the permit of the

12  gun before they went upstairs, or did two of them

13  immediately go upstairs?

14      A.    They asked for a permit first.  They saw it

15  and they asked if they could see it and she showed them

16  her safe and everything.

17      Q.    She went upstairs with the two officers while

18  you and your father stood and talked with Officer

19  Talbut, correct?

20      A.    Yes.

21      Q.    And then when they were done upstairs, your

22  sister and the two other officers came down and they

23  rejoined you, your father, and Officer Talbut?

24      A.    Yes.

25      Q.    Did you tell Officer Talbut that it had been

```
1                        ████████                      106
2   stupid to post the gun video?
3        A.    Yeah.
4        Q.    Did you tell anyone else that at the time?
5        A.    Well, my sister.
6        Q.    Why did you say it was stupid to post the
7   Snapchat video?
8        A.    Because she was upset with me.
9        Q.    What was she upset with you about?
10       A.    She just got her PI license and her license
11  to carry for a PI in New York and she was really
12  excited, and it kind of got ruined by all this stuff.
13       Q.    When you say "PI license," you are talking
14  about her private investigator license?
15       A.    Yes.
16       Q.    Did you tell Officer Talbut you did not mean
17  to cause anyone harm or alarm at the district?
18       A.    I didn't even know that that was even, like,
19  going on.  I didn't even know that people were taking it
20  as a threat or anything like that.  I wasn't even aware
21  of that.
22       Q.    When the officers arrived at your house, did
23  any of them explain that there was a significant amount
24  of stuff going on at the district because of the video?
25                      MS. PAYNE:  Form.
```

1
&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;

2      A.    They said it was a few students that brought

3  it to Talbut's attention.

4  BY MR. SPAGNOLI:

5      Q.    Did they describe what the students said to

6  Officer Talbut?

7      A.    No.

8      Q.    Did they indicate that the students had said

9  they were concerned about the video?

10      A.    Yes.

11      Q.    When the officers arrived at the house and

12  presented this information to you, you understood there

13  were some students claiming to be alarmed at the

14  district, correct?

15      A.    Yes.

16      Q.    When you were speaking with Officer Talbut

17  while the other two officers were upstairs, did you ever

18  tell him you didn't intend to alarm anybody?

19      A.    Yeah.  I have family also on Snapchat and I

20  was just kind of posting it on Snapchat because I

21  thought it was really cool.

22      Q.    Other than Officer Talbut, did you tell

23  anyone else that you didn't mean to alarm anyone at the

24  district?

25      A.    When we had that and that was brought up,

108

that's when everybody was leaving and they were just

talking about it, not to post anything more because of

what was going on.

    Q.   So when you say "everyone was leaving," you

are talking about Officer Talbut and the other two

officers, correct?

    A.   Yes, sir.

    Q.   After the officers left, did Ms. Caddick call

your house?

    A.   I think my sister called the school and was

questioning them about the student handbook.

    Q.   Did she speak to Ms. Caddick, to your

knowledge?

    A.   I believe so.

    Q.   How long after the officers left did that

telephone conversation occur?

    A.   Within that hour.

    Q.   Were you able to hear the conversation?

    A.   No.

    Q.   Did Brittany describe the conversation to

you?

    A.   After.

    Q.   When you say "after," what do you mean?

    A.   After she got off the phone.

2    Q.    What did she say about it?

3    A.    That she tried bringing up a couple things in

4    the handbook and Ms. Caddick wasn't taking what she had

5    to say and she had gotten nowhere.  They're just trying

6    to make me an example is what she told me.

7    Q.    When she said they were trying to make you an

8    example, did she say anything about how they were trying

9    to make you an example?

10    A.    By suspending me.  And making me to be like

11    someone that would hurt others.

12    Q.    Referring your attention back to Exhibit 7 on

13    the first page, the first three tweets which you

14    previously indicated you sent on December 8, 2016, you

15    sent those tweets after your conversation -- after

16    Brittany described her conversation with Ms. Caddick,

17    correct?

18    A.    Yes.

19    Q.    How long after?

20    A.    Like right after.

21    Q.    In what order did you send those three

22    tweets?

23    A.    The "we're all equal" and then the

24    "defamation of character" and then me trying to spread

25    awareness.

```
 1                                              ████████                     110
```

2      Q.    So when you said, "You are racist.  Face it,

3   you are a horrible being" in the first of your tweets

4   that day, were you angry?

5      A.    No, I was just hurt.  I just couldn't believe

6   what had happened.

7      Q.    And so then the middle tweet was the first?

8      A.    The "we are all equal," the 9-minute one.

9   The first was the second.  The one on top --

10     Q.    Let me try that again.  The middle tweet of

11  the three as they appear on the page was the first one,

12  chronologically.  The third tweet was the second one,

13  chronologically, and the first bigger tweet at the top

14  was the third one chronologically, correct?

15     A.    Yes.

16     Q.    In that top tweet you stated, "I would never

17  hurt a soul.  I just wanted help.  I love everyone,"

18  correct?

19     A.    Yes.

20     Q.    Were you being truthful there?

21     A.    Yes.

22     Q.    Is it your testimony that you would never

23  hurt a soul?

24     A.    Yes.

25     Q.    I want to make sure I'm clear on the

1     ████████████                          111

2     chronology here.  On December 8th, you learned that

3     students were reporting the gun video to the SRO.  You

4     had to go home, and you had cops visit the house to

5     check out the gun?

6          A.    Yes.

7          Q.    You were informed at that time that students

8     had expressed concern that there might be a threat as a

9     result of the gun video.  You were informed that you

10    were being suspended because of the gun video and the

11    tweets, and then you sent three more tweets immediately?

12                        MR. COTTER:  Form.

13         A.    I wasn't informed about the tweets.  I was

14    only informed about the video.

15    BY MR. SPAGNOLI:

16         Q.    But you immediately sent three more tweets

17    accusing people of racism?

18         A.    I didn't accuse anyone, but I expressed

19    myself.

20         Q.    Sorry.  Did you not just say, "You are a

21    racist.  Face it, you are a horrible being"?

22         A.    Yes, I did say that.

23         Q.    You are accusing the district of being racist

24    in that tweet?

25         A.    I meant that towards the district but I

112

didn't say that in my tweets.

    Q.    But that's what you intended?

    A.    Yes.

    Q.    Is it your testimony that you weren't intending to target Deborah Caddick when you said, "You are a horrible being?

    A.    I meant it as the district as a whole, because...

    Q.    By sending these tweets, were you trying to stir things up even more?

    A.    No, for the same reason I started tweeting is to get my voice heard because I wasn't being listened to.  Everything I said was being brushed away, and I felt this is the only way I can express myself.  If I put it out into the world, maybe someone would care because no one in the community did.

    Q.    Dr. Penna called your house on December 12, 2016, correct?

    A.    I'm not sure.

    Q.    Did Dr. Penna call your house sometime after December 8, 2016, to advise that there was going to be a superintendent's hearing on you?

    A.    Yes.

    Q.    Did you speak with Dr. Penna that day?

```
 1                        ████████████                        113
 2       A.    No.  I'm not sure.
 3       Q.    Do you know of anyone who did speak with
 4  Dr. Penna when he advised that there was going to be a
 5  superintendent's hearing?
 6       A.    It might have been my dad, but I'm not sure.
 7  He is the one who answered all the calls.
 8       Q.    Do you recall your father telling you about
 9  such a telephone conversation?
10       A.    Yes.
11       Q.    What did he say?
12       A.    He told me I got a second suspension.  I had
13  to be taken to a superintendent's proceeding to see what
14  they were going to do with me.
15                          (Exhibit 8, Letter, 12/9/16, marked
16                            for identification, this date.)
17  BY MR. SPAGNOLI:
18       Q.    ████████    I'm showing you what's been marked
19  as Exhibit 8 in this deposition.  Do you recognize this
20  document?
21       A.    Yes.
22       Q.    Is this a letter that was sent to your home
23  on or about December 9, 2016, relating to various
24  topics, including your suspension starting December 9th?
25       A.    Yes.
```

█████████████                                    114

1

2          Q.    Did you or your parents receive this on or

3     about December 9, 2016?

4          A.    I'm not sure.

5          Q.    Now, there is a couple of bullets here, and

6     one is basically a recapitulation of the tweets you

7     sent, correct?

8          A.    Yes.

9          Q.    And it includes the tweets from December 2,

10    December 5, and December 8, 2016, correct?

11         A.    Correct.

12                        MR. SPAGNOLI:  Let's go off the

13                   record for a moment.

14                        (Whereupon, a discussion was held

15                   off the record.)

16                        (Exhibit 9, Notice of Hearing,

17                   marked for identification, this date.)

18    BY MR. SPAGNOLI:

19         Q.    I'm showing you what's been marked as

20    Exhibit 9.  On the second page, I note that there is a

21    date of December 14, 2016, at the bottom.  Do you

22    recognize the document?

23         A.    Yes.

24         Q.    Is this a notice of a superintendent's

25    hearing?

115

2   A.   Yes.

3   Q.   Was it received by you or your family on or

4   about December 14, 2016?

5   A.   Yes.

6   Q.   I'm going to direct your attention to the

7   third paragraph on the first page of the document which

8   begins, "On December 2, 2016."  Do you see that?

9   A.   Yes.

10   Q.   It states on December 2, 2016, you were

11   involved in an incident in math class.  At the time, you

12   were instructed not to discuss the incident.

13        Are you familiar with which incident that's

14   referring to?

15   A.   No.

16   Q.   You don't know what that was about at all?

17   A.   I'm pretty sure it's about what Ms. Dyer said

18   and I was getting the first five days, but I'm not sure.

19   Q.   During your December 2, 2016, meeting with

20   Ms. Caddick, she told you that Ms. Dyer felt intimidated

21   by you, correct?

22   A.   Yes.

23   Q.   Did she say -- that was before your fourth

24   period that day, correct?  She told you that?

25   A.   That was during my fourth period that she

```
 1                          ██████████                      116

 2      told me that, and I was in math class and I returned

 3      from that to go back to math.

 4           Q.    Did she say the incident had happened that

 5      day?

 6           A.    No.

 7           Q.    So where it says December 2, 2016, you were

 8      involved in an incident in math class, that's an error,

 9      right?

10           A.    I'm not sure.

11           Q.    Did you or your family provide any written

12      response to this letter?

13           A.    I'm not sure.

14           Q.    Did you or your family ever contact the

15      district to state that anything in the letter was

16      inaccurate?

17           A.    I'm not sure.

18                          (Exhibit 10, Text Screenshots,

19                     marked for identification, this date.)

20      BY MR. SPAGNOLI:

21           Q.    ██████████     I'm showing you what's been marked

22      as Exhibit 10 in this deposition.  Do you recognize this

23      document?

24           A.    Yes.

25           Q.    Are these texts you exchanged with another
```

```
 1                            ███████████                    117
 2   person?
 3        A.    Yes.
 4        Q.    Can you tell from this who the other person
 5   was?
 6        A.    Yes.
 7        Q.    Who was it?
 8        A.    A██ Le████
 9        Q.    Is A██ L████ a student at the district?
10        A.    No.
11        Q.    Could you spell the last name?
12        A.    L████████
13        Q.    How do you know Ms. Le███?
14        A.    I went to school with her in Binghamton when
15   I was going to elementary school.
16        Q.    Do you remember when you exchanged the texts
17   with Ms. Leasy that are reflected on Exhibit 10?
18        A.    No.  I'm not sure.
19        Q.    I'm going to read into the record what's said
20   here.  You say -- the ones that are shaded are your
21   messages, correct?
22        A.    Yes.
23        Q.    You say, "I'm all right.  Super stressed.  My
24   school is so fucked up and racist."
25        A.    Yes.
```

118

Q.     And she said, "Why?"  And "WDYM," which is
"What do you mean?"

A.     Yes.

Q.     Then you said, "My math teacher separated my
class by color and put me and four other colored
students in the back of the room and I called her a
racist so she reported me and told the school she was
intimidated by me and got me suspended for five days,
and during my suspension I made tweets about how
offended I was and people started finding out and I got
suspended for it.  Check my Twitter.  Nothing is wrong
on it."  That is what is reflected in this exchange of
texts up until that point, right?

A.     Yes.

Q.     And she said, "That's ridiculous."  And you
said, "For another 5 days, so 10 total," correct?

A.     Yes.

Q.     Does that help you place in time when this
exchange happened?

A.     Probably right around the same time of the
second suspension.  So probably within those months.

Q.     Around December 9, 2016, in other words?

A.     Within, like, I would say between December
and February.

███████████                                                    119

1

2     Q.    You didn't say anything here about the

3   superintendent's hearing, correct?

4     A.    No.

5     Q.    And you said here that you were suspended for

6   10 total days, correct?

7     A.    Yes.

8     Q.    Now, as of December 14, 2016, you were aware

9   that you might be suspended for more time, correct?

10    A.    I'm not sure.

11    Q.    Well, you received Exhibit 9 on or about

12  December 14, 2016, was your testimony.  Do you remember

13  that testimony?

14    A.    Yes.

15    Q.    That letter informed you, or at least your

16  family, that there would be a superintendent's hearing

17  to determine whether you would have a further

18  suspension, correct?

19    A.    Yes.

20    Q.    So once December 14th came around, you knew

21  it wasn't necessarily going to be 10 total suspension

22  days, correct?

23    A.    Yes.

24    Q.    Is it fair to say you exchanged these texts

25  with Ms. Leasy sometime between December 9 and

```
1                      ██████████                    120

2    December 14, 2016?

3         A.    I'm not sure.

4         Q.    Is it possible?

5         A.    I'm not sure.

6         Q.    In December of 2016, your recollection of

7    these events was clearer than it is today, correct?

8         A.    Yes.

9         Q.    You had stated that your school was racist,

10   correct?

11        A.    Yes.

12        Q.    She asked you what did you mean, meaning what

13   do you mean by racist, right?

14        A.    Yes.

15        Q.    And you identified that your math teacher

16   separated your class by color, that you called her a

17   racist, she said she was intimidated by you, you got

18   suspended, you made tweets about how offended you were,

19   and you got suspended for that.  Those are the events

20   that you detail in that list, correct?

21        A.    Yes.

22        Q.    But in response to Ms. Leasy's inquiry, what

23   do you mean by racist, you didn't say anything about

24   Ms. Dyer using the N-word, did you?

25        A.    That's in my tweets.  I said check them on my
```

1                                        ████████████                      121

2   Twitter, nothing is wrong.

3        Q.    You didn't list them here in this text, did

4   you?

5        A.    No.

6        Q.    There is other information that you related

7   in this text that is also reflected in your tweets,

8   correct?

9        A.    Yes.

10       Q.    Such as the fact that you were suspended,

11   right?

12       A.    Yes.

13       Q.    Your allegations of racism, correct?

14       A.    Yes.

15       Q.    Calling her a racist, that's mentioned in

16   your tweets, right?

17       A.    Yes.

18       Q.    But you did not mention your claim that she

19   used the N-word, did you?

20       A.    No, that's in my tweets.  I said check my

21   Twitter.

22       Q.    You engaged, or your family engaged, an

23   attorney to represent you in connection with the

24   superintendent's hearing, correct?

25       A.    I'm not sure.

███████████                                            122

1

2       Q.     You were represented by an attorney named

3  Ron Benjamin for part of that?

4       A.     Yes.

5       Q.     Do you know when your family first retained

6  Mr. Benjamin?

7       A.     No.

8       Q.     When is the first time you met with

9  Mr. Benjamin?

10      A.     A couple days, probably, before the hearing.

11  I'm not quite sure, though.

12      Q.     Had anyone from your family informed you that

13  they had retained an attorney prior to your first

14  meeting with him?

15      A.     I'm not sure.

16      Q.     I don't remember if we covered this before.

17  Did you ever talk to E███ Mu█████ about Ms. Dyer using

18  the N-word?

19      A.     Yes.

20      Q.     When did you first mention it to her?

21      A.     The day it happened.

22      Q.     You are talking about November 22, 2016?

23      A.     Yes.

24      Q.     What did you tell her?

25      A.     What I heard and what I said back and that I

```
1                        ████████████                    123

2    might get in trouble for swearing at her, and, like, why

3    she said that and why I got kicked out.

4         Q.    Why did you and Ms. M████ break up?

5         A.    She moved away to school.

6         Q.    Is there any animosity between you and

7    Ms. Mu████?

8         A.    Not anymore.

9         Q.    You're aware that at the superintendent's

10   hearing, your sister introduced as exhibits several

11   pictures of other district students with guns, correct?

12        A.    Yes.

13                        (Exhibit 11, Photographs, marked

14                   for identification, this date.)

15   BY MR. SPAGNOLI:

16        Q.    ████████    I'm showing you what's been marked

17   as Exhibit 11, which is a collection of printouts of

18   photographs.  Would you look through this and let me

19   know whether you recognize the document?

20        A.    Yes.

21        Q.    Do you have any information that prior to the

22   superintendent's hearing where your sister introduced

23   these pictures, any officer or employee knew of any of

24   these pictures?

25        A.    No.
```

```
1                    ███████████                        124

2         Q.    Do you have any information suggesting that

3    any of the students depicted in these pictures posted

4    the pictures in the midst of sending multiple tweets

5    over several days accusing the district of wrongdoing?

6                         MS. PAYNE:   Form.

7    BY MR. SPAGNOLI:

8         Q.    Do you have any information to that effect?

9         A.    I'm not sure.

10        Q.    Am I puzzling you with the question?

11        A.    No.

12        Q.    When you posted the gun video, were you

13   thinking of any of these pictures?

14        A.    No.

15        Q.    Had you even seen any of these pictures

16   before you posted the gun video?

17        A.    One of them.

18        Q.    Which one?

19        A.    The one that says V███ .  Hu███  V████   The

20   fourth, fifth, sixth.

21        Q.    When did you first see the picture that's

22   labelled in the exhibit, H█████Va████

23        A.    I'm not sure.

24        Q.    Was it when school was in session?

25        A.    Yeah.
```

1                                ████████████                           125

2          Q.     But you don't have any information that

3     anyone at the district other than you knew about that

4     picture, correct?

5          A.     Well, under the picture, it shows people who

6     followed it.  K██ Cu████ is a student.  K███n is a

7     student so that means they saw it also.  J███ Gi██████,

8     ██████ D██e are also students.  They saw it.  Ci████

9     Ga███████, ██████ Doupe saw it.

10         Q.     I'm sorry.  Where are you reading now?

11         A.     It shows the people that are liking the

12    picture who have also seen it.

13         Q.     So you are referring not just to the fourth

14    page, but the fifth and sixth pages of the document?

15         A.     Yes.

16         Q.     Is it your testimony that you saw all three

17    of those pictures prior to December 7, 2016?

18         A.     Yes.

19         Q.     You didn't testify at the superintendent's

20    hearing, did you?

21         A.     No.

22         Q.     At the hearing that was held in pursuit of a

23    preliminary injunction, the one I'm talking about in

24    Syracuse?

25         A.     Yes.

1                    ████████████                        126

2        Q.    You testified that you did not testify at the

3   superintendent's hearing because your attorney told you

4   you didn't have to, correct?

5        A.    Correct.

6        Q.    What did your attorney tell you about that?

7                    MS. PAYNE:  Objection.

8                    MR. SPAGNOLI:  Based on what?

9                    MS. PAYNE:  Privilege.

10                    MR. SPAGNOLI:  Waived.  He

11                testified directly in response to a

12                question while represented by an

13                attorney at the superintendent's hearing

14                as to advice his counsel gave him.  That

15                waives the privilege as to the entire

16                subject matter of the advice.  I'm not

17                going to ask him for advice on other

18                subjects.  I am entitled to ask him what

19                his attorney told him about testifying

20                at the superintendent's hearing.

21                    Are you going to direct your client

22                not to respond?

23                    MR. COTTER:  To be clear, this is

24                his conversation with Ron Benjamin?

25                    MR. SPAGNOLI:  Yes.  Privilege has

127

1

2          clearly been waived.  You can't use it

3          as a sword and a shield.

4                    MR. COTTER:  About not testifying

5          at the superintendent's hearing?

6                    MR. SPAGNOLI:  Yes.

7    BY MR. SPAGNOLI:

8       Q.    Please answer the question.  What did

9    Mr. Benjamin tell you about testifying at the

10   superintendent's hearing?

11      A.    He told me it didn't matter if I was there or

12   not.  He knows this has really affected me

13   psychologically.  It's really affected me.  I stopped

14   eating around this time.  He knew how much damage it

15   started to do to me, and he told me it would be okay if

16   I stayed home and my family represented me.

17      Q.    Did he say anything to the effect that it

18   would be a bad idea for you to testify at the

19   superintendent's hearing?

20      A.    No.

21      Q.    Was there anything more to the discussion

22   about whether you should or should not testify at the

23   superintendent's hearing?

24      A.    I was getting sick, I was throwing up every

25   morning when I woke up, and the anxiety attacks.

128

1  ████████████████

2         MR. SPAGNOLI:  Let's take a lunch

3     break.

4

5         (Whereupon, a brief recess was

6     taken.)

7         (Debra Spero not present.)

8         (Exhibit 12, Hearing Decision,

9     marked for identification, this date.)

10         (Exhibit 13, Notice, marked for

11     identification, this date.)

12         (Exhibit 14, Letter, 3/14/17,

13     marked for identification, this date.)

14         MR. SPAGNOLI:  Back on the record.

15  BY MR. SPAGNOLI:

16     Q.     █████████  first I'm showing you what's been

17  marked as Exhibit 12.  There was a superintendent's

18  hearing regarding further suspension of you on

19  December 9, 2016.  You are aware of that, correct?

20     A.    I'm not sure.

21     Q.    You are not aware whether or not there was a

22  superintendent's hearing for further suspension of you?

23  When I said December 9, 2016, I wasn't saying that was

24  the date of the hearing.  I was saying the hearing was

25  about whether you would be suspended past December 9,

1                                    ██████████                    129
2     2016.
3           A.    Yes.
4           Q.    There was a decision issued by a hearing
5     officer; are you aware of that?
6           A.    Yes.
7           Q.    Exhibit 12 is a copy of the decision of the
8     hearing officer?
9                 Have you forgotten the question?
10          A.    Yes.
11          Q.    Is Exhibit 12 a copy of the decision of the
12    hearing officer?
13          A.    Yes.
14          Q.    The last page, does it show a date of
15    February 3, 2017?
16          A.    Yes.
17          Q.    On the last page, the last paragraph reads,
18    "Reviewing all the facts and circumstances in this
19    matter including ██████ disciplinary history, which
20    is characterized by an ongoing pattern of intimidating
21    conduct, combined with his blatantly unacceptable
22    conduct on December 8, 2016, I find that a very
23    substantial disciplinary penalty is appropriate in this
24    case and I accordingly recommend to the superintendent
25    of schools that ████████ be suspended from

                                                                    130

 1  ████████████

 2  instruction for the remainder of the 2016 to 2017

 3  academic year, and for the entire 2017 to 2018 academic

 4  year."  Did I read that correctly?

 5       A.   Yes.

 6       Q.   At that time, the suspension by the hearing

 7  officer was a period of approximately 18 months,

 8  correct?

 9       A.   Yes.

10       Q.   Turning to Exhibit 13 in front of you, is

11  this a letter received by you or your parents on or

12  about February 7, 2017, from Superintendent Jeff Ahearn?

13       A.   I'm not sure.

14       Q.   You don't recognize the letter?

15       A.   No.

16       Q.   It does state in the first paragraph that he

17  accepts in all respects the findings of fact of Hearing

18  Officer Michael D. Sherwood, dated February 3, 2017,

19  regarding guilt and there is a redaction.  It says, "is

20  determined to be guilty of the charges contained in the

21  Notice of Hearing."  Did I read that correctly?

22       A.   Yes.

23       Q.   Turning to Exhibit 14.  Do you recognize this

24  document?

25       A.   Yes.

```
 1                              ███████████                    131

 2        Q.    This is a March 14, 2017, letter addressed to

 3   your parents?

 4        A.    Yes.

 5        Q.    In this letter, it indicates that the Vestal

 6   Board of Education rejected their appeal from the

 7   superintendent's decision?

 8        A.    Yes.

 9                       (Exhibit 15, Student Disciplinary

10                       Report, marked for identification, this

11                       date.)

12   BY MR. SPAGNOLI:

13        Q.    ██████████    I'm showing you what's been marked

14   for identification as Exhibit 15.  First of all, do you

15   recognize the document?

16        A.    Yes.

17        Q.    Is this a copy of your student discipline

18   report from Vestal Central School District?

19        A.    Yes, it is.

20        Q.    I'm going to ask you some questions about

21   some of the entries here and I'm going to ask you some

22   questions about the underlying incidents, okay?

23        A.    Okay.

24        Q.    The first entry is dated -- it refers to an

25   incident date of 1/16/2014, correct?
```

█████████                                          132

1

2          A.     Yes.

3          Q.     And it involves an allegation that you were

4    throwing paper balls at another student?

5          A.     Yes.

6          Q.     It also says that you and another student

7    discussed taking a video Snapchat of throwing the paper

8    balls, I guess.

9          A.     Yes.

10          Q.     Did you state to someone in connection with

11   the investigation of this incident that you wouldn't

12   ever try to hurt anyone?

13          A.     Yes.

14                     MR. SPAGNOLI:  Let the record

15                reflect that Mrs. Spero has just entered

16                the room.

17   BY MR. SPAGNOLI:

18          Q.     Turning to the second page of the document,

19   the top entry on that page refers to an incident date of

20   2/27/2015; do you see that?

21          A.     Yes.

22          Q.     It's reported by Bea, B-E-A, Sullivan?

23          A.     Yes.

24          Q.     Who is Bea Sullivan?

25          A.     She's an aide.

133

 1

 2     Q.    Did you tell Ms. Sullivan on or about

 3  February 27, 2015, that your English teacher let you

 4  leave class early?

 5     A.    I'm not sure.

 6     Q.    Is it possible you said that?

 7     A.    Yes.

 8     Q.    Is it possible that you said that when it

 9  even wasn't true?

10                     MR. COTTER:  Form.

11     A.    I'm not sure.

12  BY MR. SPAGNOLI:

13     Q.    Is it possible that you lied to Ms. Sullivan

14  about whether your English teacher had let you go early?

15                     MR. COTTER:  Form.

16     A.    No.

17  BY MR. SPAGNOLI:

18     Q.    You don't recall the incident one way or

19  another?

20     A.    I feel like this happened a couple times.

21     Q.    When you say "this happened a couple times,"

22  what, specifically, are you saying happened a couple

23  times?

24     A.    That Ms. Sullivan was at the end of the

25  hallway in the English wing and any time anyone left,

 1

 2    she would send you right back.

 3        Q.    Do you recall ever telling her that your

 4    English teacher -- was Ms. Staccone-Rogers your English

 5    teacher in your freshman year?

 6        A.    That was my 10th grade year.

 7        Q.    That would have been your sophomore year.

 8    Ms. Staccone was your English teacher in 10th grade,

 9    correct?

10        A.    Yes.

11        Q.    Did you ever tell Ms. Sullivan that

12    Ms. Staccone had given you permission to leave early

13    when, in fact, Ms. Staccone had not?

14        A.    No.

15        Q.    Is Ms. Sullivan lying here?

16        A.    I'm not sure.

17        Q.    She says, "Told me the English teacher let

18    them go early.  Ms. Staccone did not.  This was during

19    announcements."  That's what it says, right?

20        A.    Yes.

21        Q.    She finishes by saying, "He was rude when

22    speaking to me as well as he lied," correct?

23        A.    That's what it says.

24        Q.    Do you remember ever protesting -- was this

25    incident brought to your attention at any time?

```
 1                      ████████                          135
 2      A.    After the fact, I got campus for it.
 3      Q.    What's that mean?
 4      A.    You can't go out to lunch.
 5      Q.    Did you ever tell anyone that you hadn't lied
 6   to Ms. Sullivan?
 7      A.    I brought it up when I was being told I was
 8   going to be campused.
 9      Q.    What did you bring up?
10      A.    That I didn't lie.  But it's always the
11   teacher's word over yours.
12      Q.    Did you leave English class without
13   permission at that time?
14      A.    Not that day, no.
15      Q.    Have you ever left English class early
16   without permission?
17      A.    I'm not sure.
18      Q.    I'm asking you based on your recollection.
19      A.    No.
20      Q.    You don't know, or you definitely hadn't?
21      A.    I don't know.  I'm not sure.
22      Q.    The next entry is dated 5/7/2015.  This is
23   still your 10th grade year, correct?
24      A.    Yes.
25      Q.    It says, "████    pushed another student into
```

1  ████████████

2  a stall door while in the boys restroom." Did I read

3  that correctly?

4      A.    Yes.

5      Q.    Do you recall the incident this refers to?

6      A.    Yes.

7      Q.    Who was the student?

8      A.    Harry Singh.

9      Q.    What were the circumstances of this incident?

10     A.    We were on the football team together and we

11  were just -- we just lined up and just, like, went on to

12  each other to see who could get past one another. And

13  we got in trouble because someone reported that they

14  were like -- one of the doors.

15     Q.    So you were trying to like shove past

16  Mr. S███?

17     A.    We were both, like, practicing our football.

18     Q.    Is Mr. S███ Caucasian?

19     A.    No.

20     Q.    Did he also get disciplined in connection

21  with the incident?

22     A.    I'm not sure.

23     Q.    Did he get hurt?

24     A.    No.

25     Q.    The next entry on the document is dated

1                    ███████████                        137

2    11/19/2015.  So now we're in your junior year, correct?

3         A.    Yes.

4         Q.    "A student reported having items taken from

5    his truck in the Little League lot."  Do you recall an

6    incident matching that description?

7         A.    Yes.

8         Q.    Who was the student?

9         A.    M███ L█████.

10        Q.    Mr. La████ is Caucasian, correct?

11        A.    Yes.

12        Q.    Were you near the truck of Mr. L█████ around

13   the time that items were supposedly taken from him?

14        A.    We used to all have lunch together at his

15   truck.  He was one of the first ones of us to have a

16   car.

17        Q.    So the answer is yes, you were near his truck

18   at that time?

19        A.    Yes.

20        Q.    Did you tell an officer or an employee of the

21   district that you weren't near his truck at the time the

22   items were stolen?

23        A.    There is, I think, a picture of all of us

24   standing there.

25        Q.    That wasn't my question.  My question was,

1                          ██████████                    138

2    during the investigation of this incident, did you tell

3    a district officer or employee that you were not near

4    his truck at the time the items were stolen?

5         A.    I'm not sure.

6         Q.    Is it possible you said that?

7         A.    I don't remember.

8                          MR. COTTER:   Form.

9    BY MR. SPAGNOLI:

10        Q.    The last entry on this page is dated 1/6/16.

11   We're still in your junior year, correct?

12        A.    Yes.

13        Q.    Under the incident note, it says, "On

14   1/11/16, Vi██ S███  and JD B█████  engaged in

15   inappropriate phone conversation at approximately

16   6:00 p.m."  Do you recall the incident this refers to?

