

HH

1

DISTRICT COURT OF THE UNITED STATES

NORTHERN DISTRICT OF NEW YORK

_____
DEBRA SPERO, as Natural Mother of
V.S., an infant,

                            Plaintiff,

    -against-

VESTAL CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION,
VESTAL CENTRAL SCHOOL DISTRICT, JEFFREY AHEARN,
Superintendent of Schools, ALBERT A. PENNA, Interim
Principal Vestal High School, DEBORAH CADDICK and
CLIFFORD KASSON, in their Individual and Official
capacities,

                          Defendants.

_____


    A deposition held on Thursday, the 21st day of

March, 2019, commencing at 12:14 p.m.




               BEFORE:    Ruth I. Lynch
                        Registered Professional Reporter
                        Registered Merit Reporter
                        NY/PA Notary Public
                        28874 State Route 171
                        Susquehanna, PA  18847
                        (570) 396-1459




WITNESS:  V█████  S█████

2

1    APPEARANCES:          WILLA S. PAYNE, Esquire
                           JOSH COTTER, Esquire
2                             Legal Services of Central
                             New York
3                            189 Main Street, Suite 301
                             Oneonta, NY  13820
4                            on behalf of Plaintiff

5                          CHARLES C. SPAGNOLI, Esquire
                             The Law Firm of Frank W.
6                            Miller
                             6575 Kirkville Road
7                            East Syracuse, NY  13057
                             on behalf of Defendants

8

9    ALSO PRESENT:          DEBRA SPERO
                           CLIFFORD KASSON
10

11

12

13                    P R O C E E D I N G S

14

15        It is stipulated by and between the parties

16   hereto that the filing of the deposition is waived;

17   that the deposition may be signed before any Notary

18   Public; that the filing of the oath of the Notary

19   Public is waived; that Ruth I. Lynch, Registered

20   Merit Reporter, is designated to take the

21   testimony and prepare a transcript therefrom; and that

22   all objections, except as to the form of the question,

23   are reserved to the time of the trial.

24

25

3

1                          INDEX TO TESTIMONY

3              Examination by Mr. Spagnoli...........    4

4              Examination by Ms. Payne..............   23

5              Further Examination by Mr. Spagnoli...   24

6              Signature Page.......................   25

7

8

9                            EXHIBITS

10                            (None)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1              V I N C E N T   S P E R O ,

2          having been called as a witness, having

3          been duly sworn, testified as follows:

4    EXAMINATION

5    BY MR. SPAGNOLI:

6          Q      Mr. S███, you've sat for deposition

7    with me before; you remember the ground rules, right?

8          A      Yes, I do.

9          Q      We're going to be talking today

10   primarily about an incident in which you and I believe

11   a group of friends went to the home of a boy named

12   L█████ Br████, and I believe this was in the summer of

13   2017.  Are you familiar with the incident I'm

14   referring to?

15         A      Yes.

16         Q      Okay.  Did you go to Le████ B██████

17   home on that occasion with a group of your friends?

18         A      Yes.

19         Q      Who were the friends?

20         A      F█████ K█████████, P██████ K████████.

21         Q      Slow down.  Last name of F█████, could

22   you spell that?

23         A      I don't know how to spell it.

24         Q      Ka██████?

25         A      Yeah.

5

1       Q       And then there was a P█████████
2   K█████████████?
3       A       Yeah.
4       Q       Who else?
5       A       R██████ Re████████, or R██████ R██████████.
6       Q       Who else?
7       A       O████ T███████, J████████ J████████.
8               I believe that's it.
9       Q       Okay, just to be sure, there aren't
10  additional people who went to the house with you whose
11  names you don't remember at this time?
12      A       I'm -- I'm not sure.  I believe that's
13  it.
14      Q       Prior to going to Mr. B████████ home,
15  were you at your own home?
16      A       Yes.
17      Q       Were the five individuals you've just
18  listed at your home with you?
19      A       Just F███████ and P████████ and R█████████
20              Oh, and C████ Wh██████ was there.
21      Q       Ca████ Wh████████ was at your home or Ca████
22  W████████ was also at the --
23      A       L████████, also at L█████████.
24      Q       So F███████, P████████; who else was at
25  your home before you went to L██████ B████████?

6

```
 1        A        That's it.  F█████, P██████, R████.
 2   I'm sorry.
 3        Q        So C████ Wh██████ was not at your home
 4   before going over to --
 5        A        No, he wasn't.
 6        Q        Okay, please remember to let me finish
 7   the question before you start your answer, okay?
 8        A        Okay.
 9        Q        Okay.
10        A        I'm sorry.
11        Q        No, no problem.
12                 MS. PAYNE:  You don't need to
13        apologize.
14   BY MR. SPAGNOLI:
15        Q        How did you, F██████, P███████, and
16   R█████ come to be at your family home before you went
17   to L██████  B████████?
18        A        We were all friends, we were just
19   hanging out.
20        Q        How did they know to come to your --
21   your family home, did you reach out to them, did you
22   text them?
23        A        Oh, we were on a phone call and I
24   asked -- they asked if I wanted to hang out, so I said
25   yeah.
```

7

1       Q       When you were at your home prior to

2   going to L███ B██████, was it your intention to go

3   over to C█████ at some point that day?

4       A       No, it was not.

5       Q       How did you come to be going over to

6   L████ B███████?

7       A       L█████ asked us to come by.

8       Q       How did he do that?

9       A       Through Snapchat.

10      Q       Did you first see that request by

11  Mr. B██████ while you were still at your family home?

12      A       Yes.

13      Q       About what time did that come in?

14      A       Like nine, ten o'clock that night.

15      Q       What did L█████ say via Snapchat?

16      A       He posted a story saying for me,

17  F██████, and P██████ to pull up, which means come over

18  to his house.

19      Q       Did his Snapchat post say anything

20  about the reason for that --

21      A       No.

22      Q       -- request?

23      A       It was like a public post, it wasn't

24  sent directly to us.  It was just seen.

25      Q       L█████ B█████ made a public post on

8

1   Snapchat indicating that you, █████, and P███████
2   should, quote, pull up, unquote?
3        A       Yes.
4        Q       What was your understanding, if any, as
5   to the reason L█████ was inviting the three of you to
6   pull up?
7        A       To speak about what happened.
8   'Cause -- to a prior incident.
9        Q       What was the prior incident you're
10  referring to?
11       A       █████ and Le█████ had an altercation.
12       Q       Was it a physical altercation?
13       A       That's what it ended up being.
14       Q       How long before the day that you
15  received L█████ Snapchat request did that
16  altercation occur?
17       A       I didn't receive it, it was a public
18  post, but it was like 24 hours after.
19       Q       So it was the day before.
20       A       Yeah, it was the day before.
21       Q       Had anyone been injured in the prior
22  physical altercation?
23       A       Not that I'm aware of.
24       Q       Were you present for the prior
25  altercation?

