

VESTAL CENTRAL SCHOOL DISTRICT
VESTAL, NY

# EMERGENCY DRILL REPORT
## School Year 2016-17

Building: ___Vestal High School___          Date: __December 14, 2016___

X    1ST Semester (September 1 - December 31)

___  2ND Semester (January 1 - June 1)

| Date of Drill | Starting Time of Evacuation | Ending Time of Evacuation | Total Evacuation Time |
|---|---|---|---|
| 9/13/16 | 8:30:19 a.m. | 8:32:25 a.m. | 2 min. 6 sec. |
| 9/16/16 | 10:30:30 a.m. | 10:32.30 a.m. | 2 minutes |
| 9/20/16 | 2:04:50 p.m. | 2:08:30 p.m. | 3 min. 40 sec. |
| 9/27/16 | 9:45:34 a.m. | 9:47:25 a.m. | 1 min. 51 sec. |
| [illegible] | 1:25:28 p.m. | 1:27:35 p.m. | 2 min. 7 sec. |
| 10/12/16 | 9:15:17 a.m. | 9:18.09 a.m. | 2 min. 52 sec. |
| | | | |
| [redacted] | [redacted] | [redacted] | [redacted] |

Comments: Blocked Exit    Unannounced Drill

_Albert C. _____                              12/14/2016
Administrator's Signature                       Date

## NOTE: New Requirement as of 7/1/16

Annual total of 12 emergency drills must include four (4) fire/evacuation drills using a primary exit; four (4) fire/evacuation drills using a secondary exit; four (4) lockdown drills.

*EIGHT (8) DRILLS ARE TO BE COMPLETED BY DECEMBER 31ST*

COMPLETED FORM SHOULD BE SENT TO JOE LORETZ

VS001770

VESTAL CENTRAL SCHOOL DISTRICT
VESTAL, NY

# EMERGENCY DRILL REPORT
## School Year 2016-17

Building: ___Vestal High School___       Date: ___June 2017___

\_\_\_ 1ST Semester (September 1 – December 31)

_X_ 2ND Semester (January 1 – June 1)

| Date of Drill | Starting Time of Evacuation | Ending Time of Evacuation | Total Evacuation Time |
|---|---|---|---|
| 4/10/17 | 1:20:38 p.m. | 1:21:34 p.m. | 1 min. 56 sec. |
| 4/11/17 | 8:30:31 a.m. | 8:32:32 a.m. | 2 min. 1 sec. |
| 5/12/17 | 8:30 a.m. | 8:50 a.m. | 20 minutes |
| 5/23/17 | 1:15 p.m. | 1:50 p.m. | 35 minutes |
| 6/1/17 | 9:00 a.m. | 9:10 a.m. | 10 minutes |
|  |  |  |  |
|  |  |  |  |

Comments: LOCKDOWN DRILL #1   LOCKDOWN DRILL #2   HOLD IN PLACE

_____         6/1/2017
Administrator's Signature                Date

## NOTE: New Requirement as of 7/1/16

Annual total of 12 emergency drills must include four (4) fire/evacuation drills using a primary exit; four (4) fire/evacuation drills using a secondary exit; four (4) lockdown drills.

*FOUR (4) DRILLS ARE TO BE COMPLETED BY JUNE 1*

COMPLETED FORM SHOULD BE SENT TO JOE LORETZ

VS001771