NN

**Ahearn, Jeffrey J**

| | |
|---|---|
| 'om: | Penna, Albert A |
| Sent: | Wednesday, December 21, 2016 1:14 PM |
| To: | Ahearn, Jeffrey J |
| Cc: | Lamash, Laura M |
| Subject: | FW: incident involved in racial issues |

Colleagues,
I just received this transmittal and I will await guidance from
you on how I should respond. The parent has multiple concerns.
Obviously, because of the confidentiality issue of the case and FRPA
Regulations, there are certain things that we cannot respond to.
I would do my best in responding to inform the parent that we treat
all students with dignity and respect at VHS, regardless of race, gender,
ethnicity, origin etc. FYI.
Albert

From: Kaoru Baker [mailto:bakerkaoru@yahoo.com]
Sent: Wednesday, December 21, 2016 12:07 PM
To: Penna, Albert A <AAPenna2@vestal.k12.ny.us>
Subject: incident involved in racial issues

Dr. Penna

I am writing this letter as a parent of Vestal High School student, whose race is bi-racial.

I saw and read the news about the student who was suspended for calling teacher a "racist". I am concerned that we all know his name; however, the teacher's name has not released yet. Moreover; it looks like Vestal Central School district is not going to release the detail of the incident.

I am disturbed that the fact that someone in a teacher's position call a black student "N" words but received no consequence for this action while the student who had stood up for himself received a harsh consequence of suspension. The more disturbing fact is that it could happen to my son who is non-white in the white students/teachers dominated school.

Have you and your staff came up with the plan how to handle the situation like racial issue is involved? If so, I, as a parent, would like you to release it to public. Also, please release the name of the teacher so I will advise my son to avoid taking his/her classes in order to avoid any further incidents. I also ask you to lift the suspension for the student who must have been hurting by treated unfairly by the school.

Kaoru Baker

bakerkaoru@yahoo.com

CONFIDENTIALITY NOTE: The information contained in this transmission is intended only for the personal and confidential use of the recipient. If you have received this transmission and you are not a recipient as listed

1

VS000949

**ELLIS, KAY E**

| | |
|---|---|
| From: | Austin Marcello <marcelloaustin@ymail.com> |
| Sent: | Monday, December 19, 2016 12:04 AM |
| To: | Clerk, District |
| Subject: | Racism Issues |

Hello, my name is Austin Marcello, a former student who graduated from Vestal Central Schools last year, and I am contacting you in regards to racism that is alive and well in your school system. Myself and many others are outraged in the way in which you allow an issue as derogatory as RACISM be practiced by your staff without any repercussions to their actions. Vestal High School is known for educating and stressing the importance of reporting any racist act that is sought out in their school districts, but why is it that the upper tier of the Vestal High School, the principals, are hypocrites to what they preach and do not follow through on reporting such racial discrimination and are continuing to "dismiss" their racial profiling experience executed by one of your teachers? How can you suspend a student who was by no means acting in an aggressive way towards a teacher who was judging him by his color?  It's unfair that a kid who is there to get an education is treated without dignity nor respect but is racially profiled. More importantly,  to infringe on a students right to freedom of speech and to hand down penalties that do not relate to school in the matter is ASININE,  It is DISRESPECTFUL and DISGUSTING that penalties were handed down to Vinny Spero as he is a was judged by the manner of his skin and the bully of a teacher is able to walk free. My question is, how could you do that to him?

VS000952

$\mathcal{B}$  (18 pgs)

**Kasson, Clifford R**

| | |
|---|---|
| From: | Mandella Morrison <mandella.lynn@gmail.com> |
| Sent: | Sunday, December 18, 2016 11:04 PM |
| To: | Superintendent, Vestal |
| Cc: | Clerk, District; Kasson, Clifford R; DASA@mail.nysed.gov |
| Subject: | VERY Concerned parent of Vestal High student |
| Attachments: | FB_IMG_1482118493600.jpg |

