

**ENGLE, ELIZABETH J**

**From:** Erin Hamm <erinhamm77@gmail.com>
**Sent:** Sunday, December 18, 2016 7:41 PM
**To:** Superintendent, Vestal
**Subject:** Fwd: Vestal Central School District
**Attachments:** Press statement.pdf

Hello,
my name is Erin Hamm with Fox 40 news. I received this email in regards to a possible racial issue occurring within the school district. The pdf attach is the email that I received from the lawyer of a student, ███████ In this manner we have interviewed the lawyer, Ron Benjamin. We are running a story on this tonight and would like to know if you have a comment for us. If you could please email us back with your comment regarding the issue that would be great. You can also call the newsroom at (607) 798-0070 at any time. Thank you.

Sincerely,
Erin Hamm
Reporter/WICZ


From: **Ron Benjamin** <ronbenjaminlaw@gmail.com>
Date: Sun, Dec 18, 2016 at 1:43 PM
Subject: Vestal Central School District
To: fox40news@wicz.com


FYI, please see attached.


Diane E. Walter

Paralegal

Law Office of Ronald R. Benjamin

VS000986

1

The Vestal Central School District administration is about to try to destroy the career of a young man by the name of ▇▇▇▇▇▇ a senior, who called his math teacher Katherine Dyer a fucking racist in response to a statement she made after disciplining a black student in math class, namely, "I am tired of dealing with you fucking niggers". Instead of terminating the teacher, the administration decided to suspend ▇▇▇▇▇▇ from school and the district is now taking steps to expel ▇▇▇▇▇▇ A superintendent's proceeding will be held December 20, 2016 at 9:00 AM at the Vestal Central School District located at 201 Main Street, Vestal, NY 13850.

This is a teacher who began the semester by isolating all minority students in the back of her class under the pretext of developing student seating. Complaints made to Assistant Principals Deborah Caddick and Clifford Kasson concerning the racist behavior fell on deaf ears. ▇▇▇▇▇▇ had the temerity to appeal for help through social media and also asked to bring an end to racism within our schools. His appeal through social media resulted in a second suspension.

We are asking for you to support ▇▇▇▇▇▇ by attending the hearing that is going to be held at 9:00 AM, and to help stamp out racism within the Vestal School District and to ensure the racist teacher who triggered this situation is no longer able to perpetuate her racism in an environment where the mission of the school is teaching our youngsters to promote good citizenship any equality among all.

If you would like additional information concerning the above please contact Ron Benjamin at (607) 427-9191.