QQ

# Ahearn, Jeffrey J

| | |
|---|---|
| From: | ELLIS, KAY E |
| Sent: | Thursday, December 22, 2016 4:20 PM |
| To: | ahanson@stny.rr.com; jetingoff@stny.rr.com; John Hroncich; lindacdaino@gmail.com; mariomutt@gmail.com; mstuart@stny.rr.com; Rick Bray; Sylvia Place (); Tony Turnbull |
| Cc: | Ahearn, Jeffrey J |
| Subject: | Update |
| Importance: | High |

Jeff asked that I update the Board on the student situation at the high school:

**This afternoon Al Penna, Deb Caddick, Cliff Kasson, Jeff Ahearn, Katherine Dyer and the District were each served a summons from Mr. Benjamin's office that a complaint has been filed against the district and those employees in particular.**

**Our insurance company, Utica National, was put on alert and they have a copy of the complaint. They are reviewing it and will be in contact with Lorraine and Jeff. Frank Miller is a legal representative for Utica so our request was for him to be assigned to our case.**

**Attorneys Wendy Dewind, Mike Sherwood and Frank Miller have all be copied on the complaint.**

**REMEMBER – as Jeff has reiterated to you – this is a confidential student matter and the Board CANNOT comment or answer any questions. It is very important that you as a Board not be involved in any of the process at this time.**

**Jeffrey Ahearn**


Sent by
Kay Ellis
District Clerk

CONFIDENTIALITY NOTE: The information contained in this transmission is intended only for the personal and confidential use of the recipient. If you have received this transmission and you are not a recipient as listed above, you have received this transmission in error and any review, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please immediately call the sender and delete this transmission from your system.