RR

**Caddick, Deborah S**

| | |
|---|---|
| **From:** | Lamash, Laura M |
| **Sent:** | Sunday, December 18, 2016 9:28 PM |
| **To:** | Penna, Albert A; Ahearn, Jeffrey J; Michael Sherwood (msherwoodlaw@gmail.com) |
| **Cc:** | Caddick, Deborah S; Kasson, Clifford R |
| **Subject:** | Please Review ASAP: Facebook posting |
| **Attachments:** | IMG_6192.PNG; ATT00001.txt |

This was shared with me. It was posted to Facebook. I received it Sunday evening at 8:30.


Dr. Laura Lamash
Assistant Superintendent for Instruction Vestal CSD
201 Main Street
Vestal, New York 13850
607-757-2221 Office
607-757-2227 Fax
lmlamash@vestal.k12.ny.us
http://www.vestal.stier.org/


From: Laura Lamash <lamash@stny.rr.com>
Sent: Sunday, December 18, 2016 9:26 PM
To: Lamash, Laura M
Subject:

CONFIDENTIALITY NOTE: The information contained in this transmission is intended only for the personal and confidential use of the recipient. If you have received this transmission and you are not a recipient as listed above, you have received this transmission in error and any review, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please immediately call the sender and delete this transmission from your system.