SS


EXHIBIT PP 3/26/2019

Calls Related to ero Incident

| Name | Date | Time | Number | Comments |
|---|---|---|---|---|
| Samkele Mandizah | 12/19/2016 | 8:35 AM | ■ | Concerned about S■ Did this actually occur, and what is being done about this? Are student hearings open to the public? Has three kids in district, concerned they will not know how to respond to racial slurs. |
| Colin Wood | 12/19/2016 | 8:50 AM | ( | Writer for Flipboard and other online news publications. Wants details on incident so he can write story about S■ and VCSD. |
| Nathaniel Robinson | 12/19/2016 | 3:35 PM |  | Asking for details on S■ and teacher. Says that this incident makes Vestal look very bad, and that we should be ashamed of harboring racism in our schools |
| Amina Hardi | 12/19/2016 | 3:50 PM | ( | Concerned about S■ daughter is the only black student in Dyer's class, she does not want retaliation on daughter. Daughter is ■ |
| Julie Brown | 12/20/2016 | 8:30 AM | ( | Son ■ was approached by S■ and asked to contact R. Benjamin. She does not give her permission for her son to speak to R. Benjamin, and thinks he should not be in contact with any students. |
| Lori Dillard | 12/20/2016 | 8:35 AM | (■ | Son Is■ was in Dyer's class. Son has subpoena to come to hearing, mother is only now learning about this. Both mother and son do not feel comfortable with situation, son is becoming paranoid. Advised mother that paperwork is not from VCSD, and it is her perogative whether her son goes to the hearing or not. |
| Rudy Sty | 12/20/2016 | 10:20 AM | ( | Concerned about "the cancelation of the public hearing for V■ ■" After he started repeating his concerns, I stated I could not comment. He asked if I could comment on racism. He mentioned that he called his teacher a "fucking bitch" during high school, and she deserved it. He said calling that teacher a "fucking racist" was definitely called for, and he shouldn't have been suspended for it. |
| Amy Barlow | 12/20/2016 | 11:20 AM | ( | Vestal grad class of '74. She was very dissapointed to hear about the incident, and said as a graduate she was mortified. Said she was going to write a letter to the superintendent, and asked for his contact information. I told her our address. She said she was going to disseminate the information on her facebook groups and encourage others to write as well. |
| Alex Cottrell | 12/21/2016 | 2:30 PM | ( | Concerned about the news article floating around. Vinny should be in school, don't ruin this kid's future. |

**Message 1:**
- For: Ahearn
- Date: 12/19
- Time: 8:50
- Vestal Central School District
- While You Were Out
- M: Colin Wood
- Phone: ( ) 621-7443
- Message: Writes for flipboard — blogger. Will be writing a story on incident involving school.
- Signed: DN

**Message 2:**
- For: Ahearn
- Date: 12/19
- Time: 8:35
- Vestal Central School District
- While You Were Out
- M: Samrele Mandizah
- Phone: ( ) 239-9962
- Telephoned ☒
- Message: Concerned — Did Spero incident actually occur? What is being done about this? Are student hearings open to public? 3 kids — 2 in 6th, 1 in 11th
- Signed: DN

**Message 3:**
- For: Ahearn
- Date: 12/19
- Time: 3:35
- Vestal Central School District
- While You Were Out
- M: Nathaniel Robinson
- Phone: ( )
- Telephoned ☒
- Message: Concerned about Spero — makes Vestal look bad.
- Signed: DN

**Message 4:**
- For: Ahearn
- Date: 12/19
- Time: 3:50
- Vestal Central School District
- While You Were Out
- M: Amina Hardi
- Phone: ( ) 651-6510
- Telephoned ☒
- Message: Concerned about Spero — daughter is only black kid in Dyer's math class.
- Signed: DN

VS000939

**Slip 1 (top left)**

For: Ahearn
Date: 12/20/14  Time: 8:30
Vestal Central School District
**While You Were Out**
M: Lori Dillard
Of:
Phone: ( ) 625-5499
[X] Telephoned
Message: [redacted] Son - I[redacted] has paperwork to come to hearing.
Signed: DC

**Slip 2 (top right)**

For: Ahearn
Date: 12/20  Time: 10:20
Vestal Central School District
**While You Were Out**
M: Rudy Sty
Of:
Phone: (716) 435-4840
[X] Telephoned
Message: Concerns about "Cancelation of hearing." Called teacher "fucking bitch" in high school - so calling her "fucking racist" is okay.
Signed: (illegible)

**Slip 3 (bottom left)**

For: Ahearn
Date: 12/20  Time: 11:20
Vestal Central School District
**While You Were Out**
M: Amy Barlow
Of:
Phone: (608) 217-8536
[X] Telephoned
Message: Vestal grad 1974 - very disappointed in hearing about incident. Will be writing a letter. Also asking Vestal grads on FB to write.
Signed: (illegible)

**Slip 4 (bottom right)**

For: Ahearn
Date: 12/20  Time: 8:30
Vestal Central School District
**While You Were Out**
M: Julie Brown
Of:
Phone: ( ) 785-4382
[X] Telephoned
Message: Son J[redacted] B[redacted] approached by Ron Benjamin. She does not give her permission for him to speak to R.B.
Signed: PD