TT

Academic Status for ▮▮▮▮ as of today, January 18, 2017, as reported by his teachers.

Class: Regents Chemistry, C Arbuiso
Current Average: 68
Work Owed: Phases Homework #1, Phases "Group Work" 3 graphs Classwork, Thermochem Homework #3
Plan for completing work: ▮▮▮▮ has come in once for extra help, he can continue doing so. They have an upcoming mid-term exam, which counts as a double grade; Mr. Arbuiso will omit the areas where ▮▮▮▮ was not present for instruction.
On track to pass class: Yes, on track for 1200 minutes of lab time. If he continues with the current approach, the teacher feels he will pass this class.

*(handwritten: work for MP3/4)*

Class: English 12, P. Malejs
Current Average: 80s range
Work Owed: ▮▮▮▮ has made up all back work.
Plan for completing work:
On track to pass class: Yes. Teacher says he participates in class and seems to be putting forth extra effort to be a model student.

*(handwritten: work for MP3/MP4)*

Class: Forensics, C. O'Donnell
Current Average: 71
Work Owed: Density of Glass Lab, Excel graph quiz, FBI Guidelines – GAS.
Plan for completing work: Teacher will arrange with student to make up these assignments through alternate assessments.
On track to pass class: Yes

*(handwritten: work for MP3/4)*
*(handwritten: Finished)*

Class: Participation in Government, B. Donlin
Current Average: 60
Work Owed: Community Project, Written assignment from last week, Final exam is on January 24.
Plan for completing work: Student is able to make up the 2 above assignments for ½ credit for each.
On track to pass class: If he makes up these assignments and performs adequately on final exam, he should be able to pass this ½ year class. Teacher states he has seen "2 different ▮▮▮▮ from before incident and now.

*(handwritten: Econ work for MP3/4)*

Class: Physical Education, J. Crunden    *(handwritten: How many)*
Current Average: 90
Work Owed: Student is currently caught up on all work missed since the incident.
Plan for completing work: Continue to attend and participate in class
On track to pass class: (1st Q – 57) If student continues to attend and participate, as he has been lately, he should have no issues passing class. Teacher notes that he has seen a positive change in this student as far as his regular attendance and participation since the incident.

▮▮▮▮ also enrolled in Foundations for College Math (K. Dyer).   *(handwritten: work for MP3/MP4)*

▮▮▮▮ should meet with his teachers beforehand, to pre-arrange opportunities for academic support. Opportunities for Vincent to obtain extra academic help or make-up work can take place before school, during his Period 5 lunch, Period 7 Commons, Period 9 on even days, or after school.