UU



**VESTAL, NEW YORK 13850**

December 9, 2016



**Robert and Debra Spero**

████████████

RE: ███████████

Dear Mr. and Ms. Spero,

You are hereby advised that the undersigned is considering suspending upon instruction the above-named student for five (5) days or less in relation to the following matter: ██████ engaged in conduct that was insubordinate, disruptive, violent, and endangered the education, safety, morals, health or welfare of himself or others. This may include bullying, cyberbullying, discrimination and/or harassment as defined in the Vestal Code of Conduct.

On December 2, 2016, ██████ met with the school administrators and was suspended for 5 days. At that time, he was told not to discuss the matter. However, several students came to speak with the administrators on ██████ behalf because ██████ shared with them that he was being suspended for "no reason" and "it was unfair".

On December 8, 2016, ██████ posts on social media over the past few days substantially disrupted the school day at Vestal High School.

- The School Resource Officer (SRO) received several reports that ██████ had posted a video of a girl in a bedroom loading and unloading a gun on his snapchat story.
- The School Resource Officer (SRO) received several reports that ███████████████ ██████████) had posted tweets/ retweets on social media.
    - "@WBNG12News to be acknowledged because I have no say. Vestal high school is corrupt and unfair to its colored students. And we need help"
    - "@WBNG12News then she reported me after a day for feeling threatened by me after I attempted to report her, and I was told I wasn't going"
    - "@ WBNG12News suspended from school for calling my teacher a racist after being separated with 4 other students because of our color."

Challenge                Support                Foster                Invest

United States District Court
Northern District of New York
Case No. 17-CV-007 (GTS)
PI Exhibit No. P-2   Date Entered:_____
By:_____                    Deputy Clerk

████████

December 9, 2016
Page 2

- o "End racism within our schools, how are you supposed to teach the young minds while yours is stuck in such an evil way #vestalhighschool"
- o "How can you allow racism to brew within your staff and discipline the one trying to shine attention to the racism going on #truth will prevail"
- o "I love being discriminated and prejudiced in the vestal high school system. Crazy how racism will never fade away, we are stuck"
- o "Me trying to spread awareness to the racism I had to face is nothing wrong. I would never hurt a soul, I just wanted help. I love everyone"
- o "We are all equal, because of the pigmentation of my skin means I'm, a danger to the school? You are racist, face it you are a horrible being!"
- o "Deforamtion of character is a crime, because of my skin color you are gonna say I'm going to kill people that's outrageous, you are a racist"
- The School Resource Officer (SRO) received calls from the State Police with concerns over the tweets and snapchat video ████ posted on social media.
- The VHS Administration, School Resource Officer (SRO), and the Counseling and Guidance Office spent most of the day meeting with concerned students and taking calls from concerned parents.
- In light of the current climate of concern the school administration cancelled a state required emergency response lockdown drill scheduled for December 9, 2016.

These willful acts disrupted the normal operation of the school community.

Such actions, if true, violated the following sections of the Code of Conduct:

Section VI:B.1   Failing to comply with the directions of a teacher, school administrator, school employee, or other authorized school agent in charge of students; or otherwise demonstrating disrespect

Section VI:C.1   Failing to comply with the directions of a teacher, school administrator, school employee, or other authorized school agent in charge of students.

Section VI:D.5   Threatening to use any weapon as noted in the definition of weapon in Section II.

Section VI:E.6   Intimidation, which includes engaging in actions or statements that put an individual in fear of bodily harm.

Section VI:E.20  Any willful act which disrupts the normal operation of the school community.

The student has been presented with an explanation of the basis of the proposed suspension.

These events have been: ___ denied by the student   or   ___ admitted by the student.

■■■■■■

December 9, 2016
Page 3

Upon request to me, you are hereby given an opportunity for an informal conference with the undersigned where you may present the student's version of the events and ask questions of the complaining witnesses.

If you desire an informal conference, I may be contacted at 757-2281 between the hours of 8:00 AM and 4:00 PM. If I am not available when you call, please leave your name and number, and I will return your call. You may, if you desire, indicate whether you want such a conference by completing the bottom of this form and returning the form to my office so that it will be received by December 13, 2016. If I do not hear from you on or before Tuesday, December 13, 2016, I will assume that you do not desire to have such a meeting.

Due to the violent nature of ■■■■■■ behavior, an immediate suspension is implemented, effective December 9, 2016.

Sincerely,

*Albert A. Penna*

Albert A. Penna
Interim Principal

An informal conference: _____ is requested     _____ is not requested

Date: _____ Person in Parental Relationship: _____