GGG



**ADMINISTRATIVE OFFICES**
201 Main Street
VESTAL, NEW YORK 13850

March 14, 2017

Mr. & Mrs. Robert Spero

RE: 

Dear Mr. & Mrs. Spero:

Please be advised that the Vestal Board of Education met on March 13, 2017 to consider your appeal of ▓▓▓▓ suspension. The Board of Education voted to uphold the February 7, 2017 determination of Superintendent of Schools Jeffrey J. Ahearn.

Respectfully,

Kay E. Ellis, District Clerk
Vestal Central School District

kee
pc: Willa Payne, Esq.
Wendy Dewind, Esq.
J. Ahearn, Superintendent
A. Penna, Interim Principal
File

000347

United States District Court
Northern District of New York
Case No. 17-CV-007 (GTS)
Pl Exhibit No. P-11 Date Entered:
By:_____ Deputy Clerk
VS001561