

*Making Justice Accessible*

June 17, 2019

**VIA CM/ECF**
Honorable Glenn T. Suddaby
U.S. District Judge
James M. Hanley Federal Building
P.O. Box 7396
Syracuse, New York 13261-7396

        **Re:**    Spero v. Vestal CSD, et al.
                **Civil Action No:** 3:17-CV-007 (GTS/DEP)

Dear Judge Suddaby:

    At approximately 5:50 p.m. this evening we filed on behalf of Plaintiff a Cross-Motion for Summary Judgment and papers in opposition to Defendants' Motion for Summary Judgment. While we received on screen notification that our filing had been successful (*see* Docket Number 104) we did not receive the typical email notification that it had been filed. I write to ensure that opposing counsel as well as the Court is aware of our filing. We will follow up with the Court tomorrow to determine if there was an issue with our filing.

    Thank you kindly for your attention to this matter.

Respectfully,

_____S/Willa S. Payne_____
**Legal Services of Central New York, Inc.**
By: Willa S. Payne, Esq.
Staff Attorney
Bar No: 517751

cc: Charles Spagnoli, Esq. (via CM/ECF)



*A member of the* JUSTICE ALLIANCE OF CENTRAL NEW YORK

**LEGAL SERVICES OF CENTRAL NEW YORK**
189 Main Street• Suite 301• Oneonta, New York 13820• PH: (607) 766-8118
FX: (607) 386-4176 (NOT FOR SERVICE OF PROCESS) • lscny.org