1

STATE OF NEW YORK        ~~ORIGINAL~~
COUNTY OF BROOME

ORIGINAL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In the Matter of a hearing

held pursuant to

Education Law Section 3214 (3)(c)

for VINCENT "S"

a student of the

Vestal Central School District

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A hearing held at 201 Main Street, Vestal,

New York, Vestal Central School District

administrative offices, on the 31st day of January

2017, commencing at 9:00 a.m.


BEFORE:              MICHAEL SHERWOOD
                     Hearing Officer

REPORTED BY:         CARLEEN J. TAYLOR
                     Court Reporter


A P P E A R A N C E S:

Counsel for the       HOGAN, SARZYNSKI, LYNCH,
School District:         DEWIND & GREGORY
                      520 Columbia Drive
                      Johnson City, NY 13790
                      BY:  WENDY K. DEWIND, ESQ.

For the student:      ROBERT "S"   - Father
                      BRITTANY "S" - Sister




CARLEEN J. TAYLOR
3408 Brentwood Place
Vestal, New York 13850
(607)729-6660

FORM CSR - LASER   REPORTERS PAPER & MFG. CO.   800-626-6313

28

-COLLOQUY-

1              with their case.

2                     HEARING OFFICER:   Sounds like

3              that.

4                     MS. DEWIND:   Yes, I would.

5                     HEARING OFFICER:   You are still

6              under oath, Ms. Caddick.

7    EXAMINATION BY MS. DEWIND:

8         Q.    I am going to show you what I had marked as

9    district exhibit ten.   Can you describe that for me?

10        A.    Yeah.   This is the student attendance record

11   for B███████ H███████.

12        Q.    Could you describe for everybody present how

13   to read that record?

14        A.    Yeah.   The record states the date and the

15   period and then the absence code.   So say the first

16   one here would be 9/9/2016 is the date.   The period

17   would be say second period and the code is "U",

18   unexcused absence.   If they come in later, then there

19   is the arrival time.   If they leave in the middle of

20   the day, it would say what time they leave.

21        Q.    And does the school district keep attendance

22   records on all of its students?

23        A.    Yes.

24        Q.    Is it part of the ordinary course of school

25   business to keep attendance records on students?

29

DEBORAH "C" - Direct

1    A.    Yes, on all students.

2    Q.    As assistant principal, do you have access

3  to these attendance records?

4    A.    Yes.  They're online and it's called E

5  school.

6    Q.    Was this particular record kept in the

7  ordinary course of school business?

8    A.    Yes.

9    Q.    Can you take a look for me on November 22nd,

10  tell me what, if anything, it indicates regarding

11  Brynn Harsh's attendance in math class?

12    A.    She has math class fourth period and it's

13  listed 11/22/2016 period four is an unexcused absence.

14                    MS. DEWIND:  I would like to offer

15              exhibit ten at this point in time.

16                    HEARING OFFICER:  Any objection to

17              item ten becoming part of the record?

18                    BRITTANY:  No.

19                    HEARING OFFICER:  We will receive

20              ten.  Thank you.

21    Q.    Ms. Caddick, do you have personal knowledge

22  of Miss H█████ and her career at Vestal High School?

23    A.    I do.

24    Q.    Could you tell me are you aware of whether

25  she was subject to a Superintendent's hearing?

FORM CSR - LASER  REPORTERS PAPER & MFG. CO.  800-626-6313

30

DEBORAH "C" - Direct

1          A.    Yes, she was.

2          Q.    Could you tell us about that?

3          A.    It's on her anecdotal record if I can look

4    at that.

5                         MS. DEWIND:    Why don't we have

6                    that marked --

7                              (WHEREUPON, exhibit eleven

8                              was marked for identification.)

9          Q.    So I will show you what's been marked

10   exhibit eleven.  Can you identify that for me?

11         A.    Yes.  This is a copy of Brynn Harsh of her

12   anecdotal record.

13         Q.    And you keep anecdotal records on all

14   students?

15         A.    We do.

16         Q.    And you have access to those as assistant

17   principal?

18         A.    Yes, I do.

19         Q.    And it's part of the school's business to

20   keep anecdotal disciplinary records?

21         A.    Yes.

22         Q.    And this particular record was prepared in

23   the ordinary course of school business?

24         A.    Yes.

25         Q.    I think you indicated that the

50

-COLLOQUY-

1              to the testimony offered by Brynn Harsh

2         today, there is a question as far as

3         whether Miss Harsh was ever even in the

4         class on the day in question but even

5         if she was in the class, I find she was

6         listening to music, was at some

7         distance from the teacher and not in a

8         position to testify credibly with

9         respect to the teacher's alleged use of

10        the word nigger.  So those are the

11        findings of the Superintendent's

12        hearing officer.

13              With that in mind, I believe we

14        can potentially proceed to the second

15        phase of the hearing today.  I don't

16        know whether you're ready to present

17        some information on that --

18              MS. DEWIND:  I am ready to present

19        information.  I would like to recall

20        Ms. Caddick.

21              HEARING OFFICER:  Okay.

22    EXAMINATION BY MS. DEWIND:

23        Q.    You're still under oath.

24        A.    Yes.

25        Q.    Ms. Caddick, I am going to show you what we

51

DEBORAH "C" - Direct

1    I have had marked district's exhibit eight and ask you

2    if you can identify that document for me?

3         A.    Yes.    This is a copy of Vincent Spero's

4    discipline record -- his anecdotal record.

5         Q.    And once again, you keep anecdotal records

6    on all students?

7         A.    Yes.

8         Q     And in particular, you as assistant

9    principal have access to this record?

10        A.    I do.

11        Q.    Was a copy of this record sent home to the

12   student?

13        A.    I believe so.

14        Q.    How was that done?

15        A.    It goes home along with the notice of

16   hearing charges.

17        Q.    Was this particular record kept in the

18   ordinary course of school business?

19        A.    Yes.

20                    MS. DEWIND:   I am going to offer

21               exhibit eight at this point in time.   I

22               think I gave you guys a copy but I may

23               have an extra one.

24                    BRITTANY:   You did.

25                    HEARING OFFICER:   Any objection to

52

DEBORAH "C" - Direct

1              exhibit eight with the understanding

2          that Ms. Caddick can be cross examined

3          on the episodes outlined in the hearing

4          -- in the notice -- and also the family

5          could present information that might

6          tend to contradict certain of the items

7          in the record.  With those

8          understandings, any problem with

9          exhibit eight?

10              BRITTANY:  (Indicating)

11              HEARING OFFICER:  We will receive

12          exhibit eight with that understanding.

13     Q.    When did Vincent first begin in the high

14   school?

15     A.    He began in his ninth grade year.

16     Q.    Was that the first year you became familiar

17   with him?

18     A.    Yes.

19     Q.    How would you describe Vincent's career at

20   the high school?

21     A.    Well, if you look at his anecdotal record,

22   it's seven pages long.  So that's pretty lengthy as

23   far as an anecdotal record goes.  Vincent doesn't seem

24   to want to follow the rules or take -- accept

25   responsibility for his behaviors.  That's a pattern if