17        A.    Yes.

18        Q.    Was JD Bu█████, at the time, another district

19   student?

20        A.    No.   He is like -- I don't know what you call

21   that.  Like another school off our school.  For kids

22   that got removed from Vestal.

23        Q.    He was in an alternative high school?

24        A.    Yes.

25        Q.    Do you know what phone conversation this

1                        ███████                        139

2   refers to?

3        A.    Yeah.  I told him to stop harassing my -- the

4   girl I was talking to at the time.

5        Q.    What was Mr. B█████ doing?

6        A.    He grabbed and pushed this girl into a locker

7   and I told him to stop and then he kept sending her nude

8   photos of himself, so I told him off about that.

9        Q.    How did you tell him off?

10       A.    I told him not to do that.

11       Q.    Did you make any threats to Mr. Bu█████

12       A.    No threats.

13       Q.    Did you make any reference to someone getting

14   hurt?

15       A.    I'm not sure.

16       Q.    Are there any circumstances under which you

17   would have told Mr. Bu█████ that you were going to hurt

18   someone?

19                        MR. COTTER:  Form.

20       A.    No.

21   BY MR. SPAGNOLI:

22       Q.    Was this a telephone conversation over, like,

23   voice phones, or was this over texts, or how was this

24   conversation held?

25       A.    Voice.

140

1

2   Q.    What, if anything, did Mr. B███ say in

3   response?

4   A.    He called me a fat faggot.

5   Q.    Is it fair to say he is not the nicest kid in

6   the world?

7   A.    No, he's not.

8   Q.    Let's turn to the next page.  The first

9   incident noted on that page, the incident date is

10  1/22/2016, correct?

11  A.    Yes.

12  Q.    Again, we're still in your junior year,

13  correct?

14  A.    Correct.

15  Q.    It states that you failed to come to class on

16  Friday, 1/22, and it's reported by Peter Durham.  Who is

17  Peter Durham?

18  A.    He is an art teacher.

19  Q.    It says Mr. Durham spoke with you in the

20  hallway between 6th and 7th period.  Do you remember the

21  incident that this entry refers to?

22  A.    Yes.

23  Q.    Tell me what happened.

24  A.    I don't think I went to his class on a

25  Friday.  He asked me who I went to go and meet with and

141

1  ███████████

2  talk to and I didn't want to talk to him.  Because a

3  couple of days before this, he put his hands like down a

4  girl's back and I said something to him about that, and

5  from that time I stopped talking to him in his room.

6  That's really about it.

7       Q.    Who was the girl?

8       A.    I can provide that later.  I have to look her

9  up in my yearbook.  I don't remember her name.

10      Q.    When he ascertains --

11      A.    B██████ L████.

12      Q.    When you say he put his hand down her back,

13  did his hand go below the waistband of her --

14      A.    It went right to her waistband.  That's why I

15  said something.

16      Q.    What did you say?

17      A.    I used profanity.  I said, "What the F are

18  you doing?"  Because she told me that he is really weird

19  and he gets really close when he talks to you and I was

20  paying attention to her.

21      Q.    How long before the failure to come to class

22  on a Friday was the incident where he put his hand on

23  the girl's back?

24      A.    Not too before that.

25      Q.    I'm sorry?

██████████                                                        142

1

2          A.      I would say during that week.

3          Q.      When Mr. Durham spoke with you in the hallway

4    on January 22nd, did you tell him that you had been

5    meeting with someone in regards to something a teacher

6    had said about you?

7          A.      I'm not sure.  I really don't remember that.

8          Q.      Do you recall meeting with someone in January

9    of 2016 about something a teacher said about you?

10         A.      I'm not sure.

11         Q.      Do you remember any teacher saying anything

12   about you in January of 2016 or around January of 2016?

13         A.      I'm not sure.

14         Q.      Did he, meaning Mr. Durham, speak with you

15   again the following Monday during class about needing a

16   note from the person you had met with?

17         A.      I don't remember, but that's what it says

18   here.

19         Q.      Do you recall telling him it was none of his

20   concern?

21         A.      Yeah.  Something along the lines of that.

22         Q.      I'm sorry?

23         A.      Something like that.  I don't think I said

24   that word for word, but something like "don't worry

25   about it."

1                    ███████████                    143

2          Q.    Did you then ask to leave to see the then

3    interim high school principal, Dr. Penna, with another

4    student?

5          A.    Yes.

6          Q.    Who was the other student?

7          A.    J██  Gi██████

8          Q.    Who is J██  Gi███████?

9          A.    He was another student in the class that had

10   issues with Durham.  They argued a lot.

11         Q.    Why did you want to meet with Dr. Penna and

12   J██?

13         A.    Jo██ wanted to make a report, too, because

14   Jo██ has dyslexia and he has a hard time focusing and

15   Durham would say, like, "What's wrong, man?  You can't

16   focus?"

17         Q.    When you were leaving the room, did you throw

18   a roll of paper towels in the garbage can?

19         A.    My backpack -- we were walking side by side

20   and my backpack hit the roll and it fell in and he

21   started yelling at me saying I threw it and everyone in

22   the class was saying, "What's going on?"

23         Q.    Turning to the next page, the first entry on

24   the page is dated 10/13/15.  Is this out of order?

25         A.    Yes.

144

```
 1                      ███████████
 2      Q.    For the purposes of the record, the page
 3  numbers of the document are in order, but for whatever
 4  reason there is a couple of entries here that are out of
 5  order in terms of chronology.
 6            The first entry on that page, was there a
 7  situation where a student claimed to a phys ed teacher
 8  that you were going through another student's bag in the
 9  locker room?
10      A.    Not that -- I got told that there was money
11  missing and they were going to search me.  I wasn't told
12  I was going through anyone's bag, though.
13      Q.    Whose money was supposedly missing?
14      A.    I'm not sure.
15      Q.    Did you know whether a student indicated that
16  you were the one that took the money?
17      A.    No.
18      Q.    Do you know any of the identities of any
19  other students that were involved in this incident?
20      A.    No.
21      Q.    Who was it who told you there was money
22  missing?
23      A.    I got called down to the office and then --
24      Q.    Which office?
25      A.    The assistant principal's office.
```

145

2      Q.    Which assistant principal?

3      A.    I believe Caddick was the one who I spoke to.

4      Q.    Because there were two assistant principals

5 at the time, Ms. Caddick and Mr. Kasson, right?

6      A.    Yes.

7      Q.    You got called down to Ms. Caddick's office

8 and what happened?

9      A.    She said there is money missing and to empty

10 my pockets because they said that the kids thought it

11 was me.  So I emptied my pockets, took off my shoes, and

12 that was it.

13      Q.    Did you make any claims about the students

14 who had accused you?

15      A.    Yes.

16      Q.    Who were the students who accused you?

17      A.    I'm not sure, but I remember making the

18 statements because there was a group of kids that always

19 made racial slurs.  Always saying stuff when people

20 walked by.

21      Q.    Who were they?

22      A.    I'm not sure.  I'm pretty sure a couple of

23 them were in the grade above and below.  Because we had

24 a mixed.

25      Q.    You didn't know their identities at the time?

146

          A.    No.

          Q.    Were you able to give their identities to
Ms. Caddick?

          A.    I'm not sure.

          Q.    If you didn't know the names of the students
who were making comments like that, how could you
identify them to Ms. Caddick as the students who accused
you of taking the money?

          A.    I don't remember their names now, but at the
time, I'm pretty sure she told me.

          Q.    So Ms. Caddick told you the names of the
students who had made the accusation, right?

          A.    Yes.

          Q.    But you didn't know the name of the students
from the hallway, do you?

          A.    Now I don't remember them.

          Q.    I asked you before if you knew at the time
what their names were and you said no.  Do you remember
that testimony?

          A.    No.  At the time, yeah, but now I don't
remember who.

          Q.    And it turned out that you didn't have the
amount that was reported taken, correct?

          A.    Yes.

147

         Q.    You weren't disciplined for this incident,
correct?

         A.    No.

         Q.    Are you saying no, that's not correct, or no,
you weren't disciplined?

         A.    No, I wasn't disciplined.

         Q.    Let's look at the next entry, 10/21/2015.  Go
back for a moment.  What school year did the incident
where you were asked about money that was taken, what
school year did that happen in?

         A.    The sophomore year.

         Q.    Are you saying that because you remember
that, or are you saying that because you are looking at
the date?

         A.    The date.

         Q.    Do you recall -- independent of the document,
do you remember what year you were in when that incident
was brought to your attention?

         A.    No.

         Q.    The next entry is dated 10/21/2015.  It
indicates that "a parent reported her car, which was
driven to school by her daughter, had been damaged.
Several students reported it was Vi█ who threw
apples."  Do you remember this incident?

1                        ███████████              148

2          A.    I didn't.

3          Q.    Did you throw apples at somebody's car?

4          A.    No.

5          Q.    Did you throw apples that happened to hit

6     somebody's car?

7          A.    No.

8          Q.    Then it says, "Vi██ texted for another

9     student to come to AP office to report cops are at my

10    house blaming me."  Did I read that correctly?

11         A.    Yes, you are.

12         Q.    Do you know what that refers to?

13         A.    I don't remember, but I'm guessing that I

14    texted someone to go and ask about why there is a cop at

15    my house blaming me for this.

16         Q.    Who visited your house?

17         A.    Talbot -- Officer Talbut.

18         Q.    Anyone else?

19         A.    No, just him.

20         Q.    Do you know which student you texted about

21    that?

22         A.    I'm not sure.

23         Q.    At the end it says, "Inconclusive to claims."

24    Do you see that?

25         A.    Yes.

1                          ███████████                    149

2        Q.    You weren't disciplined in connection with

3    that incident, correct?

4        A.    Correct.

5        Q.    On the next page, the second entry is dated

6    November 22, 2016, and then it states -- the incident

7    date was November 22, 2016, correct?

8        A.    Correct.

9        Q.    Then it states "D. Caddick, C/W 12/01/16,"

10   correct?

11       A.    Correct.

12       Q.    To the best of your knowledge, this refers to

13   the incident in Ms. Dyer's class which had led you to

14   call her a fucking racist, correct?

15       A.    Yes.

16       Q.    On the next page -- well, the next page

17   continues an entry from the previous page dated

18   12/1/2016, correct?

19       A.    Yes.

20       Q.    And that refers to the incident which led to

21   your first suspension, correct?

22       A.    Correct.

23       Q.    At the end under "offender notes," it says,

24   "Conf held in principal's conference room on 12/2 with

25   ██████████  parents, Ms. Caddick, Mr. Kasson, Mr. Penna,

2   and determined that suspension would start that day and

3   ██████ would return to school on 12/9," correct?

4      A.   Correct.

5      Q.   Then the next entry is dated 12/8/2016,

6   correct?

7      A.   Correct.

8      Q.   It shows an incident date of 12/8/16?

9      A.   Correct.

10      Q.   This refers to -- it details your posts on

11   Twitter and the video of the gun, correct?

12      A.   Correct.

13      Q.   And then the last page just continues with

14   more about incident date 12/8/16, correct?

15      A.   Where is that?

16      Q.   On top.  Incident date 12/8/2016.

17      A.   Yeah.

18               (Exhibit 16, Student Disciplinary

19            Report, marked for identification, this

20            date.)

21   BY MR. SPAGNOLI:

22      Q.   Please keep Exhibit 15 handy, ██████

23        I'm looking at Exhibit 16.  Do you recognize

24   the document?

25      A.   Yes.

1 ███████

2      Q.    This is another version of your student

3 discipline report, correct?

4      A.    Correct.

5      Q.    On the first page it says incident dates

6 between September 1, 2012, and December 15, 2016,

7 correct?

8      A.    Correct.

9      Q.    Whereas, the first one says incident dates

10 between July 1, 2007, and June 30, 2017, correct?

11      A.    Correct.

12      Q.    They're also in a little bit different

13 format, correct?

14      A.    Correct.

15      Q.    On Exhibit 16, I'd like you to turn to the

16 second page and focus on the third entry which has an

17 incident date of 11/9/2017, correct?

18      A.    Correct.

19      Q.    Comparing to Exhibit 15 on the second page,

20 there is also an incident dated 11/19/2015, correct?

21      A.    Correct.

22      Q.    And that's the incident we discussed earlier

23 where a student reported having items taken from his

24 truck in the Little League lot, correct?

25      A.    Correct.

152

1

2       Q.      Looking at the description on Exhibit 16 on

3   the second page under "offense," it states, "When spoken

4   to by administrators on 11/19, Vinny denied any

5   animosity.  Then during conference on 11/20, Vinny

6   stated he knew an altercation was pending on 11/19.

7   Vi███ was directed to stay out of Little League lot,

8   reserved for senior parking.  Evidence that V███ was in

9   the truck at the time/date items were missing was

10  presented to V███ after he denied being near the

11  truck."  Did I read what it says on the page correctly?

12      A.      Correct.

13      Q.      Does that refresh your recollection as to any

14  of the details of the incident reported on 11/19/2015?

15      A.      Yes.

16      Q.      Can you tell us what you remember now?

17      A.      I remember being brought into the office for

18  this incident, being talked to, and then they asked

19  about what was there.  Other than that, that was really

20  it.

21      Q.      Is any part of that deception under "offense

22  comment" comment false?

23      A.      I didn't deny being in the truck because

24  there was a picture there.  So it would be pretty

25  redundant to do that.

```
 1                          ██████████████          153
 2        Q.    Did you deny being near the truck before you
 3   saw the picture?
 4        A.    No, because I had the picture sent to me
 5   before any of that happened.
 6        Q.    Who sent you the picture?
 7        A.    Mi██ L██████
 8        Q.    Why was the picture taken?
 9        A.    He told Je████y Bu███ to stop -- he is not
10   allowed back in his truck, and I was with J████ and a
11   couple other students and the picture was taken of
12   J██████ and I'm in the picture with him.  And I think
13   Je█████ is in front of me and I'm behind him by the
14   tree.
15        Q.    Why did you have La████ send you the picture?
16        A.    He sent it to me and asked me about it.
17        Q.    What did he ask you?
18        A.    He told me that J███ wasn't allowed back to
19   his truck and he had told me the whole rundown what
20   happened, and that's when things were missing and then I
21   was told about, like, what was going on.
22        Q.    Do you still have that picture?
23        A.    I might.  It was sent to me through Twitter.
24   So I might.
25                          MR. SPAGNOLI:  Again, I make a
```

154

1

2                    request for that.  I'll put it in

3                    writing.

4    BY MR. SPAGNOLI:

5         Q.     Did you receive this picture from Mr. La

6    before or after you were questioned about the items

7    reported taken from the truck?

8         A.     Before.

9         Q.     Turning to the next page of Exhibit 16, at

10   the top of the page there is an incident date of

11   1/6/2016, correct?

12        A.     Correct.

13        Q.     Going back to Exhibit 15, still on the second

14   page of the document, there is a matching incident date

15   1/6/2016 at the bottom of the page, correct?

16        A.     Correct.

17        Q.     Again, this is the incident we discussed

18   where you and JD Bu        engaged in a telephone

19   conversation, correct?

20        A.     Correct.

21        Q.     Under "offense" it states, "1/11/16,

22   texted a threatening message to a student referring to

23   the student's friend."  Do you know what that refers to?

24        A.     Yes.

25        Q.     Who was the student and who was the student's

155

1
2     friend?
3          A.    Le███e B███  and JD Bu███.
4          Q.    You texted to Le███ B██o regarding
5     JD Bu███?
6          A.    Yes.
7          Q.    You texted to Le███ about --
8          A.    I was just texting Le███.
9          Q.    But you made reference to JD B███ in the
10    text?
11         A.    No.
12         Q.    What did you text to Leslie?
13         A.    We both listen to rap music and a song called
14    "Chiraq" by Soulja Boy came out and we were sending it
15    back and forth and I sent him quotes from the song and
16    he sent me quotes back.
17         Q.    Is L███ a he?
18         A.    Yeah, he.
19         Q.    So the texts stated, "I'm catching a body B.
20    Your bro is gonna die," correct?
21         A.    Yes.
22         Q.    "Body B" stands for body bag?
23         A.    No.
24         Q.    What does it stand for, if anything?
25         A.    Like, I'm pretty sure that means like you are

███████████                                      156

2   catching someone doing something.  It's called

3   "lacking."

4       Q.     When you text, "I'm catching a body B.  Your

5   bro is gonna die," were you referring to anyone?

6       A.     No.

7       Q.     It states, "██████ has had issues with this

8   student previously."  Is that relating to L█████?

9       A.     I never had an issue during this time with

10  Leslie.

11      Q.     What was the name of the song you mentioned?

12      A.     "Chiraq" by Soulja Boy.

13      Q.     Did someone from the district address this

14  issue with you?

15      A.     Yes.

16      Q.     Did they indicate why?

17      A.     Yeah.

18      Q.     What did they say?

19      A.     Along the lines of JD's mom was just worried

20  about me and him and this conversation.

21      Q.     I'm confused now.  I thought you said you

22  texted this to Le████?

23      A.     Yeah, but I'm pretty sure they brought up,

24  like -- they brought up stuff about JD with the text

25  involving JD.

157

```
 1                              ████████████
 2      Q.     Who was it who brought this up with you?
 3      A.     Mr. Kasson.
 4      Q.     Did Mr. Kasson say how the text had come to
 5   JD's attention?
 6      A.     Through Le███████
 7      Q.     So Le█████ told JD about the text?
 8      A.     Yes.
 9      Q.     According to what Mr. Kasson told you?
10      A.     According to what Mr. Kasson told me, yes.
11      Q.     Did Mr. Kasson indicate whether L███████ had
12   told JD that you were threatening JD?
13      A.     I'm not sure.
14      Q.     Did you show up at someone's house to
15   confront the person?
16      A.     No.
17      Q.     Did you show up at someone's house with whom
18   you had had a disagreement accompanied by a bunch of
19   your friends?
20      A.     No.
21      Q.     Were you charged with harassment as a result
22   of confronting someone physically?
23      A.     Yes.
24      Q.     What were the circumstances?
25      A.     Someone told me that they hope my father is
```

```
 1                      ████████████                           158
 2     turning in his grave, and I confronted him as soon as he
 3     said that to me.
 4          Q.    Who was that person?
 5          A.    Le████  Br████████
 6          Q.    The person you were texting the song lyrics
 7     back and forth?
 8          A.    Yeah.  That was two years ago.
 9                          MS. PAYNE:  Vinny, don't answer --
10                          THE WITNESS:  Yes.
11                          MS. PAYNE:  These are the facts
12                      related to his juvenile adjudication.
13                          MR. SPAGNOLI:  Well, I'm getting
14                      into the underlying incident, because
15                      Mr. S████ has directly testified that he
16                      would never hurt anyone.  Now he is
17                      saying that he confronted this person
18                      and I'm entitled to explore that.  It
19                      goes to his credibility.
20                          MR. COTTER:  The facts aren't
21                      admissible.  It has to do with the
22                      adjudication.
23                          MR. SPAGNOLI:  I'm not asking about
24                      the adjudication, I'm asking about the
25                      facts.
```

1                                                        159
2                    THE WITNESS:  But these are about
3              that --
4                    MR. SPAGNOLI:  Which of you is
5              going to be making objections?  I
6              thought we established that Ms. Payne
7              was going to be doing the objecting.
8                    MS. PAYNE:  I don't think it
9              matters, does it?
10                   MR. SPAGNOLI:  I want to know who
11             is going to be making objections.  I
12             think I'm entitled to get into this, and
13             if we have to call the judge about this,
14             we will.
15                   MR. COTTER:  That's fine.  He is
16             not going to talk about his juvenile
17             adjudication.  That's the whole point of
18             the juvenile adjudication.  He is not
19             going to put it on the record.
20                   MR. SPAGNOLI:  It's no different
21             from him having a disciplinary incident
22             in school.  I'm asking him about the
23             underlying facts.  I'm not interested in
24             what the adjudication was.  I want to
25             know what happened.

1               ███████████

2           MS. PAYNE:  The fact of the matter

3       is, having him testify and put something

4       on the record defeats the purpose of

5       having something sealed and his right

6       not to discuss it.

7           MR. SPAGNOLI:  We have a

8       disagreement about this.

9           At this point, I think we should go

10      off the record, we should excuse ████████

11      and his mother from the room, and call

12      the judge and find out what he thinks.

13          ████████ would you step out,

14      please.

15          (Whereupon, a discussion was held

16      off the record.)

17           MR. SPAGNOLI:  Back on the record.

18          The magistrate judge's office, the

19      office of the magistrate judge assigned

20      this case but he is not available this

21      evening and is unlikely to be there

22      before 4:00.

23          I am reserving my right to

24      reconvene this deposition to ask the

25      questions that I've been prevented from

```
 1                          ███████████                        161

 2                    asking about the incident involving

 3                    L████  B██████, and we will, if

 4                    necessary, make application to the court

 5                    concerning that.

 6    BY MR. SPAGNOLI:

 7         Q.    Going back to the DVD which has been marked

 8    as Exhibit 6.  I'm going to show you the other file on

 9    that disc, which is entitled "Spero student verbal

10    confrontation."  Can you see the screen?

11         A.    Yes.

12               (Video played.)

13    BY MR. SPAGNOLI:

14         Q.    Do you remember the incident filmed in that

15    video?

16         A.    Yes.

17         Q.    That's a video of you and another boy,

18    correct?

19         A.    Yes, G████████.

20         Q.    What's his last name?

21         A.    I'm not sure.

22         Q.    Does it start with an S?

23         A.    I'm not sure.

24         Q.    At one point, you can be heard in the video

25    saying, "Your friend's a pussy."  That's correct,
```

1                          ████████████                        162

2    correct?

3         A.    Yes.

4         Q.    You are referring to G███████, correct?

5         A.    Yes.

6         Q.    Do you remember this incident?

7         A.    Yes.

8         Q.    Tell us about it.

9         A.    He was telling people around school that he

10   was going to knock me and Lo███ Wy███ out.  And I was

11   like I don't even know who this kid is.  I think he is a

12   grade below me.  I was leaving Richie's Pizzeria and he

13   threw his crust at one of my friends and he told me who

14   he was and I approached him in front of all his friends

15   and all they did was pull out their phones.  And I was

16   telling him, "None of your friends care.  All they care

17   about is what's going to happen because all they're here

18   for is that they want to see some altercation happen."

19   And I just told him about how stupid it was.  Don't ever

20   say my name again.  That's really all it was.  I pointed

21   around to everyone.  "All your friends are watching you.

22   They don't even care.  All they want to do is see

23   something happen."

24        Q.    You invited him to fight during that video,

25   didn't you?

163

1                              ███████████

2        A.    No.

3        Q.    At one point in the video you are sort of

4   swinging your arms back and forth; did you see that?

5        A.    I did not.

6        Q.    You want to play it again?

7        A.    Yeah.

8              (Video played.)

9   BY MR. SPAGNOLI:

10       Q.    Did you see at a point there where you were

11   sort of swinging your arms back and forth?

12       A.    I talk in gestures.  I talk like that.

13       Q.    When did that occur?

14       A.    I'm pretty sure it was in my sophomore year.

15       Q.    Toward the beginning of the encounter, he

16   holds up his hands, palms forward to you, correct?

17       A.    Yes.

18       Q.    At that point, he is telling you I don't want

19   any trouble, right?

20                         MS. PAYNE:  Form.

21   BY MR. SPAGNOLI:

22       Q.    Is that what he told you?

23       A.    He didn't say that, but he did put his hands

24   up.

25       Q.    Did you understand him to be telling you he

1

2   did not want trouble with you?

3       A.    Yes.  That's why I went to his friends and I

4   told him that about what his friends are doing.  "Look

5   around, they're all recording us."

6       Q.    And then he backs away, correct?

7       A.    Yes.

8       Q.    And you followed him?

9       A.    Yeah, because I wanted to understand why he

10  was telling people he was going to knock me and Logan

11  Wyland out.

12      Q.    And then he turned around and walked away and

13  you followed him for a few paces, correct?

14      A.    I was still talking to him and then he walked

15  away.

16      Q.    And you saw his friends were recording the

17  incident?

18      A.    Yes.

19      Q.    You didn't know beforehand that they were

20  going to record the incident?

21      A.    No, but as soon as we started talking,

22  everyone pulled out their phones and started yelling and

23  stuff.

24      Q.    Have you ever been asked to fill out

25  information about yourself for the school records --

1                              ███████████                      165

2          A.     I'm not sure.

3          Q.     -- when you were attending school at Vestal

4     Central School District?

5          A.     Asking about me?

6          Q.     Yes, sir.

7          A.     I'm not sure.

8                         (Exhibit 17, Registration Info,

9                     marked for identification, this date.)

10    BY MR. SPAGNOLI:

11         Q.     Mr. Spero, do you recognize this document?

12         A.     No.

13         Q.     Do you know where the information was

14    obtained to fill out this document?

15         A.     No.

16         Q.     Were you ever asked to identify your race for

17    the school district?

18         A.     I'm not sure.

19         Q.     Under "personal information" in the top line

20    in the middle next to "race," it says "white or

21    Caucasian"; do you see that?

22         A.     Yes, I see that.

23         Q.     Do you know where that information came from?

24         A.     I'm not sure.

25         Q.     Did you ever indicate to anyone at the school

███████████                                                    166

district that you were white or Caucasian?

    A.    No.

                      (Exhibit 18, Information Checklist,

                      marked for identification, this date.)

BY MR. SPAGNOLI:

    Q.    Mr. Spero, I'm showing you what's been marked

as Exhibit 18.  Do you recognize this document?

    A.    No.

    Q.    Right near the top, there is an entry that

says "race" with an asterisk after it.  Do you see that?

    A.    Yes.

    Q.    There is a "W," correct?

    A.    Correct.

    Q.    Do you know what that signifies?

    A.    It signifies -- it says right here.  White or

Caucasian.

    Q.    Do you know where the information came from

upon which this entry was based?

    A.    No.  I don't remember filling out something

like this.

    Q.    Following your second suspension, you

returned to school on or about January 5, 2017, correct?

    A.    It was sometime in early January.  I don't

remember the specific date.

███████████                                    167

2    Q.    You remained in school except for some

3    absences, until the superintendent's hearing was

4    completed and the decision was issued, correct?

5    A.    Correct.

6    Q.    After the superintendent's hearing decision

7    issued, did you start seeing a social worker named Judy

8    Vieux, V-I-E-U-X?

9    A.    Yes.

10    Q.    Do you remember when you started seeing her?

11    A.    It was shortly after the proceedings of the

12    superintendent hearing.

13    Q.    After the hearing itself, or after you

14    received the decision?

15    A.    After the decision.

16    Q.    How many times did you see Ms. Vieux?

17    A.    I'd say like 10 times.

18    Q.    How long would one of these meetings take?

19    A.    About an hour.

20    Q.    When is the last time you saw Ms. Vieux?

21    A.    I'm not sure.  I think it was a few months

22    after I started going.

23    Q.    Started going to see her?

24    A.    Yes.

25    Q.    Was it still in 2017 that you stopped seeing

1                          ▮▮▮▮▮▮▮                          168

2    Ms. Vieux?

3         A.    Yes.  I'm pretty sure.

4         Q.    Was your -- did you decide not to see

5    Ms. Vieux anymore?

6         A.    Yes.

7         Q.    Was that in any way related to your being

8    accepted into Broome County's program?

9         A.    No, I stopped doing a lot of things like

10   hanging out with my friends and just retracted from

11   everything I usually would do.

12        Q.    When did you learn that you were accepted to

13   Broome County, again?

14        A.    That fall, I'm pretty sure.  I'm not quite

15   sure, though.

16        Q.    When you say, "that fall," you mean the fall

17   of 2017?

18        A.    Yes.

19        Q.    When you learned that you had been

20   accepted -- strike that.

21             You are claiming in this case that you

22   suffered emotional distress as a result of your

23   suspension from school?

24        A.    Yes.

25        Q.    Tell us about the emotional distress.

1

2      A.      Like, right as I got suspended for the long

3   term, for like, to go towards the hearings, I stopped

4   eating.  I, like, went in my basement and I made like a

5   little fort and I wouldn't come out.  I wouldn't talk to

6   anyone.  I don't know.  I was scared.  It was just

7   really weird for me to just have my normal life.

8   Everything just, like, didn't matter anymore.  I just

9   retracted from everything.

10      Q.      When did you stop eating?

11      A.      I don't remember the exact date, but it was

12   after my -- the 10-day suspension.

13      Q.      Was it before or after you learned that you

14   were going to be suspended for 18 months?

15      A.      It was before that.

16      Q.      When you say it was after the 10-day

17   suspension, do you mean after you found out you were

18   being suspended, or after the first 10 days were done?

19      A.      After the 10 days were done and I was told I

20   had to go to the hearing.

21      Q.      We looked earlier at a letter dated

22   December 14, 2016, that indicated you have to go to a

23   superintendent's hearing, correct?

24      A.      Correct.

25      Q.      And I think you also testified that Dr. Penna

```
1                              ███████████                    170
2    called the house to advise that you would have to go to
3    a superintendent's hearing, correct?
4         A.    I'm not sure, though.
5         Q.    Did you stop eating right around one of those
6    times when you either got the letter or got the call
7    from Dr. Penna?
8         A.    Around -- I believe it was around the time I
9    got the letter, but I'm not sure.
10        Q.    When did you resume normal eating habits for
11   yourself?
12        A.    October of 2017.  Around the time of my GED.
13        Q.    You mean your TSC?
14        A.    My TSC, sorry.  I forgot the term.
15        Q.    You also said you created a fort in your
16   basement.  When did you do that?
17        A.    Right after my first 5-day suspension.  I put
18   blankets up and wouldn't leave it.  I felt safe there.
19        Q.    When you say you wouldn't leave it, are you
20   saying you would spend 24 hours a day in there?
21        A.    Yes.
22        Q.    You didn't go to the bathroom?
23        A.    There is a bathroom right there.
24        Q.    In the fort?
25        A.    In my basement.
```

171

1
2     Q.     Did you go outside at all during that period?

3     A.     No.

4     Q.     How long did you live in the fort in your

5 basement?

6     A.     All of January into February, until about the

7 hearings were over.

8     Q.     Well, the actual hearing concluded at the end

9 of January of 2017.  Is that when you are saying you

10 stopped living out of the fort?

11     A.     No.  I was still in the fort into February.

12     Q.     You also said you were scared.  What do you

13 mean by "scared"?

14     A.     I was scared to just speak.  I didn't want to

15 open my mouth.  I felt like every time I talked I just

16 felt like my words didn't matter anymore because I felt

17 like I did something right and everything was being

18 taken away from me, so I didn't want to talk anymore.