9

1        A        Yes.

2        Q        What happened in that altercation?

3        A        L████e was on top of F████ strangling

4   him, and A████e S██ had a knife to my chest.  So

5   to -- like I was honestly thinking that he was going

6   to strangle my friend so A████ told me if go over

7   there he was going to stab me, actual stab me.  So I

8   shoved A████ out of my way and I physically removed

9   L████ from F████.

10       Q        On the occasion when you pulled L████

11  off of F████ and after A████ had held a knife to

12  your chest, had law enforcement arrived at any point

13  during that incident?

14       A        Not that day, no.

15       Q        What was the last name of A████

16  again?

17       A        S██.  I think it's S-████ or S-████.

18       Q        Did L████ Snapchat post say anything

19  about An████ S██ being present at his home that day?

20       A        No.  But he told F████ that day,

21  'cause they -- they were planning to talk, that

22  A████ was going to be there.  But he said someone

23  else was going to be there, Ja██ B████, but he

24  never -- he wasn't there.

25       Q        You just said a lot of things, and I'm

1  not sure how they all pull together.

2              First of all, do you know about this

3  conversation between L████ and F████ because L████

4  told you about it or F████ told you about it or --

5        A        F████ told me about it.

6        Q        Okay.  What was it F████ told you?

7        A        He was concerned that L████ was mad at

8  him because F████ wasn't partaking in his like rap

9  career, that's kind of what it's about, so.  F████

10 produces music.  And he was upset with F████ for not

11 reposting some of his songs on social media, so he was

12 posting things about F████ on Snapchat, and he wanted

13 to confront F████ about why he wanted -- didn't want

14 to partake in his -- his career.

15       Q        Was this conversation before the

16 physical altercation the day before or was this

17 altercation -- conversation according to F████ after

18 that physical altercation but before you guys were at

19 the family home together?

20       A        It was before the first altercation.

21       Q        Okay.  Did F████ tell you that L████

22 had said A████ would be there on the day that you

23 and F████ and P████ and R████ gathered at your

24 parents' home?

25       A        He said him and his friends but he

11

1   didn't disclose like who was gonna be there.  The

2   following day after the first time.

3          Q       So L█████ told F█████, who told you

4   that some of Leslie's friends would be at Le█████

5   house.

6          A       They talked earlier in that day, and

7   like this went on the -- like the whole day.  And he

8   told -- and that he was going to have friends over.

9   But then told us later in the night to pull up.  He

10  didn't disclose like anything again later in the day.

11         Q       So the same day that L█████ sent up a

12  Snap -- or strike that.

13                 The same day that Le████ posted a

14  Snapchat message asking you and Fo████ and Ph█████ to

15  pull up, he had earlier had a conversation with Forest

16  that Fo████ described to you.

17         A       Yes.

18         Q       And in that conversation, according to

19  F█████ Le████ had said he would have some friends over

20  at his house.

21         A       Yes.

22         Q       But he didn't -- when Fo████ described

23  the conversation to you, he did not describe Le████ as

24  naming particular individuals.

25         A       Yes.

12

1       Q      Correct?

2       A      Correct.

3       Q      Okay.  When you viewed the Snapchat

4 message from Mr. ████, did you view that around 9 or

5 10 p.m.?

6       A      Yeah.

7       Q      Did you at that point make a decision

8 to go over to Le████ house?

9       A      Yeah, we -- we talked, took a couple of

10 our friends, 'cause we were kind of worried about --

11 'cause An████pulled a knife on me.  We were kind of

12 worried that one of them were going to try to kill one

13 of us.  So we had a couple of our friends come, just

14 to make sure that nothing bad happened.

15       Q      So are you saying that you and the

16 Ka████ reached out to O██ T████, J████

17 Jo████ and C██ Wh████ to also show up to --

18       A      I reached out to O██ and J██, and

19 they reached out to C███.

20       Q      And the arrangement was for the bunch

21 of you to --

22       A      'Cause we were all --

23       Q      -- kind of -- to meet up at L██████

24 house together, correct?

25       A      Yes.

13

1      Q      Was it your understanding that there
2  was going to be a fight at L██████ house between
3  Leslie and Forest?
4      A      No.  That wasn't supposed to happen.
5      Q      Did you have a conversation with any
6  members of your family about your intention to go to
7  Le██████ house that night?
8      A      I told my mom that we were going.  That
9  was.  That was like the only family member I told.
10     Q      Did you tell your mother that you were
11 going to ensure that no one used a gun or a knife?
12     A      I told my mom I was going to be there
13 to protect F██████ from any harm.
14     Q      Did you tell your mother that there was
15 going to be a fight between L██████ and F████t?
16     A      No.
17     Q      Prior to the physical altercation
18 between F██████ and L██████ the previous day, prior to
19 that had you ever said to your mother that there was
20 going to be a fight between F██████ and L██████?
21     A      No.
22     Q      When you were at your family home and
23 saw the Snapchat message, did you at that time have
24 any information that L██████ B██████ had a firearm other
25 than, say, a hunting rifle?

14

1      A      No.

2      Q      When F████ was at the family home with

3  you, did he have any firearms with him?

4      A      No.

5      Q      Had you ever observed L████ B████ aim

6  any kind of firearm at another person?

7              MS. PAYNE:  I'm going to object because

8          that has nothing to do with what you were

9          allowed to ask about today.

10             MR. SPAGNOLI:  Well, it goes --

11             MS. PAYNE:  This incident was what --

12         the incident was what the judge limited this

13         hour deposition to.  His prior experience with

14         L████ has nothing to do with that.

15             MR. SPAGNOLI:  Well, it goes to his

16         reason for going to the home, so I'm going to

17         ask the question, and you're going, and.

18  BY MR. SPAGNOLI:

19     Q      Have you ever known Le███ Br███ to

20  point a firearm at any other person?

21     A      He joked around.  A████, like I don't

22  know if it's a real gun or not but A████ would like

23  carry around this big silver gun.  And I have a video

24  of Le███ like handling it.  He had a party at his

25  house, he was like pointing it at people and like

15

1   holding it up in the air saying everyone get the F

2   down on the ground.

3           Q       Okay.

4           A       So I was kind of worried.

5           Q       That concerned you?

6           A       Yeah.

7           Q       Were you concerned that L███ might

8   use a gun during when you went to the house?

9           A       That wasn't my main concern, I was just

10  trying to make sure a fight didn't happen.

11          Q       My question was was there any concern

12  in your mind that Le███ might use a gun?

13          A       Somewhat.

14          Q       You weren't concerned that Fo███ might

15  use a gun?

16          A       No.  To my knowledge none of them have

17  weapons in their family.

18          Q       The video that you referred to of

19  Le███ brandishing a gun, how long before the night

20  we've been talking about did you first see that video?