Good evening, my name is Mandy Morrison and I am the mother of ▮▮▮▮▮▮▮, a 9th grade student at Vestal High School. We moved to this area from Lexington, KY this year due ro my mother being diagnosed with stage 4 ▮▮▮▮▮ ▮▮▮▮▮. In our move, I did a lot of research to find the best/most safe school to place him in (which I though I had). I have family from this area who sent me this photo (attached) on social media. Being the mother of a biracial (black and white) young man, I immediately became INFURIATED! I am reaching out to you in hopes of getting some clarity on this situation. I trust my son with your teachers for extended periods of time, five days a week, and during that time I am in hopes that he is in a safe, healthy environment. If there is any tute to this matter, not only is this an unhealthy environment, but also an environment that encourages the violation of civial rights and equality. I would like to discuss this more with you, but I believe I need to hear the details first, because right now I have a lot to say, however I do know there are two sides to every story.  There is a true concern for the safety and well being of my child, so please reach out to me as soon as you can. Thank you in advance for your prompt response, and I look forward to speaking with you more regarding this situation.

1

**ENGLE, ELIZABETH J**

| | |
|---|---|
| From: | Erin Hamm <erinhamm77@gmail.com> |
| Sent: | Sunday, December 18, 2016 7:41 PM |
| To: | Superintendent, Vestal |
| Subject: | Fwd: Vestal Central School District |
| Attachments: | Press statement.pdf |

Hello,
my name is Erin Hamm with Fox 40 news. I received this email in regards to a possible racial issue occurring within the school district. The pdf attach is the email that I received from the lawyer of a student, V█████ S█████ In this manner we have interviewed the lawyer, Ron Benjamin. We are running a story on this tonight and would like to know if you have a comment for us. If you could please email us back with your comment regarding the issue that would be great. You can also call the newsroom at (607) 798-0070 at any time. Thank you.

Sincerely,
Erin Hamm
Reporter/WICZ

From: Ron Benjamin <ronbenjaminlaw@gmail.com>
Date: Sun, Dec 18, 2016 at 1:43 PM
Subject: Vestal Central School District
To: fox40news@wicz.com

FYI, please see attached.

Diane E. Walter

Paralegal

Law Office of Ronald R. Benjamin

126 Riverside Drive, P.O. Box 607

Binghamton, New York 13902-0607

(607) 772-1442

1

VS000953

**ENGLE, ELIZABETH J**

| | |
|---|---|
| **From:** | Asha Sanaker <venusofithaca@gmail.com> |
| **Sent:** | Monday, December 19, 2016 11:05 PM |
| **To:** | Superintendent, Vestal |
| **Subject:** | in support of V█████ S█ |

VS000955

Dear Superintendent Ahearn,

I am writing to you today in support of V████ S███ a student at Vestal High School who is being considered for expulsion at a hearing tomorrow morning.

It is my understanding that Mr. █████ called a teacher a "f-ing racist" after that teacher used a racial slur following the disciplining of another black student in class. I do not condone Mr. Spero's use of foul language in class or directed toward a teacher. However, his naming of the behavior is accurate. No public educator can be allowed to use racial slurs in reference to any student.

Mr. █████ was disciplined for that action, as he should have been. The teacher should have been disciplined as well, and more severely given that they are an adult and under contract to serve, without bias, the needs of all students in your district.

Now it seems that you all are pursuing expulsion of Mr. █████ because of his Tweets about his treatment by the school district. I have read the Tweets in question that you all have cited in official correspondence and not a one suggests or incites violence. Your pursuance of expulsion in response to his *private* Twitter communication and your absence of discipline of the teacher who started this whole chain of events with their racist speech at their *publicly funded place of work* speaks to exactly the kind of racism that Mr. █████ describes.

I hope that you will cancel the hearing and cease to pursue expulsion for Mr. ████. If you do not I expect you will incur unnecessary legal fees for a fight that you cannot win.

Further, I hope that you will discipline the teacher involved.

Most importantly, I hope you will use this as a learning opportunity for all of your students and staff about racism, protest and free speech. It is school. Teach them.

Respectfully,

Asha Sanaker

**ENGLE, ELIZABETH J**

| | |
|---|---|
| **From:** | Meghan Tauck <mtauck@gmail.com> |
| **Sent:** | Monday, December 19, 2016 11:39 PM |
| **To:** | Superintendent, Vestal |
| **Subject:** | Vincent Spero expulsion hearing |

VS000956

Dear Mr. Ahearn,

Good morning.