19     Q.     Did you continue to post on social media

20 about your plight?

21     A.     My plight?  What do you mean by that?

22     Q.     Your issues with the school.

23     A.     No.

24     Q.     When did that start?

25     A.     What?

```
 1                    ██████████                        172

 2        Q.     Being scared.

 3        A.     When I got suspended for the video of my

 4   sister.

 5        Q.     So around December 8th?

 6        A.     Yeah.

 7        Q.     When did you stop feeling scared like that?

 8        A.     I still do.  Like I go to the stores in

 9   Vestal and people go, "Mom, that's the kid."  Like, it

10   sucks.

11        Q.     Isn't it true that you told Judy Vieux you

12   didn't need to see her anymore because you felt so much

13   better because you got into Broome County Community

14   College?

15        A.     I just wanted to stop seeing her.  Yes.

16        Q.     When you tell her that?

17        A.     I'm not sure.  I just wanted to get out of

18   there.  My parents wanted me to talk to someone because

19   they were scared I was going to commit suicide, because

20   I wanted to, but I just didn't want to talk about it.  I

21   just felt like I just needed time instead of to keep

22   bringing up what's upsetting me.

23        Q.     You told Judy Vieux that you didn't need to

24   see her anymore because you felt so much better after

25   being accepted into Broome Community College, right?
```

```
 1                        ███████████
 2       A.    Yes.  I want her to stop making the
 3  appointments.
 4       Q.    So you wanted to commit suicide?
 5       A.    Yes.
 6       Q.    Did you ever make a plan?
 7       A.    (Nods head).
 8       Q.    When was that?
 9       A.    In January.  I missed school around the time
10  I was going to.
11       Q.    Are you saying that you missed school in
12  January of 2017 because you were considering suicide?
13       A.    Yeah, it was when they let me back into
14  school and they were awaiting the decision.  I'd come to
15  school and throw up in the bathroom and leave.  I would
16  walk through the halls and felt scared.  People were
17  watching me.
18       Q.    Other than Judy Vieux, did you ever see any
19  other healthcare provider or counselor?
20       A.    I went with my mom once a couple times to her
21  counselor.
22       Q.    Who was that?
23       A.    His name is Charlie.
24       Q.    Where is he?
25       A.    It's on the south side of Binghamton.
```

1                    ████████████                      174

2        Q.    You said his name is Charlie?

3        A.    Yeah.

4        Q.    You don't know the last name?

5        A.    I don't know his last name.

6        Q.    Do you remember what street the office is on?

7        A.    No.

8        Q.    Do you know what organization, if any, he is

9   affiliated with?

10       A.    I'm not sure.

11       Q.    Do you know what kind of counselor he is?

12       A.    A grievance counselor.

13       Q.    Let me rephrase my question.  Did you see any

14  other healthcare provider or counselor in connection

15  with the emotional distress you are claiming as a result

16  of what happened at the school district?

17       A.    Just my mom brought me to her counselor.  If

18  I liked him, to see if I would talk to him, but I

19  refused to.

20       Q.    When was that?

21       A.    It was sometime in January, February of last

22  year.

23       Q.    2018?

24       A.    Yes.

25       Q.    Other than Judy Vieux and the one time you

175

1          ███████████

2     went to see Charlie whoever but wouldn't talk to him,

3     have you seen any other healthcare or counselor or

4     therapist in connection with --

5          A.    I talked to, like, a hotline for people who

6     are going through depression, but other than that no one

7     else.

8          Q.    What's the hotline?

9          A.    The suicide hotline.

10         Q.    When was that?

11         A.    It was close to my birthday in 2017.  Around

12    July.

13         Q.    Just the one time?

14         A.    Yeah, only one time.

15         Q.    How long did you use the hotline?

16         A.    I told them how I was feeling and stuff and

17    then I hung up right away.

18         Q.    So 5, 10 minutes?

19         A.    Yeah.

20         Q.    Have you ever been diagnosed with any mental

21    or emotional condition?

22         A.    No.

23         Q.    I'm not just talking about since you got

24    suspended.  I'm talking about at any time in your life.

25         A.    No.

176

```
 1                    ████████████
 2      Q.    Has any healthcare provider prescribed any
 3   treatment or medications to you as a result of any
 4   emotional condition you have?
 5      A.    No.
 6      Q.    Have you, yourself, paid anything out of your
 7   pocket -- your own pocket to further your education
 8   during your suspension?
 9      A.    No.
10      Q.    Have you had to incur any out-of-pocket
11   costs -- do you understand when I say "out of pocket"?
12      A.    Yes.
13      Q.    Have you had to incur any out-of-pocket costs
14   for your education since your suspension ended?
15      A.    No.
16      Q.    Other than your claim of emotional distress
17   and any claims you have in relation to lost education
18   time, are you, yourself, claiming any damages as a
19   result of what happened with the school district?
20      A.    Emotionally.  I haven't been the same ever
21   since.  I've retracted from almost all the people I talk
22   to.  I'm just kind of like --
23      Q.    The question was, other than emotional and
24   other than education costs.  Other than those two
25   categories, have you sustained any other damages as a
```

1                        ██████████                        177

2  result of what you claim happened at the school

3  district?

4        A.    No.

5                    MR. SPAGNOLI:  Let's take

6              5 minutes.

7                    (Whereupon, there was a brief pause

8              in the proceedings.)

9                    MR. SPAGNOLI:  Back on the record.

10 BY MR. SPAGNOLI:

11       Q.    ████████   you are aware through Aja Holloway

12 that at least two students approached the school

13 resource officer about your gun video, correct?

14       A.    I think there is a third student, too.

15       Q.    So to the best of your knowledge, three

16 students approached the school resource officer about

17 your gun video, correct?

18       A.    Yes.

19       Q.    And the school resource officer actually came

20 out to your house, correct?

21       A.    Yes.

22       Q.    And you are also aware that there were phone

23 calls made to the school district about the gun video?

24       A.    Not about the gun video, but I heard there

25 was calls to the school.

1                                               ▮▮▮▮▮▮                              178

2        Q.     And you are aware that a lockdown drill was

3   canceled the next day, correct?

4        A.     Correct.

5        Q.     And you are also aware from Aja that there

6   were students talking about the gun video in the

7   Commons?

8        A.     Those are the girls who reported it.

9        Q.     Do you agree with me that your gun video had

10  an impact on the school district?

11                      MS. PAYNE:  Form.

12       A.     No.

13                      MR. SPAGNOLI:  I have nothing

14              further.

15                      MS. PAYNE:  All set.

16                      Thank you, guys.

17                      (Deposition ended at 3:11 p.m.)

18              *              *              *

19

20

21

22

23

24

25

```
 1                      ██████████                        179

 2   STATE OF NEW YORK

 3              ss:

 4   COUNTY OF _____

 5                CERTIFICATE OF WITNESS

 6        I, ████████████  hereby certify that I have read

 7   the foregoing transcript of my deposition taken

 8   January 18, 2019, at Binghamton, New York, pursuant to

 9   the applicable Rules of Civil Procedure, and that the

10   foregoing 178 pages of transcript are in conformity with

11   my testimony given at that time (with the exception of

12   any corrections made by me, in ink, and initialed by me

13   on the attached errata sheet).

14

15   _____

     ██████████████████

16

17   STATE OF NEW YORK

18   COUNTY OF _____

19        SUBSCRIBED AND SWORN to before me, the

20   undersigned authority on this the _____ day of

21   _____, 20___.  _____

22   Notary Public in and for

23   _____ County, State of New York

24   My Commission Expires_____

25   Job No. CS3175533
```

REPORTER'S CERTIFICATE

I, LAURA HR FARMER, RMR, CRR, and Notary Public, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken;

I further certify that I am not a relative or employee of any attorney or of any of the parties nor financially interested in the action.

LAURA HR FARMER, RMR, CRR
Notary Public

```
                        ERRATA SHEET
                  VERITEXT LEGAL SOLUTIONS
                        800-567-8658
     ASSIGNMENT NO. CS3175533
     CASE NAME: Spero v. Vestal Central School District
     DATE OF DEPOSITION: 1/18/2019
     WITNESS' NAME: ████████████

     PAGE/LINE(S)/    CHANGE                REASON
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
     ____/_____/_____/_____
                  _____
                       ████████████
     (Notary not required in California)
     SUBSCRIBED AND SWORN TO
     BEFORE ME THIS_____DAY
     OF_____, 2019.


     _____
          NOTARY PUBLIC
     MY COMMISSION EXPIRES_____
```

```
 1                    Veritext Legal Solutions

                290 W. Mt. Pleasant Ave. - Suite 3200

 2                  Livingston, New Jersey 07039

                Toll Free: 800-227-8440  Fax: 973-629-1287

 3

 4      January 31, 2019

 5      To: Willa S. Payne, Esq

 6      Case Name: Spero v. Vestal Central School District

 7      Veritext Reference Number: 3175533

 8      Witness: ██████████         Deposition Date:  1/18/2019

 9

        Dear Madam:

10

        Enclosed please find a deposition transcript.  Please have the witness

11      review the transcript and note any changes or corrections on the

        included errata sheet, indicating the page, line number, change, and

12      the reason for the change.  Have the witness' signature at the bottom

13      of the sheet notarized except in California where they are signing

14      under penalty of perjury and forward the errata sheet back to us at

15      the address shown above.

16

17      If the jurat is not returned within thirty days of your receipt of

18      this letter, the reading and signing will be deemed waived.

19

20      Sincerely,

21

22      Production Department

23

24      Encl.

25      Cc: Charles C. Spagnoli, Esq
```

**[& - 18]**

| & |
|---|
| **&**   18:5 |

| 0 |
|---|
| **00007**   1:8 |
| **07039**   182:2 |

| 1 |
|---|

**1**   1:1 3:15 17:21
  17:25 19:3 151:6
  151:10
**1/11/16**   138:14
  154:21
**1/16/2014**   131:25
**1/18/2019**   181:3
  182:8
**1/22**   140:16
**1/22/2016**   140:10
**1/6/16**   138:10
**1/6/2016**   154:11
  154:15
**10**   3:24 10:1 78:18
  116:18,22 117:17
  118:17 119:6,21
  167:17 169:12,16
  169:18,19 175:18
**10/13/15**   143:24
**10/21/2015**   147:8
  147:21
**100**   100:1
**101**   101:1
**102**   102:1
**103**   103:1
**104**   104:1
**105**   105:1
**106**   106:1
**107**   107:1
**108**   108:1
**109**   109:1
**10:00**   1:18
**10:59**   68:7

**10th**   19:8,12 134:6
  134:8 135:23
**11**   3:25 11:1
  123:13,17
**11/19**   152:4,6
**11/19/2015**   137:2
  151:20 152:14
**11/20**   152:5
**11/9/2017**   151:17
**110**   110:1
**111**   111:1
**112**   112:1
**113**   3:22 96:20
  113:1
**114**   3:23 114:1
**115**   115:1
**116**   3:24 116:1
**117**   117:1
**118**   118:1
**119**   119:1
**11:00**   67:8 68:4,6
  68:7,18 102:6
**11:57**   68:2
**11th**   19:8,12,23
**12**   4:2 12:1 62:11
  112:18 128:8,17
  129:7,11
**12/01/16**   149:9
**12/1/2016**   149:18
**12/2**   149:24
**12/2/15**   3:19 65:3
**12/5/16**   3:18 49:11
**12/8/16**   150:8,14
**12/8/2016**   150:5
  150:16
**12/9**   150:3
**12/9/16**   3:22
  113:15
**120**   120:1
**121**   121:1

**122**   122:1
**123**   3:25 123:1
**124**   124:1
**125**   125:1
**126**   126:1
**127**   127:1
**128**   4:2,3,4 128:1
**129**   129:1
**13**   4:3 13:1 128:10
  130:10
**130**   130:1
**13057**   2:13
**131**   4:5 131:1
**132**   132:1
**13202**   2:7
**133**   133:1
**134**   134:1
**135**   135:1
**136**   136:1
**137**   137:1
**138**   138:1
**139**   139:1
**14**   4:4 14:1 114:21
  115:4 119:8,12
  120:2 128:12
  130:23 131:2
  169:22
**140**   140:1
**141**   141:1
**142**   142:1
**143**   143:1
**144**   144:1
**145**   145:1
**146**   146:1
**147**   147:1
**148**   148:1
**149**   149:1
**14th**   119:20
**15**   4:5 15:1 97:15
  102:13 131:9,14
  150:22 151:6,19

  154:13
**150**   4:6 150:1
**151**   151:1
**152**   152:1
**153**   5:11 153:1
**154**   154:1
**155**   155:1
**156**   156:1
**157**   157:1
**158**   158:1
**159**   159:1
**16**   4:6 16:1 150:18
  150:23 151:15
  152:2 154:9
**160**   160:1
**161**   161:1
**162**   162:1
**163**   163:1
**164**   164:1
**165**   4:7 165:1
**166**   4:8 166:1
**167**   167:1
**168**   168:1
**169**   169:1
**17**   3:15 4:7 17:1
  97:3 165:8
**170**   170:1
**171**   171:1
**172**   172:1
**173**   173:1
**174**   174:1
**175**   175:1
**176**   176:1
**177**   177:1
**178**   178:1 179:10
**179**   179:1
**18**   1:18 3:16 4:8
  14:6 17:11,14,17
  18:1 48:15 130:7
  166:4,8 169:14
  179:8

**[180 - 6th]**

| | | | |
|---|---|---|---|
| **180** 180:1 | **2017** 129:15 130:2 | **3** | **4th** 93:12 |
| **19** 19:1 | 130:3,12,18 131:2 | | **5** |
| **1999** 9:17 | 151:10 166:23 | **3** 3:1,17 32:12,17 | |
| **2** | 167:25 168:17 | 93:9 129:15 | **5** 3:19 5:1 49:19 |
| | 170:12 171:9 | 130:18 | 49:21 59:20 65:3 |
| **2** 2:1 3:16 18:13 | 173:12 175:11 | **3/14/17** 4:4 128:12 | 65:7 90:10 93:14 |
| 18:18 52:25 58:24 | **2018** 10:7,8 13:8 | **30** 30:1 99:7 | 93:19 114:10 |
| 70:17,24 89:12,18 | 13:19 96:19 99:24 | 151:10 | 118:17 166:23 |
| 89:25 92:15 93:2 | 99:25 130:3 | **300** 2:6 | 170:17 175:18 |
| 93:6 94:4 114:9 | 174:23 | **31** 31:1 182:4 | 177:6 |
| 115:8,10,19 116:7 | **2019** 1:18 179:8 | **315** 2:7,13 | **5/7/2015** 135:22 |
| **2/27/2015** 132:20 | 181:22 182:4 | **3175533** 182:7 | **50** 50:1 |
| **20** 20:1 48:15 71:7 | **2022** 10:19 11:15 | **32** 3:17 32:1 | **51** 51:1 |
| 99:7 102:21 | 11:20 | **3200** 182:1 | **52** 52:1 |
| 179:21 | **21** 5:7 21:1 | **33** 33:1 | **53** 53:1 |
| **2007** 151:10 | **2106** 93:3 | **34** 34:1 | **54** 54:1 |
| **2012** 151:6 | **22** 5:11 22:1 31:12 | **35** 35:1 | **55** 55:1 |
| **2015** 133:3 | 34:18,21 63:24 | **36** 36:1 | **56** 56:1 68:3 |
| **2016** 5:9 18:9 | 122:22 149:6,7 | **37** 37:1 | **57** 57:1 |
| 20:24 31:5,6,12 | **221** 2:6 | **38** 38:1 | **58** 58:1 |
| 34:18,21 45:16,18 | **22nd** 44:5 49:9 | **39** 39:1 | **59** 59:1 68:4 |
| 49:19,21 51:9 | 62:5 99:24 142:4 | **3:11** 178:17 | **5d** 89:18,19 92:25 |
| 52:25 58:24 63:24 | **23** 5:3 23:1,22 | **3:17** 1:8 | **5th** 89:22 90:2,4,6 |
| 69:6,17 70:2,17,24 | 90:7 96:24 | **4** | 90:9,11 94:14 |
| 71:10,18,22 72:5 | **234-9900** 2:13 | | **6** |
| 72:20 75:14 77:4 | **23m** 90:17 91:24 | **4** 3:18 4:1 49:11 | |
| 80:11,24 81:12,22 | 92:3,5 | 49:15 | **6** 3:20 6:1 68:24 |
| 86:3 88:2 89:12 | **24** 24:1 78:12 | **40** 40:1 | 73:7 161:8 |
| 89:18,25 92:15 | 80:13 170:20 | **41** 41:1 | **60** 60:1 |
| 93:6,9,14,19 94:4 | **25** 9:19 15:4 16:5 | **42** 42:1 | **61** 61:1 |
| 94:10,14 97:11 | 25:1 71:7 | **4205** 51:20 57:16 | **62** 62:1 |
| 104:6 109:14 | **26** 26:1 | 59:14 | **63** 63:1 |
| 112:19,22 113:23 | **27** 27:1 133:3 | **43** 43:1 | **64** 64:1 |
| 114:3,10,21 115:4 | **27m** 90:17 92:3,5 | **44** 44:1 | **65** 3:19 65:1 |
| 115:8,10,19 116:7 | **28** 28:1 45:16,18 | **448** 15:6,9,13 16:2 | **6575** 2:12 |
| 118:23 119:8,12 | 51:9 | **45** 45:1 | **66** 66:1 |
| 120:2,6 122:22 | **28th** 13:12 | **46** 46:1 | **67** 67:1 |
| 125:17 128:19,23 | **29** 29:1 | **47** 47:1 | **68** 3:20 68:1 |
| 129:2,22 130:2 | **290** 182:1 | **48** 48:1 | **69** 69:1 |
| 142:9,12,12 149:6 | **2nd** 89:21 92:19 | **49** 3:18 49:1 | **6:00** 138:16 |
| 149:7 151:6 | 94:9 | **4:00** 160:22 | **6th** 93:23 140:20 |
| 169:22 | | | |

| 7 | | | |
|---|---|---|---|
| **7**   3:8,21 7:1 18:9 75:14 87:21,24 88:2,22 90:14,21 94:10 104:5 109:12 125:17 130:12 | **88**   88:1 **89**   89:1 **8:30**   78:21 79:11 **8th**   77:16 78:6 80:18 86:3,18,20 92:6 93:21 100:13 102:18 111:2 172:5 | **accepted**   168:8,12 168:20 172:25 **accepts**   130:17 **accompanied** 157:18 **account**   70:23 71:12 **accurate**   33:9 **accusation**   29:5 146:13 | **advice**   126:14,16 126:17 **advise**   112:22 170:2 **advised**   113:4 **affiliated**   174:9 **ago**   97:4 158:8 **agree**   39:13 97:18 97:25 98:4 178:9 |
| **70**   70:1 **703-6500**   2:7 **71**   71:1 **72**   72:1 **73**   73:1 **74**   74:1 **75**   75:1 **76**   76:1 **77**   77:1 **78**   78:1 **79**   5:3 79:1 **7th**   93:25 140:20 | | | |

**70**   70:1
**703-6500**   2:7
**71**   71:1
**72**   72:1
**73**   73:1
**74**   74:1
**75**   75:1
**76**   76:1
**77**   77:1
**78**   78:1
**79**   5:3 79:1
**7th**   93:25 140:20

| 9 |
|---|
| **9**   3:23 9:1 110:8 113:23 114:3,16 114:20 118:23 119:11,25 128:19 128:23,25 |

**90**   90:1
**91**   91:1
**92**   92:1
**93**   93:1
**94**   94:1
**95**   95:1
**96**   96:1
**97**   97:1
**973-629-1287** 182:2
**98**   98:1
**99**   99:1
**9m**   90:17 92:3,5
**9th**   19:8,11 85:21 86:3,19,21 87:4 113:24

| 8 |
|---|
| **8**   3:22 5:9 8:1 9:17 77:4 78:18 80:11 80:24 81:12,22 100:17 104:5 109:14 112:22 113:15,19 114:10 129:22 |

**80**   5:7 80:1
**800-227-8440** 182:2
**800-567-8658** 181:2
**81**   81:1
**82**   82:1
**83**   83:1
**84**   84:1
**85**   85:1
**86**   86:1
**87**   3:21 87:1

| a |
|---|
| **a.m.**   1:18 68:18 102:6 |

**ability**   9:2 48:5
**able**   60:5 108:19 146:3
**absences**   167:3
**academic**   130:3,3
**accept**   12:17

**accusations**   26:15 26:17,19 27:5
**accuse**   111:18
**accused**   145:14,16 146:8
**accusing**   91:3 98:4 111:17,23 124:5
**act**   29:15 50:9
**acting**   24:4 61:4
**action**   180:19
**active**   84:17 95:8 95:10,14 96:20 97:7,10
**actively**   80:5
**activities**   48:2,5
**actual**   14:4 171:8
**add**   77:18
**address**   9:18 15:4 15:13,14 51:17 103:25 156:13 182:15
**addressed**   131:2
**adjudication**   17:3 17:7 158:12,22,24 159:17,18,24
**administrators** 152:4
**admissible**   17:4 158:21
**adverse**   79:7

**agreement**   18:6,11
**ahearn**   1:10 87:6,8 130:12
**aide**   25:15,17 35:5 35:6 40:13 132:25
**aja**   81:15,17,19,21 82:2,4,13,16 83:3 83:22 85:25 86:7 98:12 99:6,20 177:11 178:5
**alarm**   106:17 107:18,23
**alarmed**   107:13
**albert**   1:11 2:17
**alerted**   99:9
**ali**   117:8,9
**allegation**   29:6 99:8,11 132:3
**allegations**   94:17 121:13
**alleged**   92:14,16
**alleging**   66:12
**allow**   7:13 16:20
**allowed**   14:3 48:2 153:10,18
**aloud**   8:8
**altercation**   152:6 162:18
**alternative**   138:23
**altogether**   23:21
**america**   54:25

**[amount - bag]**

**amount** 106:23
146:24
**anger** 97:19 98:2
**angle** 37:8
**angry** 97:21,23
110:4
**animosity** 123:6
152:5
**announcements**
134:19
**answer** 8:2,7,18
9:11 16:11,17,20
30:21,22 43:24
46:3 79:18 127:8
137:17 158:9
**answered** 113:7
**answering** 8:6
**anxiety** 127:25
**anybody** 42:11
57:18 69:12
107:18
**anymore** 27:24
123:8 168:5 169:8
171:16,18 172:12
172:24
**anyone's** 144:12
**ap** 148:9
**apologized** 103:20
**apparent** 76:6
**apparently** 30:5
**appeal** 131:6
**appear** 18:2
110:11
**appearances** 2:2
**appearing** 2:16
**apples** 147:25
148:3,5
**applicable** 179:9
**application** 161:4
**appointments**
173:3

**approached**
162:14 177:12,16
**appropriate**
129:23
**approximately**
130:7 138:15
**area** 33:12 61:14
61:15
**argued** 143:10
**arms** 163:4,11
**arrangement**
21:18 22:9 24:3,8
24:15 28:19,20,23
28:25 29:10,13
64:6
**arrangements**
20:20 22:7 23:8
23:11,16 26:23
27:3,17 28:3
**arrest** 17:5
**arrested** 16:8,10
17:11
**arrive** 62:4
**arrived** 26:5 42:20
42:23 62:8,12,16
102:14,20 106:22
107:11
**arrow** 37:17
**art** 140:18
**ascertains** 141:10
**asked** 27:4,7 39:11
39:25 40:2 44:19
45:7,9 50:23 58:8
60:13 83:22
101:24 103:17
104:20 105:14,15
120:12 140:25
146:18 147:10
152:18 153:16
164:24 165:16

**asking** 8:2,15
26:15 27:14 82:12
135:18 158:23,24
159:22 161:2
165:5
**assigned** 160:19
**assignment** 181:2
**assistant** 40:10
41:17 46:20
144:25 145:2,4
**associate** 14:22
**associate's** 10:16
10:17,21 11:6
12:10
**assume** 8:19
**assuming** 42:15
**asterisk** 166:11
**athletic** 46:14
**atrium** 61:3
**attached** 179:13
**attacks** 127:25
**attend** 86:18
**attendance** 13:24
**attended** 28:16
31:4
**attending** 13:3
165:3
**attention** 50:25
51:7 88:14 107:3
109:12 115:6
134:25 141:20
147:19 157:5
**attorney** 9:13
16:21 121:23
122:2,13 126:3,6
126:13,19 180:18
**attorneys** 2:5,12
5:6 80:3
**authority** 98:24
179:20

**available** 160:20
**ave** 182:1
**awaiting** 173:14
**aware** 29:14 66:10
66:14,18 70:10
96:5,24 106:20
119:8 123:9
128:19,21 129:5
177:11,22 178:2,5
**awareness** 109:25

**b**

**b** 3:12 70:9 89:8
98:16 99:15
132:22 155:19,22
156:4
**back** 12:24 13:11
13:11 14:3 21:8
22:21,22,25 24:10
27:8 28:9,13
29:18 33:13,14
35:22 36:4,17
37:18 39:6 46:3,5
62:2 69:2 70:12
94:4 109:12 116:3
118:7 122:25
128:14 134:2
141:4,12,23 147:9
153:10,18 154:13
155:15,16 158:7
160:17 161:7
163:4,11 173:13
177:9 182:14
**background** 55:3
**backgrounds**
54:17
**backpack** 143:19
143:20
**backs** 164:6
**bad** 127:18
**bag** 144:8,12
155:22

**[balls - calling]**

| | | | c |
|---|---|---|---|

**balls** 132:4,8
**baseball** 14:16
**based** 126:8
  135:18 166:19
**basement** 169:4
  170:16,25 171:5
**basically** 31:8 50:2
  114:6
**basis** 29:8
**bathroom** 9:6 83:8
  170:22,23 173:15
**bea** 132:22,24
**bear** 18:19
**bed** 77:3 88:6,16
**bedroom** 103:23
**beginning** 18:25
  27:8 163:15
**begins** 115:8
**belief** 29:4
**believe** 28:4 29:8
  31:3 32:18 51:6
  53:2,13 55:7 64:8
  91:10 108:15
  110:5 145:3 170:8
**bell** 41:18,21,21
  41:24 43:15 68:3
  68:3
**belong** 29:18
**benjamin** 122:3,6
  122:9 126:24
  127:9
**best** 32:10 56:24
  70:14 72:18
  149:12 177:15
**better** 172:13,24
**bigger** 110:13
**binghamton** 1:17
  14:14,15,20 95:16
  95:22 117:14
  173:25 179:8

**biological** 74:21
**birth** 9:16
**birthday** 175:11
**bit** 67:23 151:12
**blaming** 148:10,15
**blank** 20:13
**blankets** 170:18
**blatantly** 129:21
**blondish** 43:10
**board** 1:9 131:6
**body** 35:9 155:19
  155:22,22 156:4
**bother** 44:11
**bothered** 82:13
**bothers** 12:16
**bottom** 33:11
  114:21 154:15
  182:12
**boxes** 19:4,7
**boy** 155:14 156:12
  161:17
**boyfriend** 104:2
**boys** 136:2
**brand** 54:11
**brandon** 70:6,9,19
  70:22 71:24 72:11
**break** 9:6,12 44:8
  44:9,9,19,20,22,23
  44:24 45:16,23
  46:22 47:22 68:21
  99:23 123:4 128:3
**breakup** 100:2
  104:2
**breath** 37:24
**brianna** 141:11
**brief** 68:22 128:5
  177:7
**bring** 25:15 44:14
  105:7 135:9
**bringing** 109:3
  172:22

**b▇▇o** 155:3,4
  158:5 161:3
**brittany** 15:23
  63:9,13,23 74:13
  108:21 109:16
**bro** 155:20 156:5
**broke** 80:7
**broome** 1:16 9:25
  10:2,4,10,14 11:20
  11:22 12:2,5,21
  13:3 168:8,13
  172:13,25
**brought** 25:6,18
  26:19,20 27:7,16
  45:2 50:22 55:25
  57:12,15,17 105:3
  107:2,25 134:25
  135:7 147:19
  152:17 156:23,24
  157:2 174:17
**▇▇▇** 21:10
  22:15 38:19 43:10
**brushed** 112:14
**▇▇▇** 21:11 22:11
  35:20 36:5 48:10
**building** 1:17
**bullets** 75:25 76:4
  76:5 114:5
**bunch** 88:25
  157:18
**burford** 138:14,18
  139:5,11,17 140:2
  154:18 155:3,5,9
**burnet** 153:9
**business** 10:13
  11:7,11,13,24 12:3
**busy** 61:22
**bye** 40:22

**c** 2:14 7:15 57:23
  70:8,8 149:9
  182:25
**caddick** 1:11
  46:17,19 55:19,23
  56:3,20 58:16,17
  58:25 59:3,9,13,16
  59:23 60:6 62:15
  63:2,17,22 66:4,22
  67:5,11 108:9,13
  109:4,16 112:6
  115:20 145:3,5
  146:4,8,12 149:9
  149:25
**caddick's** 55:16
  56:2 60:24 61:10
  145:7
**california** 181:21
  182:13
**call** 44:15 52:9,11
  52:15 56:18 60:17
  78:7 81:13 82:2,4
  82:21 83:5,15
  84:17 99:6 100:13
  100:22 108:9
  112:21 138:20
  149:14 159:13
  160:11 170:6
**called** 7:15 38:20
  39:10 60:6,20
  67:2 71:15 81:20
  82:8,10 95:8
  100:15 108:11
  112:18 118:7
  120:16 140:4
  144:23 145:7
  155:13 156:2
  170:2
**calling** 33:17
  47:14 52:19 64:4

**[calling - come]**

121:15
**calls** 52:12 113:7
 177:23,25
**campus** 135:2
**campused** 135:8
**canceled** 178:3
**capacities** 1:12
**caption** 74:5,8
 76:14 77:18
**car** 137:16 147:22
 148:3,6
**care** 20:7 112:16
 162:16,16,22
**carnegie** 58:4,15
**carry** 106:11
**case** 66:11 129:24
 160:20 168:21
 181:3 182:6
**cassie** 82:11 99:14
**catching** 155:19
 156:2,4
**categories** 176:25
**caucasian** 40:18
 40:19 43:11
 136:18 137:10
 165:21 166:2,17
**cause** 44:16
 106:17
**cc** 182:25
**cell** 74:3 76:20,22
 87:25
**center** 19:4
**central** 1:9,9 2:5
 13:21,25 14:7,9
 15:5 84:20 94:13
 131:18 165:4
 181:3 182:6
**certainty** 5:8
 80:22
**certificate** 179:5