21          A       Three months.

22                  MS. PAYNE:  Objection.

23          A       I took the video.

24  BY MR. SPAGNOLI:

25          Q       Do you still have that?

16

```
 1          A       Yes.
 2          Q       You, Fo███, Pho█████ and Ro████ then
 3  did go to Le███ Br████s house, correct?
 4          A       Yes.
 5          Q       How did you get there?
 6          A       We drove.
 7          Q       How far was it from your family home?
 8          A       Ten minutes.
 9          Q       Can you tell me in terms of miles?
10          A       Like four miles.
11          Q       So please tell me what happened at
12  Le███ Br██████home starting with when you arrived;
13  please tell me all the details you remember, and try
14  to keep it in chronological order.
15          A       Okay.  We arrived.  There was another
16  car with our friends in it behind us, and Ro███ got
17  out of the car and knocked on his front door.  And no
18  one answered.  So we went back in the car, and F█████
19  began to call Le███.  And no answer.  Then cops came
20  saying that L█████ mom asked us to leave.  And
21  that's -- we were told to leave.
22          Q       So you were in the lead car.
23          A       Yes.
24          Q       Who else was in the lead car with you?
25          A       Ro███ me, Fo████, and Ph██████
```

17

1      Q      So everybody who had been at your

2   parents' home?

3      A      Yes, was -- we were, yeah.

4      Q      And then the other car that came in

5   behind you would have had, did it have Ow██, Jo██

6   and Ca██?

7      A      I think actually Ca██b was in his own

8   car.  And then O██ and J██ were in their -- in their

9   car together.

10      Q      So three cars came up to Mr. B███████

11   house.

12      A      Yes.

13      Q      Did they -- you all arrive around the

14   same time?

15      A      No.  C████ came when they were telling

16   us to leave.

17      Q      They being?

18      A      The police.

19      Q      How long after you arrived at

20   Mr. B██████ home did the first member of law

21   enforcement arrive?

22      A      About 15, 20 minutes.

23      Q      When you arrived, Fo████ was in the car

24   with you, correct?

25      A      Yes.

18

1       Q       Did he immediately go up to Leslie's
2  door and knock?
3       A       No; R███y did.
4       Q       Okay.  Sorry.
5       A       It's okay.
6       Q       But R████ was in the car with you too.
7       A       Yes.
8       Q       When you arrived did Ro███ immediately
9  go up to the door and knock?
10      A       He did.
11      Q       There was no answer.
12      A       No answer.
13      Q       How long did he knock?
14      A       Like 25 seconds; and came right back to
15  the car.
16      Q       When you arrived, did the car with O████
17  and J████ arrive around the same time?
18      A       Yeah.
19      Q       How -- did Ca████ car arrive around
20  the same time?
21              No, you testified that he showed up
22  when --
23      A       Yeah.
24      Q       After you were told to leave.
25      A       Yeah, like 20 minutes after that all

19

1    happened.

2           Q        So from the time that Ro████ knocked on

3    the door until personnel from law enforcement arrived,

4    what were you doing?

5           A        We were just waiting, just hoping

6    I████would either come out or call one of us, 'cause

7    he asked us to come, and we assumed that he just

8    wanted to talk finally, get everything over with.

9                    That was like the original agreement to

10   meet up was for them two to talk.  But that never

11   transpired.

12          Q        Well, you just referenced an agreement.

13   What agreement are you talking about?

14          A        F████ and Le████ agreed to meet and

15   talk about the situation.  Like to hopefully put

16   everything behind everyone.  And that's just not what

17   Leslie wanted.

18          Q        Other than C████ Wh████, did anyone

19   else arrive during the 18 to 20 minutes that you were

20   waiting, that you were there waiting?

21          A        No.

22          Q        Did you see anyone other than your

23   friends at the location before law enforcement showed

24   up?

25          A        No.  I was just really focusing on like

20

1   what was going on.

2          Q        And I'm going to go back again.  I

3   understand you were waiting, and why you were waiting

4   for the 18 to 20 minutes.  But what were you and your

5   friends doing in those 18 to 20 minutes, just standing

6   there?

7          A        Listening to music.  F███ -- we were

8   in the car.  And F███ makes music, so we were just

9   listening to like stuff he sampled and he was playing

10  to us.

11         Q        And the other car that had J███ and

12  Owen in it, they were sitting in that car?

13         A        Yeah.

14         Q        Were you guys going back and forth

15  between the cars, or?

16         A        No.  It was just, we were just sitting

17  in the cars.

18         Q        When law enforcement personnel showed

19  up, what police force were they from?

20         A        VPD.  Vestal Police Department, I'm

21  sorry.

22         Q        Do you know the identities of any of

23  the officers?

24         A        No, I do not.

25         Q        Did any law enforcement personnel from

21

1   any other police force arrive at any point while you

2   were at L███  B███████  home?

3         A        No, it was just Vestal.

4         Q        And you were instructed to leave?

5         A        Yes.

6         Q        Were you personally instructed to

7   leave?

8         A        No, they just asked us all, like, all

9   as like together to just get out of here.  That was

10  really it.

11        Q        That was one of the members of law

12  enforcement?

13        A        Yeah.

14        Q        So when you -- you received -- strike

15  that.

16                 When you viewed the Snapchat message

17  from Mr. B████  inviting you and the Ka██████

18  brothers to, quote, pull up, drove 4 miles to L██████

19  house, and then waited there 18 to 20 minutes, do you

20  believe you acted reasonably?

21        A        Yeah.

22        Q        Okay.  And you believed that at the

23  time?

24        A        I still do.

25                 MR. SPAGNOLI:  Let's take a quick

22

```
 1          break, I'm going to consult with my client.
 2                    (Short break)
 3    BY MR. SPAGNOLI:
 4    ████████████████████████████████████████████████
 5    member or members of law enforcement instructed you to
 6    leave, did you leave?
 7          A      Yes.
 8          Q      What time was it at that point?
 9          A      I don't know but I'm -- it was in
10    between nine thirty and ten thirty, like with -- I
11    remember, like, it just being later in the night.  I'm
12    not sure if it was nine thirty or ten thirty.  I
13    remember it being somewhere around that time.
14          Q      P.M., right?
15          A      Yeah.
16          Q      Did you go back to your home?
17          A      Yes.
18          Q      Did you go straight back to your home?
19          A      Straight back home.
20          Q      No stops on the way?
21          A      Unh-uh.
22          Q      You need to say yes or no.
23          A      No.  Sorry.
24          Q      Were F████  and P██████  still in the
25    car with you?
```