I am writing to express my sincere and utter dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" after she called another Black student the N-word.  Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous; expelling a child for the same defies all logic.  Expelling a child from school can have drastically negative consequences for his life, including difficulty getting into college and later difficulties finding good employment.  Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable.  On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged.  Furthermore, if indeed the teacher did call another Black student the N-word, it is she who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,
Meghan Tauck

**ENGLE, ELIZABETH J**

| | |
|---|---|
| **From:** | Kartik Sribarra <kartiksrinivas@gmail.com> |
| **Sent:** | Tuesday, December 20, 2016 12:02 AM |
| **To:** | Superintendent, Vestal |
| **Subject:** | student expulsion / inflammatory comments |

VS000957

Dear Mr. Ahearn,

I am writing to express my shock at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist."

While the propriety of using the F-word in a classroom is debatable, it surely does not warrant suspension or expulsion--very serious penalties for a minor infraction. I am further appalled that, as I understand it, the teacher called another Black student the N-word... and is, as of yet, facing no disciplinary action. How is this possible? If the teacher did in fact use the N-word, s/he should absolutely, under any norms of civility, be asked to apologize publicly and/or be fired.

I hope and trust that you will do the right thing for this young man and for your school district by exonerating him and reprimanding the teacher for using such a horrible word at a student.

Sincerely,
Karik Sribarra

--
"Life isn't about waiting for the storm to pass. It's about learning to dance in the rain."
—Anonymous

1

**ENGLE, ELIZABETH J**

| | |
|---|---|
| **From:** | Jennifer Hadlock <jenorganizer@gmail.com> |
| **Sent:** | Tuesday, December 20, 2016 12:43 AM |
| **To:** | Superintendent, Vestal |

VS000958

"Dear Mr. Ahearn,
Good morning.

I am writing to express my sincere and utter dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" after she called another Black student the N-word.  Suspending a child from school for calling a teacher a racist is ludicrous;
The teacher who called a Black student the N-word, should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,
Jennifer Hadlock

**ENGLE, ELIZABETH J**

| | |
|---|---|
| **From:** | Andrew Poirier <poirier4andrew@gmail.com> |
| **Sent:** | Tuesday, December 20, 2016 1:59 AM |
| **To:** | Superintendent, Vestal |
| **Subject:** | Unchallenged |

VS000959

Dear Mr. Ahearn,

I am writing to express my sincere and utter dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" in response to that same teacher allegedly calling another Black student the N-word. Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous.

Expelling a child from school can have drastically negative consequences for his life, including difficulty getting into college and later difficulties finding good employment. I am sure you are aware of each of these facts. Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable. On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged.

Furthermore, if indeed the teacher did call another Black student the N-word, it is she who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,
~Andrew Poirier

**ENGLE, ELIZABETH J**

| | |
|---|---|
| From: | Emily Adams <emilyfinnadams@hotmail.com> |
| Sent: | Tuesday, December 20, 2016 2:12 AM |
| To: | Superintendent, Vestal |
| Subject: | A racial profiling incident in Vestal NY (Broome County) |

VS000960

Dear Mr. Ahearn,

Good morning.

I am writing to express my sincere and utter dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" after she called another Black student the N-word.  Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous; expelling a child for the same defies all logic.  Expelling a child from school can have drastically negative consequences for his life, including difficulty getting into college and later difficulties finding good employment.  Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable.  On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged.  Furthermore, if indeed the teacher did call another Black student the N-word, it is she who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,

Emily Adams, Brooktondale NY

**ENGLE, ELIZABETH J**

| | |
|---|---|
| **From:** | Anna McCown <mydoglikeschz@gmail.com> |
| **Sent:** | Tuesday, December 20, 2016 8:15 AM |
| **To:** | Superintendent, Vestal |
| **Subject:** | Re: Spero's hearing |

VS000961

Good morning Mr. Ahearn,

I will be brief because I know you are busy. You have great power in this situation, and how you choose to proceed will not only set a precedent for other upstate and southern tier schools, but it will be the legacy you leave when you move on from your role as superintendent. I implore you, give the student - the child - the benefit of the doubt in this situation, and instead interrogate the culture that allowed the teacher to use the N-word so casually while disciplining a student. It's clear your district is doing much right if a student felt empowered to stand up on behalf of another student and call out racism as he saw it. You can continue to make it right by choosing to not expel Spero for his actions and instead pursue cultural change in and among teachers and administrators - you can support them through anti bias trainings to better serve all students rather than let them feel it's acceptable to use racist hate speech. My sister is an educator so I understand how exhausting and thankless so much of work in public education can be, and I can imagine how an exasperated teacher could become so frustrated that they let some of their professionalism slip. This does not make it ok to use clearly racist terms towards students. There can be healing and justice here and you have the power to pursue it. Please set an example and apologize to the students and work with the teachers to change the culture so deplorable names are never uttered towards students again.