**certified** 1:20 6:11
 180:6
**certify** 179:6
 180:7,17
**chairs** 56:13
**chance** 50:9 66:7
**change** 22:6,9
 23:15 181:5
 182:11,12
**changed** 21:20
 23:10,12 24:8
**changes** 182:11
**character** 91:15
 91:19 109:24
**characterized**
 129:20
**charged** 17:13
 157:21
**charges** 130:20
**charles** 2:14
 182:25
**charlie** 173:23
 174:2 175:2
**check** 26:14 27:23
 111:5 118:12
 120:25 121:20
**checklist** 4:8 166:4
**chest** 88:15
**chiraq** 155:14
 156:12
**choose** 7:7 22:2
 24:2 70:20
**chronologically**
 110:12,13,14
**chronology** 111:2
 144:5
**chureen** 48:18
**cindy** 125:8
**circumstances**
 129:18 136:9
 139:16 157:24

**civil** 179:9
**claim** 20:14,19,21
 20:23 21:21 23:23
 24:14 29:9,21
 30:5,9 36:11 44:3
 44:5 47:18 48:16
 48:20 50:12 56:16
 62:5 63:23 121:18
 176:16 177:2
**claimed** 144:7
**claiming** 38:4
 66:16 107:13
 168:21 174:15
 176:18
**claims** 145:13
 148:23 176:17
**class** 21:14 22:3
 23:12,18,20,24
 24:3 25:22,24
 26:2 28:7,10,12,14
 28:17,23,24 29:17
 31:5,9 38:15,18,23
 41:12,25 43:4
 44:5 45:7 47:8,10
 49:9 51:11 52:2
 52:24 53:5,8,12
 54:7 58:22 59:10
 59:14,17 83:11
 85:16,17,20
 115:11 116:2,8
 118:6 120:16
 133:4 135:12,15
 140:15,24 141:21
 142:15 143:9,22
 149:13
**classes** 26:16
 27:15
**classroom** 21:7
 23:14 24:13 31:12
 31:17,22,25 32:16
 33:13,19 34:19,22

34:24 36:9,15
 48:13,21 50:20,21
 51:2,3,16,19,22
 52:6 54:4
**clean** 50:9
**clear** 8:3,10,16
 15:3 32:22 38:3,7
 52:20 110:25
 126:23
**clearer** 120:7
**clearly** 127:2
**click** 89:13,15
**client** 6:23 9:13
 16:21 79:5 126:21
**clifford** 1:12 2:18
**clip** 73:18,20
 75:20,22,25 77:20
 77:23
**close** 21:8 33:18
 48:19 55:10
 141:19 175:11
**closest** 22:19
**coast** 54:24
**cocking** 75:19
**code** 18:5,10 63:4
**codes** 103:18
**coffee** 61:25 62:2
**cold** 20:8,11
**collection** 123:17
**college** 10:2,5,10
 10:15 11:20 12:3
 12:6,21 13:4
 172:14,25
**color** 20:20 21:14
 24:9 43:9 91:16
 118:6 120:16
**colored** 118:6
**columbine** 96:3
**combined** 129:21
**come** 25:4,11
 45:24 59:7 72:6

**[come - correct]**

83:20 101:9
140:15 141:21
148:9 157:4 169:5
173:14
**comes** 85:9
**coming** 58:21
61:21 95:11,22
96:9
**comment** 36:16
47:11 48:17,20
56:15 57:5 152:22
152:22
**comments** 29:22
30:2 146:7
**commission**
179:24 181:25
**commit** 172:19
173:4
**commons** 50:22
58:8 82:7,7,8,9
178:7
**communicated**
86:6
**community** 10:2,4
10:10,15 11:20
12:2,5,21 13:3
112:17 172:13,25
**comparing** 151:19
**complaint** 29:3,6
63:8
**complete** 10:21
11:14 12:11 13:13
**completed** 10:18
167:4
**complications**
12:14
**complies** 65:19
**computer** 78:2
**concern** 26:23
104:23 111:8
142:20

**concerned** 107:9
**concerning** 161:5
**concluded** 171:8
**conclusion** 28:10
67:17
**condition** 175:21
176:4
**conditions** 8:25
**condolences** 12:17
**conduct** 18:5,10
63:5 129:21,22
**conf** 149:24
**conference** 149:24
152:5
**conformity** 179:10
**confront** 157:15
**confrontation**
161:10
**confronted** 158:2
158:17
**confronting**
157:22
**confuse** 8:13
**confused** 156:21
**conjunction** 98:5
**connection** 121:23
132:10 136:20
149:2 174:14
175:4
**considering**
173:12
**consistent** 89:16
**contact** 81:19,22
93:6,9 116:14
**contacted** 92:20
93:19,21,23,25
**contained** 130:20
**content** 87:10,14
87:18
**contest** 9:5

**context** 16:25
**continue** 11:11
171:19
**continues** 149:17
150:13
**contradict** 97:16
**conversation**
24:21 52:22 53:17
54:16 55:13 83:2
83:7 84:5 101:7
108:17,19,21
109:15,16 113:9
126:24 138:15,25
139:22,24 154:19
156:20
**convicted** 17:17
**conviction** 17:8
**cool** 54:12,19
55:11 107:21
**coordinator** 29:15
**cop** 148:14
**copies** 18:10
**cops** 111:4 148:9
**copy** 73:11 129:7
129:11 131:17
**corey** 70:5,8,10,22
71:24 72:4
**corner** 34:5,9
84:24 85:6
**correct** 5:4 8:7
17:17,19,20 19:15
20:15,17,24 21:4
22:7,25 24:15
26:24 30:10 31:6
31:18,20,25 33:17
33:20,25 34:4,11
34:16,22 36:9,12
36:22 39:14,19,21
40:5,12 45:16,19
49:24 50:4,13
53:15,22 54:5,17

54:22 55:4 58:25
61:8 66:23 72:20
73:18,25 74:10,13
74:22,25 75:15,18
75:22 76:15 77:6
78:3,10,14 79:13
79:16,24 89:4,21
89:25 90:11 92:12
92:17,24 93:3,17
94:2,14,18,19,21
94:22 96:13 98:14
98:16 100:17
102:23 105:19
107:14 108:7
109:17 110:14,18
112:19 114:7,10
114:11 115:21,24
117:21 118:17
119:3,6,9,18,22
120:7,10,20 121:8
121:13,24 123:11
125:4 126:4,5
128:19 130:8
131:25 134:9,22
135:23 137:2,10
138:11 140:10,13
140:14 146:24
147:3,5 149:3,4,7
149:8,10,11,14,18
149:21,22 150:3,4
150:6,7,9,11,12,14
151:3,4,7,8,10,11
151:13,14,17,18
151:20,21,24,25
152:12 154:11,12
154:15,16,19,20
155:20 161:18,25
162:2,4 163:16
164:6,13 166:13
166:14,23 167:4,5
169:23,24 170:3

**[correct - december]**

177:13,17,20
178:3,4 180:15
**corrections**  7:5
179:12 182:11
**correctly**  18:7
90:25 91:18 130:4
130:21 136:3
148:10 152:11
**costs**  176:11,13,24
**cotter**  2:9 6:22,25
7:12 79:19 81:4
97:5,12 98:8
111:12 126:23
127:4 133:10,15
138:8 139:19
158:20 159:15
**counsel**  5:10 6:3
6:19 7:6 9:13 81:2
126:14
**counselor**  173:19
173:21 174:11,12
174:14,17 175:3
**country**  54:24
96:6
**counts**  17:5
**county**  1:16 103:8
168:13 172:13
179:4,18,23 180:3
**county's**  168:8
**couple**  23:17 73:8
83:10 99:8 109:3
114:5 122:10
133:20,21,22
141:3 144:4
145:22 153:11
173:20
**course**  10:10
13:13,20 19:7
31:24 66:10 80:4
**courses**  19:11

**court**  1:2 17:4
161:4
**covered**  122:16
**crab**  38:20
**created**  7:8 170:15
**credibility**  158:19
**crime**  17:13 91:15
**crimes**  17:17
**cross**  65:15 79:3,7
**crr**  180:24
**crust**  162:13
**cs3175533**  1:24
179:25 181:2
**cspagnoli**  2:14
**cubelli**  125:6
**cupboard**  35:23
35:23
**curly**  43:8
**currently**  9:22
14:11
**cut**  59:24
**cv**  1:8

**d**

**d**  3:2 20:17 46:15
53:10 70:9 99:15
130:18 149:9
**dad**  13:5 15:16,18
16:7 44:10 60:20
82:21,24 83:10
104:12 113:6
**damage**  127:14
**damaged**  147:23
**damages**  176:18
176:25
**danger**  48:6 90:24
**danielle**  15:24
**dasa**  63:6,7 64:11
64:12,13
**date**  9:16 17:22
18:15 20:25 32:13
49:12 65:4 68:25

87:22 89:14 90:9
113:16 114:17,21
116:19 123:14
128:9,11,13,24
129:14 131:11,25
132:19 140:9
147:15,16 149:7
150:8,14,16,20
151:17 152:9
154:10,14 165:9
166:5,25 169:11
181:3 182:8
**dated**  130:18
131:24 135:22
136:25 138:10
143:24 147:21
149:5,17 150:5
151:20 169:21
**dates**  75:12,13
151:5,9
**dating**  57:19
**dauber**  82:12
99:14,15 100:6
**daughter**  147:23
**davis**  40:12
**dawski**  48:18
**day**  23:24 24:3,8
24:20,25 25:21
27:23 28:16 29:25
38:3 44:8 45:15
45:22,22 46:17,21
47:21 48:14 59:2
59:20 60:18 66:8
67:6 76:8,17
78:11,16 84:7,8
86:17 88:9 89:10
89:20,23 90:7,20
91:25 93:4,24
110:4 112:25
115:24 116:5
122:21 135:14

150:2 169:12,16
170:17,20 178:3
179:20 181:22
**days**  21:19 22:7
86:3,9 89:9,11
115:18 118:9,17
119:6,22 122:10
124:5 141:3
169:18,19 182:17
**dean**  12:23
**dear**  182:9
**deborah**  1:11
112:6
**debra**  1:5 2:17
128:7
**decade**  96:7
**december**  5:9 31:6
49:19,21 52:25
58:24 69:6,17
70:2,17,24 71:10
71:18,22 72:5,20
75:14 77:4,16
78:6 80:11,18,24
81:12,22 86:3,18
86:19 87:4 88:2
89:12,18,21,22,25
90:2,4,6,10,11
92:15,19 93:2,6,9
93:12,14,19 94:4,9
94:10,14 99:24
100:13,17 102:18
104:5 109:14
111:2 112:18,22
113:23,24 114:3,9
114:10,10,21
115:4,8,10,19
116:7 118:23,24
119:8,12,20,25
120:2,6 125:17
128:19,23,25
129:22 151:6

**[december - doing]**

169:22 172:5
**deception** 152:21
**decide** 168:4
**decision** 4:2 128:8
129:4,7,11 131:7
167:4,6,14,15
173:14
**deemed** 182:18
**defamation** 91:19
109:24
**defeats** 17:6 160:4
**defendants** 1:13
2:10 7:6
**defining** 22:18
**definitely** 49:4
135:20
**deformation** 91:15
**degree** 10:14 12:8
12:15
**delete** 78:11
**deleted** 80:5,6,13
80:19,20 100:2
**demanding** 85:17
**demands** 81:7
**denied** 152:4,10
**deny** 152:23 153:2
**department** 103:4
182:22
**depends** 78:11
**depicted** 74:12
124:3
**depicts** 75:17
**deposition** 6:4 7:2
8:23 9:3 17:25
49:15 65:7 73:7
81:5 113:19
116:22 160:24
178:17 179:7
181:3 182:8,10
**deposition's** 18:18

**depression** 175:6
**describe** 20:6
107:5 108:21
**described** 63:14
64:13 87:3 109:16
**description** 3:14
137:6 152:2
**desk** 22:17,19
31:18 32:19,23,24
33:2,6,9,16 35:12
43:7
**desks** 22:19,24
23:5 31:22 32:7
32:22 33:5 44:13
44:21,22,25 45:5
61:20
**detail** 120:20
**details** 150:10
152:14
**determination**
47:25
**determine** 119:17
**determined**
103:19 130:20
150:2
**diagnosed** 175:20
**diagram** 3:17
31:17 32:3,12,16
33:8,25 34:6
**diane** 40:12
**die** 155:20 156:5
**different** 11:9
17:10 89:3 151:12
159:20
**dignity** 29:14
███████ 21:10
22:15 34:22
███████ 33:2
**direct** 51:7 115:6
126:21

**directed** 152:7
**directing** 50:25
**direction** 37:7,17
58:21
**directly** 34:5
126:11 158:15
**director** 46:14
**disagreement**
157:18 160:8
**disc** 161:9
**disciplinary** 4:5,6
129:19,23 131:9
150:18 159:21
**discipline** 39:16
50:3 92:21 93:7
93:10,20 131:17
151:3
**disciplined** 136:20
147:2,6,7 149:2
**discovery** 81:7
**discuss** 9:12 16:23
17:2 64:6 71:20
115:12 160:6
**discussed** 63:4
69:22 72:16 132:7
151:22 154:17
**discussing** 59:10
**discussion** 6:19
27:25 41:10 50:15
50:19 51:3 54:13
69:5 86:22 87:2
104:16,19 105:11
114:14 127:21
160:15
**disgruntled** 95:10
**disrupting** 23:19
47:10
**disruptions** 23:13
**distress** 168:22,25
174:15 176:16

**district** 1:2,3,9,10
13:21,25 14:8,9
15:5 21:3 66:12
66:16 68:11 69:9
69:12,13,15,20,24
70:23 71:5,11,21
72:15 84:21 86:4
86:8,12 87:4,17
91:4,7,8,10 92:15
92:17,20 93:6,9,20
94:13,18,21,25
95:15 98:5,21
101:4,7,21 106:17
106:24 107:14,24
111:23,25 112:8
116:15 117:9
123:11 124:5
125:3 131:18
137:21 138:3,18
156:13 165:4,17
166:2 174:16
176:19 177:3,23
178:10 181:3
182:6
**district's** 29:14
**disturb** 83:9
**document** 18:2,4
18:19,24 19:18,21
19:25 20:4 49:16
65:8,22 66:7
88:23 113:20
114:22 115:7
116:23 123:19
125:14 130:24
131:15 132:18
136:25 144:3
147:17 150:24
154:14 165:11,14
166:8
**doing** 35:24 36:2
139:5 141:18

**[doing - evening]**

156:2 159:7 164:4
168:9
**donlin**  53:9
**door**  30:18 31:24
34:3 36:21,22,25
36:25 37:4,7,11
84:25 85:8,9
136:2
**doors**  136:14
**doorway**  34:7,8
35:10,11 36:17
38:12
**double**  14:16
**doupe**  125:8,9
**downstairs**  105:4
105:9
**dr**  56:13 60:9,19
60:23 61:11 62:15
63:6,17,22 64:10
64:20 66:5,22
87:12 100:25
112:18,21,25
113:4 143:3,11
169:25 170:7
**draw**  31:16 32:3,7
32:9 37:17
**drawn**  32:16
33:11
**drexel**  57:25 58:5
58:17,19,20
**drill**  84:15,18,21
85:11,12,18,22
95:21 178:2
**drills**  94:24 95:15
**drink**  9:7
**drive**  58:4,15
**driven**  147:23
**dropped**  42:9,11
**due**  12:14 87:10
87:14,18

**duly**  7:16
**durham**  140:16,17
140:19 142:3,14
143:10,15
**dvd**  3:20 68:24
73:7 161:7
**dyer**  20:15,17,19
21:22 23:7,23
34:21 35:14 36:8
38:4,5,9,23 41:14
45:3,10,11 47:14
47:18 48:9,20
49:2 50:13,16
51:5,12 56:10,16
56:22 57:6 58:10
58:13,20 59:11
62:5 63:24 115:17
115:20 120:24
122:17
**dyer's**  21:14 29:17
31:5 34:19 35:9
44:5 47:8 50:20
50:21 51:2,11
57:13 149:13
**dyslexia**  143:14

**e**

**e**  3:2,3,12 5:2,2
7:15,15 20:17
57:21,21 70:8,8,9
70:9 99:15 117:12
132:22 167:8
**earlier**  103:24
151:22 169:21
**early**  31:6 78:18
83:11 98:24 133:4
133:14 134:12,18
135:15 166:24
**east**  2:13
**eating**  127:14
169:4,10 170:5,10

**economy**  53:5
**ed**  144:7
**education**  1:9
131:6 176:7,14,17
176:24
**effect**  21:22 54:9
59:4 63:18 124:8
127:17
**effort**  88:2
**eight**  73:18
**either**  82:9 86:18
87:9,13 170:6
**elderly**  40:16
**elementary**  95:18
117:15
**elena**  57:20 58:7
72:2,13 75:7
86:11,23 87:3
99:23 122:17
**elevators**  54:2
**email**  85:13,14
**emotional**  168:22
168:25 174:15
175:21 176:4,16
176:23
**emotionally**
176:20
**employed**  14:11
**employee**  87:16
91:11 95:11
123:23 137:20
138:3 180:18
**employees**  71:11
**emptied**  145:11
**empty**  75:20 145:9
**encl**  182:24
**enclosed**  182:10
**encounter**  163:15
**ended**  13:6 15:18
55:11 88:9 176:14
178:17

**endurance**  9:5
**energy**  20:9
**engaged**  121:22,22
138:14 154:18
**english**  30:16
133:3,14,25 134:4
134:4,8,17 135:12
135:15
**enroll**  10:4
**enrolled**  9:22 10:6
10:9 12:2,5,6
**entered**  132:15
**entire**  15:4 56:10
126:15 130:3
**entirely**  35:3
**entitled**  73:10
126:18 158:18
159:12 161:9
**entries**  131:21
144:4
**entry**  19:15
131:24 132:19
135:22 136:25
138:10 140:21
143:23 144:6
147:8,21 149:5,17
150:5 151:16
166:10,19
**equal**  21:22 23:24
24:21 90:22
109:23 110:8
**eric**  81:24
**errata**  179:13
181:1 182:11,14
**error**  116:8
**escorted**  40:11,12
**esq**  2:8,9,14 182:5
182:25
**established**  159:6
**evening**  160:21

**[events - first]**

**events** 120:7,19
**eventually** 62:8
  102:18
**everybody** 8:22
  108:2
**everyone's** 95:5
**evidence** 152:8
**evil** 93:17
**exact** 20:25 89:14
  169:11
**exactly** 22:4
  101:14
**examination** 1:15
  3:8 7:11 79:3,7
  180:12
**example** 19:22
  33:24 95:6 109:6
  109:8,9
**exception** 9:10
  179:11
**exchange** 118:13
  118:20
**exchanged** 116:25
  117:16 119:24
**excited** 106:12
**excuse** 160:10
**exhibit** 3:15,16,17
  3:18,19,20,21,22
  3:23,24,25 4:2,3,4
  4:5,6,7,8 17:21,25
  18:13,18 32:5,12
  32:17 49:11,15
  65:3,7,15 68:24
  73:7 87:21,24
  88:22 90:4,14,21
  109:12 113:15,19
  114:16,20 116:18
  116:22 117:17
  119:11 123:13,17
  124:22 128:8,10
  128:12,17 129:7

129:11 130:10,23
  131:9,14 150:18
  150:22,23 151:15
  151:19 152:2
  154:9,13 161:8
  165:8 166:4,8
**exhibits** 123:10
**existed** 80:10
**experience** 40:20
**expires** 179:24
  181:25
**explain** 6:23 11:19
  26:17 37:11,12
  53:4 56:8 82:18
  106:23
**explaining** 56:7
  88:6
**explore** 158:18
**express** 98:2,3
  112:15
**expressed** 97:19
  111:8,18
**extent** 55:12 77:15

**f**

**f** 38:5 39:11,13
  56:18 57:4 64:5
  141:17
**face** 36:20 90:24
  110:2 111:21
**facebook** 72:25
**faces** 48:19
**facing** 22:21 37:2
  37:2 76:25
**fact** 19:22 50:16
  51:4 59:14 60:15
  88:3,12,17 92:15
  100:14 121:10
  130:17 134:13
  135:2 160:2
**facts** 129:18
  158:11,20,25

159:23
**faggot** 140:4
**failed** 140:15
**failure** 141:21
**fair** 8:19 49:8
  119:24 140:5
**fall** 168:14,16,16
**false** 152:22
**familiar** 29:6
  34:15 68:10 71:14
  84:14 96:3 99:10
  115:13
**family** 53:17 55:7
  60:10 62:17 66:21
  67:13 107:19
  115:3 116:11,14
  119:16 121:22
  122:5,12 127:16
**far** 36:21,25 41:8
  62:11 102:11
**farmer** 1:19 6:10
  180:5,24
**farmer's** 14:19
**fat** 140:4
**father** 12:14 44:20
  74:22 83:5 100:5
  100:7,8,12,14
  101:6 102:8
  104:14 105:18,23
  113:8 157:25
**fathers** 99:9
**fax** 182:2
**fear** 98:6
**february** 118:25
  129:15 130:12,18
  133:3 171:6,11
  174:21
**federal** 6:6
**feeder** 14:18
**feel** 133:20

**feeling** 172:7
  175:16
**fell** 143:20
**fellow** 69:23 71:21
  81:12
**felt** 27:21 57:6
  112:15 115:20
  170:18 171:15,16
  171:16 172:12,21
  172:24 173:16
**female** 99:9
**fifth** 42:2,3 68:2,8
  124:20 125:14
**fight** 162:24
**file** 161:8
**files** 73:8,10
**filing** 6:8
**fill** 64:11 164:24
  165:14
**filled** 19:18,22,25
**filling** 166:20
**filmed** 161:14
**financially** 180:19
**find** 80:8 129:22
  160:12 182:10
**finding** 118:11
**findings** 130:17
**fine** 159:15
**finish** 43:23
**finished** 7:25
**finishes** 134:21
**firm** 2:11
**first** 7:24 12:2,5
  12:21 13:5 14:2
  15:6,15 20:5,23
  21:2 23:24 24:2,7
  24:8,11 26:22
  29:25 42:13 43:7
  44:18 51:23 53:16
  60:25 66:17 67:5
  68:14,17 78:13

**[first - going]**

81:18 82:2 89:3,6
89:11,11 90:8,14
90:21 92:24 93:4
105:14 109:13,13
110:3,7,9,11,13
115:7,18 122:5,8
122:13,20 124:21
128:16 130:16
131:14,24 137:15
140:8 143:23
144:6 149:21
151:5,9 169:18
170:17
**five** 23:5 89:9,11
92:16 93:2 115:18
118:9
**floor** 54:5
**florida** 97:4
**focus** 143:16
151:16
**focusing** 143:14
**follow** 70:21
**followed** 70:20
79:15 125:6 164:8
164:13
**followers** 70:23
71:11
**following** 14:6
142:15 166:22
**follows** 7:16
**football** 136:10,17
**foregoing** 179:7
179:10 180:8,15
**forgot** 99:22
170:14
**forgotten** 129:9
**form** 3:16 6:14,21
18:6,14 64:11,12
78:22,24 97:5,12
98:8 106:25
111:12 124:6

133:10,15 138:8
139:19 163:20
178:11
**format** 151:13
**fort** 169:5 170:15
170:24 171:4,10
171:11
**forth** 155:15 158:7
163:4,11 180:9
**forward** 163:16
182:14
**found** 49:6 63:6
169:17
**foundations** 26:2
**four** 9:21 10:23
118:6
**fourth** 41:24,25
42:2 67:9 115:23
115:25 124:20
125:13
**frank** 2:11
**free** 182:2
**frequency** 20:9
**frequently** 23:12
96:9
**freshman** 15:10
15:25 29:23 85:2
134:5
**friday** 140:16,25
141:22
**friend** 81:18
154:23 155:2
**friend's** 161:25
**friendly** 40:23
**friends** 23:18 36:6
70:5,12 71:3
99:21 157:19
162:13,14,16,21
164:3,4,16 168:10
**front** 14:22,22
22:10,14,16,17,18

26:7 33:17 34:6
35:16,16,17 61:3
130:10 153:13
162:14
**fucked** 117:24
**fucking** 38:10
45:13 47:14 56:22
60:6 149:14
**full** 11:18
**fun** 20:7
**further** 50:2,3
84:5 92:20 101:16
119:17 128:18,22
176:7 178:14
180:17
**fwmillerlawfirm...**
2:14

## g

**g** 89:8
**gallagher** 125:9
**garbage** 143:18
**gathering** 39:24
**ged** 13:15 170:12
**general** 32:9
**generally** 52:9
66:14 88:22
**geometry** 19:23
**gestures** 163:12
**getting** 59:19
91:22 93:22
115:18 127:24
139:13 158:13
**gia** █████████ 143:7
143:8
█████████ 125:7
**giovanni** 161:19
162:4
**girl** 74:17 139:4,6
141:7
**girl's** 141:4,23

**girlfriend** 5:8
50:17,22 51:4
59:10 75:3,9
76:18 77:2,6
78:17 79:16 80:23
83:9 99:5
**girls** 83:10 98:13
178:8
**give** 65:9 95:6
146:3
**given** 30:22
134:12 179:11
**giving** 50:9
**glass** 14:23
**go** 7:23 14:23
16:12 19:14 25:20
26:3 27:8 30:4
37:4 40:9 41:24
44:16 52:8 54:2
60:9,25 82:14,20
84:24 86:25 102:9
105:13 111:4
114:12 116:3
133:14 134:18
135:4 140:25
141:13 147:8
148:14 160:9
169:3,20,22 170:2
170:22 171:2
172:8,9
**goes** 36:18 90:2,3
158:19
**going** 5:10 7:23
9:13 11:17,23
13:7 16:20 26:14
26:15 27:15,23
37:8 39:5 42:2
51:7 53:19 56:5,6
56:12 60:8 64:16
73:9 75:5 81:2
82:20,21 83:10,15

[going - hide]

83:16 85:12,15
86:8,12 90:7
91:16,20,20 92:9
94:4 98:7,13,14
100:6,13 101:10
106:19,24 108:4
112:22 113:4,14
115:6 117:15,19
119:21 126:17,21
131:20,21 135:8
139:17 143:22
144:8,11,12
153:21 154:13
159:5,7,11,16,19
161:7,8 162:10,17
164:10,20 167:22
167:23 169:14
172:19 173:10
175:6
**gonna** 91:16
155:20 156:5
**good** 7:11
**gotten** 109:5
**government** 53:7
**grabbed** 139:6
**grade** 15:7 19:23
85:21 134:6,8
135:23 145:23
162:12
**grades** 19:8,12
27:14
**graduate** 11:22
**grandfather's**
55:9
**grandmother's**
55:9
**grave** 158:2
**great** 19:24 54:10
**grievance** 174:12
**gr██████n** 82:11
99:14 100:6

**ground** 7:23
**grounds** 16:19
**group** 33:4 67:13
145:18
**guess** 17:16 43:12
132:8
**guessing** 148:13
**guidette** 74:6,16
76:14
**guilt** 130:19
**guilty** 130:20
**gun** 74:10 75:17
75:22 78:10,14
79:13 81:13,23
88:7 94:13,16
98:6,13 103:17
104:17 105:12
106:2 111:3,5,9,10
124:12,16 150:11
177:13,17,23,24
178:6,9
**guns** 96:10 123:11
**guy** 103:11,12
**guyana** 54:22,24
**guys** 178:16

**h**

**h** 3:12 70:9
**habits** 170:10
**hair** 30:19 40:17
43:8,9
**half** 9:21 96:7
**halfway** 15:7
**hall** 29:22 30:6,9
31:24 60:25
**hall's** 30:25
**halls** 173:16
**hallway** 30:6,10
35:2 36:14,18
37:3 40:22 60:25
133:25 140:20
142:3 146:16

**hand** 76:24 141:12
141:13,22
**handbook** 3:15
17:21 18:5,10
108:12 109:4
**handed** 63:6 64:18
**hands** 141:3
163:16,23
**handwriting**
18:19
**handy** 150:22
**hanging** 168:10
**happen** 42:19
85:19 147:11
162:17,18,23
**happened** 28:5
29:23 41:12 42:15
42:16 44:5,10,13
44:17 56:2,7,9
62:13 63:3,7
84:23 85:7,11,18
86:2 87:3 103:16
104:24 110:6
116:4 118:20
122:21 133:20,21
133:22 140:23
145:8 148:5 153:5
153:20 159:25
174:16 176:19
177:2
**harassing** 139:3
**harassment**
157:21
**hard** 8:3,10 38:2
143:14
**harm** 106:17
**harry** 136:8
**harsh** 21:11 35:20
35:24 36:5 48:10
**head** 8:9,9 30:4
173:7

**heading** 37:9
**health** 12:7,7,16
**healthcare** 173:19
174:14 175:3
176:2
**hear** 38:2 88:7
108:19
**heard** 30:5,9 38:3
38:5,9 41:14 45:3
45:10,11,13 49:9
49:4 58:20 96:15
112:13 122:25
161:24 177:24
**hearing** 3:23 4:2
14:4 74:15 112:23
113:5 114:16,25
119:3,16 121:24
122:10 123:10,22
125:20,22 126:3
126:13,20 127:5
127:10,19,23
128:8,18,22,24,24
129:4,8,12 130:6
130:17,21 167:3,6
167:12,13 169:20
169:23 170:3
171:8
**hearings** 169:3
171:7
**heavier** 103:11,12
**held** 1:16 6:5 31:8
75:25 88:14
114:14 125:22
139:24 149:24
160:15
**hello** 52:17,17
**help** 110:17
118:19
**hi** 40:22 46:10
**hide** 88:2,5,12,17

[high - interim]

**high** 1:11 13:13
18:5 20:8 40:7,8
60:22 61:4,6 96:3
138:23 143:3
**highest** 96:22
**history** 129:19
**hit** 143:20 148:5
**hoity** 52:17
**holding** 76:22
**holds** 76:23
163:16
**holloway** 81:15,21
85:25 86:7 98:12
99:20 177:11
**home** 49:19 67:18
68:16,19 82:25
86:25 101:9,25
102:20 111:4
113:22 127:16
**hook** 96:15
**hope** 157:25
**horrible** 90:25
110:3 111:21
112:7
**hospital** 12:15
74:25 75:10 76:17
77:3 78:17 79:16
82:22 86:15 99:5
100:19 102:11
**hotline** 175:5,8,9
175:15
**hour** 108:18
167:19
**hours** 78:12 80:14
86:16 170:20
**house** 92:6 101:11
102:9,12,14
103:16 104:8
106:22 107:11
108:10 111:4
112:18,21 148:10

148:15,16 157:14
157:17 170:2
177:20
**hr** 1:19 6:10 180:5
180:24
**huh** 8:9
**hung** 175:17
**hunter** 38:19
48:18 72:17
124:19,22
**hurt** 96:12 97:22
98:3 109:11 110:5
110:17,23 132:12
136:23 139:14,17
158:16
**husband's** 51:22