23

```
1           A        And R███, yes.
2           Q        And R███t, yes.
3                    Did O██ and J█████ also follow you
4   back to the house?
5           A        No, they didn't.
6           Q        Okay.  Did █████ follow you back to the
7   house?
8           A        Yes, he did.
9           Q        Do you know where J█████ and O███
10  went?
11          A        No.  They're best friends so they --
12  they were probably just hanging out.
13                   MR. SPAGNOLI:  I don't have anything
14  ████████████████████
15                   MS. PAYNE:  Okay.  I just have one
16      question.
17  EXAMINATION
18  BY MS. PAYNE:
19          Q        █████, when did this occur?
20          A        April sometime, April 16th, April 20th.
21          Q        Of what year?
22          A        2018.
23          Q        And you're positive about that?
24          A        Yeah.
25          Q        Okay.
```

24

```
 1                  MS. PAYNE:  Nothing further.

 2                  MR. SPAGNOLI:  Okay.  Thank you.

 3                  THE WITNESS:  You're welcome.

 4                  MR. SPAGNOLI:  Actually, let me, let me

 5          follow up on that.

 6   FURTHER EXAMINATION

 7   BY MR. SPAGNOLI:

 8          ███████████████████████████████

 9          A      Yes.

10          Q      -- or 2017?

11          A      2018.

12          Q      Okay.

13                  MR. SPAGNOLI:  Thank you.

14                  THE WITNESS:  You're welcome.

15                  (The testimony of Mr. ████ was

16          adjourned at 12:35 p.m.)

17                      *  *  *  *  *

18

19

20

21

22

23

24

25
```

25

1              SIGNATURE OF WITNESS

2

3

4      I have read the foregoing record of my testimony

5   taken at the time and place indicated in the heading

6   hereof, and I do hereby acknowledge it to be a true

7   and correct transcript of same, with any corrections

8   or changes I desire to make indicated on the attached

9   errata sheet(s).

10

11                     _____

12                     ███████████████

13

14

15

16   STATE OF _____   )

17   COUNTY OF _____   )

18

19

20

21   Subscribed and sworn to before me this _____ day

22   of _____, 20___.

23

24   _____

25   Notary Public

26

1                          ERRATA SHEET

2

3    Page___Line___  Reads:

4              Correct to:

5    Page___Line___  Reads:

6              Correct to:

7    Page___Line___  Reads:

8              Correct to:

9    Page___Line___  Reads:

10             Correct to:

11   Page___Line___  Reads:

12             Correct to:

13   Page___Line___  Reads:

14             Correct to:

15   Page___Line___  Reads:

16             Correct to:

17   Page___Line___  Reads:

18             Correct to:

19   Page___Line___  Reads:

20             Correct to:

21   Page___Line___  Reads:

22             Correct to:

23   Page___Line___  Reads:

24             Correct to:

25             WITNESS SIGNATURE:

27

1                           <u>ERRATA SHEET</u>

2

3   Page___Line___  Reads:

4                 Correct to:

5   Page___Line___  Reads:

6                 Correct to:

7   Page___Line___  Reads:

8                 Correct to:

9   Page___Line___  Reads:

10                 Correct to:

11  Page___Line___  Reads:

12                 Correct to:

13  Page___Line___  Reads:

14                 Correct to:

15  Page___Line___  Reads:

16                 Correct to:

17  Page___Line___  Reads:

18                 Correct to:

19  Page___Line___  Reads:

20                 Correct to:

21  Page___Line___  Reads:

22                 Correct to:

23  Page___Line___  Reads:

24                 Correct to:

25                  <u>WITNESS SIGNATURE</u>:

28

1                    C E R T I F I C A T I O N

2

3    STATE OF NEW YORK

4    COUNTY OF BROOME

5

6

7         I, Ruth I. Lynch, RMR, do hereby certify that the

8    foregoing testimony was duly sworn to; that I reported

9    in machine shorthand the foregoing pages of the

10   above-styled cause, and that they were prepared using

11   computer-aided transcription by me personally and

12   constitute a true and accurate record of the

13   proceedings;

14        I further certify that the witness reserved his

15   right to review the transcript;

16        I further certify that I am not an attorney or

17   counsel of any parties, nor a relative or employee of

18   any attorney or counsel connected with the action, nor

19   financially interested in the action.

20

21              Signed this 12th day of April, 2019.

22
              By_*Ruth I. Lynch, RMR*_____
23              Ruth I. Lynch
                Registered Professional Reporter
24              Registered Merit Reporter
                NY/PA Notary Public

25

**1**
10   Vol. 1 - 12:5
12:14   Vol. 1 - 1:15
12:35   Vol. 1 - 24:16
13057   Vol. 1 - 28:21
13820   Vol. 1 - 2:7
15   Vol. 1 - 17:22
16th   Vol. 1 - 23:20
171   Vol. 1 - 1:21
18 [4]   Vol. 1 - 19:19, 20:4, 20:5, 21:19
18847   Vol. 1 - 1:21
189   Vol. 1 - 2:3

**2**
20 [7]   Vol. 1 - 17:22, 18:25, 19:19, 20:4, 20:5, 21:19, 25:22
2017 [2]   Vol. 1 - 4:13, 24:10
2018 [3]   Vol. 1 - 23:22, 24:8, 24:11
2019 [2]   Vol. 1 - 1:15, 28:21
20th   Vol. 1 - 23:20
21st   Vol. 1 - 1:14
23   Vol. 1 - 3:4
24 [2]   Vol. 1 - 3:5, 8:18
25 [2]   Vol. 1 - 3:6, 18:14
28874   Vol. 1 - 1:21

**3**
301   Vol. 1 - 2:3
396-1459   Vol. 1 - 1:22

**4**
4 [2]   Vol. 1 - 3:3, 21:18

**5**
570   Vol. 1 - 1:22

**6**
6575   Vol. 1 - 2:6

**9**
9   Vol. 1 - 12:4

**A**
above-styled   Vol. 1 - 28:10
according [2]   Vol. 1 - 10:17, 11:18
accurate   Vol. 1 - 28:12
acknowledge   Vol. 1 - 25:6
acted   Vol. 1 - 21:20
action [2]   Vol. 1 - 28:18, 21:1
actual   Vol. 1 - 9:7
additional   Vol. 1 - 5:10
adjourned   Vol. 1 - 28:16
against   Vol. 1 - 1:9
agreed   Vol. 1 - 9:14
agreement [3]   Vol. 1 - 19:9, 19:12, 19:13
**AHEARN**   Vol. 1 - 1:7
aim   Vol. 1 - 14:5
**ALBERT**   Vol. 1 - 1:7
allowed   Vol. 1 - 14:9
altercation [11]   Vol. 1 - 8:11, 8:12, 8:16, 8:22, 8:25, 9:12, 10:16, 10:17, 10:18, 10:20, 13:17
answered   Vol. 1 - 1:8
A█████ [11]   Vol. 1 - 9:4, 9:6, 9:8, 9:11, 9:15, 9:19, 9:22, 10:22, 12:11, 14:21, 14:22
apologize   Vol. 1 - 6:19
**APPEARANCES**   Vol. 1 - 2:1
April [4]   Vol. 1 - 23:20, 23:20, 23:20, 28:21
aren't   Vol. 1 - 7:7
arrangement   Vol. 1 - 12:20
arrive [6]   Vol. 1 - 17:13, 17:21, 18:17, 18:19, 19:9, 21:1
arrived [8]   Vol. 1 - 9:12, 16:12, 16:15, 17:19, 17:23, 18:8, 18:16, 19:3
asking   Vol. 1 - 13:14
assumed   Vol. 1 - 19:7
attached   Vol. 1 - 25:8
attorney [2]   Vol. 1 - 28:16, 28:18