Peace,
Anna McCown

Co-coordinator
Ithaca chapter, Showing Up For Racial Justice

Production Manager
Crooked Carrot

1

**ENGLE, ELIZABETH J**

| | |
|---|---|
| From: | Merike Andre-Barrett <mandrebarrett@gmail.com> |
| Sent: | Tuesday, December 20, 2016 8:17 AM |
| To: | Superintendent, Vestal |
| Subject: | Student suspension |

VS000962

Good morning,

I am writing to express my sincere and utter dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" after she called another Black student the N-word. Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous; expelling a child for the same defies all logic. Expelling a child from school can have drastically negative consequences for his life, including difficulty getting into college and later difficulties finding good employment. Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable. On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged. Furthermore, if indeed the teacher did call another Black student the N-word, it is she who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,
Merike Andre-Barrett

**ENGLE, ELIZABETH J**

| | |
|---|---|
| From: | Chris Dunham <agirlandachicken@gmail.com> |
| Sent: | Tuesday, December 20, 2016 8:31 AM |
| To: | Superintendent, Vestal |
| Subject: | Racism and suspension |

Dear Mr. Ahearn,
Good morning.

I am writing to express my sincere and utter dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" after she called another Black student the N-word. Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous; expelling a child for the same defies all logic. Expelling a child from school can have drastically negative consequences for his life, including difficulty getting into college and later difficulties finding good employment. Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable. On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged. Furthermore, if indeed the teacher did call another Black student the N-word, it is s/he who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,
Chris Dunham

VS000963

**ENGLE, ELIZABETH J**

| | |
|---|---|
| From: | Laura Burch <laura@lauraburchpottery.com> |
| Sent: | Tuesday, December 20, 2016 8:51 AM |
| To: | Superintendent, Vestal |
| Subject: | Suspension of student |

VS000964

Dear Mr. Ahearn,

I am writing to express my sincere and utter dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" after she called another Black student the N-word.  Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous; expelling a child for the same defies all logic.  Expelling a child from school can have drastically negative consequences for his life, including difficulty getting into college and later difficulties finding good employment.  Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable.  On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged.  Furthermore, if indeed the teacher did call another Black student the N-word, it is she who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely yours,

Laura Burch

**ENGLE, ELIZABETH J**

| | |
|---|---|
| **From:** | Grace Alyse Robbins <gar96@cornell.edu> |
| **Sent:** | Tuesday, December 20, 2016 9:08 AM |
| **To:** | Superintendent, Vestal |
| **Subject:** | Racial Profiling Incident |

VS000965

Dear Mr. Ahearn,

I am writing to express my dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" after the teach in question called a Black student the N-word.  Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous; expelling a child for the same defies all logic. Expelling a child from school can have drastic negative consequences, including difficulty getting into college and later difficulties finding employment. Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable.  On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged.  Furthermore, if indeed the teacher did call another Black student the N-word, it is she who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not relieved of her position for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged. Thank you for your time.

Sincerely,
Grace Robbins

1

**ENGLE, ELIZABETH J**

| | |
|---|---|
| From: | Catherine Taylor <taylorcath@gmail.com> |
| Sent: | Tuesday, December 20, 2016 9:27 AM |
| To: | Superintendent, Vestal |
| Subject: | Support Your Students, Please |

VS000966

Dear Mr. Ahearn,
Good morning,

I am writing to express my sincere and utter dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" after she called another Black student the N-word. Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous; expelling a child for the same defies all logic. Expelling a child from school can have drastically negative consequences for his life, including difficulty getting into college and later difficulties finding good employment. Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable. On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged. Furthermore, if indeed the teacher did call another Black student the N-word, it is she who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,
Catherine Taylor

--
Catherine Taylor
Associate Professor
Department of Writing
430 Smiddy Hall

Ithaca College
953 Danby Rd. | Ithaca NY 14850
ctaylor@ithaca.edu

**ENGLE, ELIZABETH J**

| | |
|---|---|
| From: | Emma Cohen Westbrooke <emmalaurelcw@gmail.com> |
| Sent: | Tuesday, December 20, 2016 1:46 PM |
| To: | Superintendent, Vestal |
| Subject: | Please take different actions to reject racism at your school |

Dear Mr. Ahearn,

Good Afternoon.