**i**

**idea** 10:24 127:18
**identification**
17:22,25 18:14
32:13 49:12 65:4
68:25 87:22
113:16 114:17
116:19 123:14
128:9,11,13
131:10,14 150:19
165:9 166:5
**identified** 120:15
**identify** 146:8
165:16
**identities** 144:18
145:25 146:3
**identity** 100:5,7
**ignoring** 60:15
**ii** 19:23
**immediately** 83:5
101:9 102:9
105:13 111:11,16
**impact** 178:10
**inaccurate** 116:16

**inappropriate**
138:15
**incident** 97:7
99:21 115:11,12
115:13 116:4,8
131:25 132:11,19
133:18 134:25
136:5,9,21 137:6
138:2,13,16 140:9
140:9,21 141:22
144:19 147:2,9,18
147:25 149:3,6,13
149:20 150:8,14
150:16 151:5,9,17
151:20,22 152:14
152:18 154:10,14
154:17 158:14
159:21 161:2,14
162:6 164:17,20
**incidents** 96:21,25
97:10 131:22
**include** 71:8
**included** 182:11
**includes** 114:9
**including** 69:13
113:24 129:19
**inconclusive**
148:23
**incorrect** 8:7
**incur** 176:10,13
**independent**
147:17
**indicate** 58:12
72:4 107:8 156:16
157:11 165:25
**indicated** 6:20
11:7 32:18 33:8
72:9 96:19 109:14
144:15 169:22
**indicates** 131:5
147:22

**indicating** 32:6,8
32:11,19,25 33:6
34:2 37:15,17,18
47:5 76:24 182:11
**individual** 1:12
74:12
**infant** 1:5
**influence** 8:24
**info** 4:7 165:8
**information** 3:16
4:8 18:13 29:4
97:16 107:12
121:6 123:21
124:2,8 125:2
164:25 165:13,19
165:23 166:4,18
**informed** 111:7,9
111:13,14 119:15
122:12
**ing** 38:5 39:11
56:18 57:4 64:5
**initial** 14:2
**initialed** 179:12
**injunction** 74:16
125:23
**injured** 96:20 97:3
**ink** 179:12
**inquiry** 120:22
**insignia** 90:10
**instagram** 72:23
**instructed** 115:12
**instruction** 130:2
**intend** 107:18
**intended** 112:3
**intending** 112:6
**interaction** 84:11
**interested** 159:23
180:19
**interfere** 9:2
**interim** 1:11 61:5
61:6 143:3

[intimidated - knowledge]

| intimidated 57:6,9 | **j** | **k** | 107:20 174:11 |
|---|---|---|---|

**intimidated** 57:6,9
115:20 118:9
120:17
**intimidating**
129:20
**introduced** 123:10
123:22
**investigate** 29:5,9
**investigation**
132:11 138:2
**investigator**
106:14
**invited** 162:24
**involve** 96:9
**involved** 115:11
116:8 144:19
**involves** 66:15
132:3
**involving** 156:25
161:2
**ironically** 30:6
■■■■ 21:10 22:15
33:2 34:22 36:13
42:13,16,17,20
43:21 45:3 125:8
125:9
**issue** 16:22 24:14
29:13 44:17 64:7
66:15,19 84:12
156:9,14
**issued** 129:4 167:4
167:7
**issues** 66:11
143:10 156:7
171:22
**italian** 74:17
**italy** 55:8
**items** 137:4,13,22
138:4 151:23
152:9 154:6

**j**

**january** 1:18 10:8
13:12 14:3 142:4
142:8,12,12
166:23,24 171:6,9
173:9,12 174:21
179:8 182:4
**jd** 138:14,18
154:18 155:3,5,9
156:24,25 157:7
157:12,12
**j**■■■ 156:19 157:5
**jeff** 130:12 153:10
153:18
**jeffrey** 1:10 153:9
153:12,13
**jersey** 182:2
**job** 1:24 179:25
**joey** 125:7 143:7,8
143:12,13,14
**joke** 52:16
**joking** 101:24
■■■■■ 21:10
22:15 38:19
**josh** 2:9
**judge** 159:13
160:12,19
**judge's** 160:18
**judy** 167:7 172:11
172:23 173:18
174:25
**ju**■■ 82:12
**july** 9:17 151:10
175:12
**june** 151:10
**junior** 137:2
138:11 140:12
**jurat** 182:17
**juvenile** 17:3,7
158:12 159:16,18

**k**

**kasson** 1:12 2:18
24:15,22 25:5,9
26:10,11,21,23
27:3 28:2,24 29:5
29:9,12 45:8,21
46:21 47:17 50:13
51:8 52:24 53:14
54:8,14 55:15,23
55:24 62:15 63:17
63:22 66:4,22
145:5 149:25
157:3,4,9,10,11
**kasson's** 25:20
26:5,12 27:9 46:7
**kate** 125:6
**keep** 8:3,10 15:3
30:4 150:22
172:21
**kelly** 52:5,13
72:17
**kept** 21:17 59:25
139:7
**kerstin** 81:25 82:3
83:18
**kevin** 125:6
**kicked** 43:4 45:3
123:3
**kid** 140:5 162:11
172:9
**kidding** 83:13
**kids** 22:10,13
23:13,18 24:4,4,5
54:19 138:21
145:10,18
**kies** 52:5,8
**kill** 91:16,21 96:12
**killed** 96:20 97:3
**kind** 12:25 20:13
21:12 37:24 62:20
88:13 106:12

107:20 174:11
176:22
**kirkville** 2:12
**ki**■■■ 85:25 86:8
**knew** 44:14 88:19
92:9,11 119:20
123:23 125:3
127:14 146:18
152:6
**knight** 9:19 15:4
16:5
**knock** 162:10
164:10
**knocks** 85:9
**know** 7:22 8:16
9:7 12:17 13:22
17:4 20:13 30:16
35:6 37:11 41:3
42:14 48:8 51:15
59:8 62:16 65:13
75:24 76:3 81:17
83:15,25,25 84:25
85:12,15,19 86:13
86:20,21,24 95:22
97:10 99:17 100:5
103:11 106:18,19
113:3 115:16
117:13 122:5
123:19 135:20,21
138:20,25 144:15
144:18 145:25
146:6,15 148:12
148:20 154:23
159:10,25 162:11
164:19 165:13,23
166:15,18 169:6
174:4,5,8,11
**knowledge** 56:25
70:15 71:10 72:18
75:24 98:23 105:2
108:14 149:12

[knowledge - lyrics]

177:15
**known**  85:20 99:2
**knows**  103:18
127:12

**l**

**l**  53:10 57:21,23
57:23 70:8,8
98:16 117:12
**label**  32:19
**labelled**  124:22
**lacking**  156:3
**ladies**  26:7 43:18
61:20,23
**lady**  30:18 40:16
43:7,8
**landon**  137:9,10
137:12 153:7,15
154:5
**lane**  15:6,8,9,13,20
16:2
**larger**  67:13
**laura**  1:19 6:10
180:5,24
**law**  2:5,11,12
**lawrence**  51:23
**lawsuit**  29:4
**laying**  77:3
**leading**  78:25
**leads**  11:19
**league**  14:19 137:5
151:24 152:7
**leaning**  35:23
36:24
**learn**  168:12
**learned**  92:3,23
111:2 168:19
169:13
**leasy**  117:8,9,13
117:17 119:25
**leasy's**  120:22

**leave**  34:22,24
39:3,6,11,18 42:5
43:13,16 47:24
48:4 60:9 67:16
82:14,15 133:4
134:12 135:12
143:2 170:18,19
173:15
**leaving**  108:2,5
143:17 162:12
**led**  98:6 149:13,20
**left**  21:10 26:8
33:9 37:4,9 39:12
39:21 43:18 55:24
60:24 61:2,3 66:8
103:20 108:9,16
133:25 135:15
**legal**  2:5 181:1
182:1
**lens**  76:25
**le**  ■  155:3,4,7,8
155:12,17 156:8
156:10,22 157:6,7
157:11 158:5
161:3
**letter**  3:18,19,22
4:4 49:11,18 65:3
65:17,18,24 66:13
113:15,22 116:12
116:15 119:15
128:12 130:11,14
131:2,5 169:21
170:6,9 182:18
**level**  37:22 88:15
88:15
**license**  106:10,10
106:13,14
**lie**  41:3 135:10
**lied**  133:13 134:22
135:5

**life**  169:7 175:24
**lights**  85:3,5
**liked**  174:18
**liking**  26:16
125:11
**limited**  85:16
**line**  5:3,7,11
165:19 181:5
182:11
**lined**  136:11
**lines**  142:21
156:19
**list**  120:20 121:3
**listed**  19:8
**listen**  56:5,6,12
60:8 155:13
**listened**  112:13
**literally**  103:8,9
**litigation**  13:20
66:14,18
**little**  25:12 37:8,23
52:16 67:23 137:5
151:12,24 152:7
169:5
**live**  51:14 57:25
58:3 62:11 103:25
104:3 171:4
**lived**  9:20 15:14
15:14,15,17 16:5
50:16 51:4 58:12
58:14 59:10
**lives**  51:12 58:4
59:7
**living**  15:4 16:2
59:5 104:5 171:10
**livingston**  182:2
**location**  15:20,21
16:6 31:11
**lockdown**  84:14
84:21 85:11,12,18
85:22 94:24 95:21

178:2
**locked**  85:8
**locker**  139:6 144:9
**logan**  162:10
164:10
**long**  9:20 21:17
24:20 33:19 41:6
41:16 62:10,22
86:15 97:4 99:4
102:17,20 108:16
109:19 141:21
167:18 169:2
171:4 175:15
**look**  36:4 52:22
56:14 65:10,17,17
66:9 123:18 141:8
147:8 164:4
**looked**  40:15
54:17 78:6 79:12
169:21
**looking**  19:7 37:4
37:5,15 101:19
147:14 150:23
152:2
**lose**  50:3
**lost**  176:17
**lot**  23:5,13,17,18
137:5 143:10
151:24 152:7
168:9
**loud**  24:5 64:3
**love**  110:17
**lscny.org**  2:8
**lucas**  141:11
**lunch**  42:3 43:15
43:19,20 67:21,24
68:4 128:2 135:4
137:14
**lying**  56:11 134:15
**lyrics**  158:6

[m - monitor]

| m | | | |
|---|---|---|---|
| **m**  3:3 57:23 | **massacre**  96:17 | **medications**  8:25 | **midst**  124:4 |
| **madam**  182:9 | **master's**  11:23 | 176:3 | **mike**  137:9 153:7 |
| **magic**  94:5 | **matching**  137:6 | **meet**  25:13 46:17 | **millennial**  63:19 |
| **magistrate**  160:18 | 154:14 | 140:25 143:11 | **miller**  2:11 |
| 160:19 | **math**  20:14 26:2 | **meeting**  25:4,6,7,8 | **mind**  91:7,9 |
| **main**  61:7,12,15 | 28:10,14,16 29:17 | 25:11 26:22 27:6 | **minds**  93:16 |
| 61:19 62:4 67:12 | 31:5 41:25 50:23 | 27:9,13 28:3,6,10 | **mine**  33:6 |
| **making**  8:9 59:25 | 115:11 116:2,3,8 | 28:15 45:8 47:17 | **minorities**  21:9 |
| 60:8 62:2 88:2 | 118:5 120:15 | 47:21,24 48:4 | 27:21 28:21 |
| 109:10 145:17 | **matter**  74:15 | 58:16,25 59:3,23 | **minute**  41:8 65:9 |
| 146:7 159:5,11 | 126:16 127:11 | 62:14,17,19,23 | 110:8 |
| 173:2 | 129:19 160:2 | 63:3,5,16,21 64:3 | **minutes**  41:9,18 |
| **man**  143:15 | 169:8 171:16 | 64:10,16,20 66:4 | 42:4,5 43:13 |
| **management** | **matters**  159:9 | 66:21 67:4,5,11,17 | 62:11,25 90:7 |
| 10:13 11:7,24 | **max**  52:8,10,13,14 | 115:19 122:14 | 99:7 102:13,21 |
| 12:3 | 72:17 | 142:5,8 | 175:18 177:6 |
| **mandarin**  85:2,13 | **maxes**  52:6 | **meetings**  167:18 | **missed**  73:4 173:9 |
| 85:14 | **maxwell**  51:23 | **memory**  80:16 | 173:11 |
| **map**  53:16,21 54:4 | 52:2,5,5,10,12,14 | **mental**  175:20 | **missing**  144:11,13 |
| 54:6,8,10,17 | 52:15,17 57:12 | **mention**  47:14 | 144:22 145:9 |
| **march**  13:5,6,8 | 59:17 | 57:13 58:17 62:4 | 152:9 153:20 |
| 131:2 | **mc**█████  81:25 83:18 | 98:12 121:18 | **mistaken**  41:23 |
| **marissa**  82:12 | 83:24 84:6,12 | 122:20 | 55:17 |
| 99:14 | 85:25 86:8 | **mentioned**  59:14 | **mixed**  145:24 |
| **marissa's**  100:9 | **mean**  20:10 43:21 | 83:17 121:15 | **mocking**  39:8 |
| **marked**  17:22,24 | 82:18 95:10 103:7 | 156:11 | **mom**  13:2 15:16 |
| 18:14,17 32:4,12 | 106:16 107:23 | **merit**  1:19 6:11 | 15:18 16:7 44:10 |
| 32:16 49:11,14 | 108:24 118:3 | 180:5 | 60:20 75:21 88:6 |
| 65:3,6 68:24 73:6 | 120:12,13,23 | **message**  82:3 | 88:7 156:19 172:9 |
| 87:22 88:21 | 135:3 168:16 | 83:17 154:22 | 173:20 174:17 |
| 113:15,18 114:17 | 169:17 170:13 | **messaged**  81:24 | **moment**  114:13 |
| 114:19 116:19,21 | 171:13,21 | 81:25 | 147:9 |
| 123:13,16 128:9 | **meaning**  120:12 | **messages**  117:21 | **momentarily** |
| 128:10,13,17 | 142:14 | **met**  51:8 67:13 | 104:3 |
| 131:10,13 150:19 | **means**  90:23 125:7 | 122:8 142:16 | **monday**  142:15 |
| 161:7 165:9 166:5 | 155:25 | **mets**  14:17 | **money**  144:10,13 |
| 166:7 | **meant**  57:8 91:8 | **michael**  7:21 | 144:16,21 145:9 |
| **marks**  65:14 | 111:25 112:8 | 130:18 | 146:9 147:10 |
| **masculine**  74:17 | **media**  64:25 71:14 | **middle**  21:12 22:3 | **monitor**  30:6 41:6 |
| | 73:3,8 88:20 | 51:23 110:7,10 | 41:10 42:7,18 |
| | 171:19 | 165:20 | |

**[month - officer]**

**month** 13:12 14:6
21:2
**months** 118:22
130:7 167:21
169:14
**morning** 74:24
78:13,18,19,21
81:19,22 82:7
94:9 127:25
**mother** 1:5 44:2,4
44:20 54:22 74:21
160:11
**mountains** 55:9
**mouth** 171:15
**move** 33:4 84:8
**moved** 15:16,19
15:20 22:10,13,16
31:9,10 33:5,6
123:5
**mt** 182:1
**mu▪▪▪▪** 57:20,25
71:8 86:11,23
99:23 122:17
123:4,7
**multiple** 38:22
124:4
**music** 155:13

**n**

**n** 3:2,3,3 7:15,15
30:7,9,25 38:6
46:15 48:9 49:2
50:13 53:10,10
57:21 70:9,9,9
120:24 121:19
122:18
**name** 7:19 30:16
51:11 103:10
117:11 141:9
146:15 156:11
161:20 162:20
173:23 174:2,4,5

181:3,4 182:6
**name's** 7:21
**named** 30:6 52:2
122:2 167:7
**names** 15:23 19:8
51:23 146:6,10,12
146:19
**narrow** 33:20,24
34:3,11
**natural** 1:5
**near** 32:23 36:21
36:24 48:16 58:5
58:12,14 137:12
137:17,21 138:3
152:10 153:2
166:10
**nearing** 54:8
**necessarily** 119:21
**necessary** 161:4
**need** 9:6,12 172:12
172:23
**needed** 172:21
**needing** 142:15
**negative** 40:24
**never** 50:19 51:3
51:17 59:4 110:16
110:22 156:9
158:16
**new** 1:3,17,22 2:5
2:7,13 6:13 9:19
14:17 28:19,20,25
30:3 54:11 106:11
179:2,8,17,23
180:2 182:2
**nicest** 140:5
**niggers** 38:10
45:14
**nodding** 8:9
**nods** 173:7
**noises** 8:9 59:25
60:3,9

**noon** 102:4
**normal** 37:22
169:7 170:10
**north** 54:24
**northern** 1:3
**notarized** 182:13
**notary** 1:21 6:12
179:22 180:6,25
181:21,24
**notation** 89:17
91:24
**notations** 90:17
92:3
**note** 114:20
138:13 142:16
182:11
**noted** 140:9
**notes** 149:23
180:16
**notice** 3:23 4:3
19:4 74:5 114:16
114:24 128:10
130:21
**noticed** 24:12
26:20 79:4 88:11
**notifies** 49:23
**november** 31:12
34:18,21 44:5
45:16,18 49:9
51:9 62:5 63:24
122:22 149:6,7
**nude** 139:7
**number** 19:3
51:17,20 59:14
182:7,11
**numbers** 57:15,17
58:21 144:3

**o**

**o** 3:3 7:15 46:15
46:15 53:10 70:8
70:8,9,9

**oath** 180:10
**objecting** 159:7
**objection** 16:15
78:22 79:17 98:9
126:7
**objections** 6:14,21
159:5,11 180:12
**obligation** 81:8
**observed** 34:19
**obtain** 13:18
**obtained** 165:14
**obviously** 43:3
**occur** 108:17
163:13
**october** 13:19
24:18 99:24,24
170:12
**offended** 118:11
120:18
**offender** 149:23
**offense** 152:3,21
154:21
**offer** 11:12
**office** 1:17 25:13
25:20 26:3,5,12
27:4,9 28:3 29:13
36:19 40:4,9,10
41:7,16,19 42:5,8
42:20,23 43:3,14
43:17 45:25 46:7
53:14,19 55:16
56:2,13 60:10,19
60:23 61:7,11,12
61:12,12,13,15,16
61:19 62:4 67:12
144:23,24,25
145:7 148:9
152:17 160:18,19
174:6
**officer** 82:20
87:16 91:10 98:18

**[officer - permit]**

98:20,23 100:10
102:22 103:6,13
103:15 104:9,13
104:16,25 105:5
105:18,23,25
106:16 107:6,16
107:22 108:6
123:23 129:5,8,12
130:7,18 137:20
138:3 148:17
177:13,16,19
**officers** 101:10
102:22,25 103:3
103:16 104:8,10
104:11 105:8,10
105:17,22 106:22
107:11,17 108:7,9
108:16
**official** 1:12
**oh** 52:17
**okay** 7:10 8:5,11
8:12,16,17 9:15
43:24,25 85:10
96:2 127:15
131:22,23
**old** 46:13
**older** 30:18
**once** 84:22 119:20
173:20
**ones** 77:11 89:8,19
92:5,25,25 117:20
137:15
**ongoing** 129:20
**onondaga** 180:3
**open** 88:8 171:15
**opposed** 8:8
**opposite** 22:11
34:8,10
**option** 6:23
**order** 109:21
143:24 144:3,5

**organization**
174:8
**ought** 89:18
**outer** 61:14
**outgoing** 20:7
**outrageous** 91:17
**outside** 35:3,9
40:14 56:13
104:13 171:2
**overlap** 8:3
**ozhene** 70:6

## p

**p** 7:15
**p.m.** 138:16
178:17
**paces** 164:13
**page** 3:5,14 5:3,7
5:11 18:22 19:5
33:12 89:3 90:14
90:21 91:14
109:13 110:11
114:20 115:7
125:14 129:14,17
132:18,19 138:10
140:8,9 143:23,24
144:2,6 149:5,16
149:16,17 150:13
151:5,16,19 152:3
152:11 154:9,10
154:14,15 181:5
182:11
**pages** 89:4,7
125:14 179:10
**paid** 176:6
**palms** 163:16
**pamphlet** 64:12
64:14
**paper** 31:16 89:15
132:4,7 143:18
**paragraph** 115:7
129:17 130:16

**parent** 147:22
**parents** 16:3 44:14
44:24 49:19 60:17
61:8,18 62:3,8
63:9,21 65:25
66:3,4 67:12,18
114:2 130:11
131:3 149:25
172:18
**parking** 152:8
**parkman** 97:4
**part** 5:8 11:17
66:10 80:23 91:12
95:2 122:3 152:21
**participate** 48:2,5
**participation** 53:7
**particular** 10:9
91:6
**parties** 6:4,19
180:18
**partner** 36:2
**party** 79:8
**pass** 61:2
**passed** 12:14
**passing** 13:6
**pattern** 129:20
**pause** 68:22 177:7
**paying** 141:20
**payne** 2:8 16:11
16:17,23 37:12
38:7 65:9 78:22
78:25 79:4,17
98:9 106:25 124:6
126:7,9 158:9,11
159:6,8 160:2
163:20 178:11,15
182:5
**pen** 31:16
**penalty** 129:23
182:14

**pending** 9:11 46:4
152:6
**penna** 1:11 2:17
62:15 63:6,17,22
64:10,20 66:5,22
87:12 100:25
112:18,21,25
113:4 143:3,11
149:25 169:25
170:7
**penna's** 56:13
60:9,19,23 61:11
**people** 16:2 52:8
62:2,17 70:21
71:3,5 72:19
84:17 91:17,21
96:12,12,20 97:3
98:6 106:19
111:17 118:11
125:5,11 145:19
162:9 164:10
172:9 173:16
175:5 176:21
**people's** 54:16
**period** 26:3 28:7
31:4 36:7 38:15
38:18,21,24 41:23
41:24,25 42:2,3
43:20 45:20,22
51:8 53:12 67:7,9
67:22,24 68:2,3,8
82:6,9 115:24,25
130:7 140:20
171:2
**perjury** 182:14
**permanently**
104:3
**permission** 134:12
135:13,16
**permit** 105:11,14

**[person - produced]**

**person** 69:22 101:7,21 117:2,4 142:16 157:15 158:4,6,17
**personal** 165:19
**personally** 8:24
**peter** 140:16,17
**petivana** 82:12
**phone** 38:14,17,24 74:3 76:20,22,23 83:22 87:25 88:14 102:8 108:25 138:15,25 177:22
**phones** 139:23 162:15 164:22
**photographs** 3:25 123:13,18
**photos** 139:8
**phys** 144:7
**physically** 157:22
**pi** 106:10,11,13
**picture** 5:12 80:6 101:9 124:21 125:4,5,12 137:23 152:24 153:3,4,6,8 153:11,12,15,22 154:5
**pictures** 77:11,13 80:6,20 100:3 123:11,23,24 124:3,4,13,15 125:17
**pig** 53:2,4,6 54:4
**pigmentation** 90:23
**pizzeria** 162:12
**place** 15:17 55:11 74:8 118:19 180:9
**plaintiff** 1:6 2:4
**plan** 173:6

**planning** 10:20 11:3
**platform** 71:14
**platforms** 73:3
**play** 73:9 163:6
**played** 73:15,17 75:14 78:2 161:12 163:8
**playing** 38:14,17 38:20
**pleasant** 182:1
**please** 7:20,25 8:8 11:5 12:17 15:3 16:15 32:9 43:23 46:3 65:17 127:8 150:22 160:14 182:10,10
**plight** 171:20,21
**pocket** 176:7,7,10 176:11,13
**pockets** 145:10,11
**point** 21:25 27:10 35:3,8,15,25 36:8 36:11 38:12 39:2 45:18 51:10 54:13 54:21 60:17 64:16 65:25 74:6 82:22 118:14 159:17 160:9 161:24 163:3,10,18
**pointed** 54:9 162:20
**police** 92:6 98:20 100:10 101:10 102:15,18 103:3 103:13,15
**ponies** 14:14,15,21
**possible** 120:4 133:6,8,13 138:6
**possibly** 63:22

**post** 64:24 70:11 77:15 94:4,7,10 106:2,6 108:3 171:19
**posted** 69:6,10,16 69:20,23 71:17,20 73:22 74:24 75:13 75:13 76:9 77:12 77:15 99:4 124:3 124:12,16
**posting** 72:5,8 94:13 98:6 107:20
**postings** 72:16,19 99:10
**posts** 66:11,15,19 66:23,25 150:10
**practicing** 136:17
**preliminary** 74:16 125:23
**prepare** 95:7
**prescribed** 176:2
**presence** 6:7 87:9 87:13 104:9,14
**present** 26:6 55:21 61:19 67:14 102:15 105:4 128:7
**presentation** 89:4
**presented** 18:24 107:12 152:10
**preserved** 80:10
**pretty** 23:13 24:23 25:22 28:12 44:8 45:24 47:3 55:12 59:2 61:22 66:6 83:22 89:13 90:19 94:15 96:6 115:17 145:22 146:11 152:24 155:25 156:23 163:14 168:3,14

**prevented** 160:25
**previous** 149:17
**previously** 109:14 156:8
**principal** 1:11 22:8 41:17 46:13 46:20 61:5,6 143:3 145:2
**principal's** 36:19 40:10 144:25 149:24
**principals** 145:4
**printouts** 123:17
**prior** 29:23 34:18 40:20 69:5,17 70:2 71:22 72:5 72:19 81:7 94:13 95:15 122:13 123:21 125:17
**private** 106:14
**privilege** 9:14 16:22 126:9,15,25
**privileges** 50:3,6
**probably** 43:11 94:11 118:21,22 122:10
**probation** 45:19 47:2,6 49:24
**problem** 78:23
**procedure** 86:21 179:9
**procedures** 6:6
**proceeding** 7:23 113:13
**proceedings** 68:23 167:11 177:8 180:8
**produce** 81:8
**produced** 5:10 7:3 81:3,10

**[production - record]**

production   182:22
profanity   57:3
   141:17
profile   37:3
program   10:9,17
   10:21,22,23  11:3,6
   11:8,9,13,19  12:3
   12:6,9,11,21,22
   168:8
projector   31:20
proper   39:16
properly   103:18
protesting   134:24
provide   5:5  80:2
   116:11  141:8
provided   65:24
   66:3
provider   173:19
   174:14  176:2
provisions   6:5
psychologically
   127:13
public   1:21  6:12
   179:22  180:6,25
   181:24
pull   162:15
pulled   62:21
   164:22
purpose   17:6  25:8
   27:12  160:4
purposes   18:18
   66:25  75:12,13
   144:2
pursuant   6:5
   179:8
pursue   10:22,23
pursuing   10:14
   12:8
pursuit   125:22
pushed   135:25
   139:6

pussy   161:25
put   5:14  20:7,8
   27:21  32:23  45:19
   47:6  81:4  112:16
   118:6  141:3,12,22
   154:2  159:19
   160:3  163:23
   170:17  180:10
putting   17:5  39:25
   40:3
puzzling   124:10

**q**

question   7:25  8:2
   8:6,15,18,20,22
   9:10,11,13  11:5
   16:18,21  17:10
   20:5  28:13  33:19
   35:8  43:24  46:4
   88:10,11  92:2,22
   124:10  126:12
   127:8  129:9
   137:25,25  174:13
   176:23
questioned   154:6
questioning
   108:12
questions   8:14
   24:7  131:20,22
   160:25
quick   68:21
quiet   20:13
quite   67:20  122:11
   168:14
quotes   155:15,16

**r**

r   5:2  7:15  20:17
   46:15  70:8,9
   99:15
race   22:2  23:8
   165:16,20  166:11

racial   145:19
racism   63:14
   66:12,16  68:11
   92:15,16  93:15
   94:12,17  97:18
   98:5  111:17
   121:13
racist   29:22  39:11
   47:15  56:18,22
   57:5  60:6  64:5
   90:24  91:3,11,17
   110:2  111:21,23
   117:24  118:8
   120:9,13,17,23
   121:15  149:14
rang   41:18,21
   43:15  68:3,3
rap   155:13
reactions   40:24
read   7:4,12,14
   18:7  30:20,23
   46:3,5  90:25
   91:18  98:2  117:19
   130:4,21  136:2
   148:10  152:11
   179:6
reading   6:24
   125:10  182:18
reads   129:17
really   44:11  54:12
   54:18  59:4  73:2
   82:18  91:10
   106:11  107:21
   127:12,13  141:6
   141:18,19  142:7
   152:19  162:20
   169:7
realtime   1:20  6:11
   180:6
reason   41:3  56:19
   60:6,16  94:24

   112:12  144:4
   181:5  182:12
reasoning   64:4
recall   5:4  9:2  19:2
   19:20,20  20:3,3,25
   22:5  27:11  28:8,9
   28:11,15  29:2
   40:15  79:23  87:2
   87:5  101:14  113:8
   133:18  134:3
   136:5  137:5
   138:16  142:8,19
   147:17
recapitulation
   114:6
receipt   3:15  17:21
   182:17
receive   18:10  99:5
   114:2  154:5
received   14:7
   115:3  119:11
   130:11  167:14
recess   128:5
recognize   49:15
   65:7,22  73:20
   88:22  113:19
   114:22  116:22
   123:19  130:14,23
   131:15  150:23
   165:11  166:8
recollection   19:17
   19:24  32:10  89:16
   120:6  135:18
   152:13
recommend
   129:24
reconvene   160:24
record   6:18  7:9,19
   16:12,16,24  17:2,6
   32:15  33:7  38:8
   65:11  69:2,4  76:8