**B**
bad   Vol. 1 - 12:14
behalf [2]   Vol. 1 - 2:4, 2:7
behind [3]   Vol. 1 - 16:16, 17:5, 19:16
believed   Vol. 1 - 12:22
best   Vol. 1 - 23:11
**BOARD**   Vol. 1 - 1:16
brandishing   Vol. 1 - 15:19
break [2]   Vol. 1 - 4:12, 7:11, 7:25, 12:4, 13:24, 14:5, 14:19, 21:17
b█████s [11]   Vol. 1 - 4:16, 5:14, 5:25, 15:17, 7:2, 7:6, 16:3, 16:12, 17:10, 17:20, 21:2
**BROOME**   Vol. 1 - 8:18
brothers   Vol. 1 - 21:18
bunch   Vol. 1 - 12:20
**Burford**   Vol. 1 - 9:23

**C**
**CADDICK**   Vol. 1 - 1:8
C███b [11]   Vol. 1 - 5:20, 5:21, 5:21, 6:3, 12:17, 12:19, 17:6, 17:7, 17:15, 17:6, 23:16
C███s [12]   Vol. 1 - 7:3, 18:15, 18:19
capacities   Vol. 1 - 6:13
career [2]   Vol. 1 - 10:9, 10:14

carry   Vol. 1 - 14:23
cause [7]   Vol. 1 - 1:6, 1:7, 9:21, 12:10, 12:11, 12:22, 19:6, 28:10
Central [3]   Vol. 1 - 1:6, 1:7, 2:2
certify [3]   Vol. 1 - 28:7, 28:14, 28:16
changes   Vol. 1 - 25:8
**CHARLES**   Vol. 1 - 2:5
cheat [2]   Vol. 1 - 9:4, 9:12
chronological   Vol. 1 - 16:14
client   Vol. 1 - 14:22
**CLIFFORD [2]**   Vol. 1 - 6:13
commencing   Vol. 1 - 1:15
computer-aided   Vol. 1 - 28:11
concern [2]   Vol. 1 - 15:9, 15:11
concerned [4]   Vol. 1 - 10:7, 15:5, 15:7, 15:14
confront   Vol. 1 - 15:1
connected   Vol. 1 - 28:18
constitute   Vol. 1 - 28:12
consult   Vol. 1 - 15:3
conversation [7]   Vol. 1 - 10:3, 10:15, 10:17, 11:15, 11:18, 11:23, 13:9
cops   Vol. 1 - 16:19
correct [28]   Vol. 1 - 12:1, 12:2, 12:24, 16:3, 17:24, 25:7, 26:4, 26:6, 26:9, 26:10, 26:12, 26:14, 26:16, 26:18, 26:20, 26:22, 26:24, 27:4, 27:6, 27:8, 27:10, 27:12, 27:14, 27:16, 27:18, 27:22, 27:24
corrections   Vol. 1 - 25:7
**COTTER**   Vol. 1 - 2:4
counsel [2]   Vol. 1 - 28:17, 28:18
**COUNTY [2]**   Vol. 1 - 25:17, 28:4
couple [2]   Vol. 1 - 12:9, 12:13
**COURT**   Vol. 1 - 1:1

**D**
**DEBORAH**   Vol. 1 - 1:3, 2:9
**DEBRA [2]**   Vol. 1 - 1:7, 2:6
decision   Vol. 1 - 12:7
**Defendants [2]**   Vol. 1 - 1:10, 2:7
**Department**   Vol. 1 - 25:20
deposition [5]   Vol. 1 - 1:14, 2:16, 2:17, 4:6, 14:13, 28:10
describe   Vol. 1 - 1:23
described [2]   Vol. 1 - 11:16, 11:22
designated   Vol. 1 - 26:2
desire   Vol. 1 - 25:8
details   Vol. 1 - 14:2
directly   Vol. 1 - 16:13
disclose [2]   Vol. 1 - 11:1, 11:10

**DISTRICT [4]**   Vol. 1 - 1:1, 1:2, 1:6, 1:7
door [4]   Vol. 1 - 16:17, 18:2, 18:9, 19:3
drove [2]   Vol. 1 - 16:6, 20:18
duly [2]   Vol. 1 - 4:3, 28:8

**E**
earlier [2]   Vol. 1 - 11:16, 11:15
East   Vol. 1 - 2:7
**EDUCATION**   Vol. 1 - 1:16
either   Vol. 1 - 19:6
employee   Vol. 1 - 28:17
ended   Vol. 1 - 8:13
enforcement [8]   Vol. 1 - 9:18, 17:21, 19:3, 19:23, 20:18, 20:25, 21:12, 22:5
ensure   Vol. 1 - 13:11
errata [3]   Vol. 1 - 25:9, 26:1, 27:1
Esquire [3]   Vol. 1 - 2:1, 2:1, 2:4
everybody   Vol. 1 - 17:1
everyone [2]   Vol. 1 - 15:1, 19:16
everything [2]   Vol. 1 - 19:8, 19:16
Examination [6]   Vol. 1 - 3:1, 3:3, 3:4, 3:5, 4:4, 23:17, 24:6
except   Vol. 1 - 2:22
**EXHIBITS**   Vol. 1 - 3:9
experience   Vol. 1 - 14:13

**F**
familiar   Vol. 1 - 4:13
family [10]   Vol. 1 - 6:1, 6:16, 6:21, 7:11, 10:19, 13:6, 13:9, 13:22, 14:2, 15:17, 16:7
fight [4]   Vol. 1 - 13:3, 13:20, 15:10
filing [2]   Vol. 1 - 2:16, 2:18
finally   Vol. 1 - 19:8
financially   Vol. 1 - 28:19
finish   Vol. 1 - 6:6
firearm [3]   Vol. 1 - 13:24, 14:6, 14:20
firearms   Vol. 1 - 14:3
Firm   Vol. 1 - 2:5
five   Vol. 1 - 5:17
focusing   Vol. 1 - 19:23
follow [3]   Vol. 1 - 23:3, 23:6, 24:5
follows   Vol. 1 - 4:3
force [2]   Vol. 1 - 20:19, 21:13
foregoing [3]   Vol. 1 - 25:4, 28:8, 28:9
Fo███t [46]   Vol. 1 - 4:20, 4:21, 5:19, 5:24, 6:1, 6:15, 7:17, 8:1, 8:11, 9:3, 9:9, 9:11, 9:20, 10:3, 10:14, 10:15, 10:16, 10:18, 10:24, 10:12, 10:13, 10:17, 10:23, 11:3, 11:14, 11:15, 11:16, 11:19, 11:22, 13:3, 13:13, 13:15, 13:18, 13:20, 14:2, 15:14, 16:2, 16:18, 16:25, 17:23, 19:14, 20:7, 20:8, 22:24
forth   Vol. 1 - 28:9
Frank   Vol. 1 - 2:5
front   Vol. 1 - 16:17