I am writing to express my sincere and utter dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" after she called another Black student the N-word.  Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous; expelling a child for the same defies all logic.

Expelling a child from school can have drastically negative consequences for his life, including difficulty getting into college and later difficulties finding good employment. Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable.  On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged.  Furthermore, if indeed the teacher did call another Black student the N-word, it is she who should be pulled out of her position, not the student who responded to a hateful attack.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,

Emma Cohen Westbrooke, a concerned citizen in Ithaca, NY

1

VS000975

**ENGLE, ELIZABETH J**

| | |
|---|---|
| **From:** | Hope Rainbow <epoh.wobniar@gmail.com> |
| **Sent:** | Tuesday, December 20, 2016 7:59 PM |
| **To:** | Superintendent, Vestal |
| **Subject:** | Suspension of Vestal HS student |

Dear Mr. Ahearn,
Good evening,

I am writing to express my sincere and utter dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" after she called another Black student the N-word. Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous; *expelling* a child for the same defies all logic. As you know, expelling a child from school can have drastically negative consequences for his life, including difficulty getting into college and later difficulties finding good employment. Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable. On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged. Furthermore, if indeed the teacher did call another Black student the N-word, it is she who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,

Hope Rainbow
Concerned citizen in Alpine, NY

1

VS000976

**ENGLE, ELIZABETH J**

| | |
|---|---|
| From: | Steven Meassick <scmssick47@aol.com> |
| Sent: | Tuesday, December 20, 2016 9:23 PM |
| To: | Superintendent, Vestal |
| Subject: | Katherine Dyer |

Good evening,

I am very disturbed that a student is being suspended and maybe expelled for exposing a racist teacher. We as a society should applaud students who have the courage to stand up to bigotry. As a member of the community, I am deeply saddened by this. The role of the school is to set an example and be a leader. People who know Katherine Dyer are not surprised to hear this incident occurred. You need to stop shaming the victim and stand up to hatred. Do not make Vestal, NY a place people associate with racism and bigotry. This story is starting to get national attention on social media. The worse for you is just beginning. May God show you the light and give you the courage to make the correct decision.

Concerned citizen.

VS000977

**ENGLE, ELIZABETH J**

| | |
|---|---|
| From: | Briana Binkerd-Dale <briana.bd@gmail.com> |
| Sent: | Wednesday, December 21, 2016 12:06 AM |
| To: | Superintendent, Vestal |
| Subject: | Want to keep your reputation? |

Mr. Ahearn,

I am writing to express my sincere dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" after she called another black student by a pejorative racial term.

Suspending a child from school either for using profanity or for calling a teacher a racist is ludicrous; expelling a child for the same defies all logic. Expelling a child from school can have drastically negative consequences for his life, including difficulty getting into college and later difficulties finding good employment. Subjecting a child to this kind of hardship either because he used profanity or because he called a teacher a racist is simply unconscionable. On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged.

Furthermore, if indeed the teacher did call another black student by a pejorative racial term, it is she who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired, for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,
Briana Binkerd-Dale

1

VS000978

ENGLE, ELIZABETH J

| | |
|---|---|
| From: | Paul Vidovich <pvidovich@gmail.com> |
| Sent: | Wednesday, December 21, 2016 10:51 AM |
| To: | Superintendent, Vestal |
| Subject: | V█████ S███ and Katherine Dyer |

Dear Superintendent Ahearn,

I am a resident of nearby Tompkins County, NY. I have a 5 year old daughter enrolled in the Newark Valley School district. I am writing to advise caution while navigating this volatile issue. The district needs to make a clear example of THE TEACHER, who should know better than to use such horrible and racist language against her students in the classroom! Unbelievable. I think that V████t S███ should be seen as someone with enough courage to speak truth to power, and call his teacher out for being such a racist! This needs to be a dialogue that happens within a very inclusive and respectful environment.