**[record - right]**

| | | | |
|---|---|---|---|
| 76:20 88:9 114:13 | refresh 19:17,24 | remind 81:9 | response 116:12 |
| 114:15 117:19 | 152:13 | removed 52:24 | 120:22 126:11 |
| 128:14 132:14 | refused 174:19 | 75:22 138:22 | 140:3 |
| 144:2 159:19 | regard 16:5 | repeat 39:5,23 | responsible 18:6 |
| 160:4,10,16,17 | regarding 128:18 | rephrase 44:3 | 18:11 |
| 164:20 177:9 | 130:19 155:4 | 174:13 | rest 29:19 |
| recorded 73:24 | regards 142:5 | report 4:5,6 21:19 | restart 13:4,10 |
| 74:3 75:12 76:12 | registered 1:19 | 22:8 23:9 26:4 | restate 11:5 14:6 |
| 180:13 | 6:10 180:5 | 27:3 30:2,25 | 92:22 |
| recording 87:25 | registration 4:7 | 41:15 82:15 83:10 | restroom 136:2 |
| 88:3,12,18 164:5 | 165:8 | 98:13,14 131:10 | result 111:9 |
| 164:16 | regular 103:5 | 131:18 143:13 | 157:21 168:22 |
| records 164:25 | regulation 104:22 | 148:9 150:19 | 174:15 176:3,19 |
| rectangle 33:23 | rejected 131:6 | 151:3 | 177:2 |
| redaction 130:19 | rejoined 105:23 | reported 24:14 | resume 170:10 |
| redundant 152:25 | relate 66:11 | 26:22 118:8 | resuspended |
| reenter 36:8 | related 121:6 | 132:22 136:13 | 93:22 |
| refer 57:4 | 158:12 168:7 | 137:4 140:16 | retained 122:5,13 |
| referee 6:7 | relating 113:23 | 146:24 147:22,24 | retracted 168:10 |
| reference 47:8,11 | 156:8 | 151:23 152:14 | 169:9 176:21 |
| 81:13 91:21 94:16 | relation 176:17 | 154:7 178:8 | retroactive 12:23 |
| 94:20 101:16 | relative 180:17 | reporter 1:20,20 | return 13:24 14:8 |
| 139:13 155:9 | remainder 130:2 | 6:11,12 180:6,6 | 150:3 |
| 182:7 | remained 167:2 | reporting 111:3 | returned 45:15,23 |
| referring 13:22 | remember 28:22 | represent 121:23 | 46:22 47:21 116:2 |
| 26:18 58:10 68:11 | 31:3,11,13,13 33:2 | represented 122:2 | 166:23 182:17 |
| 77:25 90:4,14 | 43:23 47:5,20 | 126:12 127:16 | review 66:7 |
| 109:12 115:14 | 48:19 52:6 63:13 | request 5:14 154:2 | 182:11 |
| 125:13 154:22 | 63:16 64:8,9 | required 181:21 | reviewing 129:18 |
| 156:5 162:4 | 67:16,19 117:16 | reserved 6:15 | revoking 50:6 |
| refers 131:24 | 119:12 122:16 | 152:8 | richardson 38:19 |
| 132:19 136:5 | 134:24 138:7 | reserving 6:20 | 48:18 72:17 |
| 138:16 139:2 | 140:20 141:9 | 160:23 | richie's 162:12 |
| 140:21 148:12 | 142:7,11,17 | resource 82:20 | ridiculous 118:16 |
| 149:12,20 150:10 | 145:17 146:10,17 | 98:18 177:13,16 | right 8:4 9:8,14 |
| 154:23 | 146:19,22 147:13 | 177:19 | 13:16 14:23 18:21 |
| reflect 19:11 32:15 | 147:18,25 148:13 | respective 6:3 | 21:11 26:8 28:12 |
| 33:7 65:12 132:15 | 152:16,17 161:14 | respects 130:17 | 30:17,18 33:8 |
| reflected 117:17 | 162:6 166:20,25 | respond 69:10,16 | 35:6 37:5,10 40:7 |
| 118:13 121:7 | 167:10 169:11 | 69:19 83:24 84:3 | 40:14 50:7,10 |
| | 174:6 | 126:22 | 53:25 54:2,25 |

**[right - second]**

60:14 61:2,21
68:12 74:17 75:7
76:24 77:24 78:7
90:14 95:12,22
96:7,17 97:4,8
98:19,21 109:20
116:9 117:23
118:14,21 120:13
121:11,16 134:2
134:19 141:14
145:5 146:13
160:5,23 163:19
166:10,16 169:2
170:5,17,23
171:17 172:25
175:17
**rmr**  180:24
**road**  2:12 9:19
15:4 16:5 50:17
51:5,12,14,17
57:14,25 58:5,17
58:19 59:11
**robin**  15:6,8,9,13
15:20 16:2
**robot**  38:20
**r███s**  134:4
**roll**  143:18,20
**ron**  122:3 126:24
**room**  20:20 22:11
22:12,14,17,18,21
22:22,25 23:6
26:9 28:21 33:17
35:4,9 40:14
52:20 55:24 60:24
61:15,25 77:24
79:20 84:24 85:6
118:7 132:16
141:5 143:17
144:9 149:24
160:11

**rooms**  25:16
**rotondi**  46:9,12
**rowdy**  23:13
**rows**  22:24 32:9
**rude**  60:4 134:21
**ruined**  106:12
**rule**  34:13
**rules**  6:6 7:24
39:14 179:9
**rumble**  14:14,15
14:20
**rundown**  153:19

**s**

**s**  2:8 3:3,12 5:2,2
7:15 70:8 117:12
161:22 181:5
182:5
**safe**  103:17 105:16
170:18
**safety**  95:5
**sandy**  96:15
**sat**  32:20 42:25
43:5 62:6,14
95:21
**save**  80:15,17
**saved**  77:11
**saves**  80:15
**saw**  49:21 104:21
105:14 125:7,8,9
125:16 153:3
164:16 167:20
**saying**  32:23 39:13
40:22 44:21 63:17
128:23,24 133:22
134:21 142:11
143:21,22 145:19
147:5,13,14
158:17 161:25
170:20 171:9
173:11

**says**  48:8 90:6
91:14,20 93:15
116:7 124:19
130:19 132:6
134:17,19,23
135:25 138:13
140:19 142:17
148:8,23 149:23
151:5,9 152:11
165:20 166:11,16
**scared**  82:15
169:6 171:12,13
171:14 172:2,7,19
173:16
**scary**  95:24
**scheduled**  10:17
11:14,22
**school**  1:9,10,11
9:22 11:12 13:13
13:21,25 14:3,8,9
15:5 18:5 21:2,3,3
24:9 25:2,21 30:3
30:4 39:14 40:4,7
40:8 44:15,16
52:16 53:22 54:5
59:7 60:22 61:4,6
66:8,12,16 67:16
68:11 82:15,20,21
83:15 84:20 86:4
86:18 87:17 90:24
94:13,21,24 95:5
95:12,15 96:3,5
98:5,7,18,21,24
100:13,15 108:11
117:14,15,24
118:8 120:9 123:5
124:24 131:18
138:21,21,23
143:3 147:9,11,23
150:3 159:22
162:9 164:25

165:3,4,17,25
166:23 167:2
168:23 171:22
173:9,11,14,15
174:16 176:19
177:2,12,16,19,23
177:25 178:10
181:3 182:6
**schools**  1:10 93:15
96:10 97:11
129:25
**sciences**  12:7
**scoville**  70:5
**screen**  73:13
161:10
**screenshots**  3:21
3:24 87:21 88:25
116:18
**sealed**  160:5
**search**  144:11
**seat**  21:11 31:8
32:19 35:21,22
**seated**  21:6 24:10
**seating**  20:20 22:6
22:9 23:8,10,15
24:3,8,15 26:23
27:3,16 28:2,23,25
29:10,13 31:11
44:18 64:6
**seats**  21:17 22:2
22:12 24:2 26:20
27:20,24 28:19
33:5
**second**  16:13
34:25 46:10 54:5
73:18 77:25 82:9
84:2 90:21 92:12
110:9,12 113:12
114:20 118:22
132:18 149:5
151:16,19 152:3

**[second - snapchat]**

154:13 166:22
**see**  19:8 28:25
  30:12 31:15 36:5
  36:19 37:3 41:20
  42:17,19 73:13
  88:4,8,15 103:17
  103:18 104:21
  105:15 113:13
  115:8 124:21
  132:20 136:12
  143:2 148:24
  161:10 162:18,22
  163:4,10 165:21
  165:22 166:11
  167:16,23 168:4
  172:12,24 173:18
  174:13,18 175:2
**seeing**  27:15 88:9
  167:7,10,25
  172:15
**seen**  58:9,14 70:14
  72:9,19 78:9
  79:13 124:15
  125:12 175:3
**segregated**  20:19
  23:8 45:6
**selfie**  5:4,8 77:8,21
  79:21,23 80:22
**sell**  14:25
**selling**  14:23
**semester**  10:6
**send**  90:13,17
  92:14 109:21
  134:2 153:15
**sending**  92:19
  93:5 112:10 124:4
  139:7 155:14
**senior**  18:25 19:18
  20:2,14 45:19
  46:25 47:6 48:2,5
  49:23 50:3 152:8

**sent**  5:12 49:18
  56:12 66:22 68:14
  89:7,12,17,18
  90:11 91:7 92:3,8
  92:16,23 93:2,14
  109:14,15 111:11
  111:16 113:22
  114:7 153:4,6,16
  153:23 155:15,16
**separate**  21:22
  23:24 24:21 61:15
  96:24
**separated**  27:21
  118:5 120:16
**separating**  24:4
**september**  10:7
  18:9 20:24 21:4
  31:5 151:6
**serious**  82:17
  101:24
**services**  2:5
**session**  124:24
**set**  62:19 65:20
  103:11,12 178:15
  180:9
**seven**  41:18 42:4,5
  43:13
**shaded**  117:20
  ▮▮▮▮  21:9 22:12
**shaking**  8:8
**sheet**  11:21 63:6
  179:13 181:1
  182:11,13,14
**sheriff**  103:5,7,8,9
  103:13,14
**sherwood**  130:18
**shield**  127:3
**shocking**  49:6
**shoes**  145:11
**shooter**  84:17 95:8
  95:10,14 96:21

97:7,10
**shooting**  95:11
  98:7
**shootings**  96:6
**short**  24:23
**shorter**  40:16 43:7
**shorthand**  180:16
**shortly**  15:17,20
  21:20 167:11
**shot**  77:6,10
**shout**  37:20
**shove**  136:15
**show**  102:18
  129:14 157:14,17
  161:8
**showed**  63:10
  104:20 105:9,10
  105:15
**showing**  17:24
  18:17 31:17 32:3
  49:14 55:8 65:6
  75:20 113:18
  114:19 116:21
  123:16 128:16
  131:13 166:7
**shown**  88:21
  182:15
**shows**  89:14 90:8
  125:5,11 150:8
**sic**  68:2 91:15
**sicily**  55:10
**sick**  13:5 127:24
**side**  22:11,19 33:8
  36:19,21,22,24,25
  37:3 61:25 88:13
  143:19,19 173:25
**sign**  7:13,14
**signature**  18:2,21
  182:12
**significant**  106:23

**signifies**  166:15,16
**signing**  6:8,24
  182:13,18
**sincerely**  182:20
**s**▮▮▮  136:8,16,18
**sir**  62:24 108:8
  165:6
**sister**  63:9,13,23
  74:13 75:17 76:10
  78:9 79:13 83:11
  87:25 88:16 91:5
  103:21 105:22
  106:5 108:11
  123:10,22 172:4
**sister's**  103:23
  105:2
**sisters**  13:2 15:15
  15:19,23 103:25
**sit**  5:7 24:19 42:25
  43:5 56:13 80:21
**sitting**  35:17,21
  36:3 40:14 43:2
**situation**  56:11
  105:11 144:7
**six**  23:5
**sixth**  124:20
  125:14
**skin**  90:23 91:16
**slang**  74:10,16
**slip**  25:12,14 26:3
**slurs**  145:19
**snapchat**  5:8
  71:15,17,21 72:5,8
  72:16,19,22 73:22
  77:16 78:5,7,20
  79:10 80:10,17,23
  81:24 82:3 83:17
  84:4,12 94:5,7,10
  94:14 99:5,10
  101:9 106:7
  107:19,20 132:7

**[social - start]**

| | | | |
|---|---|---|---|
| **social** 30:17 54:3 | 78:23 79:2,6,9,22 | 25:1 26:1 27:1 | 143:1 144:1 145:1 |
| 64:25 71:14 73:3 | 81:2,6,11 87:23 | 28:1 29:1 30:1 | 146:1 147:1 148:1 |
| 88:20 167:7 | 97:6,14 98:11 | 31:1 32:1,15 33:1 | 149:1 150:1 151:1 |
| 171:19 | 107:4 111:15 | 34:1 35:1 36:1 | 152:1 153:1 154:1 |
| **solutions** 181:1 | 113:17 114:12,18 | 37:1 38:1 39:1 | 155:1 156:1 157:1 |
| 182:1 | 116:20 123:15 | 40:1 41:1 42:1 | 158:1,15 159:1 |
| **somebody's** 148:3 | 124:7 126:8,10,25 | 43:1 44:1 45:1 | 160:1 161:1,9 |
| 148:6 | 127:6,7 128:2,14 | 46:1 47:1 48:1 | 162:1 163:1 164:1 |
| **someone's** 157:14 | 128:15 131:12 | 49:1 50:1 51:1 | 165:1,11 166:1,7 |
| 157:17 | 132:14,17 133:12 | 52:1 53:1 54:1 | 167:1 168:1 169:1 |
| **song** 38:17,20 | 133:17 138:9 | 55:1 56:1 57:1 | 170:1 171:1 172:1 |
| 155:13,15 156:11 | 139:21 150:21 | 58:1 59:1 60:1 | 173:1 174:1 175:1 |
| 158:6 | 153:25 154:4 | 61:1 62:1 63:1 | 176:1 177:1 178:1 |
| **soon** 76:12 158:2 | 158:13,23 159:4 | 64:1 65:1 66:1 | 179:1,6,15 180:1 |
| 164:21 | 159:10,20 160:7 | 67:1 68:1 69:1 | 181:3,4,20 182:6,8 |
| **sooner** 45:10 | 160:17 161:6,13 | 70:1 71:1 72:1 | **spiky** 30:19 |
| **sophomore** 15:10 | 163:9,21 165:10 | 73:1,10 74:1 75:1 | **spoke** 26:9 28:24 |
| 15:25 134:7 | 166:6 177:5,9,10 | 76:1 77:1 78:1 | 29:12 46:21 47:4 |
| 147:12 163:14 | 178:13 182:25 | 79:1 80:1 81:1 | 140:19 142:3 |
| **sorry** 44:23 | **speak** 44:7 100:6 | 82:1 83:1 84:1 | 145:3 |
| 111:20 125:10 | 104:9,13 108:13 | 85:1 86:1 87:1 | **spoken** 86:2 |
| 141:25 142:22 | 112:25 113:3 | 88:1 89:1 90:1 | 100:24 101:3 |
| 170:14 | 142:14 171:14 | 91:1 92:1 93:1 | 152:3 |
| **sort** 11:3 60:3 | **speaking** 30:12,15 | 94:1 95:1 96:1 | **spongebob** 38:20 |
| 61:10 89:3 163:3 | 60:2 107:16 | 97:1 98:1 99:1 | **spread** 109:24 |
| 163:11 | 134:22 | 100:1 101:1 102:1 | **square** 33:22 |
| **soul** 110:17,23 | **specific** 25:25 | 103:1 104:1 105:1 | **sro** 98:14,18 111:3 |
| **soulja** 155:14 | 28:13 47:11 | 106:1 107:1 108:1 | **ss** 179:3 |
| 156:12 | 101:13 166:25 | 109:1 110:1 111:1 | **st** ████ 134:4,8 |
| **sounds** 7:10 | **specifically** 56:24 | 112:1 113:1 114:1 | 134:12,13,18 |
| **south** 2:6 54:25 | 57:4 133:22 | 115:1 116:1 117:1 | **stall** 136:2 |
| 173:25 | **speculative** 79:18 | 118:1 119:1 120:1 | **stand** 53:6 155:24 |
| **spagnoli** 2:14 3:8 | **spell** 70:7 117:11 | 121:1 122:1 123:1 | **standing** 37:10,14 |
| 5:10,13 6:18 7:6 | **spend** 170:20 | 124:1 125:1 126:1 | 60:14 104:12 |
| 7:18 16:14,19 | **spero** 1:5,16 2:17 | 127:1 128:1,7 | 137:24 |
| 17:9,23 18:16 | 3:6 7:1,21 8:1 9:1 | 129:1,25 130:1 | **stands** 49:8 155:22 |
| 30:20,24 32:14 | 10:1 11:1 12:1 | 131:1 132:1,15 | **starbucks** 82:14 |
| 37:16 38:11 46:2 | 13:1 14:1 15:1 | 133:1 134:1 135:1 | **start** 8:2 11:8 |
| 46:6 49:13 65:5 | 16:1 17:1,24 18:1 | 136:1 137:1 138:1 | 13:11 15:13 21:3 |
| 65:11,16 68:20 | 19:1 20:1 21:1 | 138:14 139:1 | 67:24 84:8 150:2 |
| 69:2,3 73:6,12,16 | 22:1 23:1 24:1 | 140:1 141:1 142:1 | 161:22 167:7 |

**[start - sure]**

171:24
**started**   12:24 29:4
36:8 44:11 54:16
60:8 85:22 112:12
118:11 127:15
143:21 164:21,22
167:10,22,23
**starting**   10:7
12:20,22 68:5
113:24
**state**   1:21 6:13
7:19 16:15 116:15
130:16 132:10
179:2,17,23 180:2
**stated**   110:16
120:9 152:6
155:19
**statement**   21:21
24:5 87:9,12,17
**statements**   145:18
**states**   1:2 18:4
50:2 90:22 115:10
140:15 149:6,9
152:3 154:21
156:7
**stationed**   98:21
**stay**   42:7 85:3
152:7
**stayed**   22:12
127:16
**stenographically**
180:13
**step**   160:13
**stepped**   35:5
**stick**   24:7
**sticker**   65:15
**stipulated**   6:2
**stir**   112:11
**stolen**   137:22
138:4

**stood**   88:13
105:18
**stop**   13:3 139:3,7
153:9 169:10
170:5 172:7,15
173:2
**stopped**   13:7
53:16,21 127:13
141:5 167:25
168:9 169:3
171:10
**store**   88:8
**stored**   103:18
**stores**   88:7 172:8
**story**   5:4,8 78:7,7
78:20 79:11,12,24
80:10,17,23
**straight**   36:18
37:6,7
**strap**   74:6,10
76:15
**street**   2:6 58:15
174:6
**stressed**   117:23
**strike**   19:3 94:8
168:20
**stuck**   93:16
**student**   3:16 4:5,6
18:5,10,13 29:18
31:22 32:7 34:19
51:25 69:20,23
71:21 81:12,22
86:2,7 95:11
98:24 108:12
117:9 125:6,7
131:9,17 132:4,6
135:25 136:7
137:4,8 138:19
143:4,6,9 144:7,15
148:9,20 150:18
151:2,23 154:22

154:25 156:8
161:9 177:14
**student's**   144:8
154:23,25
**students**   21:14
23:8,20 24:9
29:15,21 45:7
48:13 50:16 51:25
61:21 64:21 69:13
69:15 70:23 72:15
82:13 85:6 96:9
99:9,13 107:2,5,8
107:13 111:3,7
118:7 123:11
124:3 125:8
144:19 145:13,16
146:6,8,13,15
147:24 153:11
177:12,16 178:6
**studies**   12:7 30:17
54:3
**study**   10:10 13:14
**stuff**   39:25 40:3
62:2 63:2 92:6
94:10 106:12,24
145:19 156:24
164:23 175:16
**stupid**   106:2,6
162:19
**subject**   39:16 81:6
84:6 97:19 126:16
**subjects**   126:18
**submit**   7:5
**subscribed**   179:19
181:21
**subsequently**
100:14
**substantial**   129:23
**sucks**   172:10
**suffered**   168:22

**suffering**   8:25
**suggesting**   124:2
**suicide**   172:19
173:4,12 175:9
**suite**   2:6 182:1
**sullivan**   132:22,24
133:2,13,24
134:11,15 135:6
**summoned**   27:4
**suny**   9:25 11:22
**super**   117:23
**superintendent**
1:10 87:7 129:24
130:12 167:12
**superintendent's**
14:4 112:23 113:5
113:13 114:24
119:3,16 121:24
123:9,22 125:19
126:3,13,20 127:5
127:10,19,23
128:17,22 131:7
167:3,6 169:23
170:3
**supposed**   25:12
86:14 93:16
**supposedly**   137:13
144:13
**sure**   23:2,22 24:23
25:3,10,23 28:12
29:7,11 40:13
44:9 45:24 46:16
46:18,24 47:3,3,13
47:16,23 48:3
49:2,20 51:6
57:17 58:6 59:2
62:20 63:11,11
66:6 67:20 76:7
77:19,22,23 82:6
83:22 84:10 86:10
89:13 90:19,19

**[sure - testified]**

94:6,11,15 98:17
98:25 99:3 101:2
102:3,7 110:25
112:20 113:2,6
114:4 115:17,18
116:10,13,17
117:18 119:10
120:3,5 121:25
122:11,15 124:9
124:23 128:20
130:13 133:5,11
134:16 135:17,21
136:22 138:5
139:15 142:7,10
142:13 144:14
145:17,22,22
146:5,11 148:22
155:25 156:23
157:13 161:21,23
163:14 165:2,7,18
165:24 167:21
168:3,14,15 170:4
170:9 172:17
174:10
**surprise**  85:23
**suspended**  51:10
55:18 56:3,21
57:2,7 60:14,21
62:7 89:10 91:22
92:4,9,11 111:10
118:9,12 119:5,9
120:18,19 121:10
128:25 129:25
169:2,14,18 172:3
175:24
**suspending**  60:15
91:4 101:19
109:10
**suspension**  13:21
13:22,25 14:2,4,7
14:8 59:20 60:12

63:4 64:22,25
66:17 87:10,13,18
89:20,23 92:24
93:4 94:21 101:17
113:12,24 118:10
118:22 119:18,21
128:18,22 130:6
149:21 150:2
166:22 168:23
169:12,17 170:17
176:8,14
**sustained**  176:25
**swearing**  123:2
**swinging**  163:4,11
**switched**  12:15
**switzerland**  55:8
**sword**  127:3
**sworn**  6:10 7:16
179:19 181:21
**syracuse**  2:7,13
125:24

**t**

**t**  3:3,12 5:2 7:15
46:15 98:16,16
**take**  8:23 9:6,12
12:20 41:6 43:11
62:10 68:20 75:9
76:18 77:13 78:16
128:2 167:18
177:5
**taken**  105:2
113:13 128:6
137:4,13 146:24
147:10 151:23
153:8,11 154:7
171:18 179:7
180:8,16
**talbot**  148:17
**talbut**  98:14,23
102:22 103:15
104:9,12,13,16,25

105:5,19,23,25
106:16 107:6,16
107:22 108:6
148:17
**talbut's**  107:3
**talk**  37:22 41:19
44:2,4 53:18
59:24 64:21 72:7
72:8 86:11 122:17
141:2,2 159:16
163:12,12 169:5
171:18 172:18,20
174:18 175:2
176:21
**talked**  23:13 24:19
36:6 46:10 105:18
152:18 171:15
175:5
**talking**  22:14 24:5
41:22 47:9 52:21
70:4 83:23 106:13
108:3,6 122:22
125:23 139:4
141:5 164:14,21
175:23,24 178:6
**talks**  141:19
**target**  112:6
**teach**  93:16
**teacher**  20:15
22:22,25 50:24
53:8 59:5,7 85:13
85:14 95:25 118:5
120:15 133:3,14
134:4,5,8,17
140:18 142:5,9,11
144:7
**teacher's**  22:19
30:16 31:17 33:16
135:11
**teachers**  85:8

**team**  14:16,18
136:10
**technology**  18:6
18:11
**telephone**  108:17
113:9 139:22
154:18
**tell**  21:6,25 27:12
38:23 41:13 43:16
44:12,21,22,23,24
45:9,11 46:22
47:17 55:6 56:15
59:9,13,16,19 60:5
63:3,23 64:2,20,24
83:7 86:22 89:6
100:14,24 101:6
101:12,13,20
104:19,25 105:25
106:4,16 107:18
107:22 117:4
122:24 126:6
127:9 133:2
134:11 135:5
137:20 138:2
139:9 140:23
142:4 152:16
162:8 168:25
172:16
**telling**  63:14 113:8
134:3 142:19
162:9,16 163:18
163:25 164:10
**tells**  85:10
**tenth**  15:7
**term**  84:14 169:3
170:14
**terminology**  66:25
**terms**  144:5
**test**  13:15
**testified**  7:16,22
74:15 103:24

**[testified - topics]**

126:2,11 158:15
169:25
**testify** 5:7 9:3
80:21 125:19
126:2 127:18,22
160:3
**testifying** 126:19
127:4,9
**testimony** 21:13
27:2 29:23 51:3
51:16 68:17 74:19
110:22 112:5
119:12,13 125:16
146:20 179:11
180:11
**text** 3:24 116:18
121:3,7 155:10,12
156:4,24 157:4,7
**texted** 148:8,14,20
154:22 155:4,7
156:22
**texting** 155:8
158:6
**texts** 116:25
117:16 118:14
119:24 139:23
155:19
**thank** 12:19
178:16
**thanksgiving** 44:9
45:15 46:22 47:21
**therapist** 175:4
**thing** 7:24 39:10
57:12 70:19 72:11
72:12,14 78:13
**things** 9:2 32:4
69:16 109:3
112:11 153:20
168:9
**think** 23:2,4,22
25:2,19 29:22

33:12 34:5 36:2
45:20 46:9,13
47:9 52:5 55:16
55:17,24,25 59:4,6
63:11 67:23 77:21
77:22 85:13
108:11 137:23
140:24 142:23
153:12 159:8,12
160:9 162:11
167:21 169:25
177:14
**thinking** 124:13
**thinks** 160:12
**third** 41:23 45:20
45:22 53:13 67:7
82:9 110:12,14
115:7 151:16
177:14
**thirty** 182:17
**thought** 54:18
56:17 80:13
103:24 107:21
145:10 156:21
159:6
**threat** 95:4,7
103:19 104:22
106:20 111:8
**threatening**
154:22 157:12
**threats** 139:11,12
**three** 9:21 22:24
61:23,24,25 89:4,6
90:16 105:10
109:13,21 110:11
111:11,16 125:16
177:15
**threw** 143:21
147:24 162:13
**throw** 143:17
148:3,5 173:15

**throwing** 127:24
132:4,7
**tickets** 14:24,25
**time** 6:15 8:14 9:6
11:17,18 12:20
15:5 20:23 21:7
21:15,23 23:7,9,10
24:11 29:12 30:13
35:17 36:4 48:24
57:18 59:24 60:8
61:4 67:19,24,25
68:4 70:17 78:11
78:16 79:12 82:5
83:9,21 85:16
89:11,14 90:8
92:8,12 93:5
102:2 103:20
104:22 106:4
111:7 115:11
118:19,21 119:9
122:8 127:14
130:6 133:25
134:25 135:13
137:13,18,21
138:4,18 139:4
141:5 143:14
145:5,25 146:11
146:18,21 152:9
156:9 167:20
170:8,12 171:15
172:21 173:9
174:25 175:13,14
175:24 176:18
179:11 180:9,10
180:12
**times** 38:22 50:25
51:10 90:20
133:20,21,23
167:16,17 170:6
173:20

**tired** 38:5,10 48:9
**tiring** 45:13
**today** 5:7 80:21
120:7
**toity** 52:17
**told** 27:20 34:21
39:18 41:12,14,15
42:25 43:4,6
44:10,13,17,20,25
45:7,8,9,10,25
46:8,25 50:12
54:21 55:3,17
56:3,11,20,21 60:7
60:9,20,21 80:13
82:11,13,16,19,21
83:9,22,25 86:25
92:10 95:25 97:15
98:12 99:18,20
100:17,19 101:3
101:21 109:6
113:12 115:20,24
116:2 118:8 126:3
126:19 127:11,15
134:17 135:7
139:3,7,8,10,17
141:18 144:10,11
144:21 146:11,12
153:9,18,19,21
157:7,9,10,12,25
162:13,19 163:22
164:4 169:19
172:11,23 175:16
**toll** 182:2
**tone** 39:9
**top** 18:4,21 19:4
90:22 110:9,13,16
132:19 150:16
154:10 165:19
166:10
**topics** 113:24

**[total - video]**

**total**  71:4 118:17
119:6,21
**totally**  17:6
**towels**  143:18
**tragedies**  104:24
**transcribed**
180:14
**transcript**  6:8 7:3
7:4,8,13 8:4,10
179:7,10 180:16
182:10,11
**transfer**  10:16,20
10:21,22,25 11:4,8
11:12
**transferring**  11:10
**treatment**  176:3
**tree**  153:14
**trial**  1:15 6:15,22
**trick**  8:13 94:5
**tried**  24:4 56:7
59:24 89:15 109:3
**trigonometry**
19:23
**trouble**  38:21
50:10 101:8,13
123:2 136:13
163:19 164:2
**truck**  137:5,12,15
137:17,21 138:4
151:24 152:9,11
152:23 153:2,10
153:19 154:7
**true**  133:9 172:11
180:15
**truthful**  110:20
**try**  8:16 11:23
15:3 24:7 56:8,15
80:7 81:9 88:5,11
110:10 132:12
**trying**  8:13 101:8
101:12 109:5,7,8

109:24 112:10
136:15
**tsc**  13:15,16,18
170:13,14
**turn**  38:24 140:8
151:15
**turned**  17:11,14
17:17 36:15 85:5
146:23 164:12
**turning**  53:25
130:10,23 132:18
143:23 154:9
158:2
**tweet**  68:17 89:13
90:8,22 91:7,14,23
92:14 93:14 94:12
94:14 110:7,10,12
110:13,16 111:24
**tweeted**  70:12
92:7
**tweeting**  112:12
**tweets**  67:2,3
68:10 69:5,6
70:14 87:10,14,19
88:25 89:7,17
90:16,18 91:23
92:2,8,16,19,23
93:2,5 97:18,25
98:4 109:13,15,22
110:3 111:11,11
111:13,16 112:2
112:10 114:6,9
118:10 120:18,25
121:7,16,20 124:4
**twice**  40:2
**twitter**  3:21 5:12
66:12,15,19 67:2
69:5,7,10,16,17,23
70:10,23 71:11
72:22 87:21
118:12 121:2,21

150:11 153:23
**two**  11:13,19 15:6
26:7 32:22 41:8
51:10 52:3,6
61:23 99:13
102:25 104:10,11
105:12,17,22
107:17 108:6
145:4 158:8
176:24 177:12
**type**  95:4,6

| u |
| --- |

**u**  5:2 57:23 98:16
99:15 167:8
**uh**  8:9 60:4,4
**ultimately**  22:6
51:9 53:18
**unacceptable**
129:21
**unannounced**
95:19
**underlying**  131:22
158:14 159:23
**undersigned**
179:20
**understand**  8:15
16:24 56:18 82:19
163:25 164:9
176:11
**understanding**
47:24 48:4 79:11
94:23 95:3
**understood**  8:19
107:12
**united**  1:2
**unloading**  75:17
**uploaded**  76:12
**upset**  44:15 62:6
88:19 106:8,9
**upsets**  12:16