**G**
gathered   Vol. 1 - 19:16
goes [2]   Vol. 1 - 1:7, 1:8
gonna   Vol. 1 - 11:1
ground [2]   Vol. 1 -
group [2]   Vol. 1 - 4:1, 4:17
gun [7]   Vol. 1 - 13:22, 14:23, 15:8, 15:12, 15:15, 15:19
guys [2]   Vol. 1 - 10:18, 20:14

**H**
handling   Vol. 1 - 14:15
hang   Vol. 1 - 25:6
hanging [2]   Vol. 1 - 6:19, 23:12
happen [2]   Vol. 1 - 13:4, 15:10
happened [5]   Vol. 1 - 4:7, 9:2, 12:16, 14:11, 19:1
harm   Vol. 1 - 13:13
having [2]   Vol. 1 - 4:2, 4:2
heading   Vol. 1 - 25:1
held [2]   Vol. 1 - 1:14, 9:1
hereby [2]   Vol. 1 - 25:6, 28:7
hereof   Vol. 1 - 25:8
hereto   Vol. 1 - 15:10
holding   Vol. 1 - 9:3
honestly   Vol. 1 - 9:15
hopefully   Vol. 1 - 19:15
hoping   Vol. 1 - 19:5
hour   Vol. 1 - 1:15
hours   Vol. 1 - 1:15
hunting   Vol. 1 - 13:25

**I**
identities   Vol. 1 - 20:22
immediately [2]   Vol. 1 - 18:1
incident [7]   Vol. 1 - 4:10, 4:13, 8:8, 8:9, 9:13, 14:11, 14:12
INDEX   Vol. 1 - 3:1
indicated [2]   Vol. 1 - 25:5
indicating   Vol. 1 - 15:18
individual   Vol. 1 - 1:8
individuals [2]   Vol. 1 - 11:24
infant   Vol. 1 - 1:3

information   Vol. 1 - 13:24
injured   Vol. 1 - 14:7
instructed [3]   Vol. 1 - 21:4, 21:6, 22:5
intention [2]   Vol. 1 - 7:12, 13:6
interested   Vol. 1 - 28:19
Interim   Vol. 1 - 1:4
inviting [2]   Vol. 1 - 8:5, 21:17

**J**
J██ [3]   Vol. 1 - 1:7, 2:3, 23:9
J██ [2]   Vol. 1 - 5:7, 12:17
Jo███ [2]   Vol. 1 - 5:7
Jo███ [5]   Vol. 1 - 5:7, 12:16, 17:5, 18:17, 20:11
judge   Vol. 1 - 14:12

**K**
**KASSON [2]**   Vol. 1 - 2:3, 2:9
Ke███ [5]   Vol. 1 - 4:20, 4:20, 4:24, 5:2, 21:17
Kazavinskys   Vol. 1 - 12:16
kill   Vol. 1 - 12:16
Kirkville   Vol. 1 -
knife [4]   Vol. 1 - 9:4, 9:11, 12:11, 13:24
knock [3]   Vol. 1 -
knocked [2]   Vol. 1 - 16:17
knowledge   Vol. 1 -
known   Vol. 1 - 14:19

**L**
later [3]   Vol. 1 - 1:19, 11:10, 22:11
law [10]   Vol. 1 - 2:5, 9:12, 17:20, 19:3, 19:23, 20:18, 20:25, 21:11, 22:4, 22:5
lead [2]   Vol. 1 - 16:22, 16:24
leave [3]   Vol. 1 - 17:16, 18:14, 21:7, 22:6, 22:6
Legal   Vol. 1 -
L███s [12]   Vol. 1 -

Vol. 1 1:17,
9:18, 11:4, 11:4,
12:18, 12:23, 13:2,
13:17, 16:20, 18:1,
21:18
**Let's**   Vol. 1 -
21:25
**limited**   Vol. 1 -
14:12
**listed**   Vol. 1 -
2:18
**listening [2]** -
Vol. 1 - 20:7,
20:9
**location**   Vol. 1 -
19:23
**Lynch [4]** - Vol. 1 -
1:19, 2:19, 28:7,
28:23

## M

**machine**   Vol. 1 -
20:9
**mad**   Vol. 1 - 10:7
**makes**   Vol. 1 -
20:8
**March**   Vol. 1 -
1:15
**means**   Vol. 1 -
2:6
**media**   Vol. 1 -
10:11
**meet [3]** - Vol. 1 -
12:23, 19:10,
19:14
**member [3]** -
Vol. 1 - 13:9,
22:20, 22:5
**members [4]** -
Vol. 1 - 13:6,
21:11, 22:4, 22:5
**Merit [3]** - Vol. 1 -
1:20, 2:20, 28:24
**message [4]** -
Vol. 1 - 11:14,
12:4, 13:23, 21:16
**miles [2]** - Vol. 1 -
16:9, 16:10, 21:18
**Miller**   Vol. 1 -
2:6
**mind**   Vol. 1 -
15:12
**minutes [7]** -
Vol. 1 - 16:8,
17:22, 18:25,
19:19, 20:4, 20:5
**mom [3]** - Vol. 1 -
13:8, 13:12, 16:20
**months**   Vol. 1 -
15:21
**music [3]** - Vol. 1 -
10:10, 20:17, 20:8

## N

**named**   Vol. 1 -
4:14
**names**   Vol. 1 -
5:11
**naming**   Vol. 1 -
11:24
**Natural**   Vol. 1 -
**nine [3]** - Vol. 1 -
7:14, 22:10, 22:12
**none [2]** - Vol. 1 -
3:10, 15:16
**nor [2]** - Vol. 1 -
28:17, 28:18
**NORTHERN**   Vol. 1 -
1:2
**Notary [5]** -
Vol. 1 - 1:20,
2:17, 2:18, 25:25,
28:24
**nothing [4]** -
Vol. 1 - 12:14,
14:8, 14:14, 24:1
**NY [2]** - Vol. 1 -
1:23
**NY/PA [2]** - Vol. 1 -
1:20, 28:24