There is a storm brewing over the discipline levelled against the student, V████ S███  The district needs to drop his suspension, and plan to have some special school gatherings wherein racism is discussed and processed. V██████should not be punished for standing up to a racist authority figure. Using the words "fucking racist", while lacking in some refinement, is a very direct and immediate way of this student standing up against this teacher's racism.

What is to be Katherine Dyer's punishment for calling students of hers "niggers"? In my opinion, it is MUCH worse for the teacher (the example for the class, the authority figure here) to say what she said towards her students. Much worse. As a matter of fact, from what I've read about this, calling her a "fucking racist" is an appropriate response to a deplorable offense by the teacher. She should be fired, or at least need to rehabilitate her views and demonstrate this before she continues to feed a systemic racist system. And his suspension, or expulsion, should be ceased

i

VS000979

**ENGLE, ELIZABETH J**

| | |
|---|---|
| From: | Mark Silver <mark_silver@me.com> |
| Sent: | Thursday, December 22, 2016 5:35 AM |
| To: | Superintendent, Vestal |
| Subject: | student concerns |

Dear Mr. Ahearn,

I've heard of this incident that you have no doubt received a LOT of flack around.

I do understand how using the F word in a classroom is a problem. And, I can't imagine that expulsion is anywhere on the list of normal responses to a student who does that.

And what about the teacher who used the N word, which, as a parent and an educator myself, seems much, much, MUCH worse for several reasons that should be obvious. Did the teacher receive similarly harsh discipline?

I'm really upset that this kind of one-sided response to hate and racism is happening in local schools.

best
Mark Silver
Danby, NY

1

VS000981

**ENGLE, ELIZABETH J**

| | |
|---|---|
| **From:** | Karl Boyer <kboyer1616@icloud.com> |
| **Sent:** | Tuesday, January 3, 2017 9:04 PM |
| **To:** | Superintendent, Vestal |
| **Cc:** | kboyer1616@yahoo.com |
| **Subject:** | Concern Citizen |

I am a concern citizen of the community please reconsider opening the case back up for ████████████. I remember during the sixties when there was a lot of tension in the community. It seems like we have fallen back to those difficult times.

The tension is real and we should all work towards a positive solution. His education is important if you can find a teaching moment as a solution to this issue, both parties will continue to grow.

Thanks for your consideration
Sincerely yours

Karl P. Boyer

Sent from my iPad

1

VS000983

**ENGLE, ELIZABETH J**

| | |
|---|---|
| **From:** | MARIA Wilson <mwilson3041@gmail.com> |
| **Sent:** | Wednesday, January 4, 2017 12:28 PM |
| **To:** | Superintendent, Vestal |
| **Subject:** | Racism in Vestal High School |

Dear Mr. A heart,

My name is Maria Wilson, both my children have graduated from Vestal High School. They were the classes of 2000 and 2001. I also am a woman of color who feels compelled to stand up for a child and say,"I will do my best to protect you when an injustice has been committed". I have experienced racism from high school counsellors so, I can not stand silently by. I know the student violated the no violence will be tolerated by posting a gun and having it click on social media. I agree that the student should be disciplined. But banishing a teenager from school is not the answer. Education is to guide and empower a student to greater things in life.

Yes, the student stepped to the level of the math teacher, but there are ways to teach a teenager not to debase themselves in a conflict.

My plea is for the student to be punished in a different way. Could Community Service and understanding how and why Dispute Resolution works be used? I strongly believe in Vestal's Educational System, because my son who had his share of run-ins with teachers went on to have a successful career. Please, as a respected school board member, do not project the image of disciplining a student with a baseball bat as was projected on National TV, but as a board that has a dialogue of why violence does not work to change racist attitudes. Remember our students will be leaders and they become leaders through positive education and all the other wonderful input from Vestal's great teachers.

Thank you for your time to read this letter.

Sincerely,

Maria Wilson



Sent from my iPad

VS000984

**ENGLE, ELIZABETH J**

| | |
|---|---|
| From: | Rosa Cleary <clearyrosa@gmail.com> |
| Sent: | Tuesday, December 20, 2016 1:39 PM |
| To: | Superintendent, Vestal |
| Subject: | Simply Unacceptable |

Dear Mr. Ahearn,

Good morning.