**upsetting**  172:22
**upstairs**  104:11
105:12,13,17,21
107:17
**use**  9:6 18:6,11
30:6,9,25 127:2
175:15
**usual**  26:16
**usually**  52:22
61:22 68:4 168:11

| v |
| --- |

**v**  7:15 70:8 167:8
181:3 182:6
**v.s.**  1:5
**vanca**  124:19,19
124:22
**vaping**  34:13,15
34:19 45:4
**various**  113:23
**verbal**  87:8,12,17
161:9
**verbally**  86:7
**verification**  18:6
**veritext**  181:1
182:1,7
**version**  151:2
**vestal**  1:9,9,11
9:19 13:21,24
14:7,9 15:5 18:4
21:3 68:11 81:18
81:21 84:20 94:12
103:3 131:5,18
138:22 165:3
172:9 181:3 182:6
**vestalhighschool**
93:17
**video**  38:14 73:10
73:15,18,20,22,24
74:5,8,12,24 75:9
75:14 76:6,8,10,14
76:18 77:3,4,13,14

**[video - weird]**

77:15,18,21,23
78:2,9,13,16 79:13
79:16,21 81:13,23
82:13 83:10 88:8
88:15,18 91:5,22
94:5,13,16,17 98:6
98:13 99:4,10
101:19 103:21
104:17,20 105:2,9
106:2,7,24 107:9
111:3,9,10,14
124:12,16 132:7
150:11 161:12,15
161:17,24 162:24
163:3,8 172:3
177:13,17,23,24
178:6,9
**videos** 94:7
**vieux** 167:8,16,20
168:2,5 172:11,23
173:18 174:25
**view** 78:20
**viewed** 72:4 79:10
■■■■■ 1:16 3:6
7:1,21,22 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1,17
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1,18 33:1
33:8 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1,12,18
53:1 54:1 55:1

56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1,6 66:1 67:1
68:1 69:1,4 70:1
71:1 72:1 73:1,9
73:13 74:1 75:1
76:1 77:1 78:1
79:1,10 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1,24
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1,18
114:1 115:1 116:1
116:21 117:1
118:1 119:1 120:1
121:1 122:1 123:1
123:16 124:1
125:1 126:1 127:1
128:1,16 129:1,25
130:1 131:1,13
132:1 133:1 134:1
135:1,25 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1,3,22
151:1 152:1 153:1
154:1,21 155:1
156:1,7 157:1
158:1 159:1 160:1
160:10,13 161:1
162:1 163:1 164:1

165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1,11 178:1
179:1,6,15 180:1
181:4,20 182:8
■■■■■ 129:19
149:25
vi■■ 7:2 38:8
138:14 147:24
148:8 152:4,5,7,8
152:10 158:9
**violated** 63:5
**violation** 39:14
**visit** 111:4
**visited** 148:16
**voice** 15:3 37:22
37:23 112:13
139:23,25
**vs** 1:8

**w**

**w** 2:11 89:8 149:9
166:13 182:1
**waistband** 141:13
141:14
**wait** 7:25 43:23
62:22,23,25 85:8
**waited** 60:10 61:7
62:14 67:12
**waiting** 61:18 62:3
77:24 79:20
101:10
**waived** 6:7,9
126:10 127:2
182:18
**waives** 126:15
**walk** 27:9 35:6
36:13 173:16
**walked** 34:25 42:9
42:13 145:20

164:12,14
**walking** 37:7
46:10 143:19
**walks** 25:15
**wall** 22:23 33:14
33:15 34:7,8,10
37:19 53:22 54:11
**walls** 34:11
**want** 7:12 44:16
56:14 83:8 110:25
141:2 143:11
159:10,24 162:18
162:22 163:6,18
164:2 171:14,18
172:20 173:2
**wanted** 30:3 44:16
64:11 82:14,14
86:13,23 110:17
143:13 164:9
172:15,17,18,20
173:4
**warren** 2:6
**wasting** 103:20
**watching** 36:13
162:21 173:17
**water** 9:7
**way** 22:23 37:15
41:11 42:7 53:21
54:6 60:19,21
64:18 68:16,19
72:9 76:23 86:6
93:17 112:15
133:18 168:7
**wdym** 118:2
**we've** 73:3
**week** 13:6 25:2
142:2
**weekend** 13:5
**weeks** 23:17
**weird** 24:12
141:18 169:7

**[went - z]**

**went**  19:24 21:19
26:12 28:9,12,13
40:4 43:19 53:14
55:15 69:4 78:20
83:8 85:6 105:12
105:17 117:14
136:11 140:24,25
141:14 164:3
169:4 173:20
175:2
**white**  30:18 45:6
165:20 166:2,16
**whiteboard**  31:18
33:11,14,15 34:2
34:12
**willa**  2:8 182:5
**window**  21:9
33:18
**windows**  14:23
33:25 34:2,8,10
**wing**  30:17 54:2,3
133:25
**wish**  16:25
**withdrawal**  12:24
**witness**  3:5 6:9
7:10,14,16 37:14
38:9 65:12,19
158:10 159:2
179:5 180:10,11
181:4 182:8,10
**witness'**  182:12
**woke**  86:13,23
127:25
**woman**  40:21
**word**  8:8 30:7,9,25
39:13 48:9 49:2
50:13 120:24
121:19 122:18
135:11 142:24,24
**words**  33:7 38:6
61:14 101:15

118:23 171:16
**work**  12:25 14:14
33:4,5 36:2
**worker**  167:7
**world**  112:16
140:6
**worried**  96:2
156:19
**worry**  12:25
142:24
**wpayne**  2:8
**write**  37:18
**writing**  5:14 81:4
154:3
**written**  116:11
**wrong**  118:12
121:2 143:15
**wrongdoing**  124:5
**wyland**  162:10
164:11

**x**

**x**  3:2,3,12 32:23
167:8

**y**

**y**  20:17 70:8
117:12
**yeah**  12:23 15:9
33:14 34:12 36:6
36:10 40:3 41:12
43:12 45:24 47:10
49:7 54:11 59:6
61:17 66:6 68:7
81:24 86:25 88:4
92:25 94:15 95:2
100:16 101:18
102:5 104:11,21
106:3 107:19
124:25 139:3
142:21 146:21
150:17 155:18

156:17,23 158:8
163:7 164:9 172:6
173:13 174:3
175:14,19
**year**  10:23 11:13
11:19 12:24,24
15:7,15 18:25
19:14,19,24 20:2
20:14 26:15 27:15
29:24 82:7 85:2
85:21 130:3,4
134:5,6,7 135:23
137:2 138:11
140:12 147:9,11
147:12,18 163:14
174:22
**yearbook**  141:9
**years**  9:21 15:7,11
16:2 158:8
**yell**  29:17
**yelling**  143:21
164:22
**york**  1:3,17,22 2:5
2:7,13 6:13 9:19
14:17 106:11
179:2,8,17,23
180:2
**young**  93:16

**z**

**z**  70:9

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

KK

1

DISTRICT COURT OF THE UNITED STATES

NORTHERN DISTRICT OF NEW YORK

_____
DEBRA SPERO, as Natural Mother of
V.S., an infant,

                           Plaintiff,

    -against-

VESTAL CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION,
VESTAL CENTRAL SCHOOL DISTRICT, JEFFREY AHEARN,
Superintendent of Schools, ALBERT A. PENNA, Interim
Principal Vestal High School, DEBORAH CADDICK and
CLIFFORD KASSON, in their Individual and Official
capacities,

                         Defendants.

_____


    A deposition held on Thursday, the 21st day of

March, 2019, commencing at 12:14 p.m.




              BEFORE:    Ruth I. Lynch
                    Registered Professional Reporter
                    Registered Merit Reporter
                    NY/PA Notary Public
                    28874 State Route 171
                    Susquehanna, PA  18847
                    (570) 396-1459




WITNESS:  V█████  S█████

                                                    2

1    APPEARANCES:              WILLA S. PAYNE, Esquire
                               JOSH COTTER, Esquire
2                                Legal Services of Central
                                 New York
3                                189 Main Street, Suite 301
                                 Oneonta, NY  13820
4                                on behalf of Plaintiff

5                              CHARLES C. SPAGNOLI, Esquire
                                 The Law Firm of Frank W.
6                                Miller
                                 6575 Kirkville Road
7                                East Syracuse, NY  13057
                                 on behalf of Defendants

8

9    ALSO PRESENT:             DEBRA SPERO
                               CLIFFORD KASSON
10

11

12

13                   P R O C E E D I N G S

14

15        It is stipulated by and between the parties

16   hereto that the filing of the deposition is waived;

17   that the deposition may be signed before any Notary

18   Public; that the filing of the oath of the Notary

19   Public is waived; that Ruth I. Lynch, Registered

20   Merit Reporter, is designated to take the

21   testimony and prepare a transcript therefrom; and that

22   all objections, except as to the form of the question,

23   are reserved to the time of the trial.

24

25

3

1                    INDEX TO TESTIMONY

3          Examination by Mr. Spagnoli...........   4

4          Examination by Ms. Payne..............   23

5          Further Examination by Mr. Spagnoli...   24

6          Signature Page.......................   25

7

8

9                        EXHIBITS

10                        (None)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1           V I N C E N T   S P E R O ,

2           having been called as a witness, having

3           been duly sworn, testified as follows:

4    EXAMINATION

5    BY MR. SPAGNOLI:

6           Q      Mr. Spero, you've sat for deposition

7    with me before; you remember the ground rules, right?

8           A      Yes, I do.

9           Q      We're going to be talking today

10   primarily about an incident in which you and I believe

11   a group of friends went to the home of a boy named

12   Leslie Brisko, and I believe this was in the summer of

13   2017.  Are you familiar with the incident I'm

14   referring to?

15          A      Yes.

16          Q      Okay.  Did you go to Leslie Brisko's

17   home on that occasion with a group of your friends?

18          A      Yes.

19          Q      Who were the friends?

20          A      Forest Kazavinsky, Phoenix Kazavinsky.

21          Q      Slow down.  Last name of Forest, could

22   you spell that?

23          A      I don't know how to spell it.

24          Q      Kazavinsky?

25          A      Yeah.

5

1        Q        And then there was a Phoenix
2   Kazavinsky?
3        A        Yeah.
4        Q        Who else?
5        A        Robby Reynolds, or Robert Reynolds.
6        Q        Who else?
7        A        Owen Tanner, Joseph Joffrey.
8                 I believe that's it.
9        Q        Okay, just to be sure, there aren't
10  additional people who went to the house with you whose
11  names you don't remember at this time?
12       A        I'm -- I'm not sure.  I believe that's
13  it.
14       Q        Prior to going to Mr. Brisko's home,
15  were you at your own home?
16       A        Yes.
17       Q        Were the five individuals you've just
18  listed at your home with you?
19       A        Just Forest and Phoenix and Robby.
20                Oh, and Caleb Wheeler was there.
21       Q        Caleb Wheeler was at your home or Caleb
22  Wheeler was also at the --
23       A        Leslie, also at Leslie's.
24       Q        So Forest, Phoenix; who else was at
25  your home before you went to Leslie Brisko's?

6

1        A        That's it.   Forest, Phoenix, Robby.

2    I'm sorry.

3        Q        So Caleb Wheeler was not at your home

4    before going over to --

5        A        No, he wasn't.

6        Q        Okay, please remember to let me finish

7    the question before you start your answer, okay?

8        A        Okay.

9        Q        Okay.

10       A        I'm sorry.

11       Q        No, no problem.

12                MS. PAYNE:  You don't need to

13           apologize.

14   BY MR. SPAGNOLI:

15       Q        How did you, Forest, Phoenix, and

16   Robert come to be at your family home before you went

17   to Leslie Brisko's?

18       A        We were all friends, we were just

19   hanging out.

20       Q        How did they know to come to your --

21   your family home, did you reach out to them, did you

22   text them?

23       A        Oh, we were on a phone call and I

24   asked -- they asked if I wanted to hang out, so I said

25   yeah.

7

1        Q        When you were at your home prior to

2   going to Leslie Brisko's, was it your intention to go

3   over to Caleb's at some point that day?

4        A        No, it was not.

5        Q        How did you come to be going over to

6   Leslie Brisko's?

7        A        Leslie asked us to come by.

8        Q        How did he do that?

9        A        Through Snapchat.

10        Q        Did you first see that request by

11   Mr. Brisko while you were still at your family home?

12        A        Yes.

13        Q        About what time did that come in?

14        A        Like nine, ten o'clock that night.

15        Q        What did Leslie say via Snapchat?

16        A        He posted a story saying for me,

17   Forest, and Phoenix to pull up, which means come over

18   to his house.

19        Q        Did his Snapchat post say anything

20   about the reason for that --

21        A        No.

22        Q        -- request?

23        A        It was like a public post, it wasn't

24   sent directly to us.  It was just seen.

25        Q        Leslie Brisko made a public post on

8

1    Snapchat indicating that you, Forest, and Phoenix

2    should, quote, pull up, unquote?

3         A       Yes.

4         Q       What was your understanding, if any, as

5    to the reason Leslie was inviting the three of you to

6    pull up?

7         A       To speak about what happened.

8    'Cause -- to a prior incident.

9         Q       What was the prior incident you're

10   referring to?

11        A       Forest and Leslie had an altercation.

12        Q       Was it a physical altercation?

13        A       That's what it ended up being.

14        Q       How long before the day that you

15   received Leslie's Snapchat request did that

16   altercation occur?

17        A       I didn't receive it, it was a public

18   post, but it was like 24 hours after.

19        Q       So it was the day before.

20        A       Yeah, it was the day before.

21        Q       Had anyone been injured in the prior

22   physical altercation?

23        A       Not that I'm aware of.

24        Q       Were you present for the prior

25   altercation?

9

```
 1          A       Yes.

 2          Q       What happened in that altercation?

 3          A       Leslie was on top of Forest strangling

 4   him, and Antoine Seif had a knife to my chest.  So

 5   to -- like I was honestly thinking that he was going

 6   to strangle my friend so Antoine told me if go over

 7   there he was going to stab me, actual stab me.  So I

 8   shoved Antoine out of my way and I physically removed

 9   Leslie from Forest.

10          Q       On the occasion when you pulled Leslie

11   off of Forest and after Antoine had held a knife to

12   your chest, had law enforcement arrived at any point

13   during that incident?

14          A       Not that day, no.

15          Q       What was the last name of Antoine

16   again?

17          A       Seif.  I think it's S-A-I-F or S-E-I-F.

18          Q       Did Leslie's Snapchat post say anything

19   about Antoine Seif being present at his home that day?

20          A       No.  But he told Forest that day,

21   'cause they -- they were planning to talk, that

22   Antoine was going to be there.  But he said someone

23   else was going to be there, James Burford, but he

24   never -- he wasn't there.

25          Q       You just said a lot of things, and I'm
```

10

1    not sure how they all pull together.

2              First of all, do you know about this

3    conversation between Leslie and Forest because Leslie

4    told you about it or Forest told you about it or --

5         A         Forest told me about it.

6         Q         Okay.  What was it Forest told you?

7         A         He was concerned that Leslie was mad at

8    him because Forest wasn't partaking in his like rap

9    career, that's kind of what it's about, so.  Forest

10   produces music.  And he was upset with Forest for not

11   reposting some of his songs on social media, so he was

12   posting things about Forest on Snapchat, and he wanted

13   to confront Forest about why he wanted -- didn't want

14   to partake in his -- his career.

15        Q         Was this conversation before the

16   physical altercation the day before or was this

17   altercation -- conversation according to Forest after

18   that physical altercation but before you guys were at

19   the family home together?

20        A         It was before the first altercation.

21        Q         Okay.  Did Forest tell you that Leslie

22   had said Antoine would be there on the day that you

23   and Forest and Phoenix and Robert gathered at your

24   parents' home?

25        A         He said him and his friends but he

11

1    didn't disclose like who was gonna be there.  The

2    following day after the first time.

3         Q      So Leslie told Forest, who told you

4    that some of Leslie's friends would be at Leslie's

5    house.

6         A      They talked earlier in that day, and

7    like this went on the -- like the whole day.  And he

8    told -- and that he was going to have friends over.

9    But then told us later in the night to pull up.  He

10   didn't disclose like anything again later in the day.

11        Q      So the same day that L███ sent up a

12   Snap -- or strike that.

13              The same day that Le██ posted a

14   Snapchat message asking you and Fo███ and Ph███ to

15   pull up, he had earlier had a conversation with Forest

16   that Fo██ described to you.

17        A      Yes.

18        Q      And in that conversation, according to

19   F████ Le███ had said he would have some friends over

20   at his house.

21        A      Yes.

22        Q      But he didn't -- when Fo███ described

23   the conversation to you, he did not describe Le███ as

24   naming particular individuals.

25        A      Yes.

                                                        12

1          Q        Correct?

2          A        Correct.

3          Q        Okay.  When you viewed the Snapchat

4    message from Mr. ████, did you view that around 9 or

5    10 p.m.?

6          A        Yeah.

7          Q        Did you at that point make a decision

8    to go over to Le████ house?

9          A        Yeah, we -- we talked, took a couple of

10   our friends, 'cause we were kind of worried about --

11   'cause An████pulled a knife on me.  We were kind of

12   worried that one of them were going to try to kill one

13   of us.  So we had a couple of our friends come, just

14   to make sure that nothing bad happened.

15         Q        So are you saying that you and the

16   Ka██████ reached out to O███ T█████, J████

17   Jo████ and C███ Wh█████ to also show up to --

18         A        I reached out to O███ and J███, and

19   they reached out to C███.

20         Q        And the arrangement was for the bunch

21   of you to --

22         A        'Cause we were all --

23         Q        -- kind of -- to meet up at L██████

24   house together, correct?

25         A        Yes.

13

1      Q      Was it your understanding that there

2   was going to be a fight at L█████ house between

3   Leslie and Forest?

4      A      No.  That wasn't supposed to happen.

5      Q      Did you have a conversation with any

6   members of your family about your intention to go to

7   Le█████ house that night?

8      A      I told my mom that we were going.  That

9   was.  That was like the only family member I told.

10      Q      Did you tell your mother that you were

11   going to ensure that no one used a gun or a knife?

12      A      I told my mom I was going to be there

13   to protect F█████ from any harm.

14      Q      Did you tell your mother that there was

15   going to be a fight between L█████ and F███t?

16      A      No.

17      Q      Prior to the physical altercation

18   between F█████ and L█████ the previous day, prior to

19   that had you ever said to your mother that there was

20   going to be a fight between F█████ and L█████?

21      A      No.

22      Q      When you were at your family home and

23   saw the Snapchat message, did you at that time have

24   any information that L█████ B█████ had a firearm other

25   than, say, a hunting rifle?

14

1        A        No.

2        Q        When F█████ was at the family home with

3   you, did he have any firearms with him?

4        A        No.

5        Q        Had you ever observed L█████ B█████ aim

6   any kind of firearm at another person?

7                 MS. PAYNE:  I'm going to object because

8           that has nothing to do with what you were

9           allowed to ask about today.

10                MR. SPAGNOLI:  Well, it goes --

11                MS. PAYNE:  This incident was what --

12          the incident was what the judge limited this

13          hour deposition to.  His prior experience with

14          L█████ has nothing to do with that.

15                MR. SPAGNOLI:  Well, it goes to his

16          reason for going to the home, so I'm going to

17          ask the question, and you're going, and.

18   BY MR. SPAGNOLI:

19        Q        Have you ever known Le████ Br████ to

20   point a firearm at any other person?

21        A        He joked around.  A█████, like I don't

22   know if it's a real gun or not but A█████ would like

23   carry around this big silver gun.  And I have a video

24   of Le████ like handling it.  He had a party at his

25   house, he was like pointing it at people and like

15

```
 1    holding it up in the air saying everyone get the F
 2    down on the ground.
 3           Q       Okay.
 4           A       So I was kind of worried.
 5           Q       That concerned you?
 6           A       Yeah.
 7           Q       Were you concerned that L███ might
 8    use a gun during when you went to the house?
 9           A       That wasn't my main concern, I was just
10    trying to make sure a fight didn't happen.
11           Q       My question was was there any concern
12    in your mind that Le███ might use a gun?
13           A       Somewhat.
14           Q       You weren't concerned that Fo███ might
15    use a gun?
16           A       No.  To my knowledge none of them have
17    weapons in their family.
18           Q       The video that you referred to of
19    Le███ brandishing a gun, how long before the night
20    we've been talking about did you first see that video?
21           A       Three months.
22                   MS. PAYNE:  Objection.
23           A       I took the video.
24    BY MR. SPAGNOLI:
25           Q       Do you still have that?
```

16

```
 1        A       Yes.
 2        Q       You, Fo███, Pho████ and Ro███ then
 3   did go to Le███ Br████s house, correct?
 4        A       Yes.
 5        Q       How did you get there?
 6        A       We drove.
 7        Q       How far was it from your family home?
 8        A       Ten minutes.
 9        Q       Can you tell me in terms of miles?
10        A       Like four miles.
11        Q       So please tell me what happened at
12   Le████ Br████ home starting with when you arrived;
13   please tell me all the details you remember, and try
14   to keep it in chronological order.
15        A       Okay.  We arrived.  There was another
16   car with our friends in it behind us, and Ro██ got
17   out of the car and knocked on his front door.  And no
18   one answered.  So we went back in the car, and F████
19   began to call Le███.  And no answer.  Then cops came
20   saying that L█████ mom asked us to leave.  And
21   that's -- we were told to leave.
22        Q       So you were in the lead car.
23        A       Yes.
24        Q       Who else was in the lead car with you?
25        A       Ro████ me, Fo████, and Ph██████
```

17

1      Q       So everybody who had been at your

2    parents' home?

3      A       Yes, was -- we were, yeah.

4      Q       And then the other car that came in

5    behind you would have had, did it have Ow██, Jo███

6    and Ca██?

7      A       I think actually Ca██b was in his own

8    car.  And then O████ and J███ were in their -- in their

9    car together.

10     Q       So three cars came up to Mr. B██████

11   house.

12     A       Yes.

13     Q       Did they -- you all arrive around the

14   same time?

15     A       No.  O█████ came when they were telling

16   us to leave.

17     Q       They being?

18     A       The police.

19     Q       How long after you arrived at

20   Mr. B██████ home did the first member of law

21   enforcement arrive?

22     A       About 15, 20 minutes.

23     Q       When you arrived, Fo████ was in the car

24   with you, correct?

25     A       Yes.

18

```
 1        Q        Did he immediately go up to Leslie's
 2   door and knock?
 3        A        No; R███y did.
 4        Q        Okay.  Sorry.
 5        A        It's okay.
 6        Q        But R███ was in the car with you too.
 7        A        Yes.
 8        Q        When you arrived did Ro███ immediately
 9   go up to the door and knock?
10        A        He did.
11        Q        There was no answer.
12        A        No answer.
13        Q        How long did he knock?
14        A        Like 25 seconds; and came right back to
15   the car.
16        Q        When you arrived, did the car with O███
17   and J█████ arrive around the same time?
18        A        Yeah.
19        Q        How -- did Ca████ car arrive around
20   the same time?
21                 No, you testified that he showed up
22   when --
23        A        Yeah.
24        Q        After you were told to leave.
25        A        Yeah, like 20 minutes after that all
```

19

1    happened.

2         Q        So from the time that Ro███ knocked on

3    the door until personnel from law enforcement arrived,

4    what were you doing?

5         A        We were just waiting, just hoping

6    I███ would either come out or call one of us, 'cause

7    he asked us to come, and we assumed that he just

8    wanted to talk finally, get everything over with.

9                  That was like the original agreement to

10   meet up was for them two to talk.  But that never

11   transpired.

12        Q        Well, you just referenced an agreement.

13   What agreement are you talking about?

14        A        R███ and Le███ agreed to meet and

15   talk about the situation.  Like to hopefully put

16   everything behind everyone.  And that's just not what

17   Leslie wanted.

18        Q        Other than C███ Wh███, did anyone

19   else arrive during the 18 to 20 minutes that you were

20   waiting, that you were there waiting?

21        A        No.

22        Q        Did you see anyone other than your

23   friends at the location before law enforcement showed

24   up?

25        A        No.  I was just really focusing on like

20

1  what was going on.

2       Q       And I'm going to go back again.  I

3  understand you were waiting, and why you were waiting

4  for the 18 to 20 minutes.  But what were you and your

5  friends doing in those 18 to 20 minutes, just standing

6  there?

7       A       Listening to music.  F████ -- we were

8  in the car.  And F████ makes music, so we were just

9  listening to like stuff he sampled and he was playing

10 to us.

11      Q       And the other car that had J████ and

12 Owen in it, they were sitting in that car?

13      A       Yeah.

14      Q       Were you guys going back and forth

15 between the cars, or?

16      A       No.  It was just, we were just sitting

17 in the cars.

18      Q       When law enforcement personnel showed

19 up, what police force were they from?

20      A       VPD.  Vestal Police Department, I'm

21 sorry.

22      Q       Do you know the identities of any of

23 the officers?

24      A       No, I do not.

25      Q       Did any law enforcement personnel from

1    any other police force arrive at any point while you

2    were at L████   B██████   home?

3         A        No, it was just Vestal.

4         Q        And you were instructed to leave?

5         A        Yes.

6         Q        Were you personally instructed to

7    leave?

8         A        No, they just asked us all, like, all

9    as like together to just get out of here.  That was

10   really it.

11        Q        That was one of the members of law

12   enforcement?

13        A        Yeah.

14        Q        So when you -- you received -- strike

15   that.

16                 When you viewed the Snapchat message

17   from Mr. B████  inviting you and the Ka███████

18   brothers to, quote, pull up, drove 4 miles to L█████

19   house, and then waited there 18 to 20 minutes, do you

20   believe you acted reasonably?

21        A        Yeah.

22        Q        Okay.  And you believed that at the

23   time?

24        A        I still do.

25                 MR. SPAGNOLI:  Let's take a quick

22

```
 1          break, I'm going to consult with my client.
 2                    (Short break)
 3   BY MR. SPAGNOLI:
 4          ████████████████████████████████████████
 5   member or members of law enforcement instructed you to
 6   leave, did you leave?
 7          A      Yes.
 8          Q      What time was it at that point?
 9          A      I don't know but I'm -- it was in
10   between nine thirty and ten thirty, like with -- I
11   remember, like, it just being later in the night.  I'm
12   not sure if it was nine thirty or ten thirty.  I
13   remember it being somewhere around that time.
14          Q      P.M., right?
15          A      Yeah.
16          Q      Did you go back to your home?
17          A      Yes.
18          Q      Did you go straight back to your home?
19          A      Straight back home.
20          Q      No stops on the way?
21          A      Unh-uh.
22          Q      You need to say yes or no.
23          A      No.  Sorry.
24          Q      Were F████  and P██████  still in the
25   car with you?
```

23

```
 1        A        And R████, yes.

 2        Q        And R███t, yes.

 3                 Did O███ and J██████ also follow you

 4   back to the house?

 5        A        No, they didn't.

 6        Q        Okay.  Did ██████ follow you back to the

 7   house?

 8        A        Yes, he did.

 9        Q        Do you know where J██████ and O████

10   went?

11        A        No.  They're best friends so they --

12   they were probably just hanging out.

13                 MR. SPAGNOLI:  I don't have anything

14        ████████████████████████

15                 MS. PAYNE:  Okay.  I just have one

16        question.

17   EXAMINATION

18   BY MS. PAYNE:

19        Q        ██████, when did this occur?

20        A        April sometime, April 16th, April 20th.

21        Q        Of what year?

22        A        2018.

23        Q        And you're positive about that?

24        A        Yeah.

25        Q        Okay.
```

```
                                                            24
 1              MS. PAYNE:  Nothing further.
 2              MR. SPAGNOLI:  Okay.  Thank you.
 3              THE WITNESS:  You're welcome.
 4              MR. SPAGNOLI:  Actually, let me, let me
 5        follow up on that.
 6   FURTHER EXAMINATION
 7   BY MR. SPAGNOLI:
 8        ███████████████████████████████████
 9        A       Yes.
10        Q       -- or 2017?
11        A       2018.
12        Q       Okay.
13              MR. SPAGNOLI:  Thank you.
14              THE WITNESS:  You're welcome.
15              (The testimony of Mr. ███████ was
16        adjourned at 12:35 p.m.)
17                    *  *  *  *  *
18
19
20
21
22
23
24
25
```

25

<u>SIGNATURE OF WITNESS</u>

1

2

3

4     I have read the foregoing record of my testimony

5 taken at the time and place indicated in the heading

6 hereof, and I do hereby acknowledge it to be a true

7 and correct transcript of same, with any corrections

8 or changes I desire to make indicated on the attached

9 errata sheet(s).

10

11                          _____

12                     ██████████████

13

14

15

16 STATE OF _____   )

17 COUNTY OF _____   )

18

19

20

21 Subscribed and sworn to before me this _____ day

22 of _____, 20___.

23

24 _____

25 Notary Public

26

1                        ERRATA SHEET

2

3  Page___Line___  Reads:

4              Correct to:

5  Page___Line___  Reads:

6              Correct to:

7  Page___Line___  Reads:

8              Correct to:

9  Page___Line___  Reads:

10             Correct to:

11  Page___Line___  Reads:

12             Correct to:

13  Page___Line___  Reads:

14             Correct to:

15  Page___Line___  Reads:

16             Correct to:

17  Page___Line___  Reads:

18             Correct to:

19  Page___Line___  Reads:

20             Correct to:

21  Page___Line___  Reads:

22             Correct to:

23  Page___Line___  Reads:

24             Correct to:

25             WITNESS SIGNATURE:

27

1                            <u>ERRATA SHEET</u>

2

3   Page___Line___  Reads:

4              Correct to:

5   Page___Line___  Reads:

6              Correct to:

7   Page___Line___  Reads:

8              Correct to:

9   Page___Line___  Reads:

10             Correct to:

11  Page___Line___  Reads:

12             Correct to:

13  Page___Line___  Reads:

14             Correct to:

15  Page___Line___  Reads:

16             Correct to:

17  Page___Line___  Reads:

18             Correct to:

19  Page___Line___  Reads:

20             Correct to:

21  Page___Line___  Reads:

22             Correct to:

23  Page___Line___  Reads:

24             Correct to:

25             <u>WITNESS SIGNATURE:</u>

28

<u>C E R T I F I C A T I O N</u>

STATE OF NEW YORK

COUNTY OF BROOME

       I, Ruth I. Lynch, RMR, do hereby certify that the foregoing testimony was duly sworn to; that I reported in machine shorthand the foregoing pages of the above-styled cause, and that they were prepared using computer-aided transcription by me personally and constitute a true and accurate record of the proceedings;

       I further certify that the witness reserved his right to review the transcript;

       I further certify that I am not an attorney or counsel of any parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

                Signed this 12th day of April, 2019.