## O

**o'clock**   Vol. 1 -
7:14
**oath**   Vol. 1 - 2:18
**object**   Vol. 1 -
14:7

**Objection**   Vol. 1 -
5:22
**objections**   Vol. 1 -
14:5
**observed**   Vol. 1 -
14:5
**occasion [2]** -
Vol. 1 - 4:17,
9:10
**occur [2]** - Vol. 1 -
8:16, 23:19
**officers**   Vol. 1 -
20:23
**Official**   Vol. 1 -
1:18
**Oneonta**   Vol. 1 -
2:3
**order**   Vol. 1 -
16:14
**original**   Vol. 1 -
9:9
**█████ [9]** - Vol. 1 -
9:7, 12:16, 12:18,
17:5, 17:8, 18:16,
20:12, 23:3, 23:9

## P

**p.m [4]** - Vol. 1 -
1:15, 12:5, 22:14,
24:16
**PA**   Vol. 1 - 1:21
**Page___line [22]** -
Vol. 1 - 26:3,
26:5, 26:7, 26:9,
26:11, 26:13,
26:15, 26:17,
26:19, 26:21,
26:23, 27:3, 27:5,
27:7, 27:9, 27:11,
27:13, 27:15,
27:17, 27:19,
27:21, 27:23
**pages**   Vol. 1 -
2:13
**parents [2]** -
Vol. 1 - 10:24,
17:2
**partake**   Vol. 1 -
10:18
**particular**   Vol. 1 -
11:24
**parties [2]** -
Vol. 1 - 2:15,
28:17
**party**   Vol. 1 -
11:24
**Payne [9]** - Vol. 1 -
2:1, 3:4, 6:12,
14:7, 14:11,
15:22, 23:15,
23:18, 24:1
**PENNA**   Vol. 1 - 1:7
**personally [2]** -
Vol. 1 - 2:16,
28:11
**personnel [3]** -
Vol. 1 - 19:3,
20:18, 20:25
**Phoenix [13]** -
Vol. 1 - 4:20,
5:1, 5:19, 5:24,
6:1, 6:15, 7:17,
8:1, 10:23, 11:14,
22:21, 16:25, 22:24
**physical [5]** -
Vol. 1 - 8:12,
8:22, 10:16,
10:18, 13:17
**physically**   Vol. 1 -
11:20
**Plaintiff [2]** -
Vol. 1 - 1:14, 2:4
**planning**   Vol. 1 -
9:8
**playing**   Vol. 1 -
20:9
**please [3]** -
Vol. 1 - 6:16,
16:11, 16:13
**point [6]** - Vol. 1 -
7:3, 9:12, 12:7,
14:20, 21:1, 22:8
**pointing**   Vol. 1 -
11:18
**police [4]** -
Vol. 1 - 17:18,
20:19, 20:20, 21:1
**positive**   Vol. 1 -
23:22
**post [5]** - Vol. 1 -
7:19, 7:23, 7:25,
8:18, 9:18
**posted [2]** -
Vol. 1 - 7:16,
11:13
**posting**   Vol. 1 -

10:12
**prepare**   Vol. 1 -
2:21
**prepared**   Vol. 1 -
28:10
**present [3]** -
Vol. 1 - 2:9,
8:24, 9:19
**previous**   Vol. 1 -
13:18
**primarily**   Vol. 1 -
6:3
**Principal**   Vol. 1 -
4:2
**prior [9]** - Vol. 1 -
5:14, 7:1, 8:8,
8:9, 8:21, 8:24,
13:17, 13:18,
14:13
**probably**   Vol. 1 -
23:12
**problem**   Vol. 1 -
6:11
**proceedings**
Vol. 1 - 28:13
**produces**   Vol. 1 -
2:5
**Professional [2]** -
Vol. 1 - 1:19,
28:23
**protect**   Vol. 1 -
6:3
**public [8]** -
Vol. 1 - 1:20,
2:18, 21:19, 7:23,
7:25, 8:17, 25:25,
28:24
**pull [7]** - Vol. 1 -
7:17, 8:2, 8:6,
10:1, 11:9, 11:15,
21:18
**pulled [2]** -
Vol. 1 - 9:10,
12:11

## Q

**quick**   Vol. 1 -
21:25
**quote [2]** - Vol. 1 -
8:2, 21:18

## R

**rap**   Vol. 1 - 10:8
**reach**   Vol. 1 -
5:25
**reached [3]** -
Vol. 1 - 12:16,
12:18, 12:19
**Reads [22]** -
Vol. 1 - 26:3,
26:5, 26:7, 26:9,
26:11, 26:13,
26:15, 26:17,
26:19, 26:21,
26:23, 27:3, 27:5,
27:7, 27:9, 27:11,
27:13, 27:15,
27:17, 27:19,
27:21, 27:23
**real**   Vol. 1 -
14:22
**really [2]** -
Vol. 1 - 19:25,
21:10
**reason [3]** -
Vol. 1 - 7:20,
8:5, 14:16
**reasonably**   Vol. 1 -
21:20
**receive**   Vol. 1 -
8:11
**received [2]** -
Vol. 1 - 8:15,
21:14
**record [2]** -
Vol. 1 - 25:4,
28:12
**referenced**   Vol. 1 -
19:12
**referred**   Vol. 1 -
15:18
**referring [2]** -
Vol. 1 - 4:14,
8:10
**Registered [5]** -
Vol. 1 - 1:19,
1:20, 2:19, 28:23,
28:24
**relative**   Vol. 1 -
28:17
**removed**   Vol. 1 -
9:8
**reported**   Vol. 1 -
28:8
**Reporter [5]** -

Vol. 1 - 1:19,
1:20, 2:20, 28:23,
28:24
**reporting**   Vol. 1 -
10:11
**request [3]** -
Vol. 1 - 7:10,
7:22, 8:15
**reserved [2]** -
Vol. 1 - 2:23,
28:14
**review**   Vol. 1 -
2:21
**Ro██████**   Vol. 1 -
**rifle**   Vol. 1 -
**RMR**   Vol. 1 - 28:7
**Road [3]** - Vol. 1 -
1:22, 1:23, 2:6
**R█████y [9]** - Vol. 1 -
4:1, 5:19, 6:1,
16:16, 16:25,
18:3, 18:16, 18:8,
**R██████ [6]** -
Vol. 1 - 5:5,
6:16, 10:23, 16:2,
19:2, 23:2
**Route**   Vol. 1 -
1:22
**rules**   Vol. 1 - 4:7
**Ruth [4]** - Vol. 1 -
1:19, 2:19, 28:7,
28:23