I am writing to express my sincere and utter dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" after she called another Black student the N-word. Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous; expelling a child for the same defies all logic. Expelling a child from school can have drastically negative consequences for his life, including difficulty getting into college and later difficulties finding good employment. Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable. On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged. Furthermore, if indeed the teacher did call another Black student the N-word, it is she who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,

Rosa Cleary
Lansing High School class of '16

Sent from my iPhone

1

VS000974

ENGLE, ELIZABETH J

**From:** Gretchen Rymarchyk <grymarchyk@yahoo.com>
**Sent:** Tuesday, December 20, 2016 12:26 PM
**To:** Superintendent, Vestal
**Subject:** Racism is unacceptable

Dear Mr. Ahearn,
Good morning.

I am writing to express my sincere and utter dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" after she called another Black student the N-word. Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous; expelling a child for the same defies all logic. Expelling a child from school can have drastically negative consequences for his life, including difficulty getting into college and later difficulties finding good employment. Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable. On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged. Furthermore, if indeed the teacher did call another Black student the N-word, it is she who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,
Gretchen Rymarchyk

 please consider the environment before printing this e-mail

VS000560

1

VS000559

ENGLE, ELIZABETH J

**From:**      elliefittsfulmer@gmail.com on behalf of Ellie Fitts Fulmer <efulmer@ithaca.edu>
**Sent:**      Tuesday, December 20, 2016 12:01 PM
**To:**         Superintendent, Vestal
**Subject:**   Concerns about suspended student's hearing today

Dear Mr. Ahearn,

Good afternoon. I am writing to express my dismay at the Vestal School District's handling, thus far, of the case in which a student was suspended and facing expulsion (at the hearing this morning?) for calling a teacher a "f-ing racist." Suspending a child from school either for using the F-word or for calling a teacher a racist seems a wildly disproportionate response; expelling a child for the same defies logic. I hope the district will consider the implications of this action.

As you are likely aware, expelling a child from school can have drastically negative consequences for his life, including difficulty getting into college and employment. Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable. On the contrary, perhaps he might be congratulated for standing up to racism and not letting it go unchallenged.

Furthermore, if indeed the teacher did call another Black student the N-word, it is this person who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of professional duties. As a former classroom teacher (Allentown School District, Allentown, PA), I am familiar with the stresses of day-to-day teaching and learning alongside students who I may or may not connect with. But it is moments like these, and a district's responses, that can work towards progress and and justice, or reproduce resentment and racial disparity.

I hope and trust that you will do the right thing for this young person and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,
Ellie Fulmer

--
Donielle (Ellie) Fitts Fulmer, Ed.D.
Assistant Professor of Education, Coordinator of Education Studies Minor
Department of Education
Phillips Annex 194-G
Ithaca College
953 Danby Road  |  Ithaca, NY 14850
607-274-1342 (office)  |  607-274-1069 (fax)

VS000558

ENGLE, ELIZABETH J

**From:** Benjamin Piekut <bpiekut@gmail.com>
**Sent:** Tuesday, December 20, 2016 10:40 AM
**To:** Superintendent, Vestal
**Subject:** racial profiling incident

"Dear Mr. Ahearn,

I am writing to express my disappointment at the Vestal School District's handling of the case of a student suspended and facing expulsion for calling a teacher a "f-ing racist" after she called another Black student the N-word.  Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous; expelling a child for the same defies all logic.  Expelling a child from school has drastically consequences for his life, including difficulty getting into college and later difficulties finding good employment.  Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable.  On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged.  Furthermore, if indeed the teacher did call another Black student the N-word, it is she who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,

Benjamin Piekut
Associate Professor of Music
Cornell University

1

**ENGLE, ELIZABETH J**

| | |
|---|---|
| From: | Elizabeth Gabriel - Groundswell <elizabeth@groundswellcenter.org> |
| Sent: | Tuesday, December 20, 2016 10:16 AM |
| To: | Superintendent, Vestal |
| Subject: | Re: Suspending a Student |

Dear Mr. Ahearn,

I heard about the suspension of a student at the Vestal School District's for calling a teacher a "f-ing racist" after she called another Black student the N-word.  While neither of these behaviors are acceptable, that disciplinary action is out of line and unjust.

Suspending and possibly expelling a child from school either for using the F-word or for calling a teacher a racist is inappropriate and can have drastically negative consequences for their life, including difficulty getting into college and later difficulties finding good employment.  Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable.  He should be supported to explore these feelings of marginalization and racism, as they re systemic and real.

Furthermore, if indeed the teacher did call another Black student the N-word, it is she who should be required to take professional development anti-racism training and given an unpaid leave of absence until she can identify why what she did was wrong.

I hope you consider supportive approach to discipline for both the student and the teacher.

Sincerely,
Elizabeth Gabriel
Director

------------

**COMING UP NEXT:  PRESS BAY ALLEY HOLIDAY MARKET: THURSDAY, DECEMBER 22., 4:30-7:30pm ◦ JUST ANNOUNCED! Developing Your Farm Business, 4 Tuesdays, Starting JANUARY 24**



LIKE US ON FACEBOOK ∙ subscribe to our newsletter
www.groundswellcenter.org

*Groundswell Center is a proud member of the Diversity Consortium of Tompkins County.*

1

VS000970

VS000556

ENGLE, ELIZABETH J

| | |
|---|---|
| From: | Amy Reading <amylreading@gmail.com> |
| Sent: | Tuesday, December 20, 2016 10:06 AM |
| To: | Superintendent, Vestal |
| Subject: | the racial incident at Vestal High School |

Dear Mr. Ahearn,

Good morning. News of the racially-charged incident at Vestal High School has reached me here. I am appalled at the facts of the case, and I feel that it is urgent you do what is right when the children in your district are watching you.

Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous; expelling a child for the same defies all logic.

On the contrary, this student should be congratulated for standing up to racism and not letting it go unchallenged. Furthermore, if indeed the teacher did call another Black student the N-word, it is s/he who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of her/his professional duties. That teacher is in clear violation of your Code of Conduct, which states that no one shall "intimidate or harass another person, including but not limited to, intimidating or harassing based on race, color, creed, national origin, religion, age, gender, sexual orientation, weight or disability."

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,
Amy Reading

ENGLE, ELIZABETH J

| | |
|---|---|
| **From:** | Sarah Abbott <sarahtabbott@gmail.com> |
| **Sent:** | Tuesday, December 20, 2016 9:35 AM |
| **To:** | Superintendent, Vestal |
| **Subject:** | Concern about students expulsion |

Dear Mr. Ahearn,
Good morning.

i am writing to express my sincere and utter dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" after she called another Black student the N-word. Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous; expelling a child for the same defies all logic. Expelling a child from school can have drastically negative consequences for his life, including difficulty getting into college and later difficulties finding good employment. Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable. On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged. Furthermore, if indeed the teacher did call another Black student the N-word, it is she who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,
Sarah Abbott

VS000555

1

**ENGLE, ELIZABETH J**

| | |
|---|---|
| **From:** | Stephen Cope <notabody@gmail.com> |
| **Sent:** | Tuesday, December 20, 2016 9:30 AM |
| **To:** | Superintendent, Vestal |
| **Subject:** | Expulsion |

"Dear Mr. Ahearn,
Good morning.

I am writing to express my complete shock and dismay at the Vestal School District's handling of the case of the student suspended and facing expulsion for calling a teacher a "f-ing racist" after she called another Black student the N-word. Are you kidding? Suspending a child from school either for using the F-word or for calling a teacher a racist is ludicrous; expelling a child for the same defies all logic. Expelling a child from school can have drastically negative consequences for his life, including difficulty getting into college and later difficulties finding good employment. Subjecting a child to this kind of hardship either because he used the F-word or because he called a teacher a racist is simply unconscionable. On the contrary, he should be congratulated for standing up to racism and not letting it go unchallenged. Furthermore, if indeed the teacher did call another Black student the N-word, it is she who should at the very least be publicly reprimanded and compelled to make a formal apology to the student in question, if not outright fired for using racist hate speech against a child in the course of her professional duties.

I hope and trust that you will do the right thing for this young man and for your school district by not allowing this kind of incident to go unchallenged.

Sincerely,

Dr. Stephen Cope

VS000554