            By  *Ruth I. Lynch, RMR*_____
                Ruth I. Lynch
                Registered Professional Reporter
                Registered Merit Reporter
                NY/PA Notary Public

## 1

**10**   Vol. 1 - 12:5
**12:14**   Vol. 1 - 1:15
**12:35**   Vol. 1 - 1:16
**12th**   Vol. 1 - 28:21
**13057**   Vol. 1 - 2:7
**13820**   Vol. 1 - 2:9
**15**   Vol. 1 - 17:22
**16th**   Vol. 1 - 23:20
**171**   Vol. 1 - 1:21
**18 [4]** - Vol. 1 - 19:19, 20:4, 20:5, 21:19
**18847**   Vol. 1 - 1:21
**189**   Vol. 1 - 2:3

## 2

**20 [7]** - Vol. 1 - 17:22, 18:25, 19:19, 20:4, 20:5, 21:19, 23:22
**2017 [2]** - Vol. 1 - 4:13, 24:10
**2018 [3]** - Vol. 1 - 24:8, 24:11
**2019 [2]** - Vol. 1 - 1:15, 28:21
**20th**   Vol. 1 - 23:20
**21st**   Vol. 1 - 1:14
**22**   Vol. 1 - 3:4
**24 [2]** - Vol. 1 - 3:5, 8:18
**25 [2]** - Vol. 1 - 16:14, 18:14
**28874**   Vol. 1 - 1:21

## 3

**301**   Vol. 1 - 2:3
**396-1459**   Vol. 1 - 1:22

## 4

**4 [2]** - Vol. 1 - 3:3, 21:18

## 5

**570**   Vol. 1 - 1:22

## 6

**6575**   Vol. 1 - 2:6

## 9

**9**   Vol. 1 - 12:4

## A

**above-styled**   Vol. 1 - 28:10
**according [2]** - Vol. 1 - 10:17, 11:18
**accurate**   Vol. 1 - 28:12
**acknowledge**   Vol. 1 - 25:6
**acted**   Vol. 1 - 21:20
**action [2]** - Vol. 1 - 28:18, 11:21
**actual**   Vol. 1 - 9:7
**additional**   Vol. 1 - 5:10
**adjourned**   Vol. 1 - 27:16
**against**   Vol. 1 - 1:9
**agreed**   Vol. 1 - 4:18
**agreement [3]** - Vol. 1 - 19:9,

19:12, 19:13
**AHEARN**   Vol. 1 - 1:7
**aim**   Vol. 1 - 14:5
**ALBERT**   Vol. 1 - 1:7
**allowed**   Vol. 1 - 14:9
**altercation [11]** - Vol. 1 - 8:11, 8:12, 8:16, 8:22, 8:25, 9:2, 10:16, 10:17, 10:18, 10:20, 13:17
**answered**   Vol. 1 - 16:18
**Antoine [11]** - Vol. 1 - 9:4, 9:6, 9:8, 9:11, 9:15, 9:19, 9:22, 10:22, 12:11, 14:21, 14:22
**apologize**   Vol. 1 - 16:3
**APPEARANCES**   Vol. 1 - 2:1
**April [4]** - Vol. 1 - 23:20, 23:20, 23:20, 28:21
**aren't**   Vol. 1 - 14:9
**arrangement**   Vol. 1 - 12:20
**arrive [6]** - Vol. 1 - 17:13, 17:21, 18:17, 18:19, 19:19, 21:1
**arrived [8]** - Vol. 1 - 9:12, 16:12, 16:15, 17:19, 17:23, 18:8, 18:16, 19:3
**asking**   Vol. 1 - 15:14
**assumed**   Vol. 1 - 4:4
**attached**   Vol. 1 - 25:8
**attorney [2]** - Vol. 1 - 28:16, 28:18

## B

**bad**   Vol. 1 - 12:14
**behalf [2]** - Vol. 1 - 2:4, 2:7
**behind [3]** - Vol. 1 - 16:16, 17:5, 19:16
**believed**   Vol. 1 - 11:22
**best**   Vol. 1 - 23:11
**BOARD**   Vol. 1 - 1:16
**brandishing**   Vol. 1 - 15:19
**break [2]** - Vol. 1 - 22:1, 22:3
**Brisko [8]** - Vol. 1 - 4:12, 7:11, 7:25, 12:4, 13:24, 14:5, 14:19, 21:17
**Brisko's [11]** - Vol. 1 - 4:16, 5:14, 5:25, 6:17, 7:2, 7:6, 16:3, 16:12, 17:10, 17:20, 21:2
**BROOME**   Vol. 1 - 1:6
**brothers**   Vol. 1 - 21:18
**bunch**   Vol. 1 - 12:20
**Burford**   Vol. 1 - 9:23

## C

**CADDICK**   Vol. 1 - 1:8
**Caleb [11]** - Vol. 1 - 9:20, 9:21, 9:21, 6:3, 12:17, 12:19, 17:6, 17:7, 17:15, 19:18, 23:6
**Caleb's [2]** - Vol. 1 - 7:3, 18:15
**capacities**   Vol. 1 - 16:13
**career [2]** - Vol. 1 - 10:9, 10:14

**carry**   Vol. 1 - 14:23
**cause [7]** - Vol. 1 - 1:6, 1:7, 8:23, 12:10, 12:11, 12:22, 19:6, 28:10
**Central [3]** - Vol. 1 - 1:16, 1:7, 2:2
**certify [3]** - Vol. 1 - 28:7, 28:14, 28:16
**changes**   Vol. 1 - 25:8
**CHARLES**   Vol. 1 - 2:5
**chest [2]** - Vol. 1 - 9:4, 9:12
**chronological**   Vol. 1 - 16:14
**client**   Vol. 1 - 14:22
**CLIFFORD [2]** - Vol. 1 - 1:18, 2:9
**commencing**   Vol. 1 - 1:15
**computer-aided**   Vol. 1 - 28:11
**concern [2]** - Vol. 1 - 15:9, 15:11
**concerned [4]** - Vol. 1 - 10:7, 15:5, 15:7, 15:14
**confront**   Vol. 1 - 10:13
**connected**   Vol. 1 - 28:18
**constitute**   Vol. 1 - 28:12
**consult**   Vol. 1 - 20:1
**conversation [7]** - Vol. 1 - 10:3, 10:15, 10:17, 11:15, 11:18, 11:23, 13:5
**cops**   Vol. 1 - 13:19
**correct [28]** - Vol. 1 - 12:1, 12:2, 12:24, 16:3, 17:24, 25:7, 26:4, 26:6, 26:9, 26:10, 26:12, 26:14, 26:16, 26:18, 26:20, 26:22, 26:24, 27:4, 27:6, 27:8, 27:10, 27:12, 27:14, 27:16, 27:18, 27:20, 27:22, 27:24
**corrections**   Vol. 1 - 25:7
**COTTER**   Vol. 1 - 2:8
**counsel [2]** - Vol. 1 - 28:17, 28:18
**COUNTY [2]** - Vol. 1 - 25:17, 28:4
**couple [2]** - Vol. 1 - 12:9, 12:13
**COURT**   Vol. 1 - 1:1

## D

**DEBORAH**   Vol. 1 - 28:6
**DEBRA [2]** - Vol. 1 - 1:5, 2:5
**decision**   Vol. 1 - 12:7
**Defendants [2]** - Vol. 1 - 1:10, 2:7
**Department**   Vol. 1 - 25:20
**deposition [5]** - Vol. 1 - 1:14, 2:16, 2:17, 4:6, 14:11
**describe**   Vol. 1 - 1:23
**described [2]** - Vol. 1 - 11:16, 11:22
**designated**   Vol. 1 - 4:20
**desire**   Vol. 1 - 25:8
**details**   Vol. 1 - 16:13
**directly**   Vol. 1 - 8:6
**disclose [2]** - Vol. 1 - 11:1,

11:10
**DISTRICT [4]** - Vol. 1 - 1:1, 1:2, 1:6, 1:7
**door [4]** - Vol. 1 - 16:17, 18:2, 18:9, 19:3
**drove [2]** - Vol. 1 - 16:6, 21:18
**duly [2]** - Vol. 1 - 4:3, 28:8

## E

**earlier [2]** - Vol. 1 - 19:6
**East**   Vol. 1 - 2:7
**EDUCATION**   Vol. 1 - 1:16
**either**   Vol. 1 - 19:6
**employee**   Vol. 1 - 28:17
**ended**   Vol. 1 - 8:13
**enforcement [8]** - Vol. 1 - 9:12, 17:21, 19:3, 19:23, 20:18, 20:25, 21:12, 22:5
**ensure**   Vol. 1 - 13:11
**errata [3]** - Vol. 1 - 25:9, 26:1, 27:1
**Esquire [3]** - Vol. 1 - 2:1, 2:1, 2:8
**everybody**   Vol. 1 - 17:1
**everyone [2]** - Vol. 1 - 15:1, 19:16
**everything [2]** - Vol. 1 - 19:8, 11:23
**Examination [6]** - Vol. 1 - 3:1, 3:4, 3:5, 4:4, 23:17, 24:6
**except**   Vol. 1 - 2:22
**EXHIBITS**   Vol. 1 - 3:8
**experience**   Vol. 1 - 14:13

## F

**familiar**   Vol. 1 - 4:13
**family [10]** - Vol. 1 - 6:16, 6:21, 7:11, 10:19, 13:6, 13:9, 13:22, 14:2, 15:17, 16:7
**fight [4]** - Vol. 1 - 13:2, 13:15, 13:20, 15:10
**filing [2]** - Vol. 1 - 2:16, 2:18
**finally**   Vol. 1 - 19:8
**financially**   Vol. 1 - 28:19
**finish**   Vol. 1 - 6:6
**firearm [3]** - Vol. 1 - 13:24, 14:6, 14:20
**firearms**   Vol. 1 - 14:3
**Firm**   Vol. 1 - 2:5
**five**   Vol. 1 - 5:17
**focusing**   Vol. 1 - 19:25
**follow [3]** - Vol. 1 - 23:3, 23:6, 24:5
**follows**   Vol. 1 - 4:3
**force [2]** - Vol. 1 - 20:19, 21:13
**foregoing [3]** - Vol. 1 - 25:4, 28:8, 28:9
**Forest [46]** - Vol. 1 - 4:20, 4:21, 5:19, 5:24, 6:1, 6:15, 7:17, 8:1, 8:11, 9:3, 9:9, 9:11, 9:20, 10:3, 10:4, 10:5, 10:6, 10:8, 10:9, 10:10, 10:12,

11:10
**forth**   Vol. 1 - 28:9, 28:24
**Frank**   Vol. 1 - 2:5
**front**   Vol. 1 - 16:17

## G

**gathered**   Vol. 1 - 19:6
**goes [2]** - Vol. 1 - 23:3, 23:7
**gonna**   Vol. 1 - 11:1
**ground [2]** - Vol. 1 - 4:7, 15:12
**group [2]** - Vol. 1 - 4:1, 4:17
**gun [7]** - Vol. 1 - 13:22, 14:8, 14:23, 15:8, 15:12, 15:15, 15:19
**guys [2]** - Vol. 1 - 10:18, 20:14

## H

**handling**   Vol. 1 - 11:16
**hang**   Vol. 1 - 6:24
**hanging [2]** - Vol. 1 - 6:19, 23:12
**happen [2]** - Vol. 1 - 13:4, 15:10
**happened [5]** - Vol. 1 - 4:7, 9:2, 12:16, 14:11, 19:1
**harm**   Vol. 1 - 13:13
**having [2]** - Vol. 1 - 4:2, 4:2
**heading**   Vol. 1 - 23:1
**held [2]** - Vol. 1 - 1:14, 9:15
**hereby [2]** - Vol. 1 - 25:6, 28:7
**hereof**   Vol. 1 - 2:22
**hereto**   Vol. 1 - 25:10
**holding**   Vol. 1 - 15:11
**honestly**   Vol. 1 - 19:15
**hopefully**   Vol. 1 - 19:15
**hoping**   Vol. 1 - 19:5
**hour**   Vol. 1 - 14:3
**hours**   Vol. 1 - 5:18
**hunting**   Vol. 1 - 13:25

## I

**identities**   Vol. 1 - 10:22
**immediately [2]** - Vol. 1 - 18:13, 18:24
**incident [7]** - Vol. 1 - 4:10, 4:13, 8:8, 8:9, 9:13, 14:11, 14:12
**INDEX**   Vol. 1 - 3:1
**indicated [2]** - Vol. 1 - 25:5, 28:8
**indicating**   Vol. 1 - 8:1
**individual**   Vol. 1 - 1:8
**individuals [2]** - Vol. 1 - 11:24
**infant**   Vol. 1 -

1:3
**information**   Vol. 1 - 13:24
**injured**   Vol. 1 - 8:21
**instructed [3]** - Vol. 1 - 21:4, 21:6, 22:5
**intention [2]** - Vol. 1 - 7:2, 13:6
**interested**   Vol. 1 - 28:19
**Interim**   Vol. 1 - 14:17
**inviting [2]** - Vol. 1 - 8:5, 21:17

## J

**James**   Vol. 1 - 9:23
**Jeffrey [3]** - Vol. 1 - 1:7, 23:3, 23:9
**Joey [2]** - Vol. 1 - 9:21, 17:6
**Joffrey [2]** - Vol. 1 - 5:7, 12:17
**joked**   Vol. 1 - 14:21
**Joseph [5]** - Vol. 1 - 5:7, 12:16, 17:6, 18:17, 20:11
**JOSH**   Vol. 1 - 2:1
**judge**   Vol. 1 - 14:12

## K

**KASSON [2]** - Vol. 1 - 2:3, 2:9
**Kazavinsky [5]** - Vol. 1 - 4:20, 4:20, 4:24, 5:2, 21:17
**Kazavinskys**   Vol. 1 - 12:16
**kill**   Vol. 1 - 12:16
**Kirkville**   Vol. 1 - 9:4, 9:11, 12:11, 13:3
**knife [4]** - Vol. 1 - 9:4, 9:11, 12:11, 13:3
**knock [3]** - Vol. 1 - 18:9, 18:19, 18:13
**knocked [2]** - Vol. 1 - 16:17, 18:9
**knowledge**   Vol. 1 - 14:19
**known**   Vol. 1 - 14:19

## L

**later [3]** - Vol. 1 - 1:19, 11:10, 22:11
**law [10]** - Vol. 1 - 2:5, 9:12, 17:20, 19:3, 19:23, 20:18, 20:25, 21:11, 22:4, 22:5
**lead [2]** - Vol. 1 - 16:22, 16:24
**leave [8]** - Vol. 1 - 16:20, 16:21, 17:16, 18:24, 21:4, 21:7, 22:6, 22:6
**Legal**   Vol. 1 - 2:5
**Leslie [43]** - Vol. 1 - 4:12, 5:3, 5:22, 5:25, 6:17, 7:2, 7:6, 7:7, 7:15, 7:25, 8:5, 8:11, 9:3, 9:9, 9:10, 10:3, 10:5, 10:9, 10:17, 10:21, 11:3, 11:11, 11:13, 11:19, 11:23, 13:3, 13:15, 13:18, 13:20, 13:24, 14:5, 14:14, 14:19, 14:24, 15:7, 15:12, 16:12, 16:19, 19:6, 19:11, 21:12
**Leslie's [12]** -

Vol. 1 1:17
9:18, 11:4, 11:4,
12:18, 12:23, 13:2,
13:7, 16:20, 18:1,
21:18
**Let's**   Vol. 1 -
21:25
**limited**   Vol. 1 -
14:12
**listed**   Vol. 1 -
5:16
**listening [2]** -
Vol. 1 - 20:7,
20:9
**location**   Vol. 1 -
19:23
**Lynch [4]** - Vol. 1 -
1:19, 2:19, 28:7,
28:23

**M**

**machine**   Vol. 1 -
20:9
**mad**   Vol. 1 - 10:7
**main [2]** - Vol. 1 -
2:3, 15:9
**makes**   Vol. 1 -
20:8
**March**   Vol. 1 -
7:17
**means**   Vol. 1 -
7:17
**media**   Vol. 1 -
10:11
**meet [3]** - Vol. 1 -
12:23, 19:10,
19:14
**member [3]** -
Vol. 1 - 13:9,
22:10, 22:5
**members [4]** -
Vol. 1 - 13:6,
21:11, 22:4, 22:5
**Merit [3]** - Vol. 1 -
1:20, 2:20, 28:24
**message [4]** -
Vol. 1 - 11:14,
12:4, 13:23, 21:16
**miles [3]** - Vol. 1 -
16:9, 16:10, 21:18
**Miller**   Vol. 1 -
2:6
**mind**   Vol. 1 -
15:12
**minutes [7]** -
Vol. 1 - 16:8,
17:22, 18:25,
19:19, 20:4, 20:5
**mom [3]** - Vol. 1 -
13:8, 13:12, 16:20
**months**   Vol. 1 -
15:21
**music [3]** - Vol. 1 -
10:10, 20:7, 20:8

**N**

**named**   Vol. 1 -
4:11
**names**   Vol. 1 -
5:11
**naming**   Vol. 1 -
11:24
**Natural**   Vol. 1 -
9:1
**nine [3]** - Vol. 1 -
7:14, 22:10, 22:12
**none [2]** - Vol. 1 -
3:10, 15:16
**nor [2]** - Vol. 1 -
28:17, 28:18
**NORTHERN**   Vol. 1 -
1:2
**Notary [5]** -
Vol. 1 - 1:20,
2:17, 2:18, 25:25,
28:24
**nothing [4]** -
Vol. 1 - 12:14,
14:8, 14:14, 24:1
**NY [2]** - Vol. 1 -
1:16
**NY/PA [2]** -
1:20, 28:24

**O**

**o'clock**   Vol. 1 -
7:14
**oath**   Vol. 1 - 2:18
**object**   Vol. 1 -
14:7

**Objection**   Vol. 1 -
5:22
**objections**   Vol. 1 -
22:22
**observed**   Vol. 1 -
14:5
**occasion [2]** -
Vol. 1 - 4:17,
9:10
**occur [2]** - Vol. 1 -
8:16, 23:19
**officers**   Vol. 1 -
20:23
**Official**   Vol. 1 -
1:18
**Oneonta**   Vol. 1 -
16:14
**order**   Vol. 1 -
16:14
**original**   Vol. 1 -
19:9
**Owen [9]** - Vol. 1 -
5:7, 12:16, 12:18,
17:5, 17:8, 18:16,
20:12, 23:3, 23:9

**P**

**p.m [4]** - Vol. 1 -
1:15, 12:5, 22:14,
24:16
**PA**   Vol. 1 - 1:21
**Page__line [22]** -
Vol. 1 - 26:3,
26:5, 26:7, 26:9,
26:11, 26:13,
26:15, 26:17,
26:19, 26:21,
26:23, 27:3, 27:5,
27:7, 27:9, 27:11,
27:13, 27:15,
27:17, 27:19,
27:21, 27:23
**pages**   Vol. 1 -
19:14
**parents [2]** -
Vol. 1 - 10:24,
17:2
**partake**   Vol. 1 -
10:18
**partaking**   Vol. 1 -
11:24
**particular**   Vol. 1 -
28:17
**parties [2]** -
Vol. 1 - 2:15,
28:17
**party**   Vol. 1 -
14:24
**Payne [9]** - Vol. 1 -
2:1, 3:4, 6:12,
14:7, 14:11,
15:22, 23:15,
23:18, 24:1
**PENNA**   Vol. 1 - 1:7
**personally [2]** -
Vol. 1 - 26:10,
28:11
**personnel [3]** -
Vol. 1 - 19:3,
20:18, 20:25
**Phoenix [13]** -
Vol. 1 - 4:20,
5:1, 5:19, 5:24,
6:1, 6:15, 7:17,
8:1, 10:23, 11:14,
16:21, 16:25, 22:24
**physical [5]** -
Vol. 1 - 8:12,
8:22, 10:16,
10:18, 13:17
**physically**   Vol. 1 -
11:20
**Plaintiff [2]** -
Vol. 1 - 1:14, 2:4
**planning**   Vol. 1 -
20:8
**playing**   Vol. 1 -
20:8
**please [3]** -
Vol. 1 - 6:16,
16:11, 16:13
**point [6]** - Vol. 1 -
7:3, 9:12, 12:7,
14:20, 21:1, 22:8
**pointing**   Vol. 1 -
14:5
**police [4]** -
Vol. 1 - 17:18,
20:19, 20:20, 21:1
**positive**   Vol. 1 -
8:7
**post [5]** - Vol. 1 -
7:19, 7:23, 7:25,
8:18, 9:18
**posted [2]** -
Vol. 1 - 7:16,
11:13
**posting**   Vol. 1 -

10:12
**prepare**   Vol. 1 -
2:21
**prepared**   Vol. 1 -
28:10
**present [3]** -
Vol. 1 - 2:9,
8:24, 9:19
**previous**   Vol. 1 -
13:18
**primarily**   Vol. 1 -
9:8
**Principal**   Vol. 1 -
9:1
**prior [9]** - Vol. 1 -
5:14, 7:1, 8:8,
8:9, 8:21, 8:24,
13:17, 13:18,
14:13
**probably**   Vol. 1 -
23:12
**problem**   Vol. 1 -
6:11
**proceedings**
Vol. 1 - 28:13
**produces**   Vol. 1 -
10:5
**Professional [2]** -
Vol. 1 - 1:19,
28:23
**protect**   Vol. 1 -
10:3
**public [8]** -
Vol. 1 - 1:20,
2:18, 21:19, 7:23,
7:25, 8:17, 25:25,
28:24
**pull [7]** - Vol. 1 -
7:17, 8:2, 8:6,
10:1, 11:9, 11:15,
21:18
**pulled [2]** -
Vol. 1 - 9:10,
12:11

**Q**

**quick**   Vol. 1 -
21:25
**quote [2]** - Vol. 1 -
8:2, 21:18

**R**

**rap**   Vol. 1 - 10:8
**reach**   Vol. 1 -
21:4
**reached [3]** -
Vol. 1 - 12:16,
12:18, 12:19
**Reads [22]** -
Vol. 1 - 26:3,
26:5, 26:7, 26:9,
26:11, 26:13,
26:15, 26:17,
26:19, 26:21,
26:23, 27:3, 27:5,
27:7, 27:9, 27:11,
27:13, 27:15,
27:17, 27:19,
27:21, 27:23
**real**   Vol. 1 -
14:22
**really [2]** -
Vol. 1 - 19:25,
21:10
**reason [3]** -
Vol. 1 - 7:20,
8:5, 14:14
**reasonably**   Vol. 1 -
21:20
**receive**   Vol. 1 -
8:15
**received [2]** -
Vol. 1 - 8:15,
21:14
**record [2]** -
Vol. 1 - 25:4,
10:12
**referenced**   Vol. 1 -
19:12
**referred**   Vol. 1 -
15:18
**referring [2]** -
Vol. 1 - 4:14,
8:10
**Registered [5]** -
Vol. 1 - 1:19,
2:19, 20:19, 28:23,
28:24
**relative**   Vol. 1 -
28:17
**removed**   Vol. 1 -
9:8
**reported**   Vol. 1 -
28:8
**Reporter [5]** -

Vol. 1 - 1:19,
1:20, 2:20, 28:23,
28:24
**reporting**   Vol. 1 -
10:11
**request [3]** -
Vol. 1 - 7:10,
7:22, 8:15
**reserved [2]** -
Vol. 1 - 2:23,
28:14
**review**   Vol. 1 -
28:15
**Reynolds [2]** -
Vol. 1 - 5:5, 5:5
**rifle**   Vol. 1 -
13:25
**RMR**   Vol. 1 - 28:7
**Road**   Vol. 1 - 2:6
**Robby [9]** - Vol. 1 -
5:5, 5:19, 6:1,
16:16, 16:25,
18:3, 18:6, 18:8,
23:11
**Robert [6]** -
Vol. 1 - 5:5,
6:16, 10:23, 16:2,
19:2, 23:2
**Route**   Vol. 1 -
1:21
**rules**   Vol. 1 - 4:7
**Ruth [4]** - Vol. 1 -
1:19, 2:19, 28:7,
28:23

**S**

**S-A-I-F**   Vol. 1 -
9:17
**S-E-I-F**   Vol. 1 -
9:17
**sampled**   Vol. 1 -
20:9
**saying [4]** -
Vol. 1 - 7:16,
12:15, 15:1, 16:20
**Schools**   Vol. 1 -
1:6
**seconds**   Vol. 1 -
18:14
**Seif [3]** - Vol. 1 -
9:4, 9:17, 9:19
**sent [2]** - Vol. 1 -
7:24, 11:11
**Services**   Vol. 1 -
2:6
**SHEET [2]** - Vol. 1 -
26:1, 27:1
**sheet(s**   Vol. 1 -
25:9
**Short**   Vol. 1 -
22:22
**shorthand**   Vol. 1 -
28:9
**shoved**   Vol. 1 -
9:8
**showed [3]** -
Vol. 1 - 18:21,
19:23, 20:18
**Signature [4]** -
Vol. 1 - 2:16,
25:1, 26:25, 27:25
**signed [2]** -
Vol. 1 - 2:17,
28:21
**silver**   Vol. 1 -
14:23
**sitting [2]** -
Vol. 1 - 20:12,
20:16
**situation**   Vol. 1 -
19:15
**Slow**   Vol. 1 - 4:21
**Snap**   Vol. 1 -
11:12
**Snapchat [11]** -
Vol. 1 - 7:9,
7:15, 7:19, 8:1,
8:15, 9:18, 10:12,
11:14, 12:3,
13:23, 21:16
**social**   Vol. 1 -
10:11
**someone**   Vol. 1 -
9:22
**sometime**   Vol. 1 -
13:1
**somewhat**   Vol. 1 -
15:1
**somewhere**   Vol. 1 -
22:23
**songs**   Vol. 1 -
10:11
**sorry [5]** - Vol. 1 -
6:2, 6:10, 18:4,
22:18, 24:18
**Spagnoli [16]** -
Vol. 1 - 2:5, 3:3,

3:5, 4:5, 6:14,
14:10, 14:15,
14:18, 15:24,
21:25, 22:3,
23:13, 24:2, 24:4,
24:7, 24:13
**speak**   Vol. 1 - 8:7
**spell [2]** - Vol. 1 -
4:22, 4:23
**Spero [7]** - Vol. 1 -
1:3, 1:25, 2:9,
3:2, 4:6, 24:15,
25:12
**stab [2]** - Vol. 1 -
9:7, 9:7
**standing**   Vol. 1 -
20:1
**start**   Vol. 1 - 6:7
**starting**   Vol. 1 -
16:12
**State [3]** - Vol. 1 -
1:21, 25:16, 28:3
**STATES**   Vol. 1 -
1:1
**stipulated**   Vol. 1 -
2:15
**stops**   Vol. 1 -
22:20
**straight [2]** -
Vol. 1 - 22:18,
22:19
**strangle**   Vol. 1 -
9:6
**strangling**   Vol. 1 -
9:5
**Street**   Vol. 1 -
2:6
**strike [2]** -
Vol. 1 - 11:12,
21:14
**stuff**   Vol. 1 -
20:9
**Subscribed**   Vol. 1 -
28:20
**Suite**   Vol. 1 - 2:3
**summer**   Vol. 1 -
4:11
**Superintendent**
Vol. 1 - 1:7
**supposed**   Vol. 1 -
13:4
**Susquehanna**
Vol. 1 - 1:21
**sworn [3]** - Vol. 1 -
4:3, 25:21, 28:8
**Syracuse**   Vol. 1 -
2:7

**T**

**taken**   Vol. 1 -
21:19
**Tanner [2]** -
Vol. 1 - 5:7,
12:16
**telling**   Vol. 1 -
17:15
**ten [4]** - Vol. 1 -
7:14, 16:8, 22:10,
22:12
**terms**   Vol. 1 -
16:9
**testified [2]** -
Vol. 1 - 4:3,
18:21
**testimony [5]** -
Vol. 1 - 2:21,
3:1, 24:15, 25:4,
28:8
**text**   Vol. 1 - 6:22
**Thank [2]** - Vol. 1 -
6:24, 24:13
**therefore**   Vol. 1 -
7:1
**They're**   Vol. 1 -
23:11
**thinking**   Vol. 1 -
9:5
**thirty [4]** -
Vol. 1 - 22:10,
22:10, 22:12,
22:12
**Thursday**   Vol. 1 -
16:14
**today [2]** - Vol. 1 -
4:9, 14:9
**top**   Vol. 1 - 9:3
**transcript [3]** -
Vol. 1 - 2:21,
25:7, 28:15
**transcription**
Vol. 1 - 28:11
**transpired**   Vol. 1 -
4:5
**trial**   Vol. 1 -
2:23
**true [2]** - Vol. 1 -
25:6, 28:12

**U**

**understand**   Vol. 1 -
20:3
**understanding [2]** -
Vol. 1 - 8:14, 13:1
**Uh-uh**   Vol. 1 -
22:2
**UNITED**   Vol. 1 -
1:1
**unquote**   Vol. 1 -
10:10
**upset**   Vol. 1 -
9:7
**using**   Vol. 1 -
28:10

**V**

**V.S**   Vol. 1 - 1:3
**Vestal [5]** - Vol. 1 -
1:6, 1:7,
1:8, 20:20, 21:3
**via**   Vol. 1 - 7:15
**video [4]** - Vol. 1 -
14:23, 15:18,
15:20, 15:23
**view**   Vol. 1 - 12:4
**viewed [2]** -
Vol. 1 - 12:3,
21:16

3:25,
3:2, 22:14, 23:4,
24:18, 25:12
**Vinny**   Vol. 1 -
23:19
**VPD**   Vol. 1 - 20:20

**W**

**waited**   Vol. 1 -
21:19
**waiting [5]** -
Vol. 1 - 19:5,
19:20, 19:20,
20:3, 20:3
**waived [2]** -
Vol. 1 - 2:16,
2:19
**wanted [5]** -
Vol. 1 - 6:24,
10:12, 10:13,
19:8, 19:17
**We're**   Vol. 1 - 4:9
**we've**   Vol. 1 -
5:10
**weapons**   Vol. 1 -
13:25
**welcome [2]** -
Vol. 1 - 24:3,
24:14
**weren't**   Vol. 1 -
15:16
**Wheeler [6]** -
Vol. 1 - 5:20,
5:21, 5:22, 6:3,
12:17, 19:18
**whole**   Vol. 1 -
1:17
**whose**   Vol. 1 -
5:10
**WILLA**   Vol. 1 - 2:1
**witness [9]** -
Vol. 1 - 1:25,
3:2, 4:2, 24:3,
24:14, 25:1,
26:25, 27:25,
28:14
**worried [3]** -
Vol. 1 - 12:10,
12:12, 15:4

**Y**

**yeah [16]** - Vol. 1 -
4:25, 5:3, 6:25,
8:20, 12:6, 12:9,
15:6, 17:3, 18:18,
18:23, 18:25,
20:13, 21:13,
21:22, 22:15,
23:24
**York [3]** - Vol. 1 -
1:2, 2:2, 28:3