## S

**S-A-I-F**   Vol. 1 -
**S-E-I-F**   Vol. 1 -
9:17
**sampled**   Vol. 1 -
20:9
**sat**   Vol. 1 - 4:6
**saying [4]** -
Vol. 1 - 7:16,
12:15, 15:1, 16:20
**Schools**   Vol. 1 -
18:14
**seconds**   Vol. 1 -
18:14
**Seif [3]** - Vol. 1 -
9:4, 9:17, 9:19
**sent [2]** - Vol. 1 -
11:24, 11:11
**Services**   Vol. 1 -
2:2
**SHEET [2]** - Vol. 1 -
25:9
**sheet(s**   Vol. 1 -
25:9
**Short**   Vol. 1 -
22:2
**shorthand**   Vol. 1 -
28:9
**shoved**   Vol. 1 -
9:8
**showed [3]** -
Vol. 1 - 18:21,
19:23, 20:18
**Signature [4]** -
Vol. 1 - 1:6,
25:1, 26:25, 27:25
**signed [2]** -
Vol. 1 - 2:17,
28:21
**silver**   Vol. 1 -
14:23
**sitting [2]** -
Vol. 1 - 20:12,
20:16
**situation**   Vol. 1 -
19:15
**Slow**   Vol. 1 - 4:21
**Snap**   Vol. 1 -
11:12
**Snapchat [11]** -
Vol. 1 - 7:9,
7:15, 7:19, 8:1,
8:15, 9:18, 10:12,
11:14, 12:3,
13:23, 21:16
**social**   Vol. 1 -
10:10
**someone**   Vol. 1 -
9:22
**sometime**   Vol. 1 -
15:1
**Somewhat**   Vol. 1 -
22:13
**somewhere**   Vol. 1 -
22:23
**songs**   Vol. 1 -
10:10
**sorry [5]** - Vol. 1 -
6:2, 6:10, 18:4,
20:6, 24:4
**Spagnoli [16]** -
Vol. 1 - 2:5, 3:3,

3:5, 4:5, 6:14,
14:10, 14:15,
14:18, 15:24,
21:25, 22:3,
23:13, 24:2, 24:4,
24:7, 24:13
**speak**   Vol. 1 - 8:7
**spell [2]** - Vol. 1 -
4:22, 4:23
**Spero [7]** - Vol. 1 -
1:3, 1:25, 2:9,
3:2, 4:6, 24:15,
25:12
**stab [2]** - Vol. 1 -
9:7, 9:7
**standing**   Vol. 1 -
20:14
**start**   Vol. 1 - 6:7
**starting**   Vol. 1 -
16:12
**State [3]** - Vol. 1 -
1:21, 25:16, 28:3
**STATES**   Vol. 1 -
1:1
**stipulated**   Vol. 1 -
2:15
**stops**   Vol. 1 -
22:20
**straight [2]** -
Vol. 1 - 22:18,
22:19
**strangle**   Vol. 1 -
9:6
**strangling**   Vol. 1 -
9:6
**Street**   Vol. 1 -
1:25
**strike [2]** -
Vol. 1 - 11:12,
21:14
**stuff**   Vol. 1 -
20:25
**Subscribed**   Vol. 1 -
28:20
**Suite**   Vol. 1 - 2:3
**summer**   Vol. 1 -
4:12
**Superintendent**
Vol. 1 - 1:7
**supposed**   Vol. 1 -
13:4
**Susquehanna**
Vol. 1 - 1:21
**sworn [3]** - Vol. 1 -
4:5, 25:21, 28:8
**Syracuse**   Vol. 1 -
2:7

## T

**taken**   Vol. 1 -
17:19
**Tanner [2]** -
Vol. 1 - 5:7,
12:16
**telling**   Vol. 1 -
11:19
**ten [4]** - Vol. 1 -
7:14, 16:8, 22:10,
22:12
**terms**   Vol. 1 -
9:18
**testified [2]** -
Vol. 1 - 4:3,
18:21
**testimony [5]** -
Vol. 1 - 2:21,
3:1, 24:15, 25:4,
28:8
**text**   Vol. 1 - 6:22
**Thank [2]** - Vol. 1 -
24:12, 24:13
**They're**   Vol. 1 -
23:11
**thinking**   Vol. 1 -
9:5
**thirty [4]** -
Vol. 1 - 22:10,
22:10, 22:12,
22:12
**Thursday**   Vol. 1 -
1:14
**today [2]** - Vol. 1 -
4:9, 14:9
**top**   Vol. 1 - 9:3
**transcript [3]** -
Vol. 1 - 2:21,
25:7, 28:15
**transcription**
Vol. 1 - 28:11
**transpired**   Vol. 1 -
9:19
**trial**   Vol. 1 -
2:23
**true [2]** - Vol. 1 -
25:6, 28:12

## U

**understand**   Vol. 1 -
20:3
**understanding [2]** -
Vol. 1 - 8:14, 13:1
**Unh-uh**   Vol. 1 -
22:15
**UNITED**   Vol. 1 -
1:1
**unquote**   Vol. 1 -
21:18
**upset**   Vol. 1 -
10:10
**using**   Vol. 1 -
20:10

## V

**V.S**   Vol. 1 - 1:3
**Vestal [5]** -
Vol. 1 - 1:6, 1:7,
1:8, 20:20, 21:3
**via**   Vol. 1 - 7:15
**video [4]** - Vol. 1 -
14:23, 15:18,
15:20, 15:23
**view**   Vol. 1 - 12:4
**viewed [2]** -
Vol. 1 - 12:3,
21:16
**████████ [██]** -
Vol. 1 - ██:25,
3:2, 22:23, 23:14,
2██, 8██, 25:12
**VPD**   Vol. 1 - 20:20

## W

**waited**   Vol. 1 -
18:2
**waiting [5]** -
Vol. 1 - 19:5,
19:20, 19:20,
20:3, 20:3
**waived [2]** -
Vol. 1 - 2:16,
2:19
**wanted [5]** -
Vol. 1 - 6:24,
10:12, 10:13,
19:8, 19:17
**We're**   Vol. 1 - 4:9
**we've**   Vol. 1 -
15:16
**weapons**   Vol. 1 -
**welcome [2]** -
Vol. 1 - 24:3,
24:14
**weren't**   Vol. 1 -
15:14
**Wheeler [6]** -
Vol. 1 - 5:20,
5:21, 5:22, 6:3,
12:17, 19:18
**whole**   Vol. 1 -
1:17
**whose**   Vol. 1 -
**WILLA**   Vol. 1 - 2:1
**witness [9]** -
Vol. 1 - 1:25,
2:4, 4:2, 24:3,
24:14, 25:1,
26:25, 27:25,
28:14
**worried [3]** -
Vol. 1 - 12:10,
12:12, 15:14

## Y

**yeah [16]** - Vol. 1 -
4:25, 5:3, 6:25,
8:20, 12:6, 12:9,
15:6, 17:3, 18:18,
18:23, 18:25,
20:13, 21:13,
21:21, 22:15,
23:24
**York [3]** - Vol. 1 -
1:2, 2:2, 